```
                    IN THE UNITED STATES DISTRICT COURT

                             DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

            Plaintiff,                      2:09-cv-00078-HDM-RJJ

      vs.                                   ORDER

SAMUEL DAVIS, and SHAWN RICE,

            Defendants.
_____/
```

The undersigned Judge having determined that recusal is warranted, IT IS ORDERED that the undersigned Judge recuses himself from this action.

IT IS FURTHER ORDERED that this matter be referred to Chief Judge Roger L. Hunt for reassignment.

Dated this 10th day of March, 2009.

_____
UNITED STATES DISTRICT JUDGE