2009 JUN 23 A 9:59

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No.: 2:09-CR-078 |
| vs. | ) CERTIFCATE OF SERVICE OF ) PROCESS |
| SAMUEL DAVIS and SHAWN RICE, | ) |
| Defendants. | ) |
| **Shawn Rice, Creditor, Owner, Real Party in Interest to defendant SHAWN RICE by revesting title and merger of legal and equitable title** | ) ) ) ) |

On the 22nd day of June, 2009, at approximately 0900 hours PST, the following documents were personally served upon

LANCE WILSON, CLERK OF COURT, 333 LAS VEGAS BLVD. SOUTH, LAS VEGAS, NEVADA 89101, and;

ASSISTANT U. S. ATTORNEY ERIC JOHNSON, ESQ., 333 LAS VEGAS BLVD. SOUTH, SUITE 5000, LAS VEGAS, NEVADA 89101 and

PUBLIC DEFENDER, MICHAEL KIMBRELL, ESQ., 523 S. 8TH STREET, LAS VEGAS, NEVADA 89101-7002,

by myself, Louis Schneidman, a private process server, neutral third party to this action.

The following documents were served:

1. Legal Notice and Demand and Supporting Affidavit, and
2. Other supporting documents including Letter to Sir Nigel Sheinwald, British Consul General, New York, New York.

I, Louis Schneidman, did in fact serve a copy of the Demand Notice by Shawn Talbot Rice in reference to the Commercial Action-Cause remedy, fore noticed on this the twenty second day of June in the year of the Messiah, two-thousand nine before a witnessing notary public as being a witness for the public and not to be construed as a change in venue, jurisdiction, location or the like for this non-negotiable private equity.

_____
Louis Schneidman
*de-jure solis*

Clark County      )
                  )   affirmed in truth
Nevada            )

I, _____ a notary public for Clark county and Nevada did in fact witness the autographing by hand of this document by Louis Schneidman, who did in fact identify himself to me to be the same on this the twenty second day of the June in the year of the living Messiah, two-thousand nine [ June 22nd, 2009].
As witnessed by:

(seal)

_____, notary public

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
D SAN JUAN
No: 05-93941-1
My Appointment Expires Dec. 1, 2012

Page 2 of 2