| | |
|---|---|
| 1 | Rabbi Shawn Talbot Rice, JD |
| 2 | Bond# STR1255B1 |
| 3 | PO Box 700#81 |
| 4 | Yavapai county |
| 5 | Ash Fork 86320 |
| 6 | Arizona |
| 7 | In Propria Persona |
| 8 | |
| 9 | |
| 10 | UNITED STATES DISTRICT COURT |
| 11 | DISTRICT OF NEVADA |
| 12 | |

UNITED STATES OF AMERICA,                    )
                                             )  Case No.: 2:09-CR-078
    Plaintiff,                               )
        vs.                                  )  THIS IS PRIVATE REMEDY
                                             )
SAMUEL DAVIS and                             )  NOTICE CAPITAL TAX PAYMENT AND
SHAWN RICE,                                  )  NOTICE OF NON-ABANDONMENT OF
                                             )  ESCROW ACCOUNT
    Defendants.                              )
                                             )
_____      )
Shawn Rice, Creditor, Owner, Real Party in   )
Interest to defendant SHAWN RICE by          )
revesting title and merger of legal and      )
equitable title                              )

13  What follows is the contract between Real Party in Interest, hereinafter RPII, and The parties,

14  previously defined; and

15  WHEREAS, four previous documents were filed into the private court record; and

16  WHEREAS, the Chicago Mercantile Exchange demonstrates that the case # 2:09-CR-078 has been

17  zeroed out and settled; and

18  WHEREAS, the maker, RPII, hereby delivers this instrument to the Clerk of Court (dock) with

19  payment via Universal Postal Union (UPU) rules for the alleged Capital Transfer Tax for the cargo,

20  maker, RPII,

21

22  ; and

1  WHEREAS, the Stamp Duty Act, Stamp Duty Tax was directed covered through Sir Nigel

2  Sheinwald, Ambassador to the United Kingdom, British Consulate General, 845 3rd Avenue, New

3  York, New York 10022 in accord with the 1997 Treaty among other duties, liabilities, oaths,

4  agreements, and historical responsibilities; and

5  WHEREAS, the Maker, RPII, gives NOTICE OF NON-ABANDONMENT to all right, title and

6  interest of the Maker; and

7  THEREFORE, BE IT RESOLVED, that the maker, RPII, for the case 2:09-CR-078 directs The

8  Parties to apply any and all bailment remaining in escrow (if remaining) for setoff of any alleged

9  remaining liabilities, principal, interest and penalties for settlement, with the remainder being

10 delivered to RPII for closure; and

11 THEREFORE, BE IT FURTHER RESOLVED, that the maker, RPII, for the case 2:09-CR-078

12 further directs The Parties to prepare the necessary release and transfer of all property thereto

13 associated and to perform setoff according to standard General Accepted Accounting Practices and

14 procedures under public policy HJR-192.

15

16 *[signature: Shawn Talbot Rice]*
17 Rabbi Shawn Talbot Rice, JD
18 Shawn Rice, legal and equitable title owner of SHAWN RICE
19 Real Party in Interest
20 Owner/Creditor to the United States/Plaintiff
21 Qualified Investor for plaintiff at Depository Trust Company

## CERTIFICATE OF SERVICE

COPY of the forgoing hand delivered, via _____,
this ____ day of July, 2009, to:

Clerk of Court, USDC and Judge, Trustee
333 Las Vegas Blvd. South
Las Vegas, Nevada 89101

Assistant U. S. Attorney Eric Johnson
Co-Trustee
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Phone: 702-388-6336
Fax: 702-388-5087

PUBLIC DEFENDER
Closing Officer
Michael Kimbrell, Esq.
523 S. 8th Street
Las Vegas, Nevada 89101-7002

_____

Service performed by:

_____

_____

_____

_____



