GREGORY A. BROWER
United States Attorney
Nevada State Bar #5232
ERIC JOHNSON
Assistant United States Attorney
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada State Bar #1925
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada  89101
(702) 388-6336

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:09-CR-078-JCM (RJJ) |
| | ) | |
| SAMUEL DAVIS and | ) | |
| SHAWN RICE, | ) | |
| | ) | |
| Defendants. | ) | |

## BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY

The United States of America, by and through Gregory A. Brower, United States Attorney for the District of Nevada, Eric Johnson, Assistant United States Attorney, and Daniel Hollingsworth, Assistant United States Attorney, hereby files the following Bill of Particulars for Forfeiture of Property.

The allegations of Counts One through Thirty-One of the Indictment are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to the provision of Title 18, United States Code, Section 981(a)(1)(A) and Title 28, United States Code, Section 2461(c).

Upon a conviction of the felony offense charged in Counts One through Thirty-One of this Indictment, defendants

**SAMUEL DAVIS,** and
**SHAWN RICE,**

defendants herein, shall forfeit to the United States of America, any property involved in transactions or attempted transactions in violations of Title 18, United States Code, Section 1956 up to $1,290,000.00 In United States Currency, including but not limited to:

a) $129,647.17 in United States Currency seized from WELLS FARGO BANK ACCOUNT 6783965202 IN THE NAME OF BOULDER MOUNTAIN FUNDING TRUST, 530 LAS VEGAS BOULEVARD SOUTH, LAS VEGAS, NEVADA 89101;

b) $1,373.35 in United States Currency seized from WELLS FARGO BANK ACCOUNT 250-2159375 IN THE NAME OF SPECIALTY MANAGEMENT, INC., 530 LAS VEGAS BOULEVARD SOUTH, LAS VEGAS, NEVADA 89101; and

c) $1,224.15 in United States Currency seized from J.P. MORGAN CHASE BANK, ACCOUNT 634094312 IN THE NAME OF SIMPE, LTA, 31 BUTTERFIELD ROAD, CHINO VALLEY, AZ 86323.

If any property being subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(A) and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendants –

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been place beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property that cannot be divided without difficulty;

. . .

2

it is the intent of the United States of America to seek forfeiture of any properties of the defendant up to $1,290,000.00 in United States Currency.

All pursuant to Title 18, United States Code, Section 981(a)(1)(A); Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 1956; and Title 21, United States Code, Section 853(p).

The allegations of Counts One through Thirty-One of this Indictment are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to the provision of Title 18, United States Code, Section 982(a)(1).

Upon a conviction of the felony offense charged in Counts One through Thirty-One of this Indictment, defendants

**SAMUEL DAVIS,** and
**SHAWN RICE,**

defendants herein, shall forfeit to the United States of America, any property involved in or traceable to violations of  Title 18, United States Code, Section 1956 up to $1,290,000.00 In United States Currency, including but not limited to:

a)   $129,647.17 in United States Currency seized from WELLS FARGO BANK ACCOUNT 6783965202 IN THE NAME OF BOULDER MOUNTAIN FUNDING TRUST, 530 LAS VEGAS BOULEVARD SOUTH, LAS VEGAS, NEVADA 89101;

b)   $1,373.35 in United States Currency seized from WELLS FARGO BANK ACCOUNT 250-2159375 IN THE NAME OF SPECIALTY MANAGEMENT, INC., 530 LAS VEGAS BOULEVARD SOUTH, LAS VEGAS, NEVADA 89101; and

c)   $1,224.15 in United States Currency seized from J.P. MORGAN CHASE BANK, ACCOUNT 634094312 IN THE NAME OF SIMPE, LTA, 31 BUTTERFIELD ROAD, CHINO VALLEY, AZ 86323.

3

1    If any property being subject to forfeiture pursuant to Title 18, United States Code,

2  Section 982(a)(1), as a result of any act or omission of the defendants –

3            a.    cannot be located upon the exercise of due diligence;

4            b.    has been transferred or sold to, or deposited with, a third party;

5            c.    has been place beyond the jurisdiction of the court;

6            d.    has been substantially diminished in value; or

7            e.    has been commingled with other property that cannot be divided without

8                  difficulty;

9  it is the intent of the United States of America to seek forfeiture of any properties of the defendant

10  up to $1,290,000.00 in United States Currency.

11    All pursuant to Title 18, United States Code, Section 1956 and Title 18, United States

12  Code, Section 982(b)(2).

13    Dated this 17th day of July, 2009.

14

15                          Respectfully submitted,

16                          GREGORY A. BROWER
                            United States Attorney

17

18                          /s/DanielDHollingsworth
                            DANIEL D. HOLLINGSWORTH
                            Assistant United States Attorney

19

20

21

22

23

24

25

26

4

**CERTIFICATE OF SERVICE**

I, Maliece Troth, certify that the following individuals were served with copies of the Bill of Particulars for Forfeiture of Property on July 17, 2009 by the below identified method of service:

E-mail/ECF

Todd M Leventhal
Flangas & Leventhal
600 South Third Street
Las Vegas, NV 89101
Email: todlev@yahoo.com
*Counsel for Samuel Davis*

Michael P. Kimbrell
Michael P. Kimbrell, LTD
523 S. 8th Street
Las Vegas, NV 89101-7002
Email: mpkimbrell@aol.com
*Counsel for Shawn Rice*

/s/MalieceTroth
MALIECE TROTH
Forfeiture Support Associate Paralegal