AO 470  (Rev. 01/09)  Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the

_____ District of NEVADA

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  2:09-cr-00078-JCM-RJJ |
| | ) | |
| SHAWN RICE | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George, U.S. Courthouse<br>333 Las Vegas Blvd. So.<br>Las Vegas, NV 89101 | Courtroom No.: | 3D |
|---|---|---|---|
| | | Date and Time: | July 28, 2009, at 11:00 a.m. |

**IT IS ORDERED:**  Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:  July 27, 2009

*Judge's signature*

ROBERT J. JOHNSTON, U.S. Magistrate Judge

*Printed name and title*