**Shawn Talbot Rice**
PO Box 700#81, Ash Fork |86320|, Arizona, Cell: 217-853-5726
Email: simpegideon@yahoo.com

TO:  Clerk of Court
UNITED STATES DISTRICT COURT
333 Las Vegas Blvd. South
Las Vegas, Nevada 89101

August 11, 2009

2:09 CR 78

RE:  Court Document Filing and **CERTIFICATE OF SERVICE**

Greetings,

Now that my due process Rights are no longer being violated by Judge Johnston and I can address the court (having had the forced Public Defender removed from trespassing) I now present an initial legal document (as opposed to a commercial paper document) for submission into court record. I have provided an original for Clerk of Court, a courtesy copy for Judge and a conformed original for my records. **I have served opposing counsel by US mail this 12th day of August 2009** separately in accord with this dual coversheet as **CERTIFICATE OF SERVICE**. Please conform (file stamp) the court documents and conform my copy and return to me via the enclosed SASE.

Thank you.

Shalom,

*Shawn Rice*

Shawn Rice
Man, Sovereign without subjects






1
2
3
4
5
6
7
8
9   **United States District Court**
10  **District of Nevada (Las Vegas)**
11  **CRIMINAL DOCKET FOR CASE #: 2:09-cr-00078-JCM-RJJ**
12
13  Case title: USA v. Davis et al
14
    Date Filed: 03/03/2009
15  THE UNITED STATES            )        Case No.: **2:09-cr-00078-JCM-RJJ-2**
16      Plaintiff *in error*,    )
                                 )        **SUBPOENA**
17      vs.                      )
                                 )        **DUCES**
18  SHAWN TALBOT RICE            )
                                 )        **TECUM**
19      Defendant *in error*,    )

20                                        or in the alternative:
21  ─────────────────────────────
22  *Real Party in Interest; Shawn Talbot; Rice* )   **PETITION TO: DISMISS**
23                                           )       **WITH PREJUDICE**
24                                           )       **THIS MATTER**
25                                           )

Subpoena Duces Tecum      letter of marque and reprisal        14 pages total        1

*Clerk of Court* (handwritten, left margin)

Now comes now, Shawn-Talbot: Rice, *Real Party in Interest* Defendant *in error*, without acknowledging and/or agreeing this court has jurisdiction, making a special appearance under *vi et armis*, denying the venue is correct and stipulating *Real Party in Interest* Defendant *in error* CANNOT be under Admiralty jurisdiction as *Real Party in Interest* Defendant *in error* is on land; and this court is on land; and *Real Party in Interest* Defendant *in error* is NOT anyone's and/or any entities' enemy; and is and was not involved with commerce and/or transportation on the high seas, demanding the following Subpoena Duces Tecum be issued to *Real Party in Interest* Plaintiff *in error*, or in the alternative, petition this court to dismiss with prejudice this MATTER.

Pursuant to Public International Law of the Flag, the included LAND FLAG PREVAILS and nullifies ALL Admiralty flags while on land, including without limitations this court, which is on land as is *Real Party in Interest* Defendant *in error* and/or *Real Party in Interest* Plaintiff *in error*.

This Subpoena Duces Tecum is a court order and must be complied with. ALL demanded documents and/or evidence MUST be presented at the listed date, time and location or the party failing to comply will be held in contempt of court.

This Subpoena Duces Tecum is necessary and done as a matter of law and right pursuant to the 6th and/or 7th Amendment(s) to the Federal Constitution and appropriate Arizona, or Nevada; Constitutional Amendment(s), as the "Privateer" known as all does, Roes and Moe's 1…1000, wearing badge #_____, or posing as officers of this court; involved in this MATTER was trained during his police academy tenure to believe that his badge is attached to a letter(s) of marque and reprisal written some unknown date and said letter(s) of marque and reprisal grants said Privateer his authority and power.

Such an incorrect concept has therefore unknowingly created a dangerous and unlawful situation where the Privateer MUST consider the *Real Party in Interest* Defendant *in error* an "enemy of the state" and located somewhere on the "high seas." Both concepts are obviously incorrect and absent evidence that BOTH concepts are valid and correct, the presumption made by the Privateer and this court MUST be considered invalid.

Therefore it is required of THE STATE, the State, and/or the state, and/or whoever and/or whosoever *Real Party in Interest* Plaintiff *in error* is, to prove BOTH presumptions and supply ALL demanded documents or admit that this MATTER is in error and dismiss with prejudice this MATTER. Absent the demanded documentation this court has NO LAWFUL recourse other than dismiss this MATTER with prejudice and release *Real Party in Interest* Defendant *in error* from ALL liability and/or custody.

The SUPREME COURT OF THE UNITED STATES has determined several times that for any and all laws to have effect said law(s) MUST be published. There is no lawful exclusion for letter(s) of marque and reprisal in their determination. Ergo, since NO letter(s) of marque and reprisal has been published that grants authority as claimed by this court and the corporation known as "the police department" involved in this MATTER then there is NO authority and/or law granting said authority.

The court and the corporation known as "the police department" MUST be acting under color of law as PRIVATEERS if their claim is that their authority is granted by letter(s) of marque and reprisal. Since letter(s) of marque and reprisal are ONLY good on the **high seas** AND against **enemies,** the court (both requisites MUST be met for the Privateer to act using a letter(s) of marque and reprisal), MUST prove that *Real Party in Interest* Defendant *in error* was on the

high seas when the alleged offense occurred and that said *Real Party in Interest* Defendant *in error* is and was an enemy and exactly what and/or who *Real Party in Interest* Defendant *in error* is and was an enemy of.

It is also a requisite of this court, as a MATTER of fact and law, before moving forward on this MATTER to:

1) Name, and prove true ownership, of the party that owns the corporation or the like that the letter(s) of marque and reprisal was issued to; and

2) Name who issued said letter(s) of marque and reprisal: and

3) Prove the issuer of said letter(s) of marque and reprisal was an actual government agent and/or employee; and

4) Prove the issuer of said letter(s) of marque and reprisal had the authority to issue said letter(s) of marque and reprisal; and

5) List specifically the vessel and/or goods to be seized according to said letter(s) of marque and reprisal; and

6) List the "high seas" location that the alleged action took place in this MATTER; and

7) Name the war and prove said war exists entitling a said letter(s) of marque and reprisal to be authorized in this MATTER; and

8) Prove that this court has authority to act under authority of said letter(s) of marque and reprisal while on land and involving a MATTER that occurred on land; and

9) **Present the original said letter(s) of marque and reprisal to the captain of the vessel the court is attempting to seize;** and

10) Prove that *Real Party in Interest* Defendant *in error* is NOT a neutral party to any and all wars THE UNITED STATES OF AMERICA may be involved in.

**Documentation and/or evidence to be presented:**

**I.** Pursuant to Arizona, or Nevada; Rules of Civil Procedure Rule 17 and/or Federal Rules of Civil Procedure Rule 17, you are hereby demanded to present to *Real Party in Interest* Defendant *in error*, Shawn-Talbot: Rice, any and all documents proving and attesting under oath who the *Real Party in Interest* Plaintiff *in error*, is in this MATTER on the listed date at the listed location; and

**II.** Real Party in Interest Plaintiff *in error*, is hereby demanded to present the **ORIGINAL LETTER OF MARQUE AND REPRISAL** granting the Real Party in Interest Plaintiff *in error*, the authority they are invoking against the Real Party in Interest Defendant *in error*, on the listed date at the listed location; and

**III.** Real Party in Interest Plaintiff *in error*, is hereby demanded to present the document claiming and/or granting the authority a BADGE may be shown in lieu of presenting the actual letter(s) of marque, on the listed date at the listed location; and

**IV.** Real Party in Interest Plaintiff *in error*, is hereby demanded to present the document claiming and/or granting the authority that this Admiralty court can operate on land concerning a MATTER that occurred on land, on the listed date at the listed location; and

**V.** Real Party in Interest Plaintiff *in error*, is hereby demanded to present the document claiming and/or granting the authority to consider the *Real Party in Interest* Defendant *in error* as an **enemy** of the state, on the listed date at the listed location; and

**VI.** Real Party in Interest Plaintiff *in error*, is hereby demanded to present ALL evidence proving that *Real Party in Interest* Defendant *in error* was on the "**high seas**" during the alleged offense, on the listed date at the listed location; and

**VIII.** Real Party in Interest Plaintiff *in error*, is hereby demanded to present ALL documentation establishing *Real Party in Interest* Plaintiff *in error* was duly commissioned as a Privateer for these united States, and/or Arizona, or Nevada; , Nevada, and/or Clark or Maricopa County and/or Coconino county; and/or any other like government and/or corporate and/or private entity, on the listed date at the listed location; and

**IX.** Real Party in Interest Plaintiff *in error*, is hereby demanded to present ALL documentation establishing who the **owner** of the private vessel and/or entity that is commissioned to commit the acts of privateering against *Real Party in Interest* Defendant *in error* is, on the listed date at the listed location; and

The court MUST note and agree; Arizona, or Nevada; is a "landlocked" sovereign nation and it neither has within its borders, nor does it border, ANY "high sea(s)." Thus, unless the court disagrees with this factual presumption it MUST stipulate that it is a functional and physical impossibility for any "police officer" in Arizona, or Nevada; to arrest any human being while said human being is;

i) committing any offense in Arizona, or Nevada; ; and

ii) at the same time committing said offense on the high seas.

Therefore, one of the requirements for a letter(s) of marquee and reprisal to be used against any human being while in Arizona, or Nevada; cannot possibly be met. Ergo, there is NO LAWFUL

means for a Privateer to use a letter(s) of marque and reprisal in Arizona, or Nevada; even if said letter(s) of marquee and reprisal was lawfully issued.

The only other possibility, although not lawful and certainly not reasonable, is that somehow the state, THE STATE, or some real or fictional entity has made the false presumption that *Real Party in Interest* Defendant *in error* has somehow knowingly agreed, by contract or other agreement, that *Real Party in Interest* Defendant *in error*, to be considered a fictional entity.

Therefore, *Real Party in Interest* Defendant *in error* formally and lawfully informs the court and stipulates to these facts:

1. *Real Party in Interest* Defendant *in error* DOES NOT agree to be treated and/or considered as any type of fictional entity; and

2. *Real Party in Interest* Defendant *in error* is in fact a living, breathing human being, living on land; and

3. *Real Party in Interest* Defendant *in error*, although not admitting any guilt or knowledge of said offense does hereby stipulate that any and all contact *Real Party in Interest* Defendant *in error* has had with any and all Arizona, or Nevada; agents and/or "police officers" occurred on land and in the landlocked sovereign nation known as Arizona, or Nevada; ; and

4. *Real Party in Interest* Defendant *in error*, has NEVER KNOWINGLY agreed to and/or accepted ANY contract that would lawfully allow the state and/or any other entity to consider *Real Party in Interest* Defendant *in error*, a fictional entity of any type; and

5. *Real Party in Interest* Defendant *in error*, is hereby formally and lawfully, nunc pro tunc and/or ab initio, disputing any and all invisible, unknown, and/or unpublished contracts with the state and/or any other agency and/or entity; and

6. *Real Party in Interest* Defendant *in error*, claims and reserves all rights and protections, including but not limited to, those granted by the estoppel(s) against government(s) known as the Federal and State Constitution(s); and

7. *Real Party in Interest* Defendant *in error*, specifically hereby invokes his right of actionable cause to prevent the use of fraudulent and/or unknown and/or repugnant contracts against him pursuant to the maxim of law; "***ex dolo malo non oritur actio***"; and

8. *Real Party in Interest* Defendant *in error*, pursuant to the 13th Amendment (ratified in 1865 and not the one ratified in 1812), stipulates that he DOES NOT agree to involuntary servitude as absent of knowledge of any and all authority(s) granted by any and all unknown contracts would thus cause the voluntaryness of said contract to be truly involuntary by nature; and

9. *Real Party in Interest* Defendant *in error*, demands this court to NOT deny or disparage his rights that are not listed in the Constitituion(s) pursuant to the 9th Amendment of the Federal Constitution and the appropriate Arizona, or Nevada; Constitutional Articles/Amendment(s); and

10. *Real Party in Interest* Defendant *in error*, stipulates he does not now, nor has he ever, exclusive of previous military service, agreed to be in any way under any maritime authority and/or Admiralty jurisdiction in this and all other MATTER(s), previous and future, and has ONLY appeared and presented himself, and never re-presenting himself, under ***vi et armis***; and

11. *Real Party in Interest* Defendant *in error* stipulates he is not now nor has he ever been an adversary, military and/or otherwise, to Arizona, or Nevada; , the united State and/or ANY of their corporate and/or fictional entities; and

12. *Real Party in Interest* Defendant *in error* stipulates he is a neutral party and not involved with ANY war the country and/or its corporate entities may be involved in.

**VERIFIED STATEMENT OF FACT(s):**

*PURSUANT TO BLACK'S LAW DICTIONARY SIXTH EDITION OF THE DEFINITION OF LETTER OF MARQUE AND REPRISAL:*

THIS COURT IS OPERATING UNDER, AND EXISTS SOLEY DUE TO, AN <u>INVALID</u> LETTER(S) OF MARQUE AND REPRISAL AND ABSENT EVIDENCE TO THE CONTRARY PROVING THIS COURT'S AND'OR THE "LAW ENFORCEMENT OFFICERS" LETTER(S) OF MARQUE AND REPRISAL IS VALID THIS COURT MUST, BY THE LAWS OF; these united States, Arizona, or Nevada; and International Public Law; CEASE AND DESIST WITHOUT HASTE AND RELEASE THE *Real Party in Interest* Defendant *in error*, Shawn-Talbot: Rice, *the human being*, FROM ALL LIABILITY AND/OR CUSTODY AND DISMISS WITH PREJUDICE ALL ACTIONS IN THIS MATTER.

**DEFINITIONS; per Black's Law Dictionary Sixth Edition:** *(emphasis mine)*

**Letter of marque and reprisal:** page 905;

An <u>authorization</u> formerly granted in time of <u>war</u> by a government to the <u>owner</u> of a <u>private vessel</u> to capture <u>enemy</u> <u>vessels and goods</u> on the <u>high seas</u>.

    *Note: Nowhere are the words human being and/or fines written in this definition.*

**Authorize:** page 133;

To empower; to give a right or authority to act. To endow with authority or effective legal power, warrant, or right. People v. Young, 100 Ill.App.2d. 20, 241 N.E.2d 587, 589. To permit a thing be done in the future. It has a mandatory effect or meaning, implying a direction to act.

"Authorized" is sometimes construed as equivalent to "permitted": or "directed", or similar mandatory language. Possessed of authority: that is, possessed of legal or rightful power, the synonym of which is "competency. Doherty v. Kansas City Star Co., 143 Kan. 802, 57 P.2d 43

**War:** page 1583;

Hostile contention by means of armed forces, carried on between nations, states, or between citizens in the same nation or state. Gitlow v. Kiely, D.C.N.Y., 44 F.2d 227, 233

*Laws of war:* This term denotes a branch of public international law, and comprises the body of rules and principles observed by civilized nations for the regulation of matters inherent in, or incidental to, the conduct of a public war; such, for example, as the relations of neutrals and belligerents, blockades, captures, prizes, truces and armistices, capitulations, prisoners, and declarations of war and peace; *e.g.* Geneva Convention.

> *Note: Even if the country is at war with another nation, Real Party in Interest Defendant in error and this country are NOT at war with each other.*

**Owner:** page 1105;

The person in whom is vested the ownership, dominion, or title of property; proprietor. He who has dominion over a thing, real or personal, corporeal or incorporeal, which he has the right to enjoy and do with as he please, even to spoil or destroy it, as far as the law permits, unless he be prevented by some agreement or covenant which restrains his right............

> *Note: Person ONLY includes human being, and not a corporation, in this case as the word "he" is used interchangeably with the word " person."*

**Private:** page 1195; Affecting or belonging to private individuals, as distinct form the public generally. Not official; not clothed with office. People v. Powell, 280 Mich. 699, 274 N.W. 372,

> ***Note: Any corporation publicly claiming to be and/or acting under the color of law as a public and/or government office is therefore not a private entity.***

**Enemy:** page 528;

1  Adversary; e.g. military adversary. *Enemy alien........; Enemy belligerent......; Public enemy.*
2      *Note: the definitions are very long and not ambiguous. Basically, an enemy is exactly*
3          *what a reasonable laymen thinks an enemy is.*
4  **Vessel: page:** 1562;
5  A ship, brig, sloop, or other craft used, or capable of being used, in navigation on water.......
6  On the other hand, however, everything that floats is not necessarily a "vessel", in purpose of the
7  Jones Act.
8      *Note: Although human beings may float they CANNOT be considered "vessels" under*
9          *the legal term as the legal definition does NOT include anything living.*
10 **Goods:** page 694;
11 A term of variable content and meaning. It may include every species of personal property or it
12 may be given a very restricted meaning.
13     *Note: the definition of goods shall NEVER include human beings.*
14 **High seas:** page 728;
15 That portion of <u>ocean</u> which is beyond the territorial jurisdiction of any country. The "high seas"
16 lie seaward of a nation's territorial sea, which is the bank of water that extends up to three miles
17 out from the coast. U.S. v. Roero-Galue, C.A.Fla., 757 F.2d 1147, 1149.
18     *Note: High seas are a real place and NEVER a fictional location.*
19 **Ocean:** page 1080;
20 The main or open sea: the high sea; that portion of the sea which does not lie within the body of
21 any country and is not subject to the territorial jurisdiction or control of any country, but is open,
22 free, and common to the use of all nations. U.S. v. Rodgers, 150 U.S. 249, 14 S.Ct. 109,37 L.Ed.
23 1071. Body of salt water that covers over 70% of earth's surface.
24     *Note: Land is the other 30% of earth's surface and may NOT by law be confused even for*
25         *jurisdictional purposes. Any and all acts occur on one or the other and NEVER*

Subpoena Duces Tecum        letter of marque and reprisal        14 pages total        11

*both and the court CANNOT purposely confuse this issue to falsely gain jurisdiction.*


**Privateer:** page 1195;

A vessel owned, equipped, and armed by one or more <u>private individuals</u>, and duly commissioned by a <u>belligerent power</u> to go on **cruises** and make war upon the <u>enemy</u>, usually by preying on his commerce. A private vessel commissioned by a nation by the issue of a letter of marque to its owner to carry on <u>hostilities by sea</u>, presumably <u>according to the laws of war</u>. Formerly, a state issued letters of marque to its own subjects and to those of neutral states as well, but a privateersman who accepted letters of marque from both belligerents was regarded as a pirate. By the Declaration of Paris (April, 1856), privateering was abolished, but the United States, Spain, Mexico, and Venezuela did not accede to this declaration. It has been thought that the constitutional provision empowering the Congress to issue letters of marque deprives it of the power to join in a permanent treaty abolishing privateering.

   Piracy and privateering are federal offenses, 18 U.S.C. § 1651 *et seq.*

     *Note: this is the reason police vehicles are known as "cruisers."*

**Belligerent:** page 155;

In international law, as an adjective, it means engaged in lawful war. As a noun, it designates either of two nations which are actually in a state of war with each other, as well as their allies actively co-operating, as distinguished from a nation which takes no part in the war and maintains a strict indifference as between the contending parties, called a "neutral."

   As a personally trait, refers to one who is overly assertive, hostile or combative.

     *Note: Real Party in Interest Defendant in error is NOT a nation.*

**Belligerents:** page 155;

A body of insurgents who by reason of their temporary organized government are regarded as conducting lawful hostilities. Also, militia, corps of volunteers, and others, who although not part of the regular army of the state, are regarded as lawful combatants provided they observe the laws of war.

**Ex dolo malo no oritur action:** page 567;

Out of fraud no action arises; fraud never gives a right of action. No court will lend it's aid to a man who founds his cause of action upon an immoral or illegal act.

*Note: the definition of fraud does not exclude the actions of government(s).*

**Vi et armis:** page 1568;

With force and arms.

*Note: acting under force of arms is NOT voluntary.*

You are hereby by ordered to supply said demanded documentation and/or evidence on or before: August 25th, 2009 at 10:00 a.m. at the location known as Shawn- Talbot: Rice
c/o: SIMPE
PO Box 700 PMB 81
Ash Fork [86320]
Arizona
Tel: 217-853-5726

Documents may be sent by; hand currier or Registered mail as *Real Party in Interest* Plaintiff *in error's* **presence is not required.**

\
\
\

---

Subpoena Duces Tecum        letter of marque and reprisal        14 pages total        13

1 | Signed and seal by my hand this 12th day of August, year of our Lord, 2009

Shawn-Talbot: Rice, neutral non combatant, non military, beneficiary of the public trust, civilian.



# Legal Notice and Demand
# and Supporting Affidavit
### for and on the record and the record shall show

Shawn Talbot Rice, acting as
SHAWN TALBOT RICE
c/o: PO Box 700 #81
Ash Fork
Arizona

To: LANCE WILSON, acting as
CLERK OF COURT, USDC
333 LAS VEGAS BLVD. SOUTH
LAS VEGAS, NEVADA 89101

And:

ASSISTANT U. S. ATTORNEY ERIC JOHNSON, ESQ.
333 LAS VEGAS BLVD. SOUTH, SUITE 5000
LAS VEGAS, NEVADA 89101

PUBLIC DEFENDER
MICHAEL KIMBRELL, ESQ.
523 S. 8TH STREET
LAS VEGAS, NEVADA 89101-7002

**Reference to Commercial Action-Cause known as: 2:09-CR-078;** and to include any and all related, whether assumed, presumed or in fact being either PRIVATE, PUBLIC, CIVIL and/or CRIMINAL.

Please be advised that Shawn Talbot Rice, being on the land known as Yavapai county does hereby Demand the Following; concerning LANCE WILSON and any/all ATTORNEY(S), now being CHARGED, for their involvement in the fore notice Commercial Action-Cause.

**Provide the Following:**

1. The entire **Qualifying Method** of your office(s) and Standing in Commerce, Law and Equity, this shall include any and all:
    a. Bonds (Policy, Number and Underwriter)
    b. License(s) (License to Practice Law et...al..., as demanded in the laws for Nevada state and the united states of America)
    c. Letter(s) of Marque (Mark) and Reprisal (that assumes to grant you a license to arrest, detain, hold, plunder or the like of a vessel on the high seas, as an enemy of the state or State.

   d. <u>Military Rank(s) and Commission(s)</u>.
   e. <u>Insurance Policy(s)</u> and underwriter of the Policy(s).
   f. <u>Oath(s) of Office</u> (include the sovereign source as pledged)
   g. <u>B.A.R CARD MEMBERSHIP NUMBER(S)</u>
   h. <u>POLICY AND UNDERWRITER OF THE B.A.R MEMBERSHIP(S)</u>
   i. <u>CERTIFIED COPY OF ANY CITIZENSHIP DOCUMENTS</u> (whether of the United States, UNITED STATES OR FOREIGN).
   j. <u>DOCUMENTATION OF THE FLAG</u> for which you operate under.
2. **ALL ACCOUNTING PUBLIC AND PRIVATE** for the Commercial Action-Cause referenced.
3. **ALL BONDS AND SECURITIES** for the Commercial Action-Cause referenced.
4. **ORIGINAL CHARGING INSTRUMENT** for the Commercial Action-Cause referenced (SECURITY-BOND etc…) this shall include a wet ink signature, raised seal and affidavit in support, for this is the property of Shawn Talbot Rice, as beneficiary of the secondary Trust Account SHAWN TALBOT RICE.
5. **ORIGINAL CHARGING INSTRUMENT** for any and all Arrest Warrants and the Like (SECURITY-BOND ETC…) this shall include a wet ink signature of a Judge, raised seal and True Bill in relation to the Commercial Action-Cause referenced, for this is the property of Shawn Talbot Rice, as beneficiary of the secondary Trust Account SHAWN TALBOT RICE .

### Demand of Jurisdiction for the court:

6. **Original Jurisdiction** for the county known as Clark, being the district court, not within the DISTRICT OF COLUMBIA or DISTRICT.

### Affidavit in Support
### as a friend for the court of original jurisdiction

I, Shawn Talbot Rice being of lawful age and of competent mind do hereby claim the following on the sixth day of March (or on Monday or Tuesday August 27th or 28th) in the year two thousand nine as being the truth as witnessed, under judgment of the Eternal Creator, the living God.

1. I, Shawn Talbot Rice did in fact witness the refusal of the man acting as judge to bring forth the Original Charging Instrument before the stamp duty tax/transfer tax was charged against SHAWN TALBOT RICE from a foreign Sovereign.
2. I, Shawn Talbot Rice did in fact witness to the fact that without the presentment of the Original Charging Instrument there now was in fact no Claim upon which relief could be granted, and was attempting the taking, without compensation the private sweat equity of Shawn Talbot Rice.

3. I, Shawn Talbot Rice, did not witness an equity claim being presented to Shawn Talbot Rice, by an injured man, woman, or foreign Sovereign that made any claim upon the sweat equity of Shawn Talbot Rice for damages, and deny there was any such claim.

4. I, Shawn Talbot Rice, did in fact witness the man acting as a judge instruct myself to leave the court room (on July 28, 2009 after reviewing the unverified alleged Miller Act penal sums in causae debendi) and to the fact that THIS Commercial Action-Cause [case] was in fact processed without clarification of the millage rate charged against SHAWN TALBOT RICE, what the stamp duty tax/transfer tax rate was to transfer the charge into cents, and who the Sovereign is charging the stamp duty tax. By not clarifying any of these charges, causes Shawn Talbot Rice confusion about which world Sovereign is charging a stamp duty tax, and whether any Stamp Duty Tax was prepaid by Shawn Talbot Rice's trustee (Yeshua) to Shawn Talbot Rice's Sovereign (hwhy) Yahweh.

5. I, Shawn Talbot Rice, am simply attempting to fulfill my primary private trust agreement and republic by pre pay, any foreign stamp duty tax / transfer tax resulting in a public charge calculated and created with binary code, resulting in a private treaty through the executive branch with a foreign Sovereign over seas.

6. I, Shawn Talbot Rice, am demanding that the record show, that the Clerk of the Court is now charged to perform to the office on the county.
Now charged and responsible, acting as the court, for THIS dishonor and is now publically and privately liable for any and all damages to Shawn Talbot Rice, then for now in THIS matter.

7. I, Shawn Talbot Rice, did not witness, nor did the binary code present any Internal Revenue Service Form in THIS matter, such as a 1099A, 1099OID or the like, and therefore assume that a 3949(a) form and numerous W-9 forms should be presented to the Internal Revenue Service to allow the IRS to investigate THIS Commercial Matter glitch.

8. I, Shawn Talbot Rice, will have no choice, but to notify the appropriate federal agencies, of there being a demand for the entire Qualifying Method for the Clerk of the Court and all B.A.R. members involved in THIS Commercial Matter in the event THIS matter is not deleted from the binary code from which THIS Commercial Matter derived from within twenty-four (24) hours of receiving the Notice.

I, Shawn Talbot Rice, did in fact give the truthful testimony and Demand Notice in reference to the Commercial Action-Cause remedy, fore noticed on this the 11th day of August in the year of the Messiah, two-thousand nine before a witnessing notary public as being a witness for the public and not to be construed as a change in venue, jurisdiction, location or the like for this non-negotiable private equity.

                                                              _Shawn Talbot Rice_
                                                              Shawn Talbot Rice
                                                               _de-jure solis_

### CERTIFICATE OF ACKNOWLEDGMENT OF NOTARY PUBLIC

State of California          )
                                   )    affirmed in truth
County of San Diego    )

On the 11th day of August, 2009, before me, MARK RAUCH, a Notary Public personally appeared Shawn Talbot Rice, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacities, and that by his signature on the instrument the person, or the entity upon behalf of which the persons acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____ (SEAL)
Notary's Signature

MARK RAUCH
COMM. #1632585
Notary Public-California
SAN DIEGO COUNTY
My Comm. Exp. Dec 22, 2009