1  GREGORY A. BROWER
   United States Attorney
2  J. GREGORY DAMM
   Assistant United States Attorney
3  333 Las Vegas Boulevard South
   Suite 5000
4  Las Vegas, Nevada 89101
   Telephone:    (702) 388-6336
5  Facsimile:    (702) 388-6418

6  Attorneys for Plaintiff
   United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | 2:09-CR-00078-JCM-RJJ |
| v. | ) | |
| | ) | |
| **SAMUEL DAVIS and SHAWN RICE**, | ) | **NOTICE OF APPEARANCE** |
| | ) | |
| Defendants. | ) | |

The United States of America, by and through the undersigned Assistant United States Attorney, hereby notifies the Court that Assistant United States Attorney J. Gregory Damm has been assigned to this case.

DATED: September 23, 2009.

Respectfully submitted,

GREGORY A. BROWER
United States Attorney


/s/  *J. Gregory Damm*
J. GREGORY DAMM
Assistant United States Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 2:09-CR-00078-JCM-RJJ |
| ) | |
| v. ) | <u>CERTIFICATE OF SERVICE</u> |
| ) | |
| **SAMUEL DAVIS and SHAWN RICE**, ) | |
| ) | |
| Defendants. ) | |

    I, Judith L. Richardson, certify that I am an employee of the United States Attorney's Office and a person of such age and discretion as to be competent to serve papers.

    That on September 23, 2009, I served a copy of the attached document, via Electronic Case Filing, to all parties of record.

    DATED: September 23, 2009

                                             /s/ *Judith L. Richardson*
                                             JUDITH L. RICHARDSON
                                             Legal Assistant