```
1  Shawn Talbot Rice
2  PO Box 700#81
3  Yavapai county
4  Ash Fork 86320
5  Arizona
6  In Propria Persona
7
8
9              UNITED STATES DISTRICT COURT
10                  DISTRICT OF NEVADA
11
```

2009 OCT -1  A 9: 59

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>vs.<br>SAMUEL DAVIS and<br>SHAWN RICE,<br><br>    Defendants, | Case No.: 2:09-CR-078<br><br>AFFIDAVIT OF Arthur "Mickey" O'Brien |
| SHAWN RICE,<br>    Counter-Plaintiff,<br>vs.<br>UNITED STATES OF AMERICA,<br>    Counter-Defendant, | |
| Shawn Rice, Real Party in Interest, Third Party Intervener, Protected Creditor to Plaintiff by revesting title, Sovereign without subjects, Protected Creditor pursuant to UCC 8, Trust Interest Holder, and Beneficial Owner of the Estate by Statute Merchant, and a Title 18 Section 245 Federally Protected Legal, & Lawful Municipality. | |

```
13  State of Arizona    )
14                      )   ss:
15  Yavapai county      )
16
17     1. Affiant, Arthur "Mickey" O'Brien, appears and states under oath that the following is
18        factual and correct.
```

2. On or about the middle of the first week of September 2009, I did observe personnel (a man and a woman) with a tow truck with the name of Am pm Towing & Recovery, 3605 E Industrial Dr, Flagstaff, Arizona 86004-9456, telephone number (928) 526-4357, appear and attempt to tow the SUV normally parked on that property whose habitation is that of Real Party in Interest, Shawn Rice and family.

3. Said towing company personnel did state that they intended to tow said suv kept on that property on Sunrise Lane.

4. Real Party in Interest was not home when said incident occurred.

5. Sunrise Lane only has one habitable house, that of Real Party in Interest.

6. I make my home on Foothills Drive next to that property of Real Party in Interest.

7. It is not practical for me to find a notary for this document.

8. I can be reached on Foothills Drive next to that property of Real Party in Interest, approximately two miles west of Seligman, Arizona.

9. My property is marked by a white toilet on the ground next to the drive way.

I solemnly swear that the testimony I have provided is true and correct.

_[signature]_   9-17-09

Arthur "Mickey" O'Brien

_[signature]_   090917

Shawn Rice, Witness

_[signature]_

BRIAN MASON

---

090917 -- [Affidavit of Arthur O'Brien] — Page 2 of 3



**24 HOUR TOWING FOR:**
Heavy Trucks, Buses, Passenger Cars, RV's, Luxury and Sport Cars, Trailers and Equipment

**24 Hour Emergency Road Service**
Jump Starts, Lockouts, Tire Service

N. Arizona's largest, most modern towing fleet ensures a



COUNTRY CLUB TOWING & RECOVERY

FLAGSTAFF

**527-TOWS**
527-8697
Fax: 928-522-0635

Auto & Trucks
Motorcycles
Lockouts
Flatbed Towing
Motorhome Towing
Medium Duty Trucks
Local / Long Distance
4 X 4 Off-Road Recovery

1-888-684-8697

© 2009  Dex  003270

**CERTIFICATE OF SERVICE**

COPY of the forgoing hand delivered, this 1st day of October, 2009, to:

Assistant US Attorney Eric Johnson
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Phone: 702-388-6336
Fax: 702-388-5087

_____

Service performed by:

Shawn Rice
PO Box 700#81
Yavapai county
Ash Fork 86320
Arizona