```
1  Shawn Talbot Rice
2  PO Box 700#81
3  Yavapai county
4  Ash Fork 86320
5  Arizona
6  In Propria Persona
7
```

2009 OCT -1  A 9: 59

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | |
|     Plaintiff,                                          ) | Case No.: 2:09-CR-078 |
| vs.                                                         ) | |
| SAMUEL DAVIS and                             ) | **NOTICE OF MISREPRESENTATION OF** |
| SHAWN RICE,                                        ) | **MATERIAL FACTS BY UNITED STATES** |
|                                                            ) | **ATTORNEY** |
|     Defendants.                                      ) | **RE** |
| SHAWN RICE,                                         ) | **BILL OF PARTICULARS FOR** |
|     Counter-Plaintiff/Claimant,              ) | **FORFEITURE OF PROPERTY** |
| vs.                                                          ) | **AND ATTEMPTED THEFT OF** |
| UNITED STATES OF AMERICA,             ) | **PROPERTY** |
| INTERNATIONAL MONETARY FUND  ) | |
| (I.M.F.) A/K/A THE FUND, FEDERAL    ) | **MANDATORY JUDICIAL NOTICE** |
| BUREAU OF INVESTIGATION, and THEIR ) | |
| PRINCIPAL,                                               ) | |
|     Counter-defendants/Libelants,          ) | |
| Shawn Rice, Real Party in Interest, Third Party ) | |
| Intervener, Protected Creditor to Plaintiff by  ) | |
| revesting title, Sovereign without subjects,  ) | |
| Protected Creditor pursuant to UCC 8, Trust  ) | |
| Interest Holder, and Beneficial Owner of the  ) | |
| Estate by Statute Merchant, and a Title 18   ) | |
| Section 245 Federally Protected Legal &     ) | |
| Lawful Municipality.                                 ) | |
|                                                             ) | |

Real Party in Interest (RPII) appears specially and not generally and NOTICES THE COURT that the plaintiff, represented by GREGORY A. BROWER and Daniel D. Hollingsworth, did in fact misrepresent the following material facts on or about July 17, 2009.

GREGORY A. BROWER and Daniel D. Hollingsworth represented that the liability to named defendants is $1,290,000. This is a false representation and it appears that plaintiff

090923 -- [Notice of Misrepresentation of Material Facts by AUSA 090923], Page 1 of 4

representatives are attempting to defraud both the court and named defendants. In open court, in July 2009, at the Faretta hearing, Eric Johnson, AUSA for plaintiff, admitted (notwithstanding the Miller Act Penal sums and the $100 administrative charge per court alleged) that the amount of outstanding alleged liability due by the named defendants to plaintiff (FBI) was $100,000.00 (One Hundred Thousand dollars in current legal tender). A cursory review of the court record (or bank accounting records) would demonstrate said inaccuracies.

It has also come to my attention that while I was in California, the first week of September 2009, a towing company was reconnoitering my household to take the ministry's suv (1999 Dodge Durango) away as a result of orders from plaintiff. To my knowledge there has not been a judgment or seizure order given against any property owned or controlled by the ministry, SIMPE Corp., see attached Affidavit of Arthur O'Brien. Without a valid court order this action by plaintiff demonstrates bad faith and unclean hands.

Furthermore, based upon the counterclaim, it appears that the funds allegedly owed plaintiff are actually property due Counter-plaintiff/Claimant a priori to any relations with plaintiff in the case no. 2:09-CR-078. And, if memory serves, Counter-plaintiff/Claimant made this fact clear to agent(s) of plaintiff at the first meeting at the MGM Grand Hotel. It also appears to Counter-plaintiff/Claimant that plaintiff representatives are using case no. 2:09-CR-078 to evade collections by Counter-plaintiff/Claimant for prior debts due Counter-plaintiff/Claimant since (at least) April 2001 on bond numbers F3779317, F55451905 among at least eight others, which (through information and belief) was admitted by two Secret Service agents (Leighton Greenlee and Clayton Slay) in the afternoon of September 28, 2009, in Montgomery, Alabama.

RESPECTFULLY SUBMITTED this 29 September, 2009.

*Shawn Talbot Rice*

Shawn Talbot Rice, Real Party in Interest,
Third Party Intervener, Protected Creditor to
Plaintiff by revesting title, Sovereign without
subjects, Protected Creditor pursuant to UCC 8,
Trust Interest Holder, and Beneficial Owner
of the Estate by Statute Merchant, and a Title 18
Section 245 Federally Protected Legal & Lawful Municipality.

## CERTIFICATE OF SERVICE

COPY of the forgoing hand delivered,
This _1st_ day of _October_, 2009, to:

Assistant U. S. Attorney Eric Johnson
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Phone: 702-388-6336
Fax: 702-388-5087

_____

Service performed by:

Shawn Talbot Rice
PO Box 700#81
Yavapai county
Ash Fork 86320
Arizona