```
1  Shawn Talbot Rice
2  PO Box 700#81
3  Yavapai county
4  Ash Fork 86320
5  Arizona
6  In Propria Persona
7
8
```

2009 OCT -1 A 9: 57

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,                     ) | |
|     Plaintiff,                                                       ) | Case No.: 2:09-CR-078 |
| vs.                                                                      ) | |
| SAMUEL DAVIS and                                         ) | **NOTICE OF TERMINATION OF** |
| SHAWN RICE,                                                    ) | **STANDBY COUNSEL FOR CAUSE** |
|     Defendants.                                                ) | |
| SHAWN RICE,                                                    ) | |
|     Counter-Plaintiff/Claimant,                ) | |
| vs.                                                                      ) | |
| UNITED STATES OF AMERICA,                     ) | |
| INTERNATIONAL MONETARY FUND    ) | |
| (I.M.F.) A/K/A THE FUND, FEDERAL       ) | |
| BUREAU OF INVESTIGATION, and THEIR ) | |
| PRINCIPAL,                                                         ) | |
|     Counter-defendants/Libelants,             ) | |
| Shawn Rice, Real Party in Interest, Third Party ) | |
| Intervener, Protected Creditor to Plaintiff by     ) | |
| revesting title, Sovereign without subjects,     ) | |
| Protected Creditor pursuant to UCC 8, Trust  ) | |
| Interest Holder, and Beneficial Owner of the  ) | |
| Estate by Statute Merchant, and a Title 18       ) | |
| Section 245 Federally Protected Legal &         ) | |
| Lawful Municipality.                                          ) | |
|                                                                        ) | |

Real Party in Interest (RPII) appears specially and not generally and NOTICES THE COURT that the agreement entered by RPII to have Michael Kimbrell, Esq. operate as standby counsel is hereby terminated on the following grounds.

When RPII met with the court in July 2009 RPII asked Kimbrell whether he had read any of the documents filed by RPII since case inception and his response was no. When RPII communicated with opposing counsel secretary in August, via email, it was disclosed that Kimbrell had held in his possession the copy of the evidence file provided by the AUSA and never tendered a copy to RPII. RPII also inquired as to whether Kimbrell was competent in commercial issues and admiralty/maritime issues he admitted that he was not. Kimbrell was also appointed as a trustee early in the case to assist in settling the penal sum to which he admitted ignorance in said premise.

Therefore, RPII must terminate said agreement on the grounds that in the specific points of law involved in settling the Miller Act Penal sums, said counsel would be wholly inadequate much less the finer points of invoking admiralty/maritime procedures in the commercial premises/predicates, securities, public policy, US Treasury issues, SSN Trust res collections, etc. involved in the case 2:09-CR-078.

RESPECTFULLY SUBMITTED this 29 September, 2009.

*[signature: Shawn Talbot Rice]*

Shawn Talbot Rice, Real Party in Interest,
Third Party Intervener, Protected Creditor to
Plaintiff by revesting title, Sovereign without
subjects, Protected Creditor pursuant to UCC 8,
Trust Interest Holder, and Beneficial Owner
of the Estate by Statute Merchant, and a Title 18
Section 245 Federally Protected Legal & Lawful Municipality.

## CERTIFICATE OF SERVICE

COPY of the forgoing hand delivered, this _1_ day of _October_, 2009, to:

Assistant U. S. Attorney Eric Johnson
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101


Michael Kimbrell, Esq.
523 S. 8th Street
Las Vegas, Nevada 89101-7002

_____


Service performed by:

Shawn Talbot Rice
PO Box 700#81
Yavapai county
Ash Fork 86320
Arizona