```
Shawn Talbot Rice
PO Box 700#81
Yavapai county
Ash Fork 86320
Arizona
In Propria Persona
```

FILED ✓   RECEIVED ___
ENTERED ___   SERVED ON ___
COUNSEL/PARTIES OF RECORD

OCT - 7 2009

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
_____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>vs.<br>SAMUEL DAVIS and<br>SHAWN RICE,<br><br>    Defendants.<br>SHAWN RICE,<br>    Counter-Plaintiff/Claimant,<br>vs.<br>UNITED STATES OF AMERICA,<br>INTERNATIONAL MONETARY FUND<br>(I.M.F.) A/K/A THE FUND, FEDERAL<br>BUREAU OF INVESTIGATION, and THEIR<br>PRINCIPAL,<br>    Counter-defendants/Libelants,<br>Shawn Rice, Real Party in Interest, Third Party<br>Intervener, Protected Creditor to Plaintiff by<br>revesting title, Sovereign without subjects,<br>Protected Creditor pursuant to UCC 8, Trust<br>Interest Holder, and Beneficial Owner of the<br>Estate by Statute Merchant, and a Title 18<br>Section 245 Federally Protected Legal &<br>Lawful Municipality. | Case No.: 2:09-CR-078 – JCM–RJJ<br><br>**NOTICE AND DEMAND TO REINSTATE PREVIOUSLY STRICKEN DOCUMENTS** |

Real Party in Interest (RPII) appears specially and not generally and NOTICES THE COURT that RPII was forced at gun point to physically appear at the initial arraignment and at subsequent hearings. RPII noticed court "Judge" at the arraignment that he would not submit to a public defender. Administrative Law Judge (aka Magistrate) Johnson struck all documents filed

by RPII on the grounds that RPII had a public defender. Subsequently, Magistrate Johnson admitted in open court at the Faretta Hearing that he was in error. Therefore, all documents filed by RPII were properly filed and should be reinstated. Further, RPII demands that Court Clerk change the PACER records to indicate and demonstrate that RPII has, had and never intended to have a public defender representative and that the due process rights of RPII were egregiously violated therein.

RESPECTFULLY SUBMITTED this 5K day of October, 2009.

*[signature: Shawn Talbot Rice]*

Shawn Talbot Rice, Real Party in Interest,
Third Party Intervener, Protected Creditor to
Plaintiff by revesting title, Sovereign without
subjects, Protected Creditor pursuant to UCC 8,
Trust Interest Holder, and Beneficial Owner
of the Estate by Statute Merchant, and a Title 18
Section 245 Federally Protected Legal & Lawful Municipality.

**CERTIFICATE OF SERVICE**

COPY of the forgoing hand delivered, this 5th day of October, 2009, to:

Assistant U. S. Attorney Eric Johnson
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101

_____

Service performed by:

Shawn Talbot Rice
PO Box 700#81
Yavapai county
Ash Fork 86320
Arizona