```
1  Shawn Talbot Rice
2  PO Box 700#81
3  Yavapai county
4  Ash Fork 86320
5  Arizona
6  In Propria Persona
7
8
9
10
11
```

2009 NOV -2 P 12:48

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br>vs.<br>SAMUEL DAVIS and<br>SHAWN RICE,<br>  Defendants.<br>SHAWN RICE,<br>  Counter-Plaintiff/Claimant,<br>vs.<br>UNITED STATES OF AMERICA,<br>INTERNATIONAL MONETARY FUND<br>(I.M.F.) A/K/A THE FUND, FEDERAL<br>BUREAU OF INVESTIGATION, and THEIR<br>PRINCIPAL,<br>  Counter-defendants/Libelants,<br>Shawn Rice, Real Party in Interest, Third Party<br>Intervener, Protected Creditor to Plaintiff by<br>revesting title, Sovereign without subjects,<br>Protected Creditor pursuant to UCC 8, Trust<br>Interest Holder, and Beneficial Owner of the<br>Estate by Statute Merchant, and a Title 18<br>Section 245 Federally Protected Legal &<br>Lawful Municipality. | Case No.: 2:09-CR-078<br><br>**NOTICE TO COURT CLERK REGARDING TRANSCRIPT AND NOTICE THEREIN TO HAVE COURT REPORTER Kimberly M. Lowe OBTAIN TRANSCRIPT OF HEARING HELD OCTOBER 26, 2009 at 0945 REGARDING TERMINATION OF COUNSEL.** |

  I, Shawn Talbot Rice, Affiant, appear specially and not generally, and hereby request a copy of the court transcript of the hearing dated October 26, 2009, 0945, regarding termination of standby counsel, and acknowledgement that I never appointed a public defender from day one of this alleged controversy.

091027 -- [Notice Re Transcript 091027], Page 1 of 3

1  I hereby appoint and assign Kimberly M. Lowe, CCR No. 849, 2250 S. Rancho Drive,
2  Suite 195, Las Vegas, Nevada 89102, tel: 702-360-3206, email:
3  klowe@sarnoffcourtreporters.com, to physically obtain a copy of said transcript in my absence,
4  as my local habitation is located on the Land of Yavapai county, Arizona.

*[signature]*

Shawn Talbot Rice, Real Party in Interest, Third Party Intervener, Protected Creditor to Plaintiff by revesting title, Sovereign without subjects, Protected Creditor pursuant to UCC 8, Trust Interest Holder, and Beneficial Owner of the Estate by Statute Merchant, and a Title 18 Section 245 Federally Protected Legal & Lawful Municipality.

1  **CERTIFICATE OF SERVICE**

3  COPY of the forgoing hand delivered, this 27th day of October, 2009, to:

5  Assistant U. S. Attorney
6  333 Las Vegas Blvd. South, Suite 5000
7  Las Vegas, Nevada 89101
8  Phone: 702-388-6336
9  Fax: 702-388-5087

14 Service performed by:

16 Shawn Talbot Rice
17 PO Box 700#81
18 Yavapai county
19 Ash Fork 86320
20 Arizona

## CERTIFICATE OF SERVICE

COPY of the forgoing hand delivered, this 30th day of October, 2009, to:

Assistant U. S. Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Phone: 702-388-6336
Fax: 702-388-5087

---

Service performed by:

Shawn Talbot Rice
PO Box 700#81
Yavapai county
Ash Fork 86320
Arizona