```
Shawn Talbot Rice
PO Box 700#81
Yavapai county
Ash Fork 86320
Arizona
In Propria Persona
```

2009 NOV -2 P 12: 43

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>vs.<br>SAMUEL DAVIS and<br>SHAWN RICE,<br><br>    Defendants. | Case No.: 2:09-CR-078<br><br>**LODGMENT RE ADMISSION RE LACK OF LOMAR** |
| SHAWN RICE,<br>    Counter-Plaintiff/Claimant,<br>vs.<br>UNITED STATES OF AMERICA,<br>INTERNATIONAL MONETARY FUND<br>(I.M.F.) A/K/A THE FUND, FEDERAL<br>BUREAU OF INVESTIGATION, and THEIR<br>PRINCIPAL,<br>    Counter-defendants/Libelants, | |
| Shawn Rice, Real Party in Interest, Third Party Intervener, Protected Creditor to Plaintiff by revesting title, Sovereign without subjects, Protected Creditor pursuant to UCC 8, Trust Interest Holder, and Beneficial Owner of the Estate by Statute Merchant, and a Title 18 Section 245 Federally Protected Legal & Lawful Municipality. | |

I, Shawn Talbot Rice, Affiant, appear specially and not generally, having previously served a request for Letter of Marque and Reprisal and hereby lodge entry of default against Clerk of Court, Magistrate Judge and Judge that none of them operate by and through or have a

LOMAR as admitted by the Department of the Navy, Office of the Judge Advocate General and therefore cannot be operating through military jurisdiction, see attached letter.

The office of Magistrate Judge is admitted by public record found at www.manta.com to be operating under its parent organization the Department of Justice (US Cont Art I ?), and that all alleged commercial authority under US Const. Art 1, S8, was transferred by the US Congress to a private corporation in 1920 known as the U.S. Shipping Board (P.L. 261) and then renamed in 1936 as the U.S. Maritime Commission (P.L. 835) and then renamed on November 25, 2002 (P.L. 107-295 and 296) as the DEPARTMENT OF HOMELAND SECURITY (DHS, a private corporation representing the UNITED STATES OF AMERICA, Inc., my Debtor from revesting title.

Also, the Department of Justice is the subsidiary organization to the DHS, as is the Federal Bureau of Investigation. Therein, this entire case is being conducted by a private organizational system under commercial law (27 CFR 72.11) of which admiralty/maritime laws are sub-categories therein. And, admiralty/maritime, as well as commercial law, dictates that the party with the supersedeas claim prevails. I have the prevailing larger claim as authorized, legal title, representative of named defendant, SHAWN RICE.

My local habitation is located on the Land of Yavapai county, Arizona, not within a corporate fiction.

_[signature]_

Shawn Talbot Rice, Real Party in Interest, Third Party Intervener, Protected Creditor to Plaintiff by revesting title, Sovereign without subjects, Protected Creditor pursuant to UCC 8, Trust Interest Holder, and Beneficial Owner of the Estate by Statute Merchant, and a Title 18 Section 245 Federally Protected Legal & Lawful Municipality.

## CERTIFICATE OF SERVICE

COPY of the forgoing hand delivered, this 30th day of October, 2009, to:

Assistant U. S. Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Phone: 702-388-6336
Fax: 702-388-5087

COPY of the forgoing delivered, this 30th day of October, 2009, via US Mail to:

DEPARTMENT OF THE NAVY
OFFICE OF THE JUDGE ADVOCATE GENERAL
1322 PATTERSON AVENUE SE SUITE 3000
WASHINGTON NAVY YARD, DC 20374-5066

_____

Service performed by:

Shawn Talbot Rice
PO Box 700#81
Yavapai county
Ash Fork 86320
Arizona

**DEPARTMENT OF THE NAVY**
OFFICE OF THE JUDGE ADVOCATE GENERAL
1322 PATTERSON AVENUE SE SUITE 3000
WASHINGTON NAVY YARD DC 20374-5066

IN REPLY REFER TO

5720.1b
Ser 13/3FA12294.09
October 6, 2009

Ms. Tracy Dee Ann Corona
Ms. Justine Lorraine Rice
760 Harbor Cliff Way
Unit 116
Oceanside, CA 92054

Dear Mses. Corona & Rice:

This letter is in response to your FOIA/Privacy Act Request and "Demand Under Seal For Qualifying Methods, Rank, Bond, Insurance and Commission" submitted by letter dated September 17, 2009. Your request was received by this office on September 29, 2009 and was assigned tracking number 3FA12294.09.

You have requested a search of records maintained by the Office of the Judge Advocate General in a Privacy Act system of records. Therefore, your request has been processed in accordance with the Freedom of Information Act (5 U.S.C. § 552), Privacy Act (5 U.S.C. § 552a), Part 701 of Title 32 of the Code of Federal Regulations, the Department of the Navy Freedom of Information Act Program (SECNAVINST 5720.42F), and the Department of the Navy Privacy Act Program (SECNAVINST 5211.5E).

Based on our review of your request, we have determined that we have no responsive documents. There are no assessable fees associated with the processing of your request in this office.

If you believe that an adequate search was not conducted, you may consider this an adverse determination of your request that may be appealed, in writing, to the Office of the Judge Advocate General (Code 14), 1322 Patterson Ave., SE, Suite 3000, Washington Navy Yard DC 20374-5066. I recommend that any appeal contain a statement as to why you believe a diligent search was not conducted. I also recommend that both the envelope and statement bear the notation "FOIA Appeal." Your appeal must be postmarked within 60 days of the date of this letter. If you have any questions, please contact me at (703) 614-5360 or at randall.russell@navy.mil.

Sincerely,

Randall D. Russell
FOIA/PA Coordinator
Office of the Judge Advocate General
Administrative Law Division (Code 13)