1  Shawn Talbot Rice
2  PO Box 700#81
3  Yavapai county
4  Ash Fork 86320
5  Arizona
6  In Propria Persona

2009 NOV -2 P 12: 49

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|    Plaintiff, ) | Case No.: 2:09-CR-078 |
| vs. ) | |
| SAMUEL DAVIS and ) | **NOTICE AND AFFIDAVIT OF** |
| SHAWN RICE, ) | **Private federal Union resignation** |
| ) | |
|    Defendants. ) | |
| SHAWN RICE, ) | |
|    Counter-Plaintiff/Claimant, ) | |
| vs. ) | |
| UNITED STATES OF AMERICA, ) | |
| INTERNATIONAL MONETARY FUND ) | |
| (I.M.F.) A/K/A THE FUND, FEDERAL ) | |
| BUREAU OF INVESTIGATION, and THEIR ) | |
| PRINCIPAL, ) | |
|    Counter-defendants/Libelants, ) | |
| Shawn Rice, Real Party in Interest, Third Party ) | |
| Intervener, Protected Creditor to Plaintiff by ) | |
| revesting title, Sovereign without subjects, ) | |
| Protected Creditor pursuant to UCC 8, Trust ) | |
| Interest Holder, and Beneficial Owner of the ) | |
| Estate by Statute Merchant, and a Title 18 ) | |
| Section 245 Federally Protected Legal & ) | |
| Lawful Municipality. ) | |

Affidavit of Private federal Union Resignation Letter

Arizona state    )
                 ) ss
Yavapai county   )

091025 -- [Private federal Union Resignation 091025], Page 1 of 4

I, Shawn Talbot Rice, Affiant, do state that I am over the age of twenty-one years and competent with firsthand knowledge, and I do say that:

1. Affiant is competent to state the matters set forth herein; and

2. Affiant has personal firsthand knowledge of the facts stated herein; and

3. Affiant affirms that all the facts stated herein are true, correct, and not misleading, the truth, the whole truth, and nothing but the truth, and if called upon to witness Affiant will so state; and

4. Affiant declares that Affiant started the process of resigning, terminating, revesting, etc., i.e. removing oneself from the private federal union in the spring of 1996; and

5. Affiant declares the attached letter labeled "Private federal Union Resignation Letter" is but one more communication over 14 years of doing so to communicate with members of the Private federal Union that Affiant intends to separate himself, on religious grounds as it has departed from its originally intended Torah-based religious foundation and the Iroquois influenced bi-cameral system of government, from said union, notwithstanding trust res collections from the Depository Trust Company, the U.S. Treasury Legacy Card program, among other avenues so that Affiant will not be accused by any party(ies) past, present or future of devaluating his property birth right or giving up his birth right in the manner that Esau did not in the book of Genesis.

6. Said resignation letter is attached.

/
/
/

1  I, Shawn Talbot Rice, do solemnly affirm that the above statements are made under penalty of
2  perjury, and done so as true and correct statements, so help me God.

*[signature: Shawn Talbot Rice]*

Shawn Talbot Rice, Real Party in Interest, **Third Party Intervener**, **Protected Creditor to Plaintiff by revesting title**, **Sovereign without subjects**, **Protected Creditor pursuant to UCC 8**, **Trust Interest Holder, and Beneficial Owner of the Estate by Statute Merchant**, and **a Title 18 Section 245 Federally Protected Legal & Lawful Municipality**.

## JURAT

I, TAMMY HEIR, a Notary Public residing in Clark county, Nevada state, do say that on the 26 day of October, 2009, that Shawn Talbot Rice, a man appearing in his true character before me, did subscribe and affirm and did affix his autograph upon the above affidavit.

*[signature]*
_____
Notary Public

TAMMY HEIR
NOTARY PUBLIC
STATE OF NEVADA
Date Appointment Exp: 06-07-2010
Certificate No: 02-76439-1

## CERTIFICATE OF SERVICE

COPY of the forgoing hand delivered,
This 30rd day of October, 2009, to:

Assistant U. S. Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Phone: 702-388-6336
Fax: 702-388-5087

_____

Service performed by:

Shawn Talbot Rice
PO Box 700#81
Yavapai county
Ash Fork 86320
Arizona

FROM:  Shawn Talbot Rice
       PO Box 700#81
       Yavapai county
       Ash Fork 86320
       Arizona
       Cell: 217-853-5726

TO:    U.S. Department of the Interior
       1849 C Street, North West,
       Washington D.C. 20240
       Attention: Sharlyn Grigsby
       Director, Office of Human Resources
       202-208-6761 (voice)
       202-219-1513 (fax)

RE:    Private federal Union Resignation Letter

Having written, pleaded, telephoned, faxed, emailed, recorded, published, etc. for many years now, I hereby (again give notice) resign as a member of the union of the UNITED STATES OF AMERICA. My resignation is effective since inception. However, it should be noted that I performed said act in front of the United States Consulate Officer in Vancouver BC in the fall of 1999. Therefore, I will continue to meet my lawful obligation (if any might be applicable to a non-taxable clergyman) of paying a representation fee to the original Union if any.

Furthermore, I object to collection and expenditure of a fee for any purpose other than my pro rata share of the union's costs of collective bargaining, contract administration, and grievance adjustment, as is my constitutional right in accord with *Abood v. Detroit Board of Education*, 431 U.S. 209 (1977). In accord with *Chicago Teachers Union v. Hudson*, 475 U.S. 292 (1986), I request that you provide me with my First Amendment procedural rights, including: reduction of my fees to an amount that includes only constitutionally chargeable costs; notice of the calculation of that amount, verified by an independent certified public accountant; and notice of the procedure that you have adopted to hold my fees in an interest-bearing escrow account and give me an opportunity to challenge your calculation and have it reviewed by an impartial decision maker.

[If you pay dues by payroll deduction, include the following: Accordingly, I also hereby notify you that I wish to authorize only the deduction from my wages of representation fees limited to those costs that are lawfully chargeable under the First Amendment to the United States

Constitution. If I am required to sign a form to make that change, please provide me with the necessary form.]

Please reply promptly. Any further collection or expenditure of dues or fees from me made without the procedural safeguards required by the First Amendment to the United States Constitution will violate my unalienable and contractual rights protected in accord with the Federal Civil Rights Act of 1871, 42 U.S. Code § 1983, and the U.S. Constitution for damages against anyone within the original Republic of The United States of America if said damages came from anyone in the private federal union.

Finally, please consider this objection to be permanent and continuing in nature as I have notified the US Government, States, etc. numerous times over the years. The only remaining act has been collection of the trust res held at either the Depository Trust Company at 55 Water Street, New York, New York 10041 or the U.S. Treasury/Bureau of Public Debt (Legacy Account) at 1500 Pennsylvania Ave., Washington D.C.

Respectfully submitted,

*Shawn Talbot Rice*

Shawn Talbot Rice

cc:
Deputy Chief Human Capital Officer
Kathleen J. H. Wheeler

FROM:   Shawn Talbot Rice
        PO Box 700#81
        Yavapai county
        Ash Fork 86320
        Arizona
        Cell: 217-853-5726

TO:     Office of management and budget
        payroll deduction department
        725 seventeenth street, North West
        Washington D.C. 20503
        U.S. Department of the Interior

RE:     Private federal Union Resignation Letter

Today I submitted my resignation the union of the UNITED STATES OF AMERICA. A copy of my letter to the union is enclosed. I will continue to meet my lawful obligation of paying a representation fee to the original Union if any.

Furthermore, I object to the collection and expenditure by the union of a fee for any purpose other than my pro rata share of the union's costs of collective bargaining, contract administration, and grievance adjustment, as is my right under *Ellis v. BRAC*, 466 U.S. 435 (1984). Pursuant to *Chicago Teachers Union v. Hudson*, 475 U.S. 292 (1986), I request that you ensure that the union provides me with my procedural rights, including those outlined in my letter to the union if it does not, I ask that the UNITED STATES OF AMERICA provide them.

[If you pay dues by payroll deduction, include the following: Accordingly, I also hereby notify you that I wish to authorize only the deduction from my wages of representation fees limited to those costs that are lawfully chargeable under the First Amendment to the United States Constitution. If I am required to sign a form to make that change, please provide me with the necessary form.

Please reply promptly to my request. Any further collection or expenditure of dues or fees from me made without the procedural safeguards required by law will violate my rights under the Federal Civil Rights Act of 1871, 42 U.S. Code § 1983, and/or The State of Delaware Constitution for damages against anyone within the original Republic of The United States of America if said damages came from anyone in the private federal union.

Respectfully submitted,

*[signature: Shawn Talbot Rice]*

Shawn Talbot Rice