```
Shawn Talbot Rice
PO Box 700#81
Yavapai county
Ash Fork 86320
Arizona
In Propria Persona
```



UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>Plaintiff, )<br>vs. )<br>SAMUEL DAVIS and )<br>SHAWN RICE, )<br> )<br>Defendants. )<br>SHAWN RICE, )<br>Counter-Plaintiff/Claimant, )<br>vs. )<br>UNITED STATES OF AMERICA, )<br>INTERNATIONAL MONETARY FUND )<br>(I.M.F.) A/K/A THE FUND, FEDERAL )<br>BUREAU OF INVESTIGATION, and THEIR )<br>PRINCIPAL, )<br>Counter-defendants/Libelants, )<br>Shawn Rice, Real Party in Interest, Third Party )<br>Intervener, Protected Creditor to Plaintiff by )<br>revesting title, Sovereign without subjects, )<br>Protected Creditor pursuant to UCC 8, Trust )<br>Interest Holder, and Beneficial Owner of the )<br>Estate by Statute Merchant, and a Title 18 )<br>Section 245 Federally Protected Legal & )<br>Lawful Municipality. )<br> )<br> ) | Case No.: 2:09-CR-078<br><br>**LODGEMENT OF FOREIGN ENTRY OF**<br>**DEFAULT REGARDING STATUS** |

I, Shawn Talbot Rice, Affiant, appear specially and not generally, and lodge the attached

Certificate of Non-Response from the COUNTY OF YAVAPAI, which made the admissions

therein regarding Affiant's status on the Land, not an employee of plaintiff herein,

091025 -- [Lodgment of Foreign Default regarding Status 091027], Page 1 of 3

1  
2  _[signature: Shawn Talbot Rice]_  
3  Shawn Talbot Rice, Real Party in Interest, Third Party Intervener, Protected Creditor to Plaintiff
4  by revesting title, Sovereign without subjects, Protected Creditor pursuant to UCC 8, Trust
5  Interest Holder, and Beneficial Owner of the Estate by Statute Merchant, and a Title 18 Section
6  245 Federally Protected Legal & Lawful Municipality.

**CERTIFICATE OF SERVICE**

COPY of the forgoing hand delivered, this 20th day of October, 2009, to:

Assistant U. S. Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Phone: 702-388-6336
Fax: 702-388-5087

_____

Service performed by:

Shawn Talbot Rice
PO Box 700#81
Yavapai county
Ash Fork 86320
Arizona

```
                                              ORIGINAL FILED THIS 13  2009
                                                                  JUL
                                              DAY OF _____
1  shawn rice                                 JEANNE HICKS
   c/o: SIMPE                                 Clerk Superior Court
2  PO Box 700 PMB 81                          By _____
   Ash Fork 86320                                       Deputy
3  Arizona                                              S Smisko
   Tel: 217-853-5726
4  Pro Per
```

IN THE SUPERIOR COURT OF ARIZONA, YAVAPAI COUNTY

| shawn rice, | ) | |
|---|---|---|
| Petitioner | ) | Case No.: CV-2009-0840 |
| vs. | ) | **CERTIFICATE OF NON-RESPONSE** |
| Sheila Polk, COUNTY OF YAVAPAI, STATE OF ARIZONA, UNITED STATES OF AMERICA, | ) | |
| Respondents. | ) | |

COMMERCIAL OATH AND VERIFICATION

Yavapai county      )
                    )   Commercial Oath and Verification
Arizona state       )

I, Terry Cauthen, Notary Witness states under Commercial Oath proceeding in good faith being of sound mind states that the facts contained herein are true, correct, complete and certain that plaintiff has not received an answer to his court notices.

1. The Notary Witness certifies a **SUMMONS, PETITION FOR SWEAT EQUITY CLAIM, AFFIDAVIT IN SUPPORT OF PETITION FOR SWEAT EQUITY CLAIM, CERTIFICATE OF COMPULSORY ARBITRATION**, Copy of Chattel Deed, **Copy of Silver Surety Bond**, File No. RB 146 587 483 US, dated June 5, 2009, hereinafter "**Service**", along with an Affidavit of Mailing both notarized and duly recorded by me, were received by

respondents on or about June 8, 2009 evidenced by return receipt Registered Mail # RB 146 587 483 US. Neither I nor petitioner received a response to the issue of whether petitioner is a Federal, State, Municipal or Special Municipal employee;

2. The Notary Witness witnesses testimony by petitioner that on or about June 30, 2009 he mailed via Priority Mail File No. 0309 0330 0000 6437 4907 to this court and 0309 0330 0000 6437 4891 to respondents **PETITION TO STRIKE RESPONDENTS MOTION TO DISMISS; MOTION FOR SANCTIONS, APPLICATION FOR ENTRY OF DEFAULT, AFFIDAVIT FOR ENTRY OF DEFAULT** and **ENTRY OF DEFAULT**, hereinafter "**2nd Service**", were received by respondents on or about July 2, 2009 evidenced by USPS delivery receipt # 0309 0330 0000 6437 4891. Neither I nor petitioner received a response to the issue of whether petitioner is a Federal, State, Municipal or Special Municipal employee;

3. The plaintiff appeared before me under oath and has affirmed that he has not received a timely response and answer to the issue of whether petitioner is a Federal, State, Municipal or Special Municipal employee by response from respondents to petitioner's negative averment that he is not a Federal, State, Municipal or Special Municipal employee;

4. This document was prepared as a formal **CERTIFICATE OF NON RESPONSE** regarding respondents failure to respond regarding the above document sets regarding proving that respondents admit that petitioner is not a Federal, State, Municipal or Special Municipal employee.

5. I, Terry Cauthen, attest that I have witnessed the complete judicial process of petitioner (shawn rice), and certify that the above statements are true, correct, complete and certain. I hereby apply my signature this _8_ day of July, 2009.

6. Given under my hand and seal this the _8_ day of the 7th month Anno Domini 2009.

Submitted by:

_Terry Cauthen_
Terry Cauthen, Notary Witness



seal

TERRY CAUTHEN
Notary Public - Arizona
Yavapai County
My Commission Expires
May 14, 2012



**UNITED STATES POSTAL SERVICE**

Home | He

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **RB14 6587 483U S**
Class: **Priority Mail®**
Service(s): **Registered Mail™**
Status: **Return to Sender**

Your item was returned to the sender on June 8, 2009 because it could not be delivered as addressed.

Detailed Results:
- **Return to Sender, June 08, 2009, 8:00 am, PRESCOTT, AZ**
- **Refused, June 08, 2009, 7:59 am, PRESCOTT, AZ 86304**
- **Arrival at Unit, June 06, 2009, 8:10 am, PRESCOTT, AZ 86301**
- **Acceptance, June 05, 2009, 11:29 am, ASH FORK, AZ 86320**

Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   Go >

**Track & Confirm**

Enter Label/Receipt Number.

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Ga

Copyright© 2009 USPS. All Rights Reserved.    No FEAR Act EEO Data




**UNITED STATES POSTAL SERVICE**

Home | He

**Track & Confirm**

# Track & Confirm

## Search Results

Label/Receipt Number: **0309 0330 0000 6437 4891**
Class: **Priority Mail®**
Service(s): **Delivery Confirmation™**
Status: **Delivered**

**Track & Confirm**
Enter Label/Receipt Number.

Your item was delivered at 9:00 AM on July 2, 2009 in PRESCOTT, AZ 86304.

Detailed Results:
- **Delivered, July 02, 2009, 9:00 am, PRESCOTT, AZ 86304**
- **Processed through Sort Facility, July 01, 2009, 7:15 pm, PHOENIX, AZ 85043**
- **Processed through Sort Facility, June 30, 2009, 9:17 pm, SAN DIEGO, CA 92186**
- **Acceptance, June 30, 2009, 5:55 pm, OCEANSIDE, CA 92056**

Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   Go >

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Ga'

Copyright© 2009 USPS. All Rights Reserved.    No FEAR Act EEO Data   



Home | He

**Track & Confirm**

# Track & Confirm

## Search Results

Label/Receipt Number: **0309 0330 0000 6437 4907**
Class: **Priority Mail®**
Service(s): **Delivery Confirmation**™
Status: **Delivered**

Your item was delivered at 7:21 AM on July 2, 2009 in PRESCOTT, AZ 86304.

Detailed Results:

- **Delivered, July 02, 2009, 7:21 am, PRESCOTT, AZ 86304**
- **Processed through Sort Facility, July 01, 2009, 5:44 pm, PHOENIX, AZ 85043**
- **Processed through Sort Facility, June 30, 2009, 9:12 pm, SAN DIEGO, CA 92186**
- **Acceptance, June 30, 2009, 5:57 pm, OCEANSIDE, CA 92056**

Track & Confirm
Enter Label/Receipt Number.

Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   *Go >*

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Ga

Copyright© 2009 USPS. All Rights Reserved.    No FEAR Act EEO Data        



# THE GREAT COVENANT

A PRONOUNCEMENT OF ACKNOWLEDGEMENT AND RECOGNITION OF THE LONG TIME ESTABLISHED COVENANT BY AND BETWEEN THE MEN AND WOMEN ON THE COUNTY AND OUR CREDITOR YAHUWEH INSCRIBED AS THE COUNTY AT LARGE, UNION AT LARGE, AND NATIONS AT LARGE.

    The purpose of the pronouncement of Acknowledgement and Recognition is to give notice to the world that there are in fact men and women on the county at large in the judicial districts of thousands, hundreds, fifties, and tens in assembly, united in a union with other counties at large. The counties at large regard each other as separate and distinct nations in the name of yahushua, with absolute allegiance to our creditor, yahuweh, and exercise that form of rule in harmony with the Law of Nations by and between each nation at large.

    We, the men and women on the county at large acknowledge and affirm that yahuweh, our elohim, is our great physician, granting us the remedy in all matters through yahushua, our one and only trustee, physician and healer.

    We, the men and women on the county at large, have an absolute right to have rule, order, and an absolute right not to live in fear of other men, and assemble to neutralize any threat that may arise.

    We, the men and women on the county at large, have the absolute right to love our neighbor as ourselves; seek and love our great physician and creditor with all our heart, mind and soul, and do unto others as we would have them do unto us.

    We, the men and women on the county at large, have the absolute right to not murder, rape, steal, commit adultery, covet our neighbors things, or his wife; to not worship graven images, have other gods before yahuweh, and not take yahuweh's name in vain; and to not bear false witness against our neighbors.

    We, the men and women on the county at large have the absolute right to remember the Sabbath day and keep it clean, and to honor our fathers and mothers.

We, the men and women on the county at large are the civilian authority in the world, but not of the world, and will remain neutral in all conflicts of the world.

We, the men and women on the county at large acknowledge that the spirit and soul within our flesh and blood bodies are the beneficiaries of our experiences on earth and the spirit of the law shall not be removed from any contractual dealings in our commerce and trade.

We, the men and women on the county at large are the descendants of the man that tills the ground as purified by the prepayment of all transgressions by yahushua, to our great physician and creditor, yahuweh.

We, the men and women on the county at large recognize and acknowledge that our great physician and creditor, yahuweh, has allodium title, first claim, and total dominion, on all of the land on the county at large, and can never be removed by any claim, foreign or domestic, or by the men and women within the union.

We, the men and women on the county at large recognize and acknowledge that our great physician and creditor, yahuweh, has allodium title, first claim and total dominion on the union at large, the nation at large, and all of the property therein on the county at large, the union at large, and the nation at large.

We, the men and women on the county at large have the absolute right to monetize our sweat equity into a medium of exchange from our great treasury; and to exchange, and trade our sweat equity with foreigners called sojourners, from within the nation at large and other nations within our union, and among our families and friends, all privately traded.

We, the men and women on the county at large can never accept any position, appointment, election, or the position of trustee in any trust agreement from any other lawful process, foreign or domestic, or from within the county at large, the union at large, and the nation at large.

We, the men and women on the county at large, claim the right of born again, and remain neutral in the war by and between the illuminati and the church, for we know the truth about our righteous physician, spiritual leader, friend and brother, yahushua.

Any man and/or woman who voluntarily autographs the great covenant in the name of yahushua, the great covenant does supersede all other agreements, whether or not the character of the contract or agreement is private or public, express or implied, foreign or domestic.

Hallelu yahuweh! Hallelu yahuweh! Hallelu yahuweh! for the testimony of yahushua, for the men and women on the county at large have returned once again, to the everlasting covenant by and between the resurrected and non-resurrected sons of man until the day and the time appointed.

    So bound on earth in time as it is in heaven in the everlasting by the men and women on the county at large in union with other counties at large as separate and distinct nations in the name of yahushua, with absolute allegiance to our creditor and great physician, yahuweh, and exercise that form of rule in harmony with the Law of Nations by and between each nation at large.

*Shawn Talbot Rice*
**private civilian/**
**private beneficiary**

*Yavapai on the county*

2