No. STR-072007-4

# PRIVATE DISCHARGING AND INDEMNITY BOND
USPO REGISTERED MAIL TRACKING NO. **RR 567 922 265 US**

Face Value: **$ 300,000,000.00 Three Hundred Million U.S. Dollars**

Date of Issuance: **August 24, 2007**
Date of Expiration: **August 23, 2037**

To:  Mr. Henry M. Paulson, Jr.       hereinafter "Fiduciary"
Secretary of the U.S. Treasury
United States Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, DC 20220

For:   Shawn-Talbot: Rice                                                          Account Holder
SHAWN TALBOT RICE [sic]                                               Account Holder
Shawn Talbot Rice (sic)                                                    Account Holder
SHAWN T. RICE [sic]                                                         Account Holder
SHAWN RICE [sic]                                                              Account Holder
Shawn Talbot Rice                                                            Account Holder
State of Arizona Supreme Court Justices                             Account Holder
State of Arizona, all other judicial officers                         Account Holder
State of Arizona, Bar Association and officers therein          Account Holder
State of California Supreme Court Justices                          Account Holder
State of California, all other judicial officers                      Account Holder
State of California, Bar Association and officers therein        Account Holder
State of Nevada Supreme Court Justices                              Account Holder
State of Nevada, all other judicial officers                         Account Holder
State of Nevada, Bar Association and officers therein           Account Holder
Pembina Nation Little Shell Band Bar#86082                       Account Holder
Kevin Brown d/b/a Commissioner, Internal Revenue Service   Account Holder
JP Morgan Chase & Co. 270 Park Avenue, New York, New York 10017   Account Holder
JPMorgan Chase Bank, Trustee                                         Account Holder
JPMorgan Chase, all offices in United States                       Account Holder
Bank of America, all offices in United States                       Account Holder
Internal Revenue Service and all subdivisions and agents thereof   Account Holder
Arizona Department of Revenue and all subdivisions and agents thereof   Account Holder
United States, United States of America and all subdivisions and agents thereof   Account Holder
British Crown through Treaty Agreement, 1997, et. al.          Account Holder
Arizona Department of Public Safety                                  Account Holder
Arizona Department of Transportation                                Account Holder
Arizona Department of Motor Vehicles                               Account Holder
Yavapai County Sheriff                                                     Account Holder
Internal Revenue Service Account No. 573531255                 Account
Social Security No. 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                                        Account
                                                                                    each and severally

By/On/Through            Shawn-Talbot: Rice, Principal                      Private Offset Account No.  573531255
Hereinafter "Creditors"   Thomas-Ford: McFadden, First Surety            Private Offset Account No.  551132995
                           Clayton Thomas: Utterback, Second Surety        Private Offset Account No.  572739423

*KNOW ALL MEN BY THESE PRESENTS.*  WHEREAS, only fiat money exists in circulation for the discharge of debt;
NOW, THEREFORE, the undersigned Creditors being of sound mind and honorable intentions, for the purposes of protecting secured interests, reserving rights of recourse, remedy and subrogation, and maintaining the honor of the above-named Account Holders and Accounts, do hereby necessarily issue this *Private Discharging and Indemnity Bond* to wit.  In our rightful *Sui Juris* status, the Creditors do hereby knowingly and with full disclosure hold, bind and obligate ourselves jointly and severally by this instrument as voluntary sureties for all of the above-noted Account Holders and Accounts, each severally, including, without limitation, Social Security Account No. 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, for any amount up to and including **Three Hundred Million United States Dollars ($300,000,000.00)**, insuring, underwriting, identifying and discharging the said Account Holders and Accounts against any and all pre-existing, current and future losses, costs, debts, taxes, encumbrances, deficits, deficiencies, liens, judgments, True Bills, obligations of contract or performance, defaults, charges, and any and all other obligations as may exist or come to exist during the term of this Bond (jointly and severally "Liabilities"), thereby honorably discharging and vacating dollar for dollar all such obligations until the sum or the term of this Bond is exhausted.  The Fiduciary shall have thirty (30) days from presentment to dishonor the Bond by returning it to the Principal by registered mail at the location below-noted.  Failure to return will stipulate acceptance and honor.

(see reverse side)

# BOND ORDER

1. The Fiduciary shall discharge and vacate all pre-existing and current Liabilities as may exist without exception for, against and on behalf of any and all of the above-noted Account Holders and Accounts, each severally, including, without limitation, Social Security Account No. 573531255, dollar for dollar through the above-noted Private Offset Accounts up to and including the full Face Value amount of this Bond.

2. Each of the above-noted Account Holders and Accounts shall be severally insured, underwritten and indemnified against any and all future Liabilities as may come to exist, discharging and vacating all such obligations dollar for dollar without exception through the above-noted Private Offset Accounts up to and including the full Face Value amount of this Bond.

3. The Fiduciary shall have thirty (30) days from the Date of Delivery, specified on United States Postal Service Form No. 3811 to dishonor this Bond by returning it to the Principal with all associated transactions annexed thereto by United States Registered Mail at the mailing location identified hereunder. The Fiduciary's failure to return the Bond as indicated will stipulate the Fiduciary's acceptance and honoring of this instrument and all terms and provisions herein as an operation of law.

4. All communication shall be sent by United States Registered Mail directly to the Principal at the location noted hereunder exactly as shown. Service in any other manner will be defective. The Principal will accept post at the said postal location only.

5. This Bond shall be redeemed as an asset to the benefit of the United States Department of the Treasury.

6. This Bond expires at 11:59:59 PM, August 23, 2007.

Executed by the undersigned on this the ___ day of _____ in the Year of Our Lord Two Thousand and Seven



Clifton-Thomas: Hurtubeck, Second Surety
c/o 9019 Garfield Avenue #137
Fountain Valley, California state
Private Offset Account No. 57279912
non domestic without the US

Thomas-Ford: McFadden,
c/o 17300 19th Street Unit...
Tustin, California state
Private Offset Account No. 51112995
non domestic without the US

Shawn Talbot: Rice, Principal
c/o PO Box 700881
Ash Fork, Arizona state
Private Offset Account No. 573531255
non-domestic without the United States

Seal    Seal    Seal

We, the undersigned witnesses, do hereby solemnly attest to the authenticity of the above signatures and seals on this the ___ day of ___ Aug in the Year of Our Lord Two Thousand and Seven

Witness:
Kevin Thomas: Hurtubeck
c/o 9019 Garfield Avenue #137
Fountain Valley, California state
Non-domestic without the US

Witness:
James Lawton: Golden
c/o 18857 Santa Maria
Fountain Valley, California state
non domestic without the US

# CERTIFIED DEPOSIT ORDER
### Pre-paid Exemption Account No. 573531255

Mr. Henry M. Paulson, Jr.,
U.S. Trustee
c/o U.S. Department of Treasury
1500 Pennsylvania Avenue, NW
Washington, D.C. 20220

## Re: Authorized Setoff from Prepaid Exemption Account No. 573531255

TRANSMITTING UTILITY:                     **SHAWN TALBOT RICE**

a)  Corresponding Private Discharge
    and Indemnity Bond No.                **RR 567 921 251 US**
    Registered with Treasury on or about: August 25, 2007
    Registration No.                      **RR 567 921 251 US**

Dear Mr. Paulson:

The following offer noted accepted for value by the undersigned drawee is hereby returned for deposit to the U.S. Treasury as noted thereon:

The copy annexed hereto is certified to be a true and correct copy of the original offer. Please complete the enclosed voucher accordingly and settle all obligations which currently appear on the account.

Thank you kindly for your service. I remain,

                              Very truly yours,


                              _Shawn Talbot Rice_          August 25, 2007
                              Shawn-Talbot: Rice, Drawee, a real party      Date
                              Pre-paid exemption account ID No. 573531255
                              Void where prohibited by law.
                              All property exempt from levy.
                              in care of John Neaton, Notary Public
                                    11037 Warner Avenue #304
                                    Fountain Valley, California state


Encl:   Private Discharging and Indemnity Bond No. RR 567 921 251 US, Shawn-Talbot: Rice, maker
        Form 1040v voucher

No. STR-072007-3

## PRIVATE DISCHARGING AND INDEMNITY BOND
USPO REGISTERED MAIL TRACKING NO. RR 567 921 251 US

Face Value: $ 300,000,000.00 Three Hundred Million U.S. Dollars

Date of Issuance: **August 20, 2007**
Date of Expiration: **August 19, 2037**

To:   Mr. Henry M. Paulson, Jr.          hereinafter "Fiduciary"
Secretary of the U.S. Treasury
United States Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, DC 20220

For:   Shawn-Talbot: Rice                                                    Account Holder
SHAWN TALBOT RICE [sic]                                         Account Holder
Shawn Talbot Rice (sic)                                              Account Holder
SHAWN T. RICE [sic]                                                  Account Holder
SHAWN RICE [sic]                                                       Account Holder
Shawn Talbot Rice                                                       Account Holder
State of Arizona Supreme Court Justices                       Account Holder
State of Arizona, all other judicial officers                     Account Holder
State of Arizona, Bar Association and officers therein      Account Holder
State of California Supreme Court Justices                    Account Holder
State of California, all other judicial officers                    Account Holder
State of California, Bar Association and officers therein    Account Holder
State of Nevada Supreme Court Justices                       Account Holder
State of Nevada, all other judicial officers                      Account Holder
State of Nevada, Bar Association and officers therein       Account Holder
Pembina Nation Little Shell Band Bar#86082                  Account Holder
Kevin Brown d/b/a Commissioner, Internal Revenue Service   Account Holder
JP Morgan Chase & Co. 270 Park Avenue, New York, New York 10017   Account Holder
JPMorgan Chase Bank, Trustee                                  Account Holder
JPMorgan Chase, all offices in United States                Account Holder
Bank of America, all offices in United States                 Account Holder
Internal Revenue Service and all subdivisions and agents thereof   Account Holder
Arizona Department of Revenue and all subdivisions and agents thereof   Account Holder
United States, United States of America and all subdivisions and agents thereof   Account Holder
British Crown through Treaty Agreement, 1997, et. al.     Account Holder
Arizona Department of Public Safety                            Account Holder
Arizona Department of Transportation                          Account Holder
Arizona Department of Motor Vehicles                          Account Holder
Yavapai County Sheriff                                              Account Holder
Internal Revenue Service Account No. 573531255           Account
Social Security No. 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                                  Account
each and severally

By/On/Through          Shawn-Talbot: Rice, Principal                   Private Offset Account No. 573531255
Hereinafter "Creditors"   Thomas-Ford: McFadden, First Surety         Private Offset Account No. 551132995
Clayton Thomas: Utterback, Second Surety    Private Offset Account No. 572739423

*KNOW ALL MEN BY THESE PRESENTS.* WHEREAS, only fiat money exists in circulation for the discharge of debt: NOW, THEREFORE, the undersigned Creditors being of sound mind and honorable intentions, for the purposes of protecting secured interests, reserving rights of recourse, remedy and subrogation, and maintaining the honor of the above-named Account Holders and Accounts, do hereby necessarily issue this *Private Discharging and Indemnity Bond* to wit. In our rightful *Sui Juris* status, the Creditors do hereby knowingly and with full disclosure hold, bind and obligate ourselves jointly and severally by this instrument as voluntary sureties for all of the above-noted Account Holders and Accounts, each severally, including, without limitation, Social Security Account No. 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, for any amount up to and including **Three Hundred Million United States Dollars ($300,000,000.00)**, insuring, underwriting, identifying and discharging the said Account Holders and Accounts against any and all pre-existing, current and future losses, costs, debts, taxes, encumbrances, deficits, deficiencies, liens, judgments, True Bills, obligations of contract or performance, defaults, charges, and any and all other obligations as may exist or come to exist during the term of this Bond (jointly and severally "Liabilities"), thereby honorably discharging and vacating dollar for dollar all such obligations until the sum or the term of this Bond is exhausted. The Fiduciary shall have thirty (30) days from presentment to dishonor the Bond by returning it to the Principal by registered mail at the location below-noted. Failure to return will stipulate acceptance and honor.

(see reverse side)

## BOND ORDER

1. The Fiduciary shall discharge and vacate all pre-existing and current Liabilities as may exist without exception for, against and on behalf of any and all of the above-noted Account Holders and Accounts, each severally, including, without limitation, Social Security Account No. 573531255, dollar for dollar through the above-noted Private Offset Accounts up to and including the full Face Value amount of this Bond.

2. Each of the above-noted Account Holders and Accounts shall be severally insured, underwritten and indemnified against any and all future Liabilities as may come to exist, discharging and vacating all such obligations dollar for dollar without exception through the above-noted Private Offset accounts up to and including the full Face Value amount of this Bond.

3. The Fiduciary shall have thirty (30) days from the Date of Delivery specified on United States Postal Service Form 3811 to dishonor this Bond by returning it to the Principal with all associated transactions annexed thereto by United States Registered Mail at the mailing location identified hereunder. The Fiduciary's failure to return the Bond as indicated will stipulate the Fiduciary's acceptance and honoring of this instrument and all terms and provisions herein as an operation of law.

4. All communication shall be sent by United States Registered Mail directly to the Principal at the location noted hereunder exactly as shown. Service in any other manner will be defective. The Principal will accept post at the said postal location only.

5. This Bond shall be ledgered as an asset to the benefit of the United States Department of the Treasury.

6. This Bond expires at 11:59:59 PM, August 19, 2007.

Executed by the undersigned on this _____ day of August 2040 in the Year of Our Lord Two Thousand and Seven



Clayton Thomas Hurlbuck, Second Surety
Private Offset Account No. 572729123
Fountain Valley, California state
non-domestic without the United States
Seal

Thomas Ford, Metheadd... First Surety
Private Offset Account No. 811329293
c/o 17200 17th Street Unit...
Tustin, California state
non-domestic without the US
Seal

Shawn Talbot Rice, Principal
Private Offset Account No. 573531255
c/o PO Box 700781
Ash Fork, Arizona state,
non-domestic without the United States
Seal

We, the undersigned witnesses, do hereby solemnly attest to the authenticity of the above signatures and seals on this _____ day of Aug 2040, in the Year of Our Lord Two Thousand and Seven

Witness 1
Kevin Thomas Hurlbuck
c/o 9019 Garfield Avenue #137
Living location
Fountain Valley, California state
Non domestic without the US

Witness 2
James Owen Golden
c/o 18851 Santa Maria
Fountain Valley, California state
Living location
non domestic without the US

# CERTIFIED DEPOSIT ORDER
Pre-paid Exemption Account No. 573531255

Mr. Henry M. Paulson, Jr.,
U.S. Trustee
c/o U.S. Department of Treasury
1500 Pennsylvania Avenue, NW
Washington, D.C. 20220

## Re. Authorized Setoff from Prepaid Exemption Account No. 573531255

TRANSMITTING UTILITY:                    **SHAWN TALBOT RICE**

a)  Corresponding Private Discharge
    and Indemnity Bond No.               **RR 567 921 680 US**
    Registered with Treasury on or about:  August 21, 2007
    Registration No.                     **RR 567 921 680 US**

Dear Mr. Paulson:

The following offer noted accepted for value by the undersigned drawee is hereby returned for deposit to the U.S. Treasury as noted thereon:

The copy annexed hereto is certified to be a true and correct copy of the original offer. Please complete the enclosed voucher accordingly and settle all obligations which currently appear on the account.

Thank you kindly for your service. I remain,

Very truly yours,

_Shawn-Talbot: Rice_                    August 21, 2007
Shawn-Talbot: Rice, Drawee, a real party        Date
Pre-paid exemption account ID No. 573531255
Void where prohibited by law.
All property exempt from levy.
in care of John Neaton, Notary Public
    11037 Warner Avenue #304
    Fountain Valley, California state

Encl:   Private Discharging and Indemnity Bond No. RR 567 921 680 US, Shawn-Talbot: Rice, maker
        Form 1040v voucher

No. STR-072007-2

# PRIVATE DISCHARGING AND INDEMNITY BOND
USPO REGISTERED MAIL TRACKING NO. RR 567 921 680 US

Value: $ 300,000,000.00 Three Hundred Million U.S. Dollars

Date of Issuance: July 26, 2007
Date of Expiration: July 25, 2037

To:  Henry M. Paulson, Jr.          hereinafter "Fiduciary"
     Secretary of the U.S. Treasury
     United States Department of the Treasury
     1500 Pennsylvania Avenue, NW
     Washington, DC 20220

For: Shawn-Talbot: Rice                                                  Account Holder
     SHAWN TALBOT RICE [sic]                                             Account Holder
     Shawn Talbot Rice (sic)                                             Account Holder
     SHAWN T. RICE [sic]                                                 Account Holder
     SHAWN RICE [sic]                                                    Account Holder
     Shawn Talbot Rice                                                   Account Holder
     State of Arizona Supreme Court Justices                             Account Holder
     State of Arizona, all other judicial officers                       Account Holder
     State of Arizona, Bar Association and officers therein              Account Holder
     State of California Supreme Court Justices                          Account Holder
     State of California, all other judicial officers                    Account Holder
     State of California, Bar Association and officers therein            Account Holder
     State of Nevada Supreme Court Justices                              Account Holder
     State of Nevada, all other judicial officers                        Account Holder
     State of Nevada, Bar Association and officers therein               Account Holder
     Pembina Nation Little Shell Band Bar#86082                          Account Holder
     Kevin Brown d/b/a Commissioner, Internal Revenue Service            Account Holder
     JP Morgan Chase & Co. 270 Park Avenue, New York, New York 10017     Account Holder
     JPMorgan Chase Bank, Trustee                                        Account Holder
     JPMorgan Chase, all offices in United States                        Account Holder
     Bank of America, all offices in United States                       Account Holder
     Internal Revenue Service and all subdivisions and agents thereof    Account Holder
     Arizona Department of Revenue and all subdivisions and agents thereof  Account Holder
     United States, United States of America and all subdivisions and agents thereof  Account Holder
     British Crown through Treaty Agreement, 1997, et. al.               Account Holder
     Arizona Department of Public Safety                                 Account Holder
     Arizona Department of Transportation                                Account Holder
     Arizona Department of Motor Vehicles                                Account Holder
     Yavapai County Sheriff                                              Account Holder
     Internal Revenue Service Account No. 573531255                      Account
     Social Security No. 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                                     Account
                                                                         each and severally

By:On/Through:    Shawn Talbot: Rice        Principal       Private Offset Account No. 573531255
hereinafter "Creditors"   Thomas-Ford: McFadden   First Surety    Private Offset Account No. 551132995
                  Clayton Thomas: Utterback  Second Surety   Private Offset Account No. 572739423

*KNOW ALL MEN BY THESE PRESENTS*, WHEREAS, only fiat money exists in circulation for the discharge of debt;
NOW, THEREFORE, the undersigned Creditors being of sound mind and honorable intentions, for the purposes of protecting secured interests, reserving rights of recourse, remedy and subrogation, and maintaining the honor of the above-named Account Holders and Accounts, do hereby necessarily issue this *Private Discharging and Indemnity Bond* to wit, In our rightful *Sui Juris* status, the Creditors do hereby knowingly and with full disclosure hold, bind and obligate ourselves jointly and severally by this instrument as voluntary sureties for all of the above-noted Account Holders and Accounts, each severally, including, without limitation, Social Security Account No. **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**, for any amount up to and including **Three Hundred Million United States Dollars ($300,000,000.00)**, insuring, underwriting, identifying and discharging the said Account Holders and Accounts against any and all pre-existing, current and future losses, costs, debts, taxes, encumbrances, deficits, deficiencies, liens, judgments, True Bills, obligations of contract or performance, defaults, charges, and any and all other obligations as may exist or come to exist during the term of this Bond (jointly and severally "Liabilities"), thereby honorably discharging and vacating dollar for dollar all such obligations until the sum or the term of this Bond is exhausted. The Fiduciary shall have thirty (30) days from presentment to dishonor the Bond by returning it to the Principal by registered mail at the location below-noted. Failure to return will stipulate acceptance and honor.

(see reverse side)

### BOND ORDER

1. The Fiduciary shall discharge and vacate all pre-existing and current Liabilities as may exist without exception for, against and on behalf of any and all of the above-noted Account Holders and Accounts, each severally, including, without limitation, Social Security Account No. 573531255, dollar for dollar through the above-noted Private Offset Accounts up to and including the full Face Value amount of this Bond.

2. Each of the above-noted Account Holders and Accounts shall be severally insured, underwritten and indemnified against any and all future Liabilities as may come to exist, discharging and vacating all such obligations dollar for dollar without exception through the above-noted Private Offset accounts up to and including the full Face Value amount of this Bond.

3. The Fiduciary shall have thirty (30) days from the Date of Delivery specified on United States Postal Service Form No. 3811 to dishonor this Bond by returning it to the Principal with all associated transactions annexed thereto by United States Registered Mail at the mailing location identified hereunder. The Fiduciary's failure to return the Bond as indicated will stipulate the Fiduciary's acceptance and honoring of this instrument and all terms and provisions herein as an operation of law.

4. All communication shall be sent by United States Registered Mail directly to the Principal at the location noted hereunder exactly as shown. Service in any other manner will be defective. The Principal will accept post at the said postal location only.

5. This Bond shall be ledgered as an asset to the benefit of the United States Department of the Treasury.

6. This Bond expires at 11:59:59 PM, July 25, 2037.

Executed by the undersigned on the this ~~26~~th day of July _____ in the Year of Our Lord Two Thousand and ~~Seven~~ ~~Thirty Seven~~

Clayton-Thomas Utterback, Second Surety
Private Offset Account No. 572739423
c/o 9049 Garfield Avenue #137
Fountain Valley, California state
non domestic without the US

Thomas-Ford: Mel_____, First Surety
Private Offset Account No. 551132695
c/o 17300 17th Street Unit #434
Tustin, California state
non domestic without the US

Shawn Talbot: Rice, Principal
Private Offset Account No. 573531255
c/o PO Box 700#81
Ash Fork, Arizona state
non-domestic without the United States

                Seal                              Seal                              Seal

We, the undersigned witnesses, do hereby solemnly attest to the authenticity of the above signatures and seals on this the ____ 26th ____ day of July _____ in the Year of Our Lord Two Thousand and Seven.

Witness 1                                      Witness 2

    Living        Ryan Thomas: Utterback           Living      James Owen Gidden
    Location      c/o 9049 Garfield Avenue #137     Location    c/o 18857 Santa Maria
                  Fountain Valley, California state              Fountain Valley, California state
                  Non-domestic without the US                   non domestic without the US

# Private Offset
# Discharging and Indemnity
# Bond

### USPS REGISTERED MAIL TRACKING # RB 940 786 823 US

BOND #: STR1255B1
VALUE: **$300,000,000.00**

ISSUE DATE: 24th day of April, A. D. 2008
EXPIRATION DATE: 24th day of April, A. D. 2038

To The:    HENRY M. PAULSON, JR., Secretary of the United States Treasury
Order     The United States Department of the Treasury
Of:       1500 Pennsylvania Avenue, NW
          Washington, DC 20220

For:      Shawn Talbot Rice                                    Account Holder, and
          SHAWN TALBOT RICE                                    Account Holder, and
          Social Security Number: 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                  Account, each severally

Internal Revenue Service and all subdivisions and agents thereof          Account Holder
United States and all subdivisions and agents thereof                     Account Holder
UNITED STATES and all subdivisions and agents thereof                     Account Holder
UNITED STATES OF AMERICA and all subdivisions and agents thereof          Account Holder
United States of America and all subdivisions and agents thereof          Account Holder
State of Arizona and all subdivisions and agents thereof                  Account Holder
STATE OF ARIZONA and all subdivisions and agents thereof                  Account Holder
Supreme Court of Arizona and all subdivisions and agents thereof          Account Holder
ARIZONA SUPREME COURT and all subdivisions and agents thereof             Account Holder
Arizona State Bar Association inclusive of all members, and
all agents and all subdivisions thereof                                   Account Holder
United States Federal Reserve System inclusive of all instrumentalities,
all member commercial banks and
other member commercial institutions and instrumentalities.               Account Holder
Internal Revenue Service Account No. 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                          Account
Social Security Account No. 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                                    Account



Surety #1 initials                                          Principal initials

Bond # STR1255B1

By, On through:
Shawn Talbot Rice,                        Principal,                    Private Offset Account#: 573531255
Sharon Kukhahn,                           Surety #1,                    Private Offset Account# 535500606
**Private Offset Discharging and Indemnity Bond #: SDK1010T55062**    USPS Tracking # RB 530 843 202 US

In order to Discharge or Offset debt, to protect Secured Interests, to reserve the right of Remedy, Recourse and Subrogation, and in order to maintain the Honor of the named Account Holder(s) and Account(s), and to facilitate lawful commercial transactions, and in order to lawfully engage in commerce within the jurisdiction of THE UNITED STATES DEPARTMENT OF THE TREASURY, this Private Offset Discharging and Indemnity Bond, issued to MR. HENRY M. PAULSON, JR., THE SECRETARY OF THE TREASURY, THE UNITED STATES DEPARTMENT OF THE TREASURY is necessitated.

We **Shawn Talbot Rice**, Principal, and Sharon Kukhahn, Surety, being Creditors, Sui Juris status, of sound mind(s), Standing in Honor, with full knowledge and full disclosure, with Honorable Intent, herein hold, bind, and obligate Ourselves, individually and cooperatively, jointly and severally, as voluntary sureties for the herein named Account Holder(s) and Account(s), each Jointly and Severally, for any amount(s) up to and including **$300,000,000.00 (USD) – Three Hundred Million United States Dollars**, for the Honorable purposes through this Bond, of Underwriting, Insuring, and Indemnifying said Account Holder(s) and Account(s) against any and all pre-existing, current, and future liabilities through/by Offsetting against this Bond, Dollar for Dollar, all such obligations, which shall include but not be limited to, any and all underlying and related account(s), agency(s), bond(s), and person(s), public or private, whether named or unnamed, for all aiding(s), abetting(s), act(s), action(s) (whether civil or criminal), accusations, act(s) of God, advisement(s), affidavit(s), affirmation(s), absconding(s), admiralty action(s), arrest(s), activity, attestation(s), accident(s), appointment(s), accord(s), agreement(s), bill(s), breach(es) of contract, bond(s), bankruptcy action(s), barring(s), brokering(s), capture(s), case(s), cause(s), charge(s), claim(s), code(s), collection(s), commercial action(s), common law action(s), complaint(s), commitment(s), communication(s) (whether Written, Oral, or Electronic, with or without notice), compensatory damage(s), cost(s), criminal debt(s), contract(s), conspiracy, counterfeiting(s), condemning(s), contributing(s), conveying(s), commission(s), damage(s), database(s), debt(s), decision(s), default(s), deficit(s), deficiencies, docket(s), document(s), encumbrance(s), equity action(s), error(s), execution(s), election(s), expense(s), fee(s), file(s), finding(s), fine(s), forfeiture(s), fraud(s), hearing(s), holding(s), information(s), indictment(s), injury(s), instrument(s), incursion(s), incarceration(s), investigation(s), interrogation(s), In Rem proceeding(s), impeachment(s), judgment(s), laundering(s), levy(ies), liability(ies), lien(s), loss(es), letter(s), license(s), manufacturing(s), margin(s), negligence(s), notice(s), obligation(s) of contract, obligation(s) of performance, order(s), option(s), penal action(s), penal debt(s), penal sum(s), pronouncement(s), probation(s), parole(s), prize(s), process(es), profit(s), regulation(s), reimbursement(s), restitution(s), recidivism(s), recklessness(s), recoupment(s), rule(s), recovery(s), recrimination(s), regulation(s), regulatory action(s), rescission(s), rebuttal(s), reprisal(s), recourse(s), remedy(s), remediation(s), statement(s), statute(s), seizure(s), subrogation(s), supervision(s), summoning(s), service(s), tax(es), testimony, TRUE BILL(s), taking(s), transaction(s), uttering(s), violation(s), and warrant(s), or other named or unnamed liabilities. All such liabilities, duties, obligations, and debts shall be ledgered against this Bond for Offset by, on/through our Private Offset Account(s) and shall pay, satisfy, offset, and discharge, Dollar for Dollar, all such obligations fully and completely, thereby restoring and maintaining the Honorable Standing of the named Account Holder(s) and Account(s) by, on/ through our Private Offset Account(s).

MR. HENRY M. PAULSON, JR., THE SECRETARY OF THE TREASURY, THE UNITED STATES DEPARTMENT OF THE TREASURY shall have 30 (Thirty) days from the date of receipt of this Bond, as witnessed by the Date of Receipt affixed to the USPS Domestic Return Receipt, to dishonor this Bond by returning this Bond and Notice of Dishonor with Statement of Reason to the Principal at the stipulated mailing address by USPS Certified Mail. Failure to return this Bond as stated shall constitute **Acceptance and Honoring** of this Bond by terms of Contract and constitute **Acceptance and Honoring** of all of the associated transactions and adherence to all of the terms and conditions contained herein, in accordance with the Law, by MR. HENRY M. PAULSON, JR., THE SECRETARY OF THE TREASURY, AND THE UNITED STATES DEPARTMENT OF THE TREASURY.

Surety #1 initials _____



Principal initial _____

Bond # STR1255B1

Page 2 of 5

MR. HENRY M. PAULSON, JR., THE SECRETARY OF THE TREASURY, THE UNITED STATES DEPARTMENT OF THE TREASURY, shall ledger this Bond as an Asset as best suits the needs of THE UNITED STATES DEPARTMENT OF THE TREASURY, in accordance with the terms and conditions contained herein for a period of 30 (Thirty) years.

# Bond Order

A)  MR. HENRY M. PAULSON, JR., THE SECRETARY OF THE TREASURY, THE UNITED STATES DEPARTMENT OF THE TREASURY shall offset all pre-existing and current liabilities for the named Account Holder(s) and Account(s) by offset against this Bond, Dollar for Dollar, jointly and severally, for any amount or cumulative amount(s) up to and **including $300,000,000.00 (USD) – Three Hundred Million United States Dollars**, all such obligations which shall include but not be limited to, any and all underlying and related account(s), agency(s), bond(s), and person(s), public or private, whether named or unnamed, for all aiding(s), abetting(s), act(s), action(s) (whether civil or criminal), accusations, act(s) of God, advisement(s), affidavit(s), affirmation(s), absconding(s), admiralty action(s), arrest(s), activity, attestation(s), accident(s), appointment(s), accord(s), **agreement(s)**, bill(s), breach(es) of contract, bond(s), bankruptcy action(s), baring(s), brokering(s), capture(s), case(s), **cause(s)**, charge(s), claim(s), code(s), collection(s), commercial action(s), common law action(s), complaint(s), **commitment(s)**, communication(s), communication(s) (whether Written, Oral, or Electronic with or without notice), compensatory damage(s), **cost(s)**, criminal debt(s), contract(s), conspiracy, counterfeiting(s), condemning(s), contributing(s), conveying(s), commission(s), damage(s), database(s), debt(s), decision(s), default(s), deficit(s), deficiencies, docket(s), document(s), encumbrance(s), equity action(s), error(s), execution(s), election(s), expense(s), fee(s), file(s), finding(s), fine(s), forfeiture(s), **fraud(s)**, hearing(s), holding(s), information(s), indictment(s), injury(s), instrument(s), incursion(s), incarceration(s), investigation(s), interrogation(s), In Rem proceeding(s), impeachment(s), judgment(s), laundering(s), levy(ies), **liability(ies)**, lien(s), losse(s), letter(s), license(s), manufacturing(s), margin(s), negligence(s), notice(s), obligation(s), **obligation(s)** of contract, obligation(s) of performance, order(s), option(s), penal action(s), penal debt(s), penal sum(s), pronouncement(s), probation(s), parole(s), prize(s), process(es), profit(s), regulation(s), reimbursement(s), restitution(s), **recidivism(s)**, recklessness(s), recoupment(s), rule(s), recovery(s), recrimination(s), regulation(s), regulatory action(s), **recission(s)**, rebuttal(s), reprisal(s), recourse(s), remedy(s), remediation(s), statement(s), statute(s), seizure(s), subrogation(s), supervision(s), summoning(s), service(s), tax(es), testimony, TRUE BILL(s), taking(s), transaction(s), **uttering(s)**, violation(s), and warrant(s), or other named or unnamed liabilities. All such liabilities, duties, obligations, and **debts** shall be ledgered against this Bond for Offset by, on through our Private Offset Account(s) and shall pay, satisfy, offset, and discharge, Dollar for Dollar, all such obligations fully and completely, thereby restoring and maintaining the Honorable Standing of the named Account Holder(s) and Account(s) by, on/ through our Private Offset Account(s).

B)  MR. HENRY M. PAULSON, JR., THE SECRETARY OF THE TREASURY, THE UNITED STATES DEPARTMENT OF THE TREASURY shall offset all future liabilities for the named Account Holder(s) and Account(s) by offset against this Bond, Dollar for Dollar, jointly and severally, for any amount or cumulative amount(s) up to and including **$300,000,000.00 (USD) – Three Hundred Million United States Dollars**, all such obligations which shall include but not be limited to, any and all underlying and related account(s), agency(s), bond(s), and person(s), public or private, whether named or unnamed, for all aiding(s), abetting(s), **act(s)**, action(s) (whether civil or criminal), accusations, act(s) of God, advisement(s), affidavit(s), affirmation(s), absconding(s), admiralty action(s), arrest(s), activity, attestation(s), accident(s), appointment(s), accord(s), agreement(s), bill(s), breach(es) of contract, bond(s), bankruptcy action(s), baring(s), brokering(s), capture(s), case(s), cause(s), **charge(s)**, claim(s), code(s), collection(s), commercial action(s), common law action(s), complaint(s), commitment(s), communication(s)

Surety #1 initials



STM

Principal initials

Bond # STR1255B1

Page 3 of 5



(whether Written, Oral, or Electronic, with or without notice), compensatory damage(s), cost(s), criminal debt(s), contract(s), conspiracy, counterfeiting(s), condemning(s), contributing(s), conveying(s), commission(s), damage(s), database(s), debt(s), decision(s), default(s), deficit(s), deficiencies, docket(s), document(s), encumbrance(s), equity action(s), error(s), execution(s), election(s), expense(s), fee(s), file(s), finding(s), fine(s), forfeiture(s), fraud(s), hearing(s), holding(s), information(s), indictment(s), injury(s), instrument(s), incursion(s), incarceration(s), investigation(s), interrogation(s), In Rem proceeding(s), impeachment(s), judgment(s), laundering(s), levy(ies), liability(ies), lien(s), loss(es), letter(s), license(s), manufacturing(s), margin(s), negligence(s), notice(s), obligation(s), obligations of contract, obligation(s) of performance, order(s), option(s), penal action(s), penal debt(s), penal sum(s), pronouncement(s), probation(s), parole(s), prize(s), process(es), profit(s), regulation(s), reimbursement(s), restitution(s), recidivism(s), recklessness(s), recoupment(s), rule(s), recovery(s), recrimination(s), regulation(s), regulatory action(s), recission(s), rebuttal(s), reprisal(s), recourse(s), remedy(s), remediation(s), statement(s), statute(s), seizure(s), subrogation(s), supervision(s), summoning(s), service(s), tax(es), testimony, TRUE BILL(s), taking(s), transaction(s), uttering(s), violation(s), and warrant(s), or other named or unnamed liabilities.

All such liabilities, duties, obligations, and debts shall be ledgered against this Bond for Offset by, on, through our Private Offset Account(s) and shall pay, satisfy, offset, and discharge, Dollar for Dollar, all such obligations fully and completely, thereby restoring and maintaining the Honorable Standing of the named Account Holder(s) and Account(s) by, on, through our Private Offset Account(s).

C)    MR. HENRY M. PAULSON, JR., THE SECRETARY OF THE TREASURY, THE UNITED STATES DEPARTMENT OF THE TREASURY shall have 30 (Thirty) days from the date of receipt of this Bond, as witnessed by the Date of Receipt affixed to the USPS Domestic Return Receipt, to dishonor this Bond by returning this Bond and Notice of Dishonor with Statement of Reason to the Principal at the stipulated mailing address by USPS Certified Mail. Failure to return this Bond as stated shall constitute **Acceptance and Honoring** of this Bond by terms of Contract and constitute **Acceptance and Honoring** of all of the associated transactions and adherence to all of the terms and conditions contained herein, in accordance with the Law, by MR. HENRY M. PAULSON, JR., THE SECRETARY OF THE TREASURY, and THE UNITED STATES DEPARTMENT OF THE TREASURY.

D)    MR. HENRY M. PAULSON, JR., THE SECRETARY OF THE TREASURY, THE UNITED STATES DEPARTMENT OF THE TREASURY, shall ledger this Bond as an Asset as best suits the needs of THE UNITED STATES DEPARTMENT OF THE TREASURY, in accordance with the terms and conditions contained herein for a period of 30 (Thirty) years.

E)    The Principal's stipulated mailing address is:
    **Shawn Talbot Rice**
    **P.O. Box 700 #81**
    **Ash Fork, Arizona [86320]**

F)    This Private Offset Discharging and Indemnity Bond, Bond # **STR1255B1** shall expire on the 24th day of April, A. D. 2038.



Surety #1 initials                                    Principal initials

Bond # STR1255B1

Page 4 of 5

We, as Signatories, to execute this Private Offset Discharging and Indemnity Bond, Bond # **STR1255B1** do hereby affix Our Initial(s), Seal(s), and Signature(s) to this Bond / Instrument on this 24th day of April in the year of A. D. Two Thousand and Eight.

535509696
**Surety #1**
Private Offset Account #

/S/
**Surety #1:** Sharon Kukhahn

**Surety #1**
**Seal/Right Thumbprint**

573531255
**Principal**
Private Offset Account #

*Shawn Talbot Rice*
**Principal:** Shawn Talbot Rice

**Principal**
**Seal/Right Thumbprint**

We Solemnly attest as Witness, to the authenticity of the foregoing Initial(s), Seal(s), and Signature(s) placed upon this Document on this the 24th day of April in the year of A. D. Two Thousand and Eight.

Witness #1 Travis Weber

/S/ _____

Witness #2 Char Colwell

Living Location

c/o 2522 N. Proctor PMB 264
Tacoma, Washington [98406]

/S/ _____

Living Location

c/o 2522 N. Proctor PMB 264
Tacoma, Washington [98406]

_____
Surety #1 initials

*STR*
Principal initials

Bond # STR1255B1

No. STR1255POB1

# PRIVATE OFFSET BOND
## USPS CERTIFIED MAIL TRACKING NO. #7008 0150 0000 7977 9710

Face Value: **$300,000,000.00 (Three-Hundred Million United States Dollars)**

Date of Issuance: June 4, 2008
Date of Expiration: June 4, 2018

To:   Henry M. Paulson, Jr.                    hereinafter "Fiduciary"
       Secretary of the U.S. Treasury
       United States Department of the Treasury
       1500 Pennsylvania Avenue, NW
       Washington, DC 20220

For:  United States Department of the Treasury -**Fifty percent (50%) of face value**
       **Shawn Talbot Rice -Up to fifty percent (50%) of face value**

For Offset Through:   Private Discharging & Indemnity Bond No. **STR1255B1**
                      on file with Department of the Treasury - USPS Registered Mail Tracking No.: **RB 940 786 823 US**

**Shawn Talbot Rice**, Creditor - Private Offset Account No. **573531255**

*KNOW ALL MEN BY THESE PRESENTS,* WHEREAS, only fiat money exists in circulation for the discharge of debt:

WHEREAS the undersigned Creditor does hereby declare, bind, hold, and oblige through this Private Offset Bond that one-half (fifty percent) of the above-noted Face Value of this Private Offset Bond shall be instantly ledgered by the Fiduciary to the benefit and use of the United States Department of the Treasury for a period of Ten (10) years through the Date of Expiration above-noted.

WHEREAS the Creditor desiring to engage and maintain honorable commercial transactions does hereby declare, bind, hold, and oblige through this Private Offset Bond that all obligations and instruments of debt including, but not limited to, debts, liabilities, encumbrances, deficiencies, deficits, liens, charges, fees, interest, bills, True Bills, taxes, obligations of contract and/or performance, and all other obligations (jointly and severally "Liabilities") attributed to the Creditor, the Creditor's collateral, in particular and/or **SHAWN TALBOT RICE** a/k/a **SHAWN T RICE, SHAWN RICE** *et al* alphabetical derivatives ("Collateral") or any other party for whom the Creditor makes this Private Offset Bond available by his signature or seal, whether such instruments be express, implied, commercial, negotiable or non-negotiable, **shall upon presentment to the Fiduciary or agent(s) thereof be (i) ledgered against this Private Offset Bond by the above-named Fiduciary** when such instruments of obligation are duly authorized by the Creditor through signature, seal or contract, express or implied and this Private Offset Bond is referenced by the Creditor for such ledgering by name or number and (ii) duly **lawfully and fully paid, satisfied, offset and discharged** dollar for dollar through the Creditor's Private Offset Account Number **EIN#573531255** as authorized herein in any amount up to and including one-half (fifty percent) of the above-noted Face Value of this Bond.

NOW, THEREFORE, the Creditor for the purpose of lawful commerce does hereby necessarily issue this Private Bond to Henry M. Paulson, Jr. in his capacity as Secretary of the United States Treasury in the amount above-noted. The Fiduciary shall have thirty (30) days from presentment to dishonor the Bond by returning same to the Principal by certified mail at the location below-noted. Failure to return will stipulate the Fiduciary's acceptance and honor.

## BOND ORDER

1.  **The Fiduciary shall instantly ledger the sum certain of one half (fifty percent) of the above-noted Face Value of this Private Offset Bond to the benefit and use of the United States Department of the Treasury for a period of Ten (10) years from the Date of Issuance through the Date of Expiration of this Bond.**
2.  The Fiduciary shall ledger dollar for dollar against this Private Offset Bond by end of business on the day of presentment or the next business day if presentment is made on a non-business day, any and all liabilities whether attributed to, or on behalf of, the Creditor, the Creditor's Collateral or any other party for which Creditor makes this Private Offset Bond available by his signature and/or seal on the instrument of obligation or otherwise gives notice to pay, satisfy or discharge the obligation regardless of the form or the instrument of obligation, whether the instrument of obligation is commercial, negotiable, non-negotiable, express or implied, through the Creditor's Private Offset Account, Pass-through Account SHAWN TALBOT RICE, EIN#573531255 as authorized herein in any amount or cumulative amounts up to and including one-half (fifty percent) of the above-noted Face Value of this Private Offset Bond.
3.  Upon presentment of such instrument of obligation, the Fiduciary shall pay, discharge and satisfy the obligation in full dollar for dollar through the Creditor's Private Offset Account, Pass-through Account SHAWN TALBOT RICE, EIN#573531255 in any amount or cumulative amounts up to and including one-half (fifty percent) of the above-noted Face Value of this Private Offset Bond.
4.  The Fiduciary shall have thirty (30) days from the Date of Delivery specified on United States Postal Service Form No. 3811 to dishonor this Bond by returning it to the Principal with all associated transactions annexed thereto by United States Certified Mail at the mailing location identified hereunder. The Fiduciary's failure to return the Bond as indicated will stipulate the Fiduciary's acceptance and honoring of this instrument and all terms and provisions herein as an operation of law.
5.  All communication shall be sent by United States Certified Mail to the Principal at the location noted hereunder exactly as shown. Service in any other manner will be defective. The Principal will accept post at the said postal location only.
6.  This Bond shall be ledgered as an asset to the benefit of the United States Department of the Treasury.
7.  This Bond expires at 11:59:59 PM June 4, 2018.

Signed on this the _____4th_____ day of ____June____, 20__08__

_Shawn Talbot Rice_
**Shawn Talbot Rice, Creditor**

Seal/Thumbprint

**Private Offset Account, Pass-through Account SHAWN TALBOT RICE,**
**EIN#573531255, P.O. Box 700 #81; Ash Fork, Arizona [86320]**

# Attachment _8_
# Page # ____

**Description of Attachment** _Clergy Ordination_

_____

_____

**Total Number of Pages of Attachment** _____

# Union of Nazarene Yisraelite Congregations
## Certificate of Smikha (Ordination)

This certificate serves as a witness that Shahn Talbot Rice has successfully completed the courses of the UONYC Derek Emet Yeshivah and has met the requirements for smikha (ordination) as Rabbi with the UONYC. Therefore, the Rabbinical Board of the UONYC recognizes his calling as a teacher of the Torah of Moshiach Yahshua.

## Rabbi
## Shahn Talbot Rice

Rabbi Edward K. Noble, Rosh haYeshivah

Rabbi Edward K. Noble, Rosh haYeshivah

Rabbinic Dayanut K. Noble, Sochen UONYC

Shvat 24 5766







# Attachment _10_
# Page # _____

**Description of Attachment** _Ashwander Rules_

_____

_____

**Total Number of Pages of Attachment** _____

## Ashwander v. Tennessee Valley Authority, 297 U.S. 288 (1936)

(USSC+)

BRANDEIS, Concurring Opinion

MR. JUSTICE BRANDEIS, concurring.

Considerations of propriety, as well as long-established practice, demand that we refrain from passing upon the constitutionality of an act of Congress unless obliged to do so in the proper performance of our judicial function, when the question is raised by a party whose interests entitle him to raise it. Blair v. United States, 250 U.S. 273, 279.

I do not disagree with the conclusion on the constitutional question announced by the Chief Justice; but, in my opinion, the judgment of the Circuit Court of Appeals should be affirmed without passing upon it. The Government has insisted throughout the litigation that the plaintiffs have no standing to challenge the validity of the legislation. This objection to the maintenance of the suit is not overcome by presenting the claim in the form of a bill in equity and complying with formal prerequisites required by Equity Rule 27. The obstacle is not procedural. It inheres in the substantive law, in well settled rules of equity, and in the practice in cases involving the constitutionality of legislation. Upon the findings made by the District Court, it should have dismissed the bill.

Third. The practice in constitutional cases. The fact that it would be convenient for the parties and the public to have promptly decided whether the legislation assailed is valid cannot justify a departure from these settled rules of **corporate law and established principles of equity practice.** On the contrary, the fact that such is the nature of the enquiry proposed should deepen the reluctance of courts to entertain the stockholder's suit.

It must be evident to any one that the power to declare a legislative enactment void is one which the judge, conscious of the fallibility of the human judgment, will shrink from exercising in any case where he can conscientiously and with due regard to duty and official oath decline the responsibility. 1 Cooley, Constitutional Limitations (8th ed.), p. 332.

The Court has frequently called attention to the "great gravity and delicacy" of its function in passing upon the validity of an act of Congress, [n3] and has restricted exercise of this function by rigid insistence that the jurisdiction of federal courts is limited to actual cases and controversies, and that they have **no power to give advisory [p*346] opinions.**

The Court developed, for its own governance in the cases confessedly within its jurisdiction, a series of rules under which it has avoided passing upon a large part of all the constitutional questions pressed upon it for decision. They are:

**1. The Court will not pass upon the constitutionality of legislation in a friendly, nonadversary, proceeding, declining because to decide such questions is legitimate only in the last resort, and as a necessity in the determination of real, earnest and vital controversy between individuals.** It never was the thought that, by means of a friendly suit, a party beaten in the legislature could transfer to the courts an inquiry as to the constitutionality of the legislative act. Chicago & Grand Trunk Ry. v. Wellman, 143 U.S. 339, 345. Compare Lord v. Veazie, 8 How. 251; Atherton Mills v. Johnston, 259 U.S. 13, 15.

**2. The Court will not "anticipate a question of constitutional law in advance of the necessity of deciding it."** [p*347] Liverpool, N.Y. & P. S.S. Co. v. Emigration Commissioners, 113 U.S. 33, 39; [n5] Abrams v. Van Schaick, 293 U.S. 188; Wilshire Oil Co. v. United States, 295 U.S. 100. "It is not the habit of the Court to decide questions of a constitutional nature unless absolutely necessary to a decision of the case." Burton v. United States, 196 U.S. 283, 295.

**3. The Court will not "formulate a rule of constitutional law broader than is required by the precise facts to which it is to be applied."** Liverpool, N.Y. & P. S.S. Co. v. Emigration Commissioners, supra; compare Hammond v. Schapp Bus Line, 275 U.S. 164, 169-172.

**4. The Court will not pass upon a constitutional question, although properly presented by the record, if there is also present some other ground upon which the case may be disposed of.** This rule has found most varied application. Thus, if a case can be decided on either of two grounds, one involving a constitutional question, the other a question of statutory construction or general law, the Court will decide only the latter. Siler v. Louisville & Nashville R. Co., 213 U.S. 175, 191; Light v. United States, 220 U.S. 523, 538. Appeals from the highest court of a state challenging its decision of a question under the Federal Constitution are frequently dismissed because the judgment can be sustained on an independent state ground. Berea College v. Kentucky, 211 U.S. 45, 53.

**5. The Court will not pass upon the validity of a statute upon complaint of one who fails to show that he is injured by its operation.** [n6] Tyler v. The Judges, 179 U.S. [p*348] 405; Hendrick v. Maryland, 235 U.S. 610, 621. Among the many applications of this rule, none is more striking than the denial of the right of challenge to one who lacks a personal or property right. Thus, the challenge by a public official interested only in the performance of his official duty will not be entertained. Columbus & Greenville Ry. v. Miller, 283 U.S. 96, 99-100. In Fairchild v. Hughes, 258 U.S. 126, the Court affirmed the dismissal of a suit brought by a citizen who sought to have the Nineteenth Amendment declared unconstitutional. In Massachusetts v. Mellon, 262 U.S. 447, the challenge of the **federal Maternity Act** was not entertained, although made by the Commonwealth on behalf of all its citizens.

**6. The Court will not pass upon the constitutionality of a statute at the instance of one who has availed himself of its benefits.**    [n7] Great Falls Mfg. Co. v. Attorney General, 124 U.S. 581; Wall v. Parrot Silver & Copper Co., 244 U.S. 407, 411-412; St. Louis Malleable Casting Co. v. Prendergast Construction Co., 260 U.S. 469.

**7. When the validity of an act of the Congress is drawn in question, and even if a serious doubt of constitutionality is raised, it is a cardinal principle that this Court will first ascertain whether a construction of the statute is fairly possible by which the question may be avoided.** Crowell v. Benson, 285 U.S. 22, 62. [n8] [p*349]

Fourth. I am aware that, on several occasions, this Court passed upon important constitutional questions which were presented in stockholders' suits bearing a superficial resemblance to that now before us.

If, or insofar as, any of the cases discussed may be deemed authority for sustaining this bill, they should now be disapproved. This Court, while recognizing the soundness of the rule of stare decisis where appropriate, has not hesitated to overrule earlier decisions shown, upon fuller [p*353] consideration, to be erroneous. [n11] Our present keener appreciation of the wisdom of limiting our decisions rigidly to questions essential to the disposition of the case before the court is evidenced by United States v. Hastings, 296 U.S. 188, decided at this term. There, we overruled United States v. Stevenson, 215 U.S. 190, 195, long a controlling authority on the Criminal Appeals Act.

MR. JUSTICE STONE, MR. JUSTICE ROBERTS, and MR. JUSTICE CARDOZO join in this opinion.

# Attachment _11_
# Page # _____

**Description of Attachment** _Termination of_

_U.S. citizenship_ _____

_____

**Total Number of Pages of Attachment** _____

Shawn Talbot Rice
1810 W. Northern Ave. #A-9106
genix, Arizona

DEPARTMENT USE ONLY

U.S. Consulate-Expatriation Unit
1095 W Pender, 2000
Vancouver BC Canada

## CERTIFICATE OF RENUNCIATION
(Pursuant to 22 USCE Ch 1 Sec. 50 ...)

I, Shawn Talbot Rice, who began life at conception in California in the year 1962 hereafter as follows:

1    That I have never resided in the United States, nor do I intend to establish residency in the future

2    That I am at this time a non-resident commonly found in Arizona

3    That I have never acquired the nationality of the United States,

4    That I am stateless, that I was once an Officer in the United States Marine Corps, but that I have no allegiance now to any state nor to the United States,

That I hereby expatriate myself, this day, under the provisions of the Expatriation Act of 1868 (15 Stat at L 223) and if applicable 42 ARS 5015, renouncing and canceling any agreement either binding or benefiting either myself or my offspring by any legislative enactment of the U.S. Congress.

In testimony whereof, I have hereunto signed and sealed with thumbprint or notary this 3rd day of September, A.D. 1999.

(Verification)

_Shawn Talbot Rice_
Shawn Talbot Rice

## SERVICE

I certify that 2 copies of the above was hand delivered by me, to the U.S. Consulate along with the Statement of Understanding as above on

_Shawn Talbot Rice_
Shawn Talbot Rice

_Witness to service_
Witness to service

STATEMENT OF UNDERSTANDING
(Sworn, along with certificate of renunciation)

I, Shawn Talbot Rice, understand that:

1. I have a right to renounce my United States citizenship, if I have any citizenship.

2. I am exercising my right of renunciation freely and voluntarily, without any force, compulsion, or undue influence placed upon me by any person.

3. Upon renouncing my citizenship I will become an alien if I am not already alien with respect to the United States, subject to all the laws and procedures of the United States regarding entry and control of non-immigrant non-resident aliens.

4. My renunciation may not affect my military or selective service duties of any, and may not exempt me from income taxation, except taxation of my own labor. I understand that any problems in these areas must be resolved with the appropriate agencies or through the courts.

5. My renunciation may not affect my liability, if any, to prosecution for any crimes which I may have committed or may commit in the future which violate United States law to which I may be subject.

6. If I do not possess the nationality of any country other than the United States, upon my renunciation I will become a stateless man or woman, a non-immigrant, non-resident alien, and may face extreme difficulties in traveling internationally and entering most countries.

6. I understand that both Canada and the United States are bound by United Nations Declaration of Human Rights, Art 13(2), which guarantees the right of travel of stateless people across international borders.

7. If a foreign country finds me to be deportable, my renunciation may not prevent my involuntary return to the United States.

8. I know the extremely serious and irrevocable nature of the act of renunciation, and I fully understand its consequences.

9. I ( ) do or (X) do not choose to make a separate written explanation of my reasons for renouncing my United States citizenship. I swear or affirm that I have read this statement and fully understand its contents.

_Shawn Talbot Rice_
Renunciant

1    RICE: The time is 13:37, Monday, the 22nd of September and I'm here at the

2    U.S. Consulate in Vancouver. I'm going to check and see if the tape is

3    GUTENSON:      Rice, ah, during the preliminaries I will not allow you to

4    tape record the.

5    RICE: Is this part of the interview?

6    GUTENSON: Pardon?

7    RICE: Will the interview be conducted here?

8    GUTENSON: The interview will be conducted here.  When I come up after

9    you have completed the preliminaries.

10   RICE: Okay.

11   GUTENSON: When I come up, you may turn your tape recorder on.

12   RICE: Okay.

13   GUTENSON: At least we will both know that I am being tape recorded.

14   RICE: That's fine.

15   GUTENSON: But, during the preliminary, ah, transactions, no tape recording

16   please.

17   RICE: That's fine.

18   GUTENSON: All right?

19   RICE: Sure.

                              * * * * * * * *

21   GUTENSON: All right, and you have identified yourself as Shawn Talbot

22   Rice?

23   RICE: Yes, ma'am.

24   GUTENSON: Correct?

25   RICE: Yes, ma'am.

26   GUTENSON: And, these documents are documents that you wish to, ah,

27   forward to the Department of State as part of your exhibit?

28                                    1

RICE: Yes, ma'am.

GUTENSON: All right. Then, I am going to keep one copy of this, give you one copy of it.

RICE: Uh hum.

GUTENSON: And ask that you would read exactly what you see before you all, before you sign it, all right? If you will read it aloud, please.

RICE: I, Shawn Talbot Rice, understand that to, article one – I have the right to renounce my U.S. citizenship. Two – I am exercising my right of renunciation freely and voluntarily without force, compulsion or undue influence placed upon me by any person. Three. Upon renouncing my citizenship, I will become an alien with respect to the United States, subject to all the laws and procedures of the United States regarding entering and control of aliens. Four – If I do not possess the nationality slash citizenship of any country other than the United States, upon my renunciation, I will become a stateless person and may face extreme difficulties in traveling internationally and entering those countries. Number five – If I am found to be deportable by a foreign country, my renunciation may not prevent my involuntary return to the United States. Number six. My renunciation may not effect my military or selective service status, if any. I understand that any problems in this area must be resolved with the appropriate agencies. Seven. My renunciation may not effect my liability, if any, to prosecution for any crimes which may I may have committed or may commit in the future which violate United States Law. Number Eight. My renunciation may not exempt me from United States income taxation. With regard to the United States taxation consequences, I understand that I must contact the United States Internal Revenue Service. Further, I understand that if my renunciation of the United States citizenship is determined by the United States Attorney General to be motivated by tax avoidance purposes, I will be found excludable from the United States under the Immigration and Nationality Act as amended. Number nine

2

The extremely serious irrevocable nature of the act of renunciation has been explained to me by counsel, Lynn D. Gutenson, at the American Consulate General at Vancouver. I fully understand it's consequences. I choose to make a separate written explanation of my reasons of renouncing my United States citizenship. I agree in the nature of Matthew

GUTENSON: No, you have to read the statement as it is shown, sir

RICE: I believe, listen to me, Lynne, I agree, in the nature of the bible new testament Matthew

GUTENSON: You may affirm

RICE: Matthew

GUTENSON: Sir, you may say affirm

RICE: This is where I get to speak for

GUTENSON: I am asking you to read the statement of renunciation as it is written here before you sign it. I am not asking you to edit it or to add things to it. If you will please read the final statement before you sign

RICE: In the nature of, listen to me

GUTENSON: Sir.

RICE: Lynne, listen

GUTENSON: I am asking you

RICE: Lynne

GUTENSON: And I asked you at the beginning of this statement to read the statement as it is written.

RICE: Upon my religious beliefs, I am telling you

GUTENSON: I am asking you only to affirm that you have read this statement

RICE: ... that I may read the statement and finish it. I'm not here to argue with you. I'm not here to make war with you. I'm not here to fight with you.

GUTENSON: Are you here to sign this statement?

5

RICE: I am here to sign this statement.

GUTENSON: All right, if you will finish reading the statement and sign the statement, then we will get on with the business of

RICE: You want to let me finish?

GUTENSON: Your renunciation

RICE: As soon as you let me finish, I'll finish. May I finish?

GUTENSON: If you're going to finish reading the statement, that's fine. But if you are

RICE: Who's renouncing here?

GUTENSON: Planning

RICE: Lynne who's renouncing here, you or me?

GUTENSON: You're renouncing, this statement shows that you are renouncing. We're not asking you to edit or to redo this statement, sir

RICE: I'm not editing in the written form

GUTENSON: You're adding more to the statement than is here.

RICE: In the nature of Matthew, chapter 5, verses 33 through 37, I agree and in the nature of affirmation that I have read this statement in the English language and fully understand it's contents. Now I will sign

GUTENSON: Please have a seat. On these five statements I want you to make a handwritten change saying what you want to affirm to according to Matthew

RICE: Okay.

RICE: You want me to sign each one as I do this

GUTENSON: No, I have to swear you in first.

GUTENSON: Okay, now, may I have you raise your right hand, sir? Do you swear or affirm that all of the information you have provided to us is complete and correct to the best of your knowledge?

RICE: I affirm the nature of the form so signed

GUTENSON: All right, and then if you will sign each one.

GUTENSON: All right, the next one I need you, why don't you read through it and see if there is anything that you object to that you wish to change. I am informing you that any changes you make, we will be happy to submit to the State Department as you have amended them.

RICE: Okay.

GUTENSON: Okay, please read it aloud.

RICE: Certainly. I am going to read the whole thing and then I will just sign it aloud for you.

GUTENSON: That's fine.

RICE: The whole thing from the top?

GUTENSON: Ah, you can start with I, Shawn Talbot Rice.

RICE: I, Shawn Talbot Rice, a national of the United States, solemnly affirm in the nature of Matthew 5: 33 through 37, that I was born at La Jolla, California on November 29th, year of our Lord, 1962; that I formerly resided in the United States at 1810 West Northern Avenue, A9106, Phoenix, Arizona, 85021 and I am a National of the United States by virtue of my birth in the United States, that I desire to make a formal renunciation of my American nationality as provided by Section 349(A)(5) of the Immigration and Nationality Act and pursuant thereto I hereby absolutely and entirely renounce my United States nationality together with all rights and privileges and all duties and allegiance and fidelity thereto, there unto pertaining.

GUTENSON: All right. If you will sign, you are still under oath.

RICE: Now, this is for you, correct?

GUTENSON: That's for me.

RICE: All right.

GUTENSON: Now, as you go through to sign, if you will just make the same changes.

5

1    RICE: Yes, ma'am.

2    GUTENSON: On each one of the copies.

3    GUTENSON: And I want to be sure that you understand fully that having

4    done this you are not at this moment accepted as a renounced U.S. citizen; however

5    we will be sending all of the paper work forward to Washington D.C. to the

6    Department of State. If your renunciation is approved, then it will be retroactive to

7    this date. I hope that you are fully aware that by renouncing your citizenship you will

8    become an alien of the United States.

9    RICE: Bless you.

10    GUTENSON: Are you aware of that?

11    RICE: Bless you, ma'am.

12    GUTENSON: Okay. And, if you wish to reside permanently within the

13    borders of the United States that this may create some problems for you as an alien.

14    RICE: I understand what you just said. I agree with it. Bless you.

15    GUTENSON: All right, then we have completed the paperwork process. All

16    right. Do you have any further questions?

17    RICE: No, ma'am.

18    GUTENSON: All right, good enough. Then we have all of your details and

19    so, ah, I don't know. I can't tell you how long it will take before the Department of

20    State makes a ruling or a determination on that, but they will let us know and we will

21    be in touch with you.

22    RICE: It's been a pleasure doing business with you.

23    GUTENSON: All right.

24    RICE: You can smile.

25    GUTENSON: I can indeed.

26    RICE: First time, I just saw you smile.

27

28                                        6

GUTENSON: That's not the problem, sir. The problem is that we just want you to know that by making whatever changes you may make to the form, we will submit it with the changes that you have made, it's not the form as it was originally intended.

RICE: Bless you

GUTENSON: All right?

RICE: Thank you

GUTENSON: Bye.

*Busy Fingers*

*Mona C. Behm, PLS*

*Phoenix, Arizona 85012*

STATE OF ARIZONA )
                        ) SS
County of Maricopa      )

I hereby certify that I have transcribed, to the best of my ability, a tape recording of a meeting between Lynne Gutenson, Consular Officer, and Shawn Talbot Rice re Renunciation of U.S. citizenship, and I have affixed this certification to said transcript as a part thereof.

Dated this 28th day of August, 2002

Mona C. Behm
Certified P.L.S.

### REASON FOR EXPATRIATION BY AFFIDAVIT

on the soil                          )
Maricopa county                      ) ss: ASSEVERATION
Arizona                              )

In every man's life there comes a time where he must decide which path to follow in order to live with his conscience. I am no different. In order to lead a positive productive life positive virtue, good morals and ethical values must follow. A form of rules usually flows therein. Being a descendant of the House of Ephraim and after much deliberation with my Rabbi, I state the following, for reasons listed hereafter and for revelations made to appear to me, in various forms. I have decided to ensure that any alleged political ties have been severed and for the UNITED STATES (a Federal Municipal Corporation) law found to acknowledge and stipulate to said machinery/procedure like that illustrated in the nature of AFROYIM v. RUSK, 387 US 253 (1967) and of the Right of the expatriation in order to assert of and remain within the original Biblical values upon which that nation was originally founded.

It appears to me that the current UNITED STATES (a Federal Municipal Corporation) CONSTITUTION was formed as evidenced by the Legislative Act of February 21, A.D. 1871, Forty-first Congress, Session III, Chapter 62, p 419 - Exhibit A. It appears to me that this UNITED STATES (a Federal Municipal Corporation) was acting as a General Partner with the original agreement of A.D. 1787, known as the Constitution for the United States of America, declared bankruptcy in A.D 1933. After this event a foreign (alleged creditor) entity allegedly took possession of all pledged assets. After much study and due diligence I discovered and observed the following appear:

1    In May - June A.D. 1992, I observed the United Nations, a Theosophical/Luciferian [Freedom on the Alter] based organization, use Russian KGB Agents to make unlawful agreements with the Khymer Rouge in Cambodia, that the UNITED STATES and its agencies, CIA etc., assented. That as late as 1992 the Khymer Rouge was conducting training with UNITED STATES assent in eastern Thailand next to the Cambodian border while the United Nations forces were attempting to disarm and place said Khymer Rouge "guerrilla's" in "cantonments". That there existed a UNITED STATES controlled media campaign to foster and control public opinion to accomplish the cantonment project.

2    CAFR and composite government – That there exists two different sets of "books and records' that are evidenced by the Comprehensive Annual Financial Report (Composite Government). This demonstrates that there is no deficit and therefore no debt. It demonstrates that 7200+ composite government organizations are woven into a web of greed unparalleled in the history of man. It demonstrates that the government known as the United States is a sham. Exhibit B

3    State Bifurcation – Exhibit C

4    DTC Depository Trust Company (DTC) is one of the best-kept secrets in America. Exhibit D

5    Ruby Ridge. That anytime any governmental organization does not demonstrate the good sense and common decency to NOT shoot an unarmed mother holding a child and takes punitive action against a family peacefully living off the land in which they live is not worthy of membership.

6    WACO. After personally interrogating David Thibido (?) on July 4th, A.D. 1996, in regards to actions taken at the site of the WACO massacre and reviewing the publicly available evidence I came to the following conclusions. I do not entirely agree with the groups philosophical beliefs system. However, in light of the fact that BATF uncover agents could have arrested David Koresh peacefully through local County Sheriff authorities and other inconsistencies and other problems, and, after having trained for a similar assault while serving as a USMC CH-46 Helicopter Pilot (Exhibit E) in Hawaii between war zones and deployments, it appears to me that the entire escapade was either conducted by incompetents or was perfectly orchestrated by media approved political planners to orchestrate passage of many Bills and Executive Orders.

7    After reading, reviewing and making numerous phone calls in regards to the book known as Compromised by Terry Reed and John Cummings and numerous information sources, direct and indirect, I have concluded that some very negative people are running the UNITED STATES with their own private agendas.

8   That since Title 50 United States Code states that the populace of that geographical land mass known as the United States of America can regionally be used as a biological weapons testing ground with notification of local authorities, I choose not to play any more

9   After having observed the exemplary, fair and well executed performance of Military Court Rooms and the sneaky, underhanded, conniving, ungentlemanly tactics of American Bar Member, County, and others, Court Room practices I cannot let the presumption upon my person remain labeled as a citizen   Furthermore, the today's courts in [the instrumentality]and for [the corporation] still operate in the nature of the INNS OF COURT created by the Knights Templars (known today as the Masonic Lodge and other Circle of Life based Luciferian belief systems, Rosicrucian, Illuminati, etc )

10  After spending nearly a year during 1995, after departing the USMC Military Intelligence "business" on February 15, A D 1995, I learned that politically the UNITED STATES has too many luciferian based political groups (too numerous to mention here) controlling it.

11  Comparison of Wall Street Journal with Top Secret Board information while working at 3rd Marine Air Wing G-2 At El Toro Marine Corps Air Station of various activities that did not congeal

12  Oklahoma Bombing —  Clearly the represented named defendant did plant a "bomb" in front of the Federal building and deserved said sentence however there were and still are many others at work  I believe, being funded and supported by the alleged creditors and alleged owners of the alleged bankrupt United States

13  Having stated the foregoing I hereby recommend that said Municipal Corporation and agents thereof in and for said UNITED STATES acknowledge and stipulate to the lack of existence of said citizenship and said alleged cestuis que trust allegedly created by same organization   That said UNITED STATES, a Municipal Corporation, hereby issue documents and accouterments, numbers etc , to represent the lack of nexus therein and for peaceful interface therein  In this manner the man subscribing below can live in accord with his conscience, follow the intent of Biblical scripture, and be held accountable for whatever torts and contract breaches intended to be enforced under Biblical Common Law

14  I hereby Biblically wash my hands and dust off my shoes upon and of said Municipal Corporation known as the UNITED STATES and will endeavor to live in peace on the soil, or thereabouts, of which I was created and subsequently born

*Shawn Talbot Rice, Presiding Patriarch*
Shawn Talbot Rice, Presiding Patriarch
LET THIS STAND AS THE TRUTH BEFORE GOD ALMIGHTY
AND BE ESTABLISHED BEFORE MEN AS THE SCRIPTURES SAITH
"By the mouth of two or three witnesses shall every word be established " [2 Corinthians 13 1]

1 *Jeffrey Allen Cody, Scribe for Presiding Patriarch*   2 *Randy Gugliotti, rabbi*
3 *Heather Dawn Rice, Witness for Dat Adt Rice, with your dog name*

Jurat/Acknowledgment

Arizona                          }
                                 }      Subscribed, agreed and sealed
Maricopa county                  }

On this 21 day of September, Anno Domini 1999, the subscriber did personally appear before me, is known to be the man described herein, who executed the foregoing affidavit, acknowledged the contents thereof, and executed the same as his free act and deed  Done so in the nature of Matthew 5 33-37

Subscribed and agreed to before me the undersigned Notary

Notary Officer

NOTARY PUBLIC
STATE OF ARIZONA
Maricopa County
RACHEL NARBONNE
My Appointment Expires 02/19/2000

990921 – JC\My Documents\l Ci\Strategies\Expatriation\REASON FOR EXPATRIATION BY AFFIDAVIT.doc] PAGE 3 of 3

Shawn Talbot, Rice

Shawn Talbot, Rice
1981 East Tyson Place
Chandler, Arizona state



OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
HELEN PURCELL
96-0112941    02/21/96    02:04

# AFFIDAVIT

## DECLARATION OF ARIZONA CITIZENSHIP, AND
## REVOCATION OF POWER OF ATTORNEY

### TO WHOM IT MAY CONCERN:

I, Shawn Talbot, Rice, being a Free White Male, Human Being, ......

That I, ...... Shawn Talbot, Rice, am over the age of twenty-one and competent to testify and now state my findings to the facts as to the herein matters herein, and forth:

That ...... that I, Shawn Talbot, Rice, was lawful born a natural [...] on or about November 29th, 1962 A.D. on and on the land known as San Diego county, La Jolla city, California state, Republic to parents who were both American Nationals Progenitors and thereby California of the united States of America, of which facts I have adequate personal .......

### DECLARATION OF ARIZONA CITIZENSHIP

That I, Shawn Talbot, Rice declare that My Christian name is Shawn Talbot, and My Family name is Rice, and .......

That I, Shawn Talbot, Rice, am a native Californian of ...... on the State ...... Arizona state ......

That I, Shawn Talbot, Rice, declare that I cannot serve two masters as ...... , I cannot be in harmony with the Laws of the land. Therefore, I declare that My colors and Authority is the Organic Flag ...... My State ...... and further

That I, Shawn Talbot, Rice, Arizona Citizen, will bear faithful and true Allegiance to the People of Arizona and will truly endeavor to support, maintain, and defend the independent Government thereof against all enemies foreign or domestic, and the attempts of any person, prince, power, state or potentate, who by secret acts, treasons, conspiracies or by open force shall attempt to subvert the same, and will in every respect conduct Myself as a peaceful orderly Citizen, and that I will disclose and make known to the Governor, some member of the Council of the State, some Justice of the superior Courts or of the Peace, all treasons, conspiracies and attempts committed or intended against the State or the People, which shall come to My

## REVOCATION OF POWER OF ATTORNEY

# Attachment 12
# Page # ____

**Description of Attachment** _Pembina Nation Attachment_

_joinder_ _____

_____

**Total Number of Pages of Attachment** _____

# Pembina Nation
## Little Shell Band of North America



PO Box 99 · Lawton, ND 58345

## AUTHORIZATION
## TO PRACTICE LAW IN THE
## FEDERAL TRIBAL CIRCUIT COURT
## PEMBINA NATION
## LITTLE SHELL BAND OF NORTH AMERICA

Comes now, Chief Lawrence, Chief of the Pembina Nation Little Shell Band of North America who hereby authorizes

### *Shawn Talbot Rice*

to Practice Law in the Federal Tribal Circuit Court of the Pembina Nation Little Shell Band.

Dated this 26 day of _____ 2005

Chief Lawrence







# Attachment _13_
# Page # ___

**Description of Attachment** _USMC DD214_

_____

_____

**Total Number of Pages of Attachment** _____

CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

RICE SHAWN TALBOT

USMCR-R

[illegible faded form fields]

...EAST WILSHIRE AVENUE #11
FULLERTON CA 92834

MARINE CORPS RESERVE SUPPORT UNIT

BLOCK 18 CONT'D ... MERITORIOUS UNIT AWARD, HUMANITARIAN SERVICE MEDAL, KUWAIT LIBERATION MEDAL, NAVY ACHIEVEMENT MEDAL, AIR MEDAL (STRIKE FLIGHT), NATIONAL DEFENSE SERVICE MEDAL.

As a member of the Marine Corps Reserve, you will keep the director, MCRSU ... informed ... within the state of Arizona call commercial (602) 267-1234, if outside the state of Arizona, call 466-8100 ... informed of any changes of address, marital status ... or physical standards.

... SEPARATION ACTIVITY  950215  01 DAY TO TIME

SUBJECT TO ACTIVE DUTY RECALL AND/OR ANNUAL SCREENING

... EAST TYLER PLACE
CHANDLER AZ 85224

AL RICE 452 SOUTH SWIDLER PLACE
ORANGE CA 92664

T. Y. BROOKS MSGT OIC INC RICIR

# Attachment *14*
# Page # ____

**Description of Attachment** *SIMPE Corporation Sole*

*(religious clergy office/Contract with Plaintiff)*

*Plaintiff has Certified Copies*

**Total Number of Pages of Attachment** _____

601  900  088

FILED
STATE OF WASHINGTON

SEP 0 9 1998

RALPH MUNRO
SECRETARY OF STATE

RECEIVED

SEP 2 5 1998

# Articles of Incorporation

### of

The Office of the First Presiding Patriarch (Overseer),
and his successors, a corporation sole, *
over for Society of the Israelite Mosaic Paternal Ethic,
(an unincorporated religious society)
* (hereinafter referred to as "The Presiding Patriarch (Overseer)"
except where expressly required.)

For filing purposes the above stated Articles of Incorporation are required by the statutory
law and the Office of the Secretary of State, otherwise it would be stated as hereunder shown

# Instrument of Acknowledgment

### of

The Office of the First Presiding Patriarch (Overseer),
and his successors, a corporation sole *
over for Society of the Israelite Mosaic Paternal Ethic
(an unincorporated religious society)
* (hereinafter referred to as "The Presiding Patriarch (Overseer)"
except where expressly required.)

Instrument Of Acknowledgment          Cover Page          Corporation Sole

on the soil                          )
Walla Walla county                   )ss. ASSEVERATION
Washington                           )
United States of America             )

Shawn Talbot, Rice, personally appeared before us, known to us to be the man, being described
in and who executed the within and foregoing Instrument Of Acknowledgment, of The Office of
the First Presiding Patriarch (Overseer), a corporation sole, for Society of the Israelite Mosaic
Paternal Ethic, and his successors, acknowledged that he signed the same as his free and voluntary
Act and Deed for the uses and purposes therein mentioned, On this, the _____ Day of the
_____ Month in the Year of Our Lord and Saviour, Jesus the Christ, A.D. 1998

_____

Shawn Talbot, Rice, Presiding Patriarch (Overseer),
a corporation sole, and successors, for Society of the Israelite Mosaic Paternal Ethic

LET THIS STAND AS THE TRUTH BEFORE GOD ALMIGHTY
AND BE ESTABLISHED BEFORE MEN AS THE SCRIPTURES SAITH

" By the mouth of two or three witnesses shall every word be established " [2 Corinthians 13:1]

WITNESSES

Instrument of Acknowledgment          ATTACHMENT 'A'                    Corporation Sole
for Society of the Israelite Mosaic Paternal Ethic

# STATE of WASHINGTON



## SECRETARY of STATE

I, RALPH MUNRO, Secretary of State of the State of Washington and custodian of its seal, hereby certify this

CERTIFICATE OF INCORPORATION

to

## THE OFFICE OF THE FIRST PATRIARCH (OVERSEER) A CORPORATION SOLE, AND SUCCESSORS FOR SOCIETY OF THE ISRAELITE MOSAIC PATERNAL ETHIC

a Washington Corporation Sole. Articles of Incorporation were filed for record in this office on the date indicated below.

UBI Number:             Date: September 9, 1998



Given under my hand and the Seal of the State of Washington, at Olympia, the State Capital.



Ralph Munro, Secretary of State

# Attachment 9
# Page # _____

**Description of Attachment** Forms 24, 25, 25A, 28,

30, 61, 85, 273, 274, and 275, 1414,

W-8 BEN, APPLICATION FOR THE RELEASE OF BLOCKED FUNDS

**Total Number of Pages of Attachment** _____

| BID BOND<br>*(See instruction on reverse)* | DATE BOND EXECUTED *(Must not be later than bid opening date)*<br><br>MARCH 3, 2009 | OMB NO.: **9000-0045** |
|---|---|---|

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), Federal Acquisition Policy Division, GSA, Washington, DC 20405.

| PRINCIPAL *(Legal name and business address)*<br>SHAWN TALBOT RICE<br>168 WEST LEWIS<br>ASH FORK, ARIZONA 86320 | TYPE OF ORGANIZATION *("X" one)*<br>[X] INDIVIDUAL    [ ] PARTNERSHIP<br>[ ] JOINT VENTURE    [ ] CORPORATION<br>STATE OF INCORPORATION<br>CALIFORNIA BC# 62-326577 |
|---|---|

SURETY(IES) *(Name and business address)*
SHAWN TALBOT RICE
DEPOSITORY TRUST COMPANY
55 WATER STREET
NEW YORK, NEW YORK 10041

| PENAL SUM OF BOND | | | | | BID IDENTIFICATION | |
|---|---|---|---|---|---|---|
| PERCENT OF BID PRICE | AMOUNT NOT TO EXCEED | | | | BID DATE<br>MARCH 3, 2009 | INVITATION NO.<br>209CR078 |
| | MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS | FOR *(Construction, Supplies, or Services)* | |

OBLIGATION:

We, the Principal and Surety(ies) are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS:

The Principal has submitted the bid identified above.

THEREFORE:

The above obligation is void if the Principal - (a) upon acceptance by the Government of the bid identified above, within the period specified therein for acceptance (sixty (60) days if no period is specified), executes the further contractual documents and gives the bond(s) required by the terms of the bid as accepted within the time specified (ten (10) days if no period is specified) after receipt of the forms by the principal; or (b) in the event of failure to execute such further contractual documents and give such bonds, pays the Government for any cost of procuring the work which exceeds the amount of the bid.

Each Surety executing this instrument agrees that its obligation is **not impaired** by any extension(s) of the time for acceptance of the bid that the Principal may grant to the Government. Notice to the surety(ies) of **extension**(s) are waived. However, waiver of the notice applies only to extensions aggregating not more than sixty (60) calendar days in addition to the period originally allowed for acceptance of the bid.

WITNESS:

The Principal and Surety(ies) executed this bid bond and affixed their seals on the above date.

| PRINCIPAL | | | | |
|---|---|---|---|---|
| SIGNATURE(S) | 1. *(Seal)* | 2. *(Seal)* | 3. *(Seal)* | Corporate Seal |
| NAME(S) & TITLE(S) *(Typed)* | 1. SHAWN TALBOT RICE<br>Authorized Representative | 2. | 3. | |

| INDIVIDUAL SURETY(IES) | | | |
|---|---|---|---|
| SIGNATURE(S) | 1. *(Seal)* | 2. | *(Seal)* |
| NAME(S) *(Typed)* | 1. SHAWN TALBOT RICE | 2. | |

| CORPORATE SURETY(IES) | | | | | |
|---|---|---|---|---|---|
| SURETY A | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | |
| | SIGNATURE(S) | 1. | | 2. | Corporate Seal |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | | 2. | |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is usable

STANDARD FORM 24 (REV. 10-98)
Prescribed by GSA - FAR (48 CFR) 53.228(a)

**Notary Acknowledgment**

STATE OF **ARIZONA**          )
                              )ss
County of **YAVAPAI**         )


This instrument was acknowledged before me this **13TH** day of **MARCH, 2009**
By **SHAWN TALBOT RICE**_____

Notary Public

My Commission Expires: _____

OFFICIAL SEAL
BEV VAN WAY
NOTARY PUBLIC-STATE OF ARIZONA
YAVAPAI COUNTY
My Comm. Expires April 19, 2012

| | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | |
|---|---|---|---|---|---|
| **SURETY B** | SIGNATURE(S) | 1. | 2. | | *Corporate Seal* |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | |
| **SURETY C** | SIGNATURE(S) | 1. | 2. | | *Corporate Seal* |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | |
| **SURETY D** | SIGNATURE(S) | 1. | 2. | | *Corporate Seal* |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | |
| **SURETY E** | SIGNATURE(S) | 1. | 2. | | *Corporate Seal* |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | |
| **SURETY F** | SIGNATURE(S) | 1. | 2. | | *Corporate Seal* |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | |
| **SURETY G** | SIGNATURE(S) | 1. | 2. | | *Corporate Seal* |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

## INSTRUCTIONS

1. This form is authorized for use when a bid guaranty is required. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. The bond may express penal sum as a percentage of the bid price. In these cases, the bond may state a maximum dollar limitation (e.g., (e.g., 20% of the bid price but the amount not to exceed _____ dollars).

4. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein, where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety *P*, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designed "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

   (b) Where individual sureties are involved, a completed Affidavit of Individual surety (Standard Form 28), for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning its financial capability.

5. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal"; and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

6. Type the name and title of each person signing this bond in the space provided.

7. In its application to negotiated contracts, the terms "bid" and "bidder" shall include "proposal" and "offeror."

| **PERFORMANCE BOND**<br>*(See instructions on reverse)* | DATE BOND EXECUTED *(Must be same or later than date of contract)*<br>MARCH 3, 2009 | OMB No.: **9000-0045** |
|---|---|---|

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), Federal Acquisition Policy Division, GSA, Washington, DC 20405.

**PRINCIPAL** *(Legal name and business address)*
SHAWN TALBOT RICE
168 WEST LEWIS
ASH FORK, ARIZONA 86320

**TYPE OF ORGANIZATION** *("X" one)*
- ☒ INDIVIDUAL
- ☐ PARTNERSHIP
- ☐ JOINT VENTURE
- ☐ CORPORATION

STATE OF INCORPORATION
CALIFORNIA BC#62-326577

**SURETY(IES)** *(Name(s) and business address(es))*
SHAWN TALBOT RICE
DEPOSITORY TRUST COMPANY
55 WATER STREET
NEW YORK, NEW YORK 10041

**PENAL SUM OF BOND**

| MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
|---|---|---|---|

| CONTRACT DATE | CONTRACT NO. |
|---|---|
| MARCH 3, 2009 | 209CR078 |

**OBLIGATION:**

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

**CONDITIONS:**

The Principal has entered into the contract identified above.

**THEREFORE:**

The above obligation is void if the Principal -

   (a)(1)  Performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of the contract during the original term of the contract and any extensions thereof that are granted by the Government, with or without notice to the Surety(ies), and during the life of any guaranty required under the contract, and (2) performs and fulfills all the undertakings, covenants, terms conditions, and agreements of any and all duly authorized modifications of the contract that hereafter are made. Notice of those modifications to the Surety(ies) are waived.

   (b)  Pays to the Government the full amount of the taxes imposed by the Government, if the said contract is subject to the Miller Act, (40 U.S.C. 270a-270e), which are collected, deducted, or withheld from wages paid by the Principal in carrying out the construction contract with respect to which this bond is furnished.

**WITNESS:**

The Principal and Surety(ies) executed this performance bond and affixed their seals on the above date.

| **PRINCIPAL** | | | |
|---|---|---|---|
| SIGNATURE(S) | 1. *Shawn Talbot Rice* (Seal) | 2. (Seal) | 3. (Seal) | Corporate Seal |
| NAME(S) & TITLE(S) *(Typed)* | 1. SHAWN TALBOT RICE<br>Authorized Representative | 2. | 3. | |

| **INDIVIDUAL SURETY(IES)** | | |
|---|---|---|
| SIGNATURE(S) | 1. *Shawn Talbot Rice* (Seal) | 2. (Seal) |
| NAME(S) *(Typed)* | 1. SHAWN TALBOT RICE | 2. |

| | **CORPORATE SURETY(IES)** | | | |
|---|---|---|---|---|
| **SURETY A** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT<br>$ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition not usable

**STANDARD FORM 25** (REV. 5-96)
Prescribed by GSA-FAR (48 CFR) 53.228(b)

**CORPORATE SURETY(IES) (Continued)**

| | | | STATE OF INC. | LIABILITY LIMIT | |
|---|---|---|---|---|---|
| **SURETY B** | NAME & ADDRESS | | STATE OF INC. | $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| **SURETY C** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| **SURETY D** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| **SURETY E** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| **SURETY F** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | | 2. | | |
| **SURETY G** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | | 2. | | |

| BOND PREMIUM ▶ | RATE PER THOUSAND ($) | TOTAL ($) |
|---|---|---|

## INSTRUCTIONS

1. This form is authorized for use in connection with Government contracts. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE

SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

(b) Where individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning their financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

**STANDARD FORM 25** (REV. 5-96) BACK

**Notary Acknowledgment**

STATE OF **ARIZONA**          )
                              )ss
County of **YAVAPAI**         )


This instrument was acknowledged before me this **13TH** day of **MARCH, 2009**
By **SHAWN TALBOT RICE**\*\*\*\*\*\*\*\*\*\*

_____
                                    Notary Public

My Commission Expires: _____

OFFICIAL SEAL
BEV VAN WAY
NOTARY PUBLIC - STATE OF ARIZONA
YAVAPAI COUNTY
My Comm. Expires April 19, 2012