1  Shawn Talbot Rice
2  PO Box 700#81
3  Yavapai county
4  Ash Fork 86320
5  Arizona
6  In Propria Persona
7
8
9                    **UNITED STATES DISTRICT COURT**
10                        **DISTRICT OF NEVADA**
11

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|   Plaintiff, ) | Case No.: 2:09-CR-078 |
|   vs. ) | |
| SAMUEL DAVIS and ) | MOTION FOR MODIFICATION OF |
| SHAWN RICE, ) | ALLLEGED PRETRIAL SERVICES |
|   ) | AGREEMENT |
|   Defendants. ) | AND |
| SHAWN RICE, ) | MOTION FOR TELEPHONIC ORAL |
|   Counter-Plaintiff/Claimant, ) | DISCUSSION ON THE ISSUE |
|   vs. ) | |
| UNITED STATES OF AMERICA, ) | |
| INTERNATIONAL MONETARY FUND ) | |
| (I.M.F.) A/K/A THE FUND, FEDERAL ) | |
| BUREAU OF INVESTIGATION, and THEIR ) | |
| PRINCIPAL, ) | |
|   Counter-defendants/Libelants, ) | |
| Shawn Rice, Real Party in Interest, Third Party ) | |
| Intervener, Protected Creditor to Plaintiff by ) | |
| revesting title, Sovereign without subjects, ) | |
| Protected Creditor pursuant to UCC 8, Trust ) | |
| Interest Holder, and Beneficial Owner of the ) | |
| Estate by Statute Merchant, and a Title 18 ) | |
| Section 245 Federally Protected Legal & ) | |
| Lawful Municipality. ) | |
|   ) | |
|   ) | |

12

13        Shawn Talbot Rice, Real Party in Interest, reserves all rights of this Sovereign's One

14  Supreme Court and at this time moves the court for case no. 2:09-CR-078 for a hearing for

15  telephonic oral discussion to discuss modifying the current alleged, pre-trial services agreement

16  to ensure that said Sovereign's Rights are not continually breached by Doris Honhongva and

17  court officers of the court for case no. 2:09-CR-078 in not allowing this Sovereign to travel

1    without being arbitrary and capricious in altering alleged terms and conditions of notice and
2    coordination for travel and converting that unalienable Right to one of an alleged restricted
3    corporate privilege and altering the terms at will. Example; Doris Honhongva altered the
4    notification period from 48 hours to 7 days to 14 days to days to none to having this Sovereign
5    coordinate for travel permission via motion to the court for case no. 2:09-CR-078.

6         This Sovereign has been cordial, polite, pleasant, and honest in all communications with
7    the court for case no. 2:09-CR-078 and has communicated his intentions in said relations to keep
8    honor, harmony and peace in these relations.

9         This Sovereign notices court officers of the court for case no. 2:09-CR-078 that said
10   Sovereign is planning on moving his household (if not economically deprived by plaintiff, et. al.)
11   to either Clinton, Illinois, or Oceanside, California, if and when Sovereign's economic rights are
12   not further pirated. This Sovereign believes that between the counterclaim in case no. 2:09-CR-
13   078 and the filing in the USDC for DC for accounting, account stated, unjust enrichment and
14   specific performance there will be enough economic energy to accomplish a move.

15        This Sovereign also reminds court officers of the court for case no. 2:09-CR-078 that
16   below listed signor hereby continues to reserve all unalienable rights along with all rights to
17   repel "pirates", land or sea, from pirating my credit as I have objected to personam jurisdiction
18   from day 1 and have never waived it.

19        This Sovereign reminds court officers of the court for case no. 2:09-CR-078 that it is a
20   functional impossibility to enter a contract/agreement under threat of assault, incarceration,
21   death, etc., with guns pointed at my head, just as the maxim of law states, "no one comes before
22   a court of equity in chains", and this Sovereign has been under said threats and has received
23   continuous threats from said court officers (law enforcement agents, et.. al.) of the court for case
24   no. 2:09-CR-078 if he did not appear as a tactic of coercion.

25
26
27   _____
28   Shawn Talbot Rice, Real Party in Interest, Third Party Intervener, Protected Creditor to Plaintiff
29   by revesting title, Sovereign without subjects, Protected Creditor pursuant to UCC 8, Trust
30   Interest Holder, and Beneficial Owner of the Estate by Statute Merchant, and a Title 18 Section
31   245 Federally Protected Legal & Lawful Municipality.
32
33

**CERTIFICATE OF SERVICE**

COPY of the forgoing hand delivered, this **3rd** day of *November*, 2009, to:

Assistant U. S. Attorney Damm Prosecutor
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Phone: 702-388-6336
Fax: 702-388-5087

Courtesy copy will be supplied to:

Doris Honhongva, Pretrial services
123 N. San Francisco, Room 202
Flagstaff, Arizona 86001

at 1000 MST on November 4, 2009.

Service performed by:

Shawn Talbot Rice
PO Box 700#81
Yavapai county
Ash Fork 86320
Arizona