

| | |
|---|---|
| 1 | Shawn Talbot Rice |
| 2 | PO Box 700#81 |
| 3 | Yavapai county |
| 4 | Ash Fork 86320 |
| 5 | Arizona |
| 6 | In Propria Persona |

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|    Plaintiff, ) | Case No.: 2:09-CR-078 |
| vs. ) | |
| SAMUEL DAVIS and ) | **AFFIDAVIT OF REQUEST FOR** |
| SHAWN RICE, ) | **ISSUANCE OF WRIT OF EXECUTION** |
| ) | |
|    Defendants. ) | |
| SHAWN RICE, ) | |
|    Counter-Plaintiff/Claimant, ) | |
| vs. ) | |
| UNITED STATES OF AMERICA, ) | |
| INTERNATIONAL MONETARY FUND ) | |
| (I.M.F.) A/K/A THE FUND, FEDERAL ) | |
| BUREAU OF INVESTIGATION, and THEIR ) | |
| PRINCIPAL, Elizabeth Windsor II, dba ) | |
| QUEEN ELIZABETH, dba UNITED ) | |
| STATES OF AMERICA, Jaime Sailing dba ) | |
| Bureau of Public Debt, Timothy Geithner dba ) | |
| United States Treasury, Secretary Arne ) | |
| Duncan dba United States Department of ) | |
| Agriculture, Jane and John Doe Agents 1- ) | |
| 10,000,000, XYZ Corporations 1-10,000,000, ) | |
| and Red and Blue LLC's 1-10,000,000, ) | |
|    Counter-defendants/Libelants, ) | |
| Shawn Rice, Real Party in Interest, Third Party ) | |
| Intervener, Protected Creditor to Plaintiff by ) | |
| revesting title, Sovereign without subjects, ) | |
| Protected Creditor pursuant to UCC 8, Trust ) | |
| Interest Holder, and Beneficial Owner of the ) | |
| Estate by Statute Merchant, and a Title 18 ) | |
| Section 245 Federally Protected Legal & ) | |
| Lawful Municipality. ) | |
| ) | |

091101 -- [Affidavit and Request for issuance of writ of execution 091101], Page 1 of 5

| | |
|---|---|
| 1 | Arizona state ) |
| 2 | ) ss |
| 3 | yavapai county ) |

I, Shawn Talbot Rice, hereby state on oath:

1. Judgment for $7,853,100, was entered on or about May through October, in the docket of the above entitled Court action in favor of: plaintiff as Judgment Creditor for the Miller Act Penal Sum of $7,853,100, and against named defendant SHAWN TALBOT RICE, (revested grantor trust) with accounting number 573531255 and bond numbers F37793174, F55451905 and others, as Judgment Debtor/Real Party in Interest/Ultimate Creditor/Source of Credit.

2. I am the real party in interest/ultimate creditor for said Judgment Creditor, and request issuance of a Writ of Execution on the Judgment against named DEFENDANT trust account(s).

3. Accrued since the entry of Judgment are the following sums:

    $0.00 accrued interest, computed at N/A%

    $7,853,100 toto/total accrued costs and fees in accord with the faretta hearing (July 2009) Miller Act penal sum disclosure by Magistrate Johnston and admission by both plaintiff's attorney and the Federal Bureau of Investigation.

4. Third Party Intervenor/Real Party in Interest is the Ultimate Creditor in this relation as he is the source of said credit, underwriter (in this relation), and this payment is a setoff in commerce. Third Party Intervenor/Real Party in Interest already sued plaintiff both administratively starting in the spring of 1996 with administrative filings for revesting title and turnover of trust res by plaintiff in April-November 2001 culminating with 2002 USDC PHX suit against plaintiff trustee, USAG/Alien Property Custodian, 50 USC Appx

12, with evasion of service of process, manipulation of court procedure to evade trust res turnover among other trust crimes and misdemeanors. However, as Third Party Intervenor/Real Party in Interest is seeking amity and peace in all relations, this setoff is sought and executed herein.

5. For this record, Plaintiff, therefore, originally appeared in this case with unclean hands, ill/mal-intent with malice aforethought against Third Party Intervenor/Real Party in Interest to steal trust res therein by false criminal process in the conditions precedent, and in bad faith, when the security instruments tendered by plaintiff's agents were the fungible, trust res property of Third Party Intervenor/Real Party in Interest by a prior claim/lien duly filed via UCC-1; IRS forms 1099-OID and 1099-INT apply therein.

Judgments registered under 28 USC Sec 1963 bear the rate of interest of the District of Origin.

(Note: 1 This figure shall include interest through the day on which this affidavit is executed. The calculation of interest due in the writ will include this figure plus accrued interest commencing the next day through the day the writ is issued by the Clerk.)

CREDIT must be given for payments and partial satisfaction in the total amount of

non-pro rata amount of $15,706,200 (allegedly paid through the Chicago Mercantile Exchange in May (?) 2009 via GSA forms OF-90, OF-91, SF-28, etc. and Supersedeas Bond in October 2009) which is to be first credited against the total accrued interest, costs and fees, with any excess credited against the Judgment as entered, leaving a net balance of

$0.00 ACTUALLLY DUE on this date.

### Accounting assessment is as follows for the Miller Penal Sum;

The 31 counts (27 CFR 72.11) at 250,000 units (aka dollars) equaling [$]7,750,000 plus [$] 100 per count for administrative costs totaling [$] 3,100 plus [$] 100,000 claimed by the FBI equaling a total figure of [$] **7,853,100**.

091101 -- [Affidavit and Request for issuance of writ of execution 091101], Page 3 of 5

Of this total, [$]7,853,100 is the amount of the original Judgment with [$]15,706,200 presented/tendered for setoff, as entered with none remaining due and beginning interest at 0.00% in the amount of $0.00 PER DAY from this date stated below by notary.

*Shawn Talbot Rice*

Authorized Representative for Ultimate Judgment Creditor, Shawn Talbot Rice, Real Party in Interest, Third Party Intervener, Protected Creditor to Plaintiff by revesting title, Sovereign without subjects, Protected Creditor pursuant to UCC 8, Trust Interest Holder, and Beneficial Owner of the Estate by Statute Merchant, and a Title 18 Section 245 Federally Protected Legal & Lawful Municipality.

JURAT

I, Brandy Craton, a Notary Public residing in yavapai county, Arizona state, do say that on the 10th day of November, 2009, that Shawn Talbot Rice, a man appearing in his true character before me, did subscribe and affirm and did affix his autograph upon the above affidavit.

*Brandy Craton*
Notary Public



OFFICIAL SEAL
BRANDY CRATON
Notary Public - State of Arizona
YAVAPAI COUNTY
My Comm. Expires Aug. 7, 2013

**CERTIFICATE OF SERVICE**

COPY of the forgoing hand delivered this /0+/ day of November , 2009, to:

Assistant U. S. Attorney Damm, Prosecutor
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101

_____

Service performed by:

Shawn Talbot Rice
PO Box 700#81
Yavapai county
Ash Fork 86320
Arizona

```
1  Shawn Talbot Rice
2  PO Box 700#81
3  Yavapai county
4  Ash Fork 86320
5  Arizona
6  In Propria Persona
7
8
9              UNITED STATES DISTRICT COURT
10                  DISTRICT OF NEVADA
11
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> vs. ) <br> SAMUEL DAVIS and ) <br> SHAWN RICE, ) <br>  ) <br> Defendants. ) | Case No.: 2:09-CR-078 <br><br> **WRIT OF EXECUTION** |
| SHAWN RICE, ) <br> Counter-Plaintiff/Claimant, ) <br> vs. ) <br> UNITED STATES OF AMERICA, ) <br> INTERNATIONAL MONETARY FUND ) <br> (I.M.F.) A/K/A THE FUND, FEDERAL ) <br> BUREAU OF INVESTIGATION, and THEIR ) <br> PRINCIPAL, Elizabeth Windsor II, dba ) <br> QUEEN ELIZABETH, dba UNITED ) <br> STATES OF AMERICA, Jaime Sailing dba ) <br> Bureau of Public Debt, Timothy Geithner dba ) <br> United States Treasury, Secretary Arne ) <br> Duncan dba United States Department of ) <br> Agriculture, Jane and John Doe Agents 1- ) <br> 10,000,000, XYZ Corporations 1-10,000,000, ) <br> and Red and Blue LLC's 1-10,000,000, ) <br> Counter-defendants/Libelants, ) | |
| Shawn Rice, Real Party in Interest, Third Party ) <br> Intervener, Protected Creditor to Plaintiff by ) <br> revesting title, Sovereign without subjects, ) <br> Protected Creditor pursuant to UCC 8, Trust ) <br> Interest Holder, and Beneficial Owner of the ) <br> Estate by Statute Merchant, and a Title 18 ) <br> Section 245 Federally Protected Legal & ) <br> Lawful Municipality. ) <br> _____ ) | |

```
12
```

091101 -- [Writ of Execution 091101], Page 1 of 4

1  TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF NEVADA

2  On this ___ day of November 2009, a Judgment was entered in the docket of the above-entitled

3  Court and action, in favor of plaintiff as Judgment Creditor, and against named defendant,

4  SHAWN TALBOT RICE with accounting number 573531255 and bond numbers F37793174,

5  F55451905 and others, as Judgment Debtor/Real Party in Interest/Ultimate Creditor/Source of

6  Credit, for

7  $7,853,100 principal,

8  $ 0.00 attorney fees

9  $0.00 interest, and

10 $ 0.00 costs making total of

11 $ 7,853,100 JUDGMENT AS ENTERED.

12 WHEREAS, according to an affidavit and request for issuance of writ of execution filed herein,

13 it appears that further sums have accrued since the entry of judgment, to wit:

14 $ 0.00 accrued interest, and

15 $ 0.00 accrued costs and fees, making a total of

16 $ 0.00 ACCRUED INTEREST, COSTS ANND FEES.

17 CREDIT must be given for payments and partial satisfactions in the amount of

18 $15,706,200 (GSA forms settled at the Chicago Mercantile Exchange and the Supersedeas Bond,

19 both of which were tendered in accordance with 28 USC 2041) which is to be first credited

20 against the total accrued interest, costs and fees, with any excess credited the Judgment as

21 entered, leaving a net balance of

22 $ 0.00 ACTUALLY DUE on the date issuance of this writ, of which

091101 -- [Writ of Execution 091101], Page 2 of 4

$ 7,853,100 is due on the Judgment as entered, and bears interest at 0.00% per annum, in the amount of $0.00 PER DAY, from the date of entry of judgment to the date of issuance on this writ, to which must be added the accrued costs and fees and the commissions and costs of the officer executing this writ. (Interest rate and amount per day to be completed by plaintiff's attorney.)

Notice by mail of any sale under the writ of execution ___ Has  ___ Has Not Been requested.

The following named persons have requested such notice of sale/transfer/setoff:

NAME             ADDRESS

Shawn Talbot Rice
PO Box 700#81
Ash Fork 86320
Arizona

YOU ARE THEREFORE COMMANDED to satisfy the said Judgment with interest and costs as provided by law and your costs and disbursements out of the personal property of said debtor, except that for any pay period, 75 percent of the disposable earnings of the debtor during this period or for each week of the period 30 times the minimum hour wage prescribed by section 6(a)(1) of the Federal Fair Labor Standards Act of 1938 [29 USC 206(a)(1)], and in effect at the time the earnings are payable, whichever is greater, is exempt from any levy of execution pursuant to this writ; or if the Judgment be a lien upon real property, then out of the real property belonging to such debtor, and make return of this writ within less than ten (10) days nor more than sixty (60) days after your receipt thereof with what you have done endorsed hereon.

Real Party in Interest hereby identifies to the US Marshal or his representative assets that are to be seized to satisfy the judgment/order.

**Grantor trust account assets by the corporate name of SHAWN TALBOT RICE, aka SHAWN T. RICE with trust account number 573531255 and bond numbers F37793174, F55451905 and others held by US Treasury, Bureau of Public Debt, US Department of Agriculture, Depository Trust Company, Depository Trust Clearing Company, or others, as provided by Judgment Debtor/Real Party in Interest/Ultimate Creditor/Source of Credit.**

PLAINTIFF IS COMMANDED to turn over any physical property previously seized by the FBI under previous orders to Third Party Intervenor/Real Party in Interest, or his designated agent. The US marshal or his representative is authorized to use reasonable force in the execution of this Judgment/Order and both the Judgment Creditor/Plaintiff and the Judgment Debtor/Real Party in Interest/Ultimate Creditor/Source of Credit will hold the US Marshals Service harmless of any liability that may be imposed as a result of the execution of the Judgment.

PLAINTIFF IS NOTICED that Third Party Intervenor/Real Party in Interest is hereby relieved of any and all physical liability associated herein, or hereafter, in relation to this case, and is immune from physical incarceration.

DATED: _____

LANCE S. WILSON
Clerk, US District Court

By: _____
Deputy Clerk