1 Shawn Talbot Rice
2 PO Box 700#81
3 Yavapai county
4 Ash Fork 86320
5 Arizona
6 In Propria Persona
7
8
9 UNITED STATES DISTRICT COURT
10 DISTRICT OF NEVADA
11

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>vs.<br>SAMUEL DAVIS and<br>SHAWN RICE,<br><br>    Defendants. | Case No.: 2:09-CR-078<br><br>**AMENDED COUNTERCLAIM PARTIES LIST** |
| SHAWN RICE,<br>    Counter-Plaintiff/Claimant,<br>vs.<br>UNITED STATES OF AMERICA,<br>INTERNATIONAL MONETARY FUND<br>(I.M.F.) A/K/A THE FUND, FEDERAL<br>BUREAU OF INVESTIGATION, and THEIR<br>PRINCIPAL, Elizabeth Windsor II, dba<br>QUEEN ELIZABETH, dba UNITED<br>STATES OF AMERICA, Jaime Sailing dba<br>Bureau of Public Debt, Timothy Geithner dba<br>United States Treasury, Secretary Arne<br>Duncan dba United States Department of<br>Agriculture, Jane and John Doe Agents 1-<br>10,000,000, XYZ Corporations 1-10,000,000,<br>and Red and Blue LLC's 1-10,000,000,<br>    Counter-defendants/Libelants, | |
| Shawn Rice, Real Party in Interest, Third Party<br>Intervener, Protected Creditor to Plaintiff by<br>revesting title, Sovereign without subjects,<br>Protected Creditor pursuant to UCC 8, Trust<br>Interest Holder, and Beneficial Owner of the<br>Estate by Statute Merchant, and a Title 18<br>Section 245 Federally Protected Legal &<br>Lawful Municipality. | |

12

091106 -- [Amended Counterclaim Parties 091106], Page 1 of 3

1    Shawn Talbot Rice, Real Party in Interest, reserves all rights of this Sovereign's One
2 Supreme Court and at this time amends the counter claim to include the parties known as
3 Elizabeth Windsor II, dba QUEEN ELIZABETH, dba UNITED STATES OF AMERICA, Jaime
4 Sailing dba Bureau of Public Debt, Timothy Geithner dba United States Treasury, Secretary
5 Arne Duncan dba United States Department of Agriculture, Jane and John Doe Agents 1-
6 10,000,000, XYZ Corporations 1-10,000,000, and Red and Blue LLC's 1-10,000,000.

*/s/ Shawn Talbot Rice*

Shawn Talbot Rice, Real Party in Interest, Third Party Intervener, Protected Creditor to Plaintiff by revesting title, Sovereign without subjects, Protected Creditor pursuant to UCC 8, Trust Interest Holder, and Beneficial Owner of the Estate by Statute Merchant, and a Title 18 Section 245 Federally Protected Legal & Lawful Municipality.

## CERTIFICATE OF SERVICE

COPY of the forgoing hand delivered, this /0th day of November, 2009, to:

Assistant U. S. Attorney Damm, Prosecutor
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Phone: 702-388-6336
Fax: 702-388-5087

Service performed by:

Shawn Talbot Rice
PO Box 700#81
Yavapai county
Ash Fork 86320
Arizona