1  Shawn Talbot Rice
2  PO Box 700#81
3  Yavapai county
4  Ash Fork 86320
5  Arizona
6  In Propria Persona
7
8
9               UNITED STATES DISTRICT COURT
10                  DISTRICT OF NEVADA
11

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   Plaintiff,<br>vs.<br>SAMUEL DAVIS and<br>SHAWN RICE,<br><br>   Defendants. | Case No.: 2:09-CR-078<br><br>**NOTICE OF BROKEN FOOT**<br>of Shawn Rice |
| SHAWN RICE,<br>   Counter-Plaintiff/Claimant,<br>vs.<br>UNITED STATES OF AMERICA,<br>INTERNATIONAL MONETARY FUND<br>(I.M.F.) A/K/A THE FUND, FEDERAL<br>BUREAU OF INVESTIGATION, and THEIR<br>PRINCIPAL, Elizabeth Windsor II, dba<br>QUEEN ELIZABETH, dba UNITED<br>STATES OF AMERICA, Jaime Sailing dba<br>Bureau of Public Debt, Timothy Geithner dba<br>United States Treasury, Secretary Arne<br>Duncan dba United States Department of<br>Agriculture, Jane and John Doe Agents 1-<br>10,000,000, XYZ Corporations 1-10,000,000,<br>and Red and Blue LLC's 1-10,000,000,<br>   Counter-defendants/Libelants, | |
| Shawn Rice, Real Party in Interest, Third Party<br>Intervener, Protected Creditor to Plaintiff by<br>revesting title, Sovereign without subjects,<br>Protected Creditor pursuant to UCC 8, Trust<br>Interest Holder, and Beneficial Owner of the<br>Estate by Statute Merchant, and a Title 18<br>Section 245 Federally Protected Legal &<br>Lawful Municipality. | |

12

091122 -- [Notice of Broken Foot of Shawn Rice 091122], Page 1 of 4

State of _____ )
                   )  ss:
_____ county   )

1. Affiant, Shawn Rice, appears and states under oath that the following is factual and correct.

2. I make my local habitation on yavapai the county on the Land.

3. In the afternoon of Thursday, November 5, 2009, I was locally moving railroad ties to my trailer to be moved to the parsonage to rebuild my children's swing set when I dropped one of them on my right foot and broke it. I notify the court of this fact with attached medical records and X-Ray disc as Magistrate Johnston did not believe me last time I was in court when I told him I had a sore back at that hearing.

4. My doctors of choice, notwithstanding those at Yavapai Regional Medical Center East – Emergency Department, 928-442-8100, Dawn Lagary, PA-C, are my brother in law, a chiropractor, Robb Rattray of California (no, I did not travel to California) at 714-401-4324 and my primary physician, Dr. James Murphy of Encinitas at 760-230-2868. Both doctors reviewed the x-rays via computer email and the only supplements recommended were arnica and symphytum for bone repair. I suggest that court call the hospital to verify.

5. For reasons of lack of financial support (financial genocide by agents of plaintiff) my wife applied cast purchased at www.orthotape.com to reduce costs as the break is allegedly only 3mm and did not require setting.

\
\
\

I solemnly swear that the testimony I have provided is true and correct.

*Shawn Rice*

Shawn Rice, , Real Party in Interest, Third Party Intervener, Protected Creditor to Plaintiff by revesting title, Sovereign without subjects, Protected Creditor pursuant to UCC 8, Trust Interest Holder, and Beneficial Owner of the Estate by Statute Merchant, and a Title 18 Section 245 Federally Protected Legal & Lawful Municipality.

Jurat

State of Nevada  )
                 )  ss: ASSEVERATION
Clark county     )

On this 24th day of November, 2009, the process server did appear before me, is known to be the person described herein, who executed the foregoing, acknowledged the contents thereof, and executed the same as their free act and deed, by Shawn Rice

seal

Notary Officer _____

DENNIS HANSON
Notary Public State of Nevada
No. 00-60668-1
My appt. exp. Mar. 1, 2012

## CERTIFICATE OF SERVICE

COPY of the forgoing hand delivered, this 24th day of November, 2009, to:

Assistant US Attorney, DAMM, Prosecutor
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Phone: 702-388-6336
Fax: 702-388-5087

_____

Service performed by:

Shawn Rice
PO Box 700#81
Yavapai county
Ash Fork 86320
Arizona

Yavapai Regional Medical Center East - Emergency Department
7700 East Florentine Road Prescott Valley, AZ 86314 (928) 442-8100
Patient: SHAWN RICE
DOB: 11/29/1962 Patient's Home Phone:
Date: 11/05/2009 Time: 15:54

MR-0101


## Discharge Instructions

**IMPORTANT:** We examined and treated you today on an emergency basis only. This was not a substitute for, or an effort to provide, complete medical care. In most cases, you must let your doctor check you again. Tell your doctor about any new or lasting problems. We cannot recognize and treat all injuries or illnesses in one Emergency Department visit. If you had special tests, such as EKG's or X-rays, we will review them again within 24 hours. We will call you if there are any new suggestions. After you leave, you should **follow the instructions below**.

You were treated today by DAWN LAGARY, PA-C, DAWN LAGARY, PA-C

### THIS INFORMATION IS ABOUT YOUR FOLLOW UP CARE

Please call The Center For Orthopedic Research And Education (CORE) as soon as possible to make an appointment for follow-up orthopedic care; please tell the CORE staff that you were seen at Yavapai Regional Medical Center. You can reach The Center For Orthopedic Research And Education (CORE) at (866) 974-2673, 1001 DIVISION STREET, PRESCOTT, AZ, 86301. If you have any problems before this appointment, call the office. This is a medical referral. The follow up provider may require insurance pre-authorization or a referral from your primary care physician.

### SPECIAL INFORMATION

KEEP SPLINT ON UNTIL YOU SEE THE CORE DOCTOR

NO WEIGHT BEARING

### THIS INFORMATION IS ABOUT YOUR DIAGNOSIS

#### FRACTURED FOOT, RIGHT
Treatment will depend on the location of your foot fracture. Most simple fractures of the foot do not require much treatment other than resting the foot. Some foot fractures heal better with a hard insert placed in your shoe or a strong, cushioned tape adhered to the bottom of your foot. Both treatments help keep the bottom of your foot more stable in order to reduce pain and help your fracture heal.

Research has shown that smoking slows fracture healing. It is important to follow your doctor's treatment and therapy instructions, as this injury can lead to foot problems such as arthritis, chronic pain and instability of the foot.

**Follow these instructions:**
- Rest your foot as much as possible.
- Keep the swelling down:
  - Keep your foot above the level of your heart when resting.
  - Apply ice packs 4 times a day for 20 minutes each time. Place a cloth between your foot and the ice pack. This prevents frostbite.
- If your fracture was caused from a sport or repeated activity, rest from that activity for 6 to 8 weeks. In the future, to reduce the risk of sport-related fractures:
  - Slowly increase any new sports activity.
  - If you run, try alternating days.



Yavapai Regional Medical Center East - Emergency Department
7700 East Florentine Road Prescott Valley, AZ 86314 (928) 442-8100

Case 2:08-cr-00878-JCM-RJJ   Document 108-8   Filed 11/24/09   Page 6 of 11

Patient: SHAWN RICE
DOB: 11/29/1962 Patient's Home Phone:
Date: 11/05/2009 Time: 15:54


MR-0101

- - Replace any old or worn athletic shoes.
  - If you feel pain or have swelling, stop your activity and rest for several days.
- Eat foods that are nutritious and high in protein and fiber. Foods high in protein include meat, fish, poultry, beans, cheese, milk, eggs, and tofu.

**Call your doctor if:**
- you have increased pain not relieved by rest, ice or medicine.
- you have any new or bothersome symptoms.

**This is Information About Your New Medications - Start taking as prescribed.**

### HYDROCODONE and ACETAMINOPHEN (Vicodin, Lortab, Lortab elixir, Norco, Zydone, Anexsia, Anolor, Bancap HC)

Take this medicine by mouth with food in the following dose: one to two 5mg/500mg tablets every 4 hours if needed for pain Do not take more than 8 tablets per day (24 hours).

This is a mixture of medicines (hydrocodone and acetaminophen) used to relieve moderate to severe pain. This medicine may be used for other reasons, as prescribed by your doctor.

**Side effects may include:**
- sleepiness or dizziness
- upset stomach, nausea or vomiting
- constipation

Other side effects may occur, but are not as common. **Allergy would show up as: rash or itching, facial or throat swelling, wheezing or shortness of breath**. This medicine can be habit forming if used for a long period of time.

**Follow these instructions:**
- Never take more of this medicine than prescribed. Too much acetaminophen in your body can cause liver damage.
- Read the labels of non-prescription medicines before taking them. Many contain acetaminophen. To avoid an overdose, do not take any other medicines that contain acetaminophen.
- Talk to your doctor or pharmacist before taking medicines for sleep, colds or allergies. Severe drowsiness may occur.
- Do not share this medicine with others as this medicine is a controlled-substance. Sharing this medicine with others is against the law.
- To avoid constipation while taking this medicine:
  - Drink plenty of liquids. Try to drink 8 to 10 eight-ounce glasses of water or juice each day.
  - Include extra fiber in your diet.
  - Exercise daily.
- Watch for signs of dependence:
  - feeling that you "cannot live without this medicine".
  - you need more of this medicine than before to get the same relief.
- Do not drink alcohol, drive or operate machinery while taking this medicine.
- Store this medicine away from heat, moisture or direct light.
- If you are taking this on a regular schedule and you miss a dose, take it as soon as possible. If it is almost time for your next dose, skip the missed dose and return to your regular schedule. Do not double the doses.
- **Talk with your doctor before taking any other medicines (including vitamins and herbals) as you may require additional monitoring.**

**Call your doctor if you have:**
- any sign of dependence or allergy.



Yavapai Regional Medical Center East - Emergency Department
7700 East Florentine Road Prescott Valley, AZ 86314 (928) 442-8100

Patient: SHAWN RICE
DOB: 11/29/1962 Patient's Home Phone:
Date: 11/05/2009 Time: 15:54

MR-0101

- increased pain not helped by the pain medicine.
- slow, weak breathing.
- seizures.
- slow or irregular heart beat.
- a yellow-color to your skin or eyes, or dark urine.
- stomach pain.
- unusual or extreme tiredness.
- any new or severe symptoms.

**IBUPROFEN** (Motrin, Advil, Rufen, Nuprin)

Take this medicine **with food and an eight-ounce glass of water** in the following dose: 600 mg by mouth every 8 hours if needed.

**WARNING:** Do not take this medicine if you are **pregnant**.

This medicine is used to reduce pain and inflammation (redness and swelling). It is also used to treat arthritis, muscle aches, headaches, athletic injuries, gout and menstrual cramps. Ibuprofen also reduces a fever. This medicine may be used for other reasons, as prescribed by your doctor.

**Side effects** may include:
- an upset stomach or abdominal pain
- heartburn
- dizziness or drowsiness
- abdominal or rectal bleeding

Other side effects may occur, but are not as common. Allergy would show up as: **rash or itching, facial or throat swelling, wheezing or shortness of breath**.

**Follow these instructions:**
- Do not take any other pain or anti-inflammatory medicines (such as aspirin, naproxen, ketoprofen, celecoxib, others) while taking this medicine. (Read the labels on all non-prescription pain and fever-reducing medicines.)
- Store this medicine away from heat, moisture or direct light.
- If you miss a dose and are taking it on a regular schedule, take it as soon as possible. If it is almost time for your next dose, skip the missed dose. Do not double the doses. If you are taking the extended-release form of this medicine, only take the missed dose if you remember it within 2 hours after you should have taken it.

**Talk with your doctor before taking any other medicines (including herbals) as you may require additional monitoring especially:**
- blood thinners, such as warfarin (Coumadin) or heparin
- aspirin
- acetaminophen (Tylenol)

**Call your doctor if you have:**
- any sign of allergy.
- black, tar-like bowel movements or blood in your vomit (bright red or dark brown that looks like coffee grounds).
- severe nausea, heartburn or stomach pain.
- confusion.
- skin rash with fever, chills and muscle aches.
- swelling in your legs and feet.

Portions Copyrighted 1987-2009, LOGICARE Corporation Page 3 of 5



Yavapai Regional Medical Center East - Emergency Department
7700 East Florentine Road Prescott Valley, AZ 86314 (928) 442-8100

Case 2:05-cr-00078-JCM-RJJ   Document 103-81   Filed 11/24/09   Page 8 of 11

Patient: SHAWN RICE
DOB: 11/29/1962  Patient's Home Phone:
Date: 11/05/2009  Time: 15:54

MR-0101

- unusual weight gain.
- fainting.
- irregular or very fast heartbeat.
- vision changes or ringing in your ears.
- easy bruising or bleeding.
- any new or bothersome symptoms.

### ACETAMINOPHEN (Tylenol)

Take this medicine in the following dose: 1-2 Extra Strength Tablets (500 mg each) by mouth every 4-6 hours if needed for fever and pain.

This medicine is used to reduce fevers and relieve pain. It may be used for other reasons, as prescribed by your doctor.

**Side effects** are rare.
Allergy would show up as: **rash or itching, tongue or throat swelling, wheezing or shortness of breath**.

**Follow these instructions:**
- Read the labels on non-prescription cough and cold medicines. Many contain acetaminophen. Do not take any medicines that contain additional acetaminophen when you are being treated with this medicine.
- Take this medicine exactly as prescribed. Do not take more of this medicine or use it more frequently than prescribed. Too much acetaminophen in your body can cause liver damage.
- If you use rectal suppositories, keep them in a cool place. Take off the foil wrapper just before putting the medicine in your rectum. Do not use more than 6 suppositories in 24 hours.
- Store this medicine away from heat, moisture or direct light.

**Talk with your doctor before taking any new medicines (including vitamins and herbals) while you are being treated with this medicine. You may require additional monitoring.**

**Call your doctor if you have:**
- any sign of allergy.
- any new or bothersome symptoms.

### THIS INFORMATION IS ABOUT MEDICAL EQUIPMENT AND TREATMENTS

### R.I.C.E. THERAPY.

This stands for the first aid for injuries (Rest, Ice, Compression, Elevation). This reduces swelling and pain and will help you heal. Use this for sprains, bruises, strains, dislocations or simple bone breaks.

**Rest:**
This will prevent more injury and reduce pain and bleeding.
- Stop using your injured part right away.

**Ice:**
This reduces bleeding and swelling. It causes the blood vessels to get smaller. The less blood around an injury, the quicker it will heal.
- Lay a towel or washcloth over your injured part.
- Place the ice bag (or plastic bag filled with ice) on the towel or washcloth.
- Keep the ice on your injury for about 15 to 20 minutes.



Portions Copyrighted 1987-2009, LOGICARE Corporation  Page 4 of 5

Yavapai Regional Medical Center East - Emergency Department
7700 East Florentine Road Prescott Valley, AZ 86314 (928) 442-8100

Patient: SHAWN RICE
DOB: 11/29/1962 Patient's Home Phone:
Date: 11/05/2009 Time: 15:54

MR-0101

- Remove the ice for 15 minutes.
- Repeat this every 3-4 hours for the next couple of days.

**Compression:**
This slows bleeding and limits the amount of blood around the injury. This will reduce swelling.
- Wrap an Ace bandage firmly around the injury. Start below the injury and end above the injury.
- Do not wrap it too tight. Signs of a tight bandage are numbness, pain or a blue skin color below the injury.

**Elevation:**
This reduces swelling and pain.
- Raise your injured area above the level of your heart. Prop it up with pillows, if you can.

**YOU ARE THE MOST IMPORTANT FACTOR IN YOUR RECOVERY.** Follow the above instructions carefully. Take your medicines as prescribed. Most important, see a doctor again as discussed. If you have problems that we have not discussed, **call or visit your doctor right away**. If you cannot reach your doctor or if your symptoms get worse, return to the Emergency Department.

**"I have received this information and my questions have been answered. I have discussed any challenges I see with this plan with the nurse or physician."**

_____
SHAWN RICE or Responsible Person

SHAWN RICE or Responsible Person has received this information and tells me that all questions have been answered.

_____
RN Staff Signature



Yavapai East Campus
Rice, Shawn
ID: 151063
DOB: 29-Nov-1962  46
Gender: M
05-Nov-2009  15:41



file://D:\data\EXP00000\0001.jpg                    11/10/2009

# Navicular bone

From Wikipedia, the free encyclopedia

The **navicular bone** occurs in human and horse anatomy.

## Contents

- 1 Human anatomy
- 2 Horse anatomy
- 3 Notes
- 4 See also
- 5 Additional images

**Bone: Navicular bone**



The left navicular. Antero-lateral view



The left navicular. Postero-medial view.

| | |
|---|---|
| **Latin** | *os naviculare* |
| **Gray's** | *subject #63 270* |

## Human anatomy

The navicular bone is one of the tarsal bones, found in the foot. Its name derives from the bone's resemblance to a small boat, caused by the strongly concave proximal articular surface. The term **navicular bone** or **hand navicular bone** was formerly used for the scaphoid bone, one of the carpal bones of the wrist.

It is located on the medial side of the foot, and articulates proximally with the talus, distally with the three cuneiform bones, and occasionally laterally with the cuboid.

As the bones in the foot develop, a particular process is important for the navicular structure. In the early stage, the navicular bone is actually cartilaginous and has to progress and calcify in order to maintain a strong form. There is a condition, however, in which the three cuneiforms that compose the bone do not completely calcify as a unit. In other words, they do not fuse properly, which leads to the most medial third creating a protrusion along the medial arch. This extension of the foot has a tendency to put stress on two tendons and the ligament that run along its side. The tendon of the peroneous brevis muscle which is the most distal of the two tendons, the tendon of the peroneous longus muscle which extends to the posterior of the ankle, and the posterior talofibular ligament which extends upward partway along the calf muscle, can all be potentially affected by this protrusion. Sometimes referred to as an extra navicular bone, this bump can cause wear and tear on the tendons causing sharp pain with increased activity. This condition can be corrected with surgery to file down or remove the protrusion and repair the tendons that were affected[1].

## Horse anatomy

The navicular bone of the horse, also known as the distal sesamoid bone, lies on the palmar aspect of the coffin joint between the second phalanx and third phalanx, known as the coffin or pedal bone. It is an