```
1  Shawn Talbot Rice
2  PO Box 700#81
3  Yavapai county
4  Ash Fork 86320
5  Arizona
6  In Propria Persona
7
8
9              UNITED STATES DISTRICT COURT
10                  DISTRICT OF NEVADA
11
```

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>   Plaintiff,  )<br>vs.  )<br>SAMUEL DAVIS and  )<br>SHAWN RICE,  )<br>  )<br>  Defendants.  )<br>SHAWN RICE,  )<br>  Counter-Plaintiff/Claimant,  )<br>vs.  )<br>UNITED STATES OF AMERICA,  )<br>INTERNATIONAL MONETARY FUND  )<br>(I.M.F.) A/K/A THE FUND, FEDERAL  )<br>BUREAU OF INVESTIGATION, and THEIR )<br>PRINCIPAL, Elizabeth Windsor II, dba  )<br>QUEEN ELIZABETH, dba UNITED  )<br>STATES OF AMERICA, Jaime Sailing dba  )<br>Bureau of Public Debt, Timothy Geithner dba )<br>United States Treasury, Secretary Arne  )<br>Duncan dba United States Department of  )<br>Agriculture, Jane and John Doe Agents 1-  )<br>10,000,000, XYZ Corporations 1-10,000,000, )<br>and Red and Blue LLC's 1-10,000,000,  )<br>  Counter-defendants/Libelants,  )<br>Shawn Rice, Real Party in Interest, Third Party )<br>Intervener, Protected Creditor to Plaintiff by  )<br>revesting title, Sovereign without subjects,  )<br>Protected Creditor pursuant to UCC 8, Trust  )<br>Interest Holder, and Beneficial Owner of the  )<br>Estate by Statute Merchant, and a Title 18  )<br>Section 245 Federally Protected Legal &  )<br>Lawful Municipality.  )<br>  ) | Case No.: 2:09-CR-078<br><br>AFFIDAVIT OF ORIGINAL ISSUE AND OF COUNTER-PLAINTIFF/CLAIMANT'S SHAWN RICE ACCEPTANCE OF THE CLAIM, WITH VERIFIED NOTICE OF THE DISTRICT COURT'S ABANDONMENT THEREOF<br><br>File on Demand |

091122 -- [Affidavit of Original Issue 091122], Page 1 of 7

AFFIDAVIT OF ORIGINAL ISSUE AND OF
DEFENDANT'S ACCEPTANCE OF THE CLAIM OR CASE NO. 2:09-CR-078
AND ANY DERIVATIVE THEREIN

State of _____ )
                      ) ss:
_____ county )

1. Affiant, Shawn Rice, appears and states under oath that the following is factual and correct.

2. I make my local habitation on yavapai the county on the Land.

3. Affiant is competent to state the matters set forth herein; and

4. Affiant has personal firsthand knowledge of the facts stated herein; and

5. Affiant affirms that all the facts stated herein are true, correct, and not misleading, the truth, and nothing but the truth, and if called upon to witness Affiant will so state; and

6. Affiant is the only authorized agent for SHAWN T. RICE, AKA SHAWN TALBOT RICE AKA SHAWN RICE; and

7. SHAWN T. RICE, AKA SHAWN TALBOT RICE AKA SHAWN RICE is the "original issuer" of the credit drawn upon by the debt instrument commonly known and identified as Claim or Case No. 2:09-CR-078 in the UNITED STATES DISTRICT COURT, DISTRICT OF NEVADA, hereinafter "USDC"; and

8. USDC is a corporation/fiction doing business for profit and gain under a grant of limited liability insurance by the Secretary of State of Nevada; and

9. USDC is doing business under tax identification number 88-6031053, also known to do business as CLARK COUNTY, located at 333 Las Vegas Blvd. South, Las Vegas, Nevada 89101; and

10. The Original Issue price of $7,853,100.00 for Claim or Case No. 2:09-CR-078 was accepted on March 3, 2009, by USDC and is filed on Internal Revenue Service (IRS) Form 1099-OID, 1099-DIV (annexed hereto and incorporated herein by reference as Counter-Plaintiff/Claimant's Exhibit A); and

11. Creditor SHAWN T. RICE, AKA SHAWN TALBOT RICE AKA SHAWN RICE accepted the Claim or Case No. Counter-Plaintiff/Claimant for the assessed value of the taxes owed (see Exhibit A); and

12. Creditor SHAWN T. RICE, AKA SHAWN TALBOT RICE AKA SHAWN RICE posted and tendered GSA Forms 28, 90, 91, etc. to setoff the Miller Act Penal sum of $7,853,100, which, by information and belief was done by and through the Chicago Mercantile Exchange in May 2009 for which a 1099-INT is submitted; and

13. Creditor SHAWN T. RICE, AKA SHAWN TALBOT RICE AKA SHAWN RICE posted and tendered a Supersedeas Bond for Original Issue Discount on October 7, 2009, with a maturity value of $7,853,100 to setoff the Miller Act Penal Sum, which, by information and belief was done on October 17, 2009 for which a 1099-OID is submitted; and

14. By means of IRS Form 1099A (annexed hereto and incorporated herein by reference as Defendant's Exhibit B), USDC has abandoned the Claim or Case No. 2:09-CR-078; and

15. As evidenced by the conformed file stamp by the Clerk of Court USDC is in receipt of said IRS Forms 1099-OID, 1099-DIV and 1099A (Exhibits A and B) that establish the abandonment by USDC of the Tax in this Claim or Case No. 2:09-CR-078; and

16. These were done so in accord with the Emergency Farm Mortgage Act, the Miller Act, the Federal Reserve Act, among other acts and the United States Department of Agriculture as it regulates Human Resources; and

17. Further Affiant saith naught.

## VERIFIED NOTICE OF THE ABANDONMENT
## BY THE DISTRICT COURT OF THE CLAIM OR CASE NO. 2:09-CR-078
## AND ANY DERIVATIVE THEREIN

18. There being no controversy in the USDC regarding the Claim or Case No. 2:09-CR-078, said court is hereby noticed that it has lost subject matter jurisdiction thereof and is hereby commanded to vacate forthwith any order(s) or judgment(s) made therein.

19. Based upon the acts of USDC set forth in the above affidavit, THE USDC, a corporation doing business under tax identification number 88-6031053, also known as CLARK COUNTY, NEVADA, located at 333 Las Vegas Blvd. South, Las Vegas, Nevada 89101, is hereby declared to be operating in violation of the applicable provisions of Title 26 United States Code concerning Tax Fraud.

20. The prosecutor in Claim or Case No. 2:09-CR-078 is hereby noticed to show cause to Counter-Plaintiff/Claimant, within ten (10) days from the date of receipt of this instrument, why contempt charges should not be brought against the CEO of Plaintiff.

21. Although I do hold a Juris Doctor in Law and not a Bar member, I am still learning some of the details regarding USDC and prosecutor's tax fraud, trust res theft, securities law, anti-trust, among other subjects, but I do know right from wrong in accord with P.L. 97-280 and Torah as taught by Yeshua HaMashiach, and I intend no one harm by my word or deed, notwithstanding "rooting out" evil. Therefore, if any man or woman is damaged by any statement(s) herein and informs me of the facts, I will sincerely make every effort to amend my ways. I hereby reserve the right to amend and make amendment to this affidavit as necessary in order that the truth may be ascertained and the required remedies be justly performed. If any man or woman given notice by means of this document has

1. information that would controvert and overcome any statement herein and informs me
2. thereof IN WRITTEN AFFIDAVIT FORM, *sworn or affirmed true, correct, complete*
3. *and not misleading upon the affiant's full commercial liability* within thirty (30) days
4. from the placement hereof in the public record, proving with particularity, i.e., by stating
5. all requisite, evidentiary facts and all requisite, actual law—not mere ultimate facts and /
6. or conclusions of law—that any statement(s) herein are substantially and materially false,
7. sufficiently to alter materially my status and / or factual statements, I will correct the
8. offending statement(s). Silence betokens consent to and tacit approval of the factual
9. statements herein being established as the truth and law in commerce.
10. \
11. \
12. \

1  I solemnly swear that the testimony I have provided is true and correct.

*Shawn Rice*

Shawn Rice, , Real Party in Interest, Third Party Intervener, Protected Creditor to Plaintiff by revesting title, Sovereign without subjects, Protected Creditor pursuant to UCC 8, Trust Interest Holder, and Beneficial Owner of the Estate by Statute Merchant, and a Title 18 Section 245 Federally Protected Legal & Lawful Municipality.

Jurat

State of __Nevada__     )
                        )    ss: ASSEVERATION
__Clark__ county        )

On this __24th__ day of November, 2009, the process server did appear before me, is known to be the person described herein, who executed the foregoing, acknowledged the contents thereof, and executed the same as their free act and deed, by Shawn Rice

                                                                    seal

Notary Officer _____

```
DENNIS HANSON
Notary Public State of Nevada
No. 00-60668-1
My appt. exp. Mar. 1, 2012
```

**CERTIFICATE OF SERVICE**

COPY of the forgoing hand delivered, this 24th day of November, 2009, to:

Assistant US Attorney, DAMM, Prosecutor
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Phone: 702-388-6336
Fax: 702-388-5087

_____

Service performed by:

Shawn Rice
PO Box 700#81
Yavapai county
Ash Fork 86320
Arizona

6969

SHAWN T. RICE

PO BOX 700#81

ASH FORK, AZ 86320

Shawn Rice                          217 853-5726

---------                           ----------

573531255      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      4          15,706,200      15,706,200

                        X                                        XX

        XX

**Return this entire page to the Internal Revenue Service. Photocopies are not acceptable.**

Under penalties of perjury, I declare that I have examined this return and accompanying documents, and, to the best of my knowledge and belief, they are true, correct, and complete.

Signature ► [signature]          Title ► Authorized Representative   Date ► 091122

## Instructions

**Purpose of form.** Use this form to transmit paper Forms 1099, 1098, 5498, and W-2G to the Internal Revenue Service. Do not use Form 1096 to transmit electronically or magnetically. For magnetic media, see Form 4804, Transmittal of Information Returns Reported Magnetically; for electronic submissions, see Pub. 1220, Specifications for Filing Forms 1098, 1099, 5498, and W-2G Electronically or Magnetically.

**Who must file.** The name, address, and TIN of the filer on this form must be the same as those you enter in the upper left area of Forms 1099, 1098, 5498, or W-2G. A filer includes a payer; a recipient of mortgage interest payments (including points) or student loan interest; an educational institution; a broker; a barter exchange; a creditor; a person reporting real estate transactions; a trustee or issuer of any individual retirement arrangement, a Coverdell ESA, an HSA, an Archer MSA (including a Medicare Advantage MSA); certain corporations; certain donees of motor vehicles, boats, and airplanes; and a lender who acquires an interest in secured property or who has reason to know that the property has been abandoned.

**Preaddressed Form 1096.** If you received a preaddressed Form 1096 from the IRS with Package 1099, use it to transmit paper Forms 1099, 1098, 5498, and W-2G to the Internal Revenue Service. If any of the preprinted information is incorrect, make corrections on the form.

If you are not using a preaddressed form, enter the filer's name, address (including room, suite, or other unit number), and TIN in the spaces provided on the form.

**When to file.** File Form 1096 as follows.
- With Forms 1099, 1098, or W-2G, file by February 28, 2007.
- With Forms 5498, 5498-ESA, or 5498-SA, file by May 31, 2007.

## Where To File

Except for Form 1098-C, send all information returns filed on paper with Form 1096 to the following:

| If your principal business, office or agency, or legal residence in the case of an individual, is located in | Use the following Internal Revenue Service Center address |
|---|---|
| Alabama, Arizona, Arkansas, Connecticut, Delaware, Florida, Georgia, Kentucky, Louisiana, Maine, Massachusetts, Mississippi, New Hampshire, New Jersey, New Mexico, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, Texas, Vermont, Virginia, West Virginia | Austin, TX 73301 |
| Alaska, California, Colorado, District of Columbia, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Maryland, Michigan, Minnesota, Missouri, Montana, Nebraska, Nevada, North Dakota, Oklahoma, Oregon, South Carolina, South Dakota, Tennessee, Utah, Washington, Wisconsin, Wyoming | Kansas City, MO 64999 |

For more information and the Privacy Act and Paperwork Reduction Act Notice, see the 2006 General Instructions for Forms 1099, 1098, 5498, and W-2G.     Cat. No. 14400O     Form **1096** (Rev. 7-2006)

☐ CORRECTED (if checked)

| LENDER'S name, street address, city, state, ZIP code, and telephone no.<br><br>SHAWN T. RICE<br>PO BOX 700#81<br>ASH FORK, AZ 86320 | | OMB No. 1545-0877<br><br>2009<br>Form **1099-A** | **Acquisition or Abandonment of Secured Property** |
|---|---|---|---|
| | | **1** Date of lender's acquisition or knowledge of abandonment<br>MARCH 3, 2009 | **2** Balance of principal outstanding<br>$ 7,352,100 | **Copy B**<br>**For Borrower** |
| LENDER'S federal identification number<br>573531255 | BORROWER'S identification number<br>88-6031053 | | | |
| BORROWER'S name<br>UNITED STATES DISTRICT COURT | | **3** | **4** Fair market value of property<br>$ | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported. |
| Street address (including apt. no.)<br>333 LAS VEGAS BLVD SOUTH | | **5** Was borrower personally liable for repayment of the debt?<br>☑ Yes  ☐ No | |
| City, state, and ZIP code<br>LAS VEGAS, NV 89101 | | **6** Description of property<br>Credit balance due on acct<br>Acquisition of secured property<br>26 CFR 1.1275 | |
| Account number (see instructions)<br>090403-1 | | | |

Form **1099-A**         (keep for your records)         Department of the Treasury - Internal Revenue Service

---

☐ CORRECTED (if checked)

| LENDER'S name, street address, city, state, ZIP code, and telephone no.<br><br>SHAWN T. RICE<br>PO BOX 700#81<br>ASH FORK, AZ 85320 | | OMB No. 1545-0877<br><br>2009<br>Form **1099-A** | **Acquisition or Abandonment of Secured Property** |
|---|---|---|---|
| | | **1** Date of lender's acquisition or knowledge of abandonment<br>MARCH 3, 2009 | **2** Balance of principal outstanding<br>$ 7,353,100 | **Copy B**<br>**For Borrower** |
| LENDER'S federal identification number<br>573531255 | BORROWER'S identification number<br>88-6031053 | | | |
| BORROWER'S name<br>UNITED STATES DISTRICT COURT | | **3** | **4** Fair market value of property<br>$ | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported. |
| Street address (including apt. no.)<br>333 LAS VEGAS BLVD SOUTH | | **5** Was borrower personally liable for repayment of the debt?<br>☑ Yes  ☐ No | |
| City, state, and ZIP code<br>LAS VEGAS, NV 89101 | | **6** Description of property<br>Credit balance due on acct<br>Acquisition of secured property<br>26 CFR 1.1275 | |
| Account number (see instructions)<br>090403-2 | | | |

Form **1099-A**         (keep for your records)         Department of the Treasury - Internal Revenue Service

---

☐ CORRECTED (if checked)

| LENDER'S name, street address, city, state, ZIP code, and telephone no. | | OMB No. 1545-0877<br><br>2009<br>Form **1099-A** | **Acquisition or Abandonment of Secured Property** |
|---|---|---|---|
| | | **1** Date of lender's acquisition or knowledge of abandonment | **2** Balance of principal outstanding<br>$ | **Copy B**<br>**For Borrower** |
| LENDER'S federal identification number | BORROWER'S identification number | | | |
| BORROWER'S name | | **3** | **4** Fair market value of property<br>$ | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported. |
| Street address (including apt. no.) | | **5** Was borrower personally liable for repayment of the debt?<br>☐ Yes  ☐ No | |
| City, state, and ZIP code | | **6** Description of property | |
| Account number (see instructions) | | | |

Form **1099-A**         (keep for your records)         Department of the Treasury - Internal Revenue Service

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Original issue discount for 2009* $ | OMB No. 1545-0117 2009 Form 1099-OID | **Original Issue Discount** |
|---|---|---|---|
| SHAWN T. RICE PO BOX 700491 ASH FORK, AZ ~~86336~~ 36320 | 2 Other periodic interest $ | | |
| PAYER'S federal identification number 573531255 | RECIPIENT'S identification number 88-6031053 | 3 Early withdrawal penalty $ | 4 Federal income tax withheld $ 7,853,100 | **Copy B For Recipient** |
| RECIPIENT'S name UNITED STATES DISTRICT COURT | | 5 Description Credit balance due on acct 26 CFR 1.1275 | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| Street address (including apt. no.) 333 LAS VEGAS BLVD SOUTH | | 6 Original issue discount on U.S. Treasury obligations* $ | |
| City, state, and ZIP code LAS VEGAS, NV 89101 | | 7 Investment expenses $ | |
| Account number (see instructions) 090403-4 | | * This may not be the correct figure to report on your income tax return. See instructions on the back. | |

Form **1099-OID**   (keep for your records)   Department of the Treasury - Internal Revenue Service

---

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Original issue discount for 2009* $ | OMB No. 1545-0117 2009 Form 1099-OID | **Original Issue Discount** |
|---|---|---|---|
| | 2 Other periodic interest $ | | |
| PAYER'S federal identification number | RECIPIENT'S identification number | 3 Early withdrawal penalty $ | 4 Federal income tax withheld $ | **Copy B For Recipient** |
| RECIPIENT'S name | | 5 Description | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| Street address (including apt. no.) | | 6 Original issue discount on U.S. Treasury obligations* $ | |
| City, state, and ZIP code | | 7 Investment expenses $ | |
| Account number (see instructions) | | * This may not be the correct figure to report on your income tax return. See instructions on the back. | |

Form **1099-OID**   (keep for your records)   Department of the Treasury - Internal Revenue Service

---

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Original issue discount for 2009* $ | OMB No. 1545-0117 2009 Form 1099-OID | **Original Issue Discount** |
|---|---|---|---|
| | 2 Other periodic interest $ | | |
| PAYER'S federal identification number | RECIPIENT'S identification number | 3 Early withdrawal penalty $ | 4 Federal income tax withheld $ | **Copy B For Recipient** |
| RECIPIENT'S name | | 5 Description | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| Street address (including apt. no.) | | 6 Original issue discount on U.S. Treasury obligations* $ | |
| City, state, and ZIP code | | 7 Investment expenses $ | |
| Account number (see instructions) | | * This may not be the correct figure to report on your income tax return. See instructions on the back. | |

Form **1099-OID**   (keep for your records)   Department of the Treasury - Internal Revenue Service

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | Payer's RTN (optional) | OMB No. 1545-0112 | |
|---|---|---|---|
| SHAWN T. RICE<br>PO BOX 700781<br>ASH FORK, AZ 89101 | **1** Interest income<br>$ 7,353,100 | **2009**<br>Form **1099-INT** | **Interest Income** |
| | **2** Early withdrawal penalty<br>$ | | |

| PAYER'S federal identification number | RECIPIENT'S identification number | **3** Interest on U.S. Savings Bonds and Treas. obligations<br>~~$7,353,100~~ | | **Copy B**<br>**For Recipient** |
|---|---|---|---|---|
| 573531255 | 88-6031053 | | | |
| RECIPIENT'S name<br>UNITED STATES DISTRICT COURT | | **4** Federal income tax withheld<br>7,353,100<br>$ | **5** Investment expenses<br>$ | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| Street address (including apt. no.)<br>333 LAS VEGAS BLVD SOUTH | | **6** Foreign tax paid<br>$ | **7** Foreign country or U.S. possession | |
| City, state, and ZIP code<br>LAS VEGAS, NV 89101 | | **8** Tax-exempt interest | **9** Specified private activity bond interest | |
| Account number (see instructions)<br>090403-3 | | $ | $ | |

Form **1099-INT**        (keep for your records)        Department of the Treasury - Internal Revenue Service

---

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | Payer's RTN (optional) | OMB No. 1545-0112 | |
|---|---|---|---|
| | **1** Interest income<br>$ | **2009**<br>Form **1099-INT** | **Interest Income** |
| | **2** Early withdrawal penalty<br>$ | | |

| PAYER'S federal identification number | RECIPIENT'S identification number | **3** Interest on U.S. Savings Bonds and Treas. obligations<br>$ | | **Copy B**<br>**For Recipient** |
|---|---|---|---|---|
| RECIPIENT'S name | | **4** Federal income tax withheld<br>$ | **5** Investment expenses<br>$ | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| Street address (including apt. no.) | | **6** Foreign tax paid<br>$ | **7** Foreign country or U.S. possession | |
| City, state, and ZIP code | | **8** Tax-exempt interest | **9** Specified private activity bond interest | |
| Account number (see instructions) | | $ | $ | |

Form **1099-INT**        (keep for your records)        Department of the Treasury - Internal Revenue Service

---

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | Payer's RTN (optional) | OMB No. 1545-0112 | |
|---|---|---|---|
| | **1** Interest income<br>$ | **2009**<br>Form **1099-INT** | **Interest Income** |
| | **2** Early withdrawal penalty<br>$ | | |

| PAYER'S federal identification number | RECIPIENT'S identification number | **3** Interest on U.S. Savings Bonds and Treas. obligations<br>$ | | **Copy B**<br>**For Recipient** |
|---|---|---|---|---|
| RECIPIENT'S name | | **4** Federal income tax withheld<br>$ | **5** Investment expenses<br>$ | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| Street address (including apt. no.) | | **6** Foreign tax paid<br>$ | **7** Foreign country or U.S. possession | |
| City, state, and ZIP code | | **8** Tax-exempt interest | **9** Specified private activity bond interest | |
| Account number (see instructions) | | $ | $ | |

Form **1099-INT**        (keep for your records)        Department of the Treasury - Internal Revenue Service