```
1  Shawn Talbot Rice
2  PO Box 700#81
3  Yavapai county
4  Ash Fork 86320
5  Arizona
6  In Propria Persona
7
8
9                    UNITED STATES DISTRICT COURT
10                          DISTRICT OF NEVADA
11
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   Plaintiff,<br>vs.<br>SAMUEL DAVIS and<br>SHAWN RICE,<br><br>   Defendants. | Case No.: 2:09-CR-078<br><br>**POSTING OF SILVER BOND FOR ANY SUBSTANCE DAMAGE** |
| SHAWN RICE,<br>   Counter-Plaintiff/Claimant,<br>vs.<br>UNITED STATES OF AMERICA,<br>INTERNATIONAL MONETARY FUND<br>(I.M.F.) A/K/A THE FUND, FEDERAL<br>BUREAU OF INVESTIGATION, and THEIR<br>PRINCIPAL, Elizabeth Windsor II, dba<br>QUEEN ELIZABETH, dba UNITED<br>STATES OF AMERICA, Jaime Sailing dba<br>Bureau of Public Debt, Timothy Geithner dba<br>United States Treasury, Secretary Arne<br>Duncan dba United States Department of<br>Agriculture, Jane and John Doe Agents 1-<br>10,000,000, XYZ Corporations 1-10,000,000,<br>and Red and Blue LLC's 1-10,000,000,<br>   Counter-defendants/Libelants, | |
| Shawn Rice, Real Party in Interest, Third Party Intervener, Protected Creditor to Plaintiff by revesting title, Sovereign without subjects, Protected Creditor pursuant to UCC 8, Trust Interest Holder, and Beneficial Owner of the Estate by Statute Merchant, and a Title 18 Section 245 Federally Protected Legal & Lawful Municipality. | |

091122 -- [Posting of Silver Bond for any substance damage 091122]. Page 1 of 3

Shawn Talbot Rice, Real Party in Interest, reserves all rights of this Sovereign's One Supreme Court and at this time **(again, having previously been denied due process by magistrate Johnston)** posts silver bond to cover any substantively injured parties if any exist.

*[signature: Shawn Talbot Rice]*

Shawn Talbot Rice, Real Party in Interest, Third Party Intervener, Protected Creditor to Plaintiff by revesting title, Sovereign without subjects, Protected Creditor pursuant to UCC 8, Trust Interest Holder, and Beneficial Owner of the Estate by Statute Merchant, and a Title 18 Section 245 Federally Protected Legal & Lawful Municipality.

## CERTIFICATE OF SERVICE

COPY of the forgoing hand delivered, this 24th day of November, 2009, to:

Assistant U. S. Attorney Damm, Prosecutor
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Phone: 702-388-6336
Fax: 702-388-5087

Service performed by:

Shawn Talbot Rice
PO Box 700#81
Yavapai county
Ash Fork 86320
Arizona

yavapai county )
State of Arizona ) Asseveration
united States of America )

L.S. *Shawn Talbot Rice*  (SEAL)
Signed only in correct public capacity
as beneficiary to the original jurisdiction.

# Notice of Surety and Bond

**KNOW ALL MEN BY THESE PRESENTS**, I, Shawn-Talbot: Rice, Principal, a free man upon the free soil, on the county at large, state that I am of legal age, competent to testify, have personal first hand knowledge of the truths and facts herein being true, correct, complete, certain not misleading.

I, Shawn-Talbot: Rice, of my own free will and accord, in the presence of Almighty God, in good conscience, do willingly undertake to act as surety, to pledge and provide private bond, in the amount of twenty one dollars in silver coinage, .900 fine, minted by the American Treasury, united States of America, pre-1933 issue, Lawful coin dollars of the united states of America, personally held in My ownership and possession.

This bond is to the credit of the private party listed hereon, Shawn-Talbot: Rice, as full faith and credit guarantee to any Lawful Bill in Redemption, duly presented under Seal, in Lawful specie money of account of the united States of America, to wit:

The Bill of Redemption is a tender as set-off for any alleged contract, agreement, consent, assent purportedly held, as an obligation or duty against Shawn-Talbot: Rice, so as to cause an imputed disability, or presumption against the capacity, Rights and powers of Shawn-Talbot: Rice The specific intent of the bond, under seal, is to establish, by My witness, the good credit in Lawful money specie of Shawn-Talbot: Rice.

I, Shawn-Talbot: Rice, do make this surety, pledge, bond, under My seal, as full faith and credit guarantee, to any Lawful Bill in Civilian law in accord with P.L. 97-280, duly presented, to Me, under Seal, in Lawful money of account of the united States of America, in the matter of correct public judicial actions in the forum of Original Rules, Original Jurisdiction, for the benefit and credit of the particular private party listed above.

The intent of the bond, under Seal, is to establish, by My witness, the good credit, in the sum certain amount of at least twenty one dollars in silver coinage, .900 fine, minted by the American Treasury, united States of America, pre-1933 issue, Lawful specie dollars of the united States of America, available to bond the actions of the private party listed above. Further, in reservation of Rights under Original Jurisdiction, Original Rules, Shawn-Talbot: Rice has a bond in tender of twenty one silver dollars, Coinage Act of A.D. 1792, Bond of Identity and Character as proof positive, competent evidence, that Shawn-Talbot: Rice cannot be bankrupt, the *causa debendi*, cannot be under the doctrine of *cessio bonorum*, or a *forma pauperis*, *dolus* trust.

The life of this bond is for a period of one year from the date of signing below, whereby, by the autograph of Shawn-Talbot: Rice, principal, hereon, conforms, attests, affirms this bond.

Done this the 24th day of the 11th month, Anno Domini, in the year of our Lord, two thousand and nine.

L.S. *Shawn Talbot Rice*      No Dolus      {SEAL}
Signed only in correct public capacity
as beneficiary to the original jurisdiction.


yavapai county      )
State of Arizona      ) Attested
united States of America      )

State of Nevada
County of Clark      **Jurat**

On this 24th day of November, Two Thousand Nine (2009), before me _Dennis Hanson_ a Notary Public of State of ~~Arizona~~ Nevada, personally appeared Shawn-Talbot: Rice, a man [ ] personally known to me -or- [X] who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me after first being duly sworn, that he did sign the same in his authorized capacity and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.      Seal:

_Dennis Hanson_
Notary Public

Print Name: _Dennis Hanson_

```
DENNIS HANSON
Notary Public State of Nevada
No. 00-60668-1
My appt. exp. Mar. 1, 2012
```

My Commission Expires: _3-1-12_