DANIEL G. BOGDEN
United States Attorney
District of Nevada
J. GREGORY DAMM
Assistant United States Attorney
Organized Crime Strike Force
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Telephone:  (702) 388-6336
Facsimile:  (702) 388-6418

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:09-CR-078-JCM-(RJJ) |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S RESPONSE TO DEFENDANT'S VARIOUS MOTIONS |
| | ) | |
| vs. | ) | |
| | ) | |
| SHAWN TALBOT RICE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Certification: This response is timely filed pursuant to docket entry # 73.

COMES NOW the United States of America, by and through DANIEL G. BOGDEN, United States Attorney, and J. Gregory Damm, Assistant United States Attorney, and files its GOVERNMENT'S RESPONSE TO  DEFENDANT'S VARIOUS MOTIONS. Specifically the government responds to the following motions filed by defendant, Shawn Talbot Rice:

CR # 77     Mandatory Judicial Notice of Status Relation of Simpe Corporation Sole to its Titular Head with Points and Authorities;

CR # 78     Affidavit of Arthur "Mickey" O'Brien;

CR # 79     Notice of Misrepresentation of Material Facts by United States Attorney re Bill of Particulars for Forfeiture of Property and Attempted Theft of

| | | |
|---|---|---|
| 1 | | Property - Mandatory Judicial Notice; |
| 2 | CR # 81 | Compulsory Counter Claim and Invocation of Admiralty / Maritime |
| 3 | | Jurisdiction Side of the Court |
| 4 | | In Admiralty |
| 5 | | Libel of Review, Answer of Shawn Talbot Rice, and Cross Complaint |
| 6 | | (FRCivP 9(h), FRCivP Supp B(3)(b), E(8)); |
| 7 | CR # 83 | Petition to Supersede and Retire All Previous Bonds and Release Real |
| 8 | | Party in Interest / Third Party Intervener From All Liability and Replevin |
| 9 | | and Mandatory Judicial Notice of 28 USC 2041; |
| 10 | CR # 87 | This is Private Remedy Notice of Affidavit of Admissions in Commerce |
| 11 | | by Negative Averment |
| 12 | | Administrative Notice; Beneficiary Under Contract Law of Power of |
| 13 | | Attorney of Limited Fiduciary Trusteeship Duty to the Public Trusts of |
| 14 | | Office in Case # 2:09-CR-078 |
| 15 | | Original Issue and Of Defendants Acceptance of the Claim or Case No. |
| 16 | | 2:09-CR-078; |
| 17 | CR # 89 | Lodgment Re Admission Re Lack of LOMAR; |
| 18 | CR # 90 | Notice and Affidavit of Private Federal Union Resignation; |
| 19 | CR # 91 | Lodgement of Foreign Entry of Default Regarding Status; |
| 20 | CR # 92 | Notice to DTC Appearance, Appointments and Private Remedy Terms |
| 21 | | and Conditions of Agreement by Tacit Procuration Reasons for Settling |
| 22 | | Case Penal Sum Rather than Arguing Case Status of Defendant Real Party |
| 23 | | in Interest Points and Authorities Regarding Status No Injured Party |
| 24 | | Bonds and Checks Equity Claim Administrative Request Recommend |
| 25 | | Judge Seal Case Sua Sponte Recommend Judge Dismiss this Case Sua |
| 26 | | Sponte IRS Forms 1099OID, 1099-A and 1096; |
| | CR # 93 | Motion for Modification of Alleged Pretrial Services Agreement and |

2

Motion for Telephonic Oral Discussion on the Issue:

CR # 94     Motion for Audit for Forfeiture in re Accounting, Account Stated, Unjust Enrichment and Specific Performance:

CR # 98     Affidavit of Request for Issuance or Writ of Execution;

CR # 100    Amended Counterclaim Parties List;

CR # 104    November 9, 2009, letter to Timothy F. Geithner, Trustee, United States Secretary of the Treasury;

CR # 106    Affidavit of Original Issue and of Counter-Plaintiff / Claimant's Shawn Rice Acceptance of the Claim, With Verified Notice of the District Court's Abandonment Thereof; and,

CR # 107    Posting of Silver Bond for any Substance Damage.

The undersigned, counsel for the United States, has made a conscientious review of the various motions listed above filed by defendant Shawn Talbot Rice. To the extent that they are understood by the government, they appear to relate to issues unrelated to the criminal case at hand, 2:09-CR-078-JCM-(RJJ). Defendant Rice has provided this Court with no relevant authority to support any of his motions. The failure to file points and authorities in support of an issue constitutes consent that a motion be denied as to that issue. See Local Rule (LR) 7-2(d). In this regard, the government relies upon its previous response filed on 11/17/2009, CR # 101.

This case represents a criminal prosecution against defendants Samuel Davis and Shawn Talbot Rice. See CR # 1, Indictment. This is not an admiralty case nor is it a civil case. It is a criminal case for which this Court has jurisdiction. See Title 18, United States Code, § 3231. The government also relies upon its previous response to defendant Rice's Subpoena Duces Tecum or in the alternative Petition To: Dismiss with Prejudice this Matter (CR # 72, 8/14/2009). See CR # 74, Government's Opposition to Defendant's Motion to Dismiss (CR # 74) filed 8/28/2009.

3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

<u>CONCLUSION</u>

WHEREFORE, based upon the foregoing, the United State respectfully requests that this Court deny defendant Shawn Talbot Rice's motions in their entirety.

DATED this 7th day of December, 2009.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/ J. Gregory Damm
J. GREGORY DAMM
Assistant United States Attorney

4

Certificate Of Service

I, J. Gregory Damm, hereby certify that I am an employee of the United States Department of Justice, and that on this day I served a copy of the following: GOVERNMENT'S RESPONSE TO DEFENDANT'S VARIOUS MOTIONS, upon counsel for all defendants appearing in this matter via the CM/ECF system, by electronically filing said GOVERNMENT'S RESPONSE TO DEFENDANT'S VARIOUS MOTIONS and mailing a copy postage prepaid to Shawn Talbot Rice, P.O. Box 700, #81, Ash Fork, Arizona 86320.

Dated:     December 7, 2009          /s/ J. Gregory Damm
                                     Assistant United States Attorney
                                     District of Nevada