UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 2:09-cr-78-JCM-RJJ |
| ) | |
| vs. ) | |
| ) | |
| SAMUEL DAVIS and SHAWN RICE, ) | O R D E R |
| ) | |
| Defendant, ) | |

This matter was submitted to the undersigned Magistrate Judge on the Notice of Broken Foot of Shawn Rice (#105).

The Court having reviewed the Notice (#105) finds that the documents bears no relationship to this case. Therefore,

IT IS HEREBY ORDERED that the Clerk shall strike the Notice of Broken Foot of Shawn Rice (#105).

DATED this  10th  day of December, 2009.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge