UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                                              )<br>          Plaintiff,               )<br>                                              )<br>vs.                                        )<br>                                              )<br>SAMUEL DAVIS and SHAWN RICE,  )<br>                                              )<br>          Defendant,              )<br>_____) | 2:09-cr-78-JCM-RJJ<br><br><br>ORDER STRIKING<br><u>FILED DOCUMENT</u> |

   This matter was submitted to the undersigned Magistrate Judge on the Posting of Silver Bond For Any Substance Damage (#107).

   The Court having reviewed the Notice (#107) finds that no bond has been ordered of defendant Shawn Rice and the documents bears no relationship to this case. Therefore,

   IT IS HEREBY ORDERED that the Clerk shall strike the Posting of Silver Bond For Any Substance Damage (#107).

   DATED this  10th  day of December, 2009.


                                                        _____
                                                        ROBERT J. JOHNSTON
                                                        United States Magistrate Judge