```
1  Shawn Talbot Rice
2  PO Box 700#81
3  Yavapai county
4  Ash Fork 86320
5  Arizona
6  In Propria Persona
7
8
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br>vs.<br>SAMUEL DAVIS and<br>SHAWN RICE,<br><br>     Defendants. | Case No.: 2:09-CR-078<br><br>LODGMENT OF PUBLIC RECORD OF<br>SURETY ON SUPERSEDEAS BOND |
| SHAWN RICE,<br>  Counter-Plaintiff/Claimant,<br>vs.<br>UNITED STATES OF AMERICA,<br>INTERNATIONAL MONETARY FUND<br>(I.M.F.) A/K/A THE FUND, FEDERAL<br>BUREAU OF INVESTIGATION, and THEIR<br>PRINCIPAL, Elizabeth Windsor II, dba<br>QUEEN ELIZABETH, dba UNITED<br>STATES OF AMERICA, Jaime Sailing dba<br>Bureau of Public Debt, Timothy Geithner dba<br>United States Treasury, Secretary Arne<br>Duncan dba United States Department of<br>Agriculture, Jane and John Doe Agents 1-<br>10,000,000, XYZ Corporations 1-10,000,000,<br>and Red and Blue LLC's 1-10,000,000,<br>  Counter-defendants/Libelants, | |
| Shawn Rice, Real Party in Interest, Third Party<br>Intervener, Protected Creditor to Plaintiff by<br>revesting title, Sovereign without subjects,<br>Protected Creditor pursuant to UCC 8, Trust<br>Interest Holder, and Beneficial Owner of the<br>Estate by Statute Merchant, and a Title 18<br>Section 245 Federally Protected Legal &<br>Lawful Municipality. | |

1  Shawn Talbot Rice, Real Party in Interest (RPII), reserves all rights of this Sovereign's
2  One Supreme Court and at this time lodges public record of surety status against plaintiff on
3  previously filed Supersedeas Bond via UCC-1 filing recognized by U.S. Treasury and Federal
4  Reserve via www.bloomberg.com in October and December 2009. Attached document
5  demonstrate that Counter-plaintiff/Claimant is a creditor to Libellants. And, for and on the record
6  it is a matter of law that a debtor cannot charge or imprison a creditor. Refer to attached UCC-1
7  forms on file with the State of California Secretary of State.

*[Signature: Shawn Talbot Rice]*

Shawn Talbot Rice, Real Party in Interest, Third Party Intervener, Protected Creditor to Plaintiff by revesting title, Sovereign without subjects, Protected Creditor pursuant to UCC 8, Trust Interest Holder, and Beneficial Owner of the Estate by Statute Merchant, and a Title 18 Section 245 Federally Protected Legal & Lawful Municipality.

## CERTIFICATE OF SERVICE

COPY of the forgoing hand delivered, this /8th day of December, 2009, to:

Assistant U. S. Attorney Damm, Prosecutor
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Phone: 702-388-6336
Fax: 702-388-5087

---

Service performed by:

Shawn Talbot Rice
PO Box 700#81
Yavapai county
Ash Fork 86320
Arizona



SECRETARY OF STATE

STATE OF CALIFORNIA

## UCC Amendment Acknowledgement

10/25/2009

Page 1 of 1

UTTERBACK CLAYTON THOMAS  
18627 BROOKHURST STREET, #560  
FOUNTAIN VALLEY CA 92708

Filing Fee: $5.00

Total Fee: **$5.00**

The California Secretary of State's Office has received and filed your document. The information stated below reflects the data that was indexed in our system. Please review the information for accuracy. Included is an image of the filed document to assist you in your review. If you find a potential error, please notify the UCC Section at the number listed below at your earliest convenience.

**Amendment Type: Assignment**  
Amendment Filing #: **09-72122078**  
Original Filing Number: **02-28460463**

File Date: **10/25/2009**   File Time: **20:17**

Lapse Date: **N/A**

Secured Party(ies):  
INDIVIDUAL

**RICE, SHAWN, TALBOT,**  
**C/O SIMPE P.O. BOX  700,  #81 ASH FORK AZ USA 86320**

Filing by the Secretary of State is not conclusive proof that all conditions for securing priority have been met. Ensuring that accurate information is on the document to be filed is the responsibility of the filing party. If this filing is challenged, the Secretary of State does not guarantee that the filing is legally sufficient to secure priority under UCC ARTICLE 9 and expressly disclaims any liability for failure of the filing party to secure priority resulting from the information contained in the filed document, or the lack of information on the filed document.

UNIFORM COMMERCIAL CODE 1500 11TH STREET, 2ND FL · SACRAMENTO, CA 95814 · PO BOX 942835 · SACRAMENTO CA 94235-0001 · (916) 653-3516 · HTTPS://CCONNECT.SOS.CA.GOV

PROGRAMS  ARCHIVES, BUSINESS PROGRAMS, ELECTIONS, INFORMATION TECHNOLOGY, CALIFORNIA STATE HISTORY MUSEUM  
MANAGEMENT SERVICES, SAFE AT HOME, DOMESTIC PARTNERS REGISTRY, NOTARY PUBLIC, POLITICAL REFORM

# UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
CLAYTON THOMAS UTTERBACK
831 406-0154

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**
CLAYTON THOMAS UTTERBACK
18627 Brookhurst Street, #560
FOUNTAIN VALLEY, CA 92708
USA

DOCUMENT NUMBER: 22734320003
FILING NUMBER: 09-72122078
FILING DATE: 10/25/2009 20:17
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
02-28460463

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☑ **ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.
☐ DELETE name: Give record name to be deleted in item 6a or 6b.
☐ ADD name: Complete item 7a or 7b, and also item 7c

**6. CURRENT RECORD INFORMATION:**

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| RICE | SHAWN | TALBOT | |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| C/o SIMPE P.O. Box 700, #81 | ASH FORK | AZ | 86320- | USA |

| 7d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID#, if any ☐ NONE |
|---|---|---|---|---|

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☑ assigned.

I, Clayton Thomas Utterback, Ryan Thomas Utterback, aka Ryan Thomas Kirk, James Palmer Utterback,
Hereby acknowledge the original collections agreement / understanding to have Rabbi Shawn Talbot
Rice, JD, to act as attorney in fact for me, Clayton Thomas Utterback, Ryan Thomas Utterback, a.k.a.
Ryan Thomas Kirk, and James Palmer Utterback for the purpose of engaging in collection on the
3Trillion Dollars Discharging and Indemnity Bonds originally offered Oct. 12, 2008 to support the
credit of the United States Government for which a standard statutory interest rate of Ten Percent
(10%) in the form of U.S.D. per annum, is hereby applied for lack of meaningful response by U.S.
Treasury.
Furthermore, Shawn Talbot Rice, JD, acting as attorney in fact, is hereby assigned and is hereby

**9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this amendment.

| a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| Utterback | Clayton | Thomas | |

**10. OPTIONAL FILER REFERENCE DATA**

FILING OFFICE COPY

Page 2

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| 11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form) |
|---|
| 02-28460463 |

| 12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form) | | | |
|---|---|---|---|
| 12a. ORGANIZATION'S NAME | | | |
| OR 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX | |
| Utterback | Clayton | Thomas | |

DOCUMENT NUMBER: 22734320003
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**13. Use this space for additional information**

granted a 10 percent collection fee for working on the collection project for reporting the gain or return of funds received for debt collection for issues provided to the Credit on behalf of the U.S. Treasury for the financial emergency declared by Congress and the Executive Branch believed to be held by the Federal Reserve as fiscal agents of the United States Government.

The Face to Face meeting held December 22, 2008 on the sidewalk next to the guard station for the mail entrance at the Treasury Department at 1500 Pennsylvania Avenue Washington District of Columbia was acknowledged by Regional Gardener, the U.S. Treasury Department Mail Clerk, who opened, received, and processed the Instruments is conclusive confirmation. Mr. Bernake, Chairman of the Federal Reserve System is in fact the holder of and is responsible for being the agent of at least 1Trillion USD witnessed and acknowledge.

CLAYTON THOMAS UTTERBACK, UCC 1-103, 1-308.
RYAN THOMAS UTTERBACK, aka, RYAN THOMAS KIRK, UCC 1-103, 1-308.
JAMES PALMER UTTERBACK, UCC 1-103, 1-308.
By: /s/ Clayton Thomas Utterback, all rights, benefits,
privileges, immunities, prerogatives and enhancements invoked.

**FILING OFFICE COPY**



SECRETARY OF STATE

STATE OF CALIFORNIA

## UCC Amendment Acknowledgement

10/12/2008

Page 1 of 1

UTTERBACK CLAYTON THOMAS
9049 GARFIELD AVE., #137
FOUNTAIN VALLEY CA 92708

Filing Fee: $5.00

Total Fee: **$5.00**

The California Secretary of State's Office has received and filed your document. The information stated below reflects the data that was indexed in our system. Please review the information for accuracy. Included is an image of the filed document to assist you in your review. If you find a potential error, please notify the UCC Section at the number listed below at your earliest convenience.

Amendment Type: **Amendment**        File Date: **10/12/2008**    File Time: **16:20**

Amendment Filing #: **08-71750267**

Original Filing Number: **02-28460463**        Lapse Date: **N/A**

Secured Party(ies):
ORGANIZATION        **UNITED STATES DEPARTMENT OF THE TREASURY**
**1500 PENNSYLVANIA AVENUE WASHINGTON DC USA**
**20220**

Filing by the Secretary of State is not conclusive proof that all conditions for securing priority have been met. Ensuring that accurate information is on the document to be filed is the responsibility of the filing party. If this filing is challenged, the Secretary of State does not guarantee that the filing is legally sufficient to secure priority under UCC ARTICLE 9 and expressly disclaims any liability for failure of the filing party to secure priority resulting from the information contained in the filed document, or the lack of information on the filed document.

UNIFORM COMMERCIAL CODE 1500 11TH STREET 2ND FL · SACRAMENTO, CA 95814 · PO BOX 942835 · SACRAMENTO, CA 94235-0001 · (916) 653-3516 · HTTPS://UCCCONNECT.SOS.CA.GOV

PROGRAMS ARCHIVES BUSINESS PROGRAMS ELECTIONS INFORMATION TECHNOLOGY CALIFORNIA STATE HISTORY MUSEUM
MANAGEMENT SERVICES SAFE AT HOME DOMESTIC PARTNERS REGISTRY NOTARY PUBLIC POLITICAL REFORM

# UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| A. NAME & PHONE OF CONTACT AT FILER [optional] |
|---|
| CLAYTON THOMAS UTTERBACK |
| 831 406 0154 |

| B. SEND ACKNOWLEDGMENT TO: (Name and Address) |
|---|
| CLAYTON THOMAS UTTERBACK |
| 9049 Garfield Ave., #137 |
| FOUNTAIN VALLEY, CA 92708 |
| USA |

DOCUMENT NUMBER: 18724180002
FILING NUMBER: 08-71750267
FILING DATE: 10/12/2008 16:20
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
02-28460463

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ **ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☑ Secured Party of record. Check only one of these.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☑ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.
☐ DELETE name: Give record name to be deleted in item 6a or 6b.
☐ ADD name: Complete item 7a or 7b, and also item 7c.

**6. CURRENT RECORD INFORMATION:**

**6a. ORGANIZATION'S NAME**
UNITED STATES DEPARTMENT OF THE TREASURY

OR | 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|

**7. CHANGED (NEW) OR ADDED INFORMATION:**

**7a. ORGANIZATION'S NAME**
UNITED STATES DEPARTMENT OF THE TREASURY

OR | 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1500 Pennsylvania Avenue | Washington | DC | 20220- | USA |

| 7d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID#, if any ☐ NONE |
|---|---|---|---|---|

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☑ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

This UCC-3 Financing Statement Amendment amends original filing
0228460463 California dated October 10th, 2002 for Transmitting Utility
CLAYTON T UTTERBACK, Vessel registration #*******23, RYAN T UTTERBACK,
Vessel registration #*******51, JAMES P UTTERBACK Vessel registration
#*******61, as the below listed collateral, products, proceeds, assets,
Full Faith and Credit Discharging and Indeminty Bonds, are hereby added
to the Commercial Registry.

**9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this amendment.

**a. ORGANIZATION'S NAME**
UNITED STATES DEPARTMENT OF THE TREASURY

OR | b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|

**10. OPTIONAL FILER REFERENCE DATA**

FILING OFFICE COPY

# UCC FINANCING STATEMENT AMENDMENT ADDENDUM

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

| 11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form) |
|---|
| 02-28460463 |

| 12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form) | | |
|---|---|---|
| 12a. ORGANIZATION'S NAME<br>UNITED STATES DEPARTMENT OF THE TREASURY | | |
| OR 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |

DOCUMENT NUMBER: 18724180002
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**13. Use this space for additional information**

The want of consideration for the redemption of the pledge, involves the Full Faith and Credit provision of the Constitution and the law of necessity for providing sufficient liquidity and credit funding for the International Emergency Economic Powers Act and other enactments designated by the President of the United States, the Secretary of the Treasury, Chairman of the Federal Reserve System, to aid and support the Full Faith and Credit of the United State of America, United States Government, our Trading Partners, and the American People.

Emergency Discharging and Indemnity Bonds
International Registered Securities:

1. RE 202 030 632 US $10,000,000,000 USD
2. RE 202 030 646 US $10,000,000,000 USD
3. RE 202 030 650 US $10,000,000,000 USD
4. RE 202 030 663 US $10,000,000,000 USD
5. RE 202 030 677 US $10,000,000,000 USD
6. RE 202 030 685 US $10,000,000,000 USD
7. RE 202 030 694 US $10,000,000,000 USD
8. RE 202 030 703 US $10,000,000,000 USD
9. RE 202 030 717 US $10,000,000,000 USD
10. RE 202 030 725 US $10,000,000,000 USD 100B

11. RE 202 030 734 US $10,000,000,000 USD
12. RE 202 030 748 US $10,000,000,000 USD
13. RE 202 030 750 US $10,000,000,000 USD
14. RE 202 030 765 US $10,000,000,000 USD
15. RE 202 030 779 US $10,000,000,000 USD
16. RE 202 030 782 US $10,000,000,000 USD
17. RE 202 030 796 US $10,000,000,000 USD
18. RE 202 030 805 US $10,000,000,000 USD
19. RE 202 030 819 US $10,000,000,000 USD
20. RE 202 030 822 US $10,000,000,000 USD 200B

21. RE 202 030 836 US $10,000,000,000 USD
22. RE 202 030 840 US $10,000,000,000 USD
23. RE 202 030 853 US $10,000,000,000 USD
24. RE 202 030 867 US $10,000,000,000 USD
25. RE 202 030 875 US $10,000,000,000 USD
26. RE 202 030 884 US $10,000,000,000 USD
27. RE 202 030 898 US $10,000,000,000 USD
28. RE 202 030 907 US $10,000,000,000 USD
29. RE 202 030 915 US $10,000,000,000 USD
30. RE 202 030 924 US $10,000,000,000 USD 300B

**FILING OFFICE COPY**

# UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| 14. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form) |
|---|
| 02-28460463 |

15. NAME OF PARTY AUTHORIZING THIS AMENDMENT(same as item 9 on Amendment form)

| | 15a. ORGANIZATION'S NAME | | |
|---|---|---|---|
| | UNITED STATES DEPARTMENT OF THE TREASURY | | |
| OR | 15b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |

DOCUMENT NUMBER: 18724180002
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

16. Use this space for additional information

31. RE 202 030 938 US $10,000,000,000 USD
32. RE 202 030 940 US $10,000,000,000 USD
33. RE 202 030 955 US $10,000,000,000 USD
34. RE 202 030 969 US $10,000,000,000 USD
35. RE 202 030 972 US $10,000,000,000 USD
36. RE 202 030 986 US $10,000,000,000 USD
37. RE 202 030 990 US $10,000,000,000 USD
38. RE 202 031 006 US $10,000,000,000 USD
39. RE 202 031 010 US $10,000,000,000 USD
40. RE 202 031 023 US $10,000,000,000 USD 400B

41. RE 202 031 037 US $10,000,000,000 USD
42. RE 202 031 045 US $10,000,000,000 USD
43. RE 202 031 054 US $10,000,000,000 USD
44. RE 202 031 068 US $10,000,000,000 USD
45. RE 202 031 070 US $10,000,000,000 USD
46. RE 202 031 085 US $10,000,000,000 USD
47. RE 202 031 099 US $10,000,000,000 USD
48. RE 202 031 108 US $10,000,000,000 USD
49. RE 202 031 110 US $10,000,000,000 USD
50. RE 202 031 125 US $10,000,000,000 USD 500B

51. RE 202 031 139 US $10,000,000,000 USD
52. RE 202 031 142 US $10,000,000,000 USD
53. RE 202 031 156 US $10,000,000,000 USD
54. RE 202 031 160 US $10,000,000,000 USD
55. RE 202 031 173 US $10,000,000,000 USD
56. RE 202 031 125 US $10,000,000,000 USD
57. RE 202 031 187 US $10,000,000,000 USD
58. RE 202 031 195 US $10,000,000,000 USD
59. RE 202 031 200 US $10,000,000,000 USD
60. RE 202 031 213 US $10,000,000,000 USD 600B

61. RE 202 031 227 US $10,000,000,000 USD
62. RE 202 031 235 US $10,000,000,000 USD
63. RE 202 031 244 US $10,000,000,000 USD
64. RE 202 031 258 US $10,000,000,000 USD
65. RE 202 031 260 US $10,000,000,000 USD
66. RE 202 031 275 US $10,000,000,000 USD
67. RE 202 031 289 US $10,000,000,000 USD
68. RE 202 031 292 US $10,000,000,000 USD
69. RE 202 031 300 US $10,000,000,000 USD
70. RE 202 031 315 US $10,000,000,000 USD 700B

71. RE 202 031 329 US $10,000,000,000 USD

**FILING OFFICE COPY**

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM
**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

| 17. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form) |
|---|
| 02-28460463 |

**18. NAME OF PARTY AUTHORIZING THIS AMENDMENT** (same as item 9 on Amendment form)

| | 18a. ORGANIZATION'S NAME | | |
|---|---|---|---|
| | UNITED STATES DEPARTMENT OF THE TREASURY | | |
| OR | 18b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |

DOCUMENT NUMBER: 18724180002
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**19. Use this space for additional information**

72. RE 202 031 332 US $10,000,000,000 USD
73. RE 202 031 346 US $10,000,000,000 USD
74. RE 202 031 350 US $10,000,000,000 USD
75. RE 202 031 363 US $10,000,000,000 USD
76. RE 202 031 377 US $10,000,000,000 USD
77. RE 202 031 385 US $10,000,000,000 USD
78. RE 202 031 394 US $10,000,000,000 USD
79. RE 202 031 403 US $10,000,000,000 USD
80. RE 202 031 417 US $10,000,000,000 USD 800B

81. RE 202 031 425 US $10,000,000,000 USD
82. RE 202 031 434 US $10,000,000,000 USD
83. RE 202 031 448 US $10,000,000,000 USD
84. RE 202 031 450 US $10,000,000,000 USD
85. RE 202 031 465 US $10,000,000,000 USD
86. RE 202 031 479 US $10,000,000,000 USD
87. RE 202 031 482 US $10,000,000,000 USD
88. RE 202 031 496 US $10,000,000,000 USD
89. RE 202 031 505 US $10,000,000,000 USD 900B

90. RE 202 031 519 US $10,000,000,000 USD
91. RE 202 031 522 US $10,000,000,000 USD
92. RE 202 031 536 US $10,000,000,000 USD
93. RE 202 031 540 US $10,000,000,000 USD
94. RE 202 031 553 US $10,000,000,000 USD
95. RE 202 031 567 US $10,000,000,000 USD
96. RE 202 031 575 US $10,000,000,000 USD
97. RE 202 031 584 US $10,000,000,000 USD
98. RE 202 031 598 US $10,000,000,000 USD
99. RE 202 031 607 US $10,000,000,000 USD
100. RE 202 031 615 US $10,000,000,000 USD 1T


Emergency Discharging and Indemnity Bonds
International Registered Securities:


1. RE 202 031 624 US $10,000,000,000 USD
2. RE 202 031 638 US $10,000,000,000 USD
3. RE 202 031 640 US $10,000,000,000 USD
4. RE 202 031 655 US $10,000,000,000 USD
5. RE 202 031 669 US $10,000,000,000 USD
6. RE 202 031 672 US $10,000,000,000 USD
7. RE 202 031 686 US $10,000,000,000 USD
8. RE 202 031 690 US $10,000,000,000 USD

**FILING OFFICE COPY**

# UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| 20. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form) |
|---|
| 02-28460463 |

**21. NAME OF PARTY AUTHORIZING THIS AMENDMENT** (same as item 9 on Amendment form)

| 21a. ORGANIZATION'S NAME |||
|---|---|---|
| UNITED STATES DEPARTMENT OF THE TREASURY |||
| OR 21b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |

DOCUMENT NUMBER: 18724180002
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**22. Use this space for additional information**

9. RE 202 031 709 US $10,000,000,000 USD
10. RE 202 031 712 US $10,000,000,000 USD 100B

11. RE 202 031 726 US $10,000,000,000 USD
12. RE 202 031 730 US $10,000,000,000 USD
13. RE 202 031 743 US $10,000,000,000 USD
14. RE 202 031 757 US $10,000,000,000 USD
15. RE 202 031 765 US $10,000,000,000 USD
16. RE 202 031 774 US $10,000,000,000 USD
17. RE 202 031 788 US $10,000,000,000 USD
18. RE 202 031 790 US $10,000,000,000 USD
19. RE 202 031 805 US $10,000,000,000 USD
20. RE 202 031 814 US $10,000,000,000 USD 200B

21. RE 202 031 828 US $10,000,000,000 USD
22. RE 202 031 830 US $10,000,000,000 USD
23. RE 202 031 845 US $10,000,000,000 USD
24. RE 202 031 862 US $10,000,000,000 USD
25. RE 202 031 876 US $10,000,000,000 USD
26. RE 202 031 880 US $10,000,000,000 USD
27. RE 202 031 809 US $10,000,000,000 USD
28. RE 202 031 902 US $10,000,000,000 USD
29. RE 202 031 916 US $10,000,000,000 USD
30. RE 202 031 920 US $10,000,000,000 USD 300B

31. RE 202 031 933 US $10,000,000,000 USD
32. RE 202 031 947 US $10,000,000,000 USD
33. RE 202 031 955 US $10,000,000,000 USD
34. RE 202 031 964 US $10,000,000,000 USD
35. RE 202 031 978 US $10,000,000,000 USD
36. RE 202 031 980 US $10,000,000,000 USD
37. RE 202 031 995 US $10,000,000,000 USD
38. RE 202 032 000 US $10,000,000,000 USD
39. RE 202 032 015 US $10,000,000,000 USD
40. RE 202 032 029 US $10,000,000,000 USD 400B

41. RE 202 032 032 US $10,000,000,000 USD
42. RE 202 032 046 US $10,000,000,000 USD
43. RE 202 032 050 US $10,000,000,000 USD
44. RE 202 032 063 US $10,000,000,000 USD
45. RE 202 032 077 US $10,000,000,000 USD
46. RE 202 032 085 US $10,000,000,000 USD
47. RE 202 032 094 US $10,000,000,000 USD
48. RE 202 032 103 US $10,000,000,000 USD
49. RE 202 032 117 US $10,000,000,000 USD

**FILING OFFICE COPY**

Page 6

# UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| 23. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form) |
|---|
| 02-28460463 |

| 24. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form) | | |
|---|---|---|
| 24a. ORGANIZATION'S NAME | | |
| UNITED STATES DEPARTMENT OF THE TREASURY | | |
| OR 24b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |

DOCUMENT NUMBER: 18724180002
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**25. Use this space for additional information**

50. RE 202 032 125 US $10,000,000,000 USD 500B

51. RE 202 032 134 US $10,000,000,000 USD
52. RE 202 032 148 US $10,000,000,000 USD
53. RE 202 032 150 US $10,000,000,000 USD
54. RE 202 032 165 US $10,000,000,000 USD
55. RE 202 032 179 US $10,000,000,000 USD
56. RE 202 032 182 US $10,000,000,000 USD
57. RE 202 032 196 US $10,000,000,000 USD
58. RE 202 032 205 US $10,000,000,000 USD
59. RE 202 032 219 US $10,000,000,000 USD
60. RE 202 032 222 US $10,000,000,000 USD 600B

61. RE 202 032 236 US $10,000,000,000 USD
62. RE 202 032 240 US $10,000,000,000 USD
63. RE 202 032 253 US $10,000,000,000 USD
64. RE 202 032 267 US $10,000,000,000 USD
65. RE 202 032 275 US $10,000,000,000 USD
66. RE 202 032 284 US $10,000,000,000 USD
67. RE 202 032 298 US $10,000,000,000 USD
68. RE 202 032 307 US $10,000,000,000 USD
69. RE 202 032 315 US $10,000,000,000 USD
70. RE 202 032 324 US $10,000,000,000 USD 700B

71. RE 202 032 338 US $10,000,000,000 USD
72. RE 202 032 340 US $10,000,000,000 USD
73. RE 202 032 355 US $10,000,000,000 USD
74. RE 202 032 369 US $10,000,000,000 USD
75. RE 202 032 372 US $10,000,000,000 USD
76. RE 202 032 386 US $10,000,000,000 USD
77. RE 202 032 390 US $10,000,000,000 USD
78. RE 202 032 409 US $10,000,000,000 USD
79. RE 202 032 426 US $10,000,000,000 USD
80. RE 202 032 430 US $10,000,000,000 USD 800B

81. RE 202 032 443 US $10,000,000,000 USD
82. RE 202 032 457 US $10,000,000,000 USD
83. RE 202 032 465 US $10,000,000,000 USD
84. RE 202 032 474 US $10,000,000,000 USD
85. RE 202 032 488 US $10,000,000,000 USD
86. RE 202 032 490 US $10,000,000,000 USD
87. RE 202 032 505 US $10,000,000,000 USD
88. RE 202 032 514 US $10,000,000,000 USD
89. RE 202 032 528 US $10,000,000,000 USD
90. RE 202 032 530 US $10,000,000,000 USD 900B

**FILING OFFICE COPY**

# UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| 26. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form) |
|---|
| 02-28460463 |

| 27. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form) | | |
|---|---|---|
| 27a. ORGANIZATION'S NAME<br>UNITED STATES DEPARTMENT OF THE TREASURY | | |
| OR 27b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |

DOCUMENT NUMBER: 18724180002
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

28. Use this space for additional information

91. RE 202 032 545 US $10,000,000,000 USD
92. RE 202 032 562 US $10,000,000,000 USD
93. RE 202 032 576 US $10,000,000,000 USD
94. RE 202 032 580 US $10,000,000,000 USD
95. RE 202 032 593 US $10,000,000,000 USD
96. RE 202 032 602 US $10,000,000,000 USD
97. RE 202 032 616 US $10,000,000,000 USD
98. RE 202 032 620 US $10,000,000,000 USD
99. RE 202 032 647 US $10,000,000,000 USD
100. RE 202 032 655 US $10,000,000,000 USD 1T

FILING OFFICE COPY