DANIEL G. BOGDEN
United States Attorney
District of Nevada
J. GREGORY DAMM
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6418

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:09-CR-078-JCM-(RJJ) |
| ) | |
| Plaintiff, ) | GOVERNMENT'S RESPONSE TO |
| ) | DEFENDANT'S MOTION TO |
| vs. ) | DISMISS FOR LACK OF SUBJECT |
| ) | MATTER JURISDICTION, |
| SHAWN TALBOT RICE, ) | LODGEMENT OF PROOF OF |
| ) | PRIORITY CLAIM AND RELIEF |
| Defendant. ) | REQUESTED AND MEMORANDUM |
| _____ ) | OF MAXIMS |

Certification: This response is timely filed pursuant to docket entry # 115.

COMES NOW the United States of America, by and through DANIEL G. BOGDEN, United States Attorney, and J. Gregory Damm, Assistant United States Attorney, and files its GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION, LODGEMENT OF PROOF OF PRIORITY CLAIM AND RELIEF REQUESTED AND MEMORANDUM OF MAXIMS.

///

///

///

1    The undersigned, counsel for the United States, has made a conscientious review of the motion listed above filed by defendant Shawn Talbot Rice. To the extent that it is understood by the government, it appears to relate to issues unrelated to the criminal case at hand, 2:09-CR-078-JCM-(RJJ). Defendant Rice has provided this Court with no relevant authority to support any of his motions. The failure to file points and authorities in support of an issue constitutes consent that a motion be denied as to that issue. See Local Rule (LR) 7-2(d). In this regard, the government relies upon its previous response filed on 11/17/2009, CR # 101.

This case represents a criminal prosecution against defendants Samuel Davis and Shawn Talbot Rice. See CR # 1, Indictment. This is not an admiralty case nor is it a civil case. It is a criminal case for which this Court has jurisdiction. See Title 18, United States Code, § 3231. The government also relies upon its previous response to defendant Rice's Subpoena Duces Tecum or in the alternative Petition To: Dismiss with Prejudice this Matter (CR # 72, 8/14/2009). See CR # 74, Government's Opposition to Defendant's Motion to Dismiss (CR # 74) filed 8/28/2009.

Defendant Rice states "that all Federal crimes are commercial in accordance with 27 CFR 72.11." CR # 115, page 2, lines 9-10. This Court has already addressed and rejected this notion in another case.

> The relief the defendant seeks is somewhat difficult to discern, but it appears he is attempting to settle and close his criminal case against him by citing provisions of the Uniform Commercial Code, a body of law that applies to civil, not criminal matters. As the Uniform Commercial Code does not apply to this criminal case, his requests for any relief ... are denied.

*See,* Order dated March 28, 2007, in *United States v. Carl Chester*, 2:06-CR-309-RCJ-PAL, 2007 WL 951935 (D.Nev.), page 4. *See also, United States v. Smoove*, 2008WL 2275568 (D.Kan.), page 3, footnote 1. (27 C.F.R. § 72.11 has no application to a criminal case.) (Above two cases are not reported in Fed.Supp.2d.)

## CONCLUSION

WHEREFORE, based upon the foregoing, the United State respectfully requests that this Court deny defendant Shawn Talbot Rice's motion in its entirety.

DATED this 4th day of January, 2010.

        Respectfully submitted,

        DANIEL G. BOGDEN
        United States Attorney

        /s/ J. Gregory Damm
        J. GREGORY DAMM
        Assistant United States Attorney

Certificate Of Service

I, J. Gregory Damm, hereby certify that I am an employee of the United States Department of Justice, and that on this day I served a copy of the following: GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION, LODGEMENT OF PROOF OF PRIORITY CLAIM AND RELIEF REQUESTED AND MEMORANDUM OF MAXIMS, upon counsel for all defendants appearing in this matter via the CM/ECF system, by electronically filing said GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION, LODGEMENT OF PROOF OF PRIORITY CLAIM AND RELIEF REQUESTED AND MEMORANDUM OF MAXIMS and mailing a copy postage prepaid to Shawn Talbot Rice, P.O. Box 700, #81, Ash Fork, Arizona 86320.

Dated:    January 4, 2010          /s/ J. Gregory Damm
                                   Assistant United States Attorney
                                   District of Nevada