


To whom it may concern:

Greetings, my name is shawn-talbot, I am writing you from the first judicial district of tens, yavapai county at large, Arizona republic. I have been stewarding the first judicial district since 2004 and another prior to that from 1998 through 2004, but it seems CLERK OF COURT, UNITED STATES DISTRICT COURT, 333 LAS VEGAS BLVD SOUTH, LAS VEGAS, NV 89101, contact number 702-464-5400 and U.S. ATTORNEY, 333 LAS VEGAS BLVD SOUTH, STE 5000, LAS VEGAS, NV 89101, contact number 702-464-6336 is making continual attempts to smuggle me into the U.S. illegally and unlawfully, as I am not a U.S. Citizen. There arose a situation back in October 2008 through March 2009 where I was engaged in trust res collections on a prior claim against the UNITED STATES CORPORATION wherein I had revested title as a stockholder and made claims for trust collapse, and distribution of said stock, and not abandoned, and therein my chattel was pulled into the U.S. by the FEDERAL BUREAU OF INVESTIGATION, 333 LAS VEGAS BLVD SOUTH, LAS VEGAS, NV 89101. The FEDERAL BUREAU OF INVESTIGATION and attempted to pirate, steal, and kidnap my chattel. I took my chattel and was met with eleven (+)FEDERAL BUREAU OF INVESTIGATION AGENTS who then smuggled me into the U.S. They set an extortion security against me assuming that I offered them an oath, in order to make it appear to fulfill jurisdiction, a charge, and a bond. At the first appearance by myself in chains I informed them I was not a U.S. citizen on March 6, 2009. I would be deeply grateful if one of your agents would contact the above mentioned agencies and kindly inform them as to their liability, and remind them of their charter, as they are not aware of the authority judicial district of tens. Please find the enclosed declarations attached in reference to the steward, shawn-talbot in the first judicial district, yavapai county at large, Arizona republic.

Thank you for your time and prompt attention in this matter.

Sincerely,

*Shawn Talbot-Rice*

Shawn-talbot,
private civilian,
private beneficiary,
first judicial district of tens, yavapai county at large.

cc:
U.S. Attorney 702-464-6336
Federal Bureau of Investigation 702-385-1281