```
1  Shawn-talbot family rice
2  In the first judicial district of tens
3  Post office department 700#81
4  Yavapai county at large
5  Ash Fork [86320]
6  Arizona republic
7
8
9
```




```
____ FILED        ____ RECEIVED
✓    ENTERED      ____ SERVED ON
            COUNSEL/PARTIES OF RECORD

         JAN - 5 2010

      CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, <br> PRIVATE INTERNATIONAL LAW <br><br> millage or mille? <br><br> SAMUEL DAVIS and <br> SHAWN RICE, <br><br> Absent electronic signatures/Defendants. <br> Shawn-talbot family rice, <br>        claim <br>            sweat equity against <br> UNITED STATES OF AMERICA, <br> INTERNATIONAL MONETARY FUND <br> (I.M.F.) A/K/A THE FUND, FEDERAL <br> BUREAU OF INVESTIGATION, and THEIR <br> PRINCIPAL, Elizabeth Windsor II, dba <br> QUEEN ELIZABETH, dba UNITED <br> STATES OF AMERICA, Jaime Sailing dba <br> Bureau of Public Debt, Timothy Geithner dba <br> United States Treasury, Secretary Arne <br> Duncan dba United States Department of <br> Agriculture. <br><br> Shawn Rice, Real Party in Interest, Third Party <br> Intervener, Protected Creditor to Plaintiff by <br> revesting title, Sovereign without subjects, <br> Protected Creditor pursuant to UCC 8, Trust <br> Interest Holder, and Beneficial Owner of the <br> Estate by Statute Merchant, and a Title 18 <br> Section 245 Federally Protected Legal & <br> Lawful Municipality. | private international law <br><br> Foreign Case Number: 2:09-CR-078 <br><br> MEMORANDUM IN SUPPORT OF THE OFFICE OF THE EMBASSY IN TRUST WITH THE MOST HIGH YAHWEH TAKING ACTION TO REDEEM EQUAL WEIGHTS AND MEASURES AS IT PERTAINS TO THE MILLAGE or MILLE ACCOUNTING SYSTEMS FOR ASSESSMENTS FOR CONFLICT RESOLUTION <br><br> IN SUPPORT OF MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION, <br> LODGMENT OF PROOF OF PRIORITY CLAIM AND RELIEF REQUESTED AND MEMORANDUM OF MAXIMS |

```
10
11
```

Dismissal for Lack of Subject Matter Jurisdiction from the first judicial district of tens, yavapai county at large.

Page 1 of 8

Shawn-talbot family rice, in the first judicial district of tens.

### Questions presented for conflict resolution

1. What is a millage accounting system?
2. What is a mille accounting system?
3. What is an assessment?
4. What is an assessment used for?
5. How is an assessment used in a criminal case?
6. Are agents representing the United States of America properly applying millage or mille accounting systems?
7. Was the millage accounting system outlawed? Why?
8. What does a millage accounting system cause to an economy?

### STATEMENT OF THE ISSUES

9. The Millage accounting system has been used in America for 37 years (U.S. came off the gold standard via Bretton Woods Act called a Tobin system in 1972 A.D.). Said accounting system was outlawed over 5500 years ago due to its misrepresentation of equal weights and measures, which is a cloaked theft based system run by a select few to transfer wealth from one group of people to another.

10. The issue in this memorandum is presented to illustrate the difference between the millage and mille accounting systems so that the reader can decide which accounting system to participate within, how to calculate any assessment properly for fair and equitable conflict resolution and just settlement.

11. A system of unequal weights and measures causes dissension and divorcement of reality and therein causes the people following such a system to violate the reality of the principles set forth in the Book of Exodus, chapter 20 and become separate and apart from the judicial district of tens established in chapter 18 therein.

### NOTICE OF ARREST OF WALL STREET

12. The men and women in the judicial district of tens on the county at large are sovereign in the name of yahushua.

13. The officers of Wall Street are hereby arrested for continually violating the law of equal weights and measures which interferes in the case number 2:09-CR-078 et. al.

14. The subject matter in the case number 2:09-CR-078 et. al. is about pieces of cotton with numbers (FRN securities) on them separate apart from substance.

15. I operate in the judicial district of tens. However, the people with which I have been forced to interface do not always (most of the time they do not) operate in the judicial district of tens but rather the securities based, fantasyland legal system, of Wall Street dealing outside of the realm of substance.

### STATEMENT OF THE FACTS

16. Claimant is not evading any valid charges or claims. Claimant proves in the document that the accounting system procedures being used to bring said alleged charges is being brought erroneously.

17. Millage is defined in Black's Law Dictionary, 8th edition, on pages 1014 as "Millage Rate. See MILL RATE." Page 1015,

"Mill rate. A tax applied to real property whereby each mill represents $1 of tax assessment per $1,000 of the property's assessed value <the mill rate for taxes in this country is 10 mills

for real estate, valued at $100,000, the owner will pay $1,000 in property taxes>. Also termed *millage rate*. [Cases: Taxation [key] 305. C.J.S. *Taxation* Section 440.]"

18. The banking term "Mill" is defined by the Encyclopedia of Banking and Finance, 8th Edition (1983) on page 598 as

"MILL. A monetary unit of account of U.S. currency having a value of one-tenth of one cent. It is not coined, but is used in money calculations where precision in fractions of a cent is required."

19. The term mill is defined by Barron's Dictionary of Finance and Investment Terms, 4th Edition as

"Mill one-tenth of a cent, the unit most often used in expressing property tax rates. For example, if a town's tax rate is 5 mills per dollar of assessed valuation, and the assessed valuation of a piece of property is $100,000, the tax is $500, or 0.005 times $100,000."

20. The website Wikipedia defines millage as

**"Property tax**, or **millage tax**, is an ad valorem tax that an owner is required to pay on the value of the property being taxed. Property tax can be defined as "generally, tax imposed by municipalities upon owners of property within their jurisdiction based on the value of such property."[1] There are three species or types of property: Land, Improvements to Land (immovable manmade objects; i.e., buildings), and Personal (movable manmade objects). Real estate, real property or realty are all terms for the combination of land and improvements. The taxing authority requires and/or performs an appraisal of the monetary value of the property, and tax is assessed in proportion to that value. Forms of property tax used vary between countries and jurisdictions.

The special assessment tax may often be confused with the property tax. These are two distinct forms of taxation: one (ad valorem tax) relies upon the fair market value of the property being taxed for justification, and the other (special assessment) relies upon a special enhancement called a "benefit" for its justification.

The **property tax rate** is often given as a percentage. It may also be expressed as a permille (amount of tax per thousand currency units of property value), which is also known as a **millage rate** or **mill levy**. (A mill is also one-thousandth of a currency unit.) To calculate the property tax, the authority will multiply the assessed value of the property by the mill rate and then divide by 1,000. For example, a property with an assessed value of US$ 50,000 located."

21. The website Wikipedia defines mille as

Dismissal for Lack of Subject Matter Jurisdiction from the first judicial district of tens, yavapai county at large.

Page 4 of 8

"A **per mil** or **per mille** (also spelled **permil, per mill** or **promille**) (Latin, literally meaning 'for (every) thousand') is a tenth of a percent or one part per thousand. It is written with the sign ‰ (Unicode U+2030)., which looks like a percent sign (%) with an extra zero at the end. It can be seen as a stylized form of the **three zeros** in the denominator, although it originates from an alteration of the percent sign.

A per mil is defined as:

$1‰ = 10^{-3} = 1/_{1000} = 0.001 = 0.1\%$

A per mil should not be confused with **ppm** (commonly pronounced "parts per mil" in the United States). A measurement in ppm **means** parts per *million*, and has as its denominator 1,000,000 and not 1,000."

22. The term "MILLBANK PRISON" is defined in Black's Law Dictionary 4th Edition as

"Formerly called the 'penitentiary at Millbank.' A person at Westminster. For convicts under sentence of transportation, until the sentence or order shall be executed, or the convict be entitled to freedom, or be removed to some other place of confinement. Wharton"

23. The U.S. Department of Transportation regulates the issuance of millage system promissory notes in accord with the Federal Reserve Act.

24. The U.S. Department of Agriculture regulates the issuance of millage system promissory notes by Human Resources in accord with the Federal Reserve Act, the Emergency Farm Mortgage Act, among other acts, separate and apart from P.L. 97-280.

25. The U.S. Department of the Treasury accounts for said millage system promissory notes in accord with the Federal Reserve Act, the Emergency Farm Mortgage Act, among other acts, separate and apart from P.L. 97-280.

26. The Coinage Act was enacted on April 2, 1792. Therein, the term "Mille" is defined at Section 20.

"And be if further enacted, That the money of account of the United States shall be expressed in dollars, or units, dismes or tenths, cents or hundredths, and the milles or thousandths, a disme being the tenth part of a dollar, a cent the hundredth part of a dollar, a mille the

Dismissal for Lack of Subject Matter Jurisdiction from the first judicial district of tens, yavapai county at large.

Page 5 of 8

thousandth part of a dollar, and that all accounts in the public offices and all proceedings in the courts of the United States shall be kept and had in conformity to this regulation."

27. Assessment is defined as an official valuation of property for the purpose of levying a tax; an assigned value.

28. The common law in contracts is the medium of exchange which binds two law forms together. If the court and its officers are using the millage rates in cents and shawn-talbot family rice only recognizes equal weights and measures in scripture, and the United States Federal Government only has the ability to assess taxable value in the unit of measurement of .001/mille of a thousand dollars, then all other measurements are derived from fantasy. The unit of measurement of .001/mille of a thousand dollars also is the only coin available to the individual states. When the court of the United States fails to act it creates an absence of justice.

29. Therefore, shawn-talbot family rice sees no other alternative but to dismiss the case for lack of jurisdiction, absent a commercial contract and agreement in dispute due to an absence of common law by and between the alleged parties. Please consider the dismissal an immediate arrest and quash of any foreign third party interlocutory proceeding lodged into the case by the officers of Wall Street directly or indirectly. Any other inferences by the Wall Street security network directly or indirectly will result in an automatic arrest of any and all securities created from an assumed oath, jurisdiction and charge, security and posit into the international trade cartel foreign accounts as it relates or have anything to do with shawn-talbot family rice or any of his immediate family assembly.

1 | So claimed in the name of yahushua, by the authority of yahweh.
2 |
3 | Thus saith Yahweh (יהוה), I am,
4 | ***Signature located on back, private side of this instrument***

Dismissal for Lack of Subject Matter Jurisdiction from the first judicial district of tens, yavapai county at large.

Page 7 of 8

/
/
/
/
/
/
/
/
/
/
/

I am not eligible to receive any benefit that monetizes the purity of my spirit and my soul before my first breath, nor can I find any lawful authority that allows the product of public funds to be produced through the monetization of the purity of the spirits and souls of children.

       Thus saithe   יהוה our elohim,

the great office of exhorter/teacher, Romans 12:7-8,
The Rabbi Rice (Statute Staple, on file at the Library of Congress)

*Shawn Talbot Rice*

Shawn-talbot family rice, in the first judicial district of tens,
on the yavapai county, Arizona Republic

    All stamp duty tax/ transfer fee/ foreign emcumbrances which includes but not limited to foreign electronic filing fees, foreign storage fees, foreign fees, electronic signature fees, or any other currency fee are

prepaid by my trustee ,  יהושע   to my Sovereign, יהוה.

                       private beneficiary/private civilian



**CERTIFICATE OF SERVICE**

COPY of the forgoing hand delivered, on the 30th day of December, 2009, to:

Assistant U. S. Attorney Damm, Prosecutor
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Phone: 702-388-6336
Fax: 702-388-5087

---

Service performed by:

Shawn-talbot family rice
In the first judicial district of tens
Post office box 700#81
Yavapai county at large
Ash Fork [86320]
Arizona republic

Dismissal for Lack of Subject Matter Jurisdiction from the first judicial district of tens, yavapai county at large.

Page 8 of 8