Shawn-talbot family rice
In the first judicial district of tens
Post office box 700#81
yavapai county at large
Ash Fork [86320]
Arizona republic





# MY ONE SUPREME COURT
## 3 DAY NOTICE OF COMMERCIAL ARREST OF CORPORATE OFFICES AND BONDS
In the first judicial district of tens
yavapai county at large

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>SAMUEL DAVIS and<br>SHAWN RICE,<br><br>Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEVADA<br>private international law<br><br>Case No.: 2:09-CR-078 |

UNITED STATES OF AMERICA, )
Plaintiff, )
vs. )
SAMUEL DAVIS and )
SHAWN RICE, )
)
Defendants. )
————————————————————— )
SHAWN RICE, )
Counter-Plaintiff/Claimant, )
vs. )
UNITED STATES OF AMERICA, )
INTERNATIONAL MONETARY FUND (I.M.F.) )
A/K/A THE FUND, FEDERAL BUREAU OF )
INVESTIGATION, and THEIR PRINCIPAL, )
Elizabeth Windsor II, dba QUEEN ELIZABETH, )
dba UNITED STATES OF AMERICA, Jaime )
Sailing dba Bureau of Public Debt, Timothy )
Geithner dba United States Treasury, Secretary )
Arne Duncan dba United States Department of )
Agriculture, Jane and John Doe Agents 1- )
10,000,000, XYZ Corporations 1-10,000,000, and )
Red and Blue LLC's 1-10,000,000, )
Counter-defendants/Libelants, )
————————————————————— )
Shawn Rice, Real Party in Interest, Third Party )
Intervener, Protected Creditor to Plaintiff by )
revesting title, Sovereign without subjects, )
Protected Creditor pursuant to UCC 8, Trust )
Interest Holder, and Beneficial Owner of the Estate )
by Statute Merchant, and a Title 18 Section 245 )
Federally Protected Legal & Lawful Municipality. )
————————————————————— )

State of Arizona      )
                      )      Subscribed, affirmed and sealed
yavapai county        )

1. I, Shawn Rice (Affiant, I or me), appear and state under penalty of perjury that the following is true and correct.

2. Affiant is a man, sovereign without subjects, operating on the soil of yavapai county, Arizona.

3. Affiant operates and delivers this data with personal knowledge of the facts, unless stated to the contrary (information and belief).

4. The Land upon which I make my local habitation is found within the judicial district of tens, yavapai county at large, Township 23N, Range 6W, Section 33, on 2.37 acres, Bridge Canyon Country Estates #1, with land held by Stephen L. & Maureen E. Ellison located immediately north on the eastern end for 245 feet and land held by Gese Marie E. & Hogard Carmen R. located immediately north in the middle for 245 feet and land held by Arthur M. O'Brien located immediately north on the western end for less than approximately 100 feet and land held by Calderon Joel & Maria RS bordering the western land boundary for 227.32 feet and land held by Gese Marie E. & Hogard Carmen R. bordering the southern land boundary for 475.36 feet and land held by bridge canyon country estates common road bordering the eastern land boundary for 200 feet.

5. The Land Patent 767108 (see attached) upon which said land is found is carried forward to the present time with the land boundaries within the judicial district of tens, yavapai county at large, based upon the Treaty of Guadalupe Hidalgo as a result of the Mexican-American War of 1846-1848. Chain of title of the property stated above continued from the Treaty to the Statutes at Large known as "An Act granting Lands to aid in the Construction of a Railroad and Telegraph Line from the States of Missouri and Arkansas to the Pacific Coast." wherein said land was transferred by the United States Congress to The Atlantic and Pacific Railroad Company incorporated (July 27, 1866, Thirty Ninth Congress, Chapter 277, 278). Subsequent assignment was made to the present owner, me, in law, Shawn-talbot family rice.

6.  The area of the judicial district of tens, **yavapai county at large**, is 8125 square miles, "Commencing at the point where the thirty-fourth parallel of north latitude, as defined by the Thompson Survey of 1924, and the summit of the Mazatzal mountains intersect; thence northerly along the summit of the Mazatzal mountains to the summit of the mountain known as and called "North Peak;" thence due west to the center of the channel of the Verde river; thence northerly along the center of the channel of the Verde river to the center of the channel of the mouth of Fossil creek; thence up Fossil creek along the center of the channel to the east line of range seven east, Gila and Salt River Guide meridian; thence north on such line to the fourth standard parallel north; thence west along such parallel to the east line of range five east; thence north on such line to the north line of township eighteen north; thence west on such line to the Gila and Salt River meridian; thence north on such meridian to the fifth standard parallel north; thence west on such parallel to the east line of range two west; thence north on such line to a point one mile north of the center of the right-of-way of the Atchison, Topeka & Santa Fe railway as it existed in 1891; thence westerly in a line one mile north and parallel with the center of the right-of-way to the meridian of one hundred thirteen degrees twenty minutes west longitude, as defined by the Mohave-Yavapai County Boundary Survey of 1908; thence south along the meridian line as surveyed and along the eastern boundaries of Mohave and La Paz counties to the point where such meridian line intersects the thirty-fourth parallel north latitude, as defined by the Thompson Survey of 1924, being the northwest corner of Maricopa county; thence east on the thirty-fourth parallel north latitude, as defined, and along the northern boundary of Maricopa county to the point where the Hassayampa river intersects such parallel; thence southeasterly in a direct line following the Thompson Survey of 1924 to a point in the Agua Fria river two miles southerly and below the mouth of Humbug creek; thence northerly up the Agua Fria river to a point two miles southerly and below the place where the residence of J.W. Swilling stood on January 31, 1877; thence easterly in a direct line, following the Thompson Survey of 1924, to the point where the thirty-fourth parallel north latitude, as defined by such survey, intersects the Verde river; thence east on the thirty-fourth parallel north latitude, as surveyed, to the summit of the Mazatzal mountains, the point of beginning."

7.  The Arizona constitution of A.D. 1912, is carried forward to the present time with the following land boundaries. **Arizona Constitution Article 1 Designation of boundaries Section 1. The boundaries of the Arizona** shall be as follows, namely: Beginning at a point on the Colorado River twenty English miles below the junction of the Gila and Colorado Rivers, as fixed by the Gadsden Treaty between the United States of America and Mexico, being in latitude thirty- two degrees, twenty-nine minutes, forty-four and forty-five one- hundredths seconds north and longitude one hundred fourteen degrees, forty-eight minutes, forty-four and fifty-three one - hundredths seconds west of Greenwich; thence along and with the international boundary line between the United States of America and Mexico in a southeastern direction to Monument Number 127 on said boundary line in latitude thirty-one degrees, twenty minutes north; thence east along and with said parallel of latitude, continuing on said boundary line to an intersection with the meridian of longitude one hundred nine degrees, two minutes, fifty-nine and twenty-five one-hundredths seconds west, being identical with the southwestern corner of New Mexico; thence north along and with said meridian of longitude and the west boundary of New Mexico to an intersection with the parallel of latitude thirty-seven degrees north, being the common corner of Colorado, Utah, Arizona, and New Mexico; thence west along and with said parallel of latitude and the south boundary of Utah to an intersection with the meridian of longitude one hundred fourteen degrees, two minutes, fifty-nine and twenty-five one-hundredths seconds west, being on the east boundary line of the State of Nevada; thence south along and with said meridian of longitude and the east boundary of said Nevada state, to the center of the Colorado River;

thence down the mid-channel of said Colorado River in a southern direction along and with the east boundaries of Nevada, California, and the Mexican Territory of Lower California, successively, to the place of beginning.

8. The Nevada constitution of A.D. 1861, is carried forward to the present time with the following land boundaries. BY the Act of Congress, approved March 2, 1861, **the boundaries of Nevada** were established as follows: Beginning at the point of intersection of the forty-second degree of north latitude with the thirty-ninth degree of longitude west from Washington. Thence, running south on the line of said thirty-ninth degree of west longitude, until it intersects the northern boundary line of the Territory of New Mexico—later Arizona. Thence due west to the dividing ridge separating the waters of Carson Valley from those that flow into the Pacific. Thence on said dividing ridge northwardly, to the forty-first degree of north latitude. Thence due north, to the southern boundary line of the State of Oregon. Thence due east to the place of beginning.

9. *Reynolds v. Stockton*, 140 U.S. 254 (1891), here quoting to wit: "'Jurisdiction' may be defined to be the right to adjudicate concerning the subject-matter in the given case. To constitute this there are three essentials: First, the court must have cognizance of the class of cases to which the one to be adjudged belongs; second, the proper parties must be present; and, third, the point decided must be, in substance and effect, within the issue. That a court cannot go out of its appointed sphere, and that its action is void with respect to persons who are strangers to its proceedings, are propositions established by a multitude of authorities.
In the case of Packet Co. v. Sickles, 24 How. 333, 341, Mr. Justice CAMPBELL, speaking for the court, declared, that 'the essential conditions under which the exception of the res judicata becomes applicable are the identity of the thing demanded, the identity of the cause of the demand and of the parties in the character in which they are litigants.'"

10. The UNITED STATES DISTRICT COURT, DISTRICT OF NEVADA, is a private international law venue and restricted to its fictitious corporate venue. A corporation has no local habitation and therefore its standing is in question, if it has any.

11. Agents of the Bilderberg Group plantation known as UNITED STATES OF AMERICA (Inc.), formerly 13 separate plantations (e.g. "Rhode-Island and Providence Plantations"), have and are trespassing upon my private, personal and real, property in effort to violate the 8th, 9th and 10th Commandments found at the Book of Exodus chapter 20 and Galatians 5:1.

12. Actors for said private international, corporate municipal venue have trespassed upon the first judicial district of tens, Yavapai county at large, in the nature of those premises demonstrated in Norton vs. Shelby County, 118 U.S. 425 (1886), pre-New Deal.

## NOTICE OF BREACH OF SOCIETAL COMPACT

13. Said actors (office names listed below) for said corporation known as the UNITED STATES OF
    AMERICA have physically assaulted me, placed me in chains, stolen my personal property,
    trespassed upon land secured by Land Patent number 767108, incarcerated me in cold, mind-
    numbing cells, pointed hand guns at my head threatening to murder me, restricted my travel,
    attempted to smuggle me into the UNITED STATES using land based pirate tactics, failed to
    turn over books and records of the previous alleged grantor trust known as SHAWN TALBOT
    RICE and generally have restricted my unalienable Rights endowed upon me by my creator
    YHVH.

14. Said actors are known as:

    1.  **JUDGE MAHAN, UNITED STATES DISTRICT COURT (Plantation Manager)**
    2.  **MAGISTRATE LEAVITT, UNITED STATES DISTRICT COURT (DOJ) (Plantation Manager)**
    3.  **MAGISTRATE JOHNSTON, UNITED STATES DISTRICT COURT (DOJ) (Plantation Manager)**
    4.  **UNITED STATES DISTRICT CLERK OF COURT, LANCE WILSON (Plantation Manager)**
    5.  **UNITED STATES ATTORNEY DANIEL HOLLINGSWORTH (Plantation Manager)**
    6.  **ASSISTANT UNITED STATES ATTORNEY ERIC JOHNSON (Assistant Plantation Manager)**
    7.  **ASSISTANT UNITED STATES ATTORNEY J.G. DAMM (Assistant Plantation Manager)**
    8.  **PRE-TRIAL SERVICES OFFICER DORIS HONHONGVA (Assistant Plantation Manager)**
    9.  **FEDERAL BUREAU OF INVESTIGATION OFFICER JOHN DOE #1 AKA MARK ANTONELLI**
    10. **FEDERAL BUREAU OF INVESTIGATION OFFICER JOHN DOE #2 AKA DOMINIC**
    11. **FEDERAL BUREAU OF INVESTIGATION OFFICER JOHN DOES 3-25**
    12. **JOHN DOE KIDNAPPING AGENTS 1 AND 2 WITH GUNS DRAWN POINTED AT MY HEAD AT THE CHURCH PARKLING LOT IN PAULDEN, ARIZONA**

## BIBLICAL LAW FORM

15. Said parties are corporate fictions separate and apart from law found in the Book of Exodus
    18:21 and 25, the judicial district of tens in accord with Torah, the Holy Bible, P.L. 97-280, the
    Declaration of Independence and other foundational instruments, documents, acts, etc.

    "Inasmuch as every government is an artificial person, an abstraction, and a creature of the
    mind only, a government can interface only with other artificial persons. The imaginary,
    having neither actuality nor substance, is foreclosed from creating and attaining parity with
    the tangible. The legal manifestation of this is that no government, as well as any law,
    agency, aspect, court, etc. can concern itself with anything other than corporate, artificial

persons and the contracts between them." - S.C.R. 1795, Penhallow v. Doane's Administraters (3 U.S. 54; 1 L.Ed. 57; 3 Dall. 54), Supreme Court of the United States 1795 [Not the "United States Supreme Court"]

## PRIOR PENAL SUM SETOFF AND SETTLEMENT

16. In accord with the nature of the lex mercatoria aka Uniform Commercial Code I did entertain the description of the alleged Penal Sum in front of that man holding the alleged office of MAGISTRATE JOHNSTON during his month of July 28, 2009 during the alleged Faretta hearing and did listen to his alleged corporate fictional office and the fictional office known as the UNITED STATES ATTORNEY as they listed the alleged Penal Sums for remedy of the alleged wrong known as a regulatory infraction(s), an alleged rule violation(s) of the corporate municipal law form, a fiction at (not in) law. And, that prior to that time (GSA Form Bonds, where according to the Chicago Mercantile Exchange actors of plaintiff were paid the Penal Sum in question) and thereafter a second (Supersedeas Bond), a third (a check from the trust account held by the US Treasury/Bureau of Public Debt account/CUSIP number 037793174), a fourth (by tender of the named defendant into custody via turnover the Birth Certificate registered security) and a fifth time (Banker's Acceptance with the IRS Technical Support Division) I did see to it that said offices were tendered acceptable "payment", setoff in their bankrupt, fictitious law form currency for settlement and closure. And, legal tender is no longer required. In light of the fictional corporate municipal law form holding of Guaranty Trust Co. v. Henwood, 307 U.S. 247 (1939), take notice of...... "As of October 27, 1977, legal tender for discharge of debt is no longer required. That is because legal tender is not in circulation at par with promises to pay credit" Baltimore and Ohio R.R. v. State 36 Md. 519 (1872). There can be no requirement of repayment in legal tender either, since legal tender was not loaned, nor in circulation and repayment, or payment, and need only be made in equivalent kind; a negotiable instrument."

17. However, said actors have seen fit to perpetuate said alleged controversy in their fictitious, fiction at law for additional alleged gain, by counterfeiting securities (additional claims), ultra

vires to their private, international, corporate municipal law form and in violation of the 8th, 9th,

and 10th Commandments of YHVH (יהוה) Eloheinu found in the Book of Exodus, Chapter 20.

## NO NOTICE OF APPEARANCE BY OPOSSING COUINSEL

18. On top of everything else, after a review of the PACER docket account, initial opposing counsel

never issued/entered a Notice of Appearance to appear on behalf of the named plaintiff before the

alleged indictment. Without said document in the record nothing done on behalf of the plaintiff

has standing to be heard. Therefore, it appears that there never was an indictment-in-fact for lack

of a bona fide representative. Therefore, it would appear that every document entered by alleged

plaintiff would have to be stricken for lack of a proper representative/agent. Therefore, it would

appear that the only party that entered any documents into said case number 2:09-CR-078 et. al.

would be me. Therefore, my claims stand and plaintiff's fail. Therefore, it would appear that I am

the only true creditor in case number 2:09-CR-078 et. al. Therefore, it would appear that alleged

plaintiff is my debtor-in-fact in case number 2:09-CR-078 et. al. Therefore, it would appear that

the case number 2:09-CR-078 et. al. must be deleted in accord with the nature of F.R.C.P. 1.

## SECURITIES FRAUD

19. Also, it appears that said actors are engaged in Securities fraud as they continued with said

alleged corporate fictional case after tender of securities instruments to settle said alleged

charges/invoices thereby creating new charges for further settlement wherein said continuing new

processes for the same old charges/invoices appears to be counterfeiting securities, when in fact

the fungible property in question was mine in the first place.

## RESERVATION OF RIGHTS

20. According to the nature of the Uniform Commercial Code (UCC is what your agents appear to

understand) Article 1-103 the code is complementary to the common law which remains in force.

Therein, in accord with the nature of the lex mercatoria aka Uniform Commercial Code section

1-308, I reserve all my Rights, contractual and unalienable, and have never waived any of them within or without the venue known as the UNITED STATES DISTRICT COURT.

21. I did object to personam jurisdiction at the first alleged hearing (standing in chains) and did reserve my law form, judicial district of tens, yavapai county at large.

22. In accord with the nature of the definitions found at UCC 1, I have never entered into an agreement with the UNITED STATES DISTRICT COURT other than under threats, duress and coercion in order to avoid a gun battle and other violence initiated by actors listed above.

23. To my knowledge, I have never owned a "firearm" as that term is defined at 26 USC 5845.

24. In order to keep the peace in accord with my law form, the Bible, I have complied with requested continuous communication with the actor, Doris Honhongva, pretrial services.

25. In order to keep the peace in accord with my law form, the Bible, I have communicated my intentions and revested title (eight years ago) to said alleged grantor trust known as SHAWN TALBOT RICE aka SHAWN RICE aka SHAWN T. RICE and demanded turn over and reduction to my possession of all property held in trust and traded in my name. Numerous parties at the local, state, federal and international levels (British Crown, Vatican, etc.) have been notified as to these facts. At times certain agents have notified me that processes of communication were correct and respected and others ignorant to the premises have ignored and damaged myself and my family numerous times. Therefore, it appears to me that said defendant could not even exist to be charged under the conditions of merger and revest. One judge in the past even commented that he could not see us in his court because the PERSON no longer existed due to revestment.

26. I have gone above and beyond the strict call of duty to remain separate and apart from your law form by operating by and through that Biblical office in accord with Romans 12 known as "The Office of the First Presiding Patriarch (Overseer), and his successors, a corporation sole, * over/for Society of the Israelite Mosaic Paternal Ethic; (an unincorporated religious society)",

filed with State of Washington and State of Arizona, UBI number 601 900 088. By doing so I remained separate and apart from your covered employment under the 1997 Statutory Treaty with Buckingham Palace known as Social Security, on deeply held spiritual and religious grounds. In fact your corporation's agents acknowledged this fact on or about April 2002 by and through its Seattle, Washington based, FBI Agent, David Rubincam.

## COMMERCIAL CLAIM

27. Therein, and therefore, since the UNITED STATES OF AMERICA is a corporation, apparently domiciled in STATE OF DELAWARE, with file number 2193946, and/or in 1871 under a different moniker by Congressional Statute, as an ecclesiastical corporation, and its stockholders number at approximately 300 million members (14 Stat 4) and are jointly and severally liable for actions made by the actors therein ultra vires I can file claim for trespass, damage, etc.

## PREVIOUS MOTIVES

28. In the case number 2:09-CR-078 et. al. said actors entered into an agreement which allowed me to enter collections for plaintiff's previous misdeeds and failure to turn over and reduce to my possession the trust res in question. Said agreement was served upon actors/agents of UNITED STATES OF AMERICA (Inc.) on or about October 2008 and again in the case number 2:09-CR-078 et. al. by exhibit and is a matter of public record in evidence.

## ULTRA VIRES ACTS AND DAMAGES ASSESSED

29. Therein and therefore, I hereby assess, within the judicial district of tens, yavapai county at large, the plaintiff corporation, for the actions of its actors the amount of a single one-ounce silver coin (aka dollar/thaller) per stockholder for the ultra vires actions therein. Said total assessment equals 300 Million silver dollars.

A "dollar" specifies a certain quantity, 24.8 grains of gold, or 371.25 grains of silver. A dollar is: "The money unit employed in the united States of the value of one hundred cents, or of any combination of coins totaling 100 cents." A cent is: "A coin of the united States, the least in value of those now minted. It is the hundredth part of a dollar."

## ARREST OF OFFICES AND BONDS

30. Therein and therefore, from the judicial district of tens, yavapai county at large, from the authority of Exodus 18:21 and 25 in the name of Yeshua HaMashiach in accord with the nature of P.L. 97-280 **I hereby arrest the offices listed above** and **hereby seize said offices bonds** (if any) covering said offices therein.

31. Said permission to bill and lien by affiant is granted by office holders in accord with the nature of the Agricultural Lien Act of 1873 and said office holders have three days in accord with the nature of the UCC to appear before my court, My One Supreme Court, under the judicial district of tens, yavapai county at large, on the Land upon the soil therein and show cause why said actions should not take place within three days of receipt of this document.

## COMMERCIAL DUE PROCESS

32. The Actors have had in excess of 180 days to setoff, settle and close out the case number 2:09-CR-078 et. al. and have failed to do so. If I do not receive a phone call within three days notifying me that said alleged violence on the part of the actors shall cease, and said case number 2:09-CR-078 et. al. be deleted, bills and liens shall follow after which the European banking community, the Chinese Great Estates and the Globe Union Reserve Bank will be notified for collections.

## Prayer to יהוה for relief

Before Yahweh Eloheinu in the name of Yeshua HaMashiach I hereby petition your heavenly courts, "on earth as it is in heaven" and hereby respectfully request that You bring Your earthly vessels listed as actors to Your justice.

In the name of Yeshua HaMashiach I hereby order all demons and negative influences in that fictitious, corporate, demonic, venue known as the UNITED STATES DISTRICT COURT to silence and inactivity.

In the name of Yeshua HaMashiach I hereby order all demons and negative influences in that fictitious, corporate, demonic, venue known as the UNITED STATES DISTRICT COURT to delete the case docket commonly known as 2:09-CR-078, et. al. as it is an abomination.

ואברכה מברכיך ומקללך אאר ונברכו בך כל משפחת האדמה

Amein.

*Signature on the backside of this document*



witness: Vickie L. Gibson

/
/
/
/
/
/
/
/
/
/
/

**I am not eligible to receive any benefit that monetizes the purity of my spirit and my soul before my first breath, nor can I find any lawful authority that allows the product of public funds to be produced through the monetization of the purity of the spirits and souls of children.**

        **Thus saithe**    אֶהְיֶה **our elohim,**

**the great office of exhorter/teacher, Romans 12:7-8,**
**The Rabbi Rice (Statute Staple, on file at the Library of Congress)**

*Shawn Talbot Rice*

**Shawn-talbot family rice, in the first judicial district of tens,**
**on the yavapai county, Arizona Republic**

        **All stamp duty tax/ transfer fee/ foreign emcumbrances which includes but not limited to foreign electronic filing fees, foreign storage fees, foreign fees, electronic signature fees, or any other currency fee are**

    **prepaid by my trustee ,**    יְהוֹשֻׁעַ    **to my Sovereign,**   אֶהְיֶה **.**

                  **private beneficiary/private civilian**

**CERTIFICATE OF SERVICE OF PROCESS**

On this 16th day of Shevat 5770 [1st day of February, 2010] I did serve the following listed parties via delivery confirmed mail.

**JUDGE MAHAN, UNITED STATES DISTRICT COURT**
**MAGISTRATE LEAVITT, UNITED STATES DISTRICT COURT**
**MAGISTRATE JOHNSTON, UNITED STATES DISTRICT COURT**
**UNITED STATES DISTRICT CLERK OF COURT, LANCE WILSON**
**333 Las Vegas Blvd South**
**Las Vegas, Nevada 89101**

**UNITED STATES OF AMERICA**
**UNITED STATES ATTORNEY DANIEL HOLLINGSWORTH**
**ASSISTANT UNITED STATES ATTORNEY ERIC JOHNSON**
**ASSISTANT UNITED STATES ATTORNEY J.G. DAMM**
**MAGISTRATE LEAVITT, UNITED STATES DISTRICT COURT (DOJ)**
**MAGISTRATE JOHNSTON, UNITED STATES DISTRICT COURT (DOJ)**
**PRE-TRIAL SERVICES OFFICER DORIS HONHONGVA**
**FEDERAL BUREAU OF INVESTIGATION OFFICER JOHN DOE #1 AKA MARK ANTONELLI**
**FEDERAL BUREAU OF INVESTIGATION OFFICER JOHN DOE #2 AKA DOMINIC**
**FEDERAL BUREAU OF INVESTIGATION OFFICER JOHN DOES 3-25**
**JOHN DOE KIDNAPPING AGENTS 1 AND 2 WITH GUNS DRAWN POINTED AT MY HEAD AT THE**
    **CHURCH PARKLING LOT IN PAULDEN, ARIZONA**
**333 Las Vegas Blvd South, Suite 5000**
**Las Vegas, Nevada 89101**

**IRS Technical Support Division**
**RE: Land Patent No. 787108**
**c/o: Treasury UCC Contract Trust Department of the IRS**
**1500 Pennsylvania Ave, NW**
**Washington, D.C.  20220**

**U.S. Secretary of the Treasury, Timothy F. Geithner**
**RE: Land Patent No. 787108**
**1500 Pennsylvania Ave, NW**
**Washington, D.C.  20220**

**SEC Headquarters**
**RE: Land Patent No. 787108**
**100 F Street, NE**
**Washington, DC 20549**

**US Department of the Interior**
**RE: Land Patent No. 787108**
**Office of the Inspector General**
**1849 C Street – Mail Stop 4428**
**Washington DC 20240**

**United States Department of Agriculture**
**RE: Land Patent No. 787108**
**Office of Inspector General, Room 117-W**
**Jamie Whitten Bldg,**
**1400 Independence Avenue SW,**
**Washington, DC 20250**

**Robert B. Zoellick, President**
**The World Bank**
**1818 H Street, NW**
**Washington, DC 20433 USA**

**Guillermo Ortiz, Mexico City (Chairman)**
**Bank of International Settlements**
**Central bahn platz 2**
**CH-4002 Basel**
**Switzerland**

---

Delivery was performed by

Shawn-talbot family rice
In the first judicial district of tens
Post office box 700#81
yavapai county at large
Ash Fork [86320]
Arizona republic

and

**Vicki L. Gibson, Notary Public**
**5111 East Windrose Drive**
**Scottsdale, Arizona 85254**

*Prepared by; shawn-talbot.*

*Rice*



The House of Ephraim Coat of Arms is unique to this House of Ephraim.  However, many of its symbols are adapted from the lineage of blood, birth and descent from its Israelite heritage.  The Shield itself is used as a base plate to depict the side of support or allegiance.  The Bull represents the House of Ephraim/Israel as Jacob had 12 sons.  These 12 sons had children, which became the 12 tribes of Israel as Jacob was renamed by God as Israel to represent his capacity as a nation.  Yeshua Ben David (a.k.a. Jesus Christ) was a member of one of those 12 tribes known as Judah.  Collectively the northern 10 tribes were, and still are, referred to the House of Ephraim or House of Israel.  Judah, and therefore those today known as Jewish, only represents 2.5 tribes of Israel (Levi, Judah and half of Benjamin).  The other 10 tribes (Reuben, Simeon, Naphtali, Isachar, Asher, Dan, Zebulun, Gad, Joseph, and Benjamin) are today referred to as the Christians.  The Arrow Tips or Pheoms represent the House of Manasseh, which is a component of the Tribe of Joseph.   The Crowns represent the fact that Israelites are instructed to be Kings and Priests on their own Land.  The Chevron represents the roof of the House.  The Cornish Chouch represents part of the Raven family that is well known as a symbol associated with ancient Rice (Rhys) family crests.

*Rural route sixty six*

*Bridge Canyon, Arizona*

## DECLARATION OF LAND PATENT

*Land Patent No(s) 767108 Issued by the office of the congress for the original jurisdiction, united states of america circa 1789, stewarded by office holders of the Atlantic and Pacific Railroad in the year eighteen hundred and sixty six.*

*KNOW ALL MEN BY THESE PRESENTS:*

*I, shawn-talbot, born in the family Rice, said Rice family having settled within the boundaries of the Arizona republic as early as the year nineteen hundred and ninety five, do declare that I bring forward a Land Patent in my name, shawn-talbot. Property so sought to be brought forward, and lawfully inscribed and referenced with Patent Number(s) 767108, and*

**Great Registry Number 0080-6012**

Starting with Township 23N, Range 6W, 2.37 acres, Bridge Canyon Country Estates #1, Section 33, with land held by Charles & Marjorie J. Self located immediately north on the eastern end for 245 feet and land held by Jason & Ann I Hurd located immediately north in the middle for 245 feet and land held by Violet R Holderby located immediately north on the western end for less than approximately 100 feet and land held by Daniel A & Betty J Shuey bordering the western land boundary for 227.32 feet and land held by Patrick R & Karon L Brown bordering the southern land boundary for 475.36 feet and land held by yavapai county right-of-way bordering the eastern land boundary for 200 feet, to have and to hold in the name of Yahweh, and

within the boundary of the first judicial district of tens; The boundary lines of the first judicial district of tens are inscribed as follows; Commencing at the point where the thirty-fourth parallel of north latitude, as defined by the Thompson Survey of 1924, and the summit of the Mazatzal mountains intersect; thence northerly along the summit of the Mazatzal mountains to the summit of the mountain known as and called "North Peak;" thence due west to the center of the channel of the Verde river; thence northerly along the center of the channel of the Verde river to the center of the channel of the mouth of Fossil creek; thence up Fossil creek along the center of the channel to the east line of range seven east, Gila and Salt River Guide meridian; thence north on such line to the fourth standard parallel north; thence west along such parallel to the east line of range five east; thence north on such line to the north line of township eighteen north; thence west on such line to the Gila and Salt River meridian; thence north on such meridian to the fifth standard parallel north; thence west on such parallel to the east line of range two west; thence north on such line to a point one mile north of the center of the right-of-way of the Atchison, Topeka & Santa Fe railway as it existed in 1891; thence westerly in a line one mile north and parallel with the center of the right-of-way to the meridian of one hundred thirteen degrees twenty minutes west longitude, as defined by the Mohave-Yavapai County Boundary Survey of 1908; thence south along the meridian line as surveyed and along the eastern boundaries of Mohave and La Paz counties to the point where such meridian line intersects the thirty-fourth parallel north latitude, as defined by the Thompson Survey of 1924, being the northwest corner of Maricopa county; thence east on the thirty-fourth parallel north latitude, as defined, and along the northern boundary of Maricopa county to the point where the Hassayampa river intersects such parallel; thence southeasterly in a direct line following the Thompson Survey of 1924 to a point in the Agua Fria river two miles southerly and below the mouth of Humbug creek; thence northerly up the Agua Fria river to a point two miles southerly and below the place where the residence of J.W. Swilling stood on January 31, 1877; thence easterly in a direct line, following the Thompson Survey of 1924, to the point where the thirty-fourth parallel north latitude, as defined by such survey, intersects the Verde river; thence east on the thirty-fourth parallel north latitude, as surveyed, to the summit of the Mazatzal mountains, the point of beginning. Exodus; chapter eighteen, within the boundary of Arizona, county at large, brought forward to the present time that being within the boundaries of yavapai county at large, thus inscribed,

and said county being within The Arizona established by the people therein from the county(ies) at large in 1911, by Preamble "We, the people of the State of Arizona, Grateful to Almighty God for our liberties, do ordain this Constitution..." and recognized by said constitution of A.D. 1912, is carried forward to the present time with the following land boundaries; **Arizona Constitution Article 1 Designation of boundaries Section 1; The boundaries of the Arizona** shall be as follows, namely: Beginning at a point on the Colorado River twenty English miles below the

junction of the Gila and Colorado Rivers, as fixed by the Gadsden Treaty between the United States of America and Mexico, being in latitude thirty- two degrees, twenty-nine minutes, forty-four and forty-five one- hundredths seconds north and longitude one hundred fourteen degrees, forty-eight minutes, forty-four and fifty-three one -hundredths seconds west of Greenwich; thence along and with the international boundary line between the United States of America and Mexico in a southeastern direction to Monument Number 127 on said boundary line in latitude thirty-one degrees, twenty minutes north; thence east along and with said parallel of latitude, continuing on said boundary line to an intersection with the meridian of longitude one hundred nine degrees, two minutes, fifty-nine and twenty-five one-hundredths seconds west, being identical with the southwestern corner of New Mexico; thence north along and with said meridian of longitude and the west boundary of New Mexico to an intersection with the parallel of latitude thirty-seven degrees north, being the common corner of Colorado, Utah, Arizona, and New Mexico; thence west along and with said parallel of latitude and the south boundary of Utah to an intersection with the meridian of longitude one hundred fourteen degrees, two minutes, fifty-nine and twenty-five one-hundredths seconds west, being on the east boundary line of the State of Nevada; thence south along and with said meridian of longitude and the east boundary of said Nevada state, to the center of the Colorado River; thence down the mid-channel of said Colorado River in a southern direction along and with the east boundaries of Nevada, California, and the Mexican Territory of Lower California, successively, to the place of beginning.

No claim is made herein that shawn-talbot has been assigned the entire track of land inscribed in the original Patent. The assignment is inclusive only written in the above lawful inscription. The filing of the Declaration of Land Patent shall not deny or infringe on any right, privilege or immunity of any assignee to any other portion of land covered in the above inscribed Patent Number(s) 767108.

So, declared in the name of yahweh, in the year, five thousand seven hundred and sixty four, translation in the year two thousand and four, on June 2, 4:36 p.m.

Shawn-talbot with private land patent assignment 767108, and

Within boundaries of the first judicial district of tens, and

Within the boundaries of Yavapai county at large, and carried forward within the boundaries of the Arizona Republic, to the present time.

Genesis, chapter forty seven

ואברכה מברכיך ומקללך אאר ונברכו בך כל משפחת הארמה

Witness: _Kristin Leone Reis_

Witness: _Alexander C. Reis_

**Great Registry Number 0080-6012**

*FURTHERMORE, IT IS HEREBY ORDAINED AND ESTABLISHED BY THE NEW COVENANT, that, I, shawn-talbot , steward for the great office of the assignee, in law, and bona fide subsequent purchaser by contract, of that certain lawfully inscribed portion of Land Granted under Original Land Patent Number(s) 767108, duly authorized to be executed in the Supremacy of Genesis, chapter forty seven, Mathew, chapters five through seven, Matthew, seventeen verses twenty-four through twenty-six, Genesis, chapter one and two, Daniel, chapter four verse three, as obeyed and agreed upon written in the Treaty of Paris, in the year seventeen-hundred and eighty three, Citations and Constitutional mandates, herein referenced, whereupon a duly authenticated true and correct lawful inscription of a sweat equity chattel deed for which is appended hereto.*

*A common courtesy of sixty (60) days is offered for any claims hereto, otherwise, laches/ estoppels shall forever bar the same against said allodium title in the name of my Sovereign, yahweh, as the supreme authority for the land patent; all warranties express or implied are in the hands of the Allodium Title holder, yahweh.*

*The document is instructed to be attached to all deeds and/or conveyances in the name(s) of the steward(s) below shown as requiring recording of the document in a manner known as nunc pro tunc, as it should have been done in the beginning, nonnegotiable, immovable.*

*It is hereby established by the word, that, I, shawn-talbot, do declare that I hold the great office of assignee/steward to manage my part of the land patent; 767108, copy of which is attached hereto. I further declare that, by the authority of yahshua, the Anointed One, manage the great office of assignee in the name of yahweh, in the judicial district of tens, and said office is attached and assigned to manage a portion of said land patent which is lawfully inscribed within the attachments hereto and made a part hereof.*

*No claim is made herein that neither I, nor my office has been assigned the entire tract of land as inscribed in the original patent. The assignment is inclusive of only the attached lawful inscription. The filing of the declaration of Land Patent shall not deny or infringe on any right, privilege, or immunity of any other office of assignee or assignee to any other portion of land covered in the above inscribed patent number.*

*If the land patent is not challenged by a qualified claim under exclusive and original jurisdiction of a district court of the United States within sixty (60) days from the day of filing, then the above inscribed property shall be mine to steward in the name of my Sovereign, yahweh. Furthermore, the land patent shall be in the condition precedent of nihil dicit, and is therefore been absolutely brought forward in my name, shawn talbot, to have and to hold in the name of Yahweh, and as promised by Yahweh, to pass on to my heirs, future assignments and callings forever:*

**Other authorities;**

Wilcox v. Jackson, 13c Pet., (U.S.) 498, 10 L.Ed. 264: All questions of fact decided by the General Land Office are binding everywhere, and injunctions and mandamus proceedings will not lie against it. Litchfield v. Register, 9 Wall (U.S.) 575, 19 Ed. 681.

NOTICE AND EFFECT OF LAND PATENT. A grant of Land is a public law standing on the statute books of the State, and is notice to every subsequent purchaser under any conflicting sale made afterward: Wineman v. Gastrell, 54 FED. 819, 4 CCA 596, 2 US App. 581. A patent alone passes title to the Grantee: Wilcox v. Jackson, 12 PET (U.S.) 498, 10 L. Ed. 264.

Where the United States has parted with title by a patent legally issued and upon surveys legally made by itself and approved by the proper department, the title so granted cannot be impaired by any subsequent survey made by the government for its own purposes: Cage v. Danks, 13 LA. ANN. 128

LAND TITLE AND TRANSFER. The existing system of land transfer is a long and tedious process involving the observance of many formalities and technicalities, a failure to observe any one of which may defeat title, even where these have been traced to its source, the purchaser must but at his peril, there always being, in spite of the utmost care and expenditure, the possibility that his title may turn out bad: Yeakle, Torrens System 209.

The final certificate or receipt acknowledging the payment in full by a homesteader or preemptor is not in legal effect a conveyance of Land. U.S. v. Steenerson, 50 FED 504, 1 CCA 552, 4 U.S. App. 332.

A Land Patent is conclusive evidence the patent has complied with the act of Congress as concerns improvements on the Land, etc.: Jankins v. Gibson, 3 LA ANN 203.

Declaration of Independence of A.D. 1776; and

The Treaty of Paris, 1783; and

Treaty of Guadalupe Hidalgo as a result of the Mexican-American War of 1846-1848; and

Statutes at Large known as "An Act granting Lands to aid in the Construction of a Railroad and Telegraph Line from the States of Missouri and Arkansas to the Pacific Coast," wherein said land was transferred by the United States Congress to The Atlantic and Pacific Railroad Company incorporated (July 27, 1866, Thirty Ninth Congress, Chapter 277, 278); and

**MANAGEMENT OF RURAL DELIVERY SERVICES**
**Methods Handbook, Series M-38 July 1, 1980, and**

Genesis, chapter one, verse one, and
Numbers; chapter twenty six, verse fifty five; and

First Chronicles, chapter twenty, verse four and five, and
Exodus; chapter eighteen, and

**Genesis, chapter forty seven, and**

So done and declared in the name of Yahweh, our elohim in the year, five thousand seven hundred and sixty four, translation in the year two thousand and four,

June 2, 4:36 p.m., and

**All brought forward to the present time.**

ואברכה מברכיך ומקללך אאר ונברכו בך כל משפחת האדמה

Witness;

Witness;

/
/
/
/
/
/
/
/
/
/
/

I am not eligible to receive any benefit that monetizes the purity of my spirit and my soul before my first breath, nor can I find any lawful authority that allows the product of public funds to be produced through the monetization of the purity of the spirits and souls of children.

Thus saithe אהיה our elohim,

the great office of exhorter/teacher, Romans 12:7-8,
The Rabbi Rice (Statute Staple, on file at the Library of Congress)

Shawn-talbot family rice, in the first judicial district of tens,
on the yavapai county, Arizona Republic

All stamp duty tax/ transfer fee/ foreign emcumbrances which includes but not limited to foreign electronic filing fees, foreign storage fees, foreign fees, electronic signature fees, or any other currency fee are

prepaid by my trustee , יהושע  to my Sovereign, אהיה.

private beneficiary/private civilian

*164446-1*

Patent No. 61

## 767108

S A N T A   F E   P A C I F I C   R A I L R O A D   C O M P A N Y

successor to

A T L A N T I C   A N D   P A C I F I C   R A I L R O A D   C O M P A N Y

Primary Limits.

Act of July 27, 1866 (14 Stat., 292).

Phoenix Land District.

Arizona.

*1644465-2*

4—1043-R.

# The United States of America,

### To all to whom these presents shall come, Greeting:

WHEREAS, by the Act of Congress approved July 27, 1866 (14 Stat.,
292), entitled "An Act granting land to aid in the construction of a
Railroad and Telegraph Line from the States of Missouri and Arkansas
to the Pacific Coast," there was granted to the Atlantic and Pacific
Railroad Company, its successors and assigns, for the purpose of aiding
in the construction of said railroad and telegraph line to the Pacific
Coast, "every alternate section of public land, not mineral, designated
by odd numbers, to the amount of twenty alternate sections per mile on
each side of said railroad line, as said company may adopt, through
the Territories of the United States, and ten alternate sections of land
per mile on each side of said railroad whenever it passes through any
State, and whenever on the line thereof, the United States have full
title, not reserved, sold, granted, or otherwise, appropriated, and free
from preemption, or other claims or rights, at the time the line of said
road is designated by a plat thereof, filed in the office of the
Commissioner of the General Land Office;" and

WHEREAS, official statements bearing dates December 17, 1880, April
19, 1881, January 7, and December 16, 1882, and November 3, 1883, have
been filed in the General Land Office, showing that the Commissioners
appointed by the President, under the provisions of the fourth section of
said Act of Congress, approved July 27, 1866, have reported to him that
the line of said railroad and telegraph from a point in township eight
north, range two east, Territory of New Mexico, and ending at a point on
the west bank of the Colorado River in the State of California, has been
constructed and fully completed and equipped in the manner prescribed by
the said Act of Congress; and

WHEREAS, certain tracts of land have been listed by the duly author-
ized land agent of the said Atlantic and Pacific Railroad Company, or its

*16ⅬⅬⅬⅬ65 - 3 Ω*

successor in interest, as shown by his original lists, approved by the
local officers, and now on file in the General Land Office; and

THEREAS, it is shown by evidence filed in the office of the
Secretary of the Interior , that the Santa Fe Pacific Railroad Company,
under a purchase at foreclosure sale of the property and rights of the
Atlantic and Pacific Railroad Company, and by compliance with the pro-
visions of the Act of Congress approved March 3, 1897 (29 Stat., 622),
became the lawful successor in interest of the said Atlantic and Pacific
Railroad Company; and

THEREAS, there is no record in the General Land Office of any claim,
under purchase from the Atlantic and Pacific Railroad Company to any of
said lands; and

THEREAS, the said tracts of land lie coterminous with the constructed
line of road, and are particularly described as follows, to wit:

Gila and Salt River Meridian, Arizona.

Township nineteen north of Range one west.

The Lots one, two, three, four and five, the northwest quarter of
the northeast quarter, the south half of the northeast quarter, the east
half of the northwest quarter, the southeast quarter and the east half
of the southwest quarter of Section seven, the Tract forty, the Lot one,
the northwest quarter of the northeast quarter, the south half of the
northeast quarter and the northwest quarter of Section seventeen and the
Tracts forty-seven and fifty-two.

Township twenty north of Range one west.

The Tracts forty-nine and fifty, the Lots one, two, three, four and
five, the southeast quarter of the northeast quarter, the west half of the
northeast quarter, the east half of the northwest quarter, the southeast
quarter and the east half of the southwest quarter of Section nineteen
and the Tracts forty-one, forty-three, fifty-one, forty-five, forty-six,
forty-seven and fifty-two and the Lots two, three, four, five, six, seven,

767108

.2.

eight and nine, the west half of the east half and the east half of the west half of Section thirty-one,

Township sixteen north of Range two west.

The west half of Section three, the Sections five, seven and nine, the west half of Section fifteen and the Section seventeen,

Township seventeen north of Range two west.

The Lots three and four, the south half of the northwest quarter and the southwest quarter of Section three,

Township nineteen north of Range two west.

The north half of the southeast quarter of Section thirteen and the southwest quarter of the northwest quarter and the northeast quarter of the northwest quarter of Section twenty-three,

Township seventeen north of Range three west.

The Lots two and three, the southeast quarter of the northwest quarter and the northeast quarter of the southwest quarter of Section thirty-one,

Township twenty-four north of Range three west.

The Sections one, three, five, seven, nine, eleven, thirteen, fifteen, seventeen, nineteen, twenty-one, twenty-three, twenty-five, twenty-seven , twenty-nine, thirty-one, thirty-three and thirty-five,

Township twenty north of Range four west.

The northeast quarter of Section one and the west half of Section five,

Township eighteen north of Range five west.

The Section seventeen,

Township twenty-three north of Range five west.

The Sections one, three, five, seven, nine, eleven, thirteen, fifteen, seventeen, nineteen, twenty-one, twenty-three, twenty-five, twenty-seven, twenty-nine, thirty-one, thirty-three, and thirty-five,

767108

3.

Township twenty-five north of Range five west.

The Sections one, three, five, seven, nine, eleven, thirteen, fifteen, seventeen, nineteen, twenty-one, twenty-three, twenty-five, twenty-seven, twenty-nine, thirty-one, thirty-three and thirty-five.

Township twenty-six north of Range five west.

The Sections one, three, five, seven, nine, eleven, thirteen, fifteen, seventeen, nineteen, twenty-one, twenty-three, twenty-five, twenty-seven, twenty-nine, thirty-one, thirty-three and thirty-five.

Township twenty-seven north of Range five west.

The Sections one, three, five, seven, nine, eleven, thirteen, fifteen, seventeen, nineteen, twenty-one, twenty-three, twenty-five, twenty-seven, twenty-nine, thirty-one, thirty-three and thirty-five.

Township eighteen north of Range six west.

The Lots three and four, the south half of the northwest quarter and the south half of Section one.

Township twenty-one north of Range six west.

The Lots one, two, three, four, five, six and seven, the southwest quarter of the northeast quarter, the south half of the northwest quarter, the southwest quarter and the west half of the southeast quarter of Section one, the Section three, the Lots one, two, three, four, five and six, the south half of the northeast quarter and the southeast quarter of Section five, the Sections nine and eleven, the Lots one, two, three and four, the west half of the northeast quarter, the west half of the southeast quarter and the west half of Section thirteen, the Section fifteen, the Lots one, two, three and four and the east half of Section seventeen, the Sections twenty-one and twenty-three, the Lots one, two, three and four, the west half of the northeast quarter, the west half of the southeast quarter and the west half of Section twenty-five, the Section twenty-seven, the Lots one, two, three and four and the east half of Section twenty-nine and the Sections thirty-three and thirty-five.

767108

Township twenty-two north of Range six west.

The Sections one, three, five, nine, eleven, thirteen, fifteen, seventeen, twenty-one, twenty-three, twenty-five, twenty-seven, twenty-nine, thirty-three and thirty-five.

Township twenty-three north of Range six west.

The Sections one and three, the Lots one, two, three, four, five, six and seven, the south half of the northeast quarter, the southeast quarter of the northwest quarter, the southeast quarter and the east half of the southwest quarter of Section five, the Sections nine, eleven, thirteen and fifteen, the Lots one, two, three and four, the east half, the east half of the northwest quarter and the east half of the southwest quarter of Section seventeen, the Sections twenty-one, twenty-three, twenty-five and twenty-seven, the Lots one, two, three and four, the east half of the northwest quarter, the east half of the southwest quarter and the east half of Section twenty-nine and the Sections thirty-three and thirty-five.

Township twenty-four north of Range six west.

The Sections one, three, five, nine, eleven, thirteen, fifteen, seventeen, twenty-one, twenty-three, twenty-five, twenty-seven, twenty-nine, thirty-three and thirty-five.

Township twenty-five north of Range six west.

The Sections one, three, five, seven, nine, eleven, thirteen, fifteen, seventeen, nineteen, twenty-one, twenty-three, twenty-five, twenty-seven, twenty-nine, thirty-one, thirty-three and thirty-five.

Township twenty-six north of Range six west.

The Sections one, three, five, seven, nine, eleven, thirteen, fifteen, seventeen, nineteen, twenty-one, twenty-three, twenty-five, twenty-seven, twenty-nine, thirty-one, thirty-three and thirty-five.

Township twenty-seven north of Range six west.

The Sections one, three, five, seven, nine, eleven, thirteen,

fifteen, seventeen, nineteen, twenty-one, twenty-three, twenty-five,
twenty-seven, twenty-nine, thirty-one, thirty-three and thirty-five.

Township twenty-two north of Range seven west.

The Sections one, three, five, seven, nine, eleven, thirteen,
fifteen, seventeen, nineteen, twenty-one, twenty-three, twenty-five,
twenty-seven, twenty-nine, thirty-one, thirty-three and thirty-five.

Township twenty-three north of Range seven west.

The Sections one, three, five, seven, nine, eleven, thirteen,
fifteen, seventeen, nineteen, twenty-one, twenty-three, twenty-five,
twenty-seven, twenty-nine, thirty-one, thirty-three and thirty-five.

Township twenty-four north of Range seven west.

The Sections one, three, five, seven, nine, eleven, thirteen,
fifteen, seventeen, nineteen, twenty-one, twenty-three, twenty-five,
twenty-seven, twenty-nine, thirty-one, thirty-three and thirty-five.

Township twenty-five north of Range seven west.

The Sections one, three, five, seven, nine, eleven, thirteen,
fifteen, seventeen, nineteen, twenty-one, twenty-three, twenty-five,
twenty-nine, thirty-one, thirty-three and thirty-five.

Township twenty-six north of Range seven west.

The Sections one, three, five, seven, nine, eleven, thirteen,
fifteen, seventeen, nineteen, twenty-one, twenty-three, twenty-five,
twenty-seven, twenty-nine, thirty-one, thirty-three and thirty-five.

Township twenty-seven north of Range seven west.

The Lots one, two and three and the southeast quarter of the south-
east quarter of Section one, the Lots one, two, three and four, the east
half of the southeast quarter and the southwest quarter of the southeast
quarter of Section eleven, the Section thirteen, the Lots one, two, three
and four, the southeast quarter and the southeast quarter of the southwest
quarter of Section fifteen, the Lots one, two, three and four, the south-
east quarter of the northeast quarter, the southeast quarter and the south
half of the southwest quarter of Section twenty-one, the Sections twenty-

767108

164N46v=8.2

three, twenty-five and twenty-seven, the Lots one, two and thee,
the northeast quarter of the northeast quarter, the south half of the
northeast quarter, the southeast quarter, the east half of the southwest
quarter and the southwest quarter of the southwest quarter of Section
twenty-nine, the Lots one, two, three and four, the east half, the
southeast quarter of the northwest quarter and the east half of the south-
west quarter of Section thirty-one and the Sections thirty-three and
thirty-five,

    Township twenty-one north of Range eight west.

 The Sections one, three, five, seven, nine, eleven, thirteen,
fifteen, seventeen, nineteen, twenty-one, twenty-three, twenty-five,
twenty-seven, twenty-nine, thirty-one, thirty-three and thirty-five,

    Township twenty-two north of Range eight west.

 The Sections one, three, five, seven, nine, eleven, thirteen,
fifteen, seventeen, nineteen, twenty-one, twenty-three, twenty-five,
twenty-seven, twenty-nine, thirty-one, thirty-three and thirty-five,

    Township twenty-three north of Range eight west.

 The Sections one, three, five, seven, nine, eleven, thirteen,
fifteen, seventeen, nineteen, twenty-one, twenty-three, twenty-five,
twenty-seven, twenty-nine, thirty-one, thirty-three and thirty-five,

    Township twenty-four north of Range eight west.

 The Sections one, three, five, seven, nine, eleven, thirteen,
fifteen, seventeen, nineteen, twenty-one, twenty-three, twenty-five,
twenty-seven, twenty-nine, thirty-one, thirty-three and thirty-five,

    Township twenty-five north of Range eight west.

 The Sections one, three, five, seven, nine, eleven, thirteen,
fifteen, seventeen, nineteen, twenty-one, twenty-three, twenty-five,
twenty-seven, twenty-nine, thirty-one, thirty-three and thirty-five,

    Township twenty-six north of Range eight west.

 The Lots one, two, three and four, the south half of the north half

767108

and the south half of Section one, the Lot one of Section nine, the
Lot one, the northeast quarter, the east half of the northwest quarter,
the southwest quarter of the northwest quarter and the south half of
Section eleven, the Sections thirteen and fifteen, the Lot one of Sec-
tion seventeen, the Lots one, two and three of Section nineteen and the
Sections twenty-one, twenty-three, twenty-five, twenty-seven, twenty-
nine, thirty-one, thirty-three and thirty-five,

Township twenty-one north of Range nine west.
The Section one,

Township twenty-two north of Range nine west.
The Sections one, three, five, nine, eleven, thirteen, fifteen,
twenty-three, twenty-five and twenty-seven,

Township twenty-three north of Range nine west.
The Sections one, three, five, seven, nine, eleven, thirteen,
fifteen, seventeen, nineteen, twenty-one, twenty-three, twenty-five,
twenty-seven, twenty-nine, thirty-one, thirty-three and thirty-five,

Township twenty-five north of Range nine west.
The Section one, the Lots one, two, three and four, the southeast
quarter and the southeast quarter of the southwest quarter of Section
three, the Lots one, two, three and four, the southeast quarter of the
northeast quarter, the southeast quarter and the south half of the
southwest quarter of Section nine, the Sections eleven, thirteen and
fifteen, the Lots one, two and three, the east half of the northeast
quarter, the southwest quarter of the northeast quarter, the southeast
quarter, the northeast quarter of the southwest quarter and the south
half of the southwest quarter of Section seventeen, the Lots one, two,
three and four, the east half, the southeast quarter of the northwest
quarter and the east half of the southwest quarter of Section nineteen
and the Sections twenty-one, twenty-three, twenty-five, twenty-seven,

16 ₰₰₰46ᵥ – 10 ₰

thirty-three and thirty-five,

Township twenty-six north of Range nine west.

The Lots one, two and three and the southeast quarter of the
southeast quarter of Section twenty-five and the Lots one, two and three,
the northeast quarter of the southeast quarter and the south half of the
southeast quarter of Section thirty-five,

Township fifteen north of Range thirteen west.

The Lots one and two, the south half of the northeast quarter and
the south half of Section one, the north half, the north half of the
southeast quarter, the southwest quarter of the southeast quarter and
the southwest quarter of Section eleven and the southwest quarter of the
northeast quarter, the south half of the northwest quarter and the
southwest quarter of Section thirteen,

Township sixteen and one-half north of Range thirteen west.

The Lots one, three and four, the northeast quarter of the south-
east quarter, the southwest quarter of the southeast quarter and the
southwest quarter of Section twenty-one, the north half, the southeast
quarter and the west half of the southwest quarter of Section twenty-
seven and the Section thirty-three,

Township eighteen north of Range thirteen west.

The Sections five, seven, nine, seventeen and nineteen, the north-
east quarter, the east half of the northwest quarter and the north half
of the southeast quarter of Section twenty-one and the Sections twenty-
nine, thirty-one and thirty-three,

Township nineteen north of Range thirteen west.

The Sections five, seven, nine, seventeen, nineteen, twenty-one,
twenty-nine, thirty-one and thirty-three,

Township twenty north of Range thirteen west.

The Sections five, seven, seventeen, nineteen, twenty-nine and
thirty-one,

767108

5.

*16 + d d d J - 11 Q*

Township twenty-one north of Range fourteen west.

The Sections five, seven, nine, fifteen, seventeen, nineteen, twenty-one, twenty-three, twenty-five, twenty-seven, twenty-nine, thirty-one, thirty-three and thirty-five,

Township twenty north of Range twenty-two west.

The Lots one, two, three and four and the east half of the southeast quarter of Section one, the Lots five and six of Section nine, the Lots one, two, three and four, the east half and the east half of the west half of Section thirteen, the Lots five, six, seven, eight, nine, ten, eleven, twelve, thirteen, fourteen, fifteen and sixteen of Section seventeen, the Section nineteen, the Lots one, two, three and four and the south half of Section twenty-three, the Section twenty-five, the Lots one, two, three, four and five, the west half of the east half, the north half of the northwest quarter, the southeast quarter of the northwest quarter and the northeast quarter of the southwest quarter of Section twenty-nine and the Lots one, two, three, four and five, the northeast quarter, the east half of the northwest quarter, the north half of the southeast quarter and the northeast quarter of the southwest quarter of Section thirty-five,

Township twenty north of Range twenty-three west.

The Lots one and two and the southeast quarter of the southeast quarter of Section thirteen and the Lot one of Section twenty-five,

Township twenty-nine north of Range two east.

The northwest quarter of the northwest quarter, the south half of the northwest quarter and the northwest quarter of the southwest quarter of Section twenty-nine, containing in the aggregate three hundred twenty-eight thousand three hundred forty and fifty-six-hundredths acres, according to the Official Plats of the Survey of the said Land,

767108

10.

16 44 65 - 12 Q

4—1044-R.

returned to the General Land Office by the Surveyor General:

NOW KNOW YE, That the UNITED STATES OF AMERICA, in consideration
of the premises, and pursuant to the said Acts of Congress, HAS GIVEN
AND GRANTED, and by these presents DOES GIVE AND GRANT, unto the said
Santa Fe Pacific Railroad Company, successor in interest to the
Atlantic and Pacific Railroad Company, and to its successors and
assigns, the Tracts of land listed as aforesaid and described in the
foregoing; TO HAVE AND TO HOLD the said tracts with the appurtenances
thereof, unto the said Santa Fe Pacific Railroad Company, successors as
aforesaid, and to its successors and assigns, forever.

IN TESTIMONY WHEREOF, I, Woodrow Wilson,

President of the United States of America, have caused these letters to be made

Patent, and the Seal of the General Land Office to be hereunto affixed.

GIVEN under my hand, in the District of Columbia, the **SIXTH**

day of **AUGUST** in the year of our Lord one thousand

nine hundred and **TWENTY** and of the Independence of the

United States the one hundred and **FORTY-FIFTH.**

By the President: Woodrow Wilson

By uc. P. L Roy Secretary,

L. C. Samue,

*Recorder of the General Land Office.*

01-28-2010   Bureau of Land Management
Arizona State Office
Date
I hereby certify that this reproduction
is a copy of the official record on file
in this office

Susie Cruz
Authorized Signature

RECORD OF PATENTS: Patent Number **767108**

DR. EDUARDO M. RIVERA
Attorney and Counselor at Law
California Bar No. 52737
Admitted june 2, 1972
www.edrivera. com
email:edrivera@ edrivera. com
P.O. Box 13295
Torrance , CA 90503
310-370-3361

Dear Reader:
Note: This version is not yet complete. The text has not been thoroughly edited and the letters that appear at the end will be expanded and substantial revisions will be made to the ones you see. When this letter is completed and hundreds of pages of statute law complement it, it will be the Magic Bullet many have sought. The Magic Bullet is being provided to you in its present form solely for the purpose of making you aware that the underlying principle is sound and completion is only days away.

The Magic Bullet makes the federal trial courts disappear as Article III judicial bodies. The removal of the "least dangerous branch," as the federal judiciary has been called, shrinks the federal government to a minor annoyance that arises only when entrance to a national park is sought.

For those who do not believe in magic I, also, am preparing a Silver Bullet that is based upon the hoopla gay marriage is getting. So far no one, excepting my clients, is aware that gay marriage presents the greatest tax issue since the income tax. Gays are not being denied marriage, for that it available to all consenting humans, they are being denied civil marriages, which are marriages with the state. The final outcome of whatever legal fights that will be fought is that come May 2004 gay couples will be getting legally hitched in Massachusetts. There is a "kicker." The common law gave validity to all man and wife marriages when the spouses traveled among and between the states. Civil marriages are voluntary relationships formed between married persons and the state for the purpose of providing revenue to the state.

Re: Jurisdiction of United States District Courts

The enclosed or transmitted material has been sent to you by a person that obtained it directly or indirectly from Dr. Eduardo M. Rivera, an Attorney and Counselor at Law, admitted to the practice of law before the California Supreme Court. Dr. Rivera has graciously permitted its dissemination and you may use it for educational purposes provided it is kept intact. The material is not legal advice. It is, however, the result of research of government and law that has engaged Dr. Rivera for over 45 years and is being provided to you for its educational value. Electronic transmissions may be changed and writings altered, so you are cautioned to verify any information upon which you intend to rely.

The Issue:
Dr. Rivera's research of the United States district courts has established that only the United

States district court in Hawaii has been established as an Article III court and all other United States district courts in the remaining states have no Article III judicial power, whatsoever.

The Impact:

The failure to understand that federal trial courts must be confined to causes of action that arise under federal territorial law in federal territory causes unnecessary hardship to defendants. The RIAA copyright infringement suits, for example, allege that defendants reside within and commit violations of the copyright laws within the judicial district. It is extremely unlikely that any of the young people that download music live in federal territory and very likely that these suits are frivolous.

Ignorance of citizenship and the territorial composition of the federal courts permit federal grand and petit juries to be drawn from outside the federal territory that comprise the district or division. These juries are improperly constituted and without authority. It is highly improbable that members of the grand juries that indicted media personality Martha Stewart or Enron executive, Jeffrey K. Skilling, were actual residents of the federal courts' judicial districts.

3. There are few if any federal crimes that can be committed outside federal territory. Congressional insiders know Congress can punish few acts outside federal territory, so the federal territorial trial courts have been disguised as courts of justice for those who voluntarily submit themselves to federal prosecution. Among others, lawful users of medical marijuana and those who aid and assist them often find themselves federally charged with crimes that do not exist where they were alleged to have occurred.

AN EXPLANATION

The federal government is renowned for its complexity, so it is extremely gratifying to be able to compress an understanding of that government and its law into a couple of sheets. Pages 42 and 43 of Title 28 U.S.C. of the federal government's own Judiciary and Judicial Procedure Code book printed by the Government Printing Office are the most important pages of law in the federal government. On those two pages, Congress explains that the territorial composition of the United States district courts is only that area subject to the exclusive legislative power of Congress. Did you think that the 50 United States were subject to Congress?s lawmaking power? To answer that I offer a riddle: What country gets smaller the more land you add to it? The United States of America is thought to be a nation/state but it is a confederation of nation/states created by the Articles of Confederation and it consists of the 50 United States . If Washington, D.C. and Puerto Rico are combined with the 50 United States, you don?t get a bigger and better United States of America you get the government of the United States and 50 sovereign states. Those odd two pieces of real estate won?t ever combine to form a whole nation/state and that is key to understanding the United States district courts.

The inability to combine the 50 United States, Washington D.C. and Puerto Rico to form one nation is what explains and gives us the ?territorial composition? of the districts and divisions found in Sections 81-131 of Title 28 U.S.C. In the rest of Chapter 5, Congress explains that only one district court in all of the 50 states, Hawaii , has been established as an Article III judicial court and explains why that court cannot function as a court exercising judicial power. If judicial power is to be exercised in the several states, it will have to be exercised by state courts, because

the districts have none. The federal government in the several states will consist of two government powers since the federal courts have not been granted Article III, Section 2 judicial power. While one or two branches of government may be good enough to do government work, it takes all three to lawfully act upon a citizen.

The nature of the complete federal government cannot be understood unless the reader understands all that begins with the caption ?CHAPTER 5?DISTRICT COURTS? and ends with the paragraph below: ?HISTORICAL AND REVISION NOTES.? If you were not sent pages 42 and 43 of Title 28 U.S.C. or if you have trouble reading or printing out these pages, you can also access Title 28 U.S.C. by going to http://uscode. house.gov/ title_28. htm. The impatient reader is invited to go there and read first §91 and then examine every other district court to find one ordained and established under Article III.

The federal trial courts are universally but erroneously thought to include all the territory in the counties that comprise districts and divisions of the United States district courts. This perception of the federal trial courts is the result of the quick read encouraged by those who favor a strong, large and powerful federal government. Congress, on pages 42 and 43, must state in its curiously cryptic way that the territorial composition of the district courts is only the federal territory subject to the exclusive legislative power of Congress because that is true. The statute law that establishes the federal district courts in the several states must confirm that the territorial composition of the district consists only of federal territory or Title 28 U.S.C. could not have been enacted into positive law.

By now, you should have those two pages in front of you, so that you can take a heavy pencil or marker and write the date: January 1, 1945 on each page and circle or highlight Alaska , Hawaii , District of Columbia and Puerto Rico . Now, you must determine for yourself, what is common to all the place names from Section 81 to 131 that are listed on these two pages. All the facts, including the date January 1, 1945, presented in legislation are important and must be accounted for. You must now write below this paragraph what you think is the ?territorial composition? of the districts and divisions of the United States district courts that make up the rest of Chapter 5. Remember that your inability to account for all the parts of the whole will make your determination of ?territorial composition? faulty. If you wrote that the entire state or all of the county territory constitutes the district, go back and start over.

A wise Greek once said that the best law is discovered, as a gift from God. Statute law, to put it simply, is Godless. Statute law is completely and totally made up by legislators. This and the Constitution is the origin of all the titles of the United States Code. Nothing in these codes is for all time that is why January 1, 1945 is used as a reference to determine those federal areas in the several states subject to the exclusive Legislation of Congress.

Alaska and Hawaii are, today, states of the Union , but were territories on January 1, 1945. Washington D. C. is neither a territory nor a state, but is the product of ?Cession of particular States, and the Acceptance of Congress? is the seat of government. Although it is treated like a state it is the ?District? subject to the exclusive Legislation of Congress, pursuant to Article I, Section 8, Clause 17. Puerto Rico is today and was on January 1, 1945 a possession of the United States and definitely not a state of the Union . The correct answer to the question: What is the

?territorial composition? of the districts and divisions by counties as of January 1, 1945, is pursuant to Article I, Section 8, Clause 17, ?all Places purchased by the consent of the Legislature of the State in which the Same shall be.?

If the reader is having difficulty understanding the significance of ?territorial composition, ? there is a good reason for that. The federal government doesn?t want it understood. The federal government will even lie in print to cover-up the ?territorial composition? of the United States district courts. Several editions of the United States Government Manual available on the web falsely state that the United States district court for Puerto Rico is an Article III court. The court for Hawaii was so established and ordained in 1959, so the ?Historical and Revision Notes? §119?Puerto Rico can be compared to §91? Hawaii to resolve the issue. The only territory that is common to both the several states, territory and possessions of the United States is federal territory within each. Those Notes show that the district court judges for Hawaii are to be selected pursuant to §§ 133 and 134 of Title 28 U.S.C., which is territorial law.

Based on no evidence at all, and a big fat lie about the United States district court in Puerto Rico, the entire American legal community is convinced that the federal trial courts in the several states exercise Article III judicial power everywhere within those states. I say, the government has gone too far. I have examined the statute law that created every United States district court and I found only one instance where Congress appeared to ordain and establish an Article III United States district court in any state. In 1959 the Congress created an Article III United States district court for Hawaii but made no provision for Article III judges by specifically precluding the President from appointing them. The Code specifically provides for territorial judges for the Hawaiian Article III court. Title 28 U.S.C.?Judiciary and Judicial Procedure has been enacted into positive law so the Code shows the same kinds of courts as are found in the statutes. Chapter 5 of Title 28 U.S.C.?District Courts consists of Sections 81 through 144. The names of all 50 states of the Union will found from Sections 81 to 131 and in addition in Section 88 will be found the District of Columbia and in Section 119 Puerto Rico.

The nature of the astounding revelations in this letter requires this unique format where facts are presented in support of the proposition that no United States district court in any state of the Union can exercise Article III judicial power, so these facts can be easily challenged. This kind of presentation invites facts that prove the contrary. I will give an example of a fact: Title 28 U.S.C. is territorial law. This fact will be supported by material found in the notes to §91.

Those in federal litigation or who are contemplating that exercise should be aware that legal justice is available only from courts that have judicial power. Any litigant in any United States district court in any state of the Union is warned that these courts have no Article III, Section 2 judicial power, whatsoever. The United States district courts of the several states are not judicial courts and the judges that sit in those courts are not Article III judges. Judges of these courts are appointed for life terms but they obtain judicial powers only when appointed to judicial courts with Article III power. The court is the equivalent of an office. An office has power because the officer that occupies that office has duties to exercise in that office. District courts and district court judges of the United States have been mistaken for Article III courts and judges since the Judiciary Act of 1789. The mistaken belief that a court has jurisdiction is sufficient to confer it when everyone is equally mistaken, but that jurisdiction remains what it is and not what it is

mistaken to be.

Names are labels and like book covers do a notoriously bad job of identifying contents. Just as a book cannot be accurately judged by its cover, a federal trial court is not accurately described by the name of the state where it is located. The names of the federal trial courts in the several states are labels that are fully explained in the first sentence of the ?Historical and Revision Notes? that are part of the law: ?Sections 81?131 of this chapter show the territorial composition of districts and divisions by counties as of January 1, 1945.? Since the conclusion of the Civil War, the States of the Union are the federal territory within the state and the state officers who have taken an oath to uphold the United States Constitution. Since President?s Day, the Mayor of San Francisco has extended the equal protection clause of the Fourteenth Amendment to its logical conclusion by permitting same-sex couples to pay a tax in order to obtain an application, license and certificate of marriage just like anyone else. States cannot regulate marriage but like the federal government can tax it by license. The State of California like other opponents of gay marriage is learning that the courts cannot enjoin the collection of a tax, especially one that is voluntary. The right to marry is a human right and human rights are to be secured by government not abridged. Government involvement in marriage is limited to imposing a tax on those who submit to an application process and payment for a license and obtaining a certificate of registration.

The subject matter of Chapter 5 of Title 28 U.S.C. is the territorial composition of districts and divisions by counties as of January 1, 1945 of the courts named in Sections 81?131 which can only be the areas subject to the exclusive jurisdiction of the United States?federal territory. These areas consist of places like the National Parks, military bases, federal buildings and federal courthouses. Crimes that occur on or in these federal places are federal crimes and the federal courts for the district is the proper forum for trials of those crimes. Article III judicial power is not needed for those courts and those courts are certainly without such power.

There is no room for legalistic interpretations of Chapter 5. On January 1, 1945, the judicial districts of United States district courts had only one thing in common?those judicial districts consisted of federal territory and some admiralty jurisdiction for some coastal courts. Those common characteristic have not changed since then and even if they had the January 1, 1945 date was to be used to reckon the federal territories existing on a given date. The January 1, 1945 date is critical to understanding the United States district courts territorial jurisdiction as consisting of federal territory as of a time in a span of time. The first day of 1945 forces the mind to focus on that which can change within geographical boundaries?federal territory, which can be increased by purchase and consent of the Legislature of the State.

The only legislation, since the first judiciary act on September 24, 1789, to create an Article III United States district court is found in §91 of Title 28 U.S.C. That section documents the change of a territorial court to an Article III court without actually giving the court Article III judicial power. Nothing can be done to change the nature of these courts in the several states without the direct intervention of Congress by legislation. A judge without judicial power can do nothing to change the jurisdiction of the court where he presides. Any litigant or defendant in any federal court proceeding who attempts to have the United States district court consider the issues raised in this letter should be aware that the American Law Institute?s Restatement of Judgments holds

that such a litigant is bound by the court?s ruling. A federal judge sitting in a trial court in any United States district court is without judicial power. While such an official can be a life-tenured bureaucrat, such an official cannot be expected to rule other than administratively.

THESE ARE THE FACTS

No United States district court in any state may lawfully exercise Article III court power. The lawful jurisdiction of the federal district court or courts is limited to those places where Congress has exclusive jurisdiction. It is also clear that federal judges and federal courts have been used in the past by the federal government to control those persons opposed to the usurpation of power by the national government. The federal courts known as United States District Courts are federal and territorial in that these courts implement administrative law on territory exclusively under the jurisdiction of the United States .

United States district courts are being used by Congress primarily to prevent the rendition of law and equity in national courts by masquerading as Article III courts. These courts are incapable of achieving justice because they are not Article III courts. Generally speaking, we have a federal government that consists of a Congress of the United States , a President of the United States and district courts of the United States because there is one in Hawaii and one is Washington D. C.

The true nature of the government of the United States of America is libertarian. Very few of the ?Posterity of the People? that ordained and established the Constitution are aware that the loose confederation of state governments that became the United States of America is a true libertarian government.

The purpose of the Constitution was to establish and limit government to the purposes for which it was established. Unfortunately, the Congress has used very effectively the mechanisms in the Constitution to limit the third branch of the national government to the people?s detriment. Congress has intentionally failed or refused to provide Article III courts in the several states.

The present intent of the federal government is to subject citizens of the several states to its administration. Most if not all people who find themselves in a federal court are not aware that court has no Article III judicial power.

Americans do not want to be in federal courts that cannot dispense justice. For more than 200 years Americans have been subjected to administrative law in courts they believed were dispensing the judicial power of the United States .

Disguised administrative courts are being used to subvert freedom. The federal district courts are administrative, legislative, non-judicial courts that are an extension of any administrative harassment caused by persons claiming to represent the national government.

Individuals appointed to United States district courts are permitted to believe that they are Article III judges because they are appointed for life. These individuals are actually urged by the other two branches of federal government to act like Article III judges.

Article III judicial power imposes self-restraint on judges. Only judges appointed to Article III

courts may exercise the judicial power of the United States found in Article III, Section 2. Judicial power imposes restraints on the judges that have it and that serves as some protection from judicial abuse. All justices appointed to the Supreme Court of the United States are genuine Article III judges.

The judges of other than judicial courts, of course, have no constitutional judicial power so they tend to be extremely rigid in the way they administer their ?judicial business.? These judges are or can be called territorial, legislative or administrative. The rigidity of the non-judicial court is the result of the tight rein that the Congress maintains over the personnel and business of non-Article III courts to solely achieve congressional purposes.

The Constitution is a limitation on Congress. The Constitution grants to Congress power to create courts by exercising three different powers. At various times in the history of this country Congress has created courts using these various powers under Article I, Article III and Article IV of the Constitution:

The Congress shall have power?To constitute Tribunals inferior to the supreme Court;

The judicial power of the United States , shall be vested in one supreme court, and such inferior Courts as the Congress may from time to time ordain and establish.

The Congress shall have Power to dispose of and make all needful Rules and Regulations respecting the Territory or other Property belonging to the United States ;

Article III courts would also be limited to a territorial jurisdiction. Based on examination of the statute law that created the various territorial United States district courts throughout the several states, Article III courts would also be of limited federal territorial jurisdiction.

Lawyers and judges must be aware of the true nature of the courts they practice and preside in. Everyone must be made aware that the United States district courts established in California and in 48 other states by United States Statute are not Article III courts.

There should be no confusion as to the difference between Article III courts and those courts that are not Article III courts. Article III district courts are not territorially different from the tribunals inferior to the Supreme Court that Congress may constitute pursuant to Article I. Federal courts do not extend their judicial districts beyond federal territory. Article III courts are ?territorial courts? that may exercise the judicial power of the United States ?Article I and IV courts have no such power.

Congress has established Article III district courts in Hawaii and the District of Columbia . The 2 district courts of the United States that were ultimately pronounced ordained and established by Congress pursuant to Article III of the Constitution are the only ones that can exercise the judicial power of the national government.

Lifetime tenure during good behavior is criteria for a judge not criteria for an Article III court. Lifetime tenure fuels the universal presumption in the legal academic community that the federal

districts courts are Article III courts and the judges that sit on those courts are Article III judges.

Because Congress can make law locally or nationally, it must be presumed that law enacted by Congress is territorial in scope rather than national, Foley Bros. Inc. v. Filardo 336 U.S. 281(1949), unless a contrary intent is shown in the legislation itself. The legislation creating the district court for Hawaii is a clear example of the presumption and an example of a national legislative intent to create an Article III court.

Combining the district court for Puerto Rico with the other United States District Courts identifies them all as territorial. The federal district courts are found in Title 28 U.S.C. Judiciary and Judicial Procedure, in the sections numbered from 81 to 131. Title 28 U.S.C. was enacted into positive law in 1948. The district courts were found in Chapter 5 just as they are today. The districts themselves had not changed from 1911 when they were described as the territory that existed on July 1, 1910. The territory was, for example, the ?State of California ? which then and now consists of the federal territory within California .

Puerto Rico is not a state of the Union . Its inclusion in Chapter 5 and appearance in §119 identifies the ?states? in the sections of Chapter 5 as mere labels for the areas of federal territory. The Commonwealth of Puerto Rico includes the federal territory under the jurisdiction of the United States . Included, for example, in the ?State of California ? is the territory of the United States located in the California Republic . Use of the ?State of California ? facilitates the use of federal law to create a California personal income tax. State of California denotes those special federal places where the United States has jurisdiction.

Congress established the only Article III court for a state of the Union in Hawaii . Hawaii appears in §91 as the only Article III court but that court is qualified as to the way judges are to be appointed to that court. That qualification precludes the exercise of Article III judicial power by any judge appointed to that court. Under the heading for § 91 Hawaii , ?Court of the United States ; District Judges,? will found, Section 9 (a) of Pub. L. 86-3 which provides that:

?The United States District Court for the District of Hawaii established by and existing under title 28 of the United States Code shall thence forth be a court of the United States with judicial power derived from article III, of the Constitution of the United States: Provided, however, that the terms of office of the district judges for the district of Hawaii then in office shall terminate upon the effective date of this section and the President, pursuant to sections 133 and 134 of title 28, United States Code, as amended by this Act, shall appoint, by and with the advice and consent of the Senate, two district judges for the said district who shall hold office during good behavior.?

All of Title 28 U.S.C. provides for the territorial government of the United States and nothing of Article III can be put back into it without destroying the entire Title 28 U.S.C. as positive law. In other words, there may be a present belief by all of the state and federal judiciary, all the legal academic community and all the local, state and federal government officials that the United States district courts for the 50 states of the Union are Article III courts, but they are wrong.

Congress prevented the ordination of the Article III it established for Hawaii by denying the

court full Article III judges. Congress took a territorial court established by and existing under title 28 and created an Article III district court for Hawaii . It must be noted that the territorial jurisdiction did not change?only the description of the court.

Congress has provided that territorial Title 28 U.S.C. judges be appointed to the United States district court for the district of Hawaii are to be appointed to an Article III court. The district judges for the district of Hawaii are specifically to be appointed by the President pursuant to sections 133 and 134 of title 28, United States Code, as officers of the United States but not as judges of an Article III court. These two sections are also to be used in appointing any of 7 judges of the Puerto Rico district should a vacancy occur there. It can be deduced that appointment pursuant to § § 133 and 134 of Title 28, will always produce territorial judges.

The Hawaii judicial district established in § 91 of the Judicial Code of 1948 was a territorial court. Section 9 (a) above clearly indicates that prior to the admission to statehood, the United States District Court of Hawaii was not a true United States court established under Article III of the Constitution, to administer the judicial power of the United States, Balzac v. Porto Rico, 258 U.S. 298, 312 (1922). In Balzac, Chief Justice William Howard Taft stated that United States District Court for Arecibo, Porto Rico, as Puerto Rico was known then, ?created by virtue of the sovereign congressional faculty, granted under Article IV, § 3, of that instrument, of making all needful rules and regulations respecting the territory belonging to the United States.?

Puerto Rico is the Commonwealth of Puerto Rico and it has not been incorporated into the United States though its inhabitants are United States citizens. The inclusion of Puerto Rico in Chapter 5 as § 119 does not make the district court for Puerto Rico an Article III court because Puerto Rico has not been incorporated into the Union. Puerto Rico fits comfortably among the names of the 50 states because the geographical areas are mini federal territories or federal enclaves.

United States Government people are required to obey the United States Code; it is their duty to obey that law. The government?s law requires the total obedience of government?s officers and employees.

Citizens are not part of government and they are not its subjects. Citizens can impose upon only themselves certain legal duties, if they want. There is only one duty that citizens have that indirectly protects the government. In the words of the Declaration of Independence, ?Governments are instituted among men? to secure God given rights.

When government attempts to impose duties or obligations on citizens, a duty arises that demands that citizens must investigate and then determine the nature and extent of the authority of every person, group of persons, a grand jury, claiming any authority relationship with any government. As an abstract entity, a government maintains integrity through its agents and employees lawfully interacting with the public. A citizen?s failure to carry out the investigation and determination of authority has grave consequences both for the citizen, his fellow citizens and the government.

Only Hawaii has an Article III district court and that court cannot function as one. No other state

has an Article III court. The federal district courts of California fall squarely within the mold of the federal courts of the 49 states that have no Article III district courts. Examination of copies of all the Statute Laws described in the annotations to all the Chapter 5 sections of Title 28 that establish district courts in the states and Hawaii reveals that Hawaii has the only Article III district court.

Citizens have a duty to discover the true authority of those claim government power. The consequences of not investigating and not determining the nature and extent of the authority claimed is that you may have to bear the costs of your failure to do so.

The use of the term, ?district courts of the United States ? refers to Article III courts. There are no more than two ?district courts of the United States.? There is no doubt that the district court for Hawaii is an Article III court?that?s one. The § 88 court for the District of Columbia is another. The Historical and Revision Notes to that section makes it clear that the District of Columbia district court is a constitutional court established and ordained under Article III. The existence of at least two ?district courts of the United States ? permits the general usage of language that refers to the ?district courts of the United States ? as Article III courts.

State courts that were already established when the Constitution was ratified were duty bound to obey the Constitution and the laws enacted pursuant to it. Reference to the Judiciary Act of 1789 clarified and substantiated that no Article III district courts had been created in the several states pursuant to that law.

The federal trial courts during the period of the Judiciary Act of 1789 were manned by two United States Supreme Court justices riding circuit and the district judge for the district. Districts were created for territories that by the date of enactment, September 24, 1789 had not yet ratified the Constitution because, of course, they were not states. North Carolina did not ratify the Constitution until after enactment of the Judiciary Act of 1789. District courts created under that act could not have been created under Article III.

Grand and petit jurors determine if they are citizens of the United States and whether they have resided in judicial district for a year. In 1968 Congress enacted the Jury Selection and Service Act that uses the nation?s voter registration system as the basis for jury selection in the federal courts.

Examination of available jury selection plans the district courts have created and that have been approved by the federal courts of appeal reveal no knowledge of the true territorial composition of the United States district courts. The jury questionnaire in common use merely asks an applicant a half dozen questions beginning with, if he or she is a citizen of the United States and a resident of the judicial district for at least a year.

Very few Americans can prove that they are, indeed, citizens of the United States and practically no one understands that the Sixth Amendment requires that territorial composition be established prior to trial. For all of the states, district court vicinage is the federal territory within the counties that comprise the district. This is the only vicinage that satisfies the 6th Amendment command that the ?district shall have been previously ascertained by law.? An individual jurors

impression of what constitutes the judicial district does not satisfy the Constitution.

All trial courts must have districts which shall have been previously ascertained by law. Venue and vicinage are being confused because an erroneous assumption is being universally made that the federal district courts are Article III courts and federal judges are Article III judges. Vicinage corresponds to territorial composition and describes where jurors come from. The areas from where Article III court jurors are to be drawn is the same as the territorial composition of the federal court. from the federal territory within a district comprised of named counties but they are being drawn from outside the federal territory. Any grand and petit juror that resides outside a federal territory does not reside within the district and can successfully be challenged as unqualified.

A federal territorial court without Article III power cannot be conferred such power by the litigants. One United States district court cannot legitimately serve both local federal and national interests. The interests of the two courts are almost completely mutually exclusive. Territorial courts without judicial power tenaciously serve the need of Congress to administer government law. These courts only have the jurisdiction conferred on them by Congress and they guard that jurisdiction to the exclusion of all other judicial concepts.

All the United States district courts in 49 of the several states are other than Article III courts. There is no evidence that the United States district courts for any state other than Hawaii is ordained and established pursuant to Article III, Section 1; therefore, they are not vested with the judicial power of the United States . Article III has not been invoked by Congress in creating any other state?s federal district courts and the 1911 Judiciary Act specifically creates those federal courts from the territory of the United States. When it is apparent that court officials are unaware of the limitations on their authority, it is never wise to attempt to correct these officials in their own court.

Non-judicial, legislative, administrative and territorial courts are incapable of exercising the judicial power of the United States , which can only be found in an Article III court. Article III of the Constitution has expressly granted to Congress the power to vest courts inferior to the Supreme Court with the judicial power of the United States . The Constitution does not prohibit the creation of federal courts outside of Article III. It follows, therefore, that at the very least Congress must invoke the authority of Article III in creating Article III courts just so one court can be distinguished from another.

The evidence that exists to show that the federal district courts are ordained and established pursuant to Article III is anecdotal or circumstantial. The Constitution provides that Congress shall vest the judicial power of the United States in ?such inferior Courts as the Congress may from time to time ordain and establish.? That same language was used in the Preamble to the Constitution to ?ordain and establish this Constitution for the United States of America.? There can be no question that the Congress has established but not ordained an Article III in Hawaii and in no other states. All that remains is to understand the consequences of what has happened and to learn from it.

Legal scholars assume without justification that the federal district courts are Article III courts. I

have discovered and I hope proven that no responsible public federal officer has ever questioned their assumptions. In all the legal literature I examined, status of the United States district courts as Article III was assumed despite all the contrary authoritative evidence. The United States Supreme Court in two cases: Balzac v. Porto Rico, 258 U.S. 298 (1921) and Mookini v. United States , 303 U.S. 201 (1938) made it clear that a ?district court of the United States ? described a court created under Article III and a ? United States district court? described a territorial court. The former identified a constitutional court of the United States exercising the judicial power of the United States and the latter merely identified a court for a district of the government of the United States .

Legal scholars are interpreting the power and authority of the federal courts without resort to the statute law that created and established them. The complete statute law and enacted Title 28 U.S.C. is presented here for your consideration. You are again, however, cautioned not to take the issue of jurisdiction to the federal courts as they are presently constituted. The federal courts are territorial legislative courts. This means that they are administrative courts without judicial power and you are without judicial protections if you submit yourself to them. The judges of these courts are there to serve the Congress and not any of the people.

CONCLUSION
The purpose of this letter is to advise and counsel those who fear that they are being oppressed by a distant government. You will find that when you first remove the oppression caused by your own ignorance foreign oppression will subside and the disappear altogether. The United States district courts are territorial and without judicial power. This has been so since the Judiciary Act of 1789. If you do not believe this to be true, I have provided the means by which you can dispute my opinion. The complete absence of any Article III district courts in 49 of the 50 states is a ?judicial? disaster waiting to happen. So far, it appears that no terrorist is aware that he or she may escape prosecution for a crime of terrorism because there is only one judicial court in the United States trial court system. Past Congresses may have been able to successfully construct a complex administrative criminal law process where an accused voluntarily accepts the jurisdiction of a non-article III federal court and judge, but dedicated and emboldened terrorists may be able to destroy it in one case. Congress must immediately establish Article III courts.

My task was to determine the legitimate jurisdiction of the federal district courts in your state. I fulfilled my objective in the only reasonable manner possible; I gathered all the statute law and enacted code law used to create the federal courts in all the states. I found only one instance in which Congress had declared that Article III was used to create the court. The one exception is the district court of Hawaii . Without exception, all the federal courts in your state are territorial. The territory that constitutes each of the judicial districts of each court is the federal enclaves within the counties of the state that comprise those judicial districts. Once the documentation for your local federal courts is reviewed and compared to the cross references provided in the government?s own Title 28 U.S.C., the public deception becomes flagrant.

The occasion of Hawaii ?s admission to the Union in 1959 was certainly an appropriate event to establish an Article III court for the federal territory in those islands. Why has Congress not acted to create Article III courts in the remaining 49 states? The simple answer is that would

have reduced its power. The more complex answer to that question lies in the need that early Americans felt to declare their independence from an unjust king. The following passage from the Declaration of Independence should teach that history repeats itself, especially, for those who refuse to learn it the first time around.

HE has obstructed the Administration of Justice, by refusing his Assent to Laws for establishing Judiciary Powers. HE has made Judges dependent on his Will alone, for the Tenure of their Offices, and the Amount and Payment of their Salaries. HE has erected a Multitude of new Offices, and sent hither Swarms of Officers to harrass our People, and eat out their Substance.

Your personal Declaration of Independence can be a simple recognition that Americans have managed to govern themselves without real federal judicial trial courts for more than 200 years.

Very truly yours,
Dr. Eduardo M. Rivera

RECOMMENDATIONS
Since the federal courts in your state are, just that, federal courts, you are cautioned again not to enter United States territory lest you be taken into custody on a trumped up administrative tax evasion or similar charge. Despite the overwhelming evidence, I predict that the federal courts will not readily admit their territorial status and less than Article III status. The last place you would want to appear to prove these courts are territorial is in one of them. The federal courts are only presumed to be Article III. The abuses and usurpations complained of in the Declaration of Independence are common symptoms of all governments. No form of government is immune to them. Judges dependent on the will of the king are like the territorial judges disguised as Article III judges. Under no circumstances should you believe that you will be the first litigant to correct an Article I judge?s perception of his Article I court. The only way to correct an erroneous presumption is to correct the public?s and the legal profession?s perception of these courts.

You should immediately prepare letters setting forth the issue of federal territorial courts in place of Article III courts to your Congressman and Senators, and other influential people especially those in the media. Federal judges and court personnel are without power to correct abuses caused by Congress. Do not attempt to communicate with the judges or court personnel. The realization that socialism would never work destroyed the Union of Soviet Socialist Republics . We have not built our nation on such a flimsy economic system but the federal courts are an important part of the federal government and they need to be reformed.

Protect your privacy. The national government was granted no power in the Constitution that permits it to obtain information about you without your consent. The right to privacy is the most difficult right to regain once it has been lost. Most of those who retain my services are attempting to terminate a past association with the Internal Revenue Service or one that the IRS is attempting to initiate, in order to regain their privacy. The IRS and Department of Justice have used the public?s perception of Article III courts to persuade federal grand juries to bring true bills against innocents. Any legally constituted grand jury that intends to encroach upon your

privacy has not been made aware of the material presented in this opinion letter. Every federal grand jury is led to believe that the court that is to provide the trial for any indictments they bring is the lawful one and that the indictment gives them the right to invade your privacy. The individuals on the grand jury have no idea of the difference between an Article III court and an Article I court. The persistence of the men and women of the IRS is attributable to their collective status as employees. Their collective job and the IRS Mission is to get everyone to voluntarily comply with Subtitle A, Title 26 U.S.C. by self-assessing a tax on a U.S. Individual Income Tax Return. The Internal Revenue Service Mission is a relentless assault on the privacy of Americans. Nothing would be more detrimental to the IRS Mission than the establishment of real Article III national government courts. Begin your own investigation of the local federal grand jury and assist others making their own investigations. Once it is apparent to the reader that my research establishes that there are no national government courts, any action of the federal grand jury becomes transparent and it can be seen as the machinations of the United States Attorney. He is attempting to either lure you into the United States territory upon which the United States district court sits so that he can institute or pursue a territorial criminal action against you or he seeks to have you admit jurisdiction. It is often suggested that an appearance should be made as is suggested in the initiating documents. This should never be done because it is an admission of jurisdiction. The doctrine of the Separation of Powers dictates that Article III courts never have jurisdiction over internal revenue issues. An understanding of this basic structure of our government should be all that is necessary to support the statute law establishing the district courts.

Do not claim anything that you cannot prove. Besides avoiding any contacts within property under the jurisdiction of the United States , you will want to avoid claiming that you are a citizen of the United States . The best advice is to never claim anything that you cannot prove. I personally know no one that can prove United States citizenship. A birth certificate from one of the 50 states or a naturalization certificate is sufficient to establish citizenship in any state of the Union and in the United States . A claim on United States citizenship, being a taxpayer or a U.S. person, unfortunately, is a fast track to loss of freedom and privacy. Once lost, these intangibles cannot be regained through the intervention of any of the courts that will be discussed here.

Demand from academics proof of the assumptions they peddle as facts. In the future I will publish a bibliography of the pertinent legal literature on the subject of the ordination and establishment of courts inferior to the United States Supreme Court that exercise the judicial power of the United States. My review of all the legal literature show that the academics assume Article III status for the United States district courts. Of course, anecdotal or circumstantial evidence is completely inadequate to establish a functioning part of the third branch of government, but can be competent to show how deficient government and public education are.

The best legal advice is always to stay out of all litigation. Ordinary litigants seldom, if ever, fare very well in any kind of federal court. You will learn in this opinion letter that all United States district court judges believe that they sit in Article III courts. This belief is based on the notion that the holding of an office during good behavior is the sole criteria for an Article III court and judge. Apparently, good behavior doesn?t mean that you know what kind of court you, as a judge, are in or what the limits of your authority is. No federal judge has been impeached for impersonating an Article III judge.

Your voluntary appearance at courthouse will be interpreted as a consent to territorial jurisdiction of that court, so, any appearance or acquiescence with a demand or request will constitute acceptance of jurisdiction. Any compliance with requests, commands or demands of a territorial court is a conformation of its power. Since we know that you have no federal income tax liability and no other contacts that can form the basis for territorial jurisdiction, any appearance before that court or any agreement to provide testimony is evidence of your consent to that court?s jurisdiction.

Responsible citizens question the authority of all government officers that present themselves as lawful representatives. When you fully understand the principles set out, you will see why only the alert citizen can protect himself, the government and the people from unlawful or untrue claims of authority. Aside from retaining me to provide you assistance of counsel, the best advice I can give you is to always question authority and never to act or acquiesce unless you are fully satisfied that the government is authorized. Those who have real authority will never object to demonstrating it and discussing its limits. This, however, will never occur in a United States district court for any state, because there can be no demonstration of Article III authority in any of the federal court for any of the fifty states. Legislative territorial courts cannot be introspective. Such self-examination can only be conducted in real courts by real judges.

All courts including the federal district courts are territorial courts. They have no jurisdiction beyond the federal territory embraced within the judicial district. Some clients feel that they should accommodate the local United States Attorney because that official is located locally. The proximity of the federal prosecutor has nothing to do with jurisdiction. It would be foolish for you to begin to accommodate every prosecutor of every jurisdiction with a claim that you omitted to comply with its local laws. The voluntary acceptance of jurisdiction of territorial federal courts based on their proximity to you is not a rational basis upon which to establish jurisdiction. There must exist some national legislation that concerns you in order to establish jurisdiction. I am aware of no national laws that can be adjudicated in a territorial administrative court.

Begin your investigation of the local federal court and local federal grand jury immediately. Do not allow yourself to be rushed into consenting to the jurisdiction of a court without judicial authority. Without judicial authority no court can set deadlines and without authority a court can only make a void judgment. Making even a special appearance to contest jurisdiction in an administrative court is unwise. Sample letters have been prepared for those who are not certain of the conclusions that must result from my research. Federal courts that are exclusively territorial enable terrorists to escape prosecution by the national government if a crime against Americans is committed outside of federal territory. The total absence of national courts and national laws weakens the nation?s stand against international terrorism.

Your own study should be undertaken of any self-proclaimed local federal judicial authority to determine the legitimacy of their claims. You ought to join other investigators of all other United States district court judges particularly those of the Hawaii and Puerto Rico district courts. The study should include what judges claim to be able to exercise Article III judicial power of the United States . These judges appear no different from the other Title 28 judges appointed to other

than Article III district courts. Section 9 (a) provides conclusive proof that judges appointed pursuant to sections 133 and 134 of title 28, United States Code are not ?Article III judges? unless appointed to Article III courts without Title 28 restrictions. The district court judges to the United States District Court for the district of Puerto Rico The Constitution vests the judicial power in the Supreme Court and the inferior Article III courts Congress has yet to ordain and establish in any significant number. All other courts established by Congress may be tribunals but they do not exercise judicial power.