# Court Order
## by a living
## one supreme Court

_FILED _RECEIVED
_ENTERED _SERVED ON
COUNSEL/PARTIES OF RECORD

2010 FEB 12  A 9 55

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY_____DEPUTY

**Arizona**

**Yavapai county**

**Reference to:** <u>Commercial Case: UNITED STATES OF AMERICA V.S. SAM DAVIS and SHAWN RICE (both alleged parties in fiction), Case Number: 2:09-CR-078 et. al. as it has been imagined HELD AT: general district court on Clark the county circuit, Nevada</u>

| | |
|---|---|
| <u>**Warranting Court Order:**</u> ) | |
| Trespass and Sedition by a Foreign Fictional Law form onto the county land known as Yavapai and Clark and within the judicial districts on the county. ) ) ) | |
| ) | |
| Theft and larceny of personal property, and assault, battery and threatened murder by said actors. ) ) | **ORDER** |
| Fraud committed by men and women acting as Attorneys and Bank officers (Debtors) against the living creditor and beneficiary. ) ) ) | by: the one supreme Court **shawn talbot,** |
| Fraud committed upon a court in the law by men and women acting as Attorneys and Bank officers (Debtors). ) | a living man as being a private civilian on the county within the original judicial districts, not assisting, aiding, harboring or accompanying any military force in the field. |
| Insurance and securities fraud committed upon a court in the law by men and women acting as Attorneys and Bank officers. | |
| Trust and securities fraud committed upon a court in the law by false conversion of a living beneficiary creditor to a dead trustee debtor for which was previously revested more than eight years. | |

### *A Living Bond*

*Let it be known, a living bond in the form of one ounce of silver specie (having previously tendered 21 ounces of silver specie to actor Leavitt on or about 25 November 2009) has been served on the clerk of court to Bond the actions of this one supreme Court order. Let it be known, no living energy or credit shall be converted, issued, imagined or transferred to any fictional creation to permit any actions other than to give full faith and credit to this superior living court order.*

I, shawn talbot rice, beneficiary of the living energy, credit and standing in the law as the dominion authority on the soil of the county and within the original judicial districts, hereby orders all men and women acting as persons for the general district court on Yavapai county, whether acting as a clerk of court, magistrate or judge to Discharge, Dismiss and Close on the books the fore noticed commercial cause (including any alleged pretrial services agreement through fraud in the factum or otherwise) as it has been imagined, so ordered this day, with prejudice, by the living one supreme Court. This order is final and shall not be appealed or altered in any manner.

Executed this day 25 Shevat 5770 [February 10th, 2010].

So ordered and bonded by:

*[signature]*

shawn talbot
a living one supreme Court