DANIEL G. BOGDEN
United States Attorney
District of Nevada
J. GREGORY DAMM
Assistant United States Attorney
Organized Crime Strike Force
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Telephone:  (702) 388-6336
Facsimile:  (702) 388-6418

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:09-CR-078-JCM-(RJJ) |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S MOTION TO |
| | ) | TERMINATE DEFENDANT'S |
| vs. | ) | SELF-REPRESENTATION AND TO |
| | ) | RE-APPOINT COUNSEL TO |
| SHAWN TALBOT RICE, | ) | REPRESENT DEFENDANT RICE |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

COMES NOW the United States of America, by and through DANIEL G. BOGDEN, United States Attorney, and J. Gregory Damm, Assistant United States Attorney, and files its GOVERNMENT'S MOTION TO TERMINATE DEFENDANT'S SELF-REPRESENTATION AND TO RE-APPOINT COUNSEL TO REPRESENT DEFENDANT RICE.

An indictment in this case was first returned on March 3, 2009.  CR 1.  On March 6, 2009, defendant Rice first appeared in court and counsel was appointed to represent him.  CR 10, 15.  On July 27, 2009, defendant Rice indicated a desire to represent himself.  CR 66.  On July 28, 2009, after a hearing before the magistrate judge, defendant Rice was allowed to represent himself with standby counsel.  CR 68.  On October 1, 2009, defendant Rice filed a Notice of Termination of Standby

Counsel for Cause.  CR # 80.  On October 26, 2009, after a hearing before the magistrate judge, defendant Rice's motion to terminate standby counsel was granted.  CR # 86.

Defendant Rice has continued to represent himself since October 26, 2009. On February 12, 2010, undersigned counsel for the United States was personally served by defendant Shawn Rice with a "Court Order by a living one supreme Court."  CR # 123.  This order, signed by defendant Rice and dated February 10, 2010, instructs in part "all men and women ... to Discharge, Dismiss and Close on the books the fore noticed commercial cause [2:09-CR-078] (including any alleged pretrial services agreement through fraud in the factum or otherwise) as it has been imagined ...."

Defendant Rice has also filed a plethora of pleadings in this case which appear to have nothing to do with his criminal case.  These pleadings include documents 21-31 filed by defendant Rice even though he was represented by counsel.  *See*, CR # 32 (Order Striking Filed Documents 21-31).  These irrelevant documents also include:

| | | |
|---|---|---|
| CR # 36 | 4/7/2009 | Notice to DTC; |
| CR # 50 | 5/14/2009 | Notice of Affidavit of Admissions in Commerce by Negative Averment; |
| CR # 54 | 6/11/2009 | Notice entitled "Contract and Notice of Case Termination"; |
| CR # 57 | 6/23/2009 | Certificate of Service for Legal Notice and Demand and Supporting Affidavit; |
| CR # 61 | 7/10/2009 | Notice Capital Tax Payment and Notice of Non-Abandonment of Escrow Account; |
| CR # 72 | 8/14/2009 | Motion to Dismiss with Prejudice, or in the Alternative, Subpoena Duces Tecum; |

| | | | |
|---|---|---|---|
| CR # 77 | 10/1/2009 | Notice of Mandatory Judicial Notice of Status Relation of Simpe Corporation Sole to its Titular Head with Points and Authorities; |
| CR # 78 | 10/1/2009 | Affidavit of Arthur "Mickey" O'Brien by Shawn Rice; |
| CR # 81 | 10/1/2009 | Notice of Compulsory Counter Claim and Invocation of Admiralty / Maritime Jurisdiction Side of the Court; |
| CR # 82 | 10/7/2009 | Motion - Notice and Demand to Reinstate Previously Stricken Documents; |
| CR # 83 | 10/7/2009 | Petition to Supersede and Retire all Previous Bonds and Release Real Party in Interest / Third Party Intervener From All Liability and Replevin and Mandatory Judicial Notice; |
| CR # 87 | 11/2/2009 | Motion for Remedy and Administrative Notice and Acceptance of Claim; |
| CR # 89 | 11/2/2009 | Statement Re Admission Re Lack of LOMAR; |
| CR # 90 | 11/2/2009 | Affidavit of Private Federal Union Resignation; |
| CR # 91 | 11/2/2009 | Statement of Foreign Entry of Default Regarding Status; |
| CR # 92 | 11/2/2009 | Notice to DTC; |
| CR # 94 | 11/5/2009 | Motion for Forfeiture in re Accounting, Account Stated, Unjust Enrichment and Specific Performance; |
| CR # 98 | 11/12/2009 | Motion for Writ of Execution, and Affidavit; |
| CR # 100 | 11/12/2009 | Amended Counterclaim Parties List; |
| CR # 104 | 11/24/2009 | Letter from Shawn Talbot Rice to Timothy F. Geithner; |
| CR # 105 | 11/24/2009 | Notice of Broken Foot; |
| CR # 107 | 11/24/2009 | Posting of Silver Bond for any Substance Damage; |
| CR # 106 | 11/25/2009 | Affidavit of Shawn Rice; |

3

| | | | |
|---|---|---|---|
| CR # 112 | 12/21/2009 | Notice of Lodgment of Public Record of Surety on Supersedeas Bond; | |
| CR # 113 | 12/21/2009 | Notice of Lodgment of Banker's Acceptance of Charges; | |
| CR # 114 | 12/21/2009 | Reply to Response re Counterclaim Demonstrating; Previous Communications to Motion to Dismiss; | |
| CR # 115 | 12/21/2009 | Motion to Dismiss for Lack of Subject Matter; Jurisdiction, Lodgment of Proof of Priority Claim and Relief Requested and Memorandum of Maxims; | |
| CR # 118 | 1/5/2010 | Memorandum in support of Counter-Claim Demonstrating Plaintiff Corporate Status; | |
| CR # 117 | 1/6/2010 | Letter from Shawn-Talbot Rice; | |
| CR # 119 | 1/6/2010 | Memorandum in support of Counter-Claim Demonstrating Bank Fraud; | |
| CR # 120 | 1/6/2010 | Memorandum in support of Office of the Embassy in Trust with the Most High Yahwey Taking Action to Redeem Equal Weights and Measures; | |
| CR # 121 | 2/2/2010 | Affidavit of Shawn Rice for 3 day notice of commercial arrest of corporate office and bonds; and, | |
| CR # 123 | 2/12/2010 | Court Order by a living one supreme Court. | |

Looking at the docket sheet in the light most favorable to defendant Rice, he has filed at least thirty-three frivolous pleadings in this case. The right of self-representation is not a license to abuse the dignity of the court. A trial judge may terminate self-representation by a defendant who deliberately engages in serious and obstructionist misconduct. *See, Faretta v. California*, 422 U.S. 806, 834, n.46, 95 S.Ct. 2525, 2541, n. 46 (1975). "A defendant does not forfeit his right to

/ / /

4

representation at trial when he acts out.  He merely forfeits his right to represent himself in the proceeding."  *United States v. Mack*, 362 F.3d 597, 601 (9th Cir. 2004).

<u>CONCLUSION</u>

WHEREFORE, based upon the foregoing demonstrated obstructive conduct of defendant Rice, the United States respectfully requests that this Court revoke defendant Shawn Talbot Rice's previously granted permission to represent himself, strike his frivolous pleadings and appoint new counsel to represent him.

DATED this 12th day of February, 2010.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney


/s/ J. Gregory Damm
J. GREGORY DAMM
Assistant United States Attorney

5

1

## Certificate Of Service

2        I, J. Gregory Damm, hereby certify that I am an employee of the United States

3    Department of Justice, and that on this day I served a copy of the following:

4    GOVERNMENT'S MOTION TO TERMINATE DEFENDANT'S SELF-

5    REPRESENTATION AND TO RE-APPOINT COUNSEL TO REPRESENT

6    DEFENDANT RICE, upon counsel for all defendants appearing in this matter via

7    the CM/ECF system, by electronically filing said GOVERNMENT'S MOTION TO

8    TERMINATE DEFENDANT'S SELF-REPRESENTATION AND TO RE-

9    APPOINT COUNSEL TO REPRESENT DEFENDANT RICE and mailing a copy

10   postage prepaid to Shawn Talbot Rice, P.O. Box 700, #81, Ash Fork, Arizona

11   86320.

12

13   Dated:    February 12, 2010       /s/ J. Gregory Damm
14                                      Assistant United States Attorney
                                       District of Nevada

15

16

17

18

19

20

21

22

23

24

25

26