```
U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage                            $
Certified Fee
Return Receipt Fee                                    Postmark
(Endorsement Required)                                  Here
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees               $

Sent To
Street, Apt. No.;
or PO
City,
```

Shawn Rice
PO Box 700, #81
Ash Fork, AZ 86320

Order #128
2:09-cr-078