# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>Shawn Rice,<br><br>        Defendant. | District No.   2:09-CR-00078-JCM-RJJ-2 |

## ORDER TEMPORARILY UNSEALING RECORDING

On February 12, 2010, this court received a CD order form dated February 12, 2010 requesting a CD of the hearing held on October 26, 2009, from Mr. Shawn Rice, Defendant, in which **a portion of the hearing is sealed.**

**IT IS THE ORDER OF THE COURT** that the sealed portion of the recording shall be unsealed by the Clerk for the limited purpose of providing a copy of the recording as requested by Defendant.

**IT IS FURTHER ORDERED** that the sealed portion of the recording shall thereafter be resealed by the Clerk, until further order of this Court.

**IT IS FURTHER ORDERED** that Defendant shall not disclose the sealed contents of the recording to anyone other than the representatives of the parties directly concerned with this case.

DATED this 23d day of February, 2010.

Robert J. Johnston
United States Magistrate Judge