**Other Orders/Judgments**
2:09-cr-00078-JCM-RJJ USA v. Davis et al

United States District Court

District of Nevada

**Notice of Electronic Filing**

The following transaction was entered on 2/18/2010 at 11:37 AM PST and filed on 2/17/2010
**Case Name:** USA v. Davis et al
**Case Number:** 2:09-cr-00078-JCM-RJJ
**Filer:**
**Document Number:** 127

**Docket Text:**
ORDER TO CONTINUE - Ends of Justice - as to Shawn Rice re [125] MOTION Continue Trial filed by Samuel Davis. Time excluded from 2/22/10 until 6/21/10.( Jury Trial set for 6/21/2010 09:00 AM in LV Courtroom 6A before Judge James C. Mahan., Calendar Call set for 6/16/2010 01:30 PM in LV Courtroom 6A before Judge James C. Mahan.) Per LC Sarig, this order applies to both defendants, (cpy mailed to defendant Rice). Signed by Judge James C. Mahan on 2/17/10. (Copies have been distributed pursuant to the NEF - LMC)

**2:09-cr-00078-JCM-RJJ-2 Notice has been electronically mailed to:**

Daniel D. Hollingsworth   Daniel.Hollingsworth@usdoj.gov, Malice.Tresch@usdoj.gov

Eric Johnson   eric.johnson2@usdoj.gov, Judith.richardson@usdoj.gov, lvstrikeforce@hotmail.com

J. G. Damm   gregg.damm@usdoj.gov, melissa.taylor@usdoj.gov

Todd M Leventhal   todlev@yahoo.com

**2:09-cr-00078-JCM-RJJ-2 Notice has been delivered by other means to:**

Shawn Rice
86320
PO Box 700#81
Ash Fork, AZ

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=2/18/2010] [FileNumber=4635138-0
] [d046454abd30ba9aa9e81c542668ad459f52e93c93c23ac9f93a65ca3e70eaa1ca7
85cc02463673d6b8f0ef613740adf6c18d961f9200ba1acb1bf90ea9b074d]]



**CERTIFICATE OF SERVICE**

COPY of the forgoing hand delivered, this 26th day of February, 2010, to:

Assistant U. S. Attorney Damm, Prosecutor
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101

Sandra Bustos, Pre-Trial Services
333 Las Vegas Blvd. South
Las Vegas, Nevada 89101

_____

Service performed by:

Shawn Talbot Rice
Man on the Land