USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Federal Clerk's Office
333 Las Vegas Blvd South
Las Vegas, NV 89101

Order # 128    2:09-cr-78

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Shawn Rice
   PO Box 700, #81
   Ash Fork, AZ 86320

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X elizabitt mg

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)    7007 0710 0005 2910 7701

PS Form 3811, February 2004    Domestic Return Receipt