Shawn-talbot family rice
In the first judicial district of tens
Post office box 700#81
yavapai county at large
Ash Fork [86320]
Arizona republic





2010 APR -8  P 12: 08

# MY ONE SUPREME COURT
## ORDER TO DISMISS
In the first judicial district of tens
yavapai county at large

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br>vs.<br>SAMUEL DAVIS and<br>SHAWN RICE,<br><br>  Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEVADA<br>private international law<br><br>Case No.: 2:09-CR-078<br><br>**MOTION TO DISMISS** |
| SHAWN RICE,<br>  Counter-Plaintiff/Claimant,<br>vs.<br>UNITED STATES OF AMERICA,<br>INTERNATIONAL MONETARY FUND (I.M.F.)<br>A/K/A THE FUND, FEDERAL BUREAU OF<br>INVESTIGATION, and THEIR PRINCIPAL,<br>Elizabeth Windsor II, dba QUEEN ELIZABETH,<br>dba UNITED STATES OF AMERICA, Jaime<br>Sailing dba Bureau of Public Debt, Timothy<br>Geithner dba United States Treasury, Secretary<br>Arne Duncan dba United States Department of<br>Agriculture, Jane and John Doe Agents 1-<br>10,000,000, XYZ Corporations 1-10,000,000, and<br>Red and Blue LLC's 1-10,000,000,<br>  Counter-defendants/Libelants, | **THIS DOCUMENT IS RESTRICTED TO JUDGE MAHAN OR ANOTHER USDC JUDGE QUALIFIED AND COMPETENT IN PUBLIC POLICY. THIS DOCUMENT IS NOT INTENDED TO BE READ OR REVIEWED BY ANY MAGISTRATE AS MAGISTRATES ARE NOT NORMALLY COMPETENT IN PUBLIC POLICY AS IT RELATES TO BANKING LAWS, TRUST LAWS OR ADMIRALTY/SPECIAL MARITIME SUBJECT MATTER.** |
| Shawn Rice, Real Party in Interest, Third Party Intervener, Protected Creditor to Plaintiff by revesting title, Sovereign without subjects, Protected Creditor pursuant to UCC 8, Trust Interest Holder, and Beneficial Owner of the Estate by Statute Merchant, and a Title 18 Section 245 Federally Protected Legal & Lawful Municipality. | |

State of Arizona          )
                          )    Subscribed, affirmed and sealed
yavapai county            )

100322 -- [Motion to Dismiss], Page 1 of 3

The named defendant by and through the man known as Shawn Rice moves the court to dismiss this case against SHAWN RICE for the following reasons.

1. THE RESERVATION OF MY RIGHTS.

I explicitly reserve all of my rights. **UCC 1-308** which was formally **UCC 1-207**.

§ 1-308. Performance or Acceptance Under Reservation of Rights.

(a) A party that with explicit reservation of rights performs or promises performance or assents to

performance in a manner demanded or offered by the other party does not thereby prejudice

the rights reserved. Such words as "without prejudice," "under protest," or the like are

sufficient.

2. FURTHER ADVISEMENT

This is to advise that all of the actions of the court and all others in these cases against Defendant

or the man known as Shawn Rice are in violation of ...

A. USC TITLE 18 > PART I > CHAPTER 13 > § 242 Deprivation of rights under color of law

B. USC TITLE 18 > PART I > CHAPTER 13 > § 241 Conspiracy against rights

WHEREFORE, Defendant demands for the foregoing speedy relief.

Kindest and warmest regards,

Signed: *[signature: Shawn Talbot Rice]*
Without prejudice **UCC 1-308**
Shawn-talbot family rice
In the first judicial district of tens
Post office box 700#81
yavapai county at large
Ash Fork [86320]
Arizona republic

## CERTIFICATE OF SERVICE OF PROCESS

On this _____ day of _____, 2010 I did serve the following listed parties via priority mail with delivery confirmation.

**JUDGE MAHAN, UNITED STATES DISTRICT COURT**
**333 Las Vegas Blvd South**
**Las Vegas, Nevada 89101**

_____

Delivery was performed by

Shawn-talbot family rice
In the first judicial district of tens
Post office box 700#81
yavapai county at large
Ash Fork [86320]
Arizona republic

# BILL OF EXCHANGE

# Refusal is discharge

**PRIVATE**                           shawn rice aka Shawn Talbot Rice, sui juris

**THIS IS NOT A PUBLIC COMMUNICATION**      Without prejudice UCC 1-308/1-207

Notice to agent is notice to principle          PO Box 700#81, Ash Fork (86320), Arizona

Notice to principle is Notice to Agent          PO Box 700#81, Ash Fork (86320), Arizona

Applications to all successors and assigns     PO Box 700#81, Ash Fork (86320), Arizona

**Refusal is discharge**                        Phone: 217-853-5726 (unusable until after this document is recognized, acknowledged and honored)

Certified mail number 7007 2560 0000 8015 6980

NOTICE: PREVIOUS BANKER'S ACCEPTANCE(S) WAS TENDERED IN ACCORD WITH PUBLIC POLICY TO SETOFF, DISCHARGE AND SETTLE ALLEGED LIABILITIES PROPAGATED BY AGENTS OF THE U.S. TREASURY, AKA INTERNAL REVENUE SERVICE AGENTS. TO DATE SAID AGENTS HAVE DISHONORED SAID BANKER'S ACCEPTANCE IN VIOLATION OF THE U.S. TREASURY'S POLICY TO SETTLE ALL DEBTS AND LIABILITIES, "Dollar for Dollar." A COPY OF PREVIOUS TENDERS IS ATTACHED.

PLEASE ENSURE THAT SAID LIABILITIES ARE SETOFF BY PERSONNEL COMPETENT IN SAID PREMISES.

SUBJECT TO UPU TREATY NUMBER RE 463 069 473 US.

1. Federal Reserve notes are obligations and have no redeemable value in gold or silver coin, wherefore the amount of tender or obligation is always zero. See -**U.S. Constitution, 1789, Article 1, Section 10. "No state shall …make anything but gold and silver coin a tender in payment of debts"…** Wherefore there can be no payment of debt. Only discharge of debt.

2. A bill of exchange fulfills the legal definition of a negotiable instrument (currency) and also per **Uniform Commercial Code (UCC) 3-104** and legally discharges any alleged debt. This is merely a "promise to pay" and not a sight draft, forged document, bogus instrument, etc. . . . Once tendered, the debt is discharged. Period.

3. Refusal to accept is discharge of debt. See **UCC § 3-603. TENDER OF PAYMENT.(b) If tender of payment of an obligation to pay an instrument is made to a person entitled to enforce the instrument and the tender is refused, there is discharge, to the extent of the amount of the tender, of the obligation of an endorser or accommodation party having a right of recourse with respect to the obligation to which the tender relates.**

4. A "Bill of exchange" will be monetized / discounted by the Federal Reserve for any of its member banks or any individual, partnership, or corporation. See **USC TITLE 12 > CHAPTER 3 > SUBCHAPTER IX > § 343• Upon the endorsement of any of its member banks, which shall be deemed a waiver of demand, notice and protest by such bank as to its own endorsement exclusively, any Federal reserve bank may discount notes, drafts, and bills of exchange arising out of actual commercial transactions; that is, notes, drafts, and bills of exchange issued or drawn for agricultural, industrial, or commercial purposes, or the proceeds of which have been used, or are to be used, for such purposes, the Board of Governors of the Federal Reserve System to have the right to determine or define the character of the paper thus eligible for discount, within the meaning of this chapter. Nothing in this chapter contained shall be construed to prohibit such notes, drafts, and bills of exchange, secured by staple agricultural products, or other goods, wares, or merchandise from being eligible for such discount, and the notes, drafts, and bills of exchange of factors issued as such making advances exclusively to producers of staple agricultural products in their raw state shall be eligible for such discount; but such definition shall not include notes, drafts, or bills covering merely investments or issued or drawn for the purpose of carrying or trading in stocks, bonds, or other investment securities, except bonds and notes of the Government of the United States. Notes, drafts, and bills admitted to discount under the terms of this paragraph must have a maturity at the time of discount of not more than ninety days, exclusive of grace.• In unusual and exigent circumstances, the Board of Governors of the Federal Reserve System, by the affirmative vote of not less than five members, may authorize any Federal reserve bank, during such periods as the said board may determine, at rates established in accordance with the provisions of section 357 of this title, to discount for any individual, partnership, or corporation, notes, drafts, and bills of exchange when such notes, drafts, and bills of exchange are indorsed or otherwise secured to the satisfaction of the Federal reserve bank: Provided, That before discounting any such note, draft, or bill of exchange for an individual or a partnership or corporation the Federal reserve bank shall obtain evidence that such individual, partnership, or corporation is unable to secure adequate credit accommodations from other banking institutions. All such discounts for individuals, partnerships, or corporations shall be subject to such limitations, restrictions, and regulations as the Board of Governors of the Federal Reserve System may prescribe.**

| | |
|---|---|
| **Affidavit** | By: _Shawn Talbot Rice_ |
| **NOTARY PUBLIC** | Shawn Talbot Rice, sui juris |
| State of Arizona | Non-resident alien, without the US |
| Maricopa county | All Rights Reserved UCC 1-308 / 1-207 |

Subscribed and sworn before me, a Notary Public, the above signed **Shawn Talbot Rice.**

This day of 28, March , 2010
Notary Public _Vickie L. Gibson_

MY COMMISSION EXPIRES:

Vickie L. Gibson
NOTARY PUBLIC - ARIZONA
MARICOPA COUNTY
My Commission Expires
November 15, 2013



Record Number   APR- 10000000011

Date Published
Online: _____4/1/2010_____

Fee Paid $_NA_____No. of Pages ___01_____

No. of pages not to include Certification page

DO NOT DETATCH THIS CERTIFICATE FROM DOCUMENT

# CERTIFICATE OF PUBLICATION
## In The Form Of An Affidavit

## AMERICA'S PUBLIC RECORD
4848 E. Cactus Rd.
Suite 505 – 201
Scottsdale, Arizona 85254

STATE OF ARIZONA
COUNTY OF MARICOPA

I, Charles Brown, attest that I am authorized as the Keeper of the Record for America's Public Record, in the ordinary course of business, to publish for Public Notice, the record identified as Record Number APR-100000000011 with full consent of the individual or entity that requested same.

I, Charles Brown, further Certify that the document attached to this Certificate is a true, correct complete COPY of the document given to me for publication which is now published at www.AmericasPublicRecord.com for Public Notice, viewing and download. No certification is given or may be implied as to the legality or correctness of the content of the document recorded and published.

For this Certificate to be authentic, it must bear the BLUE Certified Copy Seal, the RED Keepers Seal and wet ink autograph of the Keeper Of The Record.

Each page of the document shall bear the Certified Copy Stamp on the back, right side of the page. Documents not bearing same shall be considered to be unauthorized replications.

By: _____
By: Charles Brown, Keeper Of The Record

SUBSCRIBED AND SWORN TO BEFORE ME ON
March 28, 2010
Vickie L. Gibson
NOTARY PUBLIC

MY COMMISSION EXPIRES _____



Vickie L. Gibson
NOTARY PUBLIC - ARIZONA
MARICOPA COUNTY
My Commission Expires
November 15, 2013



under civilian authority

# One Supreme Court

of the De jure Venue
of the sovereign People of the united States of America
within the original district on the federal circuit assembled under God as

within the Free Republics
and sole lawful authority on the land

| | |
|---|---|
| Arizona republic | ) |
| | )   ss: |
| yavapai county | ) |

**Notification of reservation of rights UCC 1-308/UCC 1-207**

| | |
|---|---|
| PUBLIC | shawn rice aka Shawn Talbot Rice, sui juris |
| THIS IS A PUBLIC COMMUNICATION TO ALL | All rights reserved UCC 1-308 |
| Notice to agents is notice to principles | PO Box 700#81, Ash Fork [86320], Arizona |
| Notice to principles is Notice to Agents | PO Box 700#81, Ash Fork [86320], Arizona |
| Applications to all successors and assigns | PO Box 700#81, Ash Fork [86320], Arizona |
| All are without excuse | Phone: 217-853-5726 (unusable until after this document is recognized, acknowledged and honored) |

Let it be known to all that I, **Shawn Talbot Rice** explicitly reserves all of my rights. **UCC 1-308**, which was formerly **UCC 1-207**.

Further, let all be advised that all actions commenced against me may be in violation of,...

USC TITLE 18 > PARTI > CHAPTER 13 > § 242 Deprivation of rights under color of law
USC TITLE 18 > PARTI > CHAPTER 13 > § 241 Conspiracy against rights

Wherefore all have undeniable knowledge.

**AFFIDAVIT**

Affiant, **Shawn Talbot Rice**, sui juris, a common man of the Sovereign People, does swear and affirm that Affiant has scribed and read the foregoing facts, and in accordance with the best of Affiant's firsthand knowledge and conviction, such are true, correct, complete, and not misleading, the truth, the whole truth, and nothing but the truth.

Signed _Shawn Talbot Rice_  sui juris, This Affidavit is dated today.

Witness: _____    Witness: _____