DANIEL G. BOGDEN
United States Attorney
District of Nevada
L. ERIC JOHNSON
Chief, Organized Crime Strike Force
J. Gregory Damm
Assistant United States Attorney
Organized Crime Strike Force
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6418

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:09-CR-078-JCM-(RJJ) |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | GOVERNMENT'S - 5/20/2010 |
| SAM DAVIS, and ) | DISCOVERY REPORT |
| SHAWN RICE. ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

COMES NOW the United States of America, by and through DANIEL G. BOGDEN, United States Attorney, and J. Gregory Damm, Assistant U.S. Attorney, and hereby submits the following Discovery Report.

On or about May 20, 2010, the government made indexed discovery available to each defendant by way of a DVD dated 5/15/2010.  (*See* Exhibit # 1 - Discovery Index which has been Bates stamped #00000001-00000085).

Discovery to date has now been made available to the defendants in three different formats.  (1) An electronic version of scanned images has been provided to the defendants. (2) Another indexed copy of an electronic version of scanned

images has been provided to each defendant on an individual DVD.  (3) Finally, the hard copies of the original documents and evidence continues to be available to all defendants for inspection and review at the office of the F.B.I.  The government stands ready and available to each defendant, through defense counsel, to address any specific discovery issue.

DATED this 20th day of May, 2010.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/     J. Gregory Damm
_____
J. GREGORY DAMM
Assistant United States Attorney

### Certificate Of Service

I, Elaine Woolery, hereby certify that I am an employee of the United States Department of Justice, and that on this day I served a copy of the following: *GOVERNMENT'S  - 5/20/2010 DISCOVERY REPORT*, upon counsel for all defendants appearing in this matter via the CM/ECF system, by electronically filing said *GOVERNMENT'S  - 5/20/2010 DISCOVERY REPORT* and mailing a copy postage prepaid to Shawn Talbot Rice, P.O. Box 700, #81, Ash Fork, Arizona 86320.

Dated:     May 20, 2009          /s/ Elaine Woolery
                                 Legal Assistant