## Discovery Index
### Tattie Bogies
Sam Davis and Shawn Rice

Discovery Section: TB_ADMIN_1A_

| Begin | End | Description |
|---|---|---|
| 1 | 173 | Chase Bank Records for Acct# 8568 "Liberty-Hill Church" |
| 174 | 303 | Chase Bank Records for Acct# 8795 "The Order of Gershom" |
| 304 | 335 | Chase Bank Records for Acct# 4496 "The Order of Gershom" |
| 336 | 365 | Chase Bank Records for Acct# 4504 "The Order of Gershom" |
| 366 | 397 | Chase Bank Records for Acct# 4512 "The Order of Gershom" |
| 398 | 427 | Chase Bank Records for Acct# 4520 "The Order of Gershom" |
| 428 | 658 | Chase Bank Records for Acct# 4304 "SIMPE" |
| 659 | 661 | Chase SIMPE LTA #4312 Subpoena for bank records including Rice and associated businesses |
| 662 | 665 | Chase SIMPE LTA #4312 Declaration/transmittal letter |
| 666 | 667 | Chase SIMPE LTA #4312 Signature Card |
| 668 | 805 | Chase SIMPE LTA #4312 Statements ended 01/12/2006 - 09/11/2008 and small check front images |
| 806 | 807 | Chase SIMPE LTA #4312 Statements ended 10/10/2008 |
| 808 | 811 | Chase SIMPE LTA #4312 Statements ended 11/13/2008 and small check front images |
| 812 | 815 | Chase SIMPE LTA #4312 Statements ended 12/10/2008 and small check front images |
| 816 | 819 | Chase SIMPE LTA #4312 Statements ended 01/03/2008 and small check front images |
| 820 | 868 | Chase SIMPE LTA #4312 bank records |
| 869 | 870 | The Constitutionalist |
| 871 | 881 | Seminar pamphlets & articles |
| 882 | 889 | We The People articles |
| 890 | 897 | We The People articles |
| 898 | 922 | Freedom Law School Catalog |
| 923 | 924 | We the People Congress App |
| 925 | 925 | MSN Hotmail |
| 926 | 929 | MSN Hotmails |
| 930 | 931 | MSN Hotmail |
| 932 | 935 | MSN Hotmail |
| 936 | 939 | MSN Hotmail (same as 932-935) |
| 940 | 943 | MSN Hotmail & attachment |
| 944 | 946 | MSN Hotmail |
| 947 | 955 | MSN Hotmail |
| 956 | 957 | MSN Hotmail |
| 958 | 961 | MSN Hotmail |
| 962 | 964 | MSN Hotmail |
| 965 | 967 | MSN Hotmail |

# Discovery Index
Tattie Bogies
Sam Davis and Shawn Rice
Discovery Section: TB_ADMIN_1A_

| Begin | End | Description |
|---|---|---|
| 968 | 983 | MSN Hotmail (1-15pgs, 1-1pg) |
| 984 | 985 | MSN Hotmail |
| 986 | 988 | MSN Hotmail |
| 989 | 990 | MSN Hotmail |
| 991 | 1017 | MSN Hotmail (1-w/ 25pg article, 1-no attachment) |
| 1018 | 1019 | MSN Hotmail |
| 1020 | 1023 | MSN Hotmail (Page 3 missing of 5 pg email) |
| 1024 | 1025 | MSN Hotmail |
| 1026 | 1030 | MSN Hotmails (1-3pgs, 1-2pgs) |
| 1031 | 1057 | MSN Hotmail (1 w/ 6pg attmnt, 1-19 pgs) |
| 1058 | 1061 | MSN Hotmail (1 w/ 2pg attmnt, 1- 1pg) |
| 1062 | 1065 | MSN Hotmail (4 pgs) |
| 1066 | 1073 | MSN Hotmail (8 pgs) |
| 1074 | 1080 | MSN Hotmail (7 pgs) |
| 1081 | 1088 | MSN Hotmail (8pgs) |
| 1089 | 1091 | MSN Hotmail (1 w/ 2 pg attmnt) |
| 1092 | 1094 | MSN Hotmail (1 w/ 2pg attmnt) |
| 1095 | 1097 | Misc 3 pg Emails b/t UCE & Davis |
| 1098 | 1125 | 20 pg email, Pages 1-8 of (50 page Email) |
| 1126 | 1127 | 2 page article on IRS Wistleblower |
| 1128 | 1132 | 2Page article, 2 IRS letters to Mr. Mottahedeh |
| 1133 | 1139 | 7 page article - How to Respond to IRS Letters |
| 1140 | 1141 | 2 pages of articles from American Free Press |
| 1142 | 1161 | 20 pages from American Free Press |
| 1162 | 1168 | Mattatall Bus. Card and 7/21/07 Handwritten notes |
| 1169 | 1222 | Liberty Watch Magazine - 54 Pages |
| 1223 | 1246 | Status is Freedom. com - 24 pages |
| 1247 | 1257 | Sovereign Peoples Court website pages -11 pgs |
| 1258 | 1288 | Against the Grain Press website pages - 31 pgs |
| 1289 | 1330 | Freedom to Facsism .com website pages 41 pgs |
| 1331 | 1335 | DMV.APP.STATE.NV website record 5pgs |
| 1336 | 1355 | Records on Villafana, Foot, Rolls, Jouman 20 pgs |
| 1356 | 1379 | Search records - 24 pages |
| 1380 | 1422 | Search Records - 43 pgs |

2:09 cr 00078 HDM RJJ

## Discovery Index
### Tattie Bogies
Sam Davis and Shawn Rice
Discovery Section: TB_ADMIN_1A_

| Begin | End | Description |
|---|---|---|
| 1423 | 1463 | Clark Co Tax / FD-36's - 41 pgs |
| 1464 | 1467 | UCC Financial Acknowledgement 4pgs |
| 1468 | 1481 | Security Agreement |
| 1482 | 1485 | Private Agreement & Collateral List 4pgs |
| 1486 | 1488 | Hold Harmless & Indemnity Agreement |
| 1489 | 1536 | Investigative lead sheet / Accurint / Choice Point |
| 1537 | 1569 | Choice Point / Clark Co Tax / IDW |
| 1570 | 1572 | FBI file photo |
| 1573 | 1574 | Privacy Act Request for Notification & Access |
| 1575 | 1577 | Affidavit of Tax-Exempt Foreign Status - copy - unsigned |
| 1578 | 1583 | Removing Liens & Levies by Suing IRS -6pgs |
| 1584 | 1593 | 5USC Sec. 3331 US Code / Letter to Deborag Grant / CD-R cover |
| 1594 | 1599 | National Lawmen emails def. of person & Title 26 IRS Code |
| 1600 | 1603 | blank UCC Financing Statement form / NRS Chapter 104 - UCC |
| 1604 | 1614 | Global Outlook Article / 911weknow.com article |
| 1615 | 1617 | Opt Out (interest indicator for speaker Terry-Lee) |
| 1618 | 1621 | Intensive Republic Symposium (4/27-29/07) |
| 1622 | 1624 | When and How to Respond to IRS Letters |
| 1625 | 1629 | Article- IRS Whistleblower Aquitted of Tax Fraud Charges |
| 1630 | 1631 | 4/14/07 @ San Diego State Univ. A Citizens' Grand Jury |
| 1632 | 1635 | Outline - A Citizens' Grand Jury |
| 1636 | 1637 | Private Bond For Set Off (7/16/07) for Certificate of Live Birth |
| 1638 | 1639 | Call's Nevada Lawman Committee Busines card / List of Contacts |
| 1640 | 1649 | Direct Challenge to Personal Authority / Asking IRS For A Verified... |
| 1650 | 1656 | Sample letter to IRS re. Criminal Complaint |
| 1657 | 1672 | Uniform Federal Lien Registration Act |
| 1673 | 1678 | Where is the Outrage- Consider the powers of the Patriot Act |
| 1679 | 1683 | Opinion Letter re IRS seizures and levies |
| 1684 | 1685 | Intro to The Constitution - Michael Badnarik |
| 1686 | 1695 | Solutions in Commerce seminar reg info |
| 1696 | 1698 | Oath Purgatory - blank form /Signed Truth Affidavit for ID -Wiedenkeller |
| 1699 | 1707 | The Next Terrorist Attack/ The Winning Edge Seminar/Live,Free,Now.org |
| 1708 | 1717 | The Asset Protection Group / Bus card Jack Wright - The Wright Group |
| 1718 | 1722 | The Asset Protection Group - Why You need Asset Protection... |

## Discovery Index
Tattie Bogies
Sam Davis and Shawn Rice
Discovery Section: TB_ADMIN_1A_

| Begin | End | Description |
|---|---|---|
| 1723 | 1730 | The Asset Protection Group - Cut Taxes |
| 1731 | 1734 | The Ultimate Asset Protection & Financial Privacy System |
| 1735 | 1746 | Newsweek (12/15/03) Article - Lawsuit Hell |
| 1747 | 1768 | Jack & Margy Flynn 2 Day Seminar Info |
| 1769 | 1773 | Article- Proof of IRS Fraud in Lien & Levy |
| 1774 | 1783 | Sam Davis Handout - What is it All About? |
| 1784 | 1795 | Constitutional Challenges to Courts |
| 1796 | 1798 | List of Email addresses - Nevada Lawmen 1/22/06 |
| 1799 | 1875 | Emails from Harold Call to Lawmen 11/15-28/06 |
| 1876 | 1904 | 11/29/06 meeting handouts to Lawmen from Jan Lindsey |
| 1905 | 1933 | Lawmen emails / copy of court case USA v. Conces |
| 1934 | 1958 | Sam Davis handouts- |
| 1959 | 1961 | Form UCC 11 |
| 1962 | 2038 | Handouts -court transcripts of USA V. Reynoso |
| 2039 | 2050 | Form SA 101202 / 26 USC / N.R.S. Chapt 104 |
| 2051 | 2053 | 2/1/08 FBI Letter to NV Sec. of State & 2/5/08 Response |
| 2054 | 2057 | 2/5/08 NV Sec. of State Records |
| 2058 | 2069 | 2/5/08 NV Sec. of State Records - re Wm Reed |
| 2070 | 2075 | 2/5/08 NV Sec. of State Records - re Power Technique Inc. |
| 2076 | 2231 | IOA lead sheet- Accurint/ Choicepoint/ Clark Co Tax Ass. |
| 2232 | 2395 | IOA lead sheet- Accurint/ Choicepoint/IDW Paper scam article |
| 2396 | 2433 | Accurint/Choicepoint/ Clark Co. |
| 2434 | 2449 | Fed Tax Lien documents |
| 2450 | 2452 | 1/17/08 Contactus email -interest in LV Sovereign Meeting |
| 2453 | 2466 | ARC search records on Davis |
| 2467 | 2468 | 3/14/08 USPS mail label |
| 2469 | 2472 | Coupn/order info/forms for therapeutic insoles |
| 2473 | 2476 | Same as above 2469-2472 |
| 2477 | 2478 | 2/23/08 Letter to Lawmen with attached IRS letter to Leonard Ray |
| 2479 | 2480 | 2/24/08 Letter to Lawmen- subject Rallies coming up soon |
| 2481 | 2482 | 2/28/08 Letter to Lawmen- subject Mormon Mafia |
| 2483 | 2522 | The Westerner blogspot/ NCIC |
| 2523 | 2524 | 3/1/08 Letter to Lawmen- subject Mormon-Mafia picketing cancelled |
| 2525 | 2548 | 7/29-30/06 Seminar info/ UCC Redemption process |

# Discovery Index

Tattie Bogies
Sam Davis and Shawn Rice
Discovery Section: TB_ADMIN_1A_

| Begin | End | Description |
|---|---|---|
| 2549 | 2574 | 7/29-30/06 Seminar info/ UCC Redemption process |
| 2575 | 2577 | 3/31/2008 |
| 2578 | 2580 | NV S.O.S. - Good Stewards Investments |
| 2581 | 2587 | NV S.O.S. - Good Stewards Investments |
| 2588 | 2590 | NV S.O.S. - Majestic Carpets LTD, Inc. |
| 2591 | 2594 | NV S.O.S. - VLM Associates, Inc. |
| 2595 | 2597 | NV S.O.S. - Palida, Inc. |
| 2598 | 2599 | NV S.O.S. - Coordination Technology, Inc. |
| 2600 | 2611 | Davis vs Quality Loan Corp |
| 2612 | 2612 | E-mail string between Davis and UCE |
| 2613 | 2615 | E-mail string between Davis and UCE |
| 2618 | 2620 | handout describing Sovereign philosophy on taxes and wages |
| 2621 | 2622 | promissory note packet |
| 2623 | 2626 | bond, power of attorney, and letter of credit documents |
| 2627 | 2628 | driver record for Charles Edward Atwell |
| 2629 | 2630 | driver record for Wallace Lindsey Howell |
| 2631 | 2646 | Tax return documents for a Bruno Schmidt |
| 2647 | 2650 | surveillance log 3/26/08 - 3/28/008 |
| 2651 | 2653 | surveillance log 3/25/08 - 3/26/08 |
| 2654 | 2656 | CD of surveillance in Boise 3/23/08 |
| 2657 | 2658 | US Airways baggage tags for Bobbi Davis |
| 2659 | 2661 | surveillance log/notes for 4/4/08 |
| 2662 | 2663 | surveillance log/notes for 4/5/08 |
| 2664 | 2669 | |
| 2670 | 2672 | online transaction reports for B of A incoming wire transfers, 5/08 |
| 2673 | 2674 | online transaction reports for B of A wire transfers, 5/08 |
| 2675 | 2676 | B of A transfer of funds request for Henry Plum |
| 2677 | 2677 | surveillance log/notes for 5/15/09 |
| 2678 | 2690 | surveillance log/notes for 4/30/08 |
| 2691 | 2694 | surveillance log/notes for 5/16/08 |
| 2695 | 2695 | certificate of foreign status for tax withholding |
| 2696 | 2712 | petition to enforce IRS summons |
| 2713 | 2728 | information packet on Sovereign evnts and Ron Paul infor,ation |
| 2729 | 2764 | promissory note packet with informational flyers inserted |

# Discovery Index
Tattie Bogies
Sam Davis and Shawn Rice
Discovery Section: TB_ADMIN_1A_

| Begin | End | Description |
|---|---|---|
| 2765 | 2768 | |
| 2769 | 2800 | various tax forms and instructions |
| 2801 | 2802 | |
| 2803 | 2811 | line of credit agreement |
| 2812 | 2821 | line of credit agreement |
| 2822 | 2831 | copies of Constitution, Decl. of Indepen., Mayflower Compact, etc |
| 2832 | 2833 | Photo from 5/17/08 Meeting @ 4775 Quality Court |
| 2834 | 2835 | |
| 2836 | 2837 | |
| 2838 | 2843 | |
| 2844 | 2848 | instructions and information on what to do in court |
| 2849 | 2855 | Information distributed via E-mail on 5/08-6/08 |
| 2856 | 2857 | |
| 2858 | 2859 | |
| 2860 | 2861 | |
| 2862 | 2874 | Sovereign instructions on what to do in court |
| 2875 | 2880 | UCE's Affidavit from Sovereign Court |
| 2881 | 2885 | UCE's Affidavit from sovereign court |
| 2886 | 2890 | UCE's Affidavit from sovereign court |
| 2891 | 2892 | Sovereign instructions on what to do in court |
| 2893 | 2897 | US Treasury Dept. Documents |
| 2898 | 2900 | correspondence referencing the income tax code |
| 2901 | 2906 | documents espousing Sovereign legal theories |
| 2907 | 2908 | copy of CFRs, Title 27, Part 70 |
| 2909 | 2914 | Letter from Social Security |
| 2915 | 1916 | copy of cff |
| 2917 | 2919 | Handout regarding attorneys, court, and the bar |
| 2920 | 2921 | Instructions on how to respond to IRS summons |
| 2922 | 2924 | tax lien info |
| 2925 | 2927 | Diversified Metals Court documents for the district court of Idaho |
| 2928 | 2930 | letter regarding tax matters |
| 2931 | 2932 | leter from Treasury Dept. regarding tax issues |
| 2933 | 2939 | surveillance log/notes for 5/17/08 |
| 2940 | 2944 | surveillance log/notes for 5/18/08 |

## Discovery Index
### Tattie Bogies
Sam Davis and Shawn Rice

Discovery Section: TB_ADMIN_1A_

| Begin | End | Description |
|---|---|---|
| 2945 | 2946 | surveillance log/notes for 6/4/08 |
| 2947 | 2947 | Note from Rice depicting Code to use for communicating 11/14/08 |
| 2948 | 2949 | UCE Notes from 11/14/08 weekend |
| 2950 | 2950 | Hand written GJ-1A-224 |
| 2951 | 2953 | Priority Mail sent from Lynda Wall to UCE |
| 2954 | 2967 | Instructions to UCE for mailing/completing Sovereign documents |
| 2968 | 2989 | Dec. of Sov. Peoples Court, US Sec. of Treasury |
| 2990 | 3011 | Dec. of Sov. Peoples Court, US Sec. of State |
| 3012 | 3033 | Dec. of Sov. Peoples Court, US Sec. of Treasury |
| 3034 | 3055 | From Sov. Peoples Court, US Attorney General |
| 3056 | 3077 | From Sov. Peoples Court, Sec. of treasury Puerto Rico |
| 3078 | 3088 | Dec. of Sov. From Sov. Peoples Court |
| 3089 | 3104 | Dec. of Sov. From Sov. Peoples Court |
| 3105 | 3110 | Dec. of Sov. From Sov. Peoples Court |
| 3111 | 3112 | Calif. Document certification, blank |
| 3113 | 3117 | Dec. of Sov. From Sov. Peoples Court |
| 3118 | 3123 | Dec. of Sov. From Sov. Peoples Court |
| 3124 | 3128 | Dec. of Sov. From Sov. Peoples Court |
| 3129 | 3132 | Dec. of Sov. From Sov. Peoples Court |
| 3133 | 3136 | Dec. of Sov. From Sov. Peoples Court |
| 3137 | 3140 | Dec. of Sov. From Sov. Peoples Court |
| 3141 | 3146 | Dec. of Sov. From Sov. Peoples Court |
| 3147 | 3151 | Dec. of Sov. From Sov. Peoples Court |
| 3152 | 3157 | Dec. of Sov. From Sov. Peoples Court |
| 3158 | 3290 | Analyst database searches on Mattatall |
| 3291 | 3292 | transfer of funds for $750 for auto-sears |
| 3293 | 3294 | E-mail string between Robinson and Rice |
| 3295 | 3305 | Accurint/Lexis Nexis search data on Mitchell |
| 3306 | 3325 | Lexis/Nexis Report on Kristen Rice |
| 3326 | 3341 | Accurint database report on Kristen Mitchell |
| 3342 | 3350 | Rice's Seminar Outline from website |
| 3351 | 3353 | Accurint database printout for Rice |
| 3354 | 3355 | Accurint database printout |
| 3356 | 3366 | Accurint database printout for Rice |

## Discovery Index
### Tattie Bogies
Sam Davis and Shawn Rice
Discovery Section: TB_ADMIN_1A_

| Begin | End | Description |
|---|---|---|
| 3367 | 3389 | Lexis/Nexis Report on Rice |
| 3390 | 3398 | Accurint database printout for Rice |
| 3399 | 3409 | Lexis/Nexis Report on Rice |
| 3410 | 3414 | Lexis/Nexis Report on Shawn and Kristen Rice |
| 3415 | 3416 | Lexis/Nexis Report on Simpe |
| 3417 | 3444 | Lexis/Nexis Report on Liberty Hill Church/Shawn Talbot Rice |
| 3445 | 3450 | Lexis/Nexis Report on Simpe |
| 3451 | 3457 | Lexis/Nexis Report on Simpe |
| 3458 | 3466 | Historical database report printout Shawn Rice |
| 3467 | 3470 | Lexis/Nexis Report on Wendy Druse AKA Wendy Rice |
| 3471 | 3472 | Open source database report on Rice association w/Terrance Payne |
| 3473 | 3475 | Lexis/Nexis Report on 14492 Holt Ave, Tustin, CA |
| 3476 | 3477 | Lexis/Nexis Report on 1810 W. Northern Ave, Phoenix, AZ |
| 3478 | 3481 | Lexis/Nexis Report on PO Box 700, Ash Fork, AZ |
| 3482 | 3484 | Lexis/Nexis Report on 1651 E. Tyson, Chandler, AZ |
| 3485 | 3488 | Lexis/Nexis Report on Rice |
| 3489 | 3493 | Lexis/Nexis Report on Simpe |
| 3494 | 3497 | Lexis/Nexis Report on VHQ Interface |
| 3498 | 3499 | Lexis/Nexis Report on VHQ Interface |
| 3500 | 3501 | Lexis/Nexis Report on Terrance Lee Payne |
| 3502 | 3507 | open source database report on SIMPE |
| 3508 | 3510 | Lexis/Nexis Report on SIMPE |
| 3511 | 3513 | Lexis/Nexis Report on Shawn Rice |
| 3514 | 3515 | open source database report on Liberty Hill Church |
| 3516 | 3518 | Lexis/Nexis Report on Shawn Rice |
| 3519 | 3520 | Lexis/Nexis Report on Shawn Rice |
| 3521 | 3522 | open source database report on Liberty Hill Church |
| 3523 | 3527 | Lexis/Nexis Report on Liberty Hill Church |
| 3528 | 3531 | Lexis/Nexis Report on SIMPE |
| 3532 | 3535 | Lexis/Nexis Report on Shawn Rice |
| 3536 | 3556 | Lexis/Nexis Report on Liberty Hill Church |
| 3557 | 3567 | Lexis/Nexis Report on Shawn Rice |
| 3568 | 3571 | Resume for Shawn Rice |
| 3572 | 3609 | Accurint database report on Shawn Rice |

# Discovery Index
## Tattie Bogies
Sam Davis and Shawn Rice
Discovery Section: TB_ADMIN_1A_

| Begin | End | Description |
|---|---|---|
| 3610 | 3612 | Accurint database report on Wendy Druce aka Wendy Markham Rice |
| 3613 | 3613 | Hand-written notes |
| 3614 | 3638 | Lexis/Nexus Report on Wendy Markham AKA Wendy Rice |
| 3639 | 3642 | Resume for Shawn Rice |
| 3643 | 3653 | Database checks on Shawn Rice |
| 3654 | 5663 | Database checks on Shawn Rice |
| 3664 | 3667 | Database checks on Shawn Rice |
| 3668 | 3724 | Database checks on Shawn Rice |
| 3725 | 3726 | Database checks on Shawn Rice |
| 3727 | 3728 | Database checks on Shawn Rice |
| 3729 | 3733 | Database checks on Shawn Rice |
| 3734 | 3737 | Database checks on Shawn Rice |
| 3738 | 3745 | Database checks on Shawn Rice |
| 3746 | 3748 | Database checks on Shawn Rice |
| 3749 | 3756 | Database checks on Shawn Rice |
| 3757 | 3758 | Database checks on Shawn Rice |
| 3759 | 3761 | Database checks on Shawn Rice |
| 3762 | 3763 | Database checks on Shawn Rice |
| 3764 | 3769 | Database checks on Shawn Rice |
| 3770 | 3779 | US Passport documents on Kristin Leone Rice |
| 3780 | 3781 | US Passport Documents on Shawn Rice |
| 3782 | 3785 | Copies of Surveillance Photos |
| 3786 | 3788 | Photo Log on 9/11/08 7 metal items & AR-15 Conversion Booklet |
| 3789 | 3802 | Sketch and Photo Log of 4775 Quality Court 3/5/09 |
| 3803 | 3865 | Documents in Davis' possession 3/5/09 at time of arrest |
| 3866 | 3866 | E-mail JABS transactions for Samuel Davis 3/5/09 |
| 3867 | 3872 | Photo Log on 3/5/09 of Rice's Property |
| 3873 | 3893 | Photo Log on 3/5/09 of Call's Residence |
| 3894 | 3895 | LVMPD Report Firearms Safekeeping 3/5/09 |
| 3896 | 3897 | Sketch of 8208 Gunther Circle, Las Vegas, NV 3/5/09 |
| 3898 | 3908 | Notes and ATF Report regarding Call's Arrest/Interview 3/5/09 |
| 3909 | 4141 | Contents of Rice's briefcase at time of arrest 3/5/09 |
| 4142 | 4143 | Receipt for Evidence dated 3/16/09 received from Phoenix |
| 4144 | 4153 | Sovereign Peoples Court Web-page on 3/19/09 |

# Discovery Index
## Tattie Bogies
Sam Davis and Shawn Rice
Discovery Section: TB_ADMIN_1A_

| Begin | End | Description |
|---|---|---|
| 4154 | 4155 | GJ Subpoena for Equifax |
| 4156 | 4161 | GJ Subpoena for Equifax Service |
| 4162 | 4175 | GJ Subpoena for Equifax returned w/data |
| 4176 | 4179 | Correspondence from Equifax to Samuel L. Davis |
| 4180 | 4187 | GJ Subpoena for Experian returned w/data |
| 4188 | 4190 | GJ Subpoena for Experian Service |
| 4191 | 4193 | Experian Report on Sam L Davis on 3/22/2007 |
| 4194 | 4197 | Experian Report on Samuela Villafana 3/22/2007 |
| 4198 | 4206 | GJ Subpoena for TransUnion |
| 4207 | 4208 | GJ Subpoena for JPMorgan Chase Bank |
| 4209 | 4417 | GJ Subpoena for JPMorgan Chase Bank returned w/data |
| 4418 | 4423 | GJ Subpoena for HSBC |
| 4424 | 4470 | GJ Subpoena for Bank of America returned w/data |
| 4471 | 4496 | Business Proposal by Davis for Storage facility (1A48) |
| 4497 | 4502 | GJ Subpoena to Alltell |
| 4503 | 4504 | Handout provided by Lindsey at the Lawmen meeting 11/29/06 |
| 4505 | 4515 | Handout from Citizen's of the American Constitution(Jack & Margy Flynn |
| 4516 | 4530 | Handouts of E-mails from Call & Lindsey |
| 4531 | 4538 | Emails to Lawmen Members 11/15/06 to 11/28/06 |
| 4539 | 4541 | Email to Call handed out to Lawmen Members |
| 4542 | 4545 | Emails to Lawmen Members |
| 4546 | 4555 | Emails to Lawmen Members |
| 4556 | 4577 | Email to Lawmen Members |
| 4578 | 4578 | Email to Lawmen Members |
| 4579 | 4579 | Email from Steve Murphy |
| 4580 | 4586 | Emails to Lawmen Members |
| 4587 | 4594 | Emails to Lawmen Members |
| 4595 | 4604 | Emails to Lawmen Members |
| 4605 | 4610 | GJ Supoena to Quest Communication returned w/data |
| 4611 | 4689 | Emails from Villafana to UCE |
| 4690 | 4690 | Hand written GJ-1A-62 |
| 4691 | 4801 | Emails from Davis to UCE |
| 4802 | 4802 | Hand written GJ-1A064 |
| 4803 | 4806 | GJ Subpoena for Nevada State Bank returned w/data |

# Discovery Index
Tattie Bogies
Sam Davis and Shawn Rice
Discovery Section: TB_ADMIN_1A_

| Begin | End | Description |
|---|---|---|
| 4807 | 4807 | Hand written GJ-1A65 |
| 4808 | 4818 | Notes from 11/4 -11/5/06 SPC Meeting (Jack & Margy Flynn) |
| 4819 | 4843 | Handouts from 11/4 -11/5/06 SPC Meeting (Jack & Margy Flynn) |
| 4844 | 4844 | Hand written GJ-1A067 |
| 4845 | 4894 | Copies of the Americans Bulletin (sovereign publication) |
| 4895 | 4895 | Hand written GJ-1A068 |
| 4896 | 4930 | GJ Subpoena to Key Bank returned w/data |
| 4931 | 4931 | Hand written GJ-1A070 |
| 4932 | 5020 | GJ Subpoena to HSBC Bank Nevada returned w/data |
| 5021 | 5058 | GJ Subpoena to HSBC Bank Nevada returned w/data |
| 5059 | 5061 | UCE Notes from 3/25/07 |
| 5062 | 5066 | GJ Subpoena to Bank of Nevada returned w/data |
| 5067 | 5074 | UCE Notes from 5/19 - 5/20/07 |

# Discovery Index
## Tattie Bogies
Sam Davis and Shawn Rice
Discovery Section: TB_ADMIN_1C_

| Begin | End | Description |
|---|---|---|
| 1 | 2 | BMFT Subpoena 07-2-492 04/01/2008 to approx 05/07/2008 |
| 3 | 3 | BMFT #1001, $1,500 to SMI |
| 4 | 6 | BMFT Subpoena 07-2-671 05/07/2008 to approx 11/07/2008 |
| 7 | 9 | BMFT WF Declaration for 07-2-671 including direct pay information for 08/19/2008 $30,000; 09/03/2008, $25,000; 09/08/2008 $25,000 to Raju Mahoud's account 50100436112 "Infinity Global Investment Trust" |
| 10 | 11 | BMFT Letter to WF requesting missing items/information 12/01/2008 |
| 12 | 16 | BMFT WF return with subpoena 07-2-671 and declaration |
| 17 | 19 | BMFT Statement 05/07/2008 redacted |
| 20 | 22 | BMFT Statement 06/06/2008 |
| 23 | 25 | BMFT Statement 07/08/2008 |
| 26 | 28 | BMFT Statement 08/07/2008 |
| 29 | 31 | BMFT Statement 09/08/2008 |
| 32 | 33 | BMFT Statement 10/07/2008 |
| 34 | 34 | BMFT temporary check to SMI $2,000 05/09/2008 |
| 35 | 35 | BMFT check 1002 |
| 36 | 36 | BMFT WT to Mahoud acct 1121 $18,000 05/08/08 |
| 37 | 37 | BMFT WT to Mahoud acct 1121 $25,000 05/12/08 |
| 38 | 38 | BMFT WT to Mahoud acct 1121 $32,000 05/16/08 |
| 39 | 39 | BMFT WT to Mahoud acct 1121 $20,000 05/29/08 |
| 40 | 40 | BMFT WT to Mahoud acct 1121 $5,000 06/03/08 |
| 41 | 41 | BMFT WT to Mahoud acct 1121 $35,000 06/13/08 |
| 42 | 42 | BMFT WT to Mahoud acct 1121 $45,000 06/25/08 |
| 43 | 43 | BMFT WT to Mahoud acct 1121 $40,000 06/30/08 |
| 44 | 44 | BMFT WT to Mahoud acct 1121 $45,000 07/07/08 |
| 45 | 45 | BMFT WT to Mahoud acct 1121 $60,000 07/15/08 |
| 46 | 46 | BMFT WT to Mahoud acct 1121 $65,000 07/18/08 |
| 47 | 47 | BMFT WT to Mahoud acct 1121 $30,000 07/29/08 |
| 48 | 48 | BMFT WT from Antonelli acct 1147 $30,000 05/09/2008 |
| 49 | 49 | BMFT WT from Antonelli acct 1147 $25,000 05/14/2008 |
| 50 | 50 | BMFT WT from Antonelli acct 1147 $25,000 05/22/2008 |
| 51 | 51 | BMFT WT from Antonelli acct 1147 $25,000 05/30/2008 |
| 52 | 52 | BMFT WT from Antonelli acct 1147 $50,000 06/18/2008 |

*Discovery Index*
Tattie Bogies
Sam Davis and Shawn Rice
Discovery Section: TB_ADMIN_1C_

| Begin | End | Description |
|---|---|---|
| 53 | 53 | BMFT WT from Antonelli acct 1147 $50,000 06/26/2008 |
| 54 | 54 | BMFT WT from Antonelli acct 1147 $50,000 06/30/2008 |
| 55 | 55 | BMFT WT from Antonelli acct 1147 $70,000 07/11/2008 |
| 56 | 56 | BMFT WT from Antonelli acct 1147 $50,000 07/16/2008 |
| 57 | 57 | BMFT WT from Antonelli acct 1147 $75,000 07/23/2008 |
| 58 | 58 | BMFT WT from Antonelli acct 1147 $50,000 08/01/2008 |
| 59 | 59 | BMFT WT from Antonelli acct 1147 $25,000 08/07/2008 |
| 60 | 60 | WF envelope transmitting documents |
| 61 | 65 | BMFT WF facsimile cover sheet, declaration, identification of WF Direct Pay for 08/19/2008 $30,000; 09/03/2008 $25,000; 09/08/2008 $25,000; and check 1001 for $1,500 payable to SMI 05/02/2008 |
| 66 | 75 | BMFT WF facsimile cover sheet, declaration, identification of WF Direct Pay for 08/19/2008 $30,000; 09/03/2008 $25,000; 09/08/2008 $25,000; and check 1001 for $1,500 payable to SMI 05/02/2008 |
| 76 | 76 | BMFT transmittal envelope from WF |
| 77 | 81 | BMFT WF Subpoena 07-2-599, Declaration, 09/03/2008 - 09/08/08 online transfer declaration stating credits/debits source SMI acct 9375 |
| 82 | 86 | BMFT account application and signature card |
| 87 | 89 | BMFT Statement 09/08/2008 redacted |
| 90 | 91 | BMFT WF subpoena 07-2-492 (missing pages) |
| 92 | 92 | BMFT transmittal envelope from WF |
| 93 | 94 | BMFT declaration |
| 95 | 100 | BMFT signature card, application, identification |
| 101 | 103 | BMFT Statement 05/07/2008 |
| 104 | 104 | BMFT WT from Antonelli acct 1147 $20,000 04/30/2008 |
| 105 | 105 | BMFT WT return due to name mismatch $12,000 05/01/2008 (credit back to BMFT) |
| 106 | 106 | BMFT WT from Antonelli acct 1147 $20,000 05/06/2008 |
| 107 | 107 | BMFT WT from Antonelli acct 1147 $30,000 05/09/2008 |
| 108 | 108 | BMFT WT from Antonelli acct 1147 $30,000 05/14/2008 |
| 109 | 109 | BMFT WT from Antonelli acct 1147 $25,000 05/22/2008 |
| 110 | 110 | BMFT WT to Infinity Global Investment acct 1121 $12,000 05/01/2008 (acct 1121 is mahoud's account and WT returned see 105) |
| 111 | 111 | BMFT WT to Mahoud acct 1121 $15,000 05/08/2008 |
| 112 | 112 | BMFT WT to Mahoud acct 1121 $18,000 05/08/2008 |
| 113 | 113 | BMFT WT to Mahoud acct 1121 $25,000 05/12/2008 |
| 114 | 114 | BMFT WT to Mahoud acct 1121 $32,000 05/16/2008 |

## Discovery Index
### Tattie Bogies
Sam Davis and Shawn Rice
Discovery Section: TB_ADMIN_1C_

| Begin | End | Description |
|---|---|---|
| 115 | 116 | SMI WF subpoena 07-1-1097 for SMI, Davis, acct 9375 01/01/2006 - approx 06/2008 |
| 117 | 118 | WF Declaration unknown subpoena or records (WF ref 1198173) |
| 119 | 125 | SMI WF acct 8264 account application and signature cards |
| 126 | 126 | SMI WF from Select Business Services $5,000 09/21/2006 |
| 127 | 127 | SMI WT to Salt Covenant Ministries $2,300 12/19/2006 |
| 128 | 128 | SMI WT from FCTLP $10,000 01/16/2007 |
| 129 | 129 | SMI WT from Icegold $2,330 01/30/2007 |
| 130 | 130 | SMI WT from CIT $20,000 09/05/2007 |
| 131 | 131 | SMI WT from CIT $5,000 10/15/2007 |
| 132 | 132 | SMI WT to CIT $75,000 12/07/2007 |
| 133 | 133 | SMI WT from CIT $20,000 01/04/2008 |
| 134 | 134 | SMI WT from CIT $5,000 01/15/2008 |
| 135 | 135 | SMI WT from CIT $15,000 01/17/2008 |
| 136 | 136 | SMI WT from CIT $5,000 01/24/2008 |
| 137 | 137 | SMI WT from CTLP $5,000 01/31/2008 |
| 138 | 138 | SMI WT from CTLP $5,000 02/01/2008 |
| 139 | 139 | SMI WT from CTLP $5,000 02/07/2008 |
| 140 | 140 | SMI WT from CIT $3,000 02/08/2008 |
| 141 | 141 | SMI WT from CTLP $6,000 02/15/2008 |
| 142 | 142 | SMI WT from CTLP $10,000 02/20/2008 |
| 143 | 143 | SMI WT from CIT $5,000 03/07/2008 |
| 144 | 144 | SMI WT from CTLP $5,000 03/14/2008 |
| 145 | 145 | SMI WT from CTLP $5,000 03/24/2008 |
| 146 | 146 | SMI WT from CIT $5,000 03/25/2008 |
| 147 | 147 | SMI WT from CTLP $10,000 04/02/2008 |
| 148 | 148 | SMI WT from CTLP $5,000 04/04/2008 |
| 149 | 149 | SMI WT from Antonelli, $10,000 04/11/2008 First Utah Bank acct 4697 |
| 150 | 187 | SMI Misc Deposits |
| 188 | 211 | SMI Misc Deposits possibly 8264 |
| 212 | 244 | SMI misc checks |
| 245 | 247 | SMI misc checks |
| 248 | 277 | SMI account information printout |
| 278 | 345 | SMI 8264 statements 01/17/2006 - 10/16/2006 |

# Discovery Index
## Tattie Bogies
Sam Davis and Shawn Rice
Discovery Section: TB_ADMIN_1C_

| Begin | End | Description |
|---|---|---|
| 346 | 349 | SMI statement 09/30/2006 |
| 350 | 359 | SMI statement 10/31/2006 |
| 360 | 370 | SMI statement 11/30/2006 |
| 371 | 383 | SMI statement 12/31/2006 |
| 384 | 397 | SMI statement 01/31/2007 |
| 398 | 410 | SMI statement 02/28/2007 |
| 411 | 424 | SMI statement 03/31/2007 |
| 425 | 441 | SMI statement 04/30/2007 |
| 442 | 454 | SMI statement 05/31/2007 |
| 455 | 470 | SMI statement 06/30/2007 |
| 471 | 480 | SMI statement 07/31/2007 |
| 481 | 491 | SMI statement 08/31/2007 |
| 492 | 500 | SMI statement 09/30/2007 Missing p1 |
| 501 | 510 | SMI statement 10/31/2007 |
| 511 | 521 | SMI statement 11/30/2007 |
| 522 | 536 | SMI statement 12/31/2007 |
| 537 | 550 | SMI statement 01/31/2008 |
| 551 | 562 | SMI statement 02/29/2008 |
| 563 | 578 | SMI statement 03/31/2008 |
| 579 | 589 | SMI statement 04/30/2008 |
| 590 | 599 | SMI statement 05/31/2008 redacted |
| 600 | 600 | WF mailing envelope |
| 601 | 605 | SMI WF Subpoena 07-2-596 04/01/2008 to approx 09/2008 250-2159375, declaration |
| 606 | 612 | SMI WF Subpoena 03/01/2008 to approx 09/2008, acc 250-2159375 & 8096028264 declaration, cash transactions |
| 613 | 628 | SMI statement 03/01/2008 redacted |
| 629 | 639 | SMI statement 04/30/2008 |
| 640 | 650 | SMI statement 05/31/2008 |
| 651 | 660 | SMI statement 06/30/2008 |
| 661 | 676 | SMI statement 07/31/2008 |
| 677 | 689 | SMI statement 08/31/2008 |
| 690 | 700 | SMI statement 09/30/2008 Redacted |
| 701 | 753 | SMI misc checks and withdrawals |

## Discovery Index
### Tattie Bogies
Sam Davis and Shawn Rice
Discovery Section: TB_ADMIN_1C_

| Begin | End | Description |
|---|---|---|
| 754 | 776 | SMI misc deposits |
| 777 | 777 | SMI deposit from BMFT check 1001 $1,500 05/02/2008 |
| 778 | 778 | SMI misc deposit document |
| 779 | 779 | SMI deposit from BMFT temporary check $2,000 05/09/2008 |
| 780 | 796 | SMI misc deposits |
| 797 | 797 | SMI WT from CIT $5,000 03/07/2008 |
| 798 | 798 | SMI WT from CTLP $5,000 03/14/2008 |
| 799 | 799 | SMI WT from CTLP $5,000 03/24/2008 |
| 800 | 800 | SMI WT from CIT $5,000 03/25/2008 |
| 801 | 801 | SMI WT from CTLP $10,000 04/02/2008 |
| 802 | 802 | SMI WT from CTLP $5,000 04/04/2008 |
| 803 | 803 | SMI WT from Antonelli 4697 $10,000 04/11/2008 |
| 804 | 804 | SMI WT from CCDN $35,000 05/12/2008 |
| 805 | 805 | SMI WT to Karla Stanford $8,000 05/14/2008 |
| 806 | 806 | SMI WT to Karla Stanford $7,000 05/21/2008 |
| 807 | 807 | SMI WT from CIT $10,000 05/30/2008 |
| 808 | 808 | SMI WT from CIT $9,943.25 06/11/2008 |
| 809 | 809 | SMI WT from CIT $10,000 08/19/2008 |
| 810 | 810 | SMI WT from CIT $4,980 08/21/2008 |
| 811 | 811 | SMI WT from CCDN $30,000 09/03/2008 |
| 812 | 822 | SMI statement 04/30/2008 |
| 823 | 833 | SMI statement 05/31/2008 |
| 834 | 843 | SMI statement 06/30/2008 |
| 844 | 859 | SMI statement 07/31/2008 |
| 860 | 872 | SMI statement 08/31/2008 |
| 873 | 873 | SMI WT to Karla Stanford $8,000 05/14/2008 |
| 874 | 874 | SMI WT to Karla Stanford $7,000 05/21/2008 |
| 875 | 875 | SMI WT from CTLP $10,000 04/02/2008 |
| 876 | 876 | SMI WT from CTLP $5,000 04/04/2008 |
| 877 | 877 | SMI WT from Antonelli 4697 $10,000 04/11/2008 |
| 878 | 878 | SMI WT from CCDN $35,000 05/12/2008 |
| 879 | 879 | SMI WT from CIT $10,000 05/30/2008 |
| 880 | 880 | SMI WT from CIT $9,943.25 06/11/2008 |

## Discovery Index
Tattie Bogies
Sam Davis and Shawn Rice
Discovery Section: TB_ADMIN_1C_

| Begin | End | Description |
|---|---|---|
| 881 | 880 | SMI WT from CIT $10,000 08/19/2008 |
| 882 | 882 | SMI WT from CIT $4,980 08/21/2008 |
| 883 | 883 | SMI WT from CCDN $30,000 09/03/2008 |
| 884 | 912 | SMI misc checks |
| 913 | 916 | SMI misc deposit |
| 917 | 917 | SMI deposit from BMFT 5202 Check 1001 $1,500 05/02/2008 |
| 918 | 918 | SMI misc withdrawal |
| 919 | 920 | WF mailing envelopes |
| 921 | 921 | WF mailing envelope |
| 922 | 923 | SMI and Hobsons WF subpoena for missing docs with attachment missing 07-2-727 |
| 924 | 925 | SMI & Hobsons WF declaration ref 1215524 |
| 926 | 927 | Hobsons WF Safe Deposit Agreement and Signature Card |
| 928 | 945 | Hobsons Children Trust WF acct 311518997, authority docs, and other documents |
| 946 | 948 | Hobsons Children Trust WF acct 8997 statement 01/23/2008 Redacted |
| 949 | 951 | Hobsons Children Trust WF acct 8997 statement 02/22/2008 |
| 952 | 954 | Hobsons Children Trust WF acct 8997 statement 03/21/2008 |
| 955 | 957 | Hobsons Children Trust WF acct 8997 statement 04/21/2008 |
| 958 | 960 | Hobsons Children Trust WF acct 8997 statement 05/21/2008 |
| 961 | 963 | Hobsons Children Trust WF acct 8997 statement 06/20/2008 |
| 964 | 966 | Hobsons Children Trust WF acct 8997 statement 07/22/2008 |
| 967 | 969 | Hobsons Children Trust WF acct 8997 statement 08/21/2008 |
| 970 | 972 | Hobsons Children Trust WF acct 8997 statement 09/22/2008 |
| 973 | 983 | Hobsons Children Trust WF acct 8997 misc checks |
| 984 | 987 | Hobsons Children Trust WF acct 8997 misc deposits |
| 988 | 989 | Hobsons Children Trust WF acct 8997 misc WT |
| 990 | 997 | SMI WF 9375 Signature cards and other account information |
| 998 | 1011 | SMI WF 9375 statement 01/31/2008 |
| 1012 | 1023 | SMI WF 9375 statement 02/29/2008 |
| 1024 | 1039 | SMI WF 9375 statement 03/31/2008 |

# Discovery Index
Tattie Bogies
Sam Davis and Shawn Rice
Discovery Section: TB_ADMIN_1C_

| Begin | End | Description |
|---|---|---|
| 1040 | 1050 | SMI WF 9375 statement 04/30/2008 |
| 1051 | 1061 | SMI WF 9375 statement 05/31/2008 |
| 1062 | 1071 | SMI WF 9375 statement 06/30/2008 |
| 1072 | 1087 | SMI WF 9375 statement 07/31/2008 |
| 1088 | 1100 | SMI WF 9375 statement 08/31/2008 |
| 1101 | 1111 | SMI WF 9375 statement 09/30/2008 |
| 1112 | 1121 | SMI WF 9375 statement 10/31/2008 |
| 1122 | 1126 | SMI WF 9375 misc backs of transactions |
| 1127 | 1148 | SMI WF 9375 misc transfers |
| 1150 | 1164 | SMI WF 9375 misc withdrawals |
| 1165 | 1406 | SMI WF 9375 misc checks |
| 1407 | 1421 | SMI WF 9375 misc WT |
| 1422 | 1422 | SMI WF 9375 WT from Antonelli $10,000, 04/11/2008 First Utah Bank 4697 |
| 1423 | 1429 | SMI WF 9375 misc WT |
| 1430 | 1430 | SMI WF 9375 Transactions involving cash |
| 1431 | 1567 | SMI WF 9375 deposits and misc credits |
| 1568 | 1574 | Hobsons subpoena 07-2-846 and misc note |
| 1575 | 1647 | Hobsons Children Trust signature cards, statements, WT, check |
| 1648 | 1649 | Union Planters Bank |
| 1650 | 1651 | 2430 Lappin Lane mortgage documents Kristy-Ly Raynard, Regions Bank letter confirming extension re: their ref 28-233495 pdba 2430 Lappin Lane Regions Bank Kristy-Ly Raynard mortgage documents subpoena pdba Union Planters Bank |
| 1652 | 1693 | 2430 Lappin Lane Regions Bank Kristy-Ly Raynard mortgage documents subpoena pdba Union Planters Bank |
| 1694 | 1718 | 2430 Lappin Lane Hobsons unknown if in Raynard subpoena or different one |
| 1719 | 2041 | 2430 Lappin Lane Regions Bank Kristy-Ly Raynard mortgage documents pdba Union Planters Bank |
| 2042 | 2537 | 2430 Lappin Lane Regions Bank Hobson brothers mortgage documents Countrywide (their ref: 2006R01522) |