# *Discovery Index*

Tattie Bogies

Sam Davis and Shawn Rice

Discovery Section: TB_ADMIN_TRANSC

| Begin | End | Description |
|---|---|---|
| 1 | 19 | Hotel meeting w/Davis 9/10/08 |
| 20 | 85 | Shooting excursion w/Call 9/11/08 |
| 86 | 95 | CHS meeting w/Call 9/24/08 |
| 96 | 106 | Telephone calls 9/08-10/08 |
| 107 | 136 | Telephone calls 12/08 |
| 137 | 195 | Telephone calls 9/08 |
| 196 | 197 | Telephone call 6/18/08 |
| 198 | 207 | Telephone calls 7/08 |
| 208 | 237 | Telephone calls 10/08-11/08 |
| 238 | 250 | CHS meeting w/Call 8/15/08 |
| 251 | 255 | CHS meeting w/Call 6/19/08 |
| 256 | 257 | Telephone call from Davis 6/3/08 |
| 258 | 327 | Telephone calls from Davis 4/08-5/08 |
| 328 | 357 | Hotel meeting w/Davis 5/19/08 |
| 358 | 371 | Telephone calls 5/08 |
| 372 | 427 | Hotel meeting w/Davis 6/17/08 |
| 428 | 499 | Shooting excursion w/Call 8/12/08 |
| 500 | 518 | Telephone calls with Davis 8/08 |
| 519 | 540 | Lawman meeting 9/10/08 |
| 541 | 591 | Meeting on 09/03/2008 |
| 592 | 597 | Meeting on 10/24/2008 |
| 598 | 654 | Meeting on ? |
| 655 | 728 | Meeting on 11/05/2008 |
| 729 | 735 | Meeting on 10/30/2008 |
| 736 | 783 | Meeting on 09/10/2008 |
| 784 | 957 | Meeting on 09/21/2008 |
| 958 | 967 | Meeting on 09/26/2008 |
| 968 | 1035 | Meeting on 04/05/2008 |

# *Discovery Index*

Tattie Bogies

Sam Davis and Shawn Rice

Discovery Section: TB_ADMIN_TRANSC

| Begin | End | Description |
|---|---|---|
| 1036 | 1052 | Meeting on 10/10/2008 |
| 1053 | 1091 | Meeting on 03/07/2008 |
| 1092 | 1099 | Meeting on 12/12/2008 |
| 1100 | 1115 | Meeting on 12/29/2008 |
| 1116 | 1149 | Meeting on 11/14/2008 |
| 1150 | 1162 | Meeting on 11/24/2008 |

# *Discovery Index*

Tattie Bogies

Sam Davis and Shawn Rice

Discovery Section: TB_ADMIN_UCE

| Begin | End | Description |
|---|---|---|
| 1 | 2 | 10/15/06 attendance at RON meeting |
| 3 | 4 | 10/14/06 attendance at RON meeting |
| 5 | 5 | 10/13/06 dinner meeting w/Davis |
| 6 | 6 | 12/9/06 attendance at RON meeting |
| 7 | 8 | 1/20/07 attendance at RON meeting |
| 9 | 9 | 10/15/06 dinner meeting |
| 10 | 10 | 3/24/07 attendance at RON meeting |
| 11 | 12 | 3/25/07 attendance at RON meeting |
| 13 | 16 | 9/9/06 dinner w/Davis |
| 14 | 15 | 5/19/07 attendance at RON meeting |
| 17 | 17 | 7/21/07 attendance at RON meeting |
| 18 | 18 | p.2 of attendance at 5/20/07 RON meeting |
| 19 | 21 | 7/22/07 attendance at RON meeting |
| 22 | 24 | 9/15/07 attendance at RON meeting |
| 25 | 25 | 8/19-20/06 attendance at RON meeting |
| 26 | 28 | 10/3/07 attendance at Lawmen meeting |
| 29 | 30 | 10/3/07 dinner with Villafana |
| 32 | 32 | 11/18/07 RON meeting |
| 33 | 33 | 11/18/07 dinner with Davis and others |
| 34 | 35 | 11/17/07 RON meeting |
| 36 | 38 | 12/10/06 dinner with Davis and others |
| 37 | 37 | 6/10/06 meeting at Villafana's business |
| 39 | 39 | 6/11/06 meeting at Villafana's business |
| 40 | 40 | 3/7/08 dinner with Davis |
| 41 | 41 | 4/11/08 wire transfer of 10k to Davis |
| 42 | 42 | 5/20/07 dinner with Davis |
| 43 | 43 | 4/5/08 hotel meeting with Davis |
| 44 | 44 | 5/19/08 hotel meeting with Davis |
| 45 | 46 | 5/17/08 RON meeting |
| 47 | 47 | 5/19/07 dinner with Call and others |

# *Discovery Index*

Tattie Bogies

Sam Davis and Shawn Rice

Discovery Section: TB_ADMIN_UCE

| Begin | End | Description |
|---|---|---|
| 48 | 48 | 6/17/08 hotel meeting with Davis |
| 49 | 50 | 7/19/08 RON meeting |
| 51 | 51 | 7/19/08 dinner w/Davis and others |
| 52 | 52 | 9/15/07 dinner w/Davis and others |
| 53 | 54 | 7/20/08 RON meeting |
| 55 | 55 | 6/18/08 Lawmen meeting |
| 56 | 56 | 9/10/08 hotel meeting w/Davis |
| 57 | 57 | 9/20/08 hotel meeting with Davis and Rice |
| 58 | 58 | 10/3/08 phone conversatioin w/Rice |
| 59 | 59 | 10/10/08 hotel meeting with Rice |
| 60 | 60 | 10/24/08 hotel meeting w/Rice |
| 61 | 61 | 10/30/08 meeting w/Rice |
| 62 | 62 | 11/5/08 hotel meeting w/Davis and Rice |
| 63 | 63 | 11/16/08 RON meeting |
| 64 | 64 | 9/11/08 shooting excursion w/Call |
| 65 | 65 | 11/24/08 meeting w/Rice |
| 66 | 66 | 11/14/08 hotel meeting w/Davis and Rice |
| 67 | 67 | 11/15/08 RON meeting |
| 68 | 69 | 8/12/08 shooting excursion w/Call |
| 70 | 70 | Copy of Sovereign paperwork created for UCE |

## *Discovery Index*

Tattie Bogies

Sam Davis and Shawn Rice

Discovery Section: TB_ADMIN_UCE

| Begin | End | Description |
|---|---|---|
| | | |
| | Scanned | |
| | Created CD | |

2:09 cr 00078 HDM RJJ

3 of 3
TB_ADMIN_UCE_

00000041

# *Discovery Index*

Tattie Bogies

Sam Davis and Shawn Rice

Discovery Section: TB_DAVIS_1B

| Begin | End | Description |
|---|---|---|
| 1 | 23 | Order lists for DVDs |
| 24 | 26 | Order lists to include payments made and due |
| 27 | 42 | Customer Mailing/order list; Financial Statements |
| 43 | 50 | Wells Fargo stmt - Boulder Mtn Trust 04/08-05/08 |
| 51 | 58 | Wells Fargo stmt - Boulder Mtn Trust 05/08-06/08 |
| 59 | 59 | Envelope |
| 60 | 64 | Letter to Wyoming Sec of State - profit report |
| 65 | 67 | Systems Corporation of America bill ($199) |
| 68 | 71 | Forms to file with Wyoming Sec of State |
| 72 | 73 | Profit Corporation Annual Report |
| 74 | 76 | Wells Fargo Wire Transfer Form / Safeco Insurance stmt |
| 77 | 79 | DHL Slip for Laser Printer / Deposit Slip |
| 80 | 173 | VLM Associates Inc Checks, front and back |
| 174 | 252 | Hidden Power (book) |
| 253 | 256 | Customer list/ Affiant paper for Shane Buczek, envelope |
| 257 | 274 | Emails b/t Nancy/JB Thomason and John Hayes thru 2008 |
| 275 | 279 | Email b/t Nancy/JB Thomason & John Hayes, Davis cc'd 08/08/08 |
| 280 | 294 | Emails b/t Nancy/JB Thomason and John Hayes thruJan.Feb, Jun 2008, stmt included |
| 295 | 296 | Phone numbers |
| 297 | 300 | Wells Fargo papers / business cards |
| 301 | 310 | Declaration of trust for Boulder Mtn Funding; Postal Money Orders; MEP Letter |
| 311 | 317 | Wells Fargo Business acct application, Postal Money Order & receipt |
| 318 | 328 | Declaration of trust for Boulder Mtn Funding; Wells Fargo Authorzation for Information |
| 329 | 332 | State of Idaho Sec of State Reinstatement Certificate |
| 333 | 335 | State of Idaho Sec of State Certificate if Incorporation |
| 336 | 338 | Resolution of Board of Directors of Specialty Mgmt |
| 339 | 423 | Specialty Management documents |
| 424 | 425 | Certificate of Paid in Cash - Specialty Mgmt |

# *Discovery Index*

Tattie Bogies

Sam Davis and Shawn Rice

Discovery Section: TB_DAVIS_1B

| Begin | End | Description |
|---|---|---|
| 426 | 433 | Specialty Management documents |
| 434 | 435 | Specialty Management documents |
| 436 | 437 | Specialty Management documents |
| 438 | 439 | HP Printer information |
| 440 | 441 | Windows 98 Certificate |
| 442 | 443 | Wordperfect |
| 444 | 445 | Microsoft 2000 certificate |
| 446 | 448 | Reciepts for Lumber; Mailing list |
| 449 | 457 | Home Depot receipt, special services invoices |
| 458 | 464 | Mailing list |
| 465 | 471 | Boulder Mtn Funding Checks, mailing addresses (2) |
| 472 | 474 | The Foreclosure of America; Sacramento Int'l Airport Receipt |
| 475 | 476 | Cover up: Government spin or truth?; |
| 477 | 479 | Hand written notes; Delta Airline Flight info on 12/12/08 From Cinncinati to Kansas City |
| 480 | 502 | Notebook; handwritten notes, includes ledger ($) |
| 503 | 597 | 5x7 cards with addresses, account info, & passwords |
| 598 | 629 | 5x7 cards with addresses, account info, & passwords, birthdays |
| 630 | 638 | S. Davis vs. Quality Loan Service (Affidavit), Promissary notes, wire transfer WF |
| 639 | 662 | Affidavit of Truth or Corportate Denial (Shane Buczek) |
| 663 | 679 | Coordination Technology, Inc paperwork |
| 680 | 682 | Financial Freedom Concepts worksheets |
| 683 | 684 | Financial Freedom Concepts new client forms |
| 685 | 691 | Hosea Project: Debt Elimination Service Agreement; |
| 692 | 695 | Financial Freedom Concepts, new client forms |
| 696 | 700 | UPS and Postal Service Account agreements |
| 701 | 702 | Fedex Airbill from Larry Beck |
| 703 | 714 | Dale's Service Inc., Asset Value and Inventory Value |
| 715 | 732 | Documents and account info for Norman Hobson |

# *Discovery Index*

Tattie Bogies

Sam Davis and Shawn Rice

Discovery Section: TB_DAVIS_1B

| Begin | End | Description |
|---|---|---|
| 733 | 739 | Lien search result for Norman Hobson by Idaho Sec of State |
| 740 | 742 | UCC Financing Statement for Secured Party Services |
| 743 | 749 | Lien search result for Sara Hobson by Idaho Sec of State |
| 750 | 752 | UCC Financing Statement for Secured Party Services |
| 753 | 762 | Various dos: UCC Fin. Statement for Dr Malhotra & Davis |
| 763 | 781 | Letter to Dr.Malhotra (11/17/05) including promissary note for $400,000 |
| 782 | 786 | Letter lawyers to Malhotra (fraudulent check) & S. Davis (frad check) 09/2005 |
| 787 | 789 | Letter from Fezzuro&Fezzuro to Davis and Marsh (Davis Lawyer) 10/2005 |
| 790 | 794 | Certified mail reciept for letter to Dr Malhotra from Marsh |
| 795 | 826 | Letter correspondance bt Davis, Malhotr, and Lawyers |
| 827 | 829 | Certified mail reciept for letter to Dr Malhotra 09/07/2005 |
| 830 | 832 | Certified mail reciept for letter to Malhotra 09/13/2005 |
| 833 | 839 | Certified mail to Sec of State from Secured Party Services, includes email from George Hobson to Davis |
| 840 | 844 | Security Agreement bt George Hobson and Secured Party Services |
| 845 | 853 | Lien Search results for George Hobson requested by Secured Party Services thru Sec of State |
| 854 | 856 | UCC Financing Statement for Secured Party Services |
| 867 | 868 | Sec agreement bt June Hobson & Secured Party, lien search, and UCC financing statemt |
| 869 | 871 | UCC Financing Statement for Secured Party Services |
| 872 | 873 | Email: From Jhobby to Michael Davis re: UCC information |
| 874 | 878 | Sec agreement bt Jeff Hobson and Sec. Party Serv |
| 879 | 885 | Lien Search for Jeffery Hobson (Idaho Sec of State), UCC Statement |
| 886 | 888 | UCC Financing Statement for Secured Party Services |
| 889 | 893 | Sec agreement bt Sandra Hobson & Secured Party |
| 894 | 900 | Lien Search for SandraHobson (Idaho Sec of State), UCC Statement |
| 901 | 903 | UCC Financing Statement for Secured Party Services |
| 904 | 921 | Jeff Hobson File: financials, certificate of titles (Idaho) misc paper |
| 922 | 924 | Security Agreement bt David Hobson and Secured Party Services |
| 925 | 932 | Lien search for David Hobson by Sec of State (Idaho) by Sec Party Services |

# *Discovery Index*

Tattie Bogies

Sam Davis and Shawn Rice

Discovery Section: TB_DAVIS_1B

| Begin | End | Description |
|---|---|---|
| 933 | 934 | UCC Financing Statement for Secured Party Services |
| 935 | 939 | Security Agreement bt Cynthia Hobson and Sec Party Services |
| 940 | 947 | Lien Search for Cynthia Hobson thru Sec of State (Idaho) by Secured Party Services |
| 948 | 949 | UCC Financing Statement for Secured Party Services |
| 950 | 952 | David Hobson file: emails from Con Hobson to Mike (8/25/03 & 9/2/03) |
| 953 | 962 | Lien Search for Conly Mike Hobson thru Sec of State (Idaho) by Secured Party Services |
| 963 | 969 | Lien Search for Linda Hobson thru Sec of State (Idaho) by Secured Party Services |
| 970 | 972 | UCC Financing Statement for Secured Party Services |
| 973 | 983 | Con Hobson File: account info, newspaper clippings, agreement bt Sam Davis |
| 984 | 1000 | Sam Davis doc, IRS docs (owes on account from 1990, dated 07/2000), birth certificate |
| 1001 | 1006 | Subpoenas (US v. Davis), letter to Wendy Olson (08/30/2000) |
| 1007 | 1009 | Letter to Wendy Olson regarding subpoenas (08/30/2000) |
| 1010 | 1014 | Letter to Cameron Burke refusing to comply with Subpoena (08/01/2000) |
| 1015 | 1021 | Letter from S. Davis to Agent Kessler (FBI) in Idaho RA requesting info on investigation |
| 1022 | 1028 | Motion for more Definite statement (US v. S Davis) 09/1/2000 |
| 1029 | 1030 | The Freeman Movement (chart); Armageddon's Prophet of hate and Terror, name tag |
| 1032 | 1037 | Changes from the article sent to American's Bulletin |
| 1038 | 1051 | Nampa Self Storage Unit Project |
| 1052 | 1175 | "What is this all about?" By Samuel Lynn Davis (political quotes/interpretations) |
| 1176 | 1178 | Fedex Kinknos Quality Check Sign off - Davis |
| 1179 | 1184 | Receipt: Borders / Natural Advantage / Built in wall oven |
| 1185 | 1187 | Letter from Antonio Smit to Sam Davis (08/09/2004) requesting material |
| 1188 | 1189 | Letter from Larry Ripplinger to Sam Davis requesting material 09/13/2004 |
| 1190 | 1191 | Letter from Francisco Suarez to Sam Davis requesting material 07/07/2004 |
| 1192 | 1193 | Letter from Tommy to Sam and Bobbie requesting material (04/28/2004) 775-482-4814 |
| 1194 | 1201 | Letter from Ronald Crawfor to S. Davis/Qui Tam: questions pertaining to "Redemption" |
| 1202 | 1204 | Letter from Kirby McPaul to S. Davis: request for information |
| 1205 | 1207 | Letter from Elizabeth Broderick to S Davis: pertains to legal issues with other prisoners |

# Discovery Index

Tattie Bogies

Sam Davis and Shawn Rice

Discovery Section: TB_DAVIS_1B

| Begin | End | Description |
|---|---|---|
| 1208 | 1210 | Letter from Darrell Glover to S Davis: prisoner requesting Redemption Manuals |
| 1211 | 1212 | Letter from Elizabeth Broderick to S Davis: pertains to legal issues |
| 1213 | 1214 | Letter from James Perry to S Davis: requesting Redemption info: 02/29/04 |
| 1215 | 1217 | Letter from David Williams to S Davis:requesting Redemption info07/19/2004 |
| 1218 | 1227 | Top 50 Banks in the world; Sumitomo Mitsui Bank info; Assignment Agreement |
| 1228 | 1239 | News articles (2); Professional Litigation Support Docs |
| 1240 | 1243 | Letter from Chris Cradock to Theron Mitchell and Pat Ayers - move $ offshore |
| 1244 | 1289 | "USA the Republis is the house that no one lives in" |
| 1290 | 1294 | Letter to Govenor James Hunt from Peter Kay Stern |
| 1295 | 1299 | Affidavit: Randal Marsh; Letter from Fed Reserve Bank of Richmond to Marsh; |
| 1300 | 1322 | Political Cartoons |
| 1323 | 1326 | Flight info for S Davis, Denver to Boise (09/19) |
| 1327 | 1339 | Wells Fargo Statement for Specialty Management Inc 08/31/08 |
| 1340 | 1357 | Wells Fargo Statement for Specialty Management Inc 05/31, 06/30, 07/31/08 |
| 1358 | 1366 | Petition to enter plea of guilty: Benny Guy Morris |
| 1367 | 1372 | Jugement in Criminal Case: US vs Benny Morris |
| 1373 | 1381 | Sentencing Memorandum: US vs Benny Morris |
| 1382 | 1399 | Consent of Defendant Benny Morris to Entry Final Judgement (SEC vs Pat Ballinger) |
| 1400 | 1403 | Nevada Legal Forms book |
| 1404 | 1407 | Sample letters (court inquiry), copies of statutes |
| 1408 | 1409 | Questions for Walter Todd |
| 1410 | 1417 | Sec of State Arkansas to Daniel Peterson; UCC financing statements |
| 1418 | 1422 | UCC Financing Statement for Rodney Owen |
| 1423 | 1440 | Letter from LaRoy Micheal to Justice Frank Edward 09/10/2007 |
| 1441 | 1446 | Letter from Kim Morris to S Davis: Financial Freedom Concepts paperwork |
| 1447 | 1459 | Waterfalls Calendar 2008 |
| 1460 | 1474 | Country Calendar 2009 |
| 1475 | 1479 | IRS letter to Leneard Benson 03/31/08 |

# *Discovery Index*

Tattie Bogies

Sam Davis and Shawn Rice

Discovery Section: TB_DAVIS_1B

| Begin | End | Description |
|---|---|---|
| 1480 | 1486 | Affidavit of Truth (Leneard Benson) with promissary note |
| 1487 | 1490 | Summons: Sam Davis vs. Quality Loan Service |
| 1491 | 1492 | Promissary note for 550,000 signed by S Davis 03/28/2008 |
| 1493 | 1506 | Presentence Investigation Report: US vs Charles Atwell |
| 1507 | 1515 | Various docs: trust and business names, charts, Dale's Service, Idaho Power |
| 1516 | 1520 | Notice of Dismissal for Good Cause: Idaho vs. Joshua Mayes (05/21/2002) |
| 1521 | 1524 | Notice of Fraudwith Affidavit of truth: Idaho vs Joshu Mayes |
| 1525 | 1527 | Letter from J. Mayes to Kerry McMurray (3/6/2002) |
| 1528 | 1531 | Withdrawal of not guity: J. Mayes; letter to Public Defender from J Mayes |
| 1532 | 1540 | 2 letter to Public Defender from J Mayes |
| 1541 | 1548 | Various motions pertaining to Idaho vs Joshua Mayes |
| 1549 | 1550 | Letter to Ward Astin from State Attorney (SD) |
| 1551 | 1552 | Warrant of Arrest: South Dakota vs Ward Astin |
| 1553 | 1605 | Transcript Grand Jury: South Dakota vs Ward Astin (01/14/2009) |
| 1606 | 1623 | Transcript of Record: South Dakota vs David, Debra Lynn, and Ward Astin |
| 1624 | 1648 | Sumons: Indiana vs. Shaun & Pamela McDaniel |
| 1649 | 1650 | Email from Brian Chastain to Shaun re: deed in lieu 09/11/08 |
| 1651 | 1652 | Email from Brian Chastain to Shaun re: status update 09/24/08 |
| 1653 | 1654 | Email from Brian Chastain to Shaun re: deed in lieu 10/15/08 |
| 1655 | 1659 | Adjustable rate note: Shaun and Pamela McDaniel |
| 1660 | 1665 | Letter to Shaun & Pamela re Jackson county bank vs Shaun and Pamela |
| 1666 | 1669 | Mac Life statement: S Davis |
| 1670 | 1673 | Desk Calendar 2009 (november 2008-March 2009) |
| 1674 | 1682 | Various docs: email from jennifer Byrne to Norm; Letter to Norm Hobson from EPA; etc |
| 1683 | 1686 | Consolidated Seller's Permit: Freedom Insoles |
| 1687 | 1693 | Telephone converstation transcript with "coach/OID specialist" |
| 1694 | 1698 | Fedex Package to S Davis with Private Offset Bond Note from Shane Buczek |
| 1699 | 1713 | Transcript of Proceedings: US vs Shane Buczek (NY) 03/26/08 |

# Discovery Index

Tattie Bogies

Sam Davis and Shawn Rice

Discovery Section: TB_DAVIS_1B

| Begin | End | Description |
|---|---|---|
| 1714 | 1717 | Order setting conditions of release: US vs Shane Buczek |
| 1718 | 1724 | Objections to Govt response: US vs Shance Buczek |
| 1725 | 1728 | NY vs Daniel Richard Buczek |
| 1729 | 1733 | Decision and order: NY vs Daniel Buczek and Shane Buczek |
| 1734 | 1737 | Notice to the Court: NY vs Daniel Buczek and Shane Buczek |
| 1738 | 1740 | Defendant's Motion to Dismiss: NY vs Daniel Buczek and Shane Buczek |
| 1741 | 1757 | Documents pertaining to Shane Buczek |
| 1758 | 1765 | W-8Ben |
| 1766 | 1767 | Return of Service for William Brown |
| 1768 | 1772 | Petition for post settlement: US vs Shane Buczek |
| 1773 | 1777 | Grand Jury Charges: US vs Shane Buczek (handwritten notes all over) |
| 1778 | 1785 | Documents pertaining to Shane Buczek |
| 1786 | 1787 | Affidavit of Silver Surety - Shance Buczek |
| 1788 | 1791 | Documents pertaining to Shane Buczek |
| 1792 | 1793 | Email from repairscore2003@aol.com to cmarrero1122@hotmail.com re: NYS UCC filing |
| 1794 | 1799 | Private Discharging and Indemnity Bond - Shane Buczek |
| 1800 | 1825 | Various docs: Primer on Eminent Domain rights, email, addresses, hand written notes |
| 1826 | 1841 | Plea in Abeyance Agreement: Utah vs Dennis Spurrier |
| 1842 | 1844 | Customer list Las Vegas/KC |
| 1845 | 1846 | 1099-OID 2005 |
| 1847 | 1857 | Accepted for Value letter templates |
| 1858 | 1880 | An alternative financing technique available to projects seeking a loan |
| 1881 | 1886 | Alternative Project Funding (Sam Davis) |
| 1887 | 1892 | Alternative Project Funding (Sam Davis) |
| 1893 | 1904 | Amcore Bank statement for Freedom Insoles (Sam Davis) 02/01/2008-02/29/08 |
| 1905 | 1910 | Amcore Bank statement for Freedom Insoles (Sam Davis) 04/01/2008-04/30/08 |
| 1911 | 1959 | Amcore Bank statement for Freedom Insoles (Sam Davis) May-Jun 08, Aug-Jan 09 |
| 1960 | 1965 | APG/ Bank Info File: docs |

## Discovery Index

Tattie Bogies

Sam Davis and Shawn Rice

Discovery Section: TB_DAVIS_1B

| Begin | End | Description |
|---|---|---|
| 1966 | 2043 | Numerous doc containing numerous account information, emails, docs |
| 2044 | 2046 | APG: Annual Renewal Invoice |
| 2047 | 2050 | Letter from Arrow Financial Service to Bobbie Davis |
| 2051 | 2066 | Letter from Bobbi Davis to Arrow Financial Services, includes promissary note |
| 2067 | 2073 | Articles of Incorporation: Diversified Auto Leasing |
| 2074 | 2081 | Asset Preservation Services |
| 2082 | 2110 | Notice of w/drawal of guilty plea: US vs Charles Atwell / transcript 1/28/2008 |
| 2111 | 2123 | Various docs: "Items with Sam"; judgements, renewal offers, National Life services |
| 2124 | 2143 | The Theron Mitchell Trust |
| 2144 | 2146 | Acknolwedgement Notice: Mitchell Theron |
| 2147 | 2157 | Commercial Security Agreement, Mitchell Theron |
| 2158 | 2169 | Grand Jury Charges: US vs Mitchell Theron |
| 2170 | 2173 | Photocopies of Social Sec Car, DL, and birth cert for Mitchell Theron |
| 2174 | 2176 | Letter from Leneard benson to S Davis 04/29/06 |
| 2177 | 2178 | Letter from Leneard benson to Marilyn Daniel |
| 2179 | 2182 | Letter from IRS to Leneard Benson 10/30/07 |
| 2183 | 2185 | SSA-1099: Leneard benson |
| 2186 | 2188 | IRS doc for self employed wage earners |
| 2189 | 2191 | IRS statement for Leneard Benson |
| 2192 | 2195 | Letter from L. Benson to Davis asking for IRS advice |
| 2196 | 2202 | L Benson W2 (2000); 1040 Form, IRS Account Transcript |
| 2203 | 2208 | L Benson W2 (2002); 1040 Form, IRS Account Transcript |
| 2209 | 2221 | L Benson W2 (2001); 1040 Form, IRS Account Transcript |
| 2222 | 2237 | L Benson W2 (2003); 1040 Form, IRS Account Transcript |
| 2238 | 2247 | L Benson W2 (2004); 1040 Form, IRS Account Transcript |
| 2248 | 2259 | L Benson W2 (2005); 1040 Form, IRS Account Transcript |
| 2260 | 2268 | L Benson W2 (2006); 1040 Form, IRS Account Transcript |
| 2269 | 2275 | Letter from L. Benson to Davis with Red Neck table dimensions |

# *Discovery Index*

Tattie Bogies

Sam Davis and Shawn Rice

Discovery Section: TB_DAVIS_1B

| Begin | End | Description |
|---|---|---|
| 2276 | 2287 | Letter from L. Benson to Davis asking for IRS advice |
| 2288 | 2292 | Letter from IRS to Leneard Benson 4/23/07 |
| 2293 | 2295 | Letter from L Benson to Sam and Jim - referencing IRS |
| 2296 | 2297 | Letter from IRS to L Benson 12/05 |
| 2298 | 2299 | Letter from IRS to L Benson 12/04 |
| 2300 | 2301 | Letter from IRS to L Benson 12/04 |
| 2302 | 2304 | Letter from IRS to L Benson 12/03 |
| 2305 | 2306 | Letter from IRS to L Benson 12/03 |
| 2307 | 2308 | Letter from IRS to L Benson 12/02 |
| 2309 | 2311 | Letter from IRS to L Benson 12/02 |
| 2312 | 2313 | Letter from IRS to L Benson 12/01 |
| 2314 | 2316 | Letter from IRS to L Benson 12/00 |
| 2317 | 2318 | Letter from IRS to L Benson 12/00 |
| 2319 | 2327 | Leneard Benson: Form 4852, 1040, Instructions for Soverign tax return |
| 2328 | 2352 | L. Benson: 2006 Tax documents, additional letters to Sam/Jim, from IRS |
| 2353 | 2366 | L. Benson: Tax documents, additional letters to Sam/Jim, letters from IRS |
| 2367 | 2374 | Letter to L Benson from Dept of Veterans Affairs |
| 2375 | 2376 | VA Healthcare newletter |
| 2377 | 2383 | Tax documents for L Benson (2006), correspondance from IRS |
| 2384 | 2389 | Letters from IRS to L Benson (05/12/07); Charles Schwab check |
| 2390 | 2393 | Folder: Brian's debt letters: Letter from NCO Financial |
| 2394 | 2398 | Letter from Brian Davis to NCO Financial (10/05/08) |
| 2399 | 2404 | 2nd Letter from Brian Davis to NCO Financial |
| 2405 | 2411 | Monthly receipts paid folder: equipment services billing/receipt |
| 2412 | 2457 | Various statements/bills: WAMU, Visa, home depot, heat and cooling, Qwest phone rec |
| 2458 | 2459 | Advertising works receipts |
| 2560 | 2463 | Reinstatement: Sec of State of Idaho |
| 2464 | 2465 | Sec of State Idaho - reciept for phone transaction |

# *Discovery Index*

Tattie Bogies

Sam Davis and Shawn Rice

Discovery Section: TB_DAVIS_1B

| Begin | End | Description |
|---|---|---|
| 2466 | 2475 | Various certified mail receipts to Allied Interstatel; Scott Corruthers, Acct Corp Int'l |
| 2476 | 2478 | Letter from Roberta Davis to Allied Interstate 10/07/03 |
| 2479 | 2481 | Letter from Sam Davis & Bobbie Davis to Acctcorp International 10/07/03 |
| 2482 | 2569 | Brandeis Brief (orginal) |
| 2482 | 2578 | Copy of "Brandeis Brief" |
| 2579 | 2589 | Video Transcript: CAFR Exposed |
| 2590 | 2590 | Photocopied page from legal book |
| 2591 | 2596 | Subj: FW "Mass" Resignations 05/12/2000 |
| 2597 | 2600 | Notice/Claim of Possessory Interest |
| 2601 | 2622 | Exert from Citizen's Economic Victory Initiative |
| 2623 | 2636 | Letter to D. Scott Carruthers 10/10/2003 |
| 2637 | 2652 | Letter from D. Scott Carruthers 04/04/2003 |
| 2653 | 2657 | Assertion of Rights Under Common Law |
| 2658 | 2661 | Declaration of Claim to Lands (Idaho) |
| 2662 | 2664 | Letter from James Lyons to Adams Co. |
| 2665 | 2666 | Assertion of Right of Way 12/1996 |
| 2667 | 2690 | Weiser National Forrest Map |
| 2691 | 2701 | Folder - Claim on Lands |
| 2702 | 2704 | Letter from Adams Co. to Davis |
| 2705 | 2707 | Letter from FRB Richmond to Randal Marsh |
| 2708 | 2711 | Exert from The Most Secret Science |
| 2712 | 2714 | Subj: FW: Quotes 01/25/2004 |
| 2715 | 2739 | Photocopied pages from Title 31 |
| 2740 | 2740 | Invoice from Stone Mountain |
| 2741 | 2764 | Multiple Invoices from C&M Lumber |
| 2765 | 2780 | Various retail receipts |
| 2781 | 2782 | Email receipt for purchase 07/03/2007 |
| 2783 | 2785 | Warranty receipt, invoice re: pump |

## *Discovery Index*

Tattie Bogies

Sam Davis and Shawn Rice

Discovery Section: TB_DAVIS_1B

| Begin | End | Description |
|---|---|---|
| 2786 | 2801 | Various USPS moneyorders payable to Davis |
| 2802 | 2817 | Various USPS labels and receipts |
| 2818 | 2823 | Receipts referring to MN Partners |
| 2824 | 2845 | Various retail receipts |
| 2846 | 2859 | Home Depot receipt and invoice 03/21/2006 |
| 2860 | 2868 | Home Depot receipt and invoice 10/05/2006 |
| 2869 | 2887 | Various retail receipts |
| 2888 | 2910 | Best buy receipts and refunds 2004 |
| 2911 | 2912 | Specialty Construction receipt/invoice 11/2004 |
| 2913 | 2914 | Staples receipt 08/2004 |
| 2915 | 2916 | Balderson Electric envelope |
| 2917 | 2920 | Council Mountain Golf Course |
| 2921 | 2922 | Copy of electrical contractor permit (Idaho) |
| 2923 | 2927 | Circuit City receipt 08/2004 |
| 2928 | 2929 | Sears Receipt 12/2003 |
| 2930 | 2937 | Home Depot receipt 11/2006 |
| 2938 | 2944 | Home Depot receipt 04/2006 |
| 2945 | 2951 | Home Depot receipt 03/2006 |
| 2952 | 2972 | Home Depot receipt and refund 11/2006 |
| 2973 | 2974 | Child support refund receipt 06/1999 |
| 2975 | 2980 | USPS return receipts 2003 |
| 2981 | 2989 | Bank of America check card information |
| 2990 | 2993 | Travelers Express pay stubs 2005 |
| 2994 | 3002 | Home Depot receipt/invoice 03/2006 |
| 3003 | 3004 | Home Depot receipt/return 12/2006 |
| 3005 | 3005 | Best Bowling invoice 11/2008 |
| 3006 | 3006 | Netstores invoice 11/2008 |
| 3007 | 3013 | Client list |

# *Discovery Index*

Tattie Bogies

Sam Davis and Shawn Rice

Discovery Section: TB_DAVIS_1B

| Begin | End | Description |
|---|---|---|
| 3014 | 3052 | "Liberty Dollar" articles |
| 3053 | 3059 | Subj: Going Bankrupt 01/22/2006 |
| 3060 | 3061 | Subj: Researching Space War... 01/24/2008 |
| 3062 | 3067 | Legal Notice (ad for Idaho Statesman) |
| 3068 | 3077 | Credit card merchant agreement |
| 3078 | 3080 | E-ONLINEDATA merchant statement 03/2008 |
| 3081 | 3083 | E-ONLINEDATA merchant statement 02/2008 |
| 3084 | 3086 | E-ONLINEDATA merchant statement 12/2007 |
| 3087 | 3088 | E-ONLINEDATA merchant statement 11/2007 |
| 3089 | 3091 | E-ONLINEDATA merchant statement 10/2007 |
| 3092 | 3093 | E-ONLINEDATA merchant statement 7/2007 |
| 3094 | 3095 | E-ONLINEDATA merchant statement 6/2007 |
| 3096 | 3121 | Various E-OD statements 1/2008 - 1/2009 |
| 3122 | 3152 | Correspondence re: Farm Bureau Insurance |
| 3153 | 3162 | Folder - Hartford's Issuance of Currency |
| 3163 | 3166 | Affidavit of Mistake |
| 3167 | 3170 | Affidavit of Specific Negative Averment |
| 3171 | 3177 | American Heritage Freedom Foundation Concept and Purpose |
| 3178 | 3189 | Letter labeled Hartford Van Dyke 11/15/00 |
| 3190 | 3204 | Exerts from Blacks Law Dictionary |
| 3205 | 3206 | Affidavit of Specific Negative Averment |
| 3207 | 3211 | Affidavit of Mistake |
| 3212 | 3239 | FRB Financial Services - Natl Settlement Svc |
| 3240 | 3280 | EIN tax documents from IRS to W. Galkowski |
| 3281 | 3283 | Summary Record of Assessments 7/6/1999 |
| 3284 | 3286 | Summary Record of Assessments 6/28/1999 |
| 3287 | 3289 | Summary Record of Assessments 7/11/1997 |
| 3290 | 3296 | Summary Record of Assessments 8/09/1996 |

# *Discovery Index*

Tattie Bogies

Sam Davis and Shawn Rice

Discovery Section: TB_DAVIS_1B

| Begin | End | Description |
|---|---|---|
| 3297 | 3302 | Summary Record of Assessments 2/13/1993 |
| 3303 | 3305 | Summary Record of Assessments 2/8/1993 |
| 3306 | 3308 | Summary Record of Assessments 12/02/1991 |
| 3309 | 3311 | Summary Record of Assessments 12/10/1990 |
| 3312 | 3314 | <illegible> |
| 3315 | 3317 | Summary Record of Assessments 05/28/1990 |
| 3318 | 3320 | Summary Record of Assessments 05/22/1989 |
| 3321 | 3323 | Summary Record of Assessments 09/02/1988 |
| 3324 | 3341 | Guarded Interest educational package |
| 3342 | 3359 | Legal paperwork re: US v. Benny Guy Morris |
| 3360 | 3392 | Legal paperwork re: US v. Conly Hobson, Et Al |
| 3393 | 3401 | Study material - tax delinquincy |
| 3402 | 3493 | Folder - Land Patents |
| 3494 | 3497 | Letter from AL Dept. of Treasury to Jan Lindsey |
| 3498 | 3499 | Invoice from Spa Shop |
| 3500 | 3501 | Invoice from DLSCORP.net |
| 3502 | 3509 | Idaho Sec of State - Reinstatement packet for Specialty Management, Inc |
| 3510 | 3567 | BofA Bank Records for Acct# 2473, "Majestic Carpets, LTD., Inc" |
| 3568 | 3626 | Legal paperwork re: USA v. James A. Mattatal |
| 3627 | 3650 | Folder - IRS AFV |
| 3651 | 3653 | Sample Letters - Accepted for Value |
| 3654 | 3655 | Modern Money Mechanics |
| 3656 | 3659 | Letter from Brande Tanner to Sec of State |
| 3660 | 3663 | Myers' Finance Review article 05/27/1969 |
| 3664 | 3673 | Article, "Nevada Superior Court..." |
| 3674 | 3675 | AP article, "Common Law Courts..." |
| 3676 | 3686 | Article, "The Body of Christ Vs..." |
| 3687 | 3704 | Various documents re: Court of Justice... |

# Discovery Index

Tattie Bogies

Sam Davis and Shawn Rice

Discovery Section: TB_DAVIS_1B

| Begin | End | Description |
|---|---|---|
| 3705 | 3739 | Photocopies from a publication re: an Act of Congress |
| 3740 | 3783 | D.L. Evans Bank vs. Roberta Ruth Davis |
| 3784 | 3821 | Photocopies from various chapters of the UCC |
| 3822 | 3853 | "Instructions" for Private Offset Bond |
| 3854 | 3872 | Petition for Declaratory Judgement |
| 3873 | 3875 | Legal paperwork re: Jenifer Torrey Baker |
| 3876 | 3884 | Real Estate Purchase Agreement 07/02/2003 |
| 3885 | 3892 | Title Insurance policy |
| 3893 | 3894 | Warranty Deed (Ratcliff) |
| 3895 | 3895 | Easement for power line |
| 3896 | 3900 | Maintenance agreement (Merritt) |
| 3901 | 3904 | Miscellaneous documents |
| 3095 | 3911 | Articles of Incorporation - Reid - Christy Found. |
| 3912 | 3917 | Warranty Deed #113125 with attachments |
| 3918 | 3920 | Warranty Deed #113121 with attachments |
| 3921 | 3928 | Subj: FW 7 page efax from 602-404-1199 8/23/2003 |
| 3929 | 3930 | Envelope addressed to Randall Marsh |
| 3931 | 3934 | Deed of Trust #111876 |
| 3935 | 3937 | Power of Attorney for Real Estate purchase |
| 3938 | 3942 | Fax dated 10/16/2003 |
| 3943 | 3946 | Fax dated 07/07/2003 |
| 3947 | 4041 | Sample affidavits for various tax related issues |
| 4042 | 4043 | Envelope from SSA |
| 4044 | 4052 | Letter from Meeks & Meeks to James Roberts |
| 4053 | 4053 | Exert from Redemption |
| 4054 | 4054 | Chain letter |
| 4055 | 4055 | Seminar outline |
| 4056 | 4070 | USA vs. Jerry Albert Boone |

# Discovery Index

Tattie Bogies

Sam Davis and Shawn Rice

Discovery Section: TB_DAVIS_1B

| Begin | End | Description |
|---|---|---|
| 4071 | 4076 | Article, "Contracts Payable in Gold" |
| 4077 | 4090 | Exert concerning Govt Ownership of RR |
| 4091 | 4096 | Exerts from various Acts of Congress |
| 4097 | 4102 | Diversified Metal Products vs. IRS |
| 4103 | 4103 | Exert from UCC |
| 4104 | 4104 | Exert - unidentified source |
| 4105 | 4174 | Hage vs. US |
| 4175 | 4175 | Comic strip |
| 4176 | 4178 | Document - Liberty Ark |
| 4179 | 4232 | Various documents re: Accepted for Value |
| 4233 | 4234 | letter from Systems Corporation of America |
| 4235 | 4252 | Wells Fargo Acct# 8264 Specialty Mgt Inc |
| 4253 | 4281 | Wells Fargo unk acct# Specialty Mgt Inc |
| 4282 | 4283 | Costco invoice 2/18/2008 |
| 4284 | 4303 | Folder - old account (Wells Fargo) |
| 4304 | 4307 | Letter from CapitalOne to Bobbi Davis |
| 4308 | 4310 | Copies of Wells Fargo statements |
| 4311 | 4320 | Documents relating to disputed charge to wells fargo |
| 4321 | 4366 | Copies of Wells Fargo statements acct# 8264 |
| 4367 | 4601 | Copies of Wells Fargo statements acct# 9375 |
| 4602 | 4604 | IRS Form W-8BEN and attachments |
| 4605 | 4619 | Open letter to Idaho Congressional Delegation |
| 4620 | 4634 | Fax from 208-324-4947 05/02/2007 |
| 4635 | 4636 | Fax to 208-379-1260 05/24/2007 |
| 4637 | 4640 | Letter from IRS to VLM Associates Inc |
| 4641 | 4684 | BofA statements acct# 3491 VLM Associates |
| 4685 | 4719 | Article, "What Happened to Justice?" |
| 4720 | 4725 | Contract - Wiedenkeller/Davis |

## *Discovery Index*

Tattie Bogies

Sam Davis and Shawn Rice

Discovery Section: TB_DAVIS_1B

| Begin | End | Description |
|---|---|---|
| 4726 | 4734 | IRS correspondence to Wiedenkeller |
| 4735 | 4740 | Miscellaneous documents re: Wiedenkeller |
| 4741 | 4785 | Project Overview, Winnemucca Mining Project |
| 4786 | 4788 | Work order 10/09/2003 re: Wisenor |
| 4789 | 4793 | Security Agreement re: Wisenor |
| 4794 | 4803 | UCC Search Report re: Wisenor |