## Discovery Index

Tattie Bogies

Sam Davis and Shawn Rice

| Begin | End | Description |
|-------|-----|-------------|
| 1 | 30 | FD-302 with attachments, dated 5/8/09 documenting receipt of drive by property appraisel for 2430 Lappin Lane, Council, ID |

2:09 cr 00078 HDM RJJ

2:09 cr 00078 HDM RJJ

**Discovery Index**
Tattie Bogles
Sam Davis and Shawn Rice
Discovery Section: TB_DAVIS_ADMIN

2:09 cr 00078 HDM RJJ

# Discovery Index

Tattie Bogies

Sam Davis and Shawn Rice

Discovery Section: TB_DAVIS_BANK REC

| Begin | End | Description |
|-------|-----|-------------|
| 1 | 3 | Wells Fargo Trial Subpoena BMFT and SMI |
| 4 | 5 | Wells Fargo Declaration re Trial Subpoena |
| 6 | 8 | BMFT 01/08/2009 redacted |
| 9 | 11 | BMFT 02/06/2009 |
| 12 | 16 | BMFT 03/06/2009 |
| 17 | 18 | BMFT 04/07/2009 Redacted |
| 19 | 34 | SMI 01/31/2009 Redacted |
| -35 | 48 | SMI 02/28/2009 |
| 49 | 54 | SMI 03/31/2009 Redacted |
| 55 | 68 | SMI Misc Deposited Items |
| 69 | 69 | Misc Letter to customer |
| 70 | 84 | SMI Misc Checks |
| 85 | 85 | SMI wire to Wiedenkeller $7,500 02/26/2009 |
| 86 | 99 | SMI deposits |
| 100 | 100 | BMFT Charles & Victoria Tingler deposit $30,000 02/26/2009 |
| 101 | 101 | SMI transfer to another acct $8,000 03/06/2008 |
| 102 | 103 | SMI Hobsons 09/05/2008 $25,000 |
| 104 | 104 | BMFT seizure withdrawal $129,647.17 03/06/2009 |
| 105 | 105 | BMFT from Simonsons $60,000 01/29/2009 |
| 106 | 106 | BMFT from Simonsons $80,000 01/30/2009 |
| 107 | 107 | BMFT to Steve Simonson $15,000 02/19/2009 |
| 108 | 108 | BMFT from FCTLP $19,773.72 02/20/2009 |

## Discovery Index

**Tattie Bogies**

Sam Davis and Shawn Rice

**Discovery Section: TB_DAVIS_CAPONE**

| Begin | End | Description |
|-------|-----|-------------|
| 1 | 28 | CC Statements from Capitol One |

# Discovery Index

Tattle Bogies

Sam Davis and Shawn Rice

Discovery Section: TB_RICE_1B

| Begin | End | Description |
|---|---|---|
| 1 | 2 | Simpe Articles of Incorp. |
| 3 | 18 | Limited Partnership Agreement Sovereign Legal Net |
| 19 | 36 | Affidavit of Shawn Rice Corp. Sole |
| 37 | 54 | Affidavit of Shawn Rice Corp. Sole |
| 55 | 63 | Shawn Rice Renunciation of U.S. Citizenship |
| 64 | 67 | Dist. AZ. Article III Rice v. Ashcroft Proposed Remedy |
| 68 | 69 | Handwritten notes re: Troy Larkin Tax |
| 70 | 70 | FedEx Return to Shawn Rice Simpe Corp Sole |
| 71 | 72 | 1st Presiding Patriarch Articles of Incorporation |
| 73 | 74 | Return mail service from Clerk of Superior Court AZ. |
| 75 | 109 | Shawn and Wendy Rice Dissolution of Marriage AZ. |
| 110 | 111 | Flow Chart from Off Shore |
| 112 | 205 | UCC Financing Statement |
| 206 | 226 | Bill of Peace; Rice & Assoc.FFD&R Training Binder |
| 227 | 300 | Rice & Assoc. Legal Advocates/Simpe/Training Binder |
| 300 | 340 | Training Binder Corp. class instructions |
| 341 | 410 | Tax Law |
| 411 | 502 | Dying w/o a Will / All caps Legal Person |
| 503 | 547 | Legal Filings |
| 548 | 762 | Federal Reserve Legal Arguments |
| 763 | 764 | House of Rice ID card |
| 765 | 779 | Passport photos, AZ. DL's, Identification cards |
| 782 | 801 | Address Book |
| 802 | 814 | Virtual Money / Personal Card Services |
| 815 | 817 | Credit card receipt / Financial Ledger |
| 818 | 835 | Sovereign Chartered Int. Bank account documents |
| 836 | 838 | Correspondence to Nillen Esq. re 150K finance agree |
| 839 | 856 | Correspondence between Alchemy Ent. Howard Foote |

## Discovery Index

### Tattie Bogies
Sam Davis and Shawn Rice

Discovery Section: TB_RICE_1B

| Begin | End | Description |
|---|---|---|
| 857 | 860 | Wyoming Sec. of St. receipt for Trade Name |
| 861 | 863 | Notary cert. of srvice |
| 864 | 1151 | Howard Foote Admin Leave documents |
| 1152 | 1152 | Robert/Janice Goris IRS Lien document |
| 1153 | 1154 | Gale/Judy Webb IRS release of Federal Tax Lien |
| 1155 | 1157 | Stewards of The Trustee seminar documents |
| 1158 | 1158 | Goris non paymt IRS document |
| 1159 | 1162 | Claims against U.S. documents |
| 1163 | 1165 | Howard Foote U.S. Treasury receipt |
| 1166 | 1167 | Shelbyville, KY. Hotel receipt |
| 1168 | 1170 | Webmail project documents |
| 1171 | 1172 | Sovereigns w/o Subjects School documents |
| 1173 | 1283 | Tax Issue documents |
| 1284 | 1374 | Chase Bank Account Records |
| 1375 | 1380 | Marquest directions from AZ-San Antonio-Lafayette |
| 1381 | 1383 | Foreign Earned Income Tax Forms |
| 1384 | 1530 | Course Lessons re: U.S. Courts |
| 1531 | 1592 | Course Lessons re: Common Law Court |
| 1593 | 1594 | Correspondance from College of Common Law |
| 1595 | 1610 | 2002 Tax Documents |
| 1611 | 1765 | College of Common Law Tax Freedom Lessons |
| 1766 | 1834 | Various documents re: incorporation of business |
| 1835 | 1849 | Supreme Court rulings re: corporation soles |
| 1850 | 1861 | Various documents re: incorporation of business |
| 1862 | 1875 | Correspondence to IRS |
| 1876 | 1881 | Article re: Indian tribe |
| 1882 | 1888 | Letter from Howard Foote to Jack Phelps |
| 1889 | 1894 | Miscellaneous paperwork and receipts |

## Discovery Index
Tattle Bogles
Sam Davis and Shawn Rice
Discovery Section: TB_RICE_1B

| Begin | End | Description |
|-------|-----|-------------|
| 1895 | 1902 | Engagement fee agreement |
| 1903 | 1931 | Handwritten notes re: Howard Foote |
| 1932 | 1948 | Miscellaneous paperwork |
| 1949 | 1959 | Emails and receipts |
| 1960 | 1976 | Handwritten notes |
| 1977 | 1992 | Paperwork re: Eden Barnes Industries |
| 1993 | 1998 | Notes from Frank Siempfer Meeting |
| 1999 | 2006 | EEI Services Agreement |
| 2007 | 2011 | notes re: nick@legalsolutions.com |
| 2012 | 2033 | MOU re: payment schedule (EEIC) |
| 2034 | 2037 | Technology Agreemt. (Stempfer, Bilbruck, Foote) |
| 2038 | 2060 | Worldwide Licensing Agreement |
| 2061 | 2063 | Email correspondence (Siempfer/Foote) |
| 2064 | 2084 | handwritten notes re : Foote, Winfield, Reid |
| 2085 | 2090 | Documents re: Pohakuloa Training Area |
| 2091 | 2281 | Technology Agreemt. Documents) |
| 2282 | 2289 | Arcadian Mgmt. Incorp. Docs. |
| 2290 | 2293 | Foote email re: 150K NASA check |
| 2293 | 2303 | California Technology Option Agreement |
| 2304 | 2315 | NV. Dept. Taxation docs sent to EEI |
| 2316 | 2333 | HMDM Incorp. Records |
| 2334 | 2367 | Non-Profit Science&Flight Institute documents |
| 2368 | 2371 | Univ. Power Vehc. Corp. documents |
| 2372 | 2375 | Delta Sky Milles Acct. info. |
| 2376 | 2379 | Amex documents |
| 2380 | 2445 | NV. Corp. purchase order for FEIC |
| 2446 | 2566 | Goldfinger Bullion Reservel\Freeland documents |
| 2567 | 2581 | Bills of Exchange documents |

# Discovery Index

Tattie Bogies

Sam Davis and Shawn Rice

Discovery Section: TB_RICE_1B

| Begin | End | Description |
|-------|-----|-------------|
| 2582 | 2585 | Chino Ship & Copy LLC documents |
| 2586 | 2613 | 1st Patriarch Foreign non-profit Corp. documents |
| 2614 | 2621 | Dist. Of MN. Habeas Corpus documents |
| 2622 | 2628 | College of Common Law Correspondance |
| 2629 | 2633 | Jail letter from Ron Crunkshank (sovereign no atty.) |
| 2634 | 2637 | Jail letter from Ed Wheler |
| 2638 | 2684 | USPS certified delivery documents |
| 2685 | 2716 | IRS Terry Payne past due taxes documents |
| 2717 | 2730 | Kathleen Ackland overdue taxes |
| 2731 | 2767 | louise Schniedman SC Sovereign Soil docs |
| 2768 | 2820 | Angela Howard " |
| 2821 | 2862 | U.S. v. Hargis dba ALH documents |
| 2863 | 2866 | Ron Crunkshank jail letter to Rice |
| 2867 | 2873 | Private Offset Bond (Rice) San Diego |
| 2874 | 2878 | TSB Offshore banking documents |
| 2879 | 2900 | ID's, passport, rabbi cert, Articles of Incorp (Rice) |
| 2901 | 2933 | Order of Gershom Indenture Agreement |
| 2934 | 2984 | Pembina Nation Treaty Docs and Rice ID's |
| 2984 | 3021 | Dist of ID. Diversified Metals v IRS legal docs |
| 3022 | 3045 | War Powers Today in America |
| 3046 | 3050 | Earth Link rewards docs |
| 3051 | 3234 | Response to Justice Dept. Release Letter |
| 3235 | 3261 | Response to Temp. Restraining Order |
| 3262 | 3304 | List of Taxable Activities |
| 3305 | 3399 | Aldrich-Wilson Federal reserve Act |
| 3400 | 3401 | handwritten notes re: telephone contacts |
| 3402 | 3597 | Simpe Notice of Claim to Media Concepts (agreemts |
| 3598 | 3600 | Handwritten bill ledger |

2:09 cr 00078 HDM RJJ

**Discovery Index**
Tattle Bogies

Sam Davis and Shawn Rice

Discovery Section: TB_RICE_1B

| Begin | End | Description |
|-------|-----|-------------|
| 3601 | 3638 | Ronald Cruickshank Power Of Atty. |
| 3639 | 3659 | Ronald Cruickshank/Coronado Part. LLC statements |
| 3660 | 3661 | Credit Card Checklist, #4635880001110758, Rice |
| 3662 | 3669 | USPS Receipts |
| 3670 | 3673 | IRS letter, EIN 20-4950876 |
| 3674 | 3683 | IRS letter, Cruickshank Family Limited |
| 3684 | 3685 | EFTPS Enrollment |
| 3686 | 3688 | IRS letter EIN 20-4858892 5/11/2006 |
| 3689 | 3690 | Rice to DOTreasury, EIN application |
| 3691 | 3705 | EIN assignment 20-4858869 |
| 3706 | 3707 | mbna America, #5490996496833667, Ron Cruickshank |
| 3708 | 3709 | BOA passcode C214171B, Cruickshank Partnership |
| 3710 | 3712 | EFTPS PIN 7582 |
| 3713 | 3715 | Cruickshank CPA is Garry Tedder |
| 3716 | 3731 | Cruickshank Partnership Agreement |
| 3732 | 3742 | Evergreen Global Consulting opening |
| 3743 | 3744 | Nevada Certificate of Limited Partnership |
| 3745 | 3751 | Nevada Filing for Shekel Management Corporation |
| 3752 | 3755 | Articles of Incorporation |
| 3756 | 3762 | Corporate Charter |
| 3763 | 3765 | Certificate of Good Standing |
| 3766 | 3767 | EIN assignment 20-4590876 |
| 3768 | 3770 | Members Resolution for Bank account, Rice |
| 3771 | 3780 | Chase Bank Certificate of Title |
| 3781 | 3787 | Evergreen Global Consulting member list |
| 3788 | 3824 | Independent Contractor Agreement |
| 3825 | 3830 | Trust Certificate of Matrix Consulting |
| 3831 | 3833 | BOA account activity, Cruickshank Partnership |

## Discovery Index

Tattie Bogies

Sam Davis and Shawn Rice

Discovery Section: TB_RICE_1B

| Begin | End | Description |
|-------|------|-------------|
| 3834 | 3849 | Society of the Israelite Mosaic Paternal Ethic |
| 3850 | 3861 | Articles of Incorporation |
| 3862 | 3870 | Rice and Associates Retainer agreement |
| 3871 | 3906 | Secured Promissary Notes, Rice |
| 3907 | 3937 | UCC Amendment Acknowledgement, California |
| 3938 | 3947 | 7/31/2001 US v. Ronald Cruickshank |
| 3948 | 3960 | Administrative Remedy |
| 3961 | 3964 | Default Confessions, Stipulations |
| 3965 | 3979 | Confession of Judgment |
| 3980 | 3980 | Notary Certificate |
| 3981 | 3996 | Notary Certificate |
| 3981 | 3996 | Notary Acceptor |
| 3997 | 4010 | Notary Receipts |
| 4011 | 4025 | Notary Certificate of Service |
| 4026 | 4031 | Notary Receipts |
| 4032 | 4078 | 5/18/2000 Washington State verification |
| 4079 | 4087 | Notary Certificate of Service |
| 4088 | 4097 | Offers to Expand Funds |
| 4098 | 4107 | Default Confessions, Stipulations |
| 4108 | 4116 | Affidavit of Facts, Cruickshank |
| 4117 | 4139 | Evidence of Service 2007 |
| 4140 | 4174 | Demand for Payment |
| 4175 | 4180 | Three day offer of immunity |
| 4181 | 4183 | Default Confessions, Stipulations 11/19/2007 |
| 4184 | 4185 | Confession of Judgment |
| 4186 | 4192 | Affidavit of Facts, Cruickshank |
| 4193 | 4204 | US v. Ronald Cruickshank |
| 4205 | 4206 | Offers to Expand Funds 7/31/2001 |
| 4207 | 4218 | US v. Ronald Cruickshank 8/1/2007 |

# Discovery Index

Tattie Bogies

Sam Davis and Shawn Rice

Discovery Section: TB_RICE_1B

| Begin | End | Description |
|---|---|---|
| 4219 | 4227 | SIMPE Shares |
| 4228 | 4233 | SSN card, Drivers license, IDs Rice |
| 4234 | 4251 | 12/17/2007 State of Washington receipts |
| 4252 | 4279 | SIMPE certificate of incorporation |
| 4280 | 4288 | 9/13/2002 SIMPE Copyright Notice |
| 4289 | 4322 | 9/17/2007 Tennessee SIMPE rejection |
| 4323 | 4329 | Regions Bank 2/26/2008, #8195485 |
| 4330 | 4334 | Angela Howard Tennessee DL |
| 4335 | 4363 | Angela Howard Constructive Trust |
| 4364 | 4369 | Title 42 Public Health and Welfare |
| 4370 | 4374 | 1957 Internal Revenue Bulletin |
| 4375 | 4387 | Angela Howard Tax Forms |
| 4388 | 4398 | Angela Howard Power of Attorney |
| 4399 | 4473 | Cruickshank Claim of Lien |
| 4474 | 4508 | Louis Schneidman UCC Financing Statement |
| 4509 | 4511 | Treasury Direct account |
| 4512 | 4513 | Rice ID cards |
| 4514 | 4516 | Chase, #712928795 |
| 4517 | 4547 | State Birth Certificates Angela Howard, Barry Frieder and all |
| 4548 | 4599 | 2002 1040 tax forms, Patrick Flanagan |
| 4600 | 4607 | 1/30/2008 Notary Certificate of Service |
| 4608 | 4635 | Notary Demand for Payment |
| 4636 | 4661 | Notary Certificate of Service |
| 4662 | 4694 | Notary Acceptor |
| 4695 | 4705 | Evidence of Service 2007 |
| 4706 | 4714 | Notary Certificate of Service |
| 4715 | 4749 | Evidence of Service |
| 4750 | 4755 | Postal Receipts, Cruickshank, 2/2008 |

## Discovery Index
### Tattie Bogies
Sam Davis and Shawn Rice
Discovery Section: TB_RICE_1B

| Begin | End | Description |
|-------|-----|-------------|
| 4756 | 4769 | Postal Receipts, Fry, 2/2008 |
| 4770 | 4787 | Postal Receipts, Cruickshank, 2/2008 |
| 4788 | 4795 | Postal Receipts, Fry, 2/2008 |
| 4796 | 4797 | Private Offset Bond |
| 4798 | 4821 | Postal Receipts, Cruickshank, 2/2008 |
| 4822 | 4836 | Postal Receipts, Fry, 2008 |
| 4837 | 4840 | Certificate of Service |
| 4841 | 5026 | Postal Receipts, Fry, 2007 |
| 5027 | 5058 | Power of Attorney, Cruickshank |
| 5059 | 5060 | Cruickshank Notification 2007 |
| 5061 | 5146 | Postal Receipts, Fry, 2007 |
| 5147 | 5150 | 2006 California Political Intentions |
| 5151 | 5161 | Chrysler 300 Acquisition, Rice, 12/2008 |
| 5162 | 5169 | Affidavit of Birth, Roy Albert Lewis |
| 5170 | 5177 | Affidavit of Tax Account Number, Roy Albert Lewis |
| 5178 | 5186 | 2005 Form 1040-V |
| 5187 | 5190 | 2007 Form 1096, Jack Kyle |
| 5191 | 5198 | 2005, 2006 Misc. Tax Forms, Kyle |
| 5199 | 5209 | Postal Receipts, Rice to Mosier |
| 5210 | 5226 | US v. Hargis 8/2004 |
| 5227 | 5254 | State of Arizona Lien, John Marsing |
| 5255 | 5269 | Articles of Incorporation AEAIJ |
| 5270 | 5291 | Exhibit F |
| 5292 | 5293 | Exhibit G, Marsing |
| 5294 | 5297 | Postal Receipts, Richard James Lewis |
| 5298 | 5312 | Postal Receipts, Certificate of Service, Fry |
| 5313 | 5318 | Postal Receipts, Richard James Lewis |
| 5319 | 5321 | Postal Receipts, Certificate of Service, Fry |

# Discovery Index

Tattle Bogies

Sam Davis and Shawn Rice

Discovery Section: TB_RICE_1B

| Begin | End | Description |
|---|---|---|
| 5322 | 5332 | Payment under Notary Seal, Fry, 2/2008 |
| 5333 | 5367 | Postal Receipts, John Neaton |
| 5368 | 5386 | Certified Deposit Order, Neaton |
| 5387 | 5416 | CA Claim of Lien, Terrance Lee Payne, 8/2007 |
| 5477 | 5420 | Birth Certificate |
| 5421 | 5441 | CA Claim of Lien, Terrance Lee Payne, 8/2007 |
| 5442 | 5469 | Notice of Surety and Bond |
| 5470 | 5489 | Postal Receipts, Richard James Lewis |
| 5490 | 5520 | Private Offeset Bond, Ron Cruickshank 10/2007 |
| 5521 | 5550 | US v. Cruickshank, 7/2003, 5 count Indictment |
| 5551 | 5552 | Schedule A, Default Under Public Policy |
| 5553 | 5553 | Schedule B |
| 5554 | 5581 | Bond Order, 2007, Cruickshank |
| 5582 | 5584 | Certificate of Service |
| 5585 | 5608 | Postal Receipts, Certificate of Service, Fry |
| 5609 | 5610 | 2007 Form 1040-V, John Marsing |
| 5611 | 5615 | Postal Receipts, 5/2003 |
| 5616 | 5619 | US v. ALH, Taxpayer Information |
| 5620 | 5621 | Notice of Federal Tax Lien, Marsing, 4/2002 |
| 5622 | 5623 | Marsing Settlement Offer, 1/2003 |
| 5624 | 5625 | Wells Fargo Overdraft Notice, Marsing, 2/2003 |
| 5626 | 5642 | Tax Forms 4506, 8822, Marsing |
| 5643 | 5648 | Investigatory Interview Procedures |
| 5649 | 5670 | Arizona Affidavit, Marsing, 1/1995 |
| 5671 | 5673 | IRS Form 4506 |
| 5674 | 5694 | Letters to/from SSA, Marsing, 2/1995 |
| 5695 | 5703 | Request for Tax Return, Marsing, 1994 |
| 5704 | 5715 | Letter to AZ Department of Revenue |

# Discovery Index

Tattie Bogles

Sam Davis and Shawn Rice

Discovery Section: TB_RICE_1B

| Begin | End | Description |
|---|---|---|
| 5716 | 5718 | Notice of Levy on Property Rights, Marsing, 10/2002 |
| 5719 | 5730 | Grammar notes |
| 5731 | 5746 | Notice of Conditional Acceptance, Marsing |
| 5747 | 5751 | IRS Form 4506, Marsing |
| 5752 | 5849 | $12 million payment letter, Cruickshank, 11/2007 |
| 5850 | 5910 | Postal Receipts, Fry, 11/2007 |
| 5911 | 5948 | Demand for Payment, Fry/Cruickshank, North Carolina, 2007 |
| 5949 | 6017 | Letter to Judge Flanagan, 2007 reference US v. Cruickshank |
| 6018 | 6085 | Letter to Timothy Riley, IRS, reference US v. Cruickshank |
| 6086 | 6161 | Letter to Dennis Duffy, AUSA, reference US v. Cruickshank, 11/2007 |
| 6162 | 6230 | Letter to Slade Trabucco, reference US v. Cruickshank, 11/2007 |
| 6231 | 6240 | Notice of Apostille, Holly Cruickshank, 12/2007 |
| 6241 | 6242 | Notarial Fault, Holly Cruickshank, 12/2007 |
| 6243 | 6279 | Postal Receipts and Certified Deposit Order, John Neaton |
| 6280 | 6337 | Certified Deposit Orders, Neaton |
| 6338 | 6349 | Power of Attorney, Holly Cruickshank, 4/2006 |
| 6350 | 6351 | UCC Financing Statement |
| 6352 | 6359 | Notice of Surety and Bond, CA |
| 6360 | 6362 | Public Defender letter to Rice, 4/2008 |
| 6363 | 6377 | Letter to Rice, 4/2008 and Postage Receipts-Neaton |
| 6378 | 6381 | Vehicle Bill of Sale, Title Transfer, Rice |
| 6382 | 6387 | Postage Receipts, Neaton, 10/2007 |
| 6388 | 6404 | Certified Deposit Order, Cruickshank, California |
| 6405 | 6407 | Postage Receipts, UCC Licensing |
| 6408 | 6409 | Postage Receipts, US Treasury |
| 6410 | 6413 | IRS letter to Cruickshank, money owed, 6/2007 |
| 6414 | 6415 | Bond Order, Cruickshank |
| 6416 | 6418 | Bond Order and compliance letter to IRS, Cruickshank |

## Discovery Index

Tattie Bogies

Sam Davis and Shawn Rice

Discovery Section: TB_RICE_1B

| Begin | End | Description |
|-------|-----|-------------|
| 6419 | 6426 | Rice letter regarding Cruickshank competence |
| 6427 | 6433 | Cruickshank Promissory Note to Treasuryq |
| 6434 | 6447 | Private Discharge and Indemnity Bond, Cruickshank, Rice |
| 6448 | 6458 | US v. Cruickshank, Indictment, 7/2003 |
| 6459 | 6484 | Kinko's receipts, SIMPE, Cruickshank |
| 6485 | 6489 | Letter addressed to Rice from Cruickshank, Ontario Canada paperwork |
| 6490 | 6491 | Bond Order, Rice |
| 6492 | 6495 | Promissory Note, Holly Cruickshank |
| 6496 | 6499 | UCC Financing Statement, Cruickshank |
| 6500 | 6502 | Claim of Lien, Holly Cruickshank |
| 6503 | 6524 | Power of Attorney, Holly Cruickshank |
| 6525 | 6528 | Deposit of Birth Certificate with US Treasury |
| 6529 | 6530 | CA Tax Board, Cruickshank balance 2007 |
| 6531 | 6537 | Cruickshank competency letter, Rice |
| 6538 | 6540 | Rice letter regarding Cruickshank liabilities |
| 6541 | 6543 | Claim of Lien, Ron Cruickshank |
| 6544 | 6567 | US v. Cruickshank, Eastern District of North Carolina |
| 6568 | 6590 | US v. Cruickshank Indictment, Northern District of CA, 2007 |
| 6591 | 6595 | IRS statement 2007, Cruickshank taxes owed |
| 6596 | 6597 | Label addressed to Dennis Duffy, AUSA |
| 6598 | 6638 | US v. Cruickshank, Eastern District of North Carolina |
| 6639 | 6645 | Exhibit 1, Rice |
| 6646 | 6652 | Exhibit 2, Rice, Brent James |
| 6653 | 6658 | Exhibit 3, Rice, service on Michael James |
| 6659 | 6664 | Exhibit 4, Rice, service on Tanner James |
| 6665 | 6670 | Exhibit 5, Rice, Evidence of Service |
| 6671 | 6674 | Exhibit 6, Rice, service on Louise Brown |
| 6675 | 6681 | Exhibit 7, Rice, service on Rhonda Smith |

## Discovery Index

Tattle Bogies

Sam Davis and Shawn Rice

Discovery Section: TB_RICE_1B

| Begin | End | Description |
|---|---|---|
| 6682 | 6687 | Exhibit 8, Rice, service on Leighanne Bartell |
| 6688 | 6693 | Exhibit 9, Rice, service on Sandy Pritchett |
| 6694 | 6699 | Exhibit 10, Rice, service on M. Haratone |
| 6700 | 6701 | Label addressed to Judge Louise Flanagan |
| 6702 | 6742 | US v. Cruickshank, Eastern District of North Carolina |
| 6743 | 6744 | State of Colorado Warrant for Destraint |
| 6745 | 6752 | Kavanah, 2006, 1099-MISC |
| 6753 | 6762 | Notice of Apostille, Frieder, 2007 |
| 6763 | 6764 | Certificate of Non Response, Notarial Fault, Frieder, 2007 |
| 6765 | 6767 | Letter addressed to US Treasury Secretary, Neaton |
| 6768 | 6771 | Postal Receipts, Neaton |
| 6772 | 6784 | Certified Deposit Order - Frieder, Birth Certificate |
| 6785 | 6787 | Postal label addressed to US Treasury Secretary |
| 6788 | 6791 | Postal Receipts, Neaton |
| 6792 | 6793 | Private Discharging and Indemnity Bond, Frieder, 2007 |
| 6794 | 6800 | Postal Receipts, Neaton |
| 6801 | 6802 | Private Discharging and Indemnity Bond, Frieder, 2007 |
| 6803 | 6817 | Postal Receipts, Neaton |
| 6818 | 6827 | Private Discharging and Indemnity Bond, Frieder, 2007 |
| 6828 | 6833 | Postal Receipts, Neaton |
| 6834 | 6867 | Private Discharging and Indemnity Bond, Frieder, 2007 |
| 6868 | 6870 | Information on how to contact to Colorado Secretary of State's office |
| 6871 | 6873 | UCC Information Request, Kavanah Corporation |
| 6874 | 6878 | UCC Financing Statement, Frieder |
| 6879 | 6887 | Power of Attorney, Peter Gold |
| 6888 | 6891 | Form 1040-V Payment Voucher, 2006, Gold |
| 6892 | 6912 | Peter Gold Taxpayer Worksheets regarding Deficiency Notice, 2002-2003 Tax Years |
| 6913 | 6918 | UCC Financing Statement, Gold |

## Discovery Index
### Tattle Bogies
Sam Davis and Shawn Rice
Discovery Section: TB_RICE_1B

| Begin | End | Description |
|-------|-----|-------------|
| 6919 | 6923 | Form 1040-V Payment Voucher, 2006, Gold |
| 6924 | 6928 | Postage Receipts, SIMPE |
| 6929 | 6939 | Power of Attornel, Peter Gold |
| 6940 | 6941 | Birth Certificate, Peter Gold, New York |
| 6942 | 6959 | Private Discharging and Indemnity Bond, Gold, 2007 |
| 6950 | 6956 | Promissory Note 2007, Peter Gold, Birth Certificate |
| 6957 | 6959 | Claim of Lien for Peter Alexander Gold |
| 6960 | 6961 | UCC Finance Statement for Peter Alexander Gold |
| 6962 | 6962 | Letter to International Transitions Services LLC |
| 6963 | 6963 | Affidavit of Peter Alexander Gold |
| 6964 | 7134 | 1099 OID and Bond Documents for Robert D. Goris |
| 7135 | 7135 | UCC Connect Login with password hand-written |
| 7136 | 7139 | Retainer Agreement from Rice & Associates |
| 7140 | 7143 | Copy of Birth Certificate for Robert Dale Goris |
| 7144 | 7161 | Correspondence and Court Filings on Robert Goris |
| 7162 | 7168 | UPS Shipping receipt from Rice to Thomas Goris |
| 7169 | 7169 | Letter to Barton Buntz from Rice reference R. Goris |
| 7170 | 7179 | Documents from Robert Goris to Rice & Associates |
| 7180 | 7192 | 1040 Tax Documents for 2002-2007 for R. Goris |
| 7193 | 7193 | Deposit Ticket for SIMPE LTA for $137,083.33 from 2007 |
| 7194 | 7204 | Search Warrant Documents Related to Robert Goris |
| 7205 | 7215 | Tax Documents from Robert Goris to Rice & Associates |
| 7216 | 7223 | Investigative Report from Barton Buntz to All Constitutional Republic Americans |
| 7224 | 7230 | E-Mail article regarding Barton Buntz |
| 7231 | 7245 | Affidavit from Frank M. Hogle to Treasury w/hand-written corrections |
| 7246 | 7250 | Documents regarding Robert Goris' 2004 Taxes |
| 7251 | 7253 | Documents regarding Robert Goris' 2003 Taxes |
| 7254 | 7256 | Documents regarding Robert Goris' 2002 Taxes |

**Discovery Index**

Tattie Bogies

Sam Davis and Shawn Rice

Discovery Section: TB_RICE_1B

| Begin | End | Description |
|-------|-----|-------------|
| 7257 | 7260 | Additional documents regarding Robert Goris' 2002 Taxes |
| 7261 | 7278 | Robert Dale Goris vs United States of America in Minnesota |
| 7279 | 7296 | United States of America vs Robert Dale Goris in Minnesota |
| 7297 | 7303 | Hand-written regarding Robert Goris Retainer w/copy of Check |
| 7304 | 7316 | Copy of E-mail re:Rice travel to Minnesota for Goris |
| 7317 | 7319 | Priceline.com hotel receipt & map for 1 room in name of Robert Goris |
| 7320 | 7340 | Documents relating to Family Unity Holdings LLC and Tom Goris |
| 7341 | 7342 | Confidentiality Agreement between Rice as Order of Gershom and Robert Goris |
| 7343 | 7344 | Confidentiality Agreement between Rice as Order of Gershom and Tom Goris |
| 7345 | 7347 | Folder with "Art in Motion" written on outside & copies of Registered Mail Receipts |
| 7348 | 7450 | Documents & 1040 form filings for Angela Diane Howard |
| 7451 | 7528 | Documents & 1040 form Filings for Jack Britton Kyle |
| 7529 | 7531 | Retainer Agreement from Rice & Associates & Jack Kyle |
| 7532 | 7533 | Confidentiality Agreement from Rice & Associates & Jack Kyle |
| 7534 | 7540 | Uniform Commerical Code & 2007 1040 Form filings for Jack Kyle |
| 7541 | 7559 | 1040 Form Filings for 2008 for Jack Kyle |
| 7560 | 7563 | Correspondence from IRS to Jack Kyle |
| 7564 | 7568 | Correspondence to Jack Kyle from Country Wide Mortgage |
| 7569 | 7577 | Request for Collection Hearing and Little Shell Pembina Nation Documents for Jack Kyle |
| 7578 | 7582 | Notice of Tax Lien on Jack Kyle |
| 7583 | 7608 | IRS Documents related to Jack Kyle |
| 7609 | 7616 | Correspondence from Bank of America related to Jack Kyle |
| 7617 | 7626 | Correspondence from First Priority Bank on Jack Kyle |
| 7627 | 7638 | Correspondence from Wells Fargo Bank on Jack Kyle |
| 7639 | 7644 | Summons from IRS to Bank of America on Jack Kyle |
| 7645 | 7650 | Summons from IRS to Countrywide Home Loans on Jack Kyle |
| 7651 | 7656 | Summons from IRS to Wells Fargo Bank on Jack Kyle |
| 7657 | 7662 | Summons from IRS to JP Morgan Chase Bank on Jack Kyle |

## Discovery Index
### Tattie Bogies
Sam Davis and Shawn Rice
Discovery Section: TB_RICE_1B

| Begin | End | Description |
|---|---|---|
| 7663 | 7668 | Summons from IRS to Pryority Bank on Jack Kyle |
| 7669 | 7674 | Summons from IRS to Access Credit Union on Jack Kyle |
| 7675 | 7677 | Correspondence from IRS to Jack Kyle |
| 7678 | 7688 | Correspondence from IRS to Jack Kyle |
| 7689 | 7700 | Correspondence from Jack Kyle to IRS |
| 7701 | 7703 | Correspondence from IRS to Jack Kyle |
| 7704 | 7705 | Correspondence from TIGTA to Jack Kyle |
| 7706 | 7716 | Uniform Commercial Code Filings for Shawn Rice |
| 7717 | 7730 | Bidder Registration Form/Bonded Promissory Note Shawn Rice |
| 7731 | 7736 | Auction Documents Signed by Shawn Rice |
| 7737 | 7755 | Memorandum of Law on Bills of Exchange signed by Shawn Rice |
| 7756 | 7762 | UCC Finance Statement for Shawn Rice |
| 7763 | 7765 | Sample format for IRS Deed |
| 7766 | 7772 | UCC Finance Statement for Shawn Rice |
| 7773 | 7899 | Correspondence from IRS to Jack Kyle |
| 7900 | 7900 | Symbol Lookup on Fidelity |
| 7901 | 7901 | Paralegal Research Advocates Invoice in name of Shawn Rice |
| 7902 | 7924 | Instructions for mailing and Bonds for Shawn Rice |
| 7925 | 7929 | Asseveration of Foreign Status for Shawn Rice |
| 7930 | 7936 | Contract and Declaration of Citizenship for Shawn Rice |
| 7937 | 7941 | Rescission of Social Security for Shawn Rice |
| 7942 | 7954 | Actual & Constructive Notice by Affidavit for Shawn Rice |
| 7955 | 7958 | Actual & Constructive Notice by Affidavit for Shawn Rice |
| 7959 | 7962 | Affidavit of Citizenship for Shawn Rice |
| 7963 | 7966 | Asseveration Document for Shawn Talbot Rice |
| 7967 | 8004 | Articles of Incorporation for SIMPE |
| 8005 | 8035 | Application for Registration of Trade Name for SIMPE |
| 8036 | 8047 | Proof of Service and Certified Mailing for Shawn Rice Bonds |

## Discovery Index

Tattle Bogies

Sam Davis and Shawn Rice

Discovery Section: TB_RICE_1B

| Begin | End | Description |
|---|---|---|
| 8048 | 8051 | UCC Financing Statement for Gale Webb |
| 8052 | 8053 | Request for Collection Hearing for Jack Kyle |
| 8054 | 8119 | Certified Mailings of Gale Webb's Bonds to IRS |
| 8120 | 8138 | Correspondence from IRS to John Stuart |
| 8139 | 8160 | Bonded Promissory Notes from Rice from 2007 |
| 8161 | 8168 | Correspondence from Jet Propulsion Lab to Earth Energy |
| 8169 | 8172 | Correspondence from Jet Propulsion Lab to Earth Energy |
| 8173 | 8223 | Agreement between Jet Propulsion and Earth Energy |
| 8224 | 8262 | Correspondence from IRS to Shawn Rice stamped Accepted for Value |
| 8263 | 8297 | Correspondence from IRS to Kristin Rice |
| 8298 | 8304 | Private Offset Bonds by Shawn Rice |
| 8305 | 8309 | UCC Connect Subscribe page |
| 8310 | 8312 | UCC Filing Acknowledgement from CA for Shawn Rice |
| 8313 | 8315 | UCC Filing Acknowledgement from CA for Shawn Rice |
| 8316 | 8316 | USPS Track and Confirm Search Result |
| 8317 | 8319 | UCC Filing Acknowledgement from CA for Shawn Rice |
| 8320 | 8323 | UCC Amendment Acknowledgement for Shawn Rice |
| 8324 | 8327 | UCC Amendment Acknowledgement for Shawn Rice |
| 8328 | 8331 | UCC Filing Acknowledgement from CA for Shawn Rice |
| 8332 | 8336 | UCC Filing Acknowledgement from CA for Shawn Rice |
| 8337 | 8343 | Duplicate of 8332-8336 |
| 8344 | 8402 | Acceptance of IRS Lien Docs. From Rice to IRS |
| 8403 | 8443 | Bonded Promissory Notes from Rice from 2007 |
| 8444 | 8525 | Bonded Promissory Notes from Rice from 2007 |
| 8526 | 8527 | Hand written notes on back of envelope |
| 8528 | 8563 | UCC filings for Holly Cruickshank |
| 8564 | 8610 | UCC Filings for Ronald Cruickshank |
| 8611 | 8747 | UCC filings/IRS Documents for Louis Schneidman |

## Discovery Index

Tattle Bogies

Sam Davis and Shawn Rice

Discovery Section: TB_RICE_1B

| Begin | End | Description |
|---|---|---|
| 8748 | 8785 | UCC filings/IRS Documents for Charlotte Ann Fry |
| 8786 | 8829 | UCC filings/IRS Documents for Ronald Cruickshank |
| 8830 | 8933 | Documents filed in Arizona reference shawn Talbot rice |
| 8934 | 9193 | UCC filings/IRS Documents for Gayle Lawrence Webb |
| 9194 | 9204 | Letter dated 2/17/2009 Shawn Rice to AZ Supreme Court |
| 9205 | 9279 | Copy of 2008 Day Planner Calendar w/receipts |
| 9280 | 9283 | Check for $250,000.00 payable to Depository Trust Co |
| 9284 | 9288 | Costco photo receipt envelope w/passport photos of Rice |
| 9290 | 9290 | Birth Certificate of Shawn Talbot Rice |
| 9291 | 9294 | Affidavit of Individual Surety for Richard Lee Mellor |
| 9295 | 9300 | Release of Lien & Release of Property For Kristin Rice |
| 9301 | 9303 | Release of Property for Shawn Rice to Depository Trust Co |
| 9304 | 9318 | Instructions for Affidavit of Individual Surety |
| 9319 | 9334 | Article "The Rapture Question" |
| 9335 | 9335 | Copy of ck 0180 and 0179 for $3,000,000.00 each |
| 9336 | 9336 | Hand-written instructions for Depository Trust Company |
| 9337 | 9340 | Check for $250,000.00 payable to Depository Trust Co 2/24/2009 |
| 9341 | 9343 | Release of Lien documents for Shawn Talbot Rice |
| 9344 | 9349 | House of Rice Passport for Shawn Talbot Rice |
| 9350 | 9379 | Correspondence with U.S. Treasury regarding Clayton Utterback |
| 9380 | 9383 | Tax Documents for Louis Schneidiman |
| 9384 | 9390 | Note paper with hand-written name & phone numbers |
| 9391 | 9426 | Little Shell Pembina Nation Documents & school transcripts |
| 9427 | 9440 | Petition for Thomas Bradford Schaults & UCC filing |
| 9441 | 9442 | United States Passport for Shawn Talbot Rice |
| 9443 | 9444 | USPS Certified mail receipt addressed to Dept of Treasury |
| 9445 | 9448 | World Services Authority Passport for Shawn Rice |
| 9449 | 9459 | Hand-written notes and directions |

2:09 cr 00078 HDM RJJ

## Discovery Index
### Tattle Bogies
Sam Davis and Shawn Rice
Discovery Section: TB_RICE_1B

| Begin | End | Description |
|-------|-----|-------------|
| 9460 | 9482 | Hand-written notes, directions and 1099 OID form sample |

18 of 18
TB_RICE_1B

00000079

2:09 cr 00078 HDM RJJ

## Discovery Index

Tattle Bogies

Sam Davis and Shawn Rice

Discovery Section: TB_RICE_ADMIN

| Begin | End | Description |
|-------|-----|-------------|
| 1 | 25 | Signed Search Warrant for 54260 North Sunrise Lane, Seligman, AZ, dated 3/5/09; attached supporting Affidavit, items to be seized; FD-597 containing list of actual items seized during search conducted on 3/5/09. |
| 26 | 62 | Documents from WF about a false check attempted to deposit in RICE's account. |

2:09 cr 00078 HDM RJJ

**Discovery Index**

Tattle Bogies

Sam Davis and Shawn Rice

Discovery Section: TB_RICE_BANK_REC

| Begin | End | Description |
|---|---|---|
| 1 | 3 | JP Morgan Chase & Co, Acct# 4312, Simpe LTA misc records |
| 4 | 4 | JP Morgan Chase & Co, Acct# 4312, Check 1167, $10,000 Raju Mahoud 10/16/2008 |
| 5 | 5 | JP Morgan Chase & Co, Acct# 4312, Check 1168, $25,000 Raju Mahoud 10/28/2008 |
| 6 | 6 | JP Morgan Chase & Co, Acct# 4312, Check 1169, $60,000 Raju Mahoud 11/03/2008 |
| 7 | 7 | JP Morgan Chase & Co, Acct# 4312, Check 1170, $100,000 Raju Mahoud 11/10/2008 |
| 8 | 11 | JP Morgan Chase & Co, Acct# 4312, Simpe LTA misc records |
| 12 | 13 | JP Morgan Chase & Co, Acct# 4312, Deposit $25,000 Cash 10/24/2008 |
| 14 | 15 | JP Morgan Chase & Co, Acct# 4312, Deposit $60,000 Cash 10/30/2008 |
| 16 | 17 | JP Morgan Chase & Co, Acct# 4312, Deposit $100,000 Cash 11/06/2008 |
| 18 | 18 | JP Morgan Chase & Co, Acct# 4312, Simpe LTA misc records |
| 19 | 20 | JP Morgan Chase & Co, Acct# 4312, Deposit $15,000 Cash 10/10/2008 |
| 21 | 21 | JP Morgan Chase & Co, Acct# 4312, Simpe LTA misc records |
| 22 | 23 | JP Morgan Chase & Co, Acct# 4312, Deposit $100,000 Cash 11/14/2008 |
| 24 | 25 | JP Morgan Chase & Co, Acct# 4312, Deposit $97,000 Cash 11/24/2008 |
| 26 | 27 | JP Morgan Chase & Co, Acct# 4312, Deposit $99,000 Cash 12/03/2008 |
| 28 | 31 | JP Morgan Chase & Co, Acct# 4312, Simpe LTA misc records |
| 32 | 33 | JP Morgan Chase & Co, Acct# 4312, WT $100,000 11/17/2008 to BMFT |
| 34 | 35 | JP Morgan Chase & Co, Acct# 4312, WT $97,000 11/26/2008 to BMFT |
| 36 | 37 | JP Morgan Chase & Co, Acct# 4312, WT $97,000 12/05/2008 to BMFT |
| 38 | 39 | JP Morgan Chase & Co, Acct# 4312, WT $97,000 12/19/2008 to BMFT |
| 40 | 41 | JP Morgan Chase & Co, Acct# 4312, WT $97,000 12/30/2008 to BMFT |

2:09 cr 00078 HDM RJJ

## Discovery Index
### Tattie Bogies
Sam Davis and Shawn Rice
Discovery Section: TB_RICE_CSA

| Begin | End | Description |
|-------|-----|-------------|
| 1 | 4 | Currency Services Agreement(s) |

1 of 1
TB_RICE_CSA

00000082

2:09 cr 00078 HDM RJJ

## Discovery Index
### Tattie Bogies
Sam Davis and Shawn Rice

Discovery Section: TB_SIMONSON_DOC

| Begin | End | Description |
|-------|-----|-------------|
| 1 | 3 | Email on Jan 26 2009, Josh to Sam |
| 4 | 18 | Email on Jan 25, 2009 |
| 19 | 20 | Email on Feb 5, 2009 "letter from Ogden" |
| 21 | 22 | Email on Feb 16, 2009 |
| 23 | 24 | Email on Feb 17, 2009 |
| 25 | 25 | Letter from IRS dated 1-26-2009 |
| 26 | 41 | Email on Feb 3, 2009 |
| 42 | 43 | Email on Mar 2, 2009 |
| 44 | 45 | Email on Feb 18, 2009 |
| 47 | 56 | Email on Feb 2, 2009 |
| 57 | 59 | Email on Jan 26, 2009 |
| 60 | 68 | Contract "Line of Credit Agreement" |
| 69 | 78 | Email on Feb 3, 2009 |
| 79 | 82 | Email on Jan 26, 2009 |
| 83 | 85 | Email on Jan 26, 2009 |
| 86 | 90 | Email Jan 26, 2009 |
| 91 | 95 | Email Jan 25, 2009 |
| 96 | 99 | Email Jan 25, 2009 |
| 100 | 101 | State of Wyoming Records |
| 102 | 104 | State of Wyoming Records |
| 105 | 119 | Boulder Mountain Funding Bank Records for Wells Fargo |

2:09 cr 00078 HDM RJJ

# Discovery Index
Tattie Bogies
Sam Davis and Shawn Rice

Discovery Section: TB_SIMONSON_FINSUM

| Begin | End | Description |
|-------|-----|-------------|
| 1 | 129 | Bank Records for the Simonsons |

2:09 cr 00078 HDM RJJ

## Discovery Index
### Tattle Bogies
Sam Davis and Shawn Rice

Discovery Section: TB_SIMONSON_TAX

| Begin | End | Description |
|-------|-----|-------------|
| 1 | 20 | Kristen L Simonson Tax Records |
| 21 | 23 | IDRS Records |
| 24 | 35 | 2007 1040 for Joshua Simonson |
| 36 | 37 | IDRS Records |
| 38 | 305 | Records from Tax Preparer of the Simonsons |