DANIEL G. BOGDEN
United States Attorney
District of Nevada
L. ERIC JOHNSON
Chief, Organized Crime Strike Force
J. Gregory Damm
Assistant United States Attorney
Organized Crime Strike Force
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6418

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:09-CR-078-JCM-(RJJ) |
| Plaintiff, | ) | GOVERNMENT'S SUPPLEMENTAL NOTICE OF INTENT TO USE EVIDENCE OF OTHER CRIMES, WRONGS OR ACTS |
| vs. | ) | |
| SAMUEL DAVIS, and, SHAWN RICE, | ) | |
| Defendants. | ) | |

COMES NOW the United States of America, by and through DANIEL G. BOGDEN, United States Attorney, and J. Gregory Damm, Assistant United States Attorney and hereby gives notice that the government intends to use the following evidence in the trial of this matter.

NOTICE

Pursuant to Fed.R.Evid. 404(b), the prosecution is providing reasonable notice in advance of trial of the general nature of any such evidence it intends to introduce at trial of other crimes, wrongs or acts allegedly committed by the defendants. Without conceding that the following evidence is governed by Fed.R.Evid. 404(b), and reserving the right to supplement this notice with additional notices, the government hereby notifies the defendants that it intends to introduce the following evidence:

SAMUEL DAVIS conspired with J. and K. S. to hide funds obtained through fraudulent tax returns utilizing a process known as 1099-OID. DAVIS assisted with setting up two nominee Corporations for the Ss. The sole purpose of these Corporations was to conceal ownership of the funds derived from the 1099-OID returns. SAMUEL DAVIS is a national leader and speaker on redemption theory and other sovereign initiatives. He also has ties with other nationally known sovereign national leaders. DAVIS teaches redemption and sovereign principles and how to execute related fraudulent schemes to groups around the country.

The S's, filed one Form 1040 and one Form 1040X using the bogus 1099 OID scheme. These false returns produced refunds of approximately $800,000. Once the Ss received the refund checks, they began to move the funds. E-mail correspondence from DAVIS instructs the Ss on how to hide the money with the use of Corporations and Trusts.

As part of setting up the Corporations and Trusts, the Ss transferred approximately $140,000.00 to DAVIS. Part of this money was fees and part was to invest / conceal. The Ss transferred these funds to DAVIS' bank account at a Nevada Wells Fargo Bank. Currently, the Ss live in Missouri and their returns were prepared in Northern California by another individual.

FiberPipe Internet and Network Solutions in Idaho is an internet service provider. FiberPipe maintained an account entitled bldmtn@fiberpipe.net. This account belonged to SAMUEL DAVIS. This account was used by DAVIS to contact the FBI Undercover Agent (UCA) during the money laundering undercover operations in this case. E-mails from bldmtn@fiberpipe.net will be referred to as DAVIS and e-mails from J.S.@yahoo.com will be referred to as J.S.

In e-mails dated January 26, 2009, DAVIS sent J.S. a Contract between "CRE8-EFZ, Incorporated, a Wyoming corporation " and a "Corporation to be Named Later". This contract is the same contract DAVIS had the UCA sign before he laundered the funds in this case. DAVIS instructed J.S. to only change the highlighted portions in the contract. On January 26, 2009, J.S. e-mailed DAVIS back, stating he will review the contract and get back to DAVIS shortly. This contract listed that DAVIS' corporation, CRE-EFZ, is providing a line of credit to S's corporation(s). The line of credit is in the amount of $30,000,000.00. In an e-mail on February 3, 2009, DAVIS wrote that he drafted the contract with the entity Specialty Management. This entity is controlled by DAVIS and was used in the money laundering investigation in this case.

On September 19, 2009, the Kansas City Service Center received a Form 1040X for 2006 in the name K.S. This Form 1040X increased taxable income from zero ($0.00) to $782,470.00 and tax from $10.00 to $253,725.00. It also increased payments from $4,147.00 to $776,600.00 and requesting a refund of $522,875.00. The IRS issued a refund in the amount of $582,277.24 . J.S. filed his 2007 Form 1040 showing taxable income of $317,014.00, tax of $90,206.00 and payments of $313,932.00. A refund of $223,726.00 was issued to J.S. Both returns were prepared by Advanced Financial Services, LLC, T.M.M.

These two returns were prepared utilizing the process known as "1099 -OID." In the sovereign movement, promoters have been touting this process, stating it has been around since 1933 when the "USA, Inc," i.e., the United States Government declared bankruptcy. The persons in the movement believe that the 1099-OID process is "their remedy for this bankruptcy."

The Ss received refunds on there tax returns filed with 1099-OID because of two factors, 1) their returns attached the 1099-OID with a 1040-V (payment voucher), and 2) Advanced Financial Services, LLC transmitted the 1099-OIDs to the IRS (as if they

3

came from a purported Payer). Advanced Financial Services, LLC transmitted the Forms 1099s on a Form 1096, also listing the filer as the company, i.e., Countrywide Home Loans or Nelnet Education Planning & Financing, when in fact, Advanced Financial Services, LLC filed the 1099-OIDs, not the purported Payer/ Filer. When the IRS received the S's returns they matched the information on the returns to the information received from Payers. Since the information matched, the initial verification was complete, the returns were accepted, and refunds were issued. Later the IRS found the mistake and started taking steps to collect the refunds.

Upon receiving the refund checks from the fraudulent and bogus tax returns, the Ss begin concealing the funds by layering and performing multiple transfers between several bank accounts they controlled. On January 26, 2009, the IRS sent J. S. a letter of Notice of Tax Due on Federal Tax Return. On May 1, 2009, the IRS filed tax liens against the Ss.

DAVIS and the Ss continued hiding or assisting in the concealing the funds, despite the IRS taking steps to collect the money, even after both had knowledge of the IRS's intentions. As stated in e-mails below, the whole purpose of setting up these entities was to conceal ownership of the entities and conceal the locations of the funds. DAVIS was setting up these entities for the Ss to invest the funds from their fraudulent tax refund scheme. DAVIS stated in several e-mails, namely one on January 26, 2009, that "everything is set up as loans with contracts, that way there is no taxes on gains. Funds come in through one loan contract, go out or back to you through another loan contract." In an e-mail on January 25, 2009, DAVIS wrote "Once the funds are in my account, and you have chosen a name for the corps and trusts, then I move the funds to my guy in Washington in that name and the funds come out to that name. I can be involved or you can just do it. I will also assist you should there ever arise a problem from our friends." When DAVIS uses the term "friends" he is referring to the Government / IRS.

On February 5, 2009, J.S. wrote DAVIS an e-mail stating that he received a letter from Ogden. J.S. attached the letter to the email. The letter is a Notice of Tax Due on Federal Tax Return for the period (tax year) 2007 from the IRS Service Center in Ogden, UT. DAVIS and J.S. exchanged emails discussing several ways on how to respond to the Notice letter. This correspondence further delayed the collections of the tax due from the S's fraudulent tax returns. On January 30, 2009, the Ss transferred $80,000.00 to DAVIS' bank account at Wells Fargo Bank in the name of Boulder Mountain Funding Trust. On January 29, 2009, the Ss transferred $60,000.00 to DAVIS' bank account at Wells Fargo Bank in the name of Boulder Mountain Funding Trust.

Both of these fund transfers came from the refunds from the S's 1099-OID returns. E-mails talk about these funds being used to fund the corporate and trust accounts. In an e-mail on January 26, 2009, DAVIS wrote J.S. stating "everything is set up as loans with contracts, that way there is no taxes on gains. Funds come through one loan contract, go out or back to you through another loan contract." In an e-mail dated February 2, 2009, J.S. asked DAVIS if the "loan contracts" are done. DAVIS responded on the February 3, 2009, and he stated that he is "doing the contracts now as we speak."

DAVIS was setting up Corporations and Trusts to conceal and hide the refund amounts. In an e-mail on January 25, 2009, DAVIS wrote that with the process of creating these entities and creating loan documents between them, the government will not even know they exist. "I would do the family limited partnership as the 'side account'. Bring funds in from the corp in the form of a loan. Yes, it is safe and secured with a ucc. In fact, done properly, they do not know it exists as your entity. That is the key."

DAVIS charged the Ss a fee for setting up the Corporations and Trust. In an e-mail on January 25, 2009, DAVIS stated "as I told you, the corp will cost 3K, and I will order it as soon as the funds come into my account…also I need you consider a donation to me for doing this." DAVIS also required J.S. to pay for expenses such as Airfare. DAVIS stated that he usually charges 4% of the funds handled, but since he likes the Ss, he will let J.S. decide the amount. On January 27, 2009, J.S. instructed DAVIS to name the Corporations 1) FPS Marketing Inc. and 2) Wyfe Beeters T-Shirts Inc. J.S. also instructed names of the Trusts as 1) FPS Marketing Inc. Three Stooge Trust and 2) Wyfe Beeters T-Shirts Inc. Peace at Home Trust.

On February 18, 2009, DAVIS e-mailed J.S. stating that the Corporations have been filed and that he is waiting on the actual documents to open bank accounts. The Office of Secretary of State for Wyoming shows both Corporations as being registered on March 9, 2009. Wyfe Beeters T'Shirts, Inc., was first filed on March 9, 2009. It listed an address as P.O. Box 28434, Las Vegas, NV 89126. FPS Marketing, Inc., was first filed on March 9, 2009. It listed an address of P.O. Box 28434, Las Vegas, NV 89126.

On January 26, 2009, through e-mail, DAVIS instructed J.S. to move 100K to his account to start setting up the corporations and other entities. On January 29, 2009, the Ss transferred $60,000.00 to DAVIS' bank account at Wells Fargo Bank in the name of Boulder Mountain Funding Trust. On January 30, 2009, the Ss transferred $80,000.00 to DAVIS' bank account at Wells Fargo Bank in the name of Boulder Mountain Funding Trust. The Ss opened a bank account in the name of FPSMI (FPS Marketing Inc.) Trust. This account was opened with the signers J. and K. S. A portion of the money derived through the fraudulent tax refunds were funneled into this account. The funds that ended up this account were funneled through at least six other bank accounts before being transferred into the FPSMI Trust account.

On November 16, 2009, J.S. bragged at a conference of the Sovereign People's Court in Las Vegas, Nevada, about how he got $200,000.00 from an IRS refund. DAVIS conspired with the Ss to defraud the Government by concealing funds obtained through a fraudulent refund scheme perpetrated on the IRS. DAVIS facilitated the formation of Corporations thus assisting the Ss to evade the collection efforts of the IRS. By structuring the paperwork of the Corporate filings and other documents, DAVIS attempted to conceal the true ownership of the Corporations and the funds those organizations appeared to control.

## CONCLUSION

WHEREFORE, the United States respectfully gives notice of its intent to use the above-recited evidence.

DATED this ___24th___ day of May, 2010.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/   J. Gregory Damm

J. GREGORY DAMM
Assistant United States Attorney

Certificate of Service

I, J. Gregory Damm, hereby certify that I am an employee of the United States Department of Justice, and that on this day I served a copy of the following: GOVERNMENT'S SUPPLEMENTAL NOTICE OF INTENT TO USE EVIDENCE OF OTHER CRIMES, WRONGS OR ACTS, upon counsel for all defendants appearing in this matter via the CM/ECF system, by electronically filing said GOVERNMENT'S SUPPLEMENTAL NOTICE OF INTENT TO USE EVIDENCE OF OTHER CRIMES, WRONGS OR ACTS and mailing a copy postage prepaid to Shawn Talbot Rice, P.O. Box 700, #81, Ash Fork, Arizona 86320.

Dated:    May 24, 2010                /s/ Elaine Woolery
                                      Legal Assistant to J. Gregory Damm
                                      Assistant United States Attorney
                                      District of Nevada