DANIEL G. BOGDEN
United States Attorney
District of Nevada
L. ERIC JOHNSON
Chief, Organized Crime Strike Force
J. Gregory Damm
Assistant United States Attorney
Organized Crime Strike Force
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6418

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:09-CR-078-JCM-(RJJ) |
| Plaintiff, | GOVERNMENT'S THIRD SUPPLEMENTAL NOTICE OF INTENT TO USE EVIDENCE OF OTHER CRIMES, WRONGS OR ACTS |
| vs. | |
| SAMUEL DAVIS, and, SHAWN RICE, | |
| Defendants. | |

COMES NOW the United States of America, by and through DANIEL G. BOGDEN, United States Attorney, and J. Gregory Damm, Assistant United States Attorney and hereby gives notice that the government intends to use the following evidence in the trial of this matter.

NOTICE

Pursuant to Fed.R.Evid. 404(b), the prosecution is providing reasonable notice in advance of trial of the general nature of any such evidence it intends to introduce at trial of other crimes, wrongs or acts allegedly committed by the defendants. Without conceding that the following evidence is governed by Fed.R.Evid. 404(b), and reserving the right to supplement this notice with additional notices, the government hereby notifies the defendants that it intends to introduce the following evidence:

On October 26, 2009, defendant SHAWN RICE was allowed to represent himself and his standby counsel was discharged. (CR # 86). Thereafter defendant SHAWN RICE filed a number of motions totally unrelated to the instant criminal case. On February 12, 2010, the government filed a motion to revoke defendant SHAWN RICE's self-representation status. (CR # 124). This court set a hearing on the government's motion for March 8, 2010. (CR # 128). Defendant SHAWN RICE was notified of this hearing in several ways including by certified mail. (CR # 128).

On March 8, 2010, defendant SHAWN RICE failed to appear at the hearing to consider the government's motion to revoke his self-representation status. (CR # 133). This court continued this hearing to give defendant SHAWN RICE another opportunity to appear. On March 9, 2010, defendant SHAWN RICE again failed to appear at the hearing to consider the government's motion to revoke his self-representation status. (CR # 135). At this time this court directed Pretrial Services and the United States Attorneys Office to submit a petition to revoke defendant SHAWN RICE's pretrial release due to his two failures to appear for court ordered hearings. Failures to appear are felonies in violation of Title 18, United States Code, §3146.

Defendant SHAWN RICE has fled and absconded from the jurisdiction of the United States District Court for the District of Nevada. Defendant SHAWN RICE absconded from the supervision of Pretrial Services as early as February 18, 2010, and currently remains a fugitive from justice. "Evidence of flight is generally admissible as evidence of consciousness of guilt and of guilt itself." *United States v. Harris*, 792 F.2d 866, 869 (9th Cir.1986) (*citations omitted*). Since "flight" is essentially an admission by conduct, its probative value as circumstantial evidence depends upon the degree of confidence with which four inferences can be drawn:

> (1) from the defendant's behavior to flight; (2) from flight to consciousness of guilt; (3) from consciousness of guilt to consciousness of guilt concerning the crime charged; and (4) from consciousness of guilt

concerning the crime charged to actual guilt of the crime charged. *United States v. Myers*, 550 F.2d 1036, 1049 (5th Cir.1977); *see also United States v. Silverman*, 861 F.2d 571, 581 (9th Cir.1988).

## CONCLUSION

WHEREFORE, the United States respectfully gives notice of its intent to use the above-recited evidence.

DATED this ____28th____ day of May, 2010.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/   J. Gregory Damm

J. GREGORY DAMM
Assistant United States Attorney

# Certificate of Service

I, J. Gregory Damm, hereby certify that I am an employee of the United States Department of Justice, and that on this day I served a copy of the following: GOVERNMENT'S THIRD SUPPLEMENTAL NOTICE OF INTENT TO USE EVIDENCE OF OTHER CRIMES, WRONGS OR ACTS, upon counsel for all defendants appearing in this matter via the CM/ECF system, by electronically filing said GOVERNMENT'S THIRD SUPPLEMENTAL NOTICE OF INTENT TO USE EVIDENCE OF OTHER CRIMES, WRONGS OR ACTS and mailing a copy postage prepaid to Shawn Talbot Rice, P.O. Box 700, #81, Ash Fork, Arizona 86320.

Dated:   May 28, 2010          /s/ Judith Richardson
                               Legal Assistant to J. Gregory Damm
                               Assistant United States Attorney
                               District of Nevada