DANIEL G. BOGDEN
United States Attorney
District of Nevada
L. ERIC JOHNSON
Chief, Organized Crime Strike Force
J. Gregory Damm
Assistant United States Attorney
Organized Crime Strike Force
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6418

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:09-CR-078-JCM-(RJJ) |
| Plaintiff, | GOVERNMENT'S FOURTH SUPPLEMENTAL NOTICE OF INTENT TO USE EVIDENCE OF OTHER CRIMES, WRONGS OR ACTS |
| vs. | |
| SAMUEL DAVIS, and, SHAWN RICE, | |
| Defendants. | |

COMES NOW the United States of America, by and through DANIEL G. BOGDEN, United States Attorney, and J. Gregory Damm, Assistant United States Attorney and hereby gives notice that the government intends to use the following evidence in the trial of this matter.

NOTICE

Pursuant to Fed.R.Evid. 404(b), the prosecution is providing reasonable notice in advance of trial of the general nature of any such evidence it intends to introduce at trial of other crimes, wrongs or acts allegedly committed by the defendants. Without conceding that the following evidence is governed by Fed.R.Evid. 404(b), and reserving the right to supplement this notice with additional notices, the government hereby notifies the defendants that it intends to introduce the following evidence:

On or about July 2, 2003, Sam Davis submitted a Real Estate Purchase and Sale Agreement and Receipt for Earnest Money in relation to his purchase of 26.39 acres on land located on Lappin Lane, Council, Idaho. Sam Davis offered to buy the property for $130,000. He submitted $2,000 in earnest money at the time he submitted the offer.

On or about August 25, 2003, Sam Davis submitted the name of K-L R as straw purchaser for this property with instructions that "you may work directly with her as if I was doing this myself." The settlement date for this transaction was October 5, 2003, with disbursement made on October 10, 2003. As part of the $117,000 loan, K-L R signed an occupancy agreement indicating that he/she would occupy the premises. He/she did not in fact occupy the premises, but rather resided in Phoenix, Arizona. Sam Davis resided at this address and continues to reside at this address.

On or about May 24, 2005, K-L R signed a Specific Power of Attorney appointing Sam Davis as "my attorney in fact for the specific purpose of signing any real estate related documents pertaining to the 26 acre property located on Lappin Lane, Council, Idaho." On or about June 12, 2006, K-L R by Sam Davis, Attorney-in -fact, signed a Deed of Trust for this property securing a Promissory Note in the amount of $230,000 in favor of Select Business Services, Inc. On or about October 6, 2006, K-L R signed a Warranty Deed for this property conveying it to the Hxxxxx Partnership.

On or about May 24, 2007, the Lappin Lane property was conveyed by a Deed of Trust to D G H, N C H, J M H, D G H, and C M H. On or about May 31, 2007, the above-named individuals obtained a loan in the amount of $344,000 from Countrywide Home Loans as straw purchasers for Sam Davis. The borrowers agreed that they would occupy the property as a second home when in truth and in fact they had no intention of occupying the property, but were only acting as straw purchasers for Sam Davis who continued to occupy the property as his personal residence.

Additionally, defendant Sam Davis owns and operates a 2002 or 2004 Dodge

Ram pick-up truck with Idaho license plate number xxx7E. This vehicle is registered in the name of D C H who obtained a loan in his name to purchase the vehicle as a straw purchaser for Sam Davis. D C H is the same individual, who along with four other individuals mentioned above, who acted as straw purchasers for the Lappin Lane home occupied by Sam Davis.

## CONCLUSION

WHEREFORE, the United States respectfully gives notice of its intent to use the above-recited evidence.

DATED this _____10th_____ day of June, 2010.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/   J. Gregory Damm

J. GREGORY DAMM
Assistant United States Attorney

Certificate of Service

1  
2       I, J. Gregory Damm, hereby certify that I am an employee of the United States Department of Justice, and that on this day I served a copy of the following: GOVERNMENT'S FOURTH SUPPLEMENTAL NOTICE OF INTENT TO USE EVIDENCE OF OTHER CRIMES, WRONGS OR ACTS, upon counsel for all defendants appearing in this matter via the CM/ECF system, by electronically filing said GOVERNMENT'S FOURTH SUPPLEMENTAL NOTICE OF INTENT TO USE EVIDENCE OF OTHER CRIMES, WRONGS OR ACTS and mailing a copy postage prepaid to Shawn Talbot Rice, P.O. Box 700, #81, Ash Fork, Arizona 86320.

Dated:    June 10, 2010         /s/ Elaine Woolery  
                                             Legal Assistant to J. Gregory Damm  
                                             Assistant United States Attorney  
                                             District of Nevada