DANIEL G. BOGDEN
United States Attorney
District of Nevada
L. ERIC JOHNSON
Chief, Organized Crime Strike Force
J. Gregory Damm
Assistant United States Attorney
Organized Crime Strike Force
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6418

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:09-CR-078-JCM-(RJJ) |
| Plaintiff, ) | GOVERNMENT'S NOTICE OF INTENT TO USE: (1) SUMMARY EXHIBITS PURSUANT TO FED.R.EVID. 1006; (2) SUMMARY WITNESS TESTIMONY OF FBI FINANCIAL ANALYST LORI COLEMAN |
| vs. ) | |
| SAMUEL DAVIS, and, ) SHAWN RICE, ) | |
| Defendants. ) | |

COMES NOW the United States of America, by and through DANIEL G. BOGDEN, United States Attorney, and J. Gregory Damm, Assistant United States Attorney and hereby gives notice that the government intends to use: (1) SUMMARY EXHIBITS PURSUANT TO FED.R.EVID. 1006; (2) SUMMARY WITNESS TESTIMONY OF FBI FINANCIAL ANALYST LORI COLEMAN in the trial of this matter.

NOTICE

By way of this filing, the government is giving notice of its intent to use: (1) summary exhibits pursuant to Federal Rule of Evidence 1006; (2) summary witness testimony of FBI Financial Analyst Lori Coleman

The summary exhibits will be based on evidence admitted at trial or evidence that is admissible on its own. Such evidence is available for review by defense counsel.

Draft summary exhibits will be provided to defense counsel prior to the commencement of trial.

IRS Financial Analyst Lori Coleman will provide testimony tracing the delivery and return of funds provided to defendants Sam Davis and Shawn Rice for money laundering purposes beginning approximately April 11, 2008, and concluding approximately January 5, 2009. During this time period, approximately $1,293,782 was delivered to defendants Sam Davis and Shawn Rice. Defendants Sam Davis and Shawn Rice returned approximately $1,198,000. Sam Davis kept approximately $73,982 as his money laundering fee and defendant Shawn Rice kept approximately $22,000 as his money laundering fee.

## CONCLUSION

WHEREFORE, the United States respectfully gives notice of its intent to use the above-recited evidence.

DATED this \_\_\_\_14th\_\_\_\_ day of June, 2010.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney


/s/    J. Gregory Damm

J. GREGORY DAMM
Assistant United States Attorney

Certificate of Service

I, J. Gregory Damm, hereby certify that I am an employee of the United States Department of Justice, and that on this day I served a copy of the following: GOVERNMENT'S NOTICE OF INTENT TO USE: (1) SUMMARY EXHIBITS PURSUANT TO FED.R.EVID. 1006; (2) SUMMARY WITNESS TESTIMONY OF FBI FINANCIAL ANALYST LORI COLEMAN, upon counsel for all defendants appearing in this matter via the CM/ECF system, by electronically filing said GOVERNMENT'S NOTICE OF INTENT TO USE: (1) SUMMARY EXHIBITS PURSUANT TO FED.R.EVID. 1006; (2) SUMMARY WITNESS TESTIMONY OF FBI FINANCIAL ANALYST LORI COLEMAN and mailing a copy postage prepaid to Shawn Talbot Rice, P.O. Box 700, #81, Ash Fork, Arizona 86320.

Dated:     June 14, 2010            /s/ Elaine Woolery
                                    Legal Assistant to J. Gregory Damm
                                    Assistant United States Attorney
                                    District of Nevada