Case 2:09-cr-00078-JCM-RJJ   Document 172   Filed 10/25/10   Page 1 of 2



                                            The SHAWN TALBOT RICE, Estate.
                                            Executor Office.
                                            Nation Arizona.
                                            General-Post Office.
                                            postal department 1092.
                                            Seligman.
                                            United States Minor, Outlying Islands.
                                            Near. [86337-1092]

                                            day - of twenty first October two-zero one-zero

OFFICE OF CHIEF COURT ADMINISTRATOR
OFFICE OF JUDGE
Attention: Mr. Mahan                        7009 1410 0002 0648 5922
COUNTY BUILDING for the USDC
333 LAS VEGAS BLVD.
LAS VEGAS, NEVADA
U.S.A. [89101]                                                    2:09cr0078

To: The Office of Chief Court Administrator.

From: The Office of Executor - the SHAWN TALBOT RICE, Estate.

Regarding: Unauthorized administration of the SHAWN TALBOT RICE, Estate;

Enclosed <u>in your Court Clerk's docket</u> you will find your "abandoned" paperwork "alleging" that Greg Damm, Private law BAR Card enrollee in the State BAR Association and/or Government Official, appears to be fraudulently claiming authority from this Executor Office to administrate for the SHAWN TALBOT RICE, Estate. You will also find documents wherein Magistrates Johnston and Leavitt, as well as Private law BAR Card enrollee in the State BAR Association Eric Johnson as well as Government Official Lance Wilson and the current Clerk of Court for the USDC as well as USDC Pretrial Services agents known as Sandra Bustos, Doris Honhongva (Flagstaff, Arizona) among others as well as FBI agents John Does aka "Mark Antonelli" and "Dominic" among FBI John Does 1-25 also appear to be fraudulently claiming authority from their Executor Office to administrate for the SHAWN TALBOT RICE, Estate.

You (all) will forthwith return and transmit your written delegated authority to "represent" that you are authorized to administrate (act as trustee) the SHAWN TALBOT RICE, Estate, together with a certified copy of your oath for the Office of Judge, (etc., et. al.) accompanied by certified copies of your BAR BOND, The Office of Judge and a detailed list of "all" other bonds, sureties, indemnification, insurance and Court Registry Investment System (CRIS) CUSIP numbers and <u>full-accounting</u>, relating in any way to your personal and professional acts referenced above and your arrogated paperwork intrusion upon the SHAWN TALBOT RICE, Estate .

                                            govern yourself accordingly.

                                            By: executor _____
                                                        Office of Executor.

Certified Document:                         The SHAWN TALBOT RICE, Estate.
                                            Nation Arizona.
copy to: Office of Governor                 General-Post Office.
STATE OF NEVADA                             postal department 1092.
                                            Seligman.

copy to: Office of Attorney General         United States Minor, Outlying Islands.
STATE OF CALIFORNIA (birth state)           Near. [86337-1092]

Signed before me by Shawn Talbot Rice the day of Oct. 22, 2010
State of Arizona  County of Mohave

