AO 442   (Rev. 10/03) Warrant for Arrest

1648327

## UNITED STATES DISTRICT COURT

2010 District of _____ Nevada
AR 10 28

UNITED STATES OF AMERICA

v.

Shawn RICE

**WARRANT FOR ARREST**

09-CR078

Case Number: 2:~~09-mj-00078~~-JCM-RJJ-2

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Shawn RICE _____
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☒ Violation Notice

charging him or her with   (brief description of offense)

Petition for Action on Conditions of Pretrial

in violation of Title ___18___ United States Code, Section(s) _____3148(b)_____

Lawrence R. Leavitt                           /s/ Leavitt
Name of Issuing Officer                       Signature of Issuing Officer

U.S. Magistrate Judge                         3-12-10            at Las Vegas, Nevada
Title of Issuing Officer                      Date and Location

---

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| SELIGMAN, AZ |

| DATE RECEIVED 03/12/10 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 12/22/11 | FBI SA TREVOR CULBERT D/AZ FLAGSTAFF | /s/ |

DANIEL G. BOGDEN
United States Attorney
GREG DAMM
Assistant United States Attorney
333 Las Vegas Blvd South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6271

2010 MAR 15  AM 10 28

## UNITED STATES DISTRICT COURT
### District of Nevada

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>Plaintiff,                                )<br>                                              )<br>v.                                           )<br>                                              )<br>Shawn RICE                            )<br>Defendant                              ) | Case No.2:09-cr-00078-JCM-RJJ-2<br><br>PETITION FOR ACTION<br>ON CONDITIONS OF<br>PRETRIAL RELEASE |

    Attached hereto and expressly incorporated herein is a Petition for Action on Conditions of Pretrial Release concerning the above-named defendant prepared by Jaime Stroup, Pretrial Services Officer. I have reviewed that Petition and believe there is sufficient credible evidence which can be presented to the Court to prove the conduct alleged, and I concur in the recommended action requested of the Court.

    Dated this 10th day of March, 2010.

DANIEL G. BOGDEN
United States Attorney

By  /S/
Greg Damm
Assistant U. S. Attorney

PS 8
(Revised 12/04)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEVADA

U.S.A. vs. Shawn RICE                              Docket No.2:09-mj-00078-JCM-RJJ-2

Amended Petition for Action on Conditions of Pretrial Release

COMES NOW Jaime B. Stroup, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Shawn Rice, who was placed under pretrial release supervision by Honorable Lawrence R. Leavitt, sitting in the Court at Las Vegas, on March 6, 2009, on his Personal Recognizance with the following conditions:

1. The defendant must report to the U.S. Pretrial Services Office.
2. Travel is restricted to the Districts of Arizona and Nevada (to NV for court purposes only). May travel outside this area with prior approval from Pretrial Services, must submit itinerary.
3. Maintain residence at current address and do not move without prior authorization from PSA.
4. Do not use or possess any firearms or dangerous weapons.
5. Surrender passport to Pretrial Services.
6. Obtain no passport or other travel documents.

Respectfully presenting petition for action of Court and for cause as follows:

The defendant failed to comply with the following conditions:

1. On February 18th and 24th, and March 8th and 9th, 2010, the defendant failed to report as directed by Pretrial Services.

PRAYING THAT THE COURT WILL ORDER A WARRANT BE ISSUED FOR THE ARREST OF THE DEFENDANT BASED UPON THE ALLEGATIONS OUTLINED ABOVE. FURTHER, THAT A HEARING BE HELD TO SHOW CAUSE WHY PRETRIAL RELEASE SHOULD NOT BE REVOKED.

ORDER OF COURT

Considered and ordered this 12th day of March, 2010 and ordered filed and made a part of the records in the above case.

_____
Honorable Lawrence R. Leavitt
United States Magistrate Judge

I declare under penalty of perjury that the information herein is true and correct.
Executed on this 10th day of March, 2010

Respectfully Submitted,

Jaime B. Stroup
United States Pretrial Services Officer

Place: Las Vegas, Nevada