1 | DANIEL G. BOGDEN
2 | United States Attorney
  | District of Nevada
3 | J. Gregory Damm
  | Nicholas D. Dickinson
4 | Assistant United States Attorneys
  | 333 Las Vegas Blvd. South, Suite 5000
5 | Las Vegas, Nevada 89101
  | Telephone: (702) 388-6336
6 | Facsimile: (702) 388-5087

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| UNITED STATES OF AMERICA, | ) | 2:09-CR-078-JCM-(RJJ) |
|---|---|---|
|  | ) | 2:10-CR-520-JCM-(RJJ) |
| Plaintiff, | ) |  |
|  | ) | GOVERNMENT'S RESPONSE TO |
| vs. | ) | DEFENDANT'S MOTION TO |
|  | ) | DISMISS - CR # 27 |
| SHAWN RICE, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

COMES NOW the United States of America, by and through DANIEL G. BOGDEN, United States Attorney, and J. Gregory Damm and Nicholas D. Dickinson, Assistant United States Attorneys and hereby submits GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS THE PLEADINGS AND INDICTMENT ISSUED BY THE GOVERNMENT WITH PREJUDICE FOR LACK OF STANDING AND NO REAL PARTY IN INTEREST - CR # 27.

On March 3, 2009, petitioner was indicted and charged with one count of conspiracy to commit money laundering pursuant to 18 U.S.C. § 6156 (h), thirteen counts of money laundering pursuant to 128 U.S.C. § 1656(a)(3)(A), and aiding and abetting.

Defendant contends that the U.S. Attorney lacks jurisdiction over him because Congress has only conferred legal standing on the "United States" to charge under 28 U.S.C. §§ 1345-46, and he was charged by the "United States of America." Additionally, petitioner claims that the "United States of America" is a third party "enterloper" and has no standing.  The distinction petitioner draws between the "United States of America" and "United States" has no merit.  Petitioner's claims are frivolous and should be summarily denied.

It is beyond dispute that each U.S. Attorney has the legal authority to "prosecute for all offenses against the United States" taking place within his district, including those in 28 U.S.C. §§ 1345-46.  28 U.S.C. § 547; *States v. Forman*, 71 F.3d 1214, 1219 (6th Cir. 1995) ("It is clear that Congress and the laws of the United States provide for the appointment of the United States attorney and AUSA's, and that they are required by statute to prosecute offenses against the laws of the United States."); *Nadler v. Mann*, 951 F.2d 301, 305 (11th Cir. 1992) ("A United States Attorney, appointed by the President and confirmed by the Senate, is the chief federal law enforcement official for the judicial district he serves and is responsible for the prosecution of all offenses against the United States within his district." )

///

///

///

2

Defendant's contentions that he is outside the jurisdictional reach of the U.S. Attorney and the laws of the United States because petitioner was charged by the "United States of America", and not the "United States", and his claim that the "United States of America" is a third party "enterloper" are entirely frivolous and without legal basis. Thus, on the merits, Defendant's claims should be denied.

DATED this _____27th_____ day of June, 2012.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/     J. Gregory Damm

J. GREGORY DAMM
Assistant United States Attorney

/s/     Nicholas D. Dickinson

NICHOLAS D. DICKINSON
Assistant United States Attorney

Certificate of Service

I, Pamela Mrenak, hereby certify that I am an employee of the United States Department of Justice, and that on this day I served a copy of the following: GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS THE PLEADINGS AND INDICTMENT ISSUED BY THE GOVERNMENT WITH PREJUDICE FOR LACK OF STANDING AND NO REAL PARTY IN INTEREST - CR # 27, upon counsel for all defendants appearing in this matter via the CM/ECF system, by electronically filing said GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS THE PLEADINGS AND INDICTMENT ISSUED BY THE GOVERNMENT WITH PREJUDICE FOR LACK OF STANDING AND NO REAL PARTY IN INTEREST - CR # 27 and mailing a copy postage prepaid to Shawn Talbot Rice, P.O. Box 700, #81, Ash Fork, Arizona 86320 and to Shawn Talbot Rice, Inmate # 43739-048, Nevada Southern Detention Center, 2190 E. Mesquite Ave., Pahrump, NV 89060-3427.

Dated:    June 27, 2012          /s/ Pamela J. Mrenak
                                 Legal Assistant to J. Gregory Damm
                                 Assistant United States Attorney
                                 District of Nevada