Shawn Talbot: Rice
in "care of" general post-office box 1092.
nation arizona. seligman city. Rice province.
United States minor, outlying islands
near [86337-1092].

2012 JUN 29  A  9: 12

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEVADA

|  |  |
|---|---|
| UNITED STATES OF AMERICA | Case Number: 2:09-cr-0078 JCM-RJJ - 2 |
|  | 2:10 – cr- 00520 JCM-RJJ - 1 |
| Plaintiff / Respondent, |  |
| vs. | Lodgement of Defendant Motive in Form of Original Literary Writing |
| SHAWN TALBOT RICE |  |
| Defendant / Petitioner |  |

Creditor-in-fact against Plaintiff, Shawn Rice, owner of all legal and equitable title to the SHAWN TALBOT RICE, Estate, appears and places in to evidence a partially edited copy of his book, titled *Lucifer's Paradise: On Earth as it is in ...*, in support of his motives for actions leading up to this instant case . This book demonstrates further that Shawn Rice is a creditor-in-fact against plaintiff and the Department of Treasury and why actions by plaintiff's agents and those in support are terroristic.  Under penalty of perjury, I affirm the attached book is my motive and original work.

Respectfully Submitted this _____29_____ day of ____June____ 2012.

Shawn Rice, Pro per

Defendant Literary / Research Document Placed into evidence

**Exhibit** _6-29-2012-1_

**Date** _29 June 2012_

**Time**

**Place**

**#**

**Copy: Page** _____ **of** _____

# LUCIFER'S PARADISE
# On Earth as it is in ....

From the Author:

This book could be known as **LUCIFER'S PARADISE: British Banking and Global Theft** , **LUCIFER'S PARADISE: American Banking and American Banker's Bondage or World Bondage for Dummies**. All three examples, alternate titles, describe a system of banking that is driven by the Freemasons, and other Illuminati, Luciferian people, who seek to keep the American people, and others around the globe, in perpetual bondage, an endless treadmill of theft of their labor, more sophisticated than that of ancient Egyptian Bondage. Pharaoh would have been proud of the system of labor theft orchestrated in America and around the world. The problem, like many parasites, is that in some cases, the parasite destroys the host in the process. This writer's intention is to draft a paper such that, in the words of William Tyndale, "even the plow share man will understand it."

Empirical evidence (that which is observed) drives me to the conclusion that life on Earth is what we (collectively) make of it. If Heaven on Earth is what we seek then we will generate a heavenly lifestyle. The converse (opposite) is also true, if we make it Hell it will be. Different segments of society are in constant flux between the two extremes.

Some of the areas of banking law that I have studied are empirically, academically, socially, emotionally, among others are very wrong, but are my own conclusions.

The reader should also note that another reason this book is being compiled is to present the subject matter to the non-legal scholar. I have written and compiled many other legal memoranda with multiple law maxims, case precedents, statutes, code, etc. but have found that the layman who is not fluent in legalese finds the premises (to support a conclusion) with less clarity – hence the reduction of legalese herein. Everything written within this book and other associated documents can be referenced on the Internet (world wide web), By all means run a search on all People/organizations, statutes, regulations, presidential executive orders (when president makes up his own laws without anybody agreeing to it) and references used within this document. With a little research everything within can be verified by yourself from a variety of sources. However the old adage remains: "You can lead a horse to water, But you can not make it drink". It is up to you People of the World, Wake up and see what is being done to you.

From the Editor:

This is the first book that I have ever compiled and or edited, I am sure there are those of you out there that may find fault at the way the book is put together and I apologize. However the intent of those involved with this book is to get the information out and make the people aware of what is really going on. Thus each one of us can decide for ourselves the path that we wish to take:

1. That of Yaveh (God) or that of Satan (Lucifer).

2. That of a Free Person or that of a Slave.

3. If I am willing to work hard for what I make, why should someone be able to take it from me for their benefit, or for someone that is not willing to work for what they get.

In some of my talks with people about this book, it gets brought up that it is just a bunch of religious zelots, turns out most of them have never read torah. What I have a problem with is what is so wrong with living a good and proper life, to be left alone and not have my every action dictated for me by another person so that it benefits them. I will admit that there are a lot of people that need to be led around by a nose ring, but there are a lot of them that demand to govern themselves.

Another problem I have is that there is so much information that needs to be put out there to the people, it would take 100 of these books. The old adage of "Knowledge is Power" really applies here, the Lucifierian Elites have the knowledge and do everything in their power to make sure that the people stay dumb down so that we can be controlled like sheep. (to the slaughter) The more you know the more you can take control of your own life and not be a slave to others.

There are in fact only 2 forms of law. 1) Gods Law(torah) and 2) Their Law(Communistic, Socialistic Satanism). And there are a lot of people that think that one can walk the gray path between the two. Well you can not, if you walk anywhere in the gray area you belong to them by consent. And don't just read this book by all means check and verify. Only knowledge can set you free. And do not expect mainstream media to keep you informed, it is not that they are lying to you but just not telling you everything. And if you can see they are trying to distract you with mundane everyday events. Check on who really owns the news stations, you will find it is those that are trying to keep you in the dark about what is really going on.

Again I repeat do not take what is written here for granted, take a good look around and do not depend on mainstream media for your information. Get it from multiple sources, cross check it, and reverify. And if you don't think you have the time to do it, go ahead and wait until everything comes crashing down around you and its to late.

# TABLE OF CONTENTS

Definitions ........................................................................................................ ...........5

Some Websites for Information................................................................................10

Some more reading material....................................................................... ..........11

ABOUT THE AUTHOR.................................................................................... .........12

Chapter 1 — The Oath ...........................................................................................14

Chapter 2 — The Average Man's view of banking ..................................................15
    The Goose And The Golden Egg .......................................................................16

Chapter 3 — The Killing Fields................................................................................19

Chapter 4 — Congress Outsources Commercial Regulatory Authority ..................22

Chapter 5 —Destruction Of The Family Unit ..........................................................27
    Stealing Houses, Homes................................................................................27
    Monopoly "Money"..........................................................................................28
    The hydraulic "Currency Foot Pedal".............................................................28

Chapter 6 — You Did What To The African Development Fund?..............................30
    Bernanke, Paulson, and The Mailroom Clerk.................................................31

Chapter 7 — ADL Admits To Being A Communist Organization..............................33

Chapter 8 — IRS-CID Agent Caught "Red-handed"................................................37

Chapter 9 — Admiralty Extension Act.....................................................................39
    Landmark Cases ............................................................................................40
    Determining the Baseline ...............................................................................41
    Admiralty Contract v. Admiralty Tort Jurisdiction...........................................42

Chapter 10 — What is a CUSIP number? ...............................................................43
    CUSIP-Based Identifiers.................................................................................44
    CSB ISIN ........................................................................................................45
    Instrument Coverage ......................................................................................46

Chapter 11 — What is A Security? ..........................................................................47
    Computing A Future Interest Security .............................................................47
    Social Security................................................................................................48

Chapter 12 — Negotiable Instruments, Law, And The Uniform Commercial Code ...........................51

Chapter 13 — Court Room Confessions .................................................................52
    Admission By Plaintiff As To Trust Existence..................................................52

Chapter 14 — Proof Of The Trust ...........................................................................55

Chapter 15 — Pruning The Rose Bush ...................................................................59

Chapter 16 — VK Durham and What they really owe us all ....................................62

See Appendix D for further financial evidence.Chapter 17 — Societal Garbage Disposal .............70

Chapter 17 — Societal Garbage Disposal...............................................................71
    The American Judiciary...................................................................................71

Chapter 18 – Manufacturing Domestic Terrorism ..................................................73

Chapter 19 — The 10 (?) Plagues of America..........................................................74

APPENDIX A — Proof of the Trust..........................................................................74

Appendix D — V.K. Durham Public Record ............................................................128

APPENDIX E — Boom and Bust Cycle.................................................................................................129

Appendix F - California Birth Certificate............................................................................................130

## Definitions

**ADL - Anti-Defamation League** – a group of Jews that work to keep Jews and Jewish issues from being defamed. It is closely aligned and associated with the Jewish Defense League, the B'nai Brit, and the ACLU (American Civil Liberties Union).

**Admiralty Jurisdiction:**  Article III, Section 2 of the United States Constitution grants original jurisdiction to U.S. federal courts over admiralty and maritime matters, however that jurisdiction is not exclusive and most maritime cases can be heard in either state or federal courts under the "saving to suitors" clause.

**Anti-Semitic** – to be against Semites. It is a term that is commonly used to denote or describe someone who is anti-Jewish. However, the term comes from one of the three sons of Noah (Shem) to describe the descendents of Shem, mainly Ishmael or Isaac. The Jewish people or properly Yehudah are one tribe of the House of Jacob/Israel that emanated from the line of Isaac and therefrom Abraham who also produced Ishmael (today's modern Arabs). Therefore, its common usage is improper as it is not a term that only describes one who is against Jews but against all Shemites (Semites). Therefore, someone who labels another as "anti-semitic" when they want to say anti-Jewish looks pretty silly and ignorant of the actual facts and lineage issues.

**Bill of Rights** – more properly the Bill of Wrongs or a list of protected Rights listed against government officials violating said Rights or a permanent injunction therein.

**Capitalism** – an economic system whereby he who controls capital controls production. He who has the gold makes the rules.

**Classified** – a description whereby data is restricted from release for the express purpose of protecting data sources, groups, collection tools and techniques from being accessed by the opposition. NOTE: The reader should keep in mind that MANY people in this arena have been subjected to "accidents" (some fatal) presumed to have been caused by opposition and in some cases personnel have been outright murdered. Therefore, the reader should not be surprised if this writer CLASSIFIES certain data in this writing.

**Codicil** – an amendment to a will

**Communism** – Collective ownership of all property (land, people, production) with a small board controlling and issuing orders to a large bureaucracy that regulates day to day operations.

**The Constitution** – the Constitution for the united States of America, the one drafted and signed in 1787 as opposed to the corporate version created in 1871.

**Counter-Intelligence** – the application of techniques to keep or hinder other (opposition) intelligence personnel from collecting data about your side, personnel, tools, techniques, etc. as it collects data about theirs.

**COMINTERN** – Communist Party International.

**De jure** – of the people as opposed to contrived by a corporate or communist minority taking control against the wishes of the majority.

**De facto** - is a Latin expression that means "by [the] fact." In law, it often means "in practice but not necessarily ordained by law" or "in practice or actuality, but not officially established." It is commonly used in contrast to de jure (which means "concerning the law") when referring to matters of law, governance, or technique (such as standards) that are found in the common experience as created or developed without or contrary to a regulation. When discussing a legal situation, de jure designates what the law says, while de facto designates action of what happens in practice. It is analogous and similar to the expressions "for all intents and purposes" or "in fact." See http://en.wikipedia.org/wiki/De_facto

**Difference between Chapter 7 and Chapter 11 Bankruptcy (Liquidation)** – Chapter 7 Bankruptcy is essentially a liquidation of all assets with few exceptions. Chapter 11 Bankruptcy is one whereby the debtor, working with creditors, can "cherry pick" and negotiate with creditors for mutual benefit and settlement.

**Difference in the way United States is written/capitalizations** -

      United States of America – a singular Corporate entity.

      united States of America – states that are united by a common agreement.

This can also be applied to State and County applications of capitalizations

**Different Law Forms:**

      **Ecclesiastical Law:** The body of codified laws governing the affairs of a Christian church.

      **Admiralty/Maritime Law:** Laws that concern Navigation and Commerce on the oceans and navigable bodies of water, not only outside the tidal area but within the United States also

      **Commercial Law:** All the law which applies to the rights, relations and conduct of persons and businesses engaged in commerce, merchandising, trade, and sales. In recent years this body of law has been codified in the Uniform Commercial Code, which has been almost universally adopted by the states.

      **Equity Law:** A form of dispute resolution in which an aggrieved party is asking his opponent for something other than money. Equity law is often referred to as a means of acquiring justice through principles of fairness. A person seeking equitable relief is typically asking a judge to order his opponent to do - or to refrain from doing something.

**Civil Law:** The body of laws of a state or nation regulating ordinary private matters, as distinct from laws regulating criminal, political or military matters.

**Criminal Law:** A body of rules and statutes that defines conduct prohibited by the government because it threatens and harms public safety and welfare and that establishes punishment to be imposed for the commission of such acts.

**Common Law:** The system of law originating in England, as distinct from the civil or Roman law and the cannon or ecclesiastical law. And the unwritten law, especially of England, based on custom or court decision, as distinct from statue law, and the law administered through the system of courts established for the purpose, as distinct from equity or admiralty.

**Documents** – written materials.

**Electronic Footprint** – similar in concept to a physical footprint whereas a party watching a computer, internet, cellular telephone usage, radio, or other electronic component can triangulate your physical position at a time and place and thereby begin or continue to track one's physical movements. Generally speaking, the same rules of tracking or counter-tracking an opponent apply to the electronic realm.

**Enemy** – Those that choose to destroy you.

**Espionage** – tactics used to infiltrate an organization, collect data, plant false data to counter your data collection, and destroy your operations.

**et. al.** – and elsewhere.

**Facism** – an economic system whereby large corporate business controls production and government (indirectly) and keeps communism at bay.

**Federal Reserve Act** – an Act of the U.S. Congress that established a private organization of bankers as the controlling entity for all central banking activities in the United States. This act has been bereft with theft, murder, international wars and other crimes. See "Creature from Jekyll Island" by G. Edward Griffin.

**Flipping** – turning an opposition party into an intelligence asset for one's side and benefit.

**FRN** - Federal Reserve Note, i.e. Paper money in use within America.

**Intelligence** – the collection of data and its application to a particular use or situation

**LLC** - Limited Liability Company – a partnership business structure with limited liability for the members.

**MERS** – Mortgage Electronic Registration System.

**MERC** – Chicago Mercantile Exchange where notes for commodities are traded, bonds, wheat, corn, barley...people.

**Modicum** - Small amount.

**New Deal** – a socialist program introduced through the UNITED STATES OF AMERICA by Franklin D. Roosevelt in the 1930s whereby Social Security was introduced and thereafter (essentially) mandated in order to buy, sell, and work in America. Without a Social Security Number it is nearly impossible to do business – nearly. http://en.wikipedia.org/wiki/New_Deal

**NIL** - Negotiable Instruments Law – precursor to the UCC.

**Nihil dicit** - Latin for "he says nothing"; a judgment for want of a plea. The name of a judgment which a judge may render against a defendant who failed to plead and failed to answer a plaintiff's declaration or complaint within the prescribed time limit. The defendant failed to say why the court should not issue the judgment against him. The failure to say constitutes an admission of the justice of the cause of action against the defendant; it does so more strongly than a mere default.

**OpPlan** – abbreviation for Operations Plan – this is a description of a plan formulated for accomplishing a mission, task, instruction, etc.

**Order of Battle** – The enemies plans, operations, and personnel being used to accomplish your destruction.

**Premise** – a logical flow of facts leading to a conclusion.

"savings to suitors" clause http://admiralty.uslegal.com/saving-to-suitors-clause/

**Sheppard-Towner Maternity and Infancy Protection Act** – This act of the U.S. Congress created and mandated that all children born at public hospitals shall have a birth record (Certificate of Live Birth) created and a subsequent document called a "Birth Certificate" that becomes a security instrument for the health, welfare, protection and established value of the infants life-long labor interest for establishing the value of Treasury bonds and other financial instruments for production value. See Wall Street Journal or Investor's Business Daily for sales of U.S. Treasury instruments and their Birth Certificate backing through the MERC. http://www.answers.com/topic/sheppard-towner-maternity-and-infancy-protection-act

**Socialism** – an economic scheme similar to communism with a modicum of regulated individual property rights.

**The Transfer Agreement** – a book about the proposed transfer of all Jews from Germany in the early 1930s as a "solution" to the Nazi perceived "Jewish problem" that was eventually followed by the Holocaust. , http://www.transferagreement.com

**The 10 Commandments** – the ten statements given to Moses on Mount Sinai. These ten statements are the foundation for Islam, Judaism, Christianity and several other religions. For more detail about Mt. Sinai this writer recommends the reader obtain and review "Exodus" by Jim and Penny Caldwell and Dr. Lennart Moller as Mt. Sinai has now been proven to exist in Arabia under the control of the House of Saud. This writer also recommends that the reader obtain a copy of the Koran and review every reference to Jews and Christians found in the index. The reader will be surprised at what Muslims doctrinally complain about Christians and Jews. It is not what you have been told. Dr. Moller and Caldwell's work also proved that the Israelites marched through the Arabian Peninsula and crossed over to the Arabian Peninsula from the Sinai Peninsula across the Gulf of Aqaba. This fact has been well guarded (literally) by the House of Saud, the Israelis and others, for if the truth were to be revealed then the Muslims (and others) would have to recognize the biblical land claims at least for historical purposes and validate the existence of the State of Israel.

**UCC** - Uniform Commercial Code – the code that regulates all commercial transactions in the United States.

## Some Websites

www.freedom-school.com

www.sedm.org

www.famguardian.org

www.buildfreedom.net

**www.riceandassociates.org**

To stay up to date on world events follow these sites, don't forget to expand your search to some of the links attached to these websites. And yes these sites also follow the mundane stories that mainstream media show.:

www.stevequayle.com

www.standeyo.com

www.rense.com

http://www.wnd.com/index.php?fa=PAGE.view&pageId=317353

www.wnd.com/

http://canadafreepress.com/

More Reading Material

**Wizard of OZ** (no not the fairy tail this is a true life analogy) can be found at:
www.sedm.org/Forms/MemLaw/StrawMan.pdf

UCC:   www.sedm.org/Forms/PolicyDocs/UCC.pdf

## ABOUT THE AUTHOR

Shawn Rice is the Rabbi/Cantor for B'nai Yisrael Kahal HaMashiach of Paulden, Arizona. He has been in the Hebrew Roots movement since 1998 and his focus has been on teaching about the restoration of Ephraim/Israel with the House of Judah as well as true legalism in law, Torah and secular.

He comes with 13 years experience in the USMC (served in Desert Shield/Storm as well as other campaigns) as a Naval Aviator and Military Intelligence Officer. He is a graduate of Santa Ana College with an Associate's Degree in Liberal Arts, a Bachelor's Degree in Anthropology from Cal State University Fullerton, holds a paralegal certificate from The College of Professional Studies (aka Kaplan College), a Juris Doctor degree with a specialty in Admiralty/maritime law, and studied Torah under the tutelage of Rabbi Fretwell, Rabbi Nydle, Rabbi Tom Mitchell, Rabbi Koniuchowsky, as well as correspondence studies under Moreh Uri Harel, Rabbi Monte Judah, Rabbi Ralph Messer, Rabbi Boaz Michaels, in addition to studies with the Messianic Bible Institute. Some of Rabbi Rice's writings can be found at www.riceandassociates.info/ministry.

He approaches Torah from a contractual/legal perspective. He discovered Torah as a result of studying law which led to Latin law to Greek law and then to Hebrew halachah. He did not want to be the Cantor for B'nai Yisrael, but was chosen for the job. He did not want the job of Rabbi either but became Rabbi as a result of Rabbi David Champ's chosen retirement from the position in April 2006 with congregation concurrence and ordination by Union of Nazarene Yisraelite Congregations under Rabbi Ed Nydle. He tried to quit the job five times and each time things became worse. So, in the words of Rabbi Monte Judah after hearing the story and intention to avoid clergy duties, his response was, "Go ahead don't go to Ninivah, see what happens." He kept the job.

He has discovered that:

> *I can only do so much about these issues. I can protect myself, my family, and my friends to a degree but not to an absolute. Drawing from my experiences as a United States Marine (enlisted and officer) I drew from my skill set as a battlefield tactician and military intelligence analyst. I drew from Sun Tzu, Von Clausewitz, Miyamoto Musashi, General Patton, General MacArthur, General Puller, General Zukov, and many other examples from history. I discovered that I could draw upon comedic military examples found in the book titled, "Military Anecdotes" by Max Hastings. I drew from historical intelligence and counter intelligence sources as well. I learned that inventiveness is the rule. I learned that I cannot truly trust anyone in this arena.*

> *I learned that the best I could ever do was to hope for courage and strive for honor. I learned to rely upon my USMC training, discipline, tenacity, ruggedness, ability to absorb pain (physical and emotional) as well as the rest of the leadership traits, leadership principles and doctrines.*

> *I strive to utilize biblical case principles as well as the applicable rules found*

*in Torah, including those commented by the prophets and the witnesses, apostles of Rabbi Yeshua known as Mashiach by many.*

*I learned that Ghandi was right. Soft power rules in the end. Bullets, bombs, violence are only short-term solutions and really do not resolve major issues in the long term view.*

*I learned that communalism is ok as long as the parties agree upon specific terms and conditions. I learned from a Sabra Jew that Communism only works for five to 15 years and does not work in the long term. I learned that, to a degree, straight capitalism protects the individual property rights but is not productive in the long term within a Judeo-Christian, Torah based framework. I learned that Mao was right when he stated, "we must embrace the virtues of capitalism" while using the framework of socialism.*

Shawn Rice left the United States Marine Corps on February 15, 1995. He met his wife (Kristin) of 11 years (1999) at Tzur Yisrael of Phoenix, Arizona in 1998, proposed a marriage agreement/ketubba (three versions/rewrites) and married her January 30, 1999. They have two children Noah (5) and Naomi (6), both adopted.

# Chapter 1 — The Oath

To "serve and protect," "support and defend," "against all enemies, foreign AND DOMESTIC." These are nice words. However, without performance they mean nothing. And, if one (me) actually performs on these words and then discovers that "the powers that be" are not following those intentions to support and defend the constitution for the united States of America against all enemies, foreign and domestic, one can become very disillusioned. Who takes the Oath and what are they suppose to be doing for us, The People.

How many of us have lost our homes to foreclosure? How many of us have lost our bank accounts? How many of us have lost our personal property. How many of us have had our homes raided by crooked IRS, BATF, FBI and judicial agents? How many of us have lost our marital relations. How many of us have lost our loved ones? How many of us have falsely lost our lives to time in prison? How many of us have lost our lives? At the heart of all of these issues are the bankers.

If you have been breathing and living in America for the past 30 years then you have witnesses the take down of the United States. You have witnessed how to manufacture domestic terrorists.

Individual property rights must be protected if any governmental system is to succeed. The USMC is a military, communist organizational structure and works well, so long as it does not need to manufacture anything but security.

Many people have worked together to investigate, collect, collate, interpret, sift, comment about, analyze, draw conclusions about, and even die for the data that you, the reader, have the right to know.

Jeffrey Allen Cady, "Bam Bam" and many others will not be forgotten. Their sacrifices weigh heavily upon us and we are all grateful and appreciative for their work.

Several times when I wanted to quit this endeavor, I was reminded by an associate that Yeshua of Nazareth once knocked over the banker's tables for engaging in unjust weights and measures and that I should keep going.

# Chapter 2 — The Average Man's view of banking

When you ignore the textbooks and just observe an organization's operations, this is empirical data collection.

The vast majority of us Americans think that banks such as Bank of America (formerly Bank of Italy), Wells Fargo, Chase, Bank of New York etc., actually have and keep money in a vault somewhere, maybe "out back" in the back of the bank building. This was the way banks operated in the early 1800s and prior. Banks would hold people's property, gold, silver, cattle, diamonds, etc. and issue a piece of paper that represented the value stored at the bank. In current times banks only have "money" on hand for standard daily operations.

The piece of paper that represented the value was known as a Security because it "secured" the property in question.

If you have ever "checked" your coat at a restaurant you placed it into the custody of the "hat check girl" and "banked" it. If you have ever "checked" your car with a valet at a restaurant you entrusted it with the man taking the key who was being trusted as a trustee for your future benefit or you as beneficiary. You banked your car.

However, in today's world, "banks" track and account for Securities in the form of money of account in electronic form as well as those known as Federal Reserve Notes[1] (paper money) made from linen/cotton.

The real wealth of the United States is its people. Every country is the same in this regard. Land, natural resources, etc. are worthless without a viable, productive people to develop them. And, without a proper, productive set of societal agreements, constitution(s), to "sew" those people together, the people's labor is not coordinated, and therefore, not as productive as it could be.

The Department of the Treasury actually "banks" the future labor of every United States citizen. The evidence is plainly visible in the bottom left hand corner of every State of California Birth certificate that reads, "Pacific Bank Note Company" or "American Bank Note Company." **Appendix F**

As a group we have pieced together the flow of the creation of the birth certificate from:

    01.  the local hospital to

    02.  the local county to

    03.  the State's Secretary of State to

    04.  the Federal Department of Commerce to

    05.  the Department of the Treasury to

---

[1] Also commonly referred to as FRN's.

06. the nine work orders that instruct the Social Security (SS) Administration to create and assign ten 9-digit CUSIP bond numbers on the backside of the cards (A maximum of ten cards in a lifetime).

The IRS to expect an annuity payment schedule in 18 years and the Bureau of Engraving and Printing that orders the New York Federal Reserve Bank to place Federal Reserve Notes (FRN's) into circulation with the SS backside numbers on the FRN's and the list goes on.

The future labor of the American people is "banked" into, with the Department of the Treasury (1500 Pennsylvania Ave., Washington D.C.) and is used as "currency" for exchanging property.

I did not write the United States Treasury. The United States Treasury was closed in 1920. The Department of the Treasury, a PRIVATE, outsourced organization took over the "duties" of the United States Treasury on behalf of private parties by approval of the United States Congress. This distinction will become important as you read along.

**The Goose And The Golden Egg**

Historical precedence of Hitler securitizing German[2] people's labor via birth certificates then liquidating 13 million people and using the currency to pay bills (Was the Holocaust Chapter 7 Liquidation?)

The people are the "geese" that lays capitalistic "golden eggs." The important issue to examine is which system of governing that agreement best serves the "investors" and their accounts payable. Stalin, Hitler, Mao, Roosevelt, Warburg all had a plan for harnessing the accounts payable labor of their people and how to "deal" with it. The fact that governments have utilized the people's future labor to place currency (a medium of commercial exchange) into circulation to regulate commerce in accordance with the nature of the NIL and UCC is not a new concept.

Although the accounting principles of creating said currency are virtually identical, the methods of using the currency and treatment of the "qualified investors" have varied depending upon the collective model employed.

---

- [2] It may sound alarmist, but we actually have had experiences whereby Germans have approached some of us and threatened to kill us for exposing MERS (Mortgage Electronic Registration Systems) for its mortgage fraud practices. See http://www.reuters.com and http://www.cnbc.com set search for "MERS" for more details. How did this happen? Owners of MERS had placed themselves into the position of beneficiary status on receipt of mortgage payments when they had no standing to hold that position and were (and still in some states) foreclosing on homeowners.

Our people were investigating the mortgage industry and its practices and discovered that MERS had already been banned from doing business in certain states (California, Arizona, among others) for perpetrating fraud. (MERS involved in numerous foreclosure cases in many states) When we discovered that the owners of MERS had restructured themselves into an LLC that could be tracked back to Germany, representatives started calling us threatening to kill us if we proceeded further. The German accent was one indicator.

Fascism is a governmental practice whereby big business controls and directs government. Said model tends to motivate the individual as it rewards productivity and respects private property. Fascism can approach the tyrannical practices of communism if not tempered and can appear identical to communism.

Communism, as practiced in the 20th century, is a governmental model whereby all property rights are held in trust by a small group, individual rights do not exist, individual productivity is not motivated and labor is controlled and forced.

Hitler, a fascist, was placed into control over Germany in 1932, and assumed responsibility for a massive post WWI debt structure. The world bankers assisted him in placing the German people's future labor into trust and issued securities called currency to cover said debts. Most people believe that Hitler hated and murdered Jews due to strictly economic reasons. However, if one reads a book titled "The Transfer Agreement" by Edwin Black, http://www.transferagreement.com, among other books and personal references, one will find that there were (of the varied reasons) two primary reasons Hitler sought to violate the alleged "Transfer Agreement" (the premise of transferring the Jewish population to Palestine) and the final solution of an alleged "Chapter 7 Bankruptcy" procedure of asset liquidation whereby he got to keep and utilize the currency of not just the 6 million Jews but the other 7 million "undesirables" he also murdered. I.e. Hitler and his henchmen got greedy. Today, in America, we have many "Hitler's" – some of them are called IRS Agents that steal labor, i.e. "golden eggs" in the form of currency.

Communism is the function of organizing the people into a labor pool for communal use – i.e. "poor man's" capitalism.

Stalin either did not comprehend the proper use and psychological damage of totalitarian communism or was simply a thug. Mao went down the same path as Stalin until he recognized the fact that in order to maintain production. "...we must embrace the virtues of capitalism." That is, western capitalism, where a modicum (a small amount) of private property rights are respected, regulated, and maintained. Mao knew that without such a mixture or compromise he would have to continue to endure the path to perdition (utter destruction or ruin) common to all communist historical examples – destruction, lack of production and cannibalism (Canaan-Baal-ism).

Although the following statement is a bit far from the subject of banking it covers the importance of the subject matter, which most U.S. government agents miss. The book titled "Marx & Satan" by Richard Wurmbrandt demonstrates that Carl Marx (the accepted founder of "Communism") was a Satanist and did not care about the people. The result of communism is usually societal destruction, lack of production (agricultural and industrial) and cannibalism (Canaan-Baal-ism). On the other hand, the United States government has done a fairly effective job of creating a balance between fascism and communism and calling it a Democracy when in fact the U.S. government has effectively adopted what is called Socialism in the post 1930s "New Deal."

Roosevelt, later Mao also, and his banker's knew that The People are the "Goose" that produce the labor that is the "gold" of production so they concluded that it was more

productive to treat the "Goose" well so that it continued to produce. Stalin, on the other hand, treated the "Goose" bad. In the 1920s-30s Stalin had those farmers in the Ukraine produce wheat and then take it from them in a collectivist program resulting in a planned population reduction via starvation of 13 million people. The bad joke here is that when Hitler invaded the Ukraine in 1942(?) the Ukrainians wanted to join his Germany out of self defense and he refused to accept them.

Treat the "goose" well and get production. Treat the "goose" bad and get starvation and population reduction. Now, knowing those two outcomes one who was a banking family (e.g. Oppenheimer of South Africa) could manipulate people of selected countries via media, social programs, banking, taxation (this has been well calculated using mathematical/computer programs) to motivate The People/"Goose" to choose their own production or destruction via their chosen form of "government."

In books written by William Schnoebelen, one titled "Blood on the Doorpost," he demonstrates a satanic, economic model used by Satanists in government, banking, etc. to control populations via a five (5) cycle economic system. Therefore, one could easily conclude that a modicum of Biblically based economics would result in positive production and population increase and a focus on satanic principles would result in decreased production, population reduction. Think of the "Religious Right" and its control mechanisms and then turn it upside down and view that same control from a satanic model.

# Chapter 3      The Killing Fields

In 1992 I was still working as a U.S. Marine Naval Aviator (CH-46 helicopters) assigned to Marine Corps Air Station (MCAS), Kaneohe Bay, Hawaii. I was stationed there from October 1989 to October 1992. I stayed on the island of Oahu for a collective total of 13 months, never longer than four months at a time.

On my third deployment in May of 1992, I was individually deployed and assigned to a Marine Corps unit enroute to Utapau, Thailand. Upon return at the end of May, I was informed that a detachment of Helicopter Squadron HMM-265 would be deployed to Cambodia[3] for Operation Full Accounting flown in, via USAF C-5 transport, with three CH-46 helicopters by way of Utapau, Thailand.

Upon landing at Utapau we off-loaded the helicopters, reattached the rear transmissions and rotor sections, and flew to Phnom Penh, Cambodia. Operation Full Accounting was an operation involving recovery of deceased military personnel who were killed in action during the Vietnam War.

On the first trip our unit was asked to leave by the Thai government due to an attempted coup and the "Bangkok riots," where much gunfire and bloodshed occurred. On the second trip, about two weeks later, our unit only stayed in Thailand long enough to assemble en route to Cambodia, and then disassembled at Utapau en route back to Okinawa, Japan.

What does my military history have to do with banking? I am writing these details because what I observed next has affected my outlook on many things since, including banking.

In Cambodia our unit flew U.S. Army Graves Registration personnel trained by the Central Identification Laboratory Hawaii (CILHI) to areas north and east of Phnom Penh to engage in archeological digging for US Military remains. While we were there, I observed many things. I was individually tasked by Naval Investigative Services (NIS) with taking as many photographs of the areas we visited as possible. However, when I

---

[3] As a result of my experiences in Cambodia and my studies of the Communist Party International (COMINTERN), I used to have a recurring nightmare. It involved my first wife and I being shipped to two separate concentration camps by the communists to be slowly worked and starved to death. At that time, the early to mid 1990's, the thought of this possible scenario terrified me. The thought of being completely unable to do anything about this possibility was simply beyond my sanity.

However, I also learned that once a society is primed for communist takeover, the last restructuring or destruction could occur very quickly. Cambodia is one of many examples of the "Agricultural" restructuring. This agricultural restructuring is a procedure planned and conducted by the COMINTERN whereby all those who have been educated by and through Judeo-Christian practices are subject to extermination through concentration camp work, starvation, weather exposure, psychological experiments, imprisonment, theft of property, and general destruction of the family unit.

Again, it all starts with a COMINTERN principle of centralized banking with unjust weights and measures, and theft of the labor pool through inflating and deflating the currency pool.

returned, I was debriefed by the CIA who informed me that my individual operation was tasked by CIA not NIS. NIS was a ruse. I learned this was normal.

What I observed while in Cambodia was a society that was recovering from oppressive Communism. Communism, when viewed from an accounting perspective, is simply poor man's capitalism by force, using satanic principles and the Nine Satan Statements. They are as follows.

"PRACTICES AND BEHAVIORAL STANDARDS: The ethical stance of the Church of Satan, Anton Szandor Lavey founder is summarized in the Nine Satanic Statements (these are direct quotes from the book and are used in *their* context as to what the equivalent is).

- Satan represents indulgence, instead of abstinence!
- Satan represents vital existence, instead of spiritual pipe dreams!
- Satan represents undefiled wisdom, instead of Hypocritical self deception!
- Satan represents kindness to those who deserve it, instead of love wasted on ingrates!
- Satan represents vengeance, instead of turning the other cheek!
- Satan represents responsibility for the responsible, instead of concern for psychic vampires!
- Satan represents man as just another animal, sometimes better, more often worse than those that walk on all fours who, because of his "divine and intellectual development," has become the most vicious animal of all!
- Satan represents all of the so-called sins, as they lead to physical, mental, or emotional gratification!
- Satan has been the best friend the church has ever had, as he has kept it in business all these years!

The book entitled, Marx & Satan, written by Wurmbrandt, demonstrated that Carl Marx was a Satanist and his version of communism was actually Satanism. When any reader studies both Satanism and the history of Communism, he will conclude the foundational principles coincide. The results of the activities of the Communist Party International are the aims of the Church of Satan. The members of the Church of Satan also refer to their god as "Lucifer."

At the time of my deployment to Cambodia, my personal religious beliefs were agnostic – i.e. I was open and looking. I did not understand why or how a society could become so divorced from the biblical principles of the Book of Exodus, Chapter 20 – the Ten Commandments.

The people of Cambodia were essentially in a "societal daze." I observed the populace as they would stand around and watch someone bleed to death. If we Marines had not stepped in to stop the victim in one situation from bleeding to death, he would have died.

Many people knew who had killed their family members, yet the society as a whole did nothing to correct the problem, or to bring the perpetrators to justice. It is now 2010, and things have probably changed to a degree. However, when a society allows itself to descend to Satanism, it will eventually end in destruction.

Having stood on a mound of human bones, six to ten foot deep, I can say it was an experience.

My studies have shown me that the descent starts with acclimating society to unjust weights and measures in its banking system. In fact, if memory serves, it was "Jesus Christ" who knocked over the banker's tables for engaging in unjust weights and measures in the Temple.

# Chapter 4 — Congress Outsources Commercial Regulatory Authority

U.S. Constitution Article I, Section 8, Clause 17 states:

> *To exercise exclusive Legislation in all Cases whatsoever, over such District (not exceeding ten Miles square) as may, by Cession of particular States, and the Acceptance of Congress, become the Seat of the Government of the United States, and to exercise like Authority over all Places purchased by the Consent of the Legislature of the State in which the Same shall be, for the Erection of Forts, Magazines, Arsenals, dock-Yards, and other needful Buildings;*

Although it is virtually unknown, the Congress of the United States transferred (outsourced) all maritime shipping control to a PRIVATE CORPORATION known as the United States Shipping Board in 1920. In doing so it transferred all US Const Art 1, Section 8, Clause 17 (interstate commerce control) to a private corporation. This is not that abnormal as Congress has outsourced many of its functions to private corporations. A cursory review of the case of NATIONAL RAILROAD PASSENGER CORPORATION, 513 U.S. 374 (1995) demonstrates that "the Government creates a corporation by special law. For the furtherance of governmental objectives, and retains for itself permanent authority to appoint a majority of that corporation's directors, the corporation is part of the Government for purposes of the First Amendment." Further, "There is a long history of corporations created and participated in by the United States for the achievement of governmental objectives."

A cursory review of the first edition of Benedict on Admiralty on Worker's Compensation Schemes also demonstrates that admiralty/maritime is the umbrella under which all employment insurance schemes fall. The only requirement for a maritime coverage agreement to exist on land is for it to get there through a trust agreement. Therein, it should not be a surprise to the reader that all Worker's compensation programs are private and regulated by the respective legislature – State or Federal. An example of this fact is Arizona's State Fund, a private carrier, treated as a "quasi-governmental" organization with a form for an opting out provision to not participate in covered employment.

The US Congress did this via (Public law) P.L. 261. The U.S. Shipping Board was renamed in 1936 as the U.S. Maritime Commission (P.L. 835). That organization was then renamed on November 25, 2002 (P.L. 107-295 and 296) as the DEPARTMENT OF HOMELAND SECURITY (a private corporation representing the UNITED STATES OF AMERICA, Inc.).

The State of Delaware has a corporation listed as the UNITED STATES OF AMERICA, Inc. operating as a private corporation. The United States of America is also the primary owner of a company called the National Railroad Passenger Corporation known commonly as "Amtrak." (and according to main stream media as of June 2011 seeking to inact legislation to completely privatize this)

*"Amtrak was created by the Rail Passenger Service Act of 1970 (RPSA) to avert the threatened extinction of passenger trains Page II in the interest of 'the public convenience and necessity.' The legislation establishes detailed goals for Amtrak, sets forth its structure and powers, and assigns the appointment of a majority of its board of directors to the President. Pp. 9-12."*

*"Even Congress itself appeared to acknowledge, at least until recent years, that Government created and controlled corporations were part of the Government. The Government Corporation Control Act of 1945, discussed above, which brought to an end the era of uncontrolled growth of Government corporations, provided that, without explicit congressional authorization, no corporation should be acquired or created by any officer or agency of the Federal Government or by any Government corporation for the purpose of acting as an agency or instrumentality of the United States. . . . 304(a), 59 Stat., at 602 (emphasis added)." Lebron v. National Railroad Passenger Corporation, 513 U.S. 374 (1995)*

If the reader thinks about it, he will realize that virtually all commercial relations interrelated by and through either a Social Security agreement and, or a limited liability entity of some sort be it an LLC (partnership), corporation or trust filed with the local Secretary of State. This puts covered employment and insurance related parties under the land based maritime control or more properly stated legislative jurisdiction as opposed to the county at large as demonstrated by the case of NORTON vs SHELBY COUNTY, 118 U.S. 425 (1886). In said case it was demonstrated that there is a schism or separation between a de jure office on the county at large and a de facto office for the CORPORATE COUNTY OF ___XXX_____.

This is neither the first time nor the last time that a governmental organization has outsourced a function of government. That is not necessarily a bad thing to do. Outsourcing can be a very beneficial function. Living in Arizona, I have to admit that the personnel operating the corporation known as the STATE OF ARIZONA have done a fairly good job in melding the "virtues of capitalism" with the socialistic structure of the post "New Deal" system. The STATE OF ARIZONA even hosts an annual seminar meeting to provide bidding opportunities for the private sector to make contractual offers to improve on governmental services.

The case of Ashwander v. TVA, 297 US 288 (1936) in accord with the Tennessee Valley Authority Act (16 U.S.C.A. 831 et seq.) is another example of the US Congress outsourcing a need that is conducted and regulated by congressional license to a private source. TVA is an electrical power plant.

What else happened around 1920? The birth certificate system was implemented via the Sheppard-Towner Maternity and Infancy Protection Act (1921), the United States Treasury was closed, and the Department of the Treasury a PRIVATE CORPORATION was born.

The Federal Reserve Act was passed seven years prior in 1913. So, a child is born, a birth certificate representing their life time labor is created and, in turn, it is deposited with The Department of the Treasury, and Federal Reserve Notes are created and placed into circulation representing our future labor.

This premise has been proven a number of times via classified collections. Some of those data collection processes were conducted through the Depository Trust Company, the Chicago Mercantile Exchange, via Federal Judges, and international banking relations. One was so blatant that the original Birth Certificate(s) kept in a mountain vault in Arizona (South Mountain) actually had the international banks depository stamps on the backs of the certificates with deposit receipts for labor collections via IRS protocols. In virtually every data collection case the parties collecting the data were either fired for disclosure or in the case of Federal Judges in our early intelligence learning curve, were "accidentally" killed. Some were personal friends of mine. There are others in the CAFR environment who have had similar experiences. Consequently, we no longer release such personal collections data to the public venue.

What would motivate the United States Congress to outsource all commercial regulatory authority in 1920? What was happening in 1920? What happened prior to, during and right at the end of World War I? Were the Czar of Russia and his entire family executed by the COMINTERN?

There was a growing movement in the United States by national labor (Unions) to takeover all production by the "Money Trusts" running the various major corporations owned by the likes of Morgan, Carnegie, Mellon, DuPont, Rockefeller, etc. If the COMINTERN[4] were able to organize and take over the United States, then there might have been (history dictates that there would have been) mass murder by the communists against the American people.

Was there not protection by and through the Constitution for the united States of America (note the way that was written they are 2 different entities) to prevent this from happening? The constitution is very clear that the President of the United States is allowed to hire mercenaries to perform security services in effort to protect the United States. It could be reasoned, and it has been, that any function that could be outsourced to the private sector could be, and, as in a military role even the rules of engagement

---

[4] I think most people today know what the Communist Red Chinese are – part of the COMINTERN. The Chinese Great Estates are a group of people that still reside in China but are not communists, are allegedly peaceful people who refuse to violate freewill, even of those that that are violent and genocidal.

Don't feel bad, as a former U.S. Marine, I didn't get it either. And, the people who are trustees for the Chinese Great Estates control whole mountains of gold. Their idea of stopping violent and genocidal people is by taking their "toys" away and keeping them from obtaining monetary support. They do this by controlling international currency as currency is always based upon an asset be it labor, gold, or some other commodity.

Believe it or not, it has been represented by the U.S. Military that the Chinese Great Estates support freedom as it is the universal rule of production and therefore they support the freedom and reseating and restoration of the Free American Republics.

would be different (they would not have to follow the requirements as set forth in the constitution).

> http://canadafreepress.com/index.php/article/37027
> Andrew Napolitano once asked South Carolina Congressman James Clyburn, the third-ranking Democrat in the House of Representatives, where in the Constitution it authorizes the federal government to regulate the delivery of health care.
>
> Clyburn replied: "There's nothing in the Constitution that says that the federal government has anything to do with most of the stuff we do." Then he shot back: "How about [you] show me where in the Constitution it prohibits the federal government from doing this?"
>
> Rep. Clyburn, like many in Congress, has conveniently forgotten that, according to the Constitution, the federal government has only specific enumerated powers. As Mr. Napolitano correctly noted, Congress has gone from upholding the Constitution to evading it.

The company known as XE, Inc., formerly Blackwater, Inc., was hired by the Bush Administration to perform security services in Iraq. Their rules of engagement were allegedly neither as strict nor initially subject to the Geneva Convention rules. As of late the founder of Blackwater has now been hired in the spring of 2011 to form a rifle battalion in the United Arab Emirates for internal security

See http://www.msnbc.msn.com/id/43037736/ns/world_news-mideast_n_africa/t/blackwater-founder-builds-foreign-force-uae-report/

> Blackwater founder builds foreign force in UAE: report
>
> WASHINGTON — The crown prince of Abu Dhabi has hired the founder of private security firm Blackwater Worldwide to set up an 800-member battalion of foreign troops for the United Arab Emirates, the New York Times said Sunday.
>
> The Times said it obtained documents that showed the unit being formed by Erik Prince's new company Reflex Responses with $529 million from the UAE would be used to thwart internal revolt, conduct special operations and defend oil pipelines and skyscrapers from attack.
>
> The newspaper said the decision to hire the contingent of foreign troops was taken before a wave of popular unrest spread across the Arab world in recent months, including to the UAE's Gulf neighbors Bahrain, Oman and Saudi Arabia.

If the President and the Congress of the United States in 1920 were concerned about a potential COMINTERN takeover, outsourcing all commercial regulatory authority would be a logical step towards stemming the "red" tide in the United States. After all, the COMINTERN was even able to post a statue in Chicago memorializing the Haymarket

Riots (1886) and promising an eventual communist takeover of the United States. Ever see the movie "Reds"? The movie "Reds" is a good learning tool for beginners as to the techniques, strategies and philosophy of the COMINTERN.

# Chapter 5 —Destruction Of The Family Unit

On the surface this may appear to be a difficult process. However, once the bond to Biblical rules (Torah) is severed, it becomes much easier to accomplish.

What we discovered in Riverside, California (as a microcosm of America) was that once the local economy is recessed, crashed, and currency removed from circulation, there is less currency available for workers to pay their bills. The proof of this fact was discovered by reviewing COUNTY OF RIVERSIDE foreclosure filings and comparing that data with County Court and United States District Court filings for foreclosure proceedings by banks, divorce proceedings caused by a recessed economy, personal debt (credit cards) civil proceedings, IRS tax claims/liens/levy's filed both at the courts and at the County Recorder's office, State and Federal Civil and Criminal Tax proceedings and then … we consulted a high level Freemason in Los Angeles county. We also consulted privately with Judges and California State Supreme Court consultants. Identities of the parties are classified. Interpretation, admissions and conclusions follow hereafter:

The four standard categories of those bills are; mortgage, car, personal debt/credit cards, and individual IRS tax debt. Once the income is reduced with an established debt load, the outflow becomes unsustainable. The personal debt is first to default or stop paying. The IRS tax debt is second to stop paying. The mortgage debt is second or third. The car is almost always paid because a man can live in his car if necessary. Once the foreclosure process occurs the female spouse can (and routinely does) file for divorce while the husband attempts to protect what is left through filing bankruptcy protection.

We tracked the currency reduction with foreclosures, bankruptcies, and divorces. We discovered that reduction in local currency levels equals destruction of the family unit.

## Stealing Houses, Homes

I have a great business idea for you. First, you become a banker. Then, reduce loan requirements and issue NINJA (No Income No Assets) loans and interest only loans. This saturates the market with people owning homes through loans that barely allow them to function. Next, reduce the number of loans being issued and actually reduce and restrict the credit available to manufacturing and service industries, reducing available income as in previous chapter. This will allow the bankers to take the very homes they issued loans against and get paid twice or more, by reselling the homes over and over and over again. Remember the bank has already been paid the money for the loan from the trust account, and the money that is being paid back for the loan replaces the money removed from the trust account plus interest paid to the bank as a fee for handling the account. Such a deal!

## Monopoly "Money"

In the game of Monopoly, everybody is issued a certain amount of currency to start playing with. Think of the birth certificate as a mechanism for which a set amount of currency is created for society, as a whole, to play/trade with. This concept of an even spread is known in admiralty law as "general average." If you remember Halloween as a child when you used to go trick or treating you would go house to house and receive candy. If you have a lot of siblings your parents might be pre-disposed to spread the candy evenly. Again, this concept is known as "general average."

I am not a communist, but there are virtues in almost every academic discipline and belief system. We must utilize the best in every system possible if we are to make a fair and strong society.

FRN's are essentially monopoly money[5]. However, instead of having everyone receive a pile of cash to start with, the "cash" is placed into circulation for society, as a whole, to trade its labor.

## The hydraulic "Currency Foot Pedal"

Now that currency has been placed into circulation, the next question we could be asking is whether The Powers That Be (i.e. the Government Trustees) placed all of the currency into circulation. Think of FRN's as stock certificates that we trade our labor with and that we each negotiate in a heavily licensed, socialist regulated, semi-free trade economy. If only a portion of the created, authorized stock (i.e. FRN's) is placed into circulation and, then, manipulated as to an increase or a decrease, whatever "public policy" dictates (i.e. whatever the wealthy banker families dictate). That will cause busts and booms known as inflation or recession (if real bad a depression). In other words, an increase of currency into circulation creates an increase of manufacturing and service jobs due to a more plentiful amount of currency in circulation. The reverse is also true, take currency out of circulation and manufacturing and jobs decrease.

A hydraulic system works on the premise of leverage. A little bit of pressure at one end can be magnified on the application end. Think of how much pressure is required to move a wing flap traveling 500 mph on a 747 with only a foot pedal from the cockpit –

---

[5] Starting in approximately January 2008 and measuring to the end of the first quarter of 2009 The Department of the Treasury in concert with the Federal Reserve removed 40% of the currency in circulation through electronic means. In other words, a banker pushed a computer key via policy change in credit extension causing a recession.

For those of us who have been monitoring these cycles since the early 1990s and who have studied the economic cycles over the past 200 years it was hardly "rocket science" to predict a recession after an inflationary cycle. The question is, "Was this process planned?"

The answer, of course, is "Yes!" Bankers are essentially farmers. They "plant" credit by setting banking policy to extend credit to people/workers who previously did not have access. Then, when the economy is allegedly "over heated" the bankers change policy and reduce access to one's credit.

Having access to one's credit is essentially having access to one's trust funds created through the birth certificate process. There really are funds in a bank account with your name on it.

that is a lot of change from pedal to wing surface. A little bit of policy change as to the amount of currency in circulation or removal can mean keeping or losing one's house in foreclosure.

# Chapter 6 — You Did What To The African Development Fund?

My friend, we can call him Bob, called me in June of 2006 and informed me that he had issued bonds in accordance with the Federal Reserve Act (as is our right) and Title 31 Code of Federal Regulations 500.313-314. Why did he issue bonds? He did it as a test to see if it would work and used them to specifically "setoff" debt created through the African Development Fund, which was "in the red" (if memory serves) in the amount of $30 Billion dollars.

I told him I was listening to his words. I was even familiar with the structure and format of bonds, and I believed he served them as he stated upon 1600 Pennsylvania Ave. (the White House), and not next door at The Treasury. I even looked at the date he mailed them, the date they arrived via registered post, and the date the press reported the debt had been setoff. They all matched. Maybe it was just a coincidence. He was convinced he had setoff the debt in question. But…$30 Billion?

Where did Bob get $30 Billion? Allegedly, he got it from his trust funds. He and I had been working on acquiring access to our trust funds since 2001 when we revested title and sued John Ashcroft for our trust funds. We had been conducting work related therein since the mid 1990s. The Department of Justice was not cooperative in releasing our trust funds, and the judges would not even grant us a hearing.

According to one state Supreme Court Justice, our legal premise was correct. We would receive remedy, but we should make sure we sealed the case because we had breached national security[6]? How did we do that? Apparently, if everyone revested title to their trusts all the Federal Reserve Notes would have to return home and be removed from circulation.

From my perspective, maybe Bob setoff the African Development Fund and maybe he did not.

---

[6] The question is not whether a banking crisis is a National Security Issue. The question is for whom a banking crisis is a security issue – national or not.

Once you understand that the people are the last line of deposit as their labor is the foundation for "full faith and credit" supporting and propping up the currency system, then there appears a clear demarcation between the trustees who regulate the currency/labor/stock held in trust and the Trustors/People/beneficiaries who provide that labor.

Therefore, if currency, credit, trust funds are restricted for whom is the crisis? If the Trustors/People/beneficiaries do not have access to their credit and they are being damaged by the trustees actions then the banking Crisis is manifested against the People.

If the Trustees do not have access to restrict and continue to obfuscate (i.e. hide/defraud) truth from the Trustors/People/beneficiaries and are not at liberty to steal the Trustors/People/beneficiaries labor then the banking Crisis can be manifested against the Trustees. Yeshua (aka Jesus Christ) went through this process at the Temple in Jerusalem 2,000 years ago! They crucified him for that!

**Bernanke, Paulson, and The Mailroom Clerk**

December 22, 2008 – A cold day in "Hell"

In October 2008, Bob, and two of his associates, issued 300 (three hundred) $10 Billion bonds to the Department of the Treasury – that is three trillion units (dollars) in functional currency. Bernanke and Paulson went public through http://www.bloomberg.com and stated "We found $3 trillion dollars we didn't know we had."

When he told me what he did, I read the reports (again), saw the bonds, written according to statutory law, and I was still skeptical. Did he really provide (transfer) $3 Trillion dollars to the Federal government?

How much was in the trust account? Neither of us could ever get an affirmative accounting. Did the Treasury have the accounting, maybe it was the Depository Trust Company, the Bureau of Public Debt, the US Department of Agriculture (human resources?), Federal Reserve, or may some other agency, department, etc.?

Thomas Schaults and I met in Albany, New York in the fall 2007 at a Sam Kennedy seminar. Bob, Tom, and I agreed to meet at the Treasury Annex building one building north of the Department of the Treasury building to get certain issues settled with the Treasury on Monday, December 22, 2008. Bob and I flew out to Washington DC; Thomas drove. Thomas arranged the meeting, time and contact. At the last minute, Thomas could not attend for personal reasons. Bob and I decided that the two of us would go (two hours late) to the Treasury Annex building without Thomas. Bob and I were told that our meeting was cancelled so we walked across the quad area to the Treasury building. I had my own documents to serve on Henry Paulson, Secretary of the Treasury, as legal (tribal) counsel for 45 of my own clients.

It was freezing outside, about ten (?) degrees with a wind chill – a cold day in Washington DC. It was so cold that the rental car tires on the right side both went flat.

Everyone we met at the Treasury, from the Annex building to 1500 Pennsylvania seemed scared for some reason. Why were they so afraid? When we walked over to the Treasury entrance, security informed us both that we were not allowed to serve documents at the front door. They informed us that we would have to go to the mailroom ramp on the south side of the building. It is not a small building. The walk was freezing. We arrived at the mailroom ramp and were told by security to communicate through a phone on the post.

A nice man named Reginald Gardner and his assistant came out with a cart to receive our service of process. I had two binders of paperwork that I handed to Mr. Gardner's assistant. Bob was the notary witnessing my personal service of process. After serving that paperwork, Bob asked Mr. Gardner whether he remembered the 300 bonds that Paulson received. He did remember. In fact, he stated that he personally opened all mail matter at Treasury, and was the decision maker as to where it was to go. Bob then opened his small, little file folder and asked Mr. Gardner whether he remembered what

the bonds looked like. He stated that he did and he looked a little nervous. Then Bob showed him a copy of the bonds in question and stated that he was one of the three principals that issued the bonds. After a long pause and Mr. Gardner's eyes opening quite wide in shock he asked whether we were there at the Treasury to hurt the country. Mr. Paulson had been under siege by numerous law firms in effort to acquire "their piece of the pie" of the TARP funds, see
http://en.wikipedia.org/wiki/Troubled_Asset_Relief_Program. Mr. Gardner thought we were there to serve another subpoena on the Treasury and Mr. Paulson. Both of us indicated that we were there to assist, and were not to damage in any way.

At that point Mr. Gardner had confirmed a number of things. One of the things he confirmed was that "We the People" did have funds held in trust, that we did have indirect access and could issue financial instruments against those funds and that Bob and his two associates had provided, transferred $3 Trillion Dollars to the Treasury. I was in shock.

Later I received an even bigger shock. About 10 months later I was watching a www.youtube.com video of Pastor Lyndsey Williams speaking in May (?) 2009. Pastor Williams worked on the Prudhoe Bay, Alaska oil pipeline in the early 1970s and was given access to the Exxon Oil Company executives. According to Pastor Williams those people worship Lucifer and live by a completely different set of rules, manipulate the price of oil and other commodities among other securities and political relations worldwide. And, he kept in contact with those Luciferians continuously since then. He also stated that he was told that some party had delayed the Luciferian operations plan to commit genocide against the American people by two years because some unknown party had placed $3 Trillion dollars with the Treasury.

When I spoke with Pastor Williams by telephone in February 2010 we agreed to coordinate a meeting at a later date but neither of us has been able to coordinate that meeting yet.

The two years is up this month – October 2010. We will see what happens.

# Chapter 7 — ADL Admits To Being A Communist Organization

What does that have to do with Currency in America?

The Anti-Defamation League (ADL) is really misnamed. From our experience it should be called the "Defamation League" because in our experience they are the ones doing most of the defaming. We do not defame them.

Hitler was a monster. I believe many Germans would agree with that statement. However, it is not a very well known fact that Hitler was afraid of the worldwide Jewish population because a significant element was communist. I did not believe this premise although someone told me about this fact many years ago. I thought that it must be preposterous, untrue, false, a lie, that is, until I read a little known book titled, "The Transfer Agreement." That book was written by a New York Reformed Jewish man, Edwin Black (http://www.transferagreement.com). His parents were not exactly pleased about his writing but, after reading his book, they had to agree with his premises. I still do not believe that there is a worldwide Jewish banking conspiracy. However, I have discovered that there are plenty of Christian hating communists posing as Jews. And, remember, Marx was a communist Satanist and his writings were based upon anti-Christian, Satanic Statements as demonstrated by Wurmbrandt in the book titled, "Marx & Satan."

All the above might be interesting but how did the ADL admit that it is a communist organization?

The U.S. Military has been working with personnel in the de jure government movement (refers to a government which rules legally and with the consent of the people, in contrast with a de facto government which takes control by force.) since before 1999. I know this because I have personally met with personnel at the Pentagon regarding the reseating of the de jure governor offices. Wait a second. Yes, reseating the de jure governors' offices. See http://www.teamlaw.org. Since this country shifted to a commercial premise from a U.S. Constitutional one, we have had corporations running the business needs of the American people in place of de jure governmental office personnel. This is known as a "dual system of government," see Commonwealth of Pennsylvania vs. Fix, 9 Fed Supp. 272 (1934). Those corporations have actually, on an aggregate, have done a fairly good job; however, they are not de jure offices. There was and still is a concern that people who could not take over government through the de jure offices could do so via the corporate governmental route. See "None Dare Call it Treason … 25 Years Later" by John Stormer for more details on the actions of the COMINTERN in America. In addition to the reseating the de jure governors' offices one of the meetings held at the Pentagon disclosed to us that the American people would have to support the reseating of the de jure offices before the U.S. Military would openly support that movement. The Restore America Plan (RAP) was based upon that premise.

Shortly after the takeover of Russia in 1918, Rabbi Stephen Wise, the top Jew in the United States was asked his opinion of the revolution.  He said, "Some call it

Communism, I call it Judaism." U.S. Army intelligence reports confirm Jewish roll in soviet Revolution, communism. Web link from "The Essau Effect" article by Kimberly Rogers.

Thomas Schaults and I met with a two star admiral in October 2008 where it was "proposed" to us that the U.S. Military needed non-military personnel to assist them in settling certain issues. One of those issues was in regard to settling previous breaches of Tribal treaties and meetings were arranged with the Native Indigenous Grand Council which accomplished nothing as attitudes simply had not changed. The other issue was in getting the American people to openly support the restoration of the American Republics. Thomas and I are simply not trained in advertising. Therefore, Thomas and I gave up on that premise by June 2009. However, on or about October 2009 I had a conversation with Sam Kennedy whereby he made the statement that we had an advertising problem to which I agreed. We did not speak about it again until late January 2010 when I was informed that Sam Kennedy, Thomas Schaults, Tim Turner, and Reagan Reedy, among others, had been able to construct a plan to restore the American Republics with the covert support of the U.S. Military and other agencies. So what could possibly be wrong with a peaceful, coordinated restoration of the American Republics? Well, apparently, to the ADL this is an anti-government activity and labeled as domestic terrorism. And, this would be true if the party making the claim were communist. If you still do not understand then watch previous, historical news broadcasts of Glenn Beck.

Division of the Ten Commandments by religion/denomination

| Commandment | Jewish (Talmudic)* | Anglican, Reformed, and other Christian | Orthodox Christian | Roman Catholic, Lutheran** |
|---|---|---|---|---|
| I am the Lord your God | 1 | preface | | |
| You shall have no other gods before me | 2 | 1 | 1 | 1 |
| You shall not make for yourself an idol | | 2 | 2 | |
| Do not take the name of the Lord in vain | 3 | 3 | 3 | 2 |
| Remember the Sabbath and keep it holy | 4 | 4 | 4 | 3 |
| Honor your father and mother | 5 | 5 | 5 | 4 |
| You shall not kill/murder† | 6 | 6 | 6 | 5 |

| | | | | |
|---|---|---|---|---|
| You shall not commit adultery | 7 | 7 | 7 | 6 |
| You shall not steal†† | 8 | 8 | 8 | 7 |
| You shall not bear false witness against your neighbor | 9 | 9 | 9 | 8 |
| You shall not covet‡ your neighbor's wife | | | | 9 |
| You shall not covet‡ anything that belongs to your neighbor | 10 | 10 | 10 | 10 |

And, no, I am not anti-Jewish and not anti-Semitic (having a hatred for Jews). I am a Messianic Rabbi who does his best to follow Torah in a world divorced from that law form. Anybody at the ADL who states to the contrary is just violating the 9th Commandment.

**The Ten Commandments**

Exodus 20:2–17

2 I am the Lord your God, who brought you up out of the land of Egypt, out of the house of slavery;

3 Do not have any other gods before me.

4 You shall not make for yourself an idol, whether in the form of anything that is in heaven above, or that is on the earth beneath, or that is in the water under the earth.

5 You shall not bow down to them or worship them; for I the Lord your God am a jealous God, punishing children for the iniquity of parents, to the third and the fourth generation of those who reject me,

6 but showing steadfast love to the thousandth generation of those who love me and keep my commandments.

7 You shall not make wrongful use of the name of the Lord your God, for the Lord will not acquit anyone who misuses his

Deuteronomy 5:6–21

6 I am the Lord your God, who brought you up out of the land of Egypt, out of the house of slavery;

7 you shall have no other gods before me.

8 You shall not make for yourself an idol, whether in the form of anything that is in heaven above, or that is on the earth beneath, or that is in the water under the earth.

9 You shall not bow down to them or worship them; for I the Lord your God am a jealous God, punishing children for the iniquity of parents, to the third and fourth generation of those who reject me,

10 but showing steadfast love to the thousandth generation of those who love me and keep my commandments.

11 You shall not make wrongful use of the name of the Lord your God, for the Lord will not acquit anyone who misuses

name.

8 Remember the Sabbath day and keep it holy.

9 For six days you shall labour and do all your work.

10 But the seventh day is a Sabbath to the Lord your God; you shall not do any work—you, your son or your daughter, your male or female slave, your livestock, or the alien resident in your towns.

11 For in six days the Lord made heaven and earth, the sea, and all that is in them, but rested the seventh day; therefore the Lord blessed the Sabbath day and consecrated it.

12 Honor your father and your mother, so that your days may be long in the land that the Lord your God is giving you.

13 You shall not kill/murder.

14 You shall not commit adultery.

15 You shall not steal.

16 You shall not bear false witness against your neighbor.

17 You shall not covet your neighbor's house; you shall not covet your neighbor's wife, or male or female slave, or ox, or donkey, or anything that belongs to your neighbor.

his name.

12 Observe the sabbath day and keep it holy, as the Lord your God commanded you.

13 For six days you shall labour and do all your work.

14 But the seventh day is a sabbath to the Lord your God; you shall not do any work—you, or your son or your daughter, or your male or female slave, or your ox or your donkey, or any of your livestock, or the resident alien in your towns, so that your male and female slave may rest as well as you.

15 Remember that you were a slave in the land of Egypt, and the Lord your God brought you out from there with a mighty hand and an outstretched arm; therefore the Lord your God commanded you to keep the sabbath day.

16 Honor your father and your mother, as the Lord your God commanded you, so that your days may be long and that it may go well with you in the land that the Lord your God is giving you.

17 You shall not kill/murder.

18 Neither shall you commit adultery.

19 Neither shall you steal.

20 Neither shall you bear false witness against your neighbor.

21 Neither shall you covet your neighbor's wife. Neither shall you desire your neighbor's house, or field, or male or female slave, or ox, or donkey, or anything that belongs to your neighbor.

# Chapter 8 — IRS-CID Agent Caught "Red-handed"

The premise that IRS agents may be engaged in filing false and inaccurate Substitute for Returns (SFR), and then manipulating the computer records in over-ride mode to cover up their theft, is not without merit.

The IRS has been known to put information concerning SFR returns on the IRS computers pursuant to Title 26 United States Code, section 6020(b) authority, but fail to input any information on the SFR or sign it as preparer as required by §6052.

The only way IRS personnel can input any data on the computer without data being put on the Form 1040 first is to "override" the computer wherein they can input any data they want. The IRS personnel who input the data on the computer can be found only on the security tape used by the IRS as this data cannot be erased.

The IRS is required to send the taxpayer the SFR first for review, and can use §6020(b) only if the taxpayer, as an individual, refuses to sign the Form 1040 after presented the Form 1040.

When one IRS agent was confronted with this information he walked out of a meeting (and out of the IRS building) without making any other statements and never returned. In other words, he had been caught.

Therefore, it would appear that some IRS agents are taking advantage of taxpayer ignorance, collecting data, filing false SFR's, filing forms 1099-A, 1040, 1099-OID, etc. and having the refund shipped to a third party account, then manipulating the computer data and referring prosecution for alleged willful failure to file with the US Attorney to cover up his fraud.

A review of the security tape would correct this presumption of larceny, theft and fraud.

If the birth certificate was the financial instrument that placed the FRN's into circulation, and we already placed all our labor into trust to be collected during our lifetime, then how are we updating our individual estates? A cursory review of IRS tax Form 1040 will illustrate that there is a word in the upper left hand corner of the form – "Label."

What is a Label in legalese? A Label is a codicil (document that amends) to a will. A will is essentially a trust. So the IRS is supposed to protect the individual's estate by assisting him in updating the trust demonstrated with your name in all capital letters.

See The Elements of Style, Fourth Edition, ISBN 0-205-30902-X, written by William Strunk, Jr. and E.B. White, published by Allyn & Bacon in 1999. See The United States Government Printing Office in their Style Manual, March 1984 edition (the most recent edition published as of March 2000), provides comprehensive grammar, style and usage for all government publications, including court and legal writing. The National Aeronautics and Space Administration (NASA) has published one of the most concise U.S. Government resources on capitalization, NASA publication SP-7084, Grammar,

Punctuation, and Capitalization, A Handbook for Technical Writers and Editors, was compiled and written by the NASA Langley Research Center in Hampton, Virginia.

# Chapter 9 — Admiralty Extension Act

The Admiralty Extension Act (1878) extends the admiralty jurisdiction inland. All states by law have access to the sea. Therefore any land locked country has an easement across other countries/states of the union in order to get to the sea. All states have an admiralty jurisdiction in all of their courts. Said jurisdiction must be forced as state court judges and clerks of court do not like to admit this fact.

> *Admiralty Jurisdiction: A Challenge For Even The Seasoned Practitioner*
> *May 2001*
> *Determining whether admiralty jurisdiction exists over a particular claim can prove extremely challenging, even for those well versed in admiralty law. This article examines the history, landmark cases, and how to determine where the baseline exists on a coastal state.*
> *by Michael A. Orlando, Meyer Orlando, LLC*

The starting point for any discussion on maritime law is the subject of admiralty jurisdiction. Admiralty jurisdiction is founded on the U.S. Constitution. Article 3, section 2, provides:

> *"The jurisdictional power shall extend ... to all cases of admiralty and maritime jurisdiction."*

Consequently, Congress was allowed to begin statutorily defining the boundaries of admiralty jurisdiction. The first such statute came in 1789 with the First Judiciary Act (Act of September 24, 1789, chapter 20, section 9, 1 Stat. 73). Early court decisions gave this provision a fairly broad reading.

The current statutory grant of admiralty jurisdiction, 28 U.S.C. §1333, is also quite broadly written. It continues to include the element of allowing state courts concurrent jurisdiction through the "savings to suitors" clause when there are "other remedies to which they are otherwise entitled." Under the "savings to suitors" clause, state courts have concurrent jurisdiction over admiralty claims when a state court is competent to grant relief, which is, in most instances, when in personam jurisdiction may be had in a state court.

There are exceptions, of course, where, by federal statute, Congress has given federal courts exclusive jurisdiction over certain remedies. Generally, those are contained in the Foreign Sovereign Immunities Act, 28 U.S.C. section 1330, the Limitation of Ship Owners Liability Act, 46 U.S.C. section 183, the Suits in Admiralty Act, 46 U.S.C. section 741, the Public Vessels Act, 46 U.S.C. section 781 and the Ship Mortgage Act, 46 U.S.C. section 911.

It is interesting to note that admiralty and maritime law is the only subject matter as a separate body of law that the founding fathers saw fit to put in the U.S. Constitution. For all other federal district court jurisdiction, Congress has created "federal question" and "diversity of citizenship" jurisdiction, 28 U.S.C. sections 1331 and 1332, respectively. This has led the courts to conclude that admiralty claims are not within "federal

question" jurisdiction in 28 U.S.C. section 1331. Later articles will touch on the confusion this has caused, for instance, in federal court removal situations.

Like most provisions in the U.S. Constitution, it has taken the courts many years to define the parameters of the admiralty and maritime jurisdictional grant. Indeed, our federal courts are still struggling to define its outer limits in complex areas where maritime law overlaps with state or international law. Federalism, in the interest of developing a uniform law, has been the dominant idea in the development of admiralty jurisdiction from the inception.

## Landmark Cases

One of the earliest landmark cases in this area is <u>Southern Pacific Company v Jensen</u>, 244 U.S. 205, 37 S.Ct. 524 (1917). In that case the Court stated:

> *And plainly, we think, [no state's] legislation is valid if it contravenes the essential purpose expressed by an act of Congress or works material prejudice to the characteristic features of the general maritime law or interferes with the proper harmony and uniformity of that law in its international and interstate relations. [244 U.S. at 215-16, 37 S.Ct. at 528-29.]*

Courts and commentators have noted that the Jensen decision stands for the proposition that general maritime law governs maritime occurrences and that state law must yield to the required uniformity of the maritime law.

Notwithstanding this principle of uniformity as a central theme, the U.S. Supreme Court has allowed application of state law, in a maritime context, in several different circumstances such as to supplement admiralty law. This fills the gaps in the very limited context of supplying law where there is no need to create an admiralty rule.

As an example, in <u>Yamaha Motor Corp. v. Calhoun</u>, 516 U.S. 199, 116 S.Ct. 619 (1996), the Court allowed state wrongful death remedies to supplement federal remedies when a child was killed while riding a jet ski in the territorial waters of Puerto Rico. In many such instances, a complex, federal preemption analysis must be undertaken to determine whether state law may be applied.

Getting back to the basics, a logical starting point in the journey to understanding admiralty jurisdiction is to recognize that, generally, such jurisdiction extends to the seas, tidal areas, rivers, lakes, and bodies of water—if they are navigable waters of the United States. The concept of what is navigable has changed over time. It was once believed to be confined to the limits of the "commerce clause" of the U.S. Constitution. However, that is no longer true and, instead, the only limitations now are whether the body of water can (or could have been in the past) used for maritime commerce. One might reasonably conclude that there are very few natural bodies of water that do not fit that description.

The principal formulation of the test for navigability under admiralty jurisdiction came in The Daniel Ball, 77 U.S. (10 Wall.) 557 (1871). In that case the Supreme Court stated:

> *Those rivers must be regarded as public navigable rivers in law, which are navigable in fact. And they are navigable in fact when they are used, or are susceptible of being used, in their ordinary condition, as highways for commerce, over which trade and travel are or may be conducted in the customary modes of trade and travel on water. And they constitute navigable waters of the United States within the meaning of the acts of Congress in contradistinction from the navigable waters of the states, when they form in their ordinary condition by themselves, or by uniting with other waters, a continued highway over which commerce is or may be carried on with other states or foreign countries in the customary modes in which commerce is conducted by water.*

Recent decisions have extended admiralty jurisdiction to pleasure craft if there is the potential to affect maritime commerce on an interstate waterway system.

### Determining the Baseline

Back to the more basic question of how does one know whether admiralty jurisdiction applies to a particular body of water, the starting point is determining where the baseline exists on a coast of a coastal state.

Typically, the baseline is said to be the "low water mark." Most large-scale nautical charts will show the state's baseline. Waters that lie inward from the baseline are within the state's sovereignty, and are termed inland waters. All coastal states of the United States have an area that is seaward of the baseline, whereby the state's jurisdiction extends seaward.

All states, except Texas and Florida, exercise state jurisdiction of one marine league, or approximately 3 miles, past the baseline. For Texas and Florida, this area is 3 marine leagues, or between 9 and 10 miles from the baseline. The area seaward of the baseline, and within a state's jurisdiction, is referred to as a state's "territorial waters." Inland waters and state territorial waters are areas of overlapping state and admiralty jurisdiction when a waterway is a navigable waterway of the United States.

By international law, a nation is accorded sovereignty over the waters extending 12 miles from the coastal baseline. For a total of 24 miles from the coastal baseline, again pursuant to international law, a nation may enforce a contiguous zone whereby certain customs, laws, and regulations may be enforced.

Finally, for 200 miles out from the coastal baseline, a nation may enforce, as does the United States, an exclusive economic zone. By international law, the nation may exercise sovereign rights over minerals on the subsoil and in the seabed and over living resources in such waters.

The exclusive economic zone may be extended as regards the seabed and subsoil to the edge of the Continental margin, or 200 miles, whichever is greater, but no further than either 350 nautical miles from the baseline or 100 nautical miles from the 2500 meter isobath. If all of this makes you feel fairly confused, you are not alone, as courts, scholars, and practitioners often struggle with the application of these rules.

## Admiralty Contract v. Admiralty Tort Jurisdiction

It is important to understand the basics of admiralty contract jurisdiction and admiralty tort jurisdiction. In order to determine whether a contract is a maritime contract or whether it is governed by the laws of a certain state, one must look to the nature and subject matter of the contract. In general, three areas must be examined:

01.  Does it relate to the navigation, business, or commerce of the sea?

02.  Does it relate to a ship in its use as such?

03.  Does it relate to maritime commerce on navigable waters?

The vagueness of this test leads inextricably to a case-by-case approach by the courts. In the Fifth Circuit Court of Appeals, the test is referred to as the Davis test. [919 F2d, 5th Cir 1990.] The Davis analysis requires first that one look to the historical treatment in the case law and then to a fact specific inquiry that must consider the following factors:

01.  What does the specific work order or contract provide?

02.  What work did the crew do?

03.  Was the crew assigned to do the work aboard a vessel in navigable waters?

04.  What relationship does the work being done have with the mission of the vessel?

05.  What was the principal work of the injured worker?

06.  What work was the injured worker actually doing at the time?

To establish maritime jurisdiction over a tort, the locality of the accident must be considered, whether there is a significant relationship to traditional maritime activity, and the potentially disruptive impact on maritime commerce. In that regard, the Admiralty Extension Act, 46 U.S.C. section 740, extends admiralty jurisdiction for damages caused by a vessel even though the injury occurs on land.

While there are many instances in which the preliminary question of whether admiralty jurisdiction exists over a particular claim is clear-cut, just as many exist where a complex analysis of all facts must be made. Such an analysis often tests the most seasoned admiralty practitioner.

# Chapter 10 — What is a CUSIP number?

**CUSIP.** Committee on Uniform Security Identification Procedures.

From the Depository Trust Company website we find the following:

> *"ABOUT THE CUSIP SERVICE BUREAU (CSB)*
>
> *The CUSIP® Service Bureau (CSB) is dedicated to driving efficient trading, clearing, and settlement in capital markets throughout the world by providing a common language for uniquely identifying financial instruments across institutions, exchanges, and nations thus enabling enormous efficiencies and cost savings. CSB is operated for the American Bankers Association (ABA) by Standard & Poor's; these two leading organizations are focused on promoting the strength and profitability of the global financial services industry."*
>
> *Essentially a CUSIP number is used by assigning it to a promissory note or other financial instrument to bank it with a licensed, regulated financial institution regulated by the Federal Reserve.*
> *What does CUSIP stand for?*
>
> *"In 1962, after many informal discussions with members of the financial community, the New York Clearing House Association established a Securities Procedures Committee to study the question of developing a standard method of identifying securities. This Committee concluded that a uniform securities identification system was feasible and timely and—because of the magnitude of the problems to be solved and their far-reaching implications—the development of the system should involve the cooperation and support of the entire financial community.*
>
> *The Clearing House approached The American Bankers Association's Department of Automation to develop the system. In July 1964, the ABA's Committee on Uniform Security Identification Procedures (CUSIP) was created under the chairmanship of John L. Gibbons, Chairman of the Trust Committee of Chemical Bank New York Trust Company. The main goals of the CUSIP Committee were to develop specifications for a uniform security identification system, for devising a format for imprinting the identification number on the certificate in man/machine readable type font, and to establish an agency to administer the identification system according to specifications."*

## CUSIP-Based Identifiers

CSB brings coverage, consistency and expertise to the global securities marketplace offering:

- Universally recognized identification for more than 8.4 million unique financial instruments issued by corporations, municipalities and government agencies
- Coverage for a wide range of issue types, including derivatives and syndicated loans
- An extensive set of descriptive information
- Ready access to reliable, time-sensitive information with online capabilities that include powerful tools for searches and alerts
- A highly experienced Management and Operations staff that works closely with clients and partners to develop new solutions to global data challenges

CUSIP-based identifiers support the accurate and efficient clearance and settlement of securities, as well as processing associated with income payments made during the lifecycle of an issue. They enable:

- Holders, analysts and brokers to rapidly identify and access issue-specific data
- Custodians and sub-custodians to easily communicate on securities transactions
- Depositories to accurately manage transactions and examine historical data
- CUSIP-Based Identifiers
- CUSIP® — Universally recognized identifier for financial instruments.
- CINS — CUSIP International Numbering System
- CSB ISIN — Participation in the assignment of CUSIP-based International Securities Identification Numbers

CUSIPs are 9-character identifiers that capture an issue's important differentiating characteristics within a common structure.

CINS

## *Structure of a CUSIP*

**CSB provides a 9-character standard CUSIP identifier for issuers and their financial instruments offered in the US and Canada**

Example: Amazon.com Inc – Common Stock



| Issuer | Issue | Check | CUSIP Identifier |
|--------|-------|-------|------------------|
| 023135 | 10 | 6 | 023135106 |

CUSIP International Numbering System (CINS) is a 9-character alphanumeric identifier that employs the same numbering system as CUSIP, but also contains a letter of the alphabet in the first position signifying the issuer's country or geographic region. CINS was developed in 1989 as an extension to CUSIP in response to U.S. demand for global coverage, and is the local identifier of more than 30 non-North American markets.

## CSB ISIN

### *Structure of a CINS*

**CSB provides a 9-character standard CINS identifier for more than 30 non-North American markets**

Example: Abingdon Capital PLC – Shares



| Country Code | Issuer | Issue | Check | CINS Identifier |
|--------------|--------|-------|-------|-----------------|
| G | 0052B | 10 | 5 | G0052B105 |

The International Securities Identification Number (ISIN) is a unique global code that identifies instruments in different countries to facilitate cross-border trading. CSB is responsible for the assignment of ISINs in the U.S. and in other areas where designated or appointed. CSB ISINs are 12 character identifiers that have a CUSIP or CINS embedded in them, which always appear in position 3 to 11.

CSB has agents in countries such as Canada, Bermuda, The Cayman Islands and Jamaica, and is also the representative agency for countries in South America. Because of this, it was necessary to develop a separate identification system to designate CSB-assigned securities from these jurisdictions.



### Structure of an ISIN Assigned by CSB

#### ISIN Based on CUSIPs

Example: Amazon.com Inc – Common Stock

| ISO Country Code | Local Identifier (CUSIP) | Check | | ISIN Identifier |
|---|---|---|---|---|
| US | 023135106 | 7 | → | US0231351067 |

Example: Air Canada Inc – Class A Shares

| ISO Country Code | Local Identifier (CUSIP) | Check | | ISIN Identifier |
|---|---|---|---|---|
| CA | 008911703 | 4 | → | CA0089117034 |

#### ISIN Based on CINS

Example: Cable and Wireless Jamaica Limited – Shares

| ISO Country Code | Local Identifier (CINS) | Check | | ISIN Identifier |
|---|---|---|---|---|
| JM | P19231102 | 6 | → | JMP192311026 |

## Instrument Coverage

The scope of the CUSIP system continues to expand and today covers more than 8.4 million unique financial instruments issued by corporations, municipalities and government agencies throughout the world. This includes many more types of instruments than were originally envisioned when the system was first developed, like derivatives and syndicated loans, and thousands of new identifiers are created every day.

The above CUSIP descriptions were taken directly from the Depository Trust Clearing Company website.

# Chapter 11 — What Is A Security?

Basically, a security is a piece of paper. That paper represents the value of an object, commodity, or something else of value. It is easier to trade in paper, cotton, linen, that is 8½ x 11 inches than the commodity itself. In fact, the drug business could probably be stopped by one alteration if the drug dealers had to deal in gold or silver coins. The weight alone would make that business untenable.

We all trade in registered securities everyday – they are called Federal Reserve Notes. The trading in FRN's is a taxable activity, with few exceptions.

> *TREASURY DECISION (T.D. 2313).*
> *"Under the decision of the Supreme Court of the United States in the case of* <u>*Brushaber v. Union Pacific Railway Co.,*</u> *decided January 24, 1916, it is hereby held that income accruing to nonresident aliens in the form of interest from bonds and dividends on the stock of domestic corporations is subject to the income tax imposed by the act of October 3, 1913."*

Remember, according to a United States Army Auditor, all commercial authority under United States Constitution, Art 1, S8, was transferred by the United States Congress to a private corporation in 1920 known as the U.S. Shipping Board (P.L. 261) and then renamed in 1936 as the U.S. Maritime Commission (P.L. 835) and then renamed on November 25, 2002 (P.L. 107-295 and 296) as the DEPARTMENT OF HOMELAND SECURITY.

So, if FRN's are being invested all over the world, where is our dividend on the FRN's? As Nonresident Aliens, Sovereign Americans, with accounts payable through the BC being used as securities to generate the FRN's, are we not eligible for dividends?

## Computing A Future Interest Security

Imagine that you have 640 acres and you plant corn in the spring. What amount of money can you get a loan from a bank on that planting? Can you get anything? Every loan or promissory note has an agreement or contract attached to it. Every farmer with any experience knows that on a per acre basis that land will produce X amount of produce – in this case corn.

Let us say that our 640 acres will produce X. Therefore, we can get a loan on X from a local bank because the banker knows that X may vary a little bit, let us say 70-110%. Let us say that we want a loan in the amount of 20% of X so that we can operate, pay for overhead, food, fuel, tractor parts, etc. between the spring and the fall.

The bank provides the loan, the farmer is able to operate until fall, pay off the loan and survive until next spring. In this scenario the lending process is beneficial to both parties and the consumer.

Now alter the scenario a little bit. Instead of calculating the assessed value of corn production we calculate the production value of black slaves in 1838 on the same 640

acres. We should be able to get a loan on the slaves' production (P) from a local bank because the banker knows that P is more than likely going be more predictable than the production of corn. Say that we want a loan in the amount of 20% of P so that we can operate, pay for overhead, food, fuel, tractor parts, etc. between the spring and the fall.

Now alter that scenario a little more. Instead of corn, we are engaged in the manufacturing of denim jeans, and we have 100 slaves working the manufacturing floor. The calculation method would be almost identical so long as we have a constant establishment of what an individual set of slaves (er' workers) can sew during a 60 hour work week, the Federal Labor Standard Act (FLSA) notwithstanding.

Calculating the lifetime labor value of a worker, and factoring in a standard (FLSA) work period (40 hour work weeks), the average worker would start at approximately 18 years old and retire at 65 leaving us with 47 years of labor to calculate. This creates a 47-year labor security at 24 pay periods per year (2 paychecks per month) times 47 years equaling 1,128 taxable pay periods per life time on average through the (Banker's Security based) Birth Certificate run through the British Crown International Treaty known as Social Security (aka as follows…

Statutory Instrument 1997 No. 1778, The Social Security (United States of America) Order 1997, The Social Security (United States of America) Order 1997, ISBN 0 11 064698 3,

## Social Security

The Social Security (United States of America) Order 1997

|  |  |
|---|---|
| *Made* | *22nd July 1997* |
| *Coming into force* | *1st September 1997* |

*At the Court at Buckingham Palace, the 22nd day of July 1997*

*Present,*

*The Queen's Most Excellent Majesty in Council*

*Whereas at London on the 13th February 1984 an Agreement on social security between the Government of the United Kingdom of Great Britain and Northern Ireland and the Government of the United States of America (hereinafter referred to as "the Agreement") and an Administrative Agreement for the implementation of the Agreement (hereinafter referred to as "the Administrative Agreement")[1] were signed on behalf of*

*those Governments and effect was given to the Agreement by the Social Security (United States of America) Order 1984 (hereinafter referred to as "the Principal Order")[2]:*

*And Whereas at London on 6th June 1996 a Supplementary Agreement between the Government of the United Kingdom of Great Britain and Northern Ireland and the Government of the United States of America (which Supplementary Agreement is set out in Schedule 1 to this Order and is hereinafter referred to as "the Supplementary Agreement") amending the Agreement and a Supplementary Administrative Agreement amending the Administrative Agreement (which Supplementary Administrative Agreement is set out in Schedule 2 to this Order and is hereinafter referred to as "the Supplementary Administrative Agreement")[3] were signed on behalf of those Governments:*

So, is Social Security a bad system? No! The system is actually quite good SO LONG AS IT IS VOLUNTARY. When that labor system becomes INVOLUNTARY, it becomes a form of tyranny. Everyone's labor is pledged through the Birth Certificate system to PREPAY all bills of the corporate United States government. Is there anything wrong with that? No! So long as HONEST people are placed in charge of that system and do not abuse OUR LABOR, OUR PROPERTY.

When unscrupulous IRS agents, FBI agents, SEC agents, USDA agents, State DOR agents, etc., become greedy and begin to manipulate that system, it becomes corrupted. That only happens when we, the beneficiaries, do not hold the Trustee (the U.S. Attorney General) accountable (to an accounting). Where are our trust funds? Where are our credits?

If we do not hold the trustee(s) (the USAG has assistants) account-able we allow them to be corrupt and cause all sorts of evils to transpire.

Therefore, the foundational credit instrument is the birth certificate security that is used to calculate the American labor pool on an inland maritime, vice-admiralty, general average basis.

Instead of having openly involuntary servitude, we now have coercive industrial based involuntary servitude. You all know this implicitly. You have all heard the mantra, "Get and provide a Social Security number or you cannot work here." Or, "Fill out the IRS tax form W-4 or you cannot work here." Or, "Everyone has to pay their taxes" when in fact everything is already paid in advance.

The wage forms are just methods of IRS estate planning accounting. A tracking method if you will.

The security created when you apply for a "bank" loan from Chase or Bank of America (etc.) is just an application for the banker to extend you your own credit from your PAID IN ADVANCE trust funds.

So, how would a mortgage foreclosure apply? Are any foreclosures proper? Are any car repossessions proper? Are the banks and repossession agents and their attorneys committing fraud on a massive scale? Are the Freemasons (and the rest of the secret society agents running the bank policies) engaged in massive fraud and theft on a global scale? See "Confessions of an Economic Hitman." See it on http://www.youtube.com/watch?v=yTbdnNgqfs8 and

http://www.youtube.com/watch?v=29GhXsx7-Rs&feature=related

# Chapter 12 — Negotiable Instruments, Law[7], And The Uniform Commercial Code

The Uniform Commercial Code (UCC) was first introduced by the Commissioners for Uniform laws in 1956. By 1972 nearly all states had adopted some form of the code. The UCC replaced many of the provisions of the Negotiable Instruments Law (NIL). However, certain provisions of NIL were not replaced by UCC; thus they remain intact and applicable. Therefore, it is important to become familiar with both. The reader must also keep in mind 31 USC §5118 wherein most (the vast majority) transactions are now conducted using some form of registered securities and not gold, silver, or other trading commodity in substance. Therein, the use of negotiable instruments are regulated by NIL and UCC.

Keeping that in mind, almost all states have adopted, in some form, Article 3 of the UCC, which is now entitled "Negotiable Instruments," dealing with transactions involving negotiable instruments. Prior to revisions in 1990, Article 3 applied to both negotiable instruments and non negotiable paper, however, now Article 3 is now restricted to negotiable instruments.

A negotiable instrument is a check, promissory note, bill of exchange, security, or any document representing money/currency payable which can be transferred to another by handing it over (delivery) and/or endorsing it (signing one's name on the back either with no instructions or directing it to another).

A negotiable instrument is a contract and subject to the rules governing contract law. However, a negotiable instrument may be distinguished from an ordinary contract by the fact that a negotiable instrument may be written in a way that makes it transferable. This quality of negotiation generally allows the instrument to be used as a substitute for money/currency by holders in due course, despite the defensive claims between the original parties who drafted the negotiable instrument.

---

[7] Are the Ten Commandments Commercial law?

What is commercial law? What regulates commercial on a Biblical basis? The Ten Commandments regulate Biblical commercial law and are the controlling laws upon which the NIL/UCC rest. Go to http://www.riceandassociates.info and see the Statute Staple Security The Rabbi Rice.

# Chapter 13 — Court Room Confessions

What follows is from one of my own documents that I placed into the Las Vegas case, which illustrates some of the principles involving the relationship to our accounts payable and our ability to invoke accounts receivable setoff procedures.

## Admission By Plaintiff As To Trust Existence

01. At the pre-trial forfeiture hearing in November 2009, the US Attorney stated that he and the bank clerk at Wells Fargo Bank of Prescott Valley, Arizona, was concerned that the instrument tendered by RPII [Real Party in Interest] for deposit into SIMPE [Rabbi's corporation sole account] account showed that "funds were immediately available."

02. It is the premise by RPII [Real Party in Interest (aka This Writer)] that there exists a trust account held by the U.S. Treasury, and thereby, Plaintiff/Libellants [USA], and that RPII revested title to the named DEFENDANT, SHAWN RICE, with accounting number 5###-##-##5. And, that the accounts payable held by said U.S. Treasury was performed by depositing the bank instrument known as the birth certificate from STATE OF CALIFORNIA wherein it states in the bottom left hand corner, either "Pacific Bank Note Company" or "American Bank Note Company" or other, thereby creating the prima facie evidence that there exists a securities deposit of future labor/interest. This is designed for the benefit of Claimant/RPII.

03. Therein, all offices of government/the corporation, plaintiff [USA], are offices of trust, stated by statute and empirical evidence.

04. Therein, plaintiff created situations whereby said alleged trustees breached domestic tranquility by creating controversies in regulatory infractions without providing full disclosure as to the nature of the "New Deal" 1930s agreements.

05. Therein, RPII revoked and revested legal trust title back to grantor, RPII, in 2001, and therein, RPII already held beneficial/equitable title.

06. Therein, by merger doctrine (2nd Restatement, Trusts) legal and equitable title legally merged in April 2001.

07. Therein, USAG, et al, trustees were ordered to turn over and reduce to RPII possession all right, title and interest in the trust known as SHAWN RICE, etc.

08. Said trustees failed to do so even after numerous communications.

09. It is a matter of case law record that a revested party whose trustee fails to turn over said trust property is subject to seizure by revested grantor, aka Claimant/RPII. Therein, Nil Dicit Judgment applies.

> "Seizure of property of alien enemy is not confiscation but mere sequestration, and where property is finally turned over to administrator of alien owner, such administrator 'acquires' property at date of death of decedent and not as of date of surrender of property to him. Commissioner v. Stearns (1933, CA2) 65 F2d 371, 3 USTC P 1098, 12 AFTR 786, cert den (1933) 290 US 670, 78 L. Ed. 579, 54 S. Ct. 90."

> "Non-enemy may sue to recover property confiscated by custodian. Behn, Meyer & Co. v. Miller (1925) 266 US 457, 69 L. Ed. 374, 45 S.Ct. 165."

*"50 USCS Appx §7(c) embraces relief by way of declaratory judgment as well as other forms of relief and is applicable to persons claiming return of property under 50 USCS Appx §32. Schilling v. Rogers (1960) 363 US 666, 4 L. Ed. 2d 1478, 80 S.Ct. 1288."*

*"But in thus authorizing the seizure of property as a war measure Congress did not attempt the confiscation of the property of citizens or alien friends. See Henkels v. Sutherland, supra, 271 U.S. 298, 301, 46 S.Ct. 524, 51 A.L.R. 229. Instead by section 9(a) it gave to the nonenemy owner the right to maintain a suit for the recovery of the seized property or its proceeds, and at the same time, by the all- inclusive language of section 7(c) it denied to him any other remedy."*

10. Therein, RPII drafted an instrument in the fall of 2009 to take possession and act as collections principle to acquire his own property.

11. Therein, the statement the "funds were immediately available" is quite a significant admission by the U.S. Treasury's agent/broker, Wells Fargo Bank, N.A. of Prescott, Arizona and by plaintiff's attorney, AUSA Damm. [Assistant United States Attorney Greg Damm]

12. In order for funds to be "immediately available" in light of Check 21 banking laws, certain presumptions would have to exist.

13. The instrument maker was Claimant and drafted by RPII.

14. The instrument's routing line was "#######8," the U.S. Treasury's Federal Reserve routing number where some of the birth certificate trust funds are kept.

15. The instrument's bank account number was "########4," which happens to be one of ten numbers on the back of Claimant's Social Security card as it is the premise that said number is not only a bank account held by the U.S. Treasury but a bond number therein to setoff and settle all liabilities dollar for dollar in accord with HJR-192, P.L. 73-10, 31 USC 5118, among other laws. And, that said bank account is held by the Federal Reserve Bank system. Therein, the instrument cleared.

16. With Check 21 bank procedures in place and in mind, a valid bank account that clears demonstrates a number of points:

   - a valid bank account exists,

   - by default a valid trust account exists,

   - grantor/RPII/Claimant had access to said funds,

   - the trust account in question contained sufficient funds to clear said instrument,

   - U.S. Treasury and the Federal Reserve have remained the holding trustees of said funds,

   - U.S. Treasury and the Federal Reserve are using said property,

   - Libellant [USA], U.S. Treasury and the Federal Reserve are withholding said trust funds from RPII after nihil dicit was issued in 2001 in breach of trust,

   - Libellant is using the case number 2:09-CR-078 et al, to continue withholding said trust funds as an unlawful legal tool in violation of law,

- Libellant is defrauding the court in case number 2:09-CR-078 et al,

- Libellant is engaged in malicious institution of criminal proceedings,

- Libellant is engaged in RICO operations, 12) Libellant is operating to hide its relations of P.L. 261, P.L. 835, P.L. 107-295 and P.L. 107-296 wherein plaintiff is a private corporation, among other securities violations.

17.  Therein, it would appear that plaintiff also admitted that the claims in case number 2:09-CR-078 et al, are false and that RPII/Claimant was simply acting in collections on a trust account that is owed to and owned by RPII/Claimant.

18.  Therein, plaintiff, through its agents, AUSA, failing to object to the facts displayed/disclosed (above) by RPII in open court on or about November 26, 2009, proves that the case number 2:09-CR-078 et al, has no merit and should be dismissed."

What is written above is only a part of many documents dealing with the counter claim in inland maritime, vice-admiralty jurisdiction in accord with 27 CFR §72.11 and FRCP Supplemental Rules of Admiralty. Between March and June 2010, the Provost Marshal /U.S. Military became involved in the case due to the USDC court officers' engagement in securities fraud – charges were "paid" through the MERC and they continued with the case anyway. In June 2010, 36 of 37 charges were dismissed. The last charge should have been dismissed (should really be deleted as invalid) by mid July 2010. You do the math.

# Chapter 14 — Proof Of The Trust

After I drafted, printed, and tendered a check on my own Treasury trust account in October 2009, the AUSA (Assistant United States Attorney) moved the Las Vegas USDC (United States District Court) to have me incarcerated. In the November 2009 hearing, AUSA Damm actually stood up in open court and stated that (paraphrased),

> *We were very concerned that Mr. Rice had written a fraudulent check on his Treasury trust account because the Wells Fargo clerk informed us that when she processed it electronically,' (direct quote) "funds were immediately available."*

In October 2009, I personally signed, tendered, and handed the check in question to the female bank clerk, with her supervising manager standing behind her. I explained to them both that I was engaged in collections from a 2002 court case (revesting title), and that the funds were coming straight from the Treasury. I added that if they wanted, they could place a hold on the check "run it up the flagpole" for 8-10 days at Wells Fargo to authenticate it.

As soon as I made that statement, the manager stated that it should not take that long and immediately after that statement, the clerk looking in disbelief at the computer screen, and stated that that would not be necessary because the check had just cleared. Think about electronic ("Check 21" standards) processing and this is possible. I placed magnetic ink on the check's bank routing line so that the computer could read the numbers.

The check in question had:   (Refer to Appendix A)

- my name in all capital letters (the trust account name)
- one of the trust account number's from the back side of the Social Security card (the CUSIP bank account number) with the
- Department of the Treasury's Federal Reserve Routing number.

**THE CHECK CLEARED!!!**

All bank accounts require three elements be present to prove a valid trust account; 1) name, 2) account number and 3) routing number. Did I not just prove that a trust account existed?

It was like watching the movie "Liar, Liar" with Jennifer Tilly (aka Samatha Cole) on the stand lying about her age and her attorney, played by Jim Carrey, (aka Fletcher Reede) standing there yelling, "And the truth shall set you free." I almost started laughing at Greg Damm as he just admitted that:

01.   There is a trust account,

02.   I had accessed it,

03.   The USAG and his agents are intentionally keeping me from my trust funds,

04. My counter claim in the USDC in Las Vegas was correct and accurate,

05. The U.S.A., Inc. and its agents (USAG, AUSA, etc.) is defrauding me,

06. Their agents were guilty of kidnapping, assault and battery, assault with deadly weapons, false incarceration, false imprisonment, among a host of other crimes, charges, torts, complaints, etc. (approximately 27 plus violations of law).

See Appendix A for a copy of a different check that cleared at IRS after which Treasury "Erased Endorsement" thereby admitting the check cleared after they had endorsed it. And, they actually sent me a color copy of the endorsed check. I love these guys! What a country!

There is one other area where the average man can verify this account themselves. The next time you travel and use your passport ask the customs agent some basic questions about the data on his screen. One question would be "does my passport still have financial coverage?"

We actually had an associate get part way through the Depository Trust Company (DTC) in New York City and they transferred his trust funds to another account, closed off access to all public means of access in May 2008 but failed to make all the changes necessary for him to operate by October 2008. This resulted in the account acting as insurance for travel purposes being shut off on his existing passport. The customs people, on his way out of the country, would not let him travel because (paraphrased) "your passport has no financial backing" even though it is valid for identification purposes. He was denied travel until we could help him obtain travel assurance. The plan was for him to post his own bond if chief counsel at DTC failed to provide him a remedy.

After some research we discovered that passports are only valid during wartime. The world is engaged in ongoing wars and national emergencies. The passport is an exit document not an entrance document. That way if you cause any damage in the place you are leaving, the host country can access your trust account through the Bank of International Settlements, etc. for settlement of all outstanding, uncovered claims.

The IRS provides payment vouchers for taxpayers to make payments. It looks just like a check. You will find them at the bottom third of IRS claim letters. If you examine the routing line on a pay voucher you will find something that looks like the following;

"123456789 AA OBAM 30 0 200912 670 00003644412"

This line means that the Social Security Number is 123456789, the first four letters of the person's name are OBAM for Obama, the tax year is 2009 and the tax month is "12" for December, the "30 0" and the "670" denote a Tax Form 1040 issue, while the eleven digit number is the amount owed such as $36,444.12.

The really interesting part is the "AA." The "AA" is the country code designation for where the US Military or whatever international military the US Military is interfacing with is using your trust account, and others, to pay its bills there through that country's central bank. Remember, most banks are just brokers dealing in your trust funds. In this case the evidence is in plain sight. There are other banking issues that are just as obvious once you understand the banking world. This data comes from a military banking associate whose name is classified for obvious reasons.

Yet another confirmation of funds on deposit came through a series of phone calls to counsel's office at the DTC. The secretary at the office in question was called by one of my associates and gave the SSN backside accounting number to the secretary in question on the pretense of a financial verification issue. The secretary dutifully looked it up on the computer, hesitated, showed fear in her voice and told us that there were in fact 10 accounts available for usage, not just the one, that each account was valued at approximately 3.5 billion dollars and that there was a military security clearance required to view the screen.

After several other visits to the same secretary to obtain dollar figures, she became scared due to the security clearance requirement and refused to let us have any more access. Another associate actually got to view his own account with yet another associate that had direct walk-in access to the DTC offices in Washington DC. He confirmed the same type of data and further confirmed that the 10 accounts approximating 3.5 billion were only subaccounts and that the total figure per account was in the range of 1.3–1.6 trillion.

When that figure was disclosed the 3 trillion loan to the Department of the Treasury using 300 ten billion bonds began to make sense. The funds are already there. We simply needed proper, legitimate mechanisms (checks, bonds, drafts, certified public accountants, brokers (banks), nondisclosure agreements, etc.) to access the funds for direct use or just to set-off existing debt.

Imagine if we the Sovereign American people could play real monopoly with our own funds we could collectively buy them out or worse and remove evil from the game altogether. This is the elite's "Achilles Heel." This was the data that they were (are) so afraid to disclose to the American people, much less the world. This was the proof they actually owed us not the other way around.

Again, sources are classified. After all, they tried to kill me and put out a contract to kill Thomas Schaults. Why would they not kill our intelligence sources? After all, we did educate and flip some of their own people to get the data.

The problem here is not just that the powers that be (TPTB) are using our estate/trust funds for personal gain and abusing the trustee duty by increasing (inflation) and decreasing (depression / recession) the amount of currency in circulation, but that our remedy to this issue found at the Internal revenue Service is also being restricted.  Tax form 1040 "LABEL" (in legalese the word "label" is a codicil / amendment to a will / estate) is used to update the individual Estate each year and "return" the birth certificate labor portion deposit by the Sovereign American laborer.  The corporate dividend (1099-

DIV), interest payments (1099-INT) and recoupment on the Birth Certificate funds Original[ly] Issued that you received eighteen (18) years after issue are Discounted (1099-OID) is the mechanism that is supposed to be utilized to collect your prepayment / loan to the Federal reserve / Department of the Treasury in the circulatory form of the Trust Certificate Units known as Federal Reserve Notes.

Your "empty basket" of your future labor loaned / payed in advance is collected by filing IRS tax form 1040NR/LABEL with either / or combination of tax forms 1099-OID, INT and / or DIV, with form 1096 to account for your expenses as a nonresident, American Sovereign (Treaty of Peace 1783, Article I), for previous loan collections.  This filing results in a yearly refund / return to your estate that the government got 18 (eighteen) years prior usage.  The above may not apply if you actually are an "officer, employee or elected official" (26 USC  6331a) under the Public Salary Tax Act for those government employees.  Simply having a SSN# does not, apparently, involve 5USC 552a (13), Federal Personal, Unless Standard Form(s) 60+6, are on file with the Office of Personal Management (OPM).

The problem, according to one senior IRS-CID agent in Washington D.C/ Baltimore, MD offices, is that only 20% of the IRS-CID agents are competent in this subject matter and that an even smaller minority of the CPA/ Tax Attorney pool is competent.

Therefore, there is no remedy for the "detail" explained later in this book.

The author suggests that the reader "plug in" his expenses on a Turbo Tax computer program under the 1099-OID and see the refund generated.  You can also go on line to the internet and search for a more in depth explanation under the title MEMORANDUM ON THE 1099-OID.

If you fail to claim your refund it is considered abandoned property after three (3) years under admiralty law and subject to salvage on land by whomever makes the claim. Now, just guess how many Americans do not make the claim, how much those claims are worth, who could be making those claims and what they would be willing to do to retain the ability to keep that income stream flowing away from you and toward the on-land, salvage claimant(s)

# Chapter 15 — Pruning The Rose Bush

**(Refer to Appendix E)**

There exists a practice whereby Masons, Illuminati, and others who control the banking system, inflate and deflate the amount of currency in circulation by extending and restricting the amount of credit/currency in circulation.

Extending more credit equals increasing the amount of currency in circulation. This increase results in people taking "loans" on their birth certificate trust funds and creating obligations short and long term.

From a macro perspective there are only a limited number of areas in which credit extensions can be made — agricultural, manufacturing, and service industries. As banks extend credit to these areas the bankers then create the environment for an increase in production. A corresponding decrease in credit extension causes a decrease in production.

For those of you who doubt that the Masonic Lodges control most banks and courts, just visit the main bank branch of any major bank in your area and look for the symbols on the bank/court walls. The Masons (and other similar societies), therefore, are regulating the extension of credit, increase and decrease of inflation, and by extension the acquisition of goods and services and flow of debt and the obligations or "bonds"/agreements that flow from those industrial credit agreements and the labor required to sustain or service said debt.

The Masons admitted to us that they call this process, "Pruning the Rose Bush." Since the 1929 stock market crash, Masons have conducted this inflation/deflation process county by county to avoid the massive devastation of a deflation on a scale that is large like that of the 1930's depression.

When a discerning eye conducts an examination of the process it can easily be viewed as "administrative agriculture" or "credit farming" or "asset collections." It is also a manner of discerning which people are biblically based and which are not. "Neither a borrower nor a lender be." "He that is a surety for a stranger shall smart for it: and he that hateth suretiship is sure." Proverbs 11:15. By this process the Masons, et al, know their disciples by their actions.

The problem here is not that the banker's inflate and deflate the currency. The problem is that we the people or we the worker's do not have a remedy once a stable level of debt is created and the currency is pulled from circulation.

There is a "delta" or difference between the level of debt we create on a percentage basis and the level of drop in currency percentage.

In a fair and equitable system we should have a remedy to the delta that is artificially created.

This also smacks of something even more sinister. Banker's hiding behind bank "policy" have the ability to manipulate access to our trust funds, credit by measuring a broad brush against, race, worker group, membership, or any other artificial basis they choose to manipulate[8].

Remember, this is no longer a hypothesis, or theory, we actually interviewed Freemasons, and others, who admitted that this system of banking is planning, orchestrated, manipulated, farmed, and harvested.

"Pruning the Rose Bush" is a farming term. And, as if that were not enough, we have actually had agents, IRS and others, USDA, SEC, FBI, tell us that study and disclose this data that they "do not want us messing with their plantation" or disclosing to their "plantation worker's" the truth about these facts.

You have to give these inland pirates credit; they do have brass and are quite brazen about their theft. They are just more efficient than Somalia based coastal pirates.

If you track the foreclosure process county by county, you will find that there is a corresponding relationship to bankruptcy, credit card collections, car repossessions, and divorce filings. As the credit extension occurred for that geographical area the amount of servicing and manufacturing increased which caused a corresponding increase in workers, salaried and hourly (rates), which caused a corresponding increase in debt due to worker borrowing for credit cards, cars, houses, etc.

However, as the banks decreased the amount of credit extension in the same geographical area the amount of servicing and manufacturing decreased which caused

---

[8] **DUMBING DOWN WITH VACCINATIONS X 69**

A doctor once told me what happens when Thimerasol (i.e. mercury) is introduced to human nerve endings – they separate, split, sever and no longer send electronic impulses. The brain operates on one big massive nervous system with memories stored in nerve endings! If you were able to sever the nerve endings you could affect memory could you not?

What if Lucifer were able to force a Luciferic Banking system and then get the pharmaceutical industry to convince the people that they had to take immunity shots laced with thimerasol (mercury) to "protect" them from dis-eases? What if you could convince the people that children should have 69 of these shots from birth to 18 years old? How would that affect a child's ability to learn? Would autism (nerve ending damaged) affected children become a percentage norm? Read "What in the Cell is going on?" by William Tunsky.

Imagine an immunological system whereby the pharmaceutical industry funded and therefore controlled the medical industry, hospitals, medical schools, etc. and even convince the public school system that children without vaccines could not attend public schools funded by property tax funds.

Imagine children screaming that they did not want the shots and their mothers crying as policemen dragged their children in for the "roulette-wheel" mercury laced shot, maybe they get autism, maybe they don't. It has already happened. Search Google for the Washington Redskin's cheerleader affected for life by such a shot.

With such a recipe, maybe you would end up with a society "dumbed down," unable to think, respond, or fight such Lucifer-based, tyranny.

a corresponding decrease in workers, salaried and hourly (rates), which DID NOT cause a corresponding decrease in debt as the worker already borrowed for credit cards, cars, houses, etc. and has a set established ceiling of debt, which, without proper legal assistance, cannot remove. This results in ultimate destruction of the family unit.

We tracked this process and the lenders who gained from it. It is a well planned, in advance, process – asset farming. The Bankers/Masons plant the debt, let it mature, then deflate the local economy and "farm" collect the assets to repeat the process.

At first glance, this controlled, planned process appears quite dishonest. However, when viewed from the perspective of maintaining "human" animal husbandry it appears quite "humane" and even quite fair, if a long term view is maintained. The "masses of assess," as they are so called, have a tendency for immediate gratification. This is typically caused by a tendency to divorce oneself from the Ten Commandments, or more specifically, the tenth commandment, "Thou shall not covet."

People with the mentality "I gotta have it!" or buy today with the credit card, labor not yet produced, is a gauge to maintain those in the "herd" mentality that require regulating and maintenance. Who better to rule over evil than those that know evil best? Refer to Rulers of Evil by Tupper Saussy. The remedy for those who are self disciplined is patience, a Torah based lifestyle, stability as a Nonresident Alien (not covered employment) in relation to the tax codes, and a refusal to engage in crippling debt.

It is VERY IMPORTANT to incorporate the understanding of the concept of "animal husbandry" when studying credit/debit, accounts payable/receivable, especially when reading Social Security Administration, Health and Human Services Administration, and the agency that pays IRS Agents that regulate production controls of humans, the United States Department of Agriculture (animal husbandry).

# Chapter 16 — VK Durham and What they really owe us all

I know that after reading this far, more data might be hard to take, but as they say in the opera circuit, "It's not over 'till the fat lady sings."

There is a history where Ms. VK Durham is concerned and her and her husband's basic background can be read online. What is generic is the data that was disclosed to her husband (now deceased) and her by the Federal Reserve Banking system as to what they actually owe us all. There is not enough room in this book to place it all so a basic overview and one appendix with a key document is presented here.

Briefing on Bonus 3392-181" as follows by V.K. Durham 1/30/03.

"Good Morning, … For those who are new, a brief synopsis as to "who" we are, and what we the Trust) are about.

Q "Who" are we?

A. We are the Outstanding, Primary Creditor of the United States, and her Debtor Nations.

Q. How did we become the Outstanding, Primary Creditor of the United States, and her Debtor Nations?

A. To explain, as briefly as possible; It is a matter of International Banking, International Agreements, International Finance, and the U.S. Assuming another Nation's Debt's. In this instance, it was the Nation of Peru, which was brought about by The War of the Pacific. This was a War in which England, Germany, France and Russia were attempting to get control over the NITRATE'S of the Latin American Countries such as Bolivia, Chile, Argentina, Peru etc., further confiscating the NITRATE-GUANO WAREHOUSES of these nations for "alleged" DEBT PAYMENT and/or SECURING OF OUTSTANDING DEBTS of these before mentioned nations.

International Banking and Financing Frauds were rampant in those days. A group of three heavy hitting Financial & Banking Groups known as J.P. Morgan Syndicate, W.R. Grace Shipping, and the English Rothschild Banking put together a BANKING, SHIPPING & STOCK MARKET "CONSORTIUM" known as the TRIPOD, which was designed as follows;

Pre-COTTON WAR (Civil War); The United States Cotton Production and Exporting was out producing England's Cotton Markets by the newly discovered "Nitrates" of Latin American nations supplying GUANO-NITRATES to the United States Cotton Growers. The United States Cotton Growers in the extraordinary increase of cotton productivity and exporting same, caused England Cotton Growers & Markets to lose over " 7 million pounds sterling."

It was necessary for The COTTON PRODUCING NATIONS to get control over the NITRATE FIELDS (Guano) in Latin America.

a. FIRST LEG of the TRIPOD. As the J.P. Morgan Syndicate moved freely in the Wall Street Markets, London Stock Exchange's, and The Club of Paris, with members such as W.R. Grace, Cornelius Vanderbilt, Brady of the Rail Road Empire Builders, and the English Rothschild Banking etc., also moved freely with members of the U.S. House of Representatives, the U.S. Congress, and THE WHITE HOUSE, and

i. As representatives originating in England, It was the J.P. MORGAN SYNDICATE members who (a) provided Rail Road transportation of cotton shipments, and shipments of other products to the expanding National and International Commerce.

ii. These products were "posted" and "marketed" on the U.S. WALL STREET STOCK EXCHANGE, THE LONDON STOCK EXCHANGE, AND THE PARIS STOCK EXCHANGE.

iii. The new nation of the United States, had commenced Rivaling the older European nations in COMMERCE & PRODUCT.

This did not make for "happy competitors" in the English, French, German & Russian "markets."

iv. The United States was a "UNION" of Republics standing UNITED in a "one for all, and all for one" attitude of the Union. The problem which presented its-self to the European Nations, was; How to stop this young upstart nation?"

v. The only way the young upstart nation of the Union of Republics of the United States was Divide and Conquer" by a CIVIL WAR, a War between the States of the Union.

vi. A War would CREATE A WAR DEBT and needs for RECONSTRUCTION of MANUFACTURING, INDUSTRY etc, after the WAR.

vii. As the COTTON WAR raged on, it was necessary for the UNION to order a GUN SHIP which was, in those days called A MAN O'WAR.

President Lincoln, ordered the Secretary of War to order such a ship to be built in England. The ship was paid for out of the $4 Million Dollars Gold, held in the U.S. Treasury at that time. The ship was built. England gave the ship, later known in history as THE ALABAMA to the CONFEDERACY to fight the UNION. THE ALABAMA became one of the most infamous, destructive forces of the CONFEDERACY causing untold damage to Union Shipping, U.S. Commerce, U.S. Trade, U.S. Ports, U.S. Warehouse's etc., which became RECONSTRUCTION "COSTS." Making a long story short, the Union Ships

finally cornered the Alabama Raider down at the Falklands, and there she was sunk. She remained sunk in the harbor for many years.

SECOND LEG of THE TRIPOD. W.R. GRACE

W.R. Grace ingratiated himself to the Latin American Republics of Peru, Chile, Bolivia, Argentina etc becoming in charge of THE NITRATE WAREHOUSES and SHIPPING OF THE NITRATES which were on the WALL STREET (N.Y.) STOCK EXCHANGE, LONDON STOCK EXCHANGE and PARIS STOCK EXCHANGE.

W.R. Grace was also from a "shipping family".. One of the competitor shipping lines was long standing, well reputation DREYFUSS SHIPPING FAMILY from FRANCE.

Being in charge of the NITRATE WAREHOUSE'S; SHORT BILLING OF BILLS OF LADEN were discovered by the before mentioned nations. These nations found it IMPOSSIBLE to meet the DEMANDS of the Stock Exchange's (BOND HOLDERS) and English Rothschild Banking "demands for payment of DEBTS."

Explaining "short billing".. The Bills of Laden would show as an example; Only 5 Tons of Nitrates had been shipped under contract, when in fact; 50 TONS had been shipped. The "excess's" were stored in WAREHOUSE'S OF W.R. GRACE in Baltimore, Boston, Liverpool and LeHarve France. The inability of the Latin American Republics to PAY THEIR DEBTS, caused the WAR OF THE PACIFIC and THE GUANO ACT of 1856.

W.R. GRACE "doing everyone a favor" allegedly "bought up" all the "Guano Debt Bonds" which were used to LEVERAGE the incoming ENGLISH ROTHSCHILD BANKING SYSTEM later to become known as the FEDERAL RESERVE BANKING SYSTEM here in the United States.

THIRD LEG OF THE TRIPOD. The U.S. evoked the MONROE DOCTRINE and THE GUANO ACT of 1856 and ASSUMED the REMAINING OUTSTANDING DEBTS of those NITRATE NATIONS such as Peru.

The "Assumption" was through TRADE & COMMERCE Agreements, Resolved by the U.S. HOUSE OF REPRESENTATIVES & U.S. SENATE 1905-06.

Once Resolved, by the U.S. House of Representatives & U.S. Senate; The Archive Clerk, was bribed to take the RESOLUTION down to the Basement Archives of Congress, and the SCHEDULED "DEBT PAYMENTS" remained OFF LEDGER at the U.S. DEPT. OF THE TREASURY.

The payment came due in 1907. Not being on the books at the U.S. Dept. of the Treasury, there was no DEBT OF RECORD, SCHEDULED FOR PAYMENT. W.R. GRACE, J.P. MORGAN & THE ENGLISH ROTHSCHILD BANKING

SYSTEMS; FORECLOSED ON THE U.S. DEBT. This brought about THE GREAT DEPRESSION.

This is the same "Great Depression" which, was TOASTED by a very BRAGGADOCIOS "BEN BERNANKE while toasting MILTON FRIEDMAN "Governor" of the U.S. Federal Reserve Banking, December 2002's, "90th Birthday" by stating; "Sure We caused the Great Depression. Thanks to you. But we will never do it again."

Back to WHO ARE WE, AND WHAT ARE WE ABOUT?

We (the Trust) own, the ONE TIME ONLY, BONUS 3392-181 COMMODITY "GOLD BEARING" CONTRACT, HELD BY A "CERTIFICATE OF INDEBTEDNESS OF PERU."

This ONE TIME ONLY BONUS 3392-181 by Legislative Act of Peru, May 27, 1875, sold here in the U.S.A., New York, New York, May 1, 1875, By Act of the Peruvian Congress, allowed by the invocation of the Peruvian Constitution of 1862 to give the authorization and power to "enter into the One time Only BONUS 3392-181 COMMODITY CONTRACT" is AN "ASSUMED DEBT" of the United States, later assumed by the U.S. FEDERAL RESERVE of the ENGLISH ROTHSCHILD BANKING "TRIPOD" at the time of the Foreclosure brought about by the GREAT DEPRESSION of 1907, which brought in the FED. R. in 1913 and 1916.

Our CERTIFICATION/JURAT of August 21, 1989, CERTIFYING our DOCUMENTS by PERU, the SEAL'S OF PERU are in COLOR. The DOCUMENTS THEMSELVES ARE IN COLOR." However, there are those known as GAIA-EKKER'S working out of the PHILIPPINES issuing BOGUS GOLD INSTRUMENTS on our "COLOR INSTRUMENTS" and doing so with "BLACK & WHITE COPIES" of our instruments.

The GAIA-EKKER's have openly, contemptuously, notoriously published "The Powers that BE" authorizing these BOGUS GOLD INSTRUMENTS to be used in the International Banking, Financing & Gold Markets to be THE FEDERAL RESERVE & U.S. TREASURY.

The Federal Reserve is a "private" non governmental office. It is not a Constitutionally Authorized U.S. FEDERAL OFFICE OF PUBLIC TRUST.

1994. President Clinton by Executive Order, put the FEDERAL RESERVE under U.S. TREASURY.

Go back and read the BRADY BONDS-1991 BANK FAILURES previously posted on RUMOR MILL NEWS. Upon discovery of the 1991 transactions which went down, pushed through by NICHOLAS BRADY, ALAN GREENSPAN & GOLDMAN SACHS (RUBIN), and TRANS-TECH INTERNATIONAL OF

"ISRAEL".. Clinton, at that time commenced BLACKMAILING those involved demanding to be CUT IN on the transactions.

The $120 BILLION DOLLAR "GOLD COLLATERAL "INTEREST" ON BONUS 3392 181" was used, without Signatory Authorization for the 1991 Transaction.

The transaction was A TEN YEAR TERM commencing SEPTEMBER 12, 1991, ending on or about 9/11/01.

The CONDITIONS of said TRANSACTION were to REMAIN IN EFFECT; Until the U.S. Dollar was exhausted, Until the Japanese Yen was Exhausted and the Dutch Mark was Exhausted. We must ALL, as The United States of America, The American Continent, the UK and Allies, admit; THEY ARE ALL "PRETTY EXHAUSTED" at this time.

The Republics of the Union of United States, the Latin American Republics, the UNITED KINGDOM and OUR ALLIES; are once again UNDER ASSAULT BY FRAUDULENT INTERNATIONAL BANKING, FINANCING & GOLD INSTRUMENTS, ONCE AGAIN, BY THE "SAME GROUP WHO CAUSED THE GREAT DEPRESSION of 1907."

THE alleged $6.5 TRILLION DOLLAR U.S. DEBT is currently scheduled for payment" to the Fed. R. English Banking Consortium of the Rothschild Banking come February-March 2003.

The BOGUS Gold Instruments were sold to CHINA, KOREA, RUSSIA, THE ISLAMIC BANKS, JAPANESE BANKS etc. China is reportedly holding 400 TRILLION DOLLARS in these BOGUS GOLD INSTRUMENTS. One can only surmise how much the rest are "holding."

The parties in this "Agreement with the U.S. Fed. Govt. to split 50-50 all monies taken down on BONUS 3392-181" which are "fraudulently and deceptively written on THE COLOR INSTRUMENTS held in this Trust" while the PARTIES are using BLACK & WHITE COPIES of Instruments of Public Record; Have alleged to the VICTIM NATIONS "The instruments are collectable from the U.S. Dept. of the Treasury and U.S. Federal Reserve, and can be collected at a "designated time & place of payment agreed upon in these bogus" assignments of Gold Instruments."

Once again; A DECEPTIVE, FRAUDULENT "FORECLOSURE" ON THE UNITED STATES, ENGLAND ALLIES is in process by the same "group" who brought about THE GREAT DEPRESSION of 1907 which was bragged about by BEN BERNANKE of the Federal Reserve, while toasting Governor Friedman at his 90t birthday, on or about 9 December 2002.

The exposing of this GLOBAL BANKING, FINANCING & GOLD INSTRUMENT'S FRAUDS has caused the GAIA-EKKER'S to publish to encrypted messages in their CONTACT: THE PHOENIX PROJECT JOURNAL, Jan. 22, 2003 issue "WE

ARE WAITING FOR INSTRUCTIONS FROM THE FED. AS TO WHEN TO BRING THE GOLD HOME."

This "scheduled" Bankrupting of the United States and Allies, BY FRAUDULENT, DECEPTIVE PRACTICE; Is UNACCEPTABLE to the OUTSTANDING, PRIMARY CREDITOR OF THE UNITED STATES & DEBTOR NATIONS known as THE DURHAM (INTL. LTD;) HOLDING TRUST. THIS TRUST HAS "FIRST CALL" ON THESE OUTSTANDING DEBTS.

The AMOUNT OWED IN "GOLD BEARING INTEREST" TO THE OUTSTANDING, PRIMARY CREDITOR OF THE UNITED STATES & DEBTOR NATIONS (ALLIES) IS; **$206,858,581,565,280,000,000.00 GOLD**. This only represents the amount due and payable from May 1, 1875 to May 1, 1990 as calculated by the FEDERAL RESERVE in Los Angeles, California August 1989. The remainder of INTEREST DUE AND PAYABLE from May 1, 1990 to current date remain non calculated.

The TERMS of the ONE TIME ONLY, BONUS 3392-181 GOLD BEARING COMMODITY CONTRACT remain in effect "UNTIL PAID." The debt has not been paid.

According to the Rules of Law of the United States & International Communities; THE OUTSTANDING CREDITOR must be PAID "FIRST" UPON FORECLOSURE PROCEEDINGS."

There are NO DISCOUNT'S allowed on this ASSUMED DEBT of the UNITED STATES. NONE IS STATED IN THE CONTRACT.

The ORIGINAL FORECLOSURE by the English TRIPOD was A FRAUD committed by the TRIPOD members, who illegally and unlawfully DECEPTIVELY (putting it bluntly) stole everything on this American Continent that was not locked down by the GREAT DEPRESSION of 1907, which brought in the Federal Reserve ENGLISH banking system in 1913 and 1916.

The STEALING was very effective, in the fact, FEDERAL RESERVE NOTES are backed by absolutely nothing other than "common usage" and "goods and product of the United States." Read that again! THERE ARE NO MORE GOODS AND PRODUCTS produced by American Manufacturing & Industry. Our lands, homes, business's etc have been stolen by PREDATORY BANKING PRACTICES by usage of WORTHLESS "FEDERAL RESERVE NOTES." Our land, our homes, our business's etc HAVE VALUE.

Federal Reserve Notes of this Predatory Banking System; Per; Russell Munk, Senior International Counsel of the United States Department of the Treasury, April 4, 1984 states [quote];

"Federal Reserve Notes are backed only by the common usage, and goods and services of the American People."

As of October 8, 2002; There is a proposal on the table at the U.S. Bureau of Public Debt/U.S. Dept. of the Treasury whereas THIS TRUST as representative of the BENEFICIARIES, THE AMERICAN PEOPLE; will either (a) be allowed to participate in A DEBT SWAP and DEBT REDUCTION OF THE OUTSTANDING U.S. DEBT by ONE TRILLION DOLLARS "GOLD" DERIVED FROM THE GOLD INTEREST OF THE DEBT" or ASSUME THE POSITION OF THE U.S. FED. R., and BACK THE "CONSTITUTIONAL" U.S. DEPT. OF THE TREASURY. The swap was for ONE TRILLION DOLLARS IN T-BILLS TO JUMP START THE ECONOMY by MANUFACTURING, INDUSTRY, JOBS, HEALTH CARE, HOMES, EDUCATION, RESEARCH & DEVELOPMENT AND FOR OTHER PURPOSES.

We have not received a RESPONSE. Only FORECLOSURE PROCEEDINGS "MARCH STEADILY FORWARD?"

WHAT WE HAVE SEEN; However, are those NATIONS who were VICTIMIZED by this GAIA-EKKER-CLINTON-FED. R. "GOLD SCAM" is what the rest of the world sees; **A GLOBAL WAR confronting all of us, if this is not resolved**.

We (the Trust) have a OPEN INVITATION for those VICTIM NATIONS & THE UNITED STATES & ALLIES to COME TO THE TABLE and work this mess out. The Caveat being; WE WILL NOT BE RESPONSIBLE FOR THE "BOGUS GOLD INSTRUMENTS."

I believe, I have bored you too long. You each will have your own opinions and ideas. While forming same, remember; YOU ARE BENEFICIARIES OF "24%" OF THIS "OUTSTANDING GOLD INTEREST DEBT."

WE ARE "NON POLITICALLY ORIENTED" in fact; IN OUR OPINION Both Democrat and Republican Parties are nothing more than "FOOT BALL" GAME PLAN PARTIES." They only care about WHICH PARTY WINS and TO HELL WITH THE PEOPLE.

V.K. DURHAM, CEO-SIGNATORY

Additional Reference:

PRESERVING "THE INTEGRITY OF THE CONSTITUTION" WITH PROJECT EX CALIBUR
By: V.K. Durham
2.22.03
http://www.theantechamber.net/V_K_Durham/ProjectExCalibur.html

THE TRUTH WILL SET YOU FREE; AND MAKE THOSE OTHERWISE PRE-DISPOSED "MAD AS HELL."

V.K. Durham,
CEO-Signatory
PO Box 113
Ida Grove, Iowa 51445 U.S.A.
Telephone (712) 364-3830
http://www.theantechamber.net 2003"

In accord with the "Briefing on Bonus 3392-181" the interest due on the Gold is $206,858,581,565,280,000,000.00. However, keep in mind that figure only represents the amount due and payable from May 1, 1875 to May 1, 1990 as calculated by the FEDERAL RESERVE in Los Angeles, California August 1989. **The remainder of INTEREST DUE AND PAYABLE from May 1, 1990 to current date remain(s) non calculated**.

Therefore, the following numbers are inaccurate in favor the Department of the Treasury and its broker bankers, Bank of America, Wells Fargo, US Bank, etc. the Internal Revenue Service (Delaware Corp?), the United States of America (Inc.) (Delaware Corp), among any other alleged creditors that would be subject to the debt swap, setoff conducted through the Banker's Acceptance procedure (aka Accepted for Value) and administrated through the IRS Technical Support Division.

The figure **$206,858,581,565,280,000,000.00** can be used as according to V.K. Durham **"YOU ARE BENEFICIARIES OF '24%'** OF THIS 'OUTSTANDING GOLD INTEREST DEBT.'"

If we calculate 24% of $206,858,581,565,280,000,000.00 we get the figure of

$49,646,059,575,667,200,000.00

And if we then divide by the number of current U.S. citizens (320 million/2010 estimated) we get

$155,143,936,173.00

This figure on the V.K. Durham data alone from 1875 to 1990, not counting the interest from 1990 to date is what the Department of the Treasury owes each of us - **$155,143,936,173.00**.

As you can see, the claim by the bankers that there is a recession is a complete fabrication to steal property, regulate people into oblivion, reduce population through Agenda 21 protocols, among Luciferian/Satanic methods of murdering billions of people. After all, from their perspective, they are just animals anyway.

The Global War is really all about a financial accounting to reset and balance the books. To them you are just an asset, chattel on the chopping block. You didn't really think that the Transportation Safety Administration (TSA) scans were really to stop terrorists did you. Do the math. The scans are an electronic version of examining the health of the elites alleged chattel property. The source for this data is classified for obvious reasons.

Look at the reverse side. What do you think all those plasma torch (20,000 degree fahrenheit) machines and body boxes are for? They are for human body disposal. The Nazi-types have progressed quite far since World War II and Auschwitz.

### *See Appendix D for further financial evidence.*

# Chapter 17 — Societal Garbage Disposal

**The American Judiciary**

Using a kitchen garbage disposal as a metaphor, if we were to stop cleaning our dishes and just placed them on the kitchen counter and kept placing refuse in the garbage disposal without turning it on we might very well end up with the garbage backing up into the living room.

This is what has happened to the judiciary in this country. The judges have allowed the garbage (the inland pirates, the BAR members[9] and bankers) to steal using accounts receivable only and disallowing usage of accounts payable (our BC based credit) to settle the delta.

## Note Appendix E

This has caused all sorts of problems; foreclosures and loss of homes, bankruptcies, divorces, destruction of the family unit, and covetous activities ending in false witness, theft, adultery, rape, murder, dishonoring parents, failure to acknowledge The Creator, witchcraft through black-market pharmaceutical usage (aka drug abuse) and the entire drug war, not to mention a society that has in many instances been reduce to that of the 1862 five points and morals of the likes of the "Gangs of New York" movie.

In Riverside, California, one source with ties directly into that county court house, reported to me that there were (probably still are) judges that were receiving bags of cash from banker's attorneys and others to rule in favor of the banks in certain foreclosure cases. It gets worse.

The bankers were so brazen about this practice that they would enter judge's chambers in front of other attorneys and bribe the judge in front of the other attorneys present. As was explained to me the other attorneys present started to file complaints with the United States Attorney's office not because it was wrong and illegal but because the bankers were not paying the other attorneys and cutting in on their fraudulent actions.

How many crimes stem from such a system? The Corrections Corporation of America (CCA) is doing quite well filling its prison cells with 80% regulatory infraction "crimes" whereby there is no victim. But hey, the investors are happy, the CCA trustees are

---

[9] I am reminded of a scene from the movie, "Devil's Advocate" where Al Pacino plays Lucifer and states that the Bar members are his "new priesthood" that will bring in Lucifer's Paradise causing society to stink of inequity, dishonesty, lawlessness, etc.

With a dishonest Bar Association, Judiciary, running all three branches of the United States corporate government and being Lucifer's New Priesthood how could neither side, leftist Democrats or right wing Republicans make any difference at all? The answer is that they cannot. That structure of having both parties controlled makes for a very evil recipe.

This means the people, Tea Party, whatever, must be the spearhead of change and return to an honest, equitable, operation.

given access to the trust funds through the inmate's power of attorney by being incarcerated.

The victimless court cases are PRESOLD on the Chicago Mercantile Exchange (aka The MERC) and presented Mutual Funds to national and international investors. The courts, judges, attorneys (court officers) et al, are then obligated to convict and to restrict exculpatory evidence (evidence showing innocence). To do otherwise would risk the court officers' insurance (Error's and Omissions/Bar Card) policies.

## *Refer to end of Appendix C for above*

This process tends to accelerate and feed on itself, people get desperate and begin to steal, violate the Ten Commandments, feed off of each other in effort to rape, pillage, and plunder from each other to simply survive.

When I see people getting six months in jail for "J-Walking" in Las Vegas, Nevada, I know the commercial judicial system has become unjust. Ya tink? It is like a bad "Bugs Bunny" cartoon – "eh, could be."

Where are all the clergymen in all of this? Can you say 501(c)3? (Tax Exempt Organization) Is money the root of all evil?

# *Chapter 18 – Manufacturing Domestic Terrorism*

Ask yourself a question. If you wanted to create violence in a country so that you could send in military and/or law enforcement so that you could set a new tyrannical political policy how would you do it? If you wanted to get people into a mindset where they were willing to engage with their own government with violence (i.e. civil war) how would you do it? Has the United States government done this to other countries? Did the United States government use U.S. Army Special Forces personnel to accomplish this feat in other countries?

Having spoken to and previously worked with U.S. Army Special Forces personnel, I can tell the reader that there is actually Classified Field Manuals (FM) that tell how to cause civil war in a country.

The basic scenario is to use communist, centralized banking to steal the peoples' labor, real and personal property, and place them into bondage through inflating and then deflating the currency. The next step is to impose a heavy, progressive income tax along with trade and business restrictions, accompanied by stiff jail terms for victimless, regulatory infractions. Those measures will anger a percentage of the population causing them to collectivize themselves into protective gangs and the rest will become very docile and do anything you want them to do so that they can eat and survive.

This is where the people of America are today! This is where law enforcement has arrived. We at the point of "us versus them" mentality with law enforcement against "We the people?"

Americans have become conditioned to this socialized, communist-Luciferian based, bondage system. The manufacturing sector has been transferred overseas. The service industry has been transferred overseas. The United States prison industry is the largest on the planet with two million incarcerated and six million more in various stages of concentration camp status.

Have American men become such cowards that they are even afraid to sign a piece of paper stating that they will report for Republic militia duty if called to support the de jure Grand Jury system?

# *Chapter 19 — The 10 (?) Plagues of America*

01. If you read the Book of Exodus you will find that there were ten plagues in Egypt.

02. Those ten plagues were;

a. Blood

b. Flies

c. Lice

d. Locusts

e. Frogs

f. Boils

g. Hail

h. Darkness

i. Death of the First Born

03. In America there are at least five plagues operating to "chastise" Americans. I count them as follows;

   a. Death of the Unborn – abortion
   b. Debt – heavy bondage
   c. Legislative Jurisdiction with swarms of agents inflicting victimless regulatory infractions – aka locusts – review the Patriot Act as it destroys the Bill of Rights and the Constitution for the United States of America
   d. Corrupt British Crown – read any of the books found at http://www.greghallett.com and you will realize that many in politics are planted there for creating damage and "dark side" damage control.
   e. Destruction of the family unit
   f. Flooding – Mississippi, Midwest, Louisiana
   g. Tornadoes – Midwest, east coast and deep south, even Arizona
   h. Earth quakes – all over the world – prepare for FEMA, UN Invasion and the New Madrid Fault quake
   i. Tsunami – Japan, south pacific and west coast
   j. Radiological Poisoning – Chernobyl and Japan's TEPCO
   k. HAARP – do your homework, at least read archives at http://www.stevequayle.com/index1.html or http://www.standeyo.com

l.   Astrological – Niburu/Elenin – name that object

m.   Blood – H1N1, AIDS, HIV, Thimerasol poisoning causing Autism through fraudulent inoculations, etc.

n.   Labor theft through corrupt Banking, corrupt Bar Associations, corrupt Judiciary, corrupt Executive and corrupt Legislatures.

o.   Homosexuality – Catholic Priest quote, "Frontline soldiers of the Church of Satan"

p.   Corrupt Law Enforcement – "the wolf guarding the hen house."

q.   Covetousness – CIA introduces drugs through illegal imports and drug war to cause drug (demon insertion) use to cause drug related victimless (other than self inflicted) regulatory infractions causing years of incarceration resulting in private Luciferian corporations (Corrections Corporation of America, etc.) tapping into each individuals estate trust res for personal gain and benefit.

r.   Massive Theft – transfer of wealth from poor to rich via financial manipulation of economic and legal controls – read "Crossing the Rubicon" chapter 28.

s.   Massive Death of Wildlife – fish, birds, etc. dying by the 10's of thousands

t.   Famine caused by man-made crop failure through flooding and giving away to foreign lands.

u.   War – pick one – many to choose from and all manmade.

v.   Foreign gods – 100,000 covens in America and other unknown number of Luciferians and Satanists

w.   Mark of the Beast – the Biochip is already here

x.   Christianity under attack world-wide – http://www.vom.org

y.   Invasion – US Government actually supports illegal invasion of foreigners (Mexican mafia, drugs, Hamas, etc.) by failure to control border security

z.   Morgellon's disease through particulate distribution – see

ᵭ   http://www.stevequalyle.com/index1a.html or go to

ᵭ   http://imageevent.com/firesat/strangedaysstrangeskies?z=3&c=4&n=1&m=-1&w=4&x=0&p=14

ᵭ   http://www.youtube.com/watch?v=7d1lM_HztjM&feature=related

ᵭ   http://morgellonsresearchgroup.com/

- The Singularity(?) – actually moving towards "Borg-like" machine control over humans

04.   We "reap what we sow."

05.   Prepare for the second Exodus. Read Book of Ezekiel, chapter 37

# Chapter 20 – Proposed Remedies

01. Return to Torah based Ten Commandments

02. Alter the banking system by returning to substance. Do it either through legislation or through individual contracts. Americans are good at commerce. Use that mechanism. Make a deal using gold or silver once in a while. Buy land using gold instead of FRN's. People actually do this.

03. Start writing on all your checks that you deposit, "deposited/cashed for lawful money, 12 USC 411" and remove the FRN transfer tax.

04. Do not enter into mortgage agreements without a sizeable deposit or if possible deal directly with the property owner and factor in the delta so that when it occurs the homeowner can keep the house.

05. Pay for land with part gold and silver and part FRN securities.

06. Hold property in allodial using the Land Patent deed, see http://www.teamlaw.org for their Land Patent package.

07. Only purchase cars with cash, no loans. Learn how to repair your own car, change oil, change spark plugs, basic stuff.

08. Make a family contract to stick together. See http://www.familyguardian.edu

09. Enter into a marriage contract based upon Torah principles. See www.riceandassociates.info at the ministry section.

10. Save gold, silver, land, food, medicine, guns and ammo. Yes, home protection is a good thing.

11. Enter into common unity (community) agreements to support and defend each other with your immediate neighbors.

12. Stop watching television and start meeting with neighbors again.

13. Take an Emergency Medical Technician or other basic first aide class to handle basic emergencies yourself.

14. Study Herbology or basic naturopathic medicine to maintain basic health.

15. Exercise. Just the basics.

16. Avoid immunity shots if possible.

17. Save for your own retirement.

18. Home school your children if able.

19. Go to church or Bible study group (better option) or start your own and actually read what is in the Book. You might be surprised what is actually written in the book and not the propaganda. I prefer the basics of http://www.ffoz.org (First Fruits of Zion and go to Torah Club)

20. When able post your assurance policy bond through the State Treasurer's office and stop buying car insurance. Buy re-insurance if you need it.

21. Stop using credit cards or only use them so that you can pay off the bill at the end of each month. In the alternative use the "green dot" type of self deposit card for electronic currency needs.

22. Avoid the use of Bar member attorneys at all cost and settle individual issues at a small loss to avoid inland maritime, vice-admiralty litigation as the only people who win are the Bar members.

23. Obtain, read and study Blackstone Commentaries Volume 1-4 for a cursory legal education and take a correspondence paralegal course to avoid legal entanglements such as that found at http://www.blackstone1890.com.

24. Watch the movie "Devil's Advocate" and avoid those problems.

25. Follow the Ten Commandments as best as you can and avoid legal problems and try to only associate with those that agree to do so.

26. Return to the county at large, <county name>, through Exodus 18:21, 25-26 and refer to the case of Norton v. Shelby County, 118 U.S. 425 (1886).

27. One other observation that this writer saw during the late 1970's-80's was the Vietnamese community (among other Asians) residing in Garden Grove, California that placed more than one family in one house. By pooling the group's income they were able to reduce expenses and maximize economic savings. This is communalism at its lowest level. And, a Sabra Jewish (born in Israel) friend informed me many years ago that Israel discovered that communalism only works for 5-15 years and then that group must resort back to private property otherwise it violates basic human psychological nature. If you calculate the savings and gains on income over say 10 years with four spouses working full time (so long as they can get along for that period) the gains for (if nothing else) a healthy down payment are quite extraordinary. That potential would remove the bankers from one's life in regard to housing, which is the biggest loss from currency manipulation. And, IF a small group were to then purchase a larger piece of property and then build their own homes, say http://www.monolithic.com with solar, and other alternative energy, invoking a healthy, (Biblically) liberal, religious collective, on a Moshav (Biblical Home Owners Association) basis the gains and advantages in all aspects would be extraordinary. Think "high-tech" Amish on 640 acres, with cars, computers, alternative energy, on site agriculture, on site animal husbandry, home schooling, synagogue/church, Biblical courts for Alternative Dispute Resolution, contract with the county for self law enforcement and limited sovereignty, a Biblically based HOA agreement, etc.

# Chapter 21- Communist/Satanist OpPlan and documentary Enemy Order of Battle and Counter Plan

Agenda 21 – Look it up on the internet. Watch a video on youtube or obtain a copy and read it. This is War. They (the Satanists) intend to kill you. They demonstrate this fact everyday with corrupt courts, banks, law enforcement, federal agencies, IRS – theft of property, Child Protective Services theft (kidnap) of children, destruction of the family unit, theft of homes, mandatory vaccines causing autism, … Need I say more? For more blatant evidence of this fact search for Sheriff's that are engaged in turf wars with the federal government, as the  Sheriff is the highest law enforcement officer in any county.

Watch the video of congressional testimony on youtube of the exchange between Rand Paul and TSA Director John Pistole. John Pistole thinks that molesting little girls and boys is good for national security.

Review the definitions of OpPlan, Enemy, Order of Battle, Espionage and Electronic Footprint in the definitions section.

In the 1970's a KGB Agent named Yuri Bezmenov allegedly defected from the Soviet Union to the United States. He informed the FBI about the Soviet long term plan for Soviet takeover of the west. It was composed of four stages of operations that are;

1) demoralization,

2) destabilization,

3) Crisis followed by either,

4) Civil War of Invasion.

See the following www.youtube.com videos.

Yuri Bezmenov ex KGB Psychological Warfare Techniques. Subversion & Control of Western Society

http://www.youtube.com/watch?v=_Iz3VjoHXLA

http://www.youtube.com/watch?v=JN0By0xbst8&feature=related

http://www.youtube.com/watch?v=DoaS6Tt6ODY&feature=related

http://www.youtube.com/watch?v=qJ30f9OfuFs&feature=related

http://www.youtube.com/watch?v=pX_9kKvyjJs&feature=related

http://www.youtube.com/watch?v=bivEvWDWxlI&feature=related

http://www.youtube.com/watch?v=wgUmpwZiGjg&feature=related

http://www.youtube.com/watch?v=IVctBWelXt4&feature=related

After these four phases the process is reversed to Economic Stabilization and then Re-moralization, but under a different religion – Satanism in the form of the religion of

Secular Humanism. See Secular Humanism and its Humanist Manifesto I, II, III on the internet for review.

The writer knew of this plan back in 1994 and realized that it was not a fantasy but a real live operation post "Glasnost." This scared the author. Thereafter, he formulated plans within plans and learned as he grew. He adjusted, adapted, made numerous errors and mistakes and essentially failed his way to success. During the early years he learned that his associations had been infiltrated by Satanists and witches posing as Christians. He could either get angry or get smart (no pun intended). As a graduate of the US Army's Military Intelligence school at Fort Huachuca this author formulated a priority target list for data collection and began to formulate future plans for counter intelligence operations and testing of his own associates loyalties. Some passed and some failed. Some were loyal but just had a "big mouth" and could be counted to act as the "Town Crier" even when asked to keep a secret. The author sued the USAG in 2002 for collections after administratively executing revesting of title to collapse the Vatican/Crown trust agreement. The US Attorney in Phoenix, Arizona and the United States District Court operated illegally, unfairly, immorally and unlawfully and colluded to evade justice. This author adapted and stayed away from the judicial arena for more than four years. Then the IRS attacked in the spring of 2006. In the summer of 2006 the author decided to implement a counter intelligence plan to cause Federal Agents to act so that he could counter claim and act on collections. The author found Biblical references that demonstrated how to operate in a "Double minded" manner to cause his enemies to act improperly – reverse entrapment.

So many people have been damaged by Federal and State Agents/Actors for so many years due to COMINTERN, legislatively created agencies that this author has lost count. This author has had his office's raided twice by the FBI/IRS-CID. With a lack of ability to communicate with honest administrators an astute student of military history is left with few options. Fortunately, Yuri Bezmenov describes said administrative agents as "Useful Idiots" that will be imprisoned or executed if and when the United States is conquered.

Should we get angry about this? No. Maybe we should just say no. Could it be that simple?

## How do we counter this strategy?

1. Return to fundamentals. The Russian President ordered a return to the "Ancient Manuscripts" (i.e. following Biblical principles), he ordered his own (equivalent of) Department of Education to not follow ANY United States Educational system recommendations and not be techno slaves, he ordered the placement of Russian-Orthodox-Christian Priests into all Russian Military Units to teach and enforce Torah/Biblical principles. Why? Maybe he knows something Americans have forgotten – Biblical principles work.

2. Russian communism started in New York. The home base of Communism/Satanism is not held in Russia but rather in USA and UK and Vatican through P2 Masonry.

3. The reader should know that the Communist Party USA was always confused as to why the Russian Politburo had to wait for orders from Wall Street (see "None Dare Call it Reason....25 Years Later" by John Stormer of Flourisant, Missouri) before proceeding

on certain operations because the Satanist/Communist leadership was based in the Western Financial Sectors.

4. Satanists have been hiding in/posing as Kazarian Jews, Liberal Leftist Christians, Sabbatean Muslims, among other religious groups. The minority of Zionist Satanist "Jews" (not the majority of good Torah compliant Jews) have been over using the "Anti-Semitic" "card" for many years to placate and negate criticisms. That tactic no longer works. Whenever you hear a Jew call someone "Anti-Semitic" you can almost always assume that they are not using it correctly, are using it for false reasons, and are most likely knowingly, or unknowingly, operating in the nature of a Satanist and not a Torah compliant Israelite or Shemite. Remember, Kazars adopted the Torah lifestyle. They were not originally born into this lifestyle. This does not negate their outstanding Torah works and writings, which have been many, very good and beneficial to society. There are many characters in the Bible that were not of Israelite blood lines that were adopted into the tribe of Israel. Ruth is one of those. We should not become "Ruth-less" and not operate in Torah-less-ness.

Well it is hoped that this is enough to peak your curiosity, get you off the couch from in front of the TV, away from the game controller, and all the other things that seat you into complacency as they (the Satanists) take everything from you and prepare you for the slaughter. It is hoped that this sends you off on a path of searching and opens your eyes to what is truly going on around you, and you have the audacity to do something about it. I will grant one person can not do a lot but if you open your eyes you will find there are others out there of like mind. Join with them form groups, the groups will form communities and so on and so on and so on…

# APPENDIX A — Proof of the Trust

This is my personal check with data redacted.

Nov. 10. 2009 10:52AM    us bank                              No. 6770    P. 5



Examine the check face.

01. Who is the Maker? **SHAWN TALBOT RICE.**

02. What is the MAKER'S bank account number? 03######4.

03. Where did the "03######4" come from? Back side of the SSN Card F3######4.

04. What is the name of the bank? **US Treasury.**

05. What is the US Treasury's Federal Reserve Routing Number? 00000####.

06. Is the Maker's SSN on the face of the check? No.

07. Was the check cashed/endorsed? YES.

08. How do we know that the check was cashed/endorsed? Because the endorsement was ERASED. You cannot erase that which does not previously exsist.

09. What is the MAKER'S SSN 5##-##-###5

10. Where is the MAKER'S SSN listed? The processor's placed the MAKER'S SSN on The back of the check to track the account.

11. Is this evidence of funds in a bank account? **YES.**

12. Is a bank account evidence of existence of an existing TRUST? YES. Without a trust Agreement there cannot exist a bank account or vice versa.

13. What can we surmise from this check? Whenever actors in the system ask for an SSN They are intending to use your trust account to pay for the service or property being used, Rented, transferred ect. Does jail come to mind? "No account equals no confinement. I could add more but you get the idea.

## APPENDIX B - Proof of the Penal Sum Setoff, This data has been redacted and taken from a successful charges off

*case.*



SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

STATE OF ARIZONA,

          Plaintiff,

    vs.

JOHN C. ▌▌▌▌,

          Defendant.

John ▌▌▌▌, Real Party in
Interest/Third Party Intervener

Case No.: CR-2008-106594

ORDER TO SUPERSEDE AND RETIRE ALL
PREVIOUS BONDS
AND
RELEASE REAL PARTY IN
INTEREST/THIRD PARTY INTERVENER

The Court having read and considered Real Party in Interest/Third Party Intervener's PETITION TO SUPERSEDE AND RETIRE ALL PREVIOUS BONDS AND RELEASE REAL PARTY IN INTEREST/THIRD PARTY INTERVENER and being fully advised in the premises and good cause appearing therefore;

IT IS HEREBY ORDERED that Real Party in Interest/Third Party Intervener's bonds shall supersede all other bonds in this case; and

IT IS HEREBY ORDERED that Real Party in Interest/Third Party Intervener, John-▌▌▌▌: ▌▌▌▌, the man, is hereby ordered released from any further liability.

DONE IN OPEN COURT this March 24, 2009.

_____
Judge

Page 1 of 1

# NOTARY'S CERTIFICATE OF SERVICE

It is hereby certified, that on March 17, 2008, Richard ▇▇▇▇, the undersigned Notary Public mailed to:

**Timothy J. Ryan, Judge**
**Michael K. Jeanes, Clerk of the Court**
**201 W. Jefferson**
**Phoenix, Arizona 85003-2243**

hereinafter, "Recipient," the documents and sundry papers pertaining to John-Chester: Stuart unless indicated otherwise and herein identified as follows:

01. Petition to Supersede and Retire all Previous Bonds and Release Real Party in Interest/Third Party Intervener

02. Memorandum in Support of Petition to Supersede and Retire all Previous Bonds and Release Real Party in Interest/Third Party Intervener

03. Order to Supersede and Retire all Previous Bonds and Release Real Party in Interest/Third Party Intervener

04. Private Correspondence to Henry M. Paulson, Jr.

05. Supersedeas Bond # JCS-080208-18

06. Form 1040V (completed) for reconciliation

07. Copy B of 1099-OID

08. Reference copy **Notary's Certificate of Service** (signed original on file)

by Certifieded Mail # 7006 0100 0000 1829 8941US Return Receipt Requested by placing same in a postpaid envelope properly addressed to Recipient at said address and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the State of California.

RICHARD ▇▇▇▇▇
Commission # ▇▇▇▇▇
Notary Public - California
San Diego County
My Comm. Expires Feb 12, 2009

Richard ▇▇▇▇ Notary Public

Richard ▇▇▇▇ Notary Public
c/o ▇▇▇▇▇ Street
Oceanside 92056 California state

**March 17, 2008**
DATE

☐ **CORRECTED (if checked)**

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Original issue discount for 2008 | OMB No. 1545-0117 | |
|---|---|---|---|
| JOHN ████████ <br> c/o Richard ███████ Notary Public <br> ████████ Street <br> Oceanside California state <br> postal trade zone 92056 | $ 30000000.00 <br> 2 Other periodic interest <br> $ 0 | **2008** <br> Form **1099-OID** | **Original Issue Discount** |
| PAYER'S federal identification number | RECIPIENT'S identification number <br> unknown | 3 Early withdrawal penalty <br> $ 0 | 4 Federal income tax withheld <br> $ 30000000.00 | **Copy B** |
| RECIPIENT'S name <br> Timothy J. Ryan | 5 Description PAY TO U.S. TREASURY JOHN RYAN <br> STATE OF ARIZONA CR08-106594-001DT <br> and CLOSURE OF CASE | **For Recipient** <br> This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| Street address (including apt. no.) <br> 201 West Jefferson | 6 Original issue discount on U.S. Treasury obligations* <br> $ 0 | |
| City, state, and ZIP code <br> Phoenix, Arizona   85003 2443 | 7 Investment expenses <br> $ 0 | |
| Account number (see instructions) | * This may not be the correct figure to report on your income tax return. See instructions on the back. | |

Form **1099-OID**                    (keep for your records)                Department of the Treasury - Internal Revenue Service

---

☐ **CORRECTED (if checked)**

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Original issue discount for 2008 | OMB No. 1545-0117 | |
|---|---|---|---|
| JOHN ████████ <br> c/o Richard ███████ Notary Public <br> ████████ Street <br> Oceanside California state <br> postal trade zone 92056 | $ 30000000.00 <br> 2 Other periodic interest <br> $ 0 | **2008** <br> Form **1099-OID** | **Original Issue Discount** |
| PAYER'S federal identification number | RECIPIENT'S identification number <br> unknown | 3 Early withdrawal penalty <br> $ 0 | 4 Federal income tax withheld <br> $ 30000000.00 | **Copy B** |
| RECIPIENT'S name <br> Andrew P Thomas | 5 Description PAY TO U.S. TREASURY ████ action <br> CR08 to CR08-106594-001DT of ARREST <br> and closure of Case no CR-2008-106594-001DT | **For Recipient** <br> This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| Street address (including apt. no.) <br> 301 West Jefferson ste 800 | 6 Original issue discount on U.S. Treasury obligations* <br> $ 0 | |
| City, state, and ZIP code <br> Phoenix  Arizona    85003 | 7 Investment expenses <br> $ 0 | |
| Account number (see instructions) <br> ████████ | * This may not be the correct figure to report on your income tax return. See instructions on the back. | |

Form **1099-OID**                    (keep for your records)                Department of the Treasury - Internal Revenue Service

---

☐ **CORRECTED (if checked)**

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Original issue discount for 2008 | OMB No. 1545-0117 | |
|---|---|---|---|
| | $ <br> 2 Other periodic interest <br> $ | **2008** <br> Form **1099-OID** | **Original Issue Discount** |
| PAYER'S federal identification number | RECIPIENT'S identification number | 3 Early withdrawal penalty <br> $ | 4 Federal income tax withheld <br> $ | **Copy B** |
| RECIPIENT'S name | 5 Description | **For Recipient** <br> This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| Street address (including apt. no.) | 6 Original issue discount on U.S. Treasury obligations* <br> $ | |
| City, state, and ZIP code | 7 Investment expenses <br> $ | |
| Account number (see instructions) | * This may not be the correct figure to report on your income tax return. See instructions on the back. | |

Form **1099-OID**                    (keep for your records)                Department of the Treasury - Internal Revenue Service

# 2006 Form 1040-V

 **Department of the Treasury**
**Internal Revenue Service**

## What Is Form 1040-V and Do You Have To Use It?

It is a statement you send with your check or money order for any balance due on the "Amount you owe" line of your 2006 Form 1040. Using Form 1040-V allows us to process your payment more accurately and efficiently. We strongly encourage you to use Form 1040-V, but there is no penalty if you do not.

## How To Fill In Form 1040-V

**Line 1.** Enter your social security number (SSN). If you are filing a joint return, enter the SSN shown first on your return.

**Line 2.** If you are filing a joint return, enter the SSN shown second on your return.

**Line 3.** Enter the amount you are paying by check or money order.

**Line 4.** Enter your name(s) and address exactly as shown on your return. Please print clearly.

## How To Prepare Your Payment

● Make your check or money order payable to the "United States Treasury." Do not send cash.

● Make sure your name and address appear on your check or money order.

● Enter "2006 Form 1040," your daytime phone number, and your SSN on your check or money order. If you are filing a joint return, enter the SSN shown first on your return.

● To help process your payment, enter the amount on the right side of your check like this: $ XXX.XX. Do not use dashes or lines (for example, do not enter "$ XXX—" or "$ XXX ").

## How To Send In Your 2006 Tax Return, Payment, and Form 1040-V

● Detach Form 1040-V along the dotted line.

● Do not staple or otherwise attach your payment or Form 1040-V to your return or to each other. Instead, just put them loose in the envelope.

● Mail your 2006 tax return, payment, and Form 1040 in the envelope that came with your 2006 Form 1040 instruction booklet.

**Note.** If you do not have that envelope or you moved or used a paid preparer, mail your return, payment, and Form 1040-V to the Internal Revenue Service at the address shown on the back that applies to you.

**Paperwork Reduction Act Notice.** We ask for the information on Form 1040-V to help us carry out the Internal Revenue laws of the United States. If you use Form 1040-V, you must provide the requested information. Your cooperation will help us ensure that we are collecting the right amount of tax.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Internal Revenue Code section 6103.

The average time and expenses required to complete and file this form will vary depending on individual circumstances. For the estimated averages, see the instructions for your income tax return. If you have suggestions for making this form simpler, we would be happy to hear from you. See the instructions for your income tax return.

Cat. No. 20975C

Form **1040-V** (2006)

▼ **Detach Here and Mail With Your Payment and Return** ▼

Form **1040-V**
Department of the Treasury
Internal Revenue Service   (99)

**Payment Voucher**

► **Do not staple or attach this voucher to your payment or return.**

OMB No. 1545-0074

**2006**

| 1  Your social security number (SSN) | 2  If a joint return, SSN shown second on your return | 3  Amount you are paying by check or money order | Dollars | Cents |
|---|---|---|---|---|
| ██ : █ : ████ | | | | |

4  Your first name and initial
JOHN C.

Last name
████████

If a joint return, spouse's first name and initial

Last name

Home address (number and street)
███████████ BLVD SUITE 1380472

Apt. no.

City, town or post office, state, and ZIP code
PHOENIX, AZ 85050

Cat. No. 20975C

Start of Page 2 of 2 pages

**CERTIFIED**
**and**
**TRUE**
Convention de La Haye
du 5 octobre 1961

# BOND ORDER
### for
### SUPERSEDEAS BOND
BOND NUMBER JCS-080248-18 for CASE NUMBER CR2008-I06594
Original Post Registration Number (OPRN) RB 146 586 871 US

The Maker, Issuer and Principal of this SUPERSEDEAS BOND, OPRN RB 146 586 871 US, respectfully issues the following bond orders pertaining to said Bond and the execution of its purposes:

1) Henry M. Paulson, Jr., Secretary of the Treasury, UNITED STATES DEPARTMENT OF THE TREASURY shall discharge and/or setoff all pre-existing and current and future pre-existing, current, and future loss, cost, debt, tax, levy, encumbrance, deficit, deficiency, lien, judgment, true bill, criminal debt, indictment fine, restitution, charge, negligence, default, violation, penal debt, breach of contract, obligation of contract, obligations of performance, warrant, and any other obligation or bill as may exist, or come to exist, for the Account Holder John-██████████ as Principal and JOHN ██████████ for SOCIAL SECURITY TRUST ACCOUNT NUMBER, ██████████, Dollar for Dollar, jointly and severally, for any amount up to and including One Hundred Fifty Million United States Dollars ($150,000,000.00), through Account Holder's Private Offset Account, thus restoring the honor of the Account Holder and the Account.

2)  Account Holder John-██████████ as Principal and JOHN-██████████, and SOCIAL SECURITY TRUST ACCOUNT NUMBER, ██████████ shall each be insured, underwritten, and indemnified, jointly and severally, for any amount up to and including One Hundred Fifty Million United States Dollars ($150,000,000.00), in United States Dollars, against any and all future loss, cost, debt, tax, levy, encumbrance, deficit, deficiency, lien, judgment, true bill, criminal debt, indictment fine, restitution, charge, negligence, default, violation, penal debt, breach of contract, obligation of contract, obligations of performance, warrant, and any other obligation or bill as may exist, or come to exist for the Account Holder, as Principal and JOHN ██. ██████████, for SOCIAL SECURITY TRUST ACCOUNT NUMBER, ██████████, Dollar for through Account Holder's Private Offset Account, thus restoring the honor of the Account Holder and the Account.

3) Henry M. Paulson, Jr., Secretary of the Treasury, UNITED STATES DEPARTMENT OF THE TREASURY shall have Ten days (10) days from the date of service of this SUPERSEDEAS BOND, OPRN RB 146 586 871 US as witnessed by the date of receipt affixed to the USPS Domestic Return Receipt, to disburse this Bond by returning same in the original to the Principal at the stipulated mailing address by USPS, Certified Mail. Failure to return this Bond as stated shall constitute acceptance and honor by Henry M. Paulson, Jr., Secretary of the United States Treasury and the UNITED STATES DEPARTMENT OF THE TREASURY of this SUPERSEDEAS BOND, OPRN RB 146 586 871 US, together with all the associated transactions, in accordance with the Law

4) This SUPERSEDEAS BOND, OPRN RB 146 586 871 US shall be lodged by the UNITED STATES DEPARTMENT OF THE TREASURY as an asset as best suits the needs of the UNITED STATES DEPARTMENT OF THE TREASURY for a period of thirty (30) years. This SUPERSEDEAS BOND, OPRN RB 146 586 871 US shall expire at the end of the business day, February 23rd, 2038.

The Principal's stipulated postal location mailing address is: John-██████████ Real Party in Interest
c/o Richard ██████ Notary Public
██████████ Street
Oceanside, California state [92056]
non-domestic without the US

We, John-██████████ as Principal and Thomas-██████████ and Clayton-██████████, as Signatories, do execute this SUPERSEDEAS BOND, #JCS-080248-18 with Original Post Registration Number RB 146 586 871 US, and do hereby affix our initial(s), seal(s), and signature(s) thereto on this 24th. Day of February, in the year of our Lord Two Thousand Eight.

Surety #2, Private Offset Account Number

/s/ ██████████
Surety #2, Clayton-██████████
Seal, Surety # 2,
Right Thumbprint

Surety #1, Private Offset Account Number

/s/ ██████████
Surety #1, Thomas-██████████
Seal, S.
Right T.

Principal, Private Offset Account Number

/s/ ██████████
Seal, Principal
Right Thumbprint

Statement of Witness

We, Charles-██████████ and Charles-██████████ do solemnly attest that we did in fact see John-██████████ Principal, by and through (as Attorney) ██-████, Thomas ██████████ and Clayton ██████████ of ██████████, which are know to us personally, initial, seal and sign this SUPERSEDEAS BOND, #JCS-080248-18, Original Post Registration Number RB 146 586 871 US, together with the BOND ORDER on this the 24th day of February, in the year of our Lord Two Thousand Eight.

/s/ ██████████     Living Location:     c/o ██████████
near Fountain Valley, California state
Non-domestic without the US

/s/ James ██████████     Living Location:     c/o ██████████
Fountain Valley, California state
Non-domestic without the US

End of Page 2 of 2 pages

Start of Page 1 of 2 pages

CERTIFIED
and
TRUE
Convention de La Haye
du 5 octobre 1961

## SUPERSEDEAS BOND

Bond No: JCS-080208-18
Original Post Registration Number: RB 146 586 871 US

ISSUE DATE: February 24th, 2008
EXPIRATION DATE: February 23rd, 2038

TO: Henry M. Paulson, Jr., Secretary of the Treasury UNITED STATES DEPARTMENT OF THE TREASURY and Timothy J. Ryan, Judge/First Fiduciary Trustee, Michael K. Jeanes, Clerk of Court/Fiduciary Trustee, and Andrew P. Thomas, Maricopa County Attorney/Fiduciary Trustee

FOR: PRIVATE DISCHARGING AND INDEMNITY BOND JCS-080208-1 Tracking Number: RB 146 586 749 US, held by the Holder in Due Course Mr. Henry M. Paulson, Jr., since on or about February 12, 2008,
PRIVATE DISCHARGING AND INDEMNITY BOND JCS-080208-2 Tracking Number: RB 146 586 752 US, held by the Holder in Due Course Mr. Henry M. Paulson, Jr., since on or about February 19, 2008,
PRIVATE DISCHARGING AND INDEMNITY BOND JCS-080208-3 Tracking Number: RB 146 586 766 US, held by the Holder in Due Course Mr. Henry M. Paulson, Jr., since on or about February 23, 2008, and
PRIVATE DISCHARGING AND INDEMNITY BOND JCS-080208-4 Tracking Number: RB 146 586 770 US, held by the Holder in Due Course Mr. Henry M. Paulson, Jr., since on or about February 27, 2008, and
PRIVATE DISCHARGING AND INDEMNITY BOND JCS-080208-5 Tracking Number: RB 146 586 783 US, and Private Offset Bond JCS-080208-17, held by the Holder in Due Course Mr. Henry M. Paulson, Jr., since on or about February 24, 2008 and FOR CASE NUMBER CR2008-186594, Booking Number P382308, each and severally.

IN THE AMOUNT OF: ONE HUNDRED FIFTY MILLION United States Dollars ($150,000,000.00)
BY, ON/THROUGH:
Principal: John-▮▮▮▮                                  Private Offset Account #: ▮▮▮▮
Surety Number One: Thomas-▮▮▮▮                       Private Offset Account #: ▮▮▮▮
Surety Number Two: Clayton-▮▮▮▮                      Private Offset Account #: ▮▮▮▮

No lawful money of account exists and only Fiat Money exists in circulation for the discharge or offset of debt. Therefore, in order to protect secured interests, to reserve the right of remedy, recourse and subrogation, and in order to maintain the honor of the named PRIVATE DISCHARGING AND INDEMNITY BONDS, i.e., Original Post Registration Number(s) OPRN RB 146 586 749 US, RB 146 586 752 US, RB 146 586 766 US, RB 146 586 770 US, and RB 146 586 783 US together with that of the Account, we, the undersigned, hereby issue this SUPERSEDEAS BOND out of necessity.

Now Therefore, we, John-▮▮▮▮▮▮▮▮ as Principal and Thomas-▮▮▮▮▮▮▮ and Clayton-▮▮▮▮▮ as Surety, being creditors, Sui Juris, of sound mind, standing in honor and with honorable intent, with full knowledge and full disclosure, do hereby hold, bind and obligate ourselves individually and cooperatively, jointly and severally, as voluntary Sureties for PDIB Number(s): JCS-080208-1, JCS-080208-2, JCS-080208-3, JCS-080208-4, JCS-080208-5, and Private Offset Bond JCS-080208-17, all executed through pass-through account JOHN ▮▮▮▮▮▮▮▮ RB 146 586 735 US-524516968, THOMAS ▮▮▮▮▮▮▮▮ RR 099 457 638 US-551132995, CLAYTON ▮▮▮▮▮▮▮▮  for any amount up to and including One Hundred Fifty Million United States Dollars ($150,000,000.00), for the honorable purposes through this SUPERSEDEAS BOND, Original Post Registration Number (OPRN) RB 146 586 871 US of underwriting, insuring, and indemnifying the aforesaid Account Holder and Account against any and all pre-existing, current, and future loss, cost, debt, tax, levy, encumbrance, deficit, deficiency, lien, judgment, true bill, criminal debt, indictment fine, restitution, charge, negligence, default, violation, penal debt, breach of contract, obligation of contract, obligations of performance, warrant, and any other obligation or bill as may exist, or come to exist, through or by discharging and/or offsetting, dollar for dollar, any and all such obligations fully and completely, thereby restoring and maintaining the honorable standing of the Account Holder and the Account through our Private Offset Account(s).

Henry M. Paulson, Jr., Secretary of the Treasury, UNITED STATES DEPARTMENT OF THE TREASURY shall have Ten Days (10) days from the date of service of this SUPERSEDEAS BOND, as witnessed by the date of receipt affixed to the USPS Domestic Return Receipt, to dishonor this Bond by returning same in the original to the Principal at the stipulated mailing address given in the BOND ORDER, by USPS, Certified Mail. Failure to return this Bond as stated shall constitute acceptance and honor by Henry M. Paulson, Jr., Secretary of the United States Treasury and the UNITED STATES DEPARTMENT OF THE TREASURY of this SUPERSEDEAS BOND, OPRN RB 146 586 871 US, together with all the associated transactions, in accordance with the Law

This SUPERSEDEAS BOND, OPRN RB 146 586 871 US shall be ledgered by the UNITED STATES DEPARTMENT OF THE TREASURY as an asset as best suits the needs of the UNITED STATES DEPARTMENT OF THE TREASURY for a period of thirty (30) years. This SUPERSEDEAS BOND, OPRN RB 146 586 871 US, shall expire at the end of the business day, February 23rd, 2038.

Initials, Surety #2                Initials, Surety #1                Initials, Principal
▮▮▮▮                               ▮▮▮▮                               ▮▮▮▮

End of Page 1 of 2 pages

To:    Henry M. Paulsen, Jr.                                  March 3, 2008
        Secretary of the Treasury
        United States Department of the Treasury
        1500 Pennsylvania Avenue, NW
        Washington, DC 20220

From:  John█████████, Secured Party Creditor
        Richard ██████████, Notary Public
        ███████████Street
        Oceanside, California

Private Correspondence:

Declaration of Intent and Method of Authentication

Dear Mr. Paulson:

Please find copies hereby certified to be true, correct and complete of (i) Supersedeas Bonded Promissory Note JCS-080208-18 in the amount of $150,000,000; (ii) IRS Form 1040v, and (iii) evidence of liability (CASE NUMBER CR2008-106594, Booking Number P382300) noted accepted for value which were served on or about March 3, 2008 on Timothy J. Ryan, Judge, Michael K. Jeanes, Clerk of Court, d/b/a MARICOPA COUNTY SUPERIOR COURT, and Andrew P. Thomas, d/b/a Maricopa County Attorney in his/her capacity as fiduciary on the instrument.

Please execute the deposit and chargeback noted on the CASE NUMBER CR2008-106594, Booking Number P382300 if not previously executed.

Please offset the billing through the Account of John-████████████, Private Offset Account No. █████████, by routing through and ledgering against *Private Offset Bond No. JCS-080208-17* which has been in your possession since on or about March 3, 2008, and settle the account as noted thereon.

Timothy J. Ryan, Michael K. Jeanes and Andrew P. Thomas, has been expressly instructed to credit the full value of the note to the above-noted account(s) and present you with the instrument within three (3) days of service.

The express purpose and intention of the said process is to set-off, peacefully and remaining in honor. If the fiduciary fails to properly adjust the account within ten (10) days, I will be petitioning for liquidation on the conversion of liability and theft of funds within the special maritime jurisdiction.

Thanking you in advance for your compliance, I remain,

Very truly yours,

*John-████████████*

John-████████████, Secured Party, Creditor

*Shem Tabot Rio, Attorney-in-Fact*

1  John █████████████
   c/o: ██████████ Blvd.,
2  Suite ████████
   Phoenix, Arizona state
3  Appearing Specially Pro Per
   For this one act

4

5

6              SUPERIOR COURT OF THE STATE OF ARIZONA

7                 IN AND FOR THE COUNTY OF MARICOPA

8  STATE OF ARIZONA,                    )
                                        )  Case No.: CR-2008-106594
9           Plaintiff,                  )
                                        )  PETITION TO SUPERSEDE AND RETIRE
        vs.                             )  ALL PREVIOUS BONDS AND
10  JOHN██████████                      )  RELEASE REAL PARTY IN
                                        )  INTEREST/THIRD PARTY INTERVENER
11           Defendant.                 )
                                        )
12 _____)
   John ██████, Real Party in          )
13 Interest/Third Party Intervener      )
                                        )
14 _____)

15     Real Party in Interest appears specially and not generally and

16 petitions, in the nature of a motion, having already tendered bond(s) to

17 supersede all previous bonds, hereby petitions this court to setoff and

   retire all previous bonds (Appearance, Bid, Payment, Performance, etc.), and
18
   turnover any and all claims to John████████████████, appearing specially,
19
   separate and apart from the attorney represented trust known as JOHN ██
20
   ██████, in capacity as Real Party in Interest and Third Party
21
   Intervenor/Creditor, for the specific act of tendering the Supersedeas Bonded
22
   Promissory Note and Private Offset Bond for case number CR-2008-106594.
23
       If amount of bonds tendered by Real Party in Interest/Third Party
24
   Intervenor, entered into evidence via Notary Public, exceed existing alleged
25
   penal sum or total gross invoice of charges then Real Party in Interest/Third

   Party Intervenor demands turnover of case to Real Party in Interest/Third

   Party Intervenor.

       In the event that tendered bonds do not exceed the penal sum charged

   then Real Party in Interest/Third Party Intervenor requests to know the

   existing penal sum in the admiralty, special maritime jurisdiction so that

   supersedeas bonds may be filed in accord with FAR -- Part 28, Bonds and

   Insurance.

   RESPECTFULLY SUBMITTED this ᴸ2 March, 2008.



   John██████
   Third Party Intervener, Creditor

   080303 — [PetitiontoRetirePreviousBonds080303(JCS)8.5x14], Page 1 of 1

John ███████████
c/o: ███████████ Blvd.,
Suite ██████████
Phoenix, Arizona state
Appearing Specially Pro Per
For this one act

# SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| STATE OF ARIZONA, | ) Case No.: CR-2008-106594 |
| Plaintiff, | ) |
| vs. | ) MEMORANDUM IN SUPPORT OF |
| JORN ██████, | ) PETITION TO SUPERSEDE AND RETIRE |
| Defendant. | ) ALL PREVIOUS BONDS AND |
| | ) RELEASE REAL PARTY IN |
| | ) INTEREST/THIRD PARTY INTERVENER |
| John ███████ Real Party in | ) |
| Interest/Third Party Intervener | ) |

1. All crimes are commercial.

2. Commercial issues are contractual issues.

3. The United States Constitution states in Article 1 section 10, "no state . . . shall impair the obligation of contract."

4. Bouvier's maxims of law state, "Conventio vincit legem. The agreement of the parties overcomes or prevails against the law. Story, Ag. See Dig. 16, 3, 1, 6."

5. Bouvier's maxims of law state, "Le contrat fait la loi. The contract makes the law."

6. Bouvier's maxims of law state, "Qui destruit medium, destruit finem. He who destroys the means, destroys the end. 11 Co. 51; Shep. To. 342."

This document is operating in accord with the principles set forth in Title 27 C.F.R. 72.11 where all crimes are commercial and therefore contractual with a penal sum, which can be setoff in accord with public policy's bankruptcy rules.

080305 — [randumInSupportofPetitiontoRetirePreviousBonds080305USDC], Page 1 of 26

**MEMORANDUM OF LAW**

With Points and Authorities
On the Monetary Condition that Exists within the UNITED STATES
in Support of the USE, TENDER and ACCEPTANCE
of
International Bill(s) of Exchange and/or International Bonded

Promissory Notes

TO WHOM THESE PRESENTS SHALL COME; TAKE NOTICE:

RE:    International 'Bill of Exchange' and or Promissory Notes Item

tendered for Discharge of Debt:

The instrument AS MAY BE tendered to you through your bank (financial institution) and to be negotiated to the United States Treasury for settlement is an "Obligation of THE UNITED STATES," under Title 18 USC Sect. 8,   representing as the definition provides a "certificate of indebtedness . . . drawn upon an authorized officer of the United States," (in this case the Secretary of the Treasury) "issued under an Act of Congress", in this case public law 73-10, HJR-192 of 1933 and Title 31 USC 3123, and 31 USC 5103 and by treaty; in this case the UNITED NATIONS CONVENTION ON INTERNATIONAL BILLS OF EXCHANGE AND INTERNATIONAL PROMISSORY NOTES .(UNCITRAL) and the Universal Postal Union headquartered in Bern, Switzerland).

**TITLE 18** - **PART I** - **CHAPTER 1** - **Sec. 1.** - **Sec. 8.**

Sec. 8. - Obligation or other security of the United States defined. The term ''obligation or other security of the United States'' includes all bonds, certificates of indebtedness, national bank currency, Federal Reserve notes, Federal Reserve bank notes, coupons, United States notes, Treasury notes, gold certificates, silver certificates, fractional notes, certificates of deposit, bills, checks, or drafts for money, drawn by or upon authorized officers of the United States, stamps and other representatives of value, of whatever denomination, issued under any Act of Congress, and canceled United States stamps.

The International Bill of Exchange and or Promissory Note is legal tender as a national bank note, or note of a National Banking Association, by legal and/or statutory definition (UCC 4-105, 12 CFR Sec. 229.2, 210.2, 12 USC 1813), issued under Authority of the United States Code 31 USC 392, 5103,  which officially defines this as a statutory legal tender obligation of THE UNITED STATES, and is issued in accordance with 31 USC 3123 and HJR- 192(1933) which establishes and provides for its issuance as "Public Policy" in remedy for discharge or offset of equity interest recovery on that portion of the public debt

080305 – [randuminSupportofPetktiontoRetirePreviousBonds080305USDC]. Page 2 of 26

1  to its Principals, and Sureties bearing the Obligations of THE UNITED

2  STATES.

3

4  This is a statutory remedy for equity interest recovery due the

5  principles and sureties of the United States for discharge of lawful

6  debts in commerce in conjunction with US obligations to that portion of

7  the public debt it is intended to reduce.

8

9  During the financial crisis of the depression, in 1933 substance of

10  gold, silver and real money was removed as a foundation for our
   financial system and the Federal Government declared bankruptcy. In its

11  place the substance of the American citizenry: their real property,
   wealth, assets and productivity that belongs to them was, in effect,

12  'pledged' by the government and placed at risk as the collateral for US
   debt, credit and currency for commerce to function.

13  TAKE NOTICE:

14  "–The United States went "Bankrupt" in 1933 and was declared so by
   President Roosevelt by Executive Orders 6073, 6102, 6111 and by
   Executive order 6260 on March 9, 1933 (see: Senate Report 93–549 pgs.

15  187 & 594), under the "Trading With The Enemy Act" (Sixty-Fifth
   Congress, Sess. I, Chs. 105, 106, October 6, 1917), and as Codified at

16  12 U.S.C.A. 95a On May 23, 1933, Congressman, Louis T. McFadden
   brought formal charges against the Board of Governors of the Federal

17  Reserve Bank system, the Comptroller of the Currency and the Secretary
   of the United States Treasury for criminal acts. The petition for

18  Articles of Impeachment was thereafter referred to the Judiciary
   Committee, and has yet to be acted upon. (See: Congressional Record pp.

19  4055-4058) Congress confirmed the Bankruptcy on June 5, 1933, and
   impaired the obligations and considerations of contracts through the

20  'Resolution To Suspend The Gold Standard And Abrogate The Gold Clause,
   June 5, 1933", (See: House Joint Resolution 192 73rd Congress, 1st

21  session) The several States of the Union pledged the faith and credit
   thereof to the aid of the National Government…"

22  DECLARATION OF CAUSE AND NECESSITY TO ABOLISH AND DECLARATION OF
   SEPARATE AND EQUAL STATION – Dated 9-21-92 on "U.S. Bankruptcy" – by

23  John Nelson

24  This is well documented in the actions of Congress and the President at
   that time and in the Congressional debates that preceded the adoption

25  of the re-organizational measures:

Senate Document No. 43, 73rd Congress, 1st Session, stated; "Under the

new law the money is issued to the banks in return for Government

obligations, bills of exchange, drafts, notes, trade acceptances, and

banker's acceptances. The money will be worth 100 cents on the dollar,

because it is backed by the credit of the nation. It will represent a

mortgage on all the homes and other property of all the people in the

Nation." (Which lawfully belongs to these private citizens.)


TAKE NOTICE:


080305 – {randuminSupportofPetitiontoRetirePreviousBonds080305USDC}, Page 3 of 26

1  "… 31 USC Section 5118 (d) (2) provided for many years that a
2  requirement of repayment of debt in a particular kind of coin or
3  currency could be made by legal tender. As of October 27, 1977, legal
4  tender for discharge of debt is no longer required. That is because
5  legal tender is not in circulation at par with the promises to pay
6  credit. Negotiable Instruments via Guaranty Trust of New York vs.
7  Henwood, et al 59 S CT 847 (1933), 307 U.S. 847 (1939), FN3 NOS 384,
8  485 holds that 31 U.S.C. 5118 was enacted to remedy the specific evil
9  of tying debt to any particular currency or requiring payment in a
10 grater number of dollars than promised. Since October 27, 1977, there
11 can be no requirement of repayment in legal tender either, since legal
12 tender was not loaned and repayment need only be made in equivalent
13 kind:  A  negotiable  instrument  representing  credit,  i.e.;  an
14 International Bill of Exchange..."

15

16 The National Debt is defined as "mortgages on the wealth and income of
17 the people of a country." (Encyclopedia Britannica, 1959.) Their
18 wealth, …. their income, to wit:

19     March 9, 1933 – PAGE 83 – CONGRESSIONAL RECORD – HOUSE

20 "If the Republican Party had released itself from the clutches of Wall
   Street and expanded the currency immediately after the Stock-market
21 crash in 1929 or within a year after the crash, our people would have
   been saved from this awful money panic. Our President will doubtless
22 ask amendments to this new law when conditions are more normal and
   when it is better understood. Under the new law the money is issued to
23 the banks in return for Government obligations, bill of exchange,
   drafts, notes, trade acceptances, and banker's acceptances. The money
24 will be worth 100 cents on the dollar, because it is backed by the
   credit of the Nation. It will represent a mortgage on all the homes
25 and other property of all the people in the Nation."
   (emphasis added) [Mortgage equals a Lien!]

— E.R. 1491


Again, the reorganization is evidenced by:
the Emergency Banking Act, March 9, 1933, House Joint Resolution 192,
June 5, 1933 (public law 73-10) and the Series of Executive Orders that
surrounded them:
6073– Reopening of Banks. Embargo on Gold Payments and Exports, and
Limitations on Foreign Exchange Transactions.
6111–Transactions in foreign exchange are permitted under Governmental
Supervision. April 20, 1933
6102 – Forbidding the hoarding of gold coin, gold bullion and gold
certificates. April 5, 1933.


TAKE NOTICE:


080305 – [randuminSupportofPetitiontoRetirePreviousBonds080305USDC], Page 4 of 26

1  At the signing of Coinage Act on July 23, 1965, Lyndon B. Johnson
2  stated in his press Release that:

3

4  "When I have signed this bill before me, we will have made the first
5  fundamental change in our coinage in 173 Years. The Coinage Act of
6  1965 supersedes the Act of 1792. And that Act had the title: An Act
7  Establishing a Mint and Regulating the Coinage of the United States…"
8  "Now I will sign this bill to make the first change in our coinage
9  system since the 18th Century. To those members of Congress, who are
10  here on this historic occasion, I want to assure you that in making
11  this change from the 18th Century we have no idea of returning to it."

12

13  On December 23, 1913, Congress had passed "An Act to provide for the
    establishment of Federal reserve banks, to furnish an elastic currency
14  to afford a means of rediscounting commercial paper, to establish a
    more effective supervision of banking in the United States, and for
15  other purposes". The Act is commonly known as the "Federal Reserve
    Act".
16  One of the purposes for enacting the Federal Reserve Act was:
    (3) to authorize "hypothecation" of obligations including "United
17  States bonds or other securities which Federal reserve Banks are
    authorized to hold" under Section 14(a); 12 USC; ch. 6, 38 Stat. 251
18  Sect 14(a)

19  The term "hypothecation" as stated in Section 14(a) of the Act is
    defined:
20  "1. Banking. Offer of stocks, bonds, or other assets owned by a
    party other than the borrower as collateral for a loan, without
21  transferring title. If the borrower turns the property over to the
    lender who holds it for safekeeping, the action is referred to as a
22  pledge. If the borrower retains possession, but gives the lender the
    right to sell the property in event of default, it is a true
23  hypothecation.
    2. Securities. The pledging of negotiable securities to
24  collateralize a broker's margin loan. The broker pledges the same
    securities to a bank as collateral for a broker's loan, the process
25  is referred to as rehypothecation."
    [Dictionary of Banking Terms, Fitch, pg. 228 (1997)]

As seen from the definitions, in hypothecation there is equitable risk
to the actual owner.


        Section 16 of the current Federal Reserve Act, which is codified
at 12 USC 411, declares that "Federal Reserve Notes" are "obligations
of the United States".


        However, as to 'notes' of more specifically:

The "giving of a (federal reserve) note does not constitute payment."

(See: Echart v Commissioners C.C.A., 42 F2d 158).

080305 — [randuminSupportofPetitiontoRetirePreviousBonds080305USDC], Page 5 of 26

The use of a (federal reserve) 'Note' is only a promise to pay. (See: Fidelty Savings v Grimes, 131 P2d 894).

That; Legal Tender (federal reserve) Notes are not good and lawful money of the United States.  (See: Rains v State, 226 S.W. 189).

That; Federal Reserve Notes are valueless. (See: IRS Codes Section 1.1001-1 (4657) C.C.H.)

That; (federal reserve) 'Notes do not operate as payment in the absence of an agreement that they shall constitute payment.' (See: Blachshear Mfg. Co. v Harrell, 12 S.E. 2d 766).

That; Jerome Daly vs. First National Bank of Montgomery, Minn., Justice Martin V. Mahony. Credit River Township, December 7-9, 1968; Ruled that Federal Reserve Notes were fiat money and not legal tender.

    So we see the "full faith and credit" of the United States: which is the substance of the American citizenry: their real property, wealth, assets and productivity that belongs to them, is thereby hypothecated and rehypothecated by the United States Corporation to its obligations  as well as to the Federal Reserve for the issuance and backing of Federal Reserve Notes as legal tender "for all taxes, customs, and other public dues".

TITLE 12 > CHAPTER 3 > SUBCHAPTER XII > Sec. 411.

Sec. 411. - Issuance to reserve banks; nature of obligation; redemption
    Federal Reserve notes, to be issued at the discretion of the Board of Governors of the Federal Reserve System for the purpose of making advances to Federal reserve banks through the Federal reserve agents as hereinafter set forth and for no other purpose, are authorized. The said notes shall be obligations of the United States and shall be receivable by all national and member banks and Federal reserve banks and for all taxes, customs, and other public dues.

The commerce and credit of the nation continues on today under financial reorganization (Bankruptcy) as it has since 1933, still backed by the assets and wealth of the American people: at risk for the government's obligations and currency.

080305 — [randumInSupportofPetkiontoRetirePreviousBonds080305USDC], Page 6 of 26

Under the 14th amendment and numerous Supreme Court precedents, as well as in equity, Private property can not be taken or pledged for public use without just compensation, or due process of law . The United States can not pledge or risk the property and wealth of its private citizens, for any government purpose without legally providing them remedy to recover what is due them on their risk.

This principle is so well established in English common law and in the history of American jurisprudence. The 14th amendment provides: "no person shall be deprived of property without due process of law". And Courts have long ruled to have one's property legally held as collateral or surety for a debt even when he still owns it and still has it is to deprive him of it since it is at risk and could be lost for the debt at any time.

The United States Supreme Court said, in United States v. Russell [13 Wall, 623, 627] "Private property, the Constitution provides, shall not be taken for public use without just compensation."

"The right of subrogation is not founded on contract. It is a creature of equity; is enforced solely for the purpose of accomplishing the ends of substantial justice; and is independent of any contractual relations between the parties." Memphis & L. R. R. Co. v. Dow, 120 U.S. 287, 301-302 (1887).

The rights of a surety to recovery on his risk or loss when standing for the debts of another was reaffirmed again as late as 1962 in Pearlman v. Reliance Ins. Co., 371 U.S. 132 when the Court said:

 – "sureties compelled to pay debts for their principal have been deemed entitled to reimbursement, even without a contractual promise ...And probably there are few doctrines better established...."

Black's Law Dictionary, 5th edition, defines "surety"; "One who undertakes to pay or to do any other act in event that his principal fails therein. Everyone who incurs a liability in person or estate for the benefit of another, without sharing in the consideration, stands in the position of a "surety."

Constitutionally and in the laws of equity, the United States could not borrow or pledge the property and wealth of its private citizens, put at risk as collateral for its currency and credit without legally providing them equitable remedy for recovery of what is due them.

The United States government, of course, did not violate the law or the Constitution in this way, in order to collateralize its financial

1   reorganization, but did, in fact, provide such a legal remedy so that
2   it has been able to continue on since 1933 to hypothecate the private
3   wealth and assets of those classes of persons by whom it is owned, at
4   risk backing the government's obligations and currency, by their
5   implied consent, through the government having provided such remedy, as
6   defined and codified above, for recovery of what is due them on their
7   assets and wealth at risk.

8

9   The provisions for this are found in the same act of "Public Policy",
10   HJR-192 Public Law 73-10 that suspended the gold standard for our
     currency, abrogated the right to demand payment in gold, and made
     Federal Reserve notes for the first time legal tender, "backed by the
11   substance or "credit of the nation".

12

13   All US currency since that time is only credit against the real
     property, wealth and assets belonging to the private sovereign American
14   people, taken and/or 'pledged' by THE UNITED STATES to its secondary
     creditors as security for its obligations. Consequently, those backing
15   the nation's credit and currency could not recover what was due them by
     anything drawn on Federal Reserve notes without expanding their risk
16   and obligation to themselves. Any recovery payments backed by this
     currency would only increase the public debt its citizens were
17   collateral for, which an equitable remedy was intended to reduce, and
     in equity would not satisfy anything. And there was no longer actual
18   money of substance to pay anybody.

19   There are other serious limitations on our present system. Since the
20   institution of these events, for practical purposes of commercial
21   exchange, there has been no actual money in circulation by which debt
22   owed from one party to another can actually be repaid.
23   Federal Reserve Notes, although made legal tender for all debts public
24   and private in the reorganization, can only discharge a debt. Debt must
25   be "payed" with value or substance (i.e. gold, silver, barter, labor,
     or a commodity). For this reason HJR-192 (1933), which established the
     "public policy" of our current monetary system, repeatedly uses the
     technical term of "discharge" in conjunction with "payment" in laying
     out public policy for the new system. A debt currency system cannot pay
     debt.

     So from that time to the present, commerce in the corporate UNITED
     STATES and among sub-corporate subject entities has had only debt note
     instruments by which debt can be discharged and transferred in
     different forms. The unpaid debt, created and/or expanded by the plan

1   now carries a **public liability** for collection in that when debt is
2   discharged with debt instruments, (i.e. Federal Reserve Notes
3   included), by our commerce, debt is inadvertently being expanded
4   instead of being cancelled, thus increasing the public debt. A
5   situation potentially fatal to any economy.

7   Congress and government officials who orchestrated the public laws and
8   regulations that made the **financial reorganization** anticipated the long
9   term effect of a debt based financial system which many in government
10  feared, and which we face today in servicing the interest on trillions
11  upon trillions of dollars in US Corporate public debt and in this same
12  act made provision not only for the **recovery remedy** to satisfy equity
13  to its Sureties, but to **simultaneously resolve this problem as well.**

15  Since it is, in fact, the real property, wealth and assets of that
16  class of persons that is the substance backing all the other
17  obligations, currency and credit of THE UNITED STATES and such
18  currencies could not be used to reduce its obligations for equity
19  interest recovery to its Principals and Sureties, HJR-192 further made
20  the **"notes of national banks** "and **"national banking associations"** on a
21  **par with its other currency and legal tender obligations,**

23  The commerce and credit of the nation continues on today under
24  financial reorganization (Bankruptcy) as it has since 1933, still
25  backed by the assets and wealth of the American people: at risk for the
    government's obligations and currency.

    Under the 14th amendment and numerous Supreme Court precedents, as well
    as in equity, Private property can not be taken or pledged for public
    use **without just compensation,** or **due process of law** . The United
    States can not pledge or risk the property and wealth of its **private**
    citizens, for any **government** purpose without legally providing them
    **remedy** to recover what is due them on their **risk.**

    This principle is so well established in English common law and in the
    history of American jurisprudence. The 14th amendment provides: "no
    person shall be **deprived of** property without **due process of law**". And
    Courts have long ruled to have one's property legally held as
    080305 — [MemorandumInSupportofPetitiontoRetirePreviousBonds080305USDC], Page 9 of 26

1    collateral or surety for a debt even when he still owns it and still
     has it is to deprive him of it since it is at risk and could be lost
2    for the debt at any time.

3

4    The United States Supreme Court said, in United States v. Russell [13
     Wall, 623, 627] "Private property, the Constitution provides, shall not
5
     be taken for public use without just compensation." "The right of
6
     subrogation is not founded on contract. It is a creature of equity; is
7
     enforced   solely   for   the   purpose   of   accomplishing   the   ends   of
8
     substantial justice; and is independent of any contractual relations
9
     between the parties." Memphis & L. R. R. Co. v. Dow, 120 U.S. 287, 301-
10
     302 (1887).
11

12   Now; TITLE 31 , SUBTITLE IV , CHAPTER 51 , SUBCHAPTER I , Sec. 5103.
13   says,

14   Legal   tender   -   United   States   coins   and   currency   (including   Federal
     reserve  notes  and  circulating  notes  of  Federal  reserve  banks  and
15   national banks) are legal tender for all debts, public charges, taxes,
     and dues. (emphasis added)
16   But this official definition for 'legal tender' was first established
     in HJR-192 (1933) in the same act that made federal reserve notes and
17   notes of national banking associations  legal tender.

18                          Public Policy HJR-192
                       JOINT RESOLUTION TO SUSPEND THE GOLD
19                      STANDARD AND ABROGATE THE GOLD CLAUSE,
                                  JUNE 5, 1933
20                      H.J. Res. 192, 73rd Cong., 1st Session
     Joint resolution to assure uniform value to the coins and currencies of
21                            the United States.

22   (b)   As  used  in  this  resolution,  the  term  "obligation"  means  an
     obligation (including every obligation of and to the United States,
23   excepting currency) payable in money of the United States; and the term
     "coin  or  currency"  means  coin  or  currency  of  the  United  States,
24   including  Federal  Reserve  notes  and  circulating  notes  of  Federal
     Reserve banks and national banking associations.
25
          "All coins and currencies of the United States (including Federal
     Reserve  notes  and  circulating  notes  of  Federal  Reserve  banks  and
     national  banking  associations)  heretofore  or  hereafter  coined  or
     issued,  shall  be  legal  tender  for  all  debts,  for  public  and  private,
     public charges, taxes, duties, and dues,"
     [USC  Title  12.221  Definitions  -  "The  terms  "national  bank"  and
     "national  banking  association"...shall  be  held  to  be  synonymous  and
     interchangeable."]
     "notes  of  national  banks"  or  "national  banking  associations"   have
     continuously been maintained in the official definition of legal tender
     since June 5, 1933 to the present day, when the term never been
     used to define "currency or "legal tender" before that.


     Prior to 1933 the forms of currency in use that were legal tender were
     many and varied:

     080305 — [randumInSupportofPetitiontoRetirePreviousBonds080305USDC], Page 10 of 26

1  -United States Gold Certificates - United States Notes - Treasury

2  Notes - Interest bearing notes -Gold Coins of United States - Standard

3  silver dollars - Subsidiary silver coins - minor coins

4  -Commemorative coins -

5

6  But the list did not include federal reserve notes or notes of national

7  banks or national banking associations despite the fact national bank

8  notes were a common medium of exchange or "currency" and had been,

9  almost since the founding of our banking system and were backed by

10  United States bonds or other securities on deposit for the bank with

11  the US Treasury.

12  Further, from the time of their inclusion in the definition they have

13  been phased out until presently all provisions in the United States

14  Code pertaining to incorporated federally chartered National Banking

15  institutions issuing, redeeming, replacing and circulating notes have

16  all been repealed:

17

18  USC TITLE 12 > CHAPTER 2 - NATIONAL BANKS

19  SUBCHAPTER V - OBTAINING AND ISSUING CIRCULATING NOTES

20     Sec. 101 to 110. Repealed. Pub. L. 103-325, title VI, Sec. 602a5-11

21  f2-4A, g9, Sept. 23, 1994, 108 Stat. 2292, 2294

22  SUBCHAPTER VI - REDEMPTION AND REPLACEMENT OF CIRCULATING NOTES

23     Sec. 121. Repealed. Pub. L. 103-325, title VI, Sec. 602f4B, Sept.

24  23, 1994, 108 Stat. 2292

25     Sec. 121a. Redemption of notes unidentifiable as to bank of issue

     Sec. 122. Repealed. Pub. L. 97-258, Sec. 5b, Sept. 13, 1982, 96
Stat. 1068

     Sec. 122a. Redeemed notes of unidentifiable issue; funds charged
against

     Sec. 123 to 126. Repealed. Pub. L. 103-325, title VI, Sec. 602e12,
13, f4C, 6, Sept. 23, 1994, 108 Stat. 2292, 2293

     Sec. 127. Repealed. Pub. L. 89-554, Sec. 8a, Sept. 6, 1966, 80
Stat. 633

As stated in "Money and Banking", 4th edition, by David H. Friedman,
publ. by the American Bankers Association, page 78, "Today commercial
banks no longer issue currency, ..."

1  It is clear, federally incorporated banking institutions subject to the
2  restrictions and repealed provisions of Title 12, are _not_ those
3  primarily referred to maintained in the current definition of "legal
4  tender".

5

6  From **AFFIDAVIT** of **Walker F. Todd**:  From my study of historical and
7  economic writings on the subject, I conclude that a common
8  misconception about the nature of money unfortunately has been
9  perpetuated in the U.S. monetary and banking systems, especially since
10  the 1930s.  In classical economic theory, once economic exchange has
11  moved beyond the barter stage, there are two types of money: money of
12  _exchange_ and money of _account_.  For nearly 300 years in both Europe
13  and the United States, confusion about the distinctiveness of these
14  two concepts has led to persistent attempts to treat money of account
15  as the equivalent of money of exchange. In reality, especially in a
16  fractional reserve banking system, a comparatively small amount of
17  money of exchange (e.g., gold, silver, and official currency notes)
18  may support a vastly larger quantity of business transactions
19  denominated in money of account. The sum of these transactions is the
20  sum of credit extensions in the economy.  With the exception of
21  customary stores of value like gold and silver, the monetary base of
22  the economy largely consists of credit instruments. **Against this**
23  **background, I conclude that the Note, despite some language about**
24  **"lawful money" explained below, clearly contemplates both disbursement**
25  **of funds and eventual repayment or settlement in money of account,**
**that is, money of exchange, would be welcome but is not required to**
**repay or settle the Note). -** _Legal tender_, **a related concept but one**
**that is economically inferior to** _lawful money_ **because it allows**
**payment in instruments that cannot be redeemed for gold or silver on**
**demand, has been the form of money of exchange commonly used in the**
**United States since 1933, ...** _Legal tender under the Uniform Commercial_
_Code (U.C.C.),_ **Section 1-201 (24) (Official Comment), is a concept**
**that sometimes surfaces in cases of this nature.. The referenced**
**Official Comment notes that the definition of** _money_ **is not limited to**
_legal tender_ **under the U.C.C. -- .  The narrow view that money is**

1  limited to legal tender is rejected."  .Thus, I conclude that the

2  U.C.C. tends to validate the classical theoretical view of money.

3

4  Again, citing the Benwood case; "_Negotiable Instruments via Guaranty

5  Trust of New York vs. Benwood, et al 59 S CT 847 (1933), 307 U.S. 847

6  (1939), FN3 NOS 384, 485 holds that 31 U.S.C. 5118 was enacted to

7  remedy the specific evil of tying debt to any particular currency or

8  requiring payment in a greater number of dollars than promised. Since

9  October 27, 1977, there can be no requirement of repayment in legal

10 tender either, since legal tender was not loaned and repayment need

11 only be made in equivalent kind: A negotiable instrument representing

12 credit, i.e.; an International Bill of Exchange..."

13

14 Or as otherwise stated; NO ONE TODAY CAN MAKE DEMAND IN PAYMENT IN ANY

15 SPECIFIC COIN OF CURRENCY!

16

17 The legal statutory and professional definitions of "bank", "banking",

18 and "banker" used in the United States Code and Code of Federal

19 Regulations are not those commonly understood for these terms and have

20 made the statutory definition of "Bank" accordingly:

21

22 UCC 4-105 PART 1 "Bank" means a person engaged in the business of

23 banking,"

24

25 12 CFRSec. 229.2 Definitions (e) Bank means—"the term bank also
   includes any person engaged in the business of banking,"

   12 CFR Sec. 210.2 Definitions. (d)" Bank means any person engaged in
   the business of banking."

       USC Title 12 Sec. 1813. —Definitions of Bank and Related Terms.
   (1) Bank. – The term ''bank'' – (A) "means any national bank, State
   bank, and District bank, and any Federal branch and insured branch;"

   Black's Law Dictionary, 5th Edition, page 133, defines a "Banker" as:
   "In general sense, person that engages in business of banking. In
   narrower meaning, a private person____; who is engaged in the business
   of banking without being incorporated.   Under some statutes, an

080305 — [randumInSupportofPetitiontoRetirePreviousBonds080305USDC], Page 13 of 26

1  individual banker, as distinguished from a "private banker", is a

2  person who, having complied with the statutory requirements, has

3  received authority from the state to engage in the business of banking,

4  while a private banker is a person engaged in banking without having

5  any special privileges or authority from the state. "

6

7  "Banking"- Is partly and optionally defined as "The business of issuing

8  notes for circulation . . . . , negotiating bills."

9  Black's Law Dictionary, 5th Edition, page 133, defines "Banking":

10  "The business of banking, as defined by law and custom, consists in the

11  issue of notes … intended to circulate as money…

12  And defines a "Banker's Note" as:

13  "A commercial instrument resembling a bank note in every particular

14  except that it is given by a private banker or unincorporated banking

15  institution."

16  Federal Statute does not specifically define "national bank" and

17  "national banking association" in those sections where these uses are

18  legislated on to exclude a private banker or unincorporated banking

19  institution.

20      It does define these terms to the exclusion of such persons in

21  the chapters and sections where the issue and circulation of notes by

22  national banks has been repealed or forbidden.

23

24      "In the absence of a statutory definition, courts give terms

25  their ordinary meaning. "Bass, Terri L. v. Stolper, Koritzinsky, 111

F.3d 1325, 7th Cir. Apps. (1996).


      As the U.S. Supreme Court noted, "We have stated time and again
that courts must presume that a legislature says in a statute what it
means and means in a statute what it says there." See, e.g., United
States v. Ron Pair  Enterprises, Inc., 489 U.S. 235, 241 -242 (1989);
United States v. Goldenberg,168 U.S. 95, 102 -103 (1897);

      "The legislative purpose is expressed by the ordinary meaning of
the words used. "Richards v. United States, 369 U.S.1 (1962).


Therefore, as noted above, the legal definitions relating to 'legal
tender' have been written by Congress and maintained  as such to be
080305 – [randamainSupportofPetitiontoRetirePreviousBonds080305USDC]. Page 14 of 26

1   both exclusive, where necessary, and inclusive, where appropriate, to
2   provide in its statutory definitions of legal tender for the inclusion
3   of all those, who by definition of private, unincorporated persons
4   engaged in the business of banking to issue notes against the
5   obligation of the United States for recovery on their risk, whose
6   private assets and property are being used to collateralize the
7   obligations of the United States since 1933, as collectively and
8   nationally constituting a legal class of persons being a "national
9   bank" or "national banking association" with the right to issue such
10   notes against THE Obligation of THE UNITED STATES for equity interest
11   recovery due and accrued to these Principals and Sureties of the
12   United States backing the obligations of US currency and credit;  as a
13   means for the legal tender discharge of lawful debts in commerce as
14   remedy due them in conjunction with US obligations to the discharge of
15   that portion of the public debt,  which is provided for in the present
16   financial reorganization still in effect and ongoing since 1933. [12
17   USC 411, 18 USC 8, 12 USC;  ch. 6, 38 Stat. 251 Sect 14(a), 31 USC
18   5118, 3123. with rights protected under  the 14th Amendment of the
19   United States Constitution, by the U.S. Supreme Court  in United States
20   v. Russell (13 Wall, 623, 627), Pearlman v. Reliance  Ins. Co., 371
21   U.S. 132,136,137  (1962), The  United  States  v.  Hooe, 3  Cranch
22   (U.S.)73(1805), and in conformity with the U.S. Supreme Court 79 U.S.
23   287  (1870),  172 U.S.48 ( 1898), and as confirmed at 307 U.S.
24   247(1939).]

25   HJR- 192 further declared  – "every provision which purports to give
the obligee a right to require payment in gold or a particular kind of
coin or currency… is declared to be against  Public Policy; and no such
provision shall be – made with respect to any obligation hereafter
incurred."

Making way for discharge and recovery on US Corporate public debt due
the Principals and Sureties  of THE UNITED STATES providing as "public
policy"  for  the discharge of "every obligation", "including every
obligation OF and TO THE UNITED STATES", "dollar for dollar",  allowing
those backing the US financial reorganization to  recover  on it by
080305 – [randuminSupportofPetitiontoRetirePreviousBonds080305USDC]. Page 15 of 26

1  discharging an obligation they owed TO THE UNITED STATES or its sub-

2  corporate entities, against that same amount of obligation OF THE

3  UNITED STATES owed to them; thus providing the remedy for the discharge

4  and  orderly recovery of equity interest on US Corporate public debt

5  due the Sureties, Principles, and Holders of THE UNITED STATES,

6  discharging that portion of the public debt  without expansion of

7  credit, debt or obligation on THE UNITED STATES or these its prime-

8  creditors it was intended to satisfy equitable remedy to, but gaining

9  for each bearer of such note, discharge of obligation  equivalent in

10 value 'dollar for dollar' to any and all "lawful money of the United

11 States".

12

13 Those  who  constitute  an  association  nationwide  of  private,
   unincorporated  persons  engaged  in  the  business  of  banking  to  issue
14 notes against  these obligations of the United States due them; whose
   private property is at risk to collateralize the government's debt and
15 currency, by legal definitions,  a "national banking association"; such
   notes, issued against these obligations of the United States to that
16 part of  the public debt due its Principals and Sureties are required
   by law to be accepted as "legal tender" of payment for all debts public
17 and private, and, as we have seen, are defined in law as "obligations
   of the United States", on the same par and category with Federal
18 reserve notes and  other currency and legal tender obligations.

19 This is what is asserted in the tender presented to the bank for
20 deposit and the government has said nothing to the contrary.

21 Would we question that this is exactly what Congress has provided for

22 in these statutes and codes on the public debt and obligations of the

23 United States and that this is the remedy codified in statutory law and

24 definition we have cited here? Even though it is never discussed.

25

Under this remedy for discharge of the public debt and  recovery to its

Principals and Sureties, TWO debts that would have been discharged in

Federal Reserve debt note instruments or checks drawn on the same,

equally expanding the public debt by those transactions, are discharged

against a SINGLE public debt of the Corporate UNITED STATES and its

sub-corporate entities to its prime-creditor without the expansion [of

the debt] and use of Federal Reserve debt note instruments as currency

and credit, and so, without the expansion of debt and debt instruments

in the monetary system and the expansion of the public debt as burden

1    upon the entire financial system and its Principals, and Sureties the

2    recovery remedy was intended to relieve.

3

4    Apparently  their  use  is  for  the  discharge  and  non-cash  accrual

5    reduction  of  US  Corporate  public  debt  to  the  Principals,  Prime

6    Creditors and Holders of it as provided in law and the instruments will

7    ultimately  be  settled  by  adjustment  and  set-off  in  discharge  of  a

8    bearer's obligation TO THE UNITED STATES against the obligation OF THE

9    UNITED STATES for the amount of the instrument to the original creditor

10   it was tendered to or whomever or whatever institution may be the final

11   bearer and holder in due course of it, again, thus discharging that

12   portion of the public debt  without expansion of credit, debt or note

13   on the prime-creditors of THE UNITED STATES it was intended to satisfy

14   equitable  remedy  to,  but  gaining   for  each  endorsed  bearer  of  it

15   discharge  of  obligation   equivalent  in  value  'dollar  for  dollar'  of

16   currency, measurable in "lawful money of the United States".

17

18   Although this has been public policy as a remedy for the discharge of

19   debt  in  conjunction  with   removal  of  gold,  silver  and  real  money  as

20   legal tender currency by the same act of public policy in 1933, it has

21   been a difficult concept to communicate, for others to accept let alone

22   know  what  to  do  with  it,  so  it's  never  gained  common  use  and  for

23   obvious reasons the government has NEVER GIVEN THE AMERICAN PEOPLE FULL

24   DISCLOSURE  and  thereby  has  discouraged  public  understanding  of  the

25   remedy and recovery under it, explaining why it is little known and not

generally accessed by the public. But it is still an obligation the

United States has bound itself to, and has provided for in statutory

law,  and  the  United  States  still  accepts  these  non-cash  accrual

exchanges today as a matter of law and equity. So is the experience of

many who have attempted to access the remedy.

That the "public policies" of House Joint Resolution 192 of 1933 are

still in effect is evidenced by the other provisions of "public policy"

it established that we can see along with these discussed. No one would

attempt  to  demand  payment  in  gold  or  a  particular  kind  of  coin  or

currency in use or think to write such an obligation into a contract,

080305 — [randumInSupportofPetitiontoRetirePreviousBonds080305USDC], Page 17 of 26

1 because the gold standard for currency is still suspended and the
2 right to a 'gold clause' to require payment in gold is still
3 abrogated. Both are also part of "public policy" established in HJR-
4 192.

5

6 The practical evidence and fact of the United States' financial
7 reorganization (bankruptcy) is still ongoing today, visible all around
8 us to see and understand. When Treasury notes come due, they're not
9 paid. They are refinanced by new T-Bills and notes to back the currency
10 and cover the debts. ...something that cannot be done with debt
11 unless,... the debtor is protected from creditors in a bankruptcy
12 reorganization that is regularly being restructured to keep it going.

13

14 Every time the Federal debt ceiling is raised by Congress they are
15 restructuring the bankruptcy reorganization of the government's debt so
16 commerce can continue on.

17

18 For obvious reasons the United States government does not like having
19 to recognize all this. It is a very sensitive and delicate matter. And
20 few can speak or will speak authoritatively about it, as the bank has
21 found out.

22 The recovery remedy is maintained in law because it has to be to
   satisfy equity to its prime creditors. At this late time the United
23 States is neither expecting nor intending it to be generally accessed
   by the public. Regarding such instruments tendered to the Secretary,
24 when public officials are put in a position to legally acknowledge or
   deny the authority or validity of the instruments, those in
25 responsibility will not deny or dishonor it, or an instrument of
   discharge properly submitted for that purpose.

The issue is what has the government said about it now? What is its
policy in practice?
And how does it finally respond to such claims of which it receives
thousands every day?

It is a fact: Title 31 USC 3123 makes a statutory pledge of the United
States government to payment of obligations and interest on the public
debt.

TITLE 31 , SUBTITLE III , CHAPTER 31 , SUBCHAPTER II , Sec. 3123. -
Payment of obligations and interest on the public debt

(a) The faith of the United States Government is pledged to pay, in
legal tender, principal and interest on the obligations of the
Government issued under this chapter.

"(b) The Secretary of the Treasury shall pay interest due or accrued on
the public debt."

080305 — [mandaminSupportofPetitiontoRetirePreviousBonds080305USDC], Page 18 of 26

1  It is a fact:    Title 31 Section 3130 further delineates in its
2  definitions a portion of the total public debt which is held by the
   public as the "Net public debt"
3
   TITLE 31 > SUBTITLE III > CHAPTER 31 > SUBCHAPTER II > Sec. 3130.
4  Sec. 3130. - Annual public debt report
   (a) Definitions. -
5  (2) Total public debt. - The term ''total public debt'' means the total
   amount of the obligations subject to the public debt limit established
6  in section 3101 of this title.
7  (3) Net public debt. -
   The term ''net public debt'' means the portion of the total public debt
8  which is held by the public.
9  It is a fact: Section 3101 references guaranteed obligations held by
   the Secretary of the Treasury which are excepted and exempted from "the
10 face amount of obligations whose principal and interest are guaranteed
   by the United States Government"
11 Sec. 3101. - Public debt limit
12 (b)   The face amount of obligations issued under this chapter and the
   face amount of obligations whose principal and interest are guaranteed
13 by the United States Government (except guaranteed obligations held by
   the Secretary of the Treasury) may not be more than $5,950,000,000,000,
14 outstanding at one time, subject to changes periodically made in that
   amount as provided by law.
15 It is a fact: Every day the United States Treasury department receives
16 dozens or hundreds of such instruments making claims of this type.
   Obviously some are valid and some are not.
17
18 It is a fact:    There are only 3 official government directives or
19 alerts that address spurious,    fraudulent, fictitious, or otherwise
20 invalid,   instruments sent to the US Treasury for payment,   and only
21 one that officially states what is to be   official US government policy
22 and treatment of them if they are received, this is ALERT 99-10; which
23 is also published on the government   website for the United States
24 Treasury: www.publicdebt.treas.gov   under Frauds and Phonies, The
25 Office of the Comptroller of the Currency,   Enforcement & Compliance
   Division in ALERT 99-10 states:

   "Type: Suspicious Transactions":
   TO:   Chief Executive Officers of all National Banks; all State Banking
   Authorities; Chairman, Board of Governors of the Federal Reserve
   System; Chairman, Federal Deposit Insurance
   Corporation; Conference of State Bank Supervisors; Deputy Comptrollers
   (Districts); Assistant Deputy Comptrollers; District Counsel and
   Examining Personnel.

   RE:   Fictitious Sight Drafts payable through the U. S. Treasury

   It has been brought to our attention that certain individuals have been
   making and executing worthless paper documents which are titled "Sight
   Draft". These items state that   they are payable through the U. S.
   Treasury, 1500 Pennsylvania Avenue, NW, Washington, DC 20220. These
   instruments are being presented for   payment at banks and other
   businesses throughout the United States. Any of these instruments that
   are presented to the U. S. Treasury for payment will be returned to the

1   sender and copies will be provided to the appropriate law enforcement
    agencies." Dishonored.

2

3   This is in conformity with the Uniform Commercial Code that parties may
    rely on their presentment of obligations as settled unless given a
4   Notice of Dishonor, whether directly applicable to Treasury Dept.
    officers or not.

5

6   UCC 3-503. NOTICE OF DISHONOR

7   .-(b) Notice of dishonor may be given by any person; may be given by any
    commercially reasonable means, including an oral, written, or
8   electronic communication; and is sufficient if it reasonably identifies
    the instrument and indicates that the instrument has been dishonored or
9   has not been paid or accepted. Return of an instrument given to a bank
    for collection is sufficient notice of dishonor.

10

11  c) Subject to Section 3-504(c), with respect to an instrument taken for

12  collection notice of dishonor must be given... within 30 days following

13  the day on which the person receives notice of dishonor. With respect

14  to any other instrument, notice of dishonor must be given within 30

    days following the day on which dishonor occurs.

15

16  These instruments are never returned from the Treasury dishonored.
    It is a fact: There is no basis or reason or plausible explanation for
17  such unexplained silence with regard to these particular instruments.
    Every other branch of the federal government including the Dept. of the

18  Treasury has developed elaborate libraries of computer generated form

19  letters of statements and replies dealing with almost every possible

20  question or claim that could be made of any agency or department of the

21  Federal government. The United States Treasury has an Office of Public

22  Correspondence whose sole job it is to respond to communications from

23  the general public. THERE IS NO COMMUNICATION SENT TO THE UNITED STATES

24  TREASURY THAT CAN NOT BE RESPONDED TO AS IT MAY REQUIRE.

25  Many such categories of requests calling for response are far greater

    in number than claims in equity for recovery to a Prime-creditor over

    the United States and some categories are far fewer in number, and yet

    be the requests greater or smaller in number or in complexity of

    response required, all these of a commercial nature are regularly and

    timely responded to.

    There is virtually no written response by the Federal government to

    this issue of recovery to the prime-creditors and holders in equity

    over the United States. The factually observable position of the

    Secretary of the Treasury and his department in response to THIS type

1  of claim has been ABSOLUTE SILENCE be they from bank, business or

2  private person:

3  Not denial, disavowal, dishonor, or repudiation of such claims OR their
   basis in law and fact if they are not true, which in every other case
4  of correspondence to the Federal government or the Department of
   Treasury dealing with any question, request or claim: ANY SUCH FALSE
5  CLAIM, MISCONCEPTION OR MISTAKEN UNDERSTANDING ON THE PART OF THE
   GENERAL PUBLIC IS TIMELY DEALT WITH IN EVERY CASE BY SUCH FORM LETTERS.
6
   It is the duty of the United States Treasury to the commerce of the
7  nation and in the interests of the general public whom it serves to
   quickly and conclusively quash and repudiate any such false
8  understandings or claims of remedy in equity on recovery of the public
   debt in the commercial realm and it is easily within their power to do
9  so.

10 This despite the fact the only official US government directive from
   the Department of the Treasury dealing with policy of the government
11 toward fictitions or otherwise invalid instruments sent to the Treasury
   for collection states clearly "they will be returned to the sender."
12
   There is, therefore, no basis or reason or plausible explanation for
13 such unexplained silence with regard to this particular class of
   instrument except that a remedy in equity for recovery to the prime-
14 creditors over the United States IS true and factual and CANNOT BE
   DENIED or DISHONORED in equity, and that such Bills of Acceptance in
15 discharge of mutually offsetting obligations between the United States
   and its holders in equity as secured parties are, in fact, being kept,
16 held, and without return or dishonor, accepted as obligations of the
   United States in the discharge and recovery of the public debt as
17 they make claim on their face to the Secretary of the Treasury to be.
   How they are to be recovered on is up to the parties involved holding
18 such obligations and is provided for in law and regulation and
   administrative procedure a holder or its banking institution may use.

19

20 Following is the comment by Earl R. Koskella – Retired Bank

21 Foreclosure Officer, Peoria, Arizona – November 2005 on the matter of

22 'Bills of Exchange':

23 "Constitutionally and in the laws of equity, the United States could

24 not borrow, or pledge the property and wealth of its Private Citizens

25 [and] put at risk as collateral for its currency, and credit without

   legally providing these citizens equitable remedy for recovery of what

   is due them. Although it has been public policy as a remedy for the

   discharge of debt in conjunction with [the] removal of gold and

   silver, and "Real" money as legal tender currency by the same Act of

   Public Policy [HJR-192] in 1933.

   It has been a difficult concept to communicate to others to accept

   and to know what to do with it, so it never gained common use. This

   is not a popular subject with the U.S. Government, and for obvious

   reasons, the government has discouraged public understanding of what

   has taken place and the available remedy and recovery.

080305 – [memdumInSupportofPetitiontoRetirePreviousBonds080305USDC], Page 21 of 26

It is therefore little known, and rarely accessed by the public. It [the Bill of Exchange and/or Promissory Note] is still an obligation of the United States which it has bound itself to, and has provided for in statutory law. The United States ''Government' still accepts these non-cash accrual exchanges today as a matter of law and equity. It involves no moving of [so-called] money, but a paper debit/credit exchange. This has been the experience of knowledgeable citizens who have proceeded to access the remedy.

The Recovery Remedy is maintained in Law, because it has to be, to satisfy its Prime Creditors [Secured Party Creditors].

Every branch of the Federal Government, including the Department of Treasury, has developed elaborate libraries of computer generated form letters of statements, and replies dealing with almost every possible question of claim that could be presented to any agency or department of the Federal Government. The United States Treasury has an 'Office of Public Correspondence' whose sole job is to respond to communications from the general public. There is no communication sent to the United States Treasury that cannot be responded to, as it may require.

When the United States Department of Treasury receives a Citizen's 'Bill of Exchange and or Promissory Note [via] in a *UCC Contract Trust Account Redemption process*, it takes it without responding to that Citizen. (Note: How many people who have sent them a Bill of Exchange or Promissory Note have ever gotten a response to their Bills of Exchange and or Promissory Note?) Remember; what they don't say is more important than what they do!) There is no basis or reason, or plausible explanation for the typical unexplained silence with regard to this particular class of instruments.

Except that a remedy in equity, for recovery to the Prime Creditor of the Unites States, is true and factual, cannot be denied or dishonored in equity. Such 'Bills of Exchange' in discharge of debt of mutual and off-setting obligations between the United States and it holders in equity, as 'Secured Parties', are, in fact being kept, held, and without return or dishonor, accepted as obligations of the United States in the Discharge and Recovery of Public Debt."

080305 — [MemdumInSupportofPetitiontoRetirePreviousBonds080305USDC], Page 22 of 26

### IN CONCLUSION:

1

2  When a Commercial Bank sends the instrument to the Secretary for discharge of its own obligations and a problem arises concerning the instrument, a commercial response of some kind is required. There is a legal liability of the government to a negotiable legal tender obligation upon the United States government sent to them for acceptance by a member Federal Reserve Bank after they received it and became responsible for it.

3

4

5

6  The Treasury has an obligation as a department of government serving the public interest to the bank which as a member of the Federal Reserve System that has a commercial obligation to an account holder and a 3rd party who tendered the item in payment to tell them that its not any good or its not going to be honored, even if they wanted to keep it for prosecution or investigation. This is in effect what the directive says the government will do if its no good. What does statutory law, regulation, or case law tell us about what that obligation is?

7

8

9

10

11  They do not dishonor it in any way by return of the item or the sending of any notice to that effect, or make request for additional information or time for examination of the instrument, or given a statement of explanation indicating the time frame for its review and settlement if it would be an inordinately lengthy time as longer than 60 days to finish with it. The instruments are being kept, held, and without return or dishonor, are accepted as an obligation of the United States in the discharge and recovery of the public debt as it makes claim on its face to be.

12

13

14

15

16  Put another way: If the bank had had to pay the item to honor its

17  customer agreement as if it had been a check, what would or could the

18  bank be trying to do with it to finally settle the account? The bank

19  needs to treat the Instrument tendered as an obligation of the United

20  States to the bank. The tender of these instruments discharge the

21  obligation of the debt for which they are delivered and the payee

22  becomes the new holder in due course and collection agent on the

23  instruments.

24

25  **THEREFORE:**

"Those who constitute an association nationwide of private, unincorporated persons engaged in the business of banking to issue notes against these obligations of the United States due them; whose private property is at risk to collateralize the government's debt and currency, by legal definitions,  a "national banking association"; such notes, issued against these obligations of the United States to that part of  the public debt due  its Principals and Sureties are required by law to be accepted as "legal tender" of payment for all debts public and private, and are defined in law as "obligations of the United States", on the same par and category with Federal reserve notes and other currency and legal tender obligations." (Page 8)

—and citing 'State and Federal Tender of Statutes as codified in the UCC and State level commercial code sections:

Oregon Revised Statute 81.010 Effect of unaccepted offer in writing to pay or deliver. An offer in writing to pay a particular sum of money or to deliver a written instrument or specific personal property is, if not accepted, equivalent to the actual production and tender of the money, instrument or property.

1  Section 3-603 of the Uniform Commercial Code (UCC) says, "If tender of
2  payment of an obligation to pay an instrument is made to a person
   entitled to enforce the instrument and the tender is refused, there is
3  discharge, to the extent of the amount of the tender..."

4        Summary of the use of Commercial Paper/Instruments including

5            Bills of Exchange (Bonded Promissory Notes)

6            as they relate to the discharge of all debts.

7

8  THAT, the various and numerous references to Case Law, Legislative
9  History, State and Federal Statutes/Codes, Federal Reserve Bank
10 Publications, supreme Court decisions, the Uniform Commercial Code,
11 U.S. constitution, State constitutions, and general recognized maxims
12 of Law as cited herein and throughout all documentation relating to
13 Bills of Exchange and or Promissory Notes, notes, drafts, etc., (i.e.
14 money, legal tender, currency) establish the following:

15      (a) That, the U.S. federal government did totally and completely
16 debase the organic, lawful, constitutional coin of the several States
17 and the United States. (and the States agreed and capitulated!)

18      (b) That, the federal government and the several united States
19 have, and continue, to breach the express mandates of Article I, §§ 8
20 & 10 of the federal Constitution regarding the minting and circulation
21 of lawful coin.

22      (c) That, the lawful coin (i.e., organic medium of exchange) and
23 former ability to PAY debts - has been replaced with fiat, paper
24 currency, with a limited capacity to only DISCHARGE and or Setoff
25 debts.

        (d) That, the Congress of the United States did legislate and
   provide the American people a remedy/means to discharge and or setoff
   all debts "dollar for dollar" via HJR 192 - due to the declared
   Bankruptcy of the corporate United States and the abolishment of
   constitutional coin.

        (e) That, the corporate United States, the several States of the
   Union, intergovernmental organizations, and other nations of the
   world, recognize this current, circulating medium of exchange as
   commercial paper/instruments, negotiable or non-negotiable, the same

1  being accepted as legal tender or money, etc., as set forth in the
2  Uniform Commercial Code.

3      (f) That, commercial paper/instruments in the form of a Bill of
4  Exchange and or Promissory Note as registered with the Secretary of
5  State and routed through the United States Department of Treasury, is
6  but another form of legal tender/money/currency.

7                                CAVEAT
8  Upon receipt of this MEMORANDUM on the use of 'International Bills of
9  Exchange and or Promissory Notes' and as personally mailed on March
10 ____, Two thousand and Eight, as witnessed by Richard ▇▇▇▇, Notary
11 Public, ▇▇▇▇▇ Street, Oceanside, California state, and directed
12 to Henry M Paulson, Jr., Secretary of the Treasury, as the intended
13 party, or any other intended party(ies) by as an "Officer/EMPLOYEE" of
14 a Company/Corporation or government created agency/corporation, etc.,
15 and/or by and through your "superior knowledge of the law" or that of
16 your legal counsel, you have 30 days to review and correct any errors
17 within the 'Points and Authorities' within this Memorandum and respond
18 by Registered-U.S. Mail to the undersigned as to any corrections or
19 rebuttal to the Points and Authorities herein as may attach or apply
20 to the use and tender of International Bills of Exchange or
21 Promissory Notes. Failure to do so within the 30 days, allowing up to
22 three (3) days grace for return mail delivery, will place you and your
23 office in default, and the presumption will be taken upon the private
24 and public record that you, the above named officer, in/on behalf of
25 Internal Revenue Service, fully agree to the points and authorities
   contained within this Memorandum and that such becomes 'fact' and are
   true, correct, certain and complete. (F.R.C.P. 8d) as they do operate
   within the United States in respect to the U.S. Bankruptcy, the
   National Emergency and pursuant to all other laws, statutes including
   but not limited to the Uniform Commercial Code that the undersigned
   can only as Secured Party/Creditor, exercise the remedy provided by
   Congress and discharge/setoff fine(s), fee(s), tax(es), debt(s),
   judgment(s) or otherwise by the use and tender of 'International Bills
   of Exchange and/or Promissory Notes' and by the same and said laws,
   statutes as exhibited in this MEMORANDUM are required to accept said

080305 — [randumInSupportofPetitiontoRetirePreviousBonds080305USDC], Page 25 of 26

1   'instrument' and adjust the account to zero ('0') to show all account

2   entry/bookkeeping as 'paid in full' and notice the undersigned of the

3   completed commercial transaction.

4   Notice to Principal is Notice to agent and

5   Notice to agent is Notice to Principal.

6

7   RESPECTFULLY SUBMITTED this _13_ March, 2008.

8

9   

10  John
    c/o:                        Blvd.,
11  Suite
    Phoenix, Arizona state
12  Appearing Specially fro Per
    for this one act

13

14

15

16

17

18

19

20

21

22

23

24

25

## APPENDIX C - Bond being traded on the Stock Market



Quotes >

## Symbol Lookup

( HELP )

Please enter search criteria for the stock, mutual fund, index, or annuity you want to lookup:

Search for: [Mutual Fund ▼]  by: [Fund Number ▼]

Search Value: [9CR63321_____]  [ Search ]  [ Reset ]

You can use Symbol Lookup to find the following for a *Stock, Mutual Fund, Index or Annuity:*

* the full name of the security
* the trading symbol
* the CUSIP number
* the fund number

This information is provided for information purposes only and should not be used or construed as an indicator of future performance, an offer to sell, a solicitation of an offer to buy, or a recommendation for any security. Fidelity can not guarantee the suitability or potential value of any particular investment.

**Fidelity**

©Copyright 1998-2007 FMR Corp.
All rights reserved.
Terms of Use.

http://activequote.fidelity.com/mmnet/SymLookup.phtml/SymLookup.phtml

5/15/2008

Symbol Lookup

Page 1 of 1

Quotes >

## Symbol Lookup

(? HELP)

Please enter search criteria for the stock, mutual fund, index, or annuity you want to lookup:

Search for: [Mutual Fund ▼]  by: [Security Name ▼]

Search Value: [8CR63321                ]   [Search]  [Reset]

Click symbol for detailed quote:

| NAME | SYMBOL | CUSIP | FUND NUMBER |
|------|--------|-------|-------------|
| FIDELITY SELECT ELECTRONICS PT | FSELX | 316390663 | 8 |

This information is provided for information purposes only and should not be used or construed as an indicator of future performance, an offer to sell, a solicitation of an offer to buy, or a recommendation for any security. Fidelity can not guarantee the suitability or potential value of any particular investment.

**Fidelity**

©Copyright 1998-2007 FMR Corp.
All rights reserved.
Terms of Use.

http://activequote.fidelity.com/mmnet/SymLookup.phtml/SymLookup.phtml?QUOTE_TY...   5/15/2008

Fidelity: Delayed Mutual Fund Quote

Page 1 of 1

Quotes >

## Delayed Mutual Fund Quote   Login for Real-Time Quotes

(HELP)

**FIDELITY SELECT ELECTRONICS (FSELX)**

As of: 05/14/2008

| | | | |
|---|---|---|---|
| NAV | 42.64 | Offer Price (POP) | 42.64 |
| Net Change | +0.35 | Load % | 0.00% |
| Net Change % | +0.83% | Last Dividend (12/07/2007) | 0.1500 |
| Previous NAV | 42.29 | Last Cap Gain (12/07/2007) | 0.1200 |
| Previous NAV Date | 05/13/2008 | 30-Day Yield % | |
| Fund Number | 8 | | |

Quotes are displayed by Date/Time in Eastern time.

Trade | Chart | Research

Quotes are available for stocks, mutual funds, Fidelity's Select Portfolios®, indices, options, bonds and annuities. A maximum of 10 symbols may be entered separated by spaces or commas per request. Please enter any additional symbols in a separate request.

To quote an index, enter a "." before the symbol.
To quote an option, enter a "-" before the option symbol.
If you only know the underlying security symbol, go to Option Chain for a listing of options.

**Enter Ticker Symbol(s):**

FSELX

[ Quote ]   Symbol Lookup

To lookup a fixed-income security, search the inventory.



©Copyright 1998-2007 FMR Corp.
All rights reserved.
Terms of Use.

http://activequote.fidelity.com/webxpress/get_quote?QUOTE_TYPE=&SID_VALUE_ID...   5/15/2008

Fidelity: Delayed Mutual Fund Quote

Page 1 of 1

Quotes >

## Delayed Mutual Fund Quote  Login for Real-Time Quotes

⊕ HELP

**FIDELITY SELECT ELECTRONICS (FSELX)**                        As of: 05/14/2008

| | | | |
|---|---|---|---|
| NAV | 42.64 | Offer Price (POP) | 42.64 |
| Net Change | +0.35 | Load % | 0.00% |
| Net Change % | +0.83% | Last Dividend (12/07/2007) | 0.1500 |
| Previous NAV | 42.29 | Last Cap Gain (12/07/2007) | 0.1200 |
| Previous NAV Date | 05/13/2008 | 30-Day Yield % | |
| Fund Number | 8 | | |

Quotes are displayed by Date/Time in Eastern time.

Trade | Chart | Research

Quotes are available for stocks, mutual funds, Fidelity's Select
Portfolios®, indices, options, bonds and annuities. A maximum of 10
symbols may be entered separated by spaces or commas per request.
Please enter any additional symbols in a separate request.

To quote an index, enter a "." before the symbol.
To quote an option, enter a "-" before the option
symbol.
If you only know the underlying security symbol, go
to Option Chain for a listing of options.

**Enter Ticker Symbol(s):**

FSELX

Quote    Symbol Lookup

To lookup a fixed-income security, search the inventory.



©Copyright 1996-2007 FMR Corp.
All rights reserved.
Terms of Use.

http://activequote.fidelity.com/webxpress/get_quote?QUOTE_TYPE=&SID_VALUE_ID...   5/15/2008

Symbol Lookup

Quotes >

## Symbol Lookup

[ ⓘ HELP ]

Please enter search criteria for the stock, mutual fund, index, or annuity you want to lookup:

Search for: [Mutual Fund ▼] by: [Security Name ▼]

Search Value: [6Cr134604]      [Search]  [Reset]

Click symbol for detailed quote:

| NAME | SYMBOL | CUSIP | FUND NUMBER |
|------|--------|-------|-------------|
| FIDELITY ADVISOR DIVERSIFIED STOCK FUND CLASS O | FDESX | 316127109 | 6 |

This information is provided for information purposes only and should not be used or construed as an indicator of future performance, an offer to sell, a solicitation of an offer to buy, or a recommendation for any security. Fidelity can not guarantee the suitability or potential value of any particular investment.

**Fidelity**

©Copyright 1998-2007 FMR Corp.
All rights reserved.
Terms of Use.

http://activequote.fidelity.com/mmnet/SymLookup.phtml/SymLookup.phtml?QUOTE_TY...   5/15/2008

Fidelity - Delayed Mutual Fund Quote

Page 1 of 1

Quotes >

# Delayed Mutual Fund Quote  Login for Real-Time Quotes

(? HELP)

**FIDELITY ADVISOR DIVERSIFIED STOCK O (FDESX)**

As of: 05/14/2008

| | | | |
|---|---|---|---|
| NAV | 15.54 | Offer Price (POP) | |
| Net Change | ✦0.08 | Load % | 15.54 |
| Net Change % | ✦0.52% | Last Dividend (12/14/2007) | 0.00% |
| Previous NAV | 15.46 | Last Cap Gain (12/15/2000) | 0.1720 |
| Previous NAV Date | 05/13/2008 | 30-Day Yield % | 3.7800 |
| Fund Number | 6 | | |

Quotes are displayed by Date/Time in Eastern time.

Trade | Chart

Quotes are available for stocks, mutual funds, Fidelity's Select Portfolio®, indices, options, bonds and annuities. A maximum of 10 symbols may be entered separated by spaces or commas per request. Please enter any additional symbols in a separate request.

To quote an index, enter a "." before the symbol. To quote an option, enter a "-" before the option symbol. If you only know the underlying security symbol, go to Option Chain for a listing of options.

**Enter Ticker Symbol(s):**

FDESX

Symbol Lookup

To lookup a fixed-income security, search the inventory.



©Copyright 1998-2007 FMR Corp.
All rights reserved.
Terms of Use.

http://activequote.fidelity.com/webxpress/get_quote?QUOTE_TYPE=&SID VALUE ID...    5/15/2008

Fidelity.com navigation menu

Page 1 of 1

Log In   Open an Account

Accounts & Trade    Research    Retirement & Guidance    Investment Products    Your Profile    Cu

Thursday, May 1

Fidelity Investments: News & Quotes: Charts

## Charts

- **Primary Controls**

Time:
1-year

Frequency:
Daily

- **Optional Controls**

Index:
<None>

Symbol(s):

Moving Averages:
None

Upper Indicators:
<None>

Lower Indicators:
Volume

Price Display:
OHLC

Please enter the ticker symbol you want to obtain a chart on:

FDESX   [Draw Chart]   Symbol Lookup



Click symbol for a detailed quote: Trade

| SYMBOL | LAST | CHANGE | BID/NAV | ASK/POP | VOLUME | HIGH | LOW | DATE/TI |
|--------|------|--------|---------|---------|--------|------|-----|---------|
| FDESX | 15.54 | ▲ 0.06 | 15.54 | 15.54 | N/A | N/A | N/A | 05/14/20 |

Quotes are delayed at least 20 minutes and are reflected as composite quotes. Date/Time is Eastern time.

The chart is provided by BigCharts Inc. for information purposes only and should not be used or construed as an indicator of future performance, an offer to sell, a solicitation of an offer to buy, or a recommendation for any security. Neither Fidelity nor BigCharts Inc. guarantee the suitability or potential value of any particular investment.

BigCharts Inc. is not affiliated with any Fidelity company or affiliate. The information that was independently obtained and prepared by BigCharts Inc. has not been reviewed by Fidelity. Neither Fidelity nor BigCharts Inc. guarantee that the information is accurate, complete, or timely.

See the User Agreement for more information about your use of information found here.



©Copyright 1996-2007 FMR Corp.
All rights reserved.
Terms of Use.

https://fastquote.fidelity.com/mmnet/Charts.phtml?SID VALUE ID=FDESX

5/15/2008

# APPENDIX D — V.K. Durham Public Record



## V.K. DURHAM

| | |
|---|---|
| **From:** | "V.K. DURHAM" <vkdtdht@pionet.net> |
| **To:** | "Jack McCreery, U.S. SEC." <mccreery@sec.gov> |
| **Cc:** | "V.K. DURHAM" <vkdtdht@pionet.net> |
| **Sent:** | Monday, October 07, 2002 12.38 PM |
| **Subject:** | Filing of Public Record "Financial Statement" |

Jack McCreery, U.S. Security Exchange Commission
Washington, District of Columbia
via fax: (202)942-9555

and

Bureau of Public Debt, U.S. Dept. of the Treasury
Parkersburg, W.VA.

via fax: ((304)480-8601

Ref:  Filing Financial Report of Public Record this date, October 7, 2002 (affixed) copy.

Mr. McCreery and Bureau of Public Debt;

We did file of public record the December 28, 1988 Notarized Instruments relating to "Information Sciences Corporation"   STATEMENT OF VALUATION BY COMPUTER later substantiated by the U.S. Federal Reserve Bank, Los Angeles Cal. August 1989.

Also, a statement of "Who" Information Sciences Corporation is, WHAT they do, and WHO they represent for "evaluations and research" i.e., The U.S. Federal Government and Agencies, and WHERE the computations were done.

Hopefully, this will resolve any problems which may, might, would, could happen in the future.

We will be forwarding our ONE TRILLION DOLLAR USDA, Debt Swap/Debt Reduction by Certified Mail as quickly as possible.

I remain-

Yours truly,

V.K. DURHAM, CEO-SIGNATORY
THE DURHAM (INTL. LTD;) HOLDING TRUST (TIAS 12087)
PO Box 113
Ida Grove, Iowa 51445
Tel/Fax (712)364-3830

10/7/02

# APPENDIX E — Boom and Bust Cycle



### Currency Liquidity Chart
This is an event driven graph not time driven

**Currency**

**Commodities Au, Ag, Pt**

liquidity

As currency decreases in value, a return to basics, to base value will result in the liquidity/usage of commodities as a means of economic exchange.

Economic  desperation due to currency collapse

Currency Originally Issued by Quasi-Government. Value is zero until it is accepted by populace. Once the currency is monetized, expanded out of value or declared by its users to be of lack of value its value with descend towards zero value.



**Laborer debt**

1. credit/card
2. IRS tax debt
3. House
4. Auto

This lack of ability to alter the difference between what has been expanded and then contracted is known as the "Delta"

The "Delta"

Laborer goes into default and results in loss of credit rating, house, bank account by IRS levy/lien and eventually destroys family unit. This process is Satanic/Luciferian and run by the Masonic lodge members to "Prune the Rose Bush."



## Currency Banking Cycles

**Currency Supply Money of account $ lenders**

Time

**Manufacturing Production/ Service Industry**

Laborer property goes into foreclosure and Bankers collect assets to start over again. This process is conducted county by county and sometimes throughout the nation in order to seize human labor. All production starts with human labor.

**Loans/credit To manufacturing/ Service Industry**

**Labor cost/ salaries**

**Laborer debt**

1. credit/card
2. IRS tax debt
3. House
4. Auto

**Debt Load Remains constant**

Laborer goes into default and results in loss of credit rating, house, bank account by IRS levy/lien and eventually destroys family unit. This process is Satanic/Luciferian and run by the Masonic lodge members to "Prune the rose bush."

"When your outflow exceeds your income then your upkeep will be your downfall." Quote: C. U.

## APPENDIX F - California Birth Certificate

This is to certify that th
record filed with the Of

TERESITA TR
STATE REGISTRAR OF

This copy not valid unless

American Bank Note Company