Shawn Rice
P.O. Box 1092
Seligman, Arizona 86337

FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
                  OF RECORD

2012 JUL 13  A 9:43

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>SHAWN TALBOT RICE<br><br>Defendant. | Case No.: 2:09 – cr- 0078-JCM-RJJ – 2 and _____<br><br>Motion for Dismissal, Permanent Injunction, Publish and Seal, Clean and Redact Records, Issuance by US Treasury Debit Cards, Federal Concealed Weapons Permit.<br><br>Date: _____<br>Time: _____<br>Court: Room _____<br>Address: 333 North Las Vegas Blvd<br>Las Vegas, Nevada<br>JUDGE: Honorable _____ |

The Defendant motions the court to issue the attached orders for the reasons stated in the orders and notices the court that those orders will be the full and final damages to cover damages done to defendant for: defamation, false arrest, kidnapping, false incarceration, assault and battery, assault with deadly weapons, malicious institution of criminal proceedings, defrauding a creditor-in-fact, armed home invasion, domestic terrorism, torture, securities fraud, tax fraud, endangerment of endearment, among other crimes and misdemeanors committed by agents of plaintiff,

Said Orders do not negate responsibility of plaintiff to turn over all accounting records and

trust/ estates res related to defendant's revested estate.

It is hoped that the court and plaintiff will come to their senses, return to reality and civility as defendant is tendering said attached orders to accomplish harmony and peace in said relations.

THEREFORE the Defendant hereby moves this court for the equity and an order of the court for the release of the defendant.

Date: 13 July 2012

RESPECTFULLY SUBMITTED

Under reservation of all rights:

*[signature]*

Shawn Talbot: Rice, *pro per*
in "care of" general post-office box 1092.
nation arizona. seligman city. Rice province.
United States minor, outlying islands
near [86337-1092].

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA as TRUSTEE<br><br>Plaintiff,<br><br>vs.<br><br>SHAWN TALBOT RICE<br><br>Defendant. | Case No.: 2:09 - cr-0078-JCM-RJJ – 2 and 2:10- cr-00520-JCM-RJJ - 1<br><br>DISMISSAL ORDER<br><br>Date: _____<br>Time: _____<br>Court: Room _____<br>Address: 333 North Las Vegas Blvd<br>Las Vegas, Nevada<br>JUDGE: Honorable _____ |

## DISMISSAL ORDER

THE COURT having reviewed all pleadings, documents, communication, as well as Defendants revesting documents, tendered securities for Miller Act Penal Sum setoff and the Phoenix, Arizona Bankruptcy court notice of lack of liability against the defendant in this instant case; therefore

THE COURT recognizes defendants title revestment as of April 2001; and

THE COURT validates all tendered securities by defendant; and

THE COURT recognizes that plaintiff and all its agents, did not tender a Form B10 to the Phoenix , Arizona Bankruptcy Court, thereby admitting there is no liability against defendant ab initio and;

DISMISSAL ORDER        Case # 2:09 – cr- 0078-JCM-RJJ – 2 and 2:10 00520 RJJ   Page 1 of 2

THE COURT having recognized defendant's title revestment duly filed under UCC-1 recognizes that plaintiff was a debtor-in-fact to defendant as of April 2001 and that therefore misrepresented material facts prior to the initial grand jury of March 2009 and therefore appeared with bad faith and unclean hands and; therefore all subsequent actions, warrants, indictments, raids, arrests, incarcerations were conducted under color of law; and Therefore all indictments and warrants are hereby dismissed with prejudice; and

IT IS ORDERED Defendant, Shawn Talbot Rice, is ordered released from custody and:

IT IS ORDERED that all property taken from defendant is ordered returned within 10 days (meaning returned to defendant's home by Plaintiff);

IT IS ORDERED that this order may be deposited by Defendant into any bank of his choosing and that said bank shall take and make deposit of the case number securities value.

Done this _____ day of _____, 2012

Judge:_____

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA as TRUSTEE<br><br>Plaintiff,<br><br>vs.<br><br>SHAWN TALBOT RICE<br><br>Defendant. | Case No.: 2:09 – cr- 0078-JCM-RJJ – 2 and 2:10 – 00520-JCM-RJJ-1<br><br>ORDER FOR PERMANENT INJUNCTION<br><br>Date: _____<br>Time: _____<br>Court: Room _____<br>Address: 333 North Las Vegas Blvd<br>Las Vegas, Nevada<br>JUDGE: Honorable _____ |

## ORDER

THE COURT having dismissed said case and now having received communication that the defendant and his family, has been repeatedly harassed by agents of plaintiff for over ten (10) years,

THE COURT hereby orders that all officers, employees elected officials and instrumentalities of plaintiff as well as all Federal, State, Municipal and Special Municipal employees are hereby barred and enjoined from issuing any victimless regulatory infractions against Shawn Talbot Rice, and to ensure that his family members are not used as leverage by unscrupulous agents, as well as the following:

Kristin Leone Rice, Naomi Ya'el Rice, Noah Alexander Rice, Alexander Charles Rice, Pauline Clark Rice, Mary Mitchell, Allan Mitchell, Lance Young, Boni Young, Danika Young, Morgan Young, Robbrey Rattray, Dori Rattray, Shelby Rattray, Luke Rattray, in perpetuity and that the US State Department is ordered to issue to Shawn Talbot Rice, Kristin Leone Rice, Naomi Ya'el Rice, and Noah Alexander Rice diplomatic immunity passports and travel documents so that their Sovereign capacity is recognized, travel is not restricted, DHS and TSA are notified not to search their persons or property in their travels without court order, or restrict their travel in any way, shape or form.

Done so this _____ day of _____, 2012.

Judge_____

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>          Plaintiff,<br><br>vs.<br><br>SHAWN TALBOT RICE<br><br>          Defendant. | Case No.: 2:09 – cr- 0078-JCM-RJJ – 2 and<br>2:10 – cr-00520-JCM- RJJ- 1<br><br>ORDER TO PUBLISH AND SEAL<br><br>Date: _____<br>Time: _____<br>Court: Room _____<br>Address: 333 North Las Vegas Blvd<br>Las Vegas, Nevada<br>JUDGE: Honorable _____ |

## ORDER

THE COURT ORDERS that all news agencies, outlets, organizations, etc. that published reports of any kind regarding defendant's arrest in this case shall publish the following:

The Department of Justice reports that it was wrong to arrest Rabbi Shawn Rice in the Las Vegas, Nevada USDC, and apologizes for its actions in error. A private settlement in said case is pending and all records therein have been sealed.

THE COURT FURTHER ORDERS this case sealed.

Done so this _____ day of_____, 2012.

Judge: _____

ORDER TO PUBLISH AND SEAL     Case # 2:09 – cr- 0078-JCM-RJJ – 2 and 2:10-cr- 00520        Page 1 of 1

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEVADA

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>SHAWN TALBOT RICE<br><br>Defendant. | Case No.: 2:09 - cr- 0078-JCM-RJJ – 2 and<br>2:10 - cr-00520 -JCM-RJJ-1<br><br>ORDER TO CLEAN AND REDACT RECORDS<br><br>Date: _____<br>Time: _____<br>Court: Room _____<br>Address: 333 North Las Vegas Blvd<br>Las Vegas, Nevada<br>JUDGE: Honorable _____ |

## ORDER

The Court Orders all agencies including, but not limited to, the IRS, FBI, Yavapai County, DHS, to redact and remove all liens, levies, adverse reports of NCIC, NLETS, IRS, DHS Database, FBI databases, etc. therein within 60 days.

Done so this _____ day of _____, 2012

Judge _____

Order to Clean and Redact Records    Case # 2:09 – cr- 0078-JCM-RJJ – 2 and 2:10-cr-00520    Page 1 of 1

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA as TRUSTEE <br><br> Plaintiff, <br><br> vs. <br><br> SHAWN TALBOT RICE <br><br> Defendant. | Case No.: 2:09 – cr- 0078-JCM-RJJ – 2 <br> 2:10 – cr-00520-JCM- RJJ-1 <br><br> ISSUANCE BY US TREASURY Debit Cards to Defendant <br><br> Date: _____ <br> Time: _____ <br> Court: Room _____ <br> Address: 333 North Las Vegas Blvd <br> Las Vegas, Nevada <br> JUDGE: Honorable_____ |

## ORDER

THE COURT orders representatives of the U.S. Treasury to issue debit cards to Shawn Rice and Kristin Rice so that they have access to their revested estate in accordance with standard non-disclosure rules etc. and this court will hold the Secretary of the Treasury (1500 Pennsylvania Ave, Washington D.C.) personally responsible for failure to do so within 30 days.

Done this:_____ day of _____, 2012

Judge:_____

Issuance by U.S. Treasury Debit Cards    Page 1 of 1

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA as TRUSTEE<br><br>Plaintiff,<br><br>vs.<br><br>SHAWN TALBOT RICE<br><br>Defendant. | Case No.: 2:09 – cr- 0078-JCM-RJJ – 2 and 2:10-cr-00520 JCM-RJJ-1<br><br>ORDER Granting Federal Concealed Weapons Permit<br><br>Date: _____<br>Time: _____<br>Court: Room _____<br>Address: 333 North Las Vegas Blvd<br>Las Vegas, Nevada<br>JUDGE: Honorable _____ |

## ORDER

The Court having determined that defendant has been victimized by agents of plaintiff and others grants defendant and spouse (Kristin Rice) a Federal Concealed Weapons Permit such that either may carry a concealed weapon for self protection and protection of family members; and

Order Granting Federal Concealed Weapons Permit   Case # 2:09 – cr- 0078-JCM-RJJ – 2 and 2:10 –cr- 00520 RJJ   Page 1 of 2

THIS CAUSE having come before the Court and the Court having heard evidence and argument of the parties now therefore:

It Is Ordered that all law enforcement agencies and repositories that keep records for concealed weapons users shall make entry of this order acknowledging said permit as an unrestricted right and not a simple privilege and said order shall be entered into the Federal Register for public notice.

Done this _____ day _____, 2012

Judge:_____