Shawn Talbot: Rice
in "care of" general post-office box 1092.
nation arizona. seligman city. Rice province.
United States minor, outlying islands
near [86337-1092].

FILED     RECEIVED
ENTERED   SERVED ON

2012 JUL 18  P 3: 36

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case Number: 2:09-cr-0078-JCM-RJJ - 2 |
| Plaintiff / Respondent, | |
| vs. | List of Exhibits |
| SHAWN TALBOT RICE | |
| Defendant / Petitioner | |

## List of Exhibits

| | |
|---|---|
| Exhibit 06-29-2012 | Lodgment of Motive of Literary Writing *Lucifer's Paradise* |
| Exhibit 07-13-2012-1 | Lodgment of Partial Bankruptcy Records |
| Exhibit 07-13-2012-2 | Lodgment of Partial Revesting of Title Documents and Law Suit |
| Exhibit 07-06-2012-1 | Motion to Dismiss Failure to State a Claim, Memorandum on Subject Matter Jurisdiction, Clerk of USDC Court Record of Lien Search |
| Exhibit 07-06-2012-2 | Lodgment of Defendant Literary Writing *Memorandum of the 1099* |
| Exhibit 07-05-2012-1 | Motion to Dismiss 18 USC With National Archived Documents |

Exhibit 07-17-2012          Lodgment of Affidavits of Mail Delivery Discrepancies

a. Minute order 5 May, 2012

b. Minute order 4 June 2012

c. Affidavit of Kristin Rice with mail from USDC Clerk of Las Vegas and Envelopes attached

d. Affidavit of Elizabeth May

e. Affidavit of John Marsing

\
\
\

Respectfully Submitted this ___16___ day of ___July___ 2012.

_____Shawn J. Rice  pro per._____
Shawn Rice, Pro per

Respectfully Submitted, this ___18___ day of ___July___ 2012.

_____
Shawn Talbot Rice, Pro Per