**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

    Plaintiff,

VS.

SHAWN RICE,

    Defendant,

2:09-CR-00078-JCM-RJJ

MINUTES OF THE COURT

DATED:   July 23, 2012

PRESENT:

THE HONORABLE **JAMES C. MAHAN, UNITED STATES DISTRICT JUDGE**

DEPUTY CLERK: DENISE SAAVEDRA    COURT REPORTER: JOY GARNER

PRESENT FOR PLAINTIFF: GREGORY DAMM, AUSA AND JOSH BARRON, LAW CLERK

PRESENT FOR DEFENDANT: SHAWN RICE, PRO SE

BENCH TRIAL - DAY 1

    Proceedings begin at 9:20 a.m. IRS Special Agent Dave Lowe, FBI Agent Joel Willis. Defendant is present and waives his right to a Jury.

    Mr. Damm presents the Government's opening statement. Mr. Rice presents Defendant's opening statement.

    Proceedings recess from 10:33am-10:47 a.m.

    **FBI Special Agent Mark Aysta** is sworn to testify as a witness for the Government. Mr. Damm examines the witness. Government's exhibits 1, 2, 3, 4, 5, 6, 7, 15A, 12, 10, 8, and 16A are marked and admitted.

    Proceedings recess from 12:00 p.m. to 2:10 p.m.

    **FBI Special Agent Mark Aysta** resumes the witness stand. Mr. Damm examines the witness. Government exhibits 13, 24, 9, 17A, 18A, 11, and 19 are marked and admitted. Mr. Rice examines the witness. The witness is excused.

    Proceedings recess from 3:27p.m.-3:38 p.m.

    **Henderson Detective Denise Price** is sworn to testify as a witness for the Government. Mr. Damm examines the witness. Governments exhibits 19, 20, 21 are marked and admitted. Mr. Rice examines the witness. The witness is excused.

**USA VS. SHAWN RICE**
**2:09-CR-00078-JCM-RJJ**
**JULY 23, 2012**
**PAGE TWO**

_____

**US Petrial Officer Doris Honhongva** is sworn to testify as a witness for the Government. Mr. Barron examines the witness. Government exhibits 27, 28 are marked and admitted. Mr. Rice examines the witness. The witness is excused.

**IRS Special Agent Dave Lowe** is sworn to testify as a witness for the Government. Mr. Barron and Mr. Rice examine the witness. The witness is excused.

**FBI Special Agent Trevor Culbert** is sworn to testify as a witness for the Government. Mr. Barron and Mr. Rice examine the witness. The witness is excused.

Government has no more witnesses and rest. Government moves for introduction of Exhibits 25 and 26 on transcripts from Arizona I/A Appearances dated 12/23/2011 and 12/28/2011. Government also moves Video Transcripts exhibit 15B, 16B, 17B, and 18B and are admitted.

    **IT IS ORDERED that the bench trial is continued to July 24, 2012 at 9:00 A.M.**

    Court proceedings recess at 4:51p.m.

                              LANCE S. WILSON, CLERK
                                U.S. DISTRICT COURT

                              /s/ Denise Saavedra
                              DEPUTY CLERK