Shawn Talbot
In "care of" Temporary Mailing Location
General post office box 1092
Seligman, Arizona [86337]

2012 AUG 24  P 4: 22

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Shawn Talbot, as the united states in rem   )
et al libertas    )
   )
      Plaintiff    )
   )
  v    )
   )
UNITED STATES INC.,    )
NORTHERN HOLDING TRUST    )
COMPANY, A FRANCHISE OF    )
THE UNITED STATES INC.;    )
SECRETARY OF STATE OF    )
DELAWARE, A FRANCHISE OF THE  )
UNITED STATES INC.;    )
THE COMPANY CORPORATION, A  )
FRANCHISE OF THE UNITED STATES )
INC.; SMALL GOVERNMENT LOAN  )
SERVICE INC.,A FRANCHISE OF THE )
UNITED STATES INC.;    )
STATE OF NEVADA, A FRANCHISE OF )
THE UNITED STATES INC.,   )
CLARK COUNTY NEVADA, A   )
FRANCHISE OF THE UNITED STATES )
STATE OF ARIZONA, A FRANCHISE  )
OF THE UNITED STATES INC.,   )
YAVAPAI COUNTY, A FRANCHISE  )
OF THE UNITED STATES INC.,   )

File No. 2:09-cr-00078-JCM-RJJ
File No: 2:10-cr-00520-JCM-RJJ
File No. 2:12-bk-00787 RTBP


**Motion to Show Cause Re: Larceny**

R.A. MITCHELL, IRS AGENT                 )
JERRY YOUNG, IRS AGENT                   )
INGRID WADE, IRS AGENT                   )
JOHN GREGORY DAMM,                       )
DANIEL GERARD BOGDEN                      )
NICHOLAS D. DICKINSON                    )
DEBRA VAHE, IRS AGENT                     )
MACK ROMANGER                            )
MARK AYSTA (AKA MARK                     )
ANTONELLI,)                              )
TERRANCE JACKSON                         )
JAMES C. MAYAN                           )
ROBERT J JOHNSTON                        )
REDFIELD T. BAUM                         )
LESLIE M. HOFFMAN, CLERK                 )
RECORDER YAVAPAI COUNTY                  )
DOUG BROWN                               )
SCOTT MASCHER                            )
CAMILLE BIBLE                            )
LANCE S. WILSON                          )
TREVOR CULBURT                           )
MACDONALD E ROMMINGER                    )
DENISE PRICE                             )
DORIS HONHONGVA                          )
DAVE LOWE                                )
CHARLOTTE COLLINS                        )
JAMES ALLEN                              )
JOSH BARRON                              )
SHELIA SULLIVAN PORK                     )
MICHAEL KIMBRELL                         )
AND DOES 1-100 et al                     )
                                         )
              Defendant(s)               )
_____/

## Motion to Show Cause Re: Larceny of Property lost, mislaid and delivered by mistake

Comes now, Shawn Talbot, as the united states, in rem, et al. libertas upon Motion to Show

Cause Re: Larceny of Property lost, mislaid and delivered by mistake, whereby UNITED

STATES INC., SECRETARY OF STATE OF DELAWARE, A FRANCHISE OF THE

UNITED STATES INC.; THE COMPANY CORPORATION, A FRANCHISE OF THE

UNITED STATES INC.; SMALL GOVERNMENT LOAN SERVICE INC.,A FRANCHISE

OF THE UNITED STATES INC.; STATE OF NEVADA, A FRANCHISE OF THE UNITED

STATES INC., CLARK COUNTY NEVADA, A FRANCHISE OF THE UNITED STATES

INC.;  STATE OF ARIZONA, A FRANCHISE OF THE UNITED STATES INC.; YAVAPAI

COUNTY, A FRANCHISE  OF THE UNITED STATES INC.; JOHN GREGORY

DAMM, an individual and agent for the US Attorney's office, bar number 647; DANIEL

GERARD  BOGDEN, an individual and agent for U.S. Attorney's office, bar number 2137;

NICHOLAS D. DICKINSON, an individual and agent for U.S. Attorney's office; TERRANCE

JACKSON, an individual and agent of the FEDERAL PUBLIC DEFENDERS OFFICE

DISTRICT OF NEVADA; MICHAEL KIMBRELL, an individual and agent for the UNITED

STATES FEDERAL PUBLIC DEFENDERS OFFICE DISTRICT OF NEVADA;  LANCE S.

WILSON, an individual; and agent for the United States District Courts office of the Clerk of

Court; REDFIELD T. BAUM, U.S. Bankruptcy Court Judge, an individual, agent of a commercially

created administrator (Trier of Facts) in attempt to condemn the UNITED STATES BANKRUPTCY

COURT; DISTRICT OF ARIZONA; ROBERT J JOHNSTON, a Magistrate Judge, an individual,

agent of a commercially created administrator (Trier of Facts) in attempt to condemn the UNITED

STATES DISTRICT COURT DISTRICT OF NEVADA; JAMES C. MAYAN, Judge, an individual,

agent of a commercially created administrator (Trier of Facts) in attempt to condemn the UNITED

STATES DISTRICT COURT, DISTRICT OF NEVADA; NORTHERN TRUST HOLDING

CORPORATION a holding company of the INTERNAL REVENUE SERVICE; MACK

ROMANGER, an individual and agent of the FBI; MARK AYSTA (aka MARK ANTONELLI ), an

individual and agent of the FBI; TREVOR CULBURT, an individual and agent for the FBI;

MACDONALD E ROMMINGER, an individual and agent for the FBI; JERRY YOUNG, an

individual and agent of the IRS ID #26-10-392; INGRID WADE, An individual and agent of the IRS,

DEBRA VAHE an individual and agent of the IRS; LESLIE M. HOFFMAN, an individual and agent

d/b/a COUNTY CLERK RECORDER YAVAPAI COUNTY, ARIZONA; CAMILLE BIBLE, an

individual and agent for the UNITED STATES ATTORNEY OFFICE FLAGSTAF ARIZONA;

DENISE PRICE an individual and agent for the HENDERSON NEVADA POLICE

DEPARTMENT; DORIS HONHONGVA, an individual and agent for OFFICE OF U.S. PRETRIAL

SERVICES; JOSH BARRON, an individual and agent for JOHN GREGORY DAMM in the capacity

as law clerk for the Office of US Attorney; DAVE LOWE, an individual and agent for

DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE SUBSIDERARY OF

NORTHERN TRUST HOLDINGS CORPORATION; SHELIA SULLIVAN PORK, an individual

and agent of the YAVAPAI COUNTY DISTRICT ATTORNEY OFFICE, CHARLOTTE COLLINS,

an individual and d/b/a/ WARDEN FOR THE NEVADA SOUTHERN DETENTION CENTER;

JAMES ALLEN, an individual and agent for the UNITED STATES MARSHALS SERVICE

were made aware that the property described in Cause number(s) 2:09-cr-00078-JCM-RJJ, 2:10-

cr-00520-JCM-RJJ, 2:12-bk-00787 RTBP had been lost, or mislaid allowing an individual, agent of a

commercially created administrator (Trier of Facts) in attempt to condemn the UNITED STATES

DISTRICT COURT, UNITED STATES ATTORNEY OFFICE; DEPARTMENT OF THE

TREASURY INTERNAL REVENUE SERVICE, and the NEVADA SOUTHERN

DETENTION CENTER to Fraudulently occupy and possess aforementioned lands, suffering

Patent Infringement as per Public Law, whereby the creator has been subverted, where a

Franchise was created under Private Acts (Executive Order) and Acts of Commerce (various

Patent and Copyright Acts, contrary to Public Acts), want of Creation, to fraudulently occupy

and possess aforementioned lands wherein JAMES C. MAYAN an individual, agent of a commercially

created administrator (Trier of Facts) in attempt to condemn the UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, and ROBERT J JOHNSTON, Judge, an individual, agent of a commercially

created administrator (Trier of Facts) in attempt to condemn the UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA and JOHN GREGORY DAMM and DANIEL GERARD BOGDEN

personally and as Administrator of this Court maintained an unlawful and void seizure of the

land order delivering said property via Larceny by Trick, as Agency by Estoppel to FEDERAL

BUREAU OF INVESTIGATION, INTERNAL REVENUE SERVICE, and the UNITED STATES

ATTORNEY'S OFFICE, HENDERSON, POLICE DEPARTMENT and the NEVADA SOUTHERN

DETENTION CENTER located on Nevada.



Shawn Talbot
In "care of" Temporary Mailing Location
General post office box 1092
Seligman, Arizona [86337]

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| Shawn Talbot, as the united states in rem et al libertas | ) ) ) | |
| Plaintiff | ) ) | |
| v | ) ) | |
| UNITED STATES INC., NORTHERN HOLDING TRUST COMPANY, A FRANCHISE OF THE UNITED STATES INC.; SECRETARY OF STATE OF DELAWARE, A FRANCHISE OF THE UNITED STATES INC.; THE COMPANY CORPORATION, A FRANCHISE OF THE UNITED STATES INC.; SMALL GOVERNMENT LOAN SERVICE INC.,A FRANCHISE OF THE UNITED STATES INC.; STATE OF NEVADA, A FRANCHISE OF THE UNITED STATES INC., CLARK COUNTY NEVADA, A FRANCHISE OF THE UNITED STATES INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | File No. 2:09-cr-00078-JCM-RJJ<br>File No: 2:10-cr-00520-JCM-RJJ<br>File No. 2:12-bk-00787 RTBP<br><br><br>**Motion to Show Cause**<br>**Re: Larceny by Trick** |

R.A. MITCHELL, IRS AGENT                          )
JERRY YOUNG, IRS AGENT                            )
INGRID WADE, IRS AGENT                            )
JOHN GREGORY DAMM                                 )
DANIEL GERARD BOGDEN                              )
NICHOLAS D. DICKINSON                             )
DEBRA VAHE, IRS AGENT                             )
MACK ROMANGER                                     )
MARK AYSTA (AKA MARK                              )
ANTONELLI, )                                      )
TERRANCE JACKSON                                  )
JAMES C. MAYAN                                    )
ROBERT J JOHNSTON                                 )
REDFIELD T. BAUM                                  )
LESLIE M. HOFFMAN, CLERK                          )
RECORDER YAVAPAI COUNTY                           )
CORPORATION, A FRANCHISE OF THE )
UNITED STATES INC.,                               )
DOUG BROWN                                        )
SCOTT MASCHER                                     )
CAMILLE BIBLE                                     )
LANCE S. WILSON                                   )
TREVOR CULBURT                                    )
MACDONALD E ROMMINGER                             )
DENISE PRICE                                      )
DORIS HONHONGVA                                   )
DAVE LOWE                                         )
CHARLOTTE COLLINS                                 )
JAMES ALLEN                                       )
JOSH BARRON                                       )
SHELIA SULLIVAN PORK                              )
MICHAEL KIMBRELL                                  )
 And DOES 1- 100 et. al.                          )
                                                  )
          Defendant(s)                            )
_____/

## Motion to Show Cause Re: Larceny by Trick

Comes now, Shawn Talbot, as the united states, in rem, et al. libertas Upon Motion to Show

Cause Re: Larceny by Trick, whereby various Actors maintaining as Agency by Estoppel

UNITED STATES INC., SECRETARY OF STATE OF DELAWARE, A FRANCHISE OF

THE UNITED STATES INC.; THE COMPANY CORPORATION, A FRANCHISE OF THE

UNITED STATES INC.; SMALL GOVERNMENT LOAN SERVICE INC.,A FRANCHISE

OF THE UNITED STATES INC.; STATE OF NEVADA, A FRANCHISE OF THE UNITED

STATES INC., CLARK COUNTY NEVADA, A FRANCHISE OF THE UNITED STATES

INC.;  STATE OF ARIZONA, A FRANCHISE OF THE UNITED STATES INC.; YAVAPAI

COUNTY, A FRANCHISE  OF THE UNITED STATES INC.; JOHN GREGORY

DAMM, an individual and agent for the US Attorney's office, bar number 647; DANIEL

GERARD  BOGDEN, an individual and agent for U.S. Attorney's office, bar number 2137;

NICHOLAS D. DICKINSON, an individual and agent for U.S. Attorney's office; TERRANCE

JACKSON, an individual and agent of the FEDERAL PUBLIC DEFENDERS OFFICE

DISTRICT OF NEVADA; MICHAEL KIMBRELL, an individual and agent for the UNITED

STATES FEDERAL PUBLIC DEFENDERS OFFICE DISTRICT OF NEVADA;  LANCE S.

WILSON, an individual; and agent for the United States District Courts office of the Clerk of

Court; REDFIELD T. BAUM, U.S. Bankruptcy Court Judge, an individual, agent of a commercially

created administrator (Trier of Facts) in attempt to condemn the UNITED STATES BANKRUPTCY

COURT, DISTRICT OF ARIZONA; ROBERT J JOHNSTON, an individual, agent of a commercially

created administrator (Trier of Facts) in attempt to condemn the UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA; JAMES C. MAYAN, an individual, agent of a commercially

created administrator (Trier of Facts) in attempt to condemn the UNITED STATES DISTRICT COURT,

DISTRICT OF NEVADA; NORTHERN TRUST HOLDING CORPORATION a holding company of

the INTERNAL REVENUE SERVICE; MACK ROMANGER, an individual and agent of the FBI;

MARK AYSTA (aka MARK ANTONELLI ), an individual and agent of the FBI; TREVOR

CULBURT, an individual and agent for the FBI; MACDONALD E ROMMINGER, an

individual and agent for the FBI; JERRY YOUNG, an individual and agent of the IRS ID #26-

10-392; INGRID WADE, An individual and agent of the IRS, DEBRA VAHE an individual and

agent of the IRS; LESLIE M. HOFFMAN, an individual and agent d/b/a COUNTY CLERK

RECORDER YAVAPAI COUNTY, ARIZONA; CAMILLE BIBLE, an individual and agent for

the UNITED STATES ATTORNEY OFFICE FLAGSTAF ARIZONA; DENISE PRICE an

individual and agent for the HENDERSON NEVADA POLICE DEPARTMENT; DORIS

HONHONGVA, an individual and agent for OFFICE OF U.S. PRETRIAL SERVICES; JOSH

BARRON, an individual and agent for JOHN GREGORY DAMM in the capacity as law clerk for

the Office of US Attorney; DAVE LOWE, an individual and agent for DEPARTMENT OF THE

TREASURY INTERNAL REVENUE SERVICE SUBSIDERARY OF NORTHERN TRUST

HOLDINGS CORPORATION; SHELIA SULLIVAN PORK, an individual and agent of the

YAVAPAI COUNTY DISTRICT ATTORNEY OFFICE, CHARLOTTE COLLINS, an

individual and d/b/a/ WARDEN FOR THE NEVADA SOUTHERN DETENTION CENTER;

JAMES ALLEN, an individual and agent for the UNITED STATES MARSHALS SERVICE

were made aware that the property described in Cause number(s) 2:09-cr-00078-JCM-RJJ, 2:10-

cr-00520-JCM-RJJ, 2:12-bk-00787 RTBP had been lost, or mislaid allowing an individual, agent of a

commercially created administrator (Trier of Facts) in attempt to condemn the UNITED STATES

DISTRICT COURT, UNITED STATES ATTORNEY OFFICE; DEPARTMENT OF THE

TREASURY INTERNAL REVENUE SERVICE, and the NEVADA SOUTHERN

DETENTION CENTER have perpetrated a scheme to maintain Larceny by Trick of the Property

described in Cause number/File No. 2:09-cr-00078-JCM-RJJ, 2:10-cr-00520-JCM-RJJ and 2:12-

bk-00787 RTBP, signed by U.S ATTORNEY'S JOHN GREGORY DAMM and DANIEL

GERARD BOGDEN and FBI Agents MACK ROMANGER, MARK ANTONELLI, TREVOR

CULBURT, MACDONALD E ROMMINGER as individuals and agents for the FBI as well as

LANCE S WILSON Clerk of the Court for the an individual, agent of a commercially

created administrator (Trier of Facts) in attempt to condemn the UNITED STATES DISTRICT

COURT (Nevada)  within Conspiracy to Commit Embezzlement by Trick upon Title transfer under

(void) order to occur signed by JAMES C. MAYAN, ROBERT J JOHNSTON  File No. 2:09-cr-

00078-JCM-RJJ and or File No 2:10-cr-00520-JCM-RJJ authorized to Act as aforementioned

Fiduciary in Trust as an individual, agent of a commercially created administrator (Trier of Facts) in

attempt to condemn the UNITED STATES DISTRICT COURT.



Shawn Talbot
In "care of" Temporary
Mailing Location
General post office box 1092
Seligman, Arizona [86337]


# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| Shawn Talbot, as the united states in rem et al libertas | ) ) ) | File No. 2:09-cr-00078-JCM-RJJ File No: 2:10-cr-00520-JCM-RJJ File No. 2:12-bk-00787 RTBP |
| Plaintiff | ) | |
| v | ) ) | |
| UNITED STATES INC., NORTHERN HOLDING TRUST COMPANY, A FRANCHISE OF THE UNITED STATES INC.; SECRETARY OF STATE OF DELAWARE, A FRANCHISE OF THE UNITED STATES INC.; THE COMPANY CORPORATION, A SMALL GOVERNMENT LOAN SERVICE INC.,A FRANCHISE OF THE UNITED STATES INC.; STATE OF NEVADA, A FRANCHISE OF THE UNITED STATES INC., CLARK COUNTY NEVADA, A FRANCHISE OF THE UNITED STATES INC., R.A. MITCHELL, IRS AGENT JERRY YOUNG, IRS AGENT INGRID WADE, IRS AGENT JOHN GREGORY DAMM DANIEL GERARD BOGDEN NICHOLAS D. DICKINSON DEBRA VAHE, IRS AGENT | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **Motion to Show Cause Re: Larceny by Extortion** |

MACK ROMANGER                              )
MARK ANTONELLI,                            )
TERRANCE JACKSON                           )
JAMES C. MAYAN                             )
ROBERT J JOHNSTON              `           )
REDFIELD T. BAUM                           )
LESLIE M. HOFFMAN, CLERK                   )
RECORDER YAVAPAI COUNTY                    )
DOUG BROWN                                 )
SCOTT MASCHER                              )
CAMILLE BIBLE                              )
LANCE S. WILSON                            )
TREVOR CULBURT                             )
MACDONALD E ROMMINGER                      )
DENISE PRICE                               )
DORIS HONHONGVA                            )
DAVE LOWE                                  )
CHARLOTTE COLLINS                          )
JAMES ALLEN                                )
JOSH BARRON                                )
SHELIA SULLIVAN PORK                       )
MICHAEL KIMBRELL                           )
And DOES 1-100 et. al.                     )
                                           )
              Defendant(s)                 )
_____/

## Motion to Show Cause Re: Larceny by Extortion

Comes now, Shawn Talbot, as the united states, in rem, et al. libertas Upon Motion to Show Cause
Re: Larceny by Extortion whereby various Actors maintaining as Agency by Estoppel have:

1. Through the use of legal mechanism and Color of Law threatened to kidnap and maintain the
   Person of Shawn Talbot

2. Have accused the Person of Shawn Talbot of having committed an offense where no crime
   has occurred

3. Has held the Person of Shawn Talbot in Contempt within the Action of Criminal Coercion

4. Has taken and withheld official Action as a means of Criminal Coercion

5. Has brought about collective Unofficial Action, Condemning this Court.

6. Has testified-affirmed, provided, and withheld information with respect to the Person of Shawn Talbot's legal claims and defense.

7. Has inflicted various harms and in jury against the Man - Person of Shawn Talbot, injurious to the United States Incorporated as Franchise Holder within the Action of Sedition/Treason via Private Acts, and Acts of Commerce leaving this Court and any and all Actors, without Immunity as per the Restrictive Principle of Sovereign Immunity Doctrine.

8. Shawn Talbot, as the United States in rem, et. al. libertas, is to be made whole as the United States Incorporated and all Franchised 'states' have maintained under Patent Infringement as to Public Act, and default judgment is to be executed against parties named in the motions before this court.

Shawn Talbot
In "care of" Temporary Mailing Location
General post office box 1092
Seligman, Arizona [86337]

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| Shawn Talbot, as the united states in rem et al libertas | ) ) ) | |
| Plaintiff | ) ) ) | |
| v | ) ) | |
| UNITED STATES INC., NORTHERN HOLDING TRUST COMPANY, A FRANCHISE OF THE UNITED STATES INC.; SECRETARY OF STATE OF DELAWARE, A FRANCHISE OF THE UNITED STATES INC.; THE COMPANY CORPORATION, A FRANCHISE OF THE UNITED STATES INC., SMALL GOVERNMENT LOAN SERVICE INC.,A FRANCHISE OF THE UNITED STATES INC.; STATE OF NEVADA, A FRANCHISE OF THE UNITED STATES INC., CLARK COUNTY NEVADA, A FRANCHISE OF THE UNITED STATES INC., R.A. MITCHELL, IRS AGENT JERRY YOUNG, IRS AGENT | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | File No. 2:09-cr-00078-JCM-RJJ<br>File No: 2:10-cr-00520-JCM-RJJ<br>File No. 2:12-bk-00787 RTBP<br><br><br>**Motion to Show Cause Re:**<br>**Aggravated Larceny** |

INGRID WADE, IRS AGENT                    )
JOHN GREGORY DAMM                         )
DANIEL GERARD BOGDEN                      )
NICHOLAS D. DICKINSON                     )
DEBRA VAHE, IRS AGENT                     )
MACK ROMANGER                            )
MARK ANTONELLI,                          )
TERRANCE JACKSON                         )
JAMES C. MAYAN                           )
ROBERT J JOHNSTON                        )
REDFIELD T. BAUM                         )
LESLIE M. HOFFMAN, CLERK                 )
RECORDER YAVAPAI COUNTY                  )
DOUG BROWN                               )
SCOTT MASCHER                            )
CAMILLE BIBLE                            )
LANCE S. WILSON                          )
TREVOR CULBURT                           )
MACDONALD E ROMMINGER                    )
DENISE PRICE                             )
DORIS HONHONGVA                          )
DAVE LOWE                                )
CHARLOTTE COLLINS                        )
JAMES ALLEN                              )
JOSH BARRON                              )
SHELIA SULLIVAN PORK                     )
MICHAEL KIMBRELL                         )
And DOES 1-100 et. al.                   )
                                         )
                  Defendant(s)           )
_____/

## Motion to Show Cause Re: Aggravated Larceny

Comes now, Shawn Talbot as the united states, in rem, et al. libertas Upon Motion to Show

Cause Re:  Aggravated Larceny whereby various Actors maintaining as Agency by Estoppel

UNITED STATES INC., SECRETARY OF STATE OF DELAWARE, A FRANCHISE OF

THE UNITED STATES INC.; THE COMPANY CORPORATION, A FRANCHISE OF THE

UNITED STATES INC.; SMALL GOVERNMENT LOAN SERVICE INC.,A FRANCHISE

OF THE UNITED STATES INC.; STATE OF NEVADA, A FRANCHISE OF THE UNITED

STATES INC., CLARK COUNTY NEVADA, A FRANCHISE OF THE UNITED STATES

INC.;   STATE OF ARIZONA, A FRANCHISE OF THE UNITED STATES INC.; YAVAPAI

COUNTY, A FRANCHISE  OF THE UNITED STATES INC.; JOHN GREGORY

DAMM, an individual and agent for the US Attorney's office, bar number 647; DANIEL

GERARD  BOGDEN, an individual and agent for U.S. Attorney's office, bar number 2137;

NICHOLAS D. DICKINSON, an individual and agent for U.S. Attorney's office; TERRANCE

JACKSON, an individual and agent of the FEDERAL PUBLIC DEFENDERS OFFICE

DISTRICT OF NEVADA; MICHAEL KIMBRELL, an individual and agent for the UNITED

STATES FEDERAL PUBLIC DEFENDERS OFFICE DISTRICT OF NEVADA;  LANCE S.

WILSON, an individual; and agent for the United States District Courts office of the Clerk of

Court; REDFIELD T. BAUM, U.S. Bankruptcy Court Judge, an individual, agent of a commercially

created administrator (Trier of Facts) in attempt to condemn the UNITED STATES BANKRUPTCY

COURT, DISTRICT OF ARIZONA; ROBERT J JOHNSTON, an individual, agent of a commercially

created administrator (Trier of Facts) in attempt to condemn the UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA; JAMES C. MAYAN, an individual, agent of a commercially

created administrator (Trier of Facts) in attempt to condemn the UNITED STATES DISTRICT COURT,

DISTRICT OF NEVADA; NORTHERN TRUST HOLDING CORPORATION a holding company of

the INTERNAL REVENUE SERVICE; MACK ROMANGER, an individual and agent of the FBI;

MARK AYSTA (aka MARK ANTONELLI ), an individual and agent of the FBI; TREVOR

CULBURT, an individual and agent for the FBI; MACDONALD E ROMMINGER, an

individual and agent for the FBI; JERRY YOUNG, an individual and agent of the IRS ID #26-

10-392; INGRID WADE, An individual and agent of the IRS, DEBRA VAHE an individual and

agent of the IRS; LESLIE M. HOFFMAN, an individual and agent d/b/a COUNTY CLERK

RECORDER YAVAPAI COUNTY, ARIZONA; CAMILLE BIBLE, an individual and agent for

the UNITED STATES ATTORNEY OFFICE FLAGSTAF ARIZONA; DENISE PRICE an

individual and agent for the HENDERSON NEVADA POLICE DEPARTMENT; DORIS

HONHONGVA, an individual and agent for OFFICE OF U.S. PRETRIAL SERVICES; JOSH

BARRON, an individual and agent for JOHN GREGORY DAMM in the capacity as law clerk for

the Office of US Attorney; DAVE LOWE, an individual and agent for DEPARTMENT OF THE

TREASURY INTERNAL REVENUE SERVICE SUBSIDERARY OF NORTHERN TRUST

HOLDINGS CORPORATION; SHELIA SULLIVAN PORK, an individual and agent of the

YAVAPAI COUNTY DISTRICT ATTORNEY OFFICE, CHARLOTTE COLLINS, an

individual and d/b/a/ WARDEN FOR THE NEVADA SOUTHERN DETENTION CENTER;

JAMES ALLEN, an individual and agent for the UNITED STATES MARSHALS SERVICE

were made aware that the property described in Cause number(s) 2:09-cr-00078-JCM-RJJ, 2:10-

cr-00520-JCM-RJJ, 2:12-bk-00787 RTBP had been lost, or mislaid allowing an individual, agent of a

commercially created administrator (Trier of Facts) in attempt to condemn the UNITED STATES

DISTRICT COURT, UNITED STATES ATTORNEY OFFICE; DEPARTMENT OF THE

TREASURY INTERNAL REVENUE SERVICE, and the NEVADA SOUTHERN

DETENTION CENTER has maintained via Larceny by Trick, onslaught upon the Person(s) of

Shawn Talbot, and through use of this Court (Agency by Estoppel) wherein through the Action

of Bail, Maintaining Larceny by Extortion, U.S ATTORNEY'S JOHN GREGORY DAMM and

DANIEL GERARD BOGDEN and FBI Agents MACK ROMANGER, MARK ANTONELLI,

TREVOR CULBURT, MACDONALD E ROMMINGER and other actors has personally used,

as an officer of this court legal sanction to maintain a militia (sheriff, police, code enforcement,

state patrol) subjecting Shawn Talbot to Duress, Duress per minas, Duress of Goods, Duress of

the Person, and Moral Duress.



Shawn Talbot
In "care of" Temporary Mailing Location
General post office box 1092
Seligman, Arizona [86337]

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| Shawn Talbot, as the united states in rem et al libertas | ) ) ) | |
| Plaintiff | ) | |
| v | ) ) | |
| UNITED STATES INC., NORTHERN HOLDING TRUST COMPANY, A FRANCHISE OF THE UNITED STATES INC.; SECRETARY OF STATE OF DELAWARE, A FRANCHISE OF THE UNITED STATES INC.; THE COMPANY CORPORATION, A FRANCHISE OF THE UNITED STATES INC., SMALL GOVERNMENT LOAN SERVICE INC.,A FRANCHISE OF THE UNITED STATES INC.; STATE OF NEVADA, A FRANCHISE OF THE UNITED STATES INC., CLARK COUNTY NEVADA, A FRANCHISE OF THE UNITED STATES INC. R.A. MITCHELL, IRS AGENT JERRY YOUNG, IRS AGENT INGRID WADE, IRS AGENT JOHN GREGORY DAMM | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | File No. 2:09-cr-00078-JCM-RJJ<br>File No: 2:10-cr-00520-JCM-RJJ<br>File No. 2:12-bk-00787 RTBP<br><br><br><br><br><br><br><br><br>**Motion for Equitable Estoppel** |

DANIEL GERARD BOGDEN            )
NICHOLAS D. DICKINSON           )
DEBRA VAHE, IRS AGENT           )
MACK ROMANGER                   )
MARK ANTONELLI,                 )
TERRANCE JACKSON                )
JAMES C. MAYAN                  )
ROBERT J JOHNSTON               )
REDFIELD T. BAUM                )
LESLIE M. HOFFMAN, CLERK        )
RECORDER YAVAPAI COUNTY         )
DOUG BROWN                      )
SCOTT MASCHER                   )
CAMILLE BIBLE                   )
LANCE S. WILSON                 )
TREVOR CULBURT                  )
MACDONALD E ROMMINGER           )
DENISE PRICE                    )
DORIS HONHONGVA                 )
DAVE LOWE                       )
CHARLOTTE COLLINS               )
JAMES ALLEN                     )
JOSH BARRON                     )
SHELIA SULLIVAN PORK            )
MICHAEL KIMBRELL                )
And DOES 1-100 et. al,          )
                                )
                 Defendant(s)   )
_____/

## Motion for Equitable Estoppel

Comes now, Shawn Talbot as the united states, in rem, et al. libertas Upon Motion for Equitable

Estoppel, whereby Agency by Estoppel (F.B.I. and DOJ) created collateral obligation/accessorial

obligation via Commission/Ordinance by Private Acts, and Action of Commerce contrary to the

Commerce Clause within the United States Constitution, constituting Larceny by Trick, as Agency by

Estoppel (F.B.I. and D.O.J.) is also acting Fiduciary in Trust (United States District Court, District of

Nevada), wheretofore constituting Larceny by Extortion in the maintenance of Fraud upon This

Court, Criminal Coercion, Criminal Contempt of Court, Obstruction of Justice, Obtaining Property by

False Pretenses, Larceny, Grand Larceny, Larceny by Trick, Illegal Compensation, and or any and all criminal acts under Reserve of Prosecution.

**Relief required under Reserve:**

1. Removal of Interest and Claim of Agency by Estoppel by this, Notice of Express Dissent to Agency by Estoppel.

2. Shawn Talbot, is to be made Whole and without fetter or restraint, by Treatise, Bill of Attainder, Writ of Capias, Warrant, Commission, or Ordinance.

3. FEE SCHEDULE AS PER TREZERVANT v CITY OF TAMPA, at $ 65,217.00 per hour.

4. Shawn Talbot, as the united states in rem, et. al. libertas, is to be made whole as the United States Incorporated and all Franchised 'states' have maintained under Patent Infringement as to Public Act, and default judgment is to be executed against parties named in the motions before this court.

Shawn Talbot
In "care of" Temporary Mailing Location
General post office box 1092
Seligman, Arizona [86337]

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Shawn Talbot, as the united states in rem et al libertas      ) | |
|         ) | |
|            Plaintiff     ) | |

Shawn Talbot, as the united states in rem
et al libertas                                )
             Plaintiff          )
                      )
v                           )
                      )

UNITED STATES INC.,                           )
NORTHERN HOLDING TRUST                        )
COMPANY, A FRANCHISE OF                       )
THE UNITED STATES INC.;                       )
SECRETARY OF STATE OF                         )
DELAWARE, A FRANCHISE OF THE                  )
UNITED STATES INC.;                           )
THE COMPANY CORPORATION, A                    )
FRANCHISE OF THE UNITED STATES                )
INC., SMALL GOVERNMENT LOAN                   )
SERVICE INC.,A FRANCHISE OF THE               )
UNITED STATES INC.;                           )
STATE OF NEVADA, A FRANCHISE OF )
THE UNITED STATES INC.,                       )
CLARK COUNTY NEVADA, A                        )
FRANCHISE OF THE UNITED STATES                )
INC., OF AMERCIA                              )
R.A. MITCHELL, IRS AGENT                      )
JERRY YOUNG, IRS AGENT                        )
INGRID WADE, IRS AGENT                        )
JOHN GREGORY DAMM                             )

File No. 2:09-cr-00078-JCM-RJJ
File No: 2:10-cr-00520-JCM-RJJ
File No. 2:12-bk-00787 RTBP

**Admissions Statement**

DANIEL GERARD BOGDEN )
NICHOLAS D. DICKINSON )
DEBRA VAHE, IRS AGENT )
MACK ROMANGER )
MARK ANTONELLI, )
TERRANCE JACKSON )
JAMES C. MAYAN )
ROBERT J JOHNSTON )
REDFIELD T. BAUM )
LESLIE M. HOFFMAN, CLERK )
RECORDER YAVAPAI COUNTY )
DOUG BROWN )
SCOTT MASCHER )
CAMILLE BIBLE )
LANCE S. WILSON )
TREVOR CULBURT )
MACDONALD E ROMMINGER )
DENISE PRICE )
DORIS HONHONGVA )
DAVE LOWE )
CHARLOTTE COLLINS )
JAMES ALLEN )
JOSH BARRON )
SHELIA SULLIVAN PORK )
MICHAEL KIMBRELL )
And DOES 1- 100  et. al. )
 )
          Defendant(s) )

---

## Admissions Statement

Comes now, Shawn Talbot as the united states, in rem, et al. libertas to Admit onto Evidence, as Per Nevada Rules of Evidence; Part I, of the Cestui que vie act of 1666, whereby there is maintained a Motion to Show Cause re: Life.

**I.    Recital that Cestui que vies have gone beyond Sea, and that Reversioners cannot find out whether they are alive or dead.**

 "Whereas diverse Lords of Manours and others have granted Estates by Lease for one or more life or lives, or else for yeares determinable upon one or more life or lives And it hath often happened that

such person or persons for whose life or lives such Estates have beene granted have gone beyond the Seas or soe absented themselves for many yeares that the Lessors and Reversioners cannot finde out whether such person or persons be alive or dead by reason whereof such Lessors and Reversioners have beene held out of possession of their Tenements for many yeares after all the lives upon which such Estates depend are dead in regard that the Lessors and Reversioners when they have brought Actions for the recovery of their Tenements have beene putt upon it to prove the death of their Tennants when it is almost impossible for them to discover the same, For remedy of which mischeife soe frequently happening to such Lessors or Reversioners."



Shawn Talbot
In "care of" Temporary Mailing Location
General post office box 1092
Seligman, Arizona [86337]

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Shawn Talbot, as the united states in rem )
et al libertas                            )
            Plaintiff  )
                       )
v                                         )
                       )
UNITED STATES INC.,                       )    File No. 2:09-cr-00078-JCM-RJJ
NORTHERN HOLDING TRUST                    )    File No: 2:10-cr-00520-JCM-RJJ
COMPANY, A FRANCHISE OF                   )    File No. 2:12-bk-00787 RTBP
THE UNITED STATES INC.;                   )
SECRETARY OF STATE OF                     )
DELAWARE, A FRANCHISE OF THE              )
UNITED STATES INC.;                       )    **Admissions Statement**
THE COMPANY CORPORATION, A                )
FRANCHISE OF THE UNITED STATES            )
INC., SMALL GOVERNMENT LOAN               )
SERVICE INC.,A FRANCHISE OF THE           )
UNITED STATES INC.;                       )
STATE OF NEVADA, A FRANCHISE OF )
THE UNITED STATES INC.,                   )
CLARK COUNTY NEVADA, A                    )
FRANCHISE OF THE UNITED STATES            )
INC., OF AMERCIA                          )
R.A. MITCHELL, IRS AGENT                  )
JERRY YOUNG, IRS AGENT                    )

INGRID WADE, IRS AGENT                    )
JOHN GREGORY DAMM                         )
DANIEL GERARD BOGDEN                      )
NICHOLAS D. DICKINSON                     )
DEBRA VAHE, IRS AGENT                     )
MACK ROMANGER                            )
MARK ANTONELLI,                          )
TERRANCE JACKSON                         )
JAMES C. MAYAN                           )
ROBERT J JOHNSTON                        )
REDFIELD T. BAUM                         )
LESLIE M. HOFFMAN, CLERK                 )
RECORDER YAVAPAI COUNTY                  )
A FRANCHISE OF THE UNITED                )
STATES INC.,                             )
DOUG BROWN                               )
SCOTT MASCHER                            )
CAMILLE BIBLE                            )
LANCE S. WILSON                          )
TREVOR CULBURT                           )
MACDONALD E ROMMINGER                    )
DENISE PRICE                             )
DORIS HONHONGVA                          )
DAVE LOWE                                )
CHARLOTTE COLLINS                        )
JAMES ALLEN                              )
JOSH BARRON                              )
SHELIA SULLIVAN PORK                     )
MICHAEL KIMBRELL                         )
And DOES 1-100 et. al.                   )
                                         )
        Defendant(s)                     )
_____/

---

## Admissions Statement

Comes now, Shawn Talbot as the united states, in rem, et al. libertas to Admit onto Evidence, as per

Nevada Rules of Evidence,  the Cestui que vie act of 1666, whereby there is maintained the Remedy

on the Show Cause Motion, whereby  Shawn Talbot, herein, as Evidence, makes an Appearance,

before this Court as to Be Life/Living, and has henceforth shown Cause, rendering this Court to be

Condemned, and, as a Fictional entity (agency by estoppel) not necessary to Life, or the Living, but

of the dead.

"IV.   Provided alwayes That if any person or persons shall be evicted out of any Lands or Tenements by vertue of this Act, and afterwards if such person or persons upon whose life or lives such Estate or Estates depend shall returne againe from beyond the Seas, or shall on proofe in any Action to be brought for recovery of the same [to] be made appeare to be liveing; or to have beene liveing at the time of the Eviction That then and from thenceforth the Tennant or Lessee who was outed of the same his or their Executors Administrators or Assignes shall or may reenter repossesse have hold and enjoy the said Lands or Tenements in his or their former Estate for and dureing the Life or Lives or soe long terme as the said person or persons upon whose Life or Lives the said Estate or Estates depend shall be liveing, and alsoe shall upon Action or Actions to be brought by him or them against the Lessors Reversioners or Tennants in possession or other persons respectively which since the time of the said Eviction received the Proffitts of the said Lands or Tenements recover for damages the full Proffitts of the said Lands or Tenements respectively with lawfull Interest for and from the time that he or they were outed of the said Lands or Tenements, and kepte or held out of the same by the said Lessors Reversioners Tennants or other persons who after the said Eviction received the Proffitts of the said Lands or Tenements or any of them respectively as well in the case when the said person or persons upon whose Life or Lives such Estate or Estates did depend are or shall be dead at the time of bringing of the said Action or Actions as if the said person or persons where then liveing."







# Cestui Que Vie Act 1666

## 1666 CHAPTER 11 18 and 19 Cha 2

An Act for Redresse of Inconveniencies by want of Proofe of the Deceases of Persons beyond the Seas or absenting themselves, upon whose Lives Estates doe depend.

X1**Recital that Cestui que vies have gone beyond Sea, and that Reversioners cannot find out whether they are alive or dead.**

Whereas diverse Lords of Mannours and others have granted Estates by Lease for one or more life or lives, or else for yeares determinable upon one or more life or lives And it hath often happened that such person or persons for whose life or lives such Estates have beene granted have gone beyond the Seas or soe absented themselves for many yeares that the Lessors and Reversioners cannot finde out whether such person or persons be alive or dead by reason whereof such Lessors and Reversioners have beene held out of possession of their Tenements for many yeares after all the lives upon which such Estates depend are dead in regard that the Lessors and Reversioners when they have brought Actions for the recovery of their Tenements have beene putt upon it to prove the death of their Tennants when it is almost impossible for them to discover the same, For remedy of which mischeife soe frequently happening to such Lessors or Reversioners.

## Annotations: ❼

### Editorial Information

X1Abbreviations or contractions in the original form of this Act have been expanded into modern lettering in the text set out above and below.

### Modifications etc. (not altering text)

C1Short title "The Cestui que Vie Act 1666" given by Statute Law Revision Act 1948 (c. 62), Sch. 2

C2Preamble omitted in part under authority of Statute Law Revision Act 1948 (c. 62), Sch. 1

C3Certain words of enactment repealed by Statute Law Revision Act 1888 (c. 3) and remainder omitted under authority of Statute Law Revision Act 1948 (c. 62), s. 3

***[I.]Cestui que vie remaining beyond Sea for Seven Years together and no Proof of their Lives, Judge in Action to direct a Verdict as though Cestui que vie were dead.***

If such person or persons for whose life or lives such Estates have beene or shall be granted as aforesaid shall remaine beyond the Seas or elsewhere absent themselves in this Realme by the space of seaven yeares together and noe sufficient and evident proofe be made of the lives of such person or persons respectively in any Action commenced for recovery of such Tenements by the Lessors or Reversioners in every such case the person or persons upon whose life or lives such Estate depended shall be accounted as naturally dead, And in every Action brought for the recovery of the said Tenements by the Lessors or Reversioners their Heires or Assignes, the Judges before whom such Action shall be brought shall direct the Jury to give their Verdict as if the person soe remaining beyond the Seas or otherwise absenting himselfe were dead.

*II.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . *F1*

**Annotations:**❓

---

**Amendments (Textual)**

F1S. II repealed by Statute Law Revision Act 1948 (c. 62), **Sch. 1**

*III.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . *F2*

**Annotations:**❓

---

**Amendments (Textual)**

F2S. III repealed by Statute Law Revision Act 1863 (c. 125)

***IV If the supposed dead Man prove to be alive, then the Title is revested. Action for mean Profits with Interest.***

[X2Provided alwayes That if any person or [X3person or] persons shall be evicted out of any Lands or Tenements by vertue of this Act, and afterwards if such person or persons upon whose life or lives such Estate or Estates depend shall returne againe from beyond the Seas, or shall on proofe in any Action to be brought for recovery of the same [to] be made appeare to be liveing; or to have beene liveing at the time of the Eviction That then and from thenceforth the Tennant or Lessee who was outed of the same his or their Executors Administrators or Assignes shall or may reenter repossesse have hold and enjoy the said Lands or Tenements in his or their former Estate for and dureing the Life or Lives or soe long terme as the said person or persons upon whose Life or Lives the said Estate or Estates depend shall be liveing, and alsoe shall upon Action or Actions to be brought by him or them against the Lessors Reversioners or Tennants in possession or other persons respectively which since the time of the said Eviction received the Proffitts of the said Lands or Tenements recover for damages the full Proffitts of the said Lands or Tenements respectively with lawfull Interest for and from the time that he or they were outed of the said Lands or Tenements, and kepte or held out of the same by the said Lessors Reversioners Tennants or other persons who after the said Eviction received the Proffitts of the said Lands or Tenements or any of them respectively as well in the case when the said person or persons upon whose Life or Lives such Estate or Estates did depend are or shall be dead at the time of bringing of the said Action or Actions as if the said person or persons where then liveing.]

**Annotations:** 

**Editorial Information**

X2 annexed to the Original Act in a separate Schedule

X3 Variant reading of the text noted in The Statutes of the Realm as follows: O. omits [O. refers to a collection in the library of Trinity College, Cambridge]

Shawn Talbot
In "care of" Temporary Mailing Location
General post office box 1092
Seligman, Arizona [86337]

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Shawn Talbot, as the united states in rem )
et al libertas                             )
                                           )
                    Plaintiff              )
v                                          )
                                           )
                                           )
UNITED STATES INC.,                        )      File No. 2:09-cr-00078-JCM-RJJ
NORTHERN HOLDING TRUST                     )      File No: 2:10-cr-00520-JCM-RJJ
COMPANY, A FRANCHISE OF                    )      File No. 2:12-bk-00787 RTBP
THE UNITED STATES INC.;                    )
SECRETARY OF STATE OF                      )
DELAWARE, A FRANCHISE OF THE               )
UNITED STATES INC.;                        )      **Motion for Reparative Injunction**
THE COMPANY CORPORATION, A                 )
FRANCHISE OF THE UNITED STATES             )
INC., SMALL GOVERNMENT LOAN                )
SERVICE INC.,A FRANCHISE OF THE            )
UNITED STATES INC.;                        )
STATE OF NEVADA, A FRANCHISE OF )
THE UNITED STATES INC.,                    )
CLARK COUNTY NEVADA, A                     )
FRANCHISE OF THE UNITED STATES             )
INC., OF AMERCIA                           )
R.A. MITCHELL, IRS AGENT                   )
JERRY YOUNG, IRS AGENT                     )
INGRID WADE, IRS AGENT                     )
JOHN GREGORY DAMM                          )
DANIEL GERARD BOGDEN                       )
NICHOLAS D. DICKINSON                      )

DEBRA VAHE, IRS AGENT                    )
MACK ROMANGER                            )
MARK ANTONELLI,                          )
TERRANCE JACKSON                         )
JAMES C. MAYAN                           )
ROBERT J JOHNSTON                        )
REDFIELD T. BAUM                         )
LESLIE M. HOFFMAN, CLERK                 )
RECORDER YAVAPAI COUNTY                  )
A FRANCHISE OF THE UNITED                )
STATES INC.,                             )
DOUG BROWN                               )
SCOTT MASCHER                            )
CAMILLE BIBLE                            )
LANCE S. WILSON                          )
TREVOR CULBURT                           )
MACDONALD E ROMMINGER                    )
DENISE PRICE                             )
DORIS HONHONGVA                          )
DAVE LOWE                                )
CHARLOTTE COLLINS                        )
JAMES ALLEN                              )
JOSH BARRON                              )
SHELIA SULLIVAN PORK                     )
MICHAEL KIMBRELL                         )
And DOES 1-100                           )
                                         )
       Defendant(s)                      )
_____/

## Motion for Reparative Injunction

Comes now, Shawn Talbot, as the united states, in rem, et al. libertas Upon Motion for

Reparative Injunction whereby theft-bote has been maintained, within the Action of

Compounding a Crime, whereby borseholder UNITED STATES INC., SECRETARY OF

STATE OF DELAWARE, A FRANCHISE OF THE UNITED STATES INC.; THE

COMPANY CORPORATION, A FRANCHISE OF THE UNITED STATES INC.; SMALL

GOVERNMENT LOAN SERVICE INC.,A FRANCHISE OF THE UNITED STATES INC.;

STATE OF NEVADA, A FRANCHISE OF THE UNITED STATES INC., CLARK COUNTY

NEVADA, A FRANCHISE OF THE UNITED STATES INC.; STATE OF ARIZONA, A

FRANCHISE OF THE UNITED STATES INC.; YAVAPAI COUNTY, A FRANCHISE OF

THE UNITED STATES INC.; JOHN GREGORY DAMM, an individual and agent for the US

Attorney's office, bar number 647; DANIEL GERARD BOGDEN, an individual and agent for

U.S. Attorney's office, bar number 2137; NICHOLAS D. DICKINSON, an individual and agent

for U.S. Attorney's office; TERRANCE JACKSON, an individual and agent of the FEDERAL

PUBLIC DEFENDERS OFFICE DISTRICT OF NEVADA; MICHAEL KIMBRELL, an

individual and agent for the UNITED STATES FEDERAL PUBLIC DEFENDERS OFFICE

DISTRICT OF NEVADA; LANCE S. WILSON, an individual; and agent for the United States

District Court office of the Clerk of Court; REDFIELD T. BAUM, U.S. Bankruptcy Court Judge,

an individual, agent of a commercially created administrator (Trier of Facts) in attempt to condemn

the UNITED STATES BANKRUPTCY COURT, DISTRICT OF ARIZONA; ROBERT J JOHNSTON, an

individual, agent of a commercially created administrator (Trier of Facts) in attempt to condemn the

UNITED STATES DISTRICT COURT DISTRICT OF NEVADA; JAMES C. MAYAN, an individual,

agent of a commercially created administrator (Trier of Facts) in attempt to condemn the UNITED

STATES DISTRICT COURT, DISTRICT OF NEVADA; NORTHERN TRUST HOLDING

CORPORATION a holding company of the INTERNAL REVENUE SERVICE; MACK

ROMANGER, an individual and agent of the FBI; MARK AYSTA (aka MARK ANTONELLI)

,an individual and agent of the FBI; TREVOR CULBURT, an individual and agent for the FBI;

MACDONALD E ROMMINGER, an individual and agent for the FBI; JERRY YOUNG, an

individual and agent of the IRS ID #26-10-392; INGRID WADE, An individual and agent of the

IRS, DEBRA VAHE an individual and agent of the IRS; LESLIE M. HOFFMAN, an individual and agent d/b/a COUNTY CLERK RECORDER YAVAPAI COUNTY, ARIZONA; CAMILLE BIBLE, an individual and agent for the UNITED STATES ATTORNEY OFFICE FLAGSTAF ARIZONA; DENISE PRICE, an individual and agent for the HENDERSON NEVADA POLICE DEPARTMENT; DORIS HONHONGVA, an individual and agent for OFFICE OF U.S. PRETRIAL SERVICES; JOSH BARRON, an individual and agent for JOHN GREGORY DAMM in the capacity as law clerk for the Office of US Attorney; DAVE LOWE, an individual and agent for DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE SUBSIDERARY OF NORTHERN TRUST HOLDINGS CORPORATION; SHELIA SULLIVAN PORK, an individual and agent of the YAVAPAI COUNTY DISTRICT ATTORNEY OFFICE, CHARLOTTE COLLINS, an individual and d/b/a/ WARDEN FOR THE NEVADA SOUTHERN DETENTION CENTER; JAMES ALLEN, an individual and agent for the UNITED STATES MARSHALS SERVICE were made aware that the property described in Cause number(s) 2:09-cr-00078-JCM-RJJ, 2:10-cr-00520-JCM-RJJ, 2:12-bk-00787 RTBP had been lost, or mislaid allowing an individual, agent of a commercially created administrator (Trier of Facts) in attempt to condemn the UNITED STATES DISTRICT COURT, UNITED STATES ATTORNEY OFFICE; DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE, and the NEVADA SOUTHERN DETENTION CENTER as Fiduciary in Trust on behalf of Shawn Talbot, have perpetrated a scheme to maintain Larceny by Trick of the Property described in Cause number File No. Cause number/File No. 2:09-cr-00078-JCM-RJJ, 2:10-cr-00520-JCM-RJJ and 2:12-bk-00787 RTBP.  Shawn Talbot has lawfully Dissented to Agency by Estoppel, whereby Agency through action Color of Law has committed bank robbery via the presence of armed law enforcement (sheriff), maintaining duress per minas.

**Relief Required with Reserve:**

Shawn Talbot, as the United States, in rem, et al. libertas is to be restored to the position occupied before the Defendant(s) committed the wrong/crime against him, personally, civilly, factually, and legally.



Shawn Talbot
In "care of" Temporary Mailing Location
General post office box 1092
Seligman, Arizona [86337]

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| Shawn Talbot, as the united States in rem et al libertas | ) ) ) | |
| Plaintiff | ) ) | |
| v | ) ) | |
| UNITED STATES INC., NORTHERN HOLDING TRUST COMPANY, A FRANCHISE OF THE UNITED STATES INC.; SECRETARY OF STATE OF DELAWARE, A FRANCHISE OF THE UNITED STATES INC. THE COMPANY CORPORATION, A FRANCHISE OF THE UNITED STATES INC., SMALL GOVERNMENT LOAN SERVICE INC.,A FRANCHISE OF THE UNITED STATES INC.; STATE OF NEVADA, A FRANCHISE OF THE UNITED STATES INC., CLARK COUNTY NEVADA, A FRANCHISE OF THE UNITED STATES INC., OF AMERCIA R.A. MITCHELL, IRS AGENT JERRY YOUNG, IRS AGENT INGRID WADE, IRS AGENT JOHN GREGORY DAMM | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | File No. 2:09-cr-00078-JCM-RJJ<br>File No: 2:10-cr-00520-JCM-RJJ<br>File No. 2:12-bk-00787 RTBP<br><br><br>**<u>Motion to Show Cause<br>Re: Patent Infringement</u>** |

DANIEL GERARD BOGDEN )
NICHOLAS D. DICKINSON )
DEBRA VAHE, IRS AGENT )
MACK ROMANGER )
MARK ANTONELLI, )
TERRANCE JACKSON )
JAMES C. MAYAN )
ROBERT J JOHNSTON )
REDFIELD T. BAUM )
LESLIE M. HOFFMAN, CLERK )
RECORDER YAVAPAI COUNTY )
A FRANCHISE OF THE UNITED )
STATES INC., )
DOUG BROWN )
SCOTT MASCHER )
CAMILLE BIBLE )
LANCE S. WILSON )
TREVOR CULBURT )
MACDONALD E ROMMINGER )
DENISE PRICE )
DORIS HONHONGVA )
DAVE LOWE )
CHARLOTTE COLLINS )
JAMES ALLEN )
JOSH BARRON )
SHELIA SULLIVAN PORK )
MICHAEL KIMBRELL )
AND DOES 1-100 et. al. )
 )
    Defendant(s) )
                                         /

---

## Motion to Show Cause Re: Patent Infringement

Comes now, Shawn Talbot, as the united states, in rem, et al, libertas Upon Motion for

Injunctive Relief, whereby the United States of America (bankrupt, and dissolved by

enfranchisement, Constituting Fraudulent Conveyance) the State of Nevada, a Corporate

Franchise of the United States Incorporated, COUNTY OF CLARK, a Corporate Franchise of the

United States Incorporated, has maintained under Private Acts (executive orders) and Acts of

Commerce, in jurious to the United States.

The United States District Court maintains Jurisdiction as per,  28 USC § 1330, 28 USC § 1338

(a) A "foreign state", except as used in section 1608 of this title, includes a political subdivision of a foreign state or an agency or instrumentality of a foreign state as defined in subsection (b).

(b) An "agency or instrumentality of a foreign state" means any entity—

(1) which is a separate legal person, corporate or otherwise, and
(2) which is an organ of a foreign state or political subdivision thereof, or a majority of whose shares or other ownership interest is owned by a foreign state or political subdivision thereof, and

(3) which is neither a citizen of a State of the United States as defined in section 1332 (c) and (e) of this title, nor created under the laws of any third country.

(c) The "United States" includes all territory and waters, continental or insular, subject to the jurisdiction of the United States.

(d) A "commercial activity" means either a regular course of commercial conduct or a particular commercial transaction or act. The commercial character of an activity shall be determined by reference to the nature of the course of conduct or particular transaction or act, rather than by reference to its purpose.

(e) A "commercial activity carried on in the United States by a foreign state" means commercial activity carried on by such state and having substantial contact with the United States.

By Private Acts and Acts of Commerce, the United States of America has maintained criminal

Action to fraudulently occupy and possess aforementioned lands, suffering Patent Infringement as per

Public Law, whereby the creator has been subverted, where a Franchise has been created under

Private Acts (Executive Order) and Acts of Commerce (various Patent and Copyright Acts, contrary

to Public Acts), want of Creation.

That the United States of America, a foreign state, NEVADA, a foreign state, and CLARK

County, a foreign state, has maintained under such Private Acts, and Acts of Commerce

Constituting Conflict of Authority through Color of Law, and Implied Color maintained by

Agency by Estoppel, United States of America implicating such private acts, and acts of

commerce on behalf of U.S.A., and U.S. Inc, whereby Patent Infringement with direct,

continuing, continual, in fact, and irreparable injury upon the United States has and continues to

occur unless Injunction is maintained.



Shawn Talbot
In "care of" Temporary Mailing Location
General post office box 1092
Seligman, Arizona [86337]

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Shawn Talbot, as the united States in rem )
et al libertas                                  )
               Plaintiff              )
v                                                )
                       )

UNITED STATES INC.,                              )
NORTHERN HOLDING TRUST                          )
COMPANY, A FRANCHISE OF                         )
THE UNITED STATES INC.;                         )
SECRETARY OF STATE OF                           )
DELAWARE, A FRANCHISE OF THE                    )
UNITED STATES INC.                               )
THE COMPANY CORPORATION, A      . )
FRANCHISE OF THE UNITED STATES )
INC., SMALL GOVERNMENT LOAN    )
SERVICE INC.,A FRANCHISE OF THE )
UNITED STATES INC.;                             )
STATE OF NEVADA, A FRANCHISE OF )
THE UNITED STATES INC.,                         )
CLARK COUNTY NEVADA, A                          )
FRANCHISE OF THE UNITED STATES )
INC., OF AMERCIA                                )
R.A. MITCHELL, IRS AGENT                        )
JERRY YOUNG, IRS AGENT                          )
INGRID WADE, IRS AGENT                          )
JOHN GREGORY DAMM                               )
DANIEL GERARD BOGDEN                            )
NICHOLAS D. DICKINSON                           )
DEBRA VAHE, IRS AGENT                           )

File No. 2:09-cr-00078-JCM-RJJ
File No: 2:10-cr-00520-JCM-RJJ
File No. 2:12-bk-00787 RTBP

**<u>Motion to Show Cause</u>**
**<u>Re: Criminal Contempt of Court</u>**

MACK ROMANGER )
MARK ANTONELLI, )
TERRANCE JACKSON )
JAMES C. MAYAN )
ROBERT J JOHNSTON )
REDFIELD T. BAUM )
LESLIE M. HOFFMAN, CLERK )
RECORDER YAVAPAI COUNTY )
A FRANCHISE OF THE UNITED )
STATES INC., )
DOUG BROWN )
SCOTT MASCHER )
CAMILLE BIBLE )
LANCE S. WILSON )
TREVOR CULBURT )
MACDONALD E ROMMINGER )
DENISE PRICE )
DORIS HONHONGVA )
DAVE LOWE )
CHARLOTTE COLLINS )
JAMES ALLEN )
JOSH BARRON )
SHELIA SULLIVAN PORK )
MICHAEL KIMBRELL )
And DOES 1-100 et.al )
                  Defendant(s) )
_____/

## Motion to Show Cause Re: Criminal Contempt of Court

Comes now, Shawn Talbot, as the united states, in rem, et al. libertas upon Motion to Show

Cause Re: Criminal Contempt of Court, whereby UNITED STATES INC., SECRETARY OF

STATE OF DELAWARE, A FRANCHISE OF THE UNITED STATES INC.; THE COMPANY

CORPORATION, A FRANCHISE OF THE UNITED STATES INC.; SMALL GOVERNMENT

LOAN SERVICE INC.,A FRANCHISE OF THE UNITED STATES INC.; STATE OF NEVADA,

A FRANCHISE OF THE UNITED STATES INC., CLARK COUNTY NEVADA, A FRANCHISE

OF THE UNITED STATES INC.; STATE OF ARIZONA, A FRANCHISE OF THE UNITED

STATES INC.; YAVAPAI COUNTY, A FRANCHISE OF THE UNITED STATES INC.; JOHN

GREGORY DAMM, an individual and agent for the US Attorney's office, bar number 647; DANIEL

GERARD BOGDEN, an individual and agent for U.S. Attorney's office, bar number 2137;

NICHOLAS D. DICKINSON, an individual and agent for U.S. Attorney's office; TERRANCE

JACKSON, an individual and agent of the FEDERAL PUBLIC DEFENDERS OFFICE

DISTRICT OF NEVADA; MICHAEL KIMBRELL, an individual and agent for the UNITED

STATES FEDERAL PUBLIC DEFENDERS OFFICE DISTRICT OF NEVADA;  LANCE S.

WILSON, an individual; and agent for the United States District Courts office of the Clerk of

Court; REDFIELD T. BAUM, U.S. Bankruptcy Court Judge, an individual, agent of a commercially

created administrator (Trier of Facts) in attempt to condemn the UNITED STATES BANKRUPTCY

COURT, DISTRICT OF ARIZONA; ROBERT J JOHNSTON, an individual, agent of a commercially

created administrator (Trier of Facts) in attempt to condemn the UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA; JAMES C. MAYAN, an individual, agent of a commercially created

administrator (Trier of Facts) in attempt to condemn the UNITED STATES DISTRICT COURT,

DISTRICT OF NEVADA; NORTHERN TRUST HOLDING CORPORATION a holding company of

the INTERNAL REVENUE SERVICE; MACK ROMANGER, an individual and agent of the FBI;

MARK AYSTA (aka MARK ANTONELLI ), an individual and agent of the FBI; TREVOR

CULBURT, an individual and agent for the FBI; MACDONALD E ROMMINGER, an

individual and agent for the FBI; JERRY YOUNG, an individual and agent of the IRS ID #26-

10-392; INGRID WADE, An individual and agent of the IRS, DEBRA VAHE an individual and

agent of the IRS; LESLIE M. HOFFMAN, an individual and agent d/b/a COUNTY CLERK

RECORDER YAVAPAI COUNTY, ARIZONA; CAMILLE BIBLE, an individual and agent for

the UNITED STATES ATTORNEY OFFICE FLAGSTAF ARIZONA; DENISE PRICE an

individual and agent for the HENDERSON NEVADA POLICE DEPARTMENT; DORIS

HONHONGVA, an individual and agent for OFFICE OF U.S. PRETRIAL SERVICES; JOSH

BARRON, an individual and agent for JOHN GREGORY DAMM in the capacity as law clerk for

the Office of US Attorney; DAVE LOWE, an individual and agent for DEPARTMENT OF THE

TREASURY INTERNAL REVENUE SERVICE SUBSIDERARY OF NORTHERN TRUST

HOLDINGS CORPORATION; SHELIA SULLIVAN PORK, an individual and agent of the

YAVAPAI COUNTY DISTRICT ATTORNEY OFFICE, CHARLOTTE COLLINS, an

individual and d/b/a/ WARDEN FOR THE NEVADA SOUTHERN DETENTION CENTER;

JAMES ALLEN, an individual and agent for the UNITED STATES MARSHALS SERVICE

were made aware that the property described in Cause number(s) 2:09-cr-00078-JCM-RJJ, 2:10-

cr-00520-JCM-RJJ, 2:12-bk-00787 RTBP had been lost, or mislaid allowing an individual, agent of a

commercially created administrator (Trier of Facts) in attempt to condemn the UNITED STATES

DISTRICT COURT, UNITED STATES ATTORNEY OFFICE; DEPARTMENT OF THE

TREASURY INTERNAL REVENUE SERVICE, and the NEVADA SOUTHERN

DETENTION CENTER to Fraudulently occupy and possess aforementioned lands, suffering

Patent Infringement as per Public Law, whereby the creator has been subverted, where a

Franchise was created under Private Acts (Executive Order) and Acts of Commerce (various

Patent and Copyright Acts, contrary to Public Acts), want of Creation. to fraudulently occupy

and possess aforementioned lands wherein Judge JAMES C. MAYAN an individual, agent of a

commercially created administrator (Trier of Facts) in attempt to condemn the UNITED STATEU.S.

DISTRICT COURT JUDGE, ROBERT J JOHNSTON, an individual, agent of a commercially

created administrator (Trier of Facts) in attempt to condemn the UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA and JOHN GREGORY DAMM and DANIEL GERARD BOGDEN

personally and as Administrator of this Court maintained an unlawful and void seizure of the

land order delivering said property via, **Larceny,  Larceny by Trick, Larceny by Extortion,**

**Aggravated Larceny, Patent Infringement** as Agency by Estoppel to FEDERAL BUREAU OF

INVESTIGATION, INTERNAL REVENUE SERVICE, and the UNITED STATES ATTORNEY'S

OFFICE, HENDERSON, POLICE DEPARTMENT and the NEVADA SOUTHERN DETENTION

CENTER located on Nevada against the real estate and the real property.



Shawn Talbot
In "care of" Temporary Mailing Location
General post office box 1092
Seligman, Arizona [86337]

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| Shawn Talbot, as the united states in rem et al libertas | ) ) | File No. 2:09-cr-00078-JCM-RJJ |
| Plaintiff | ) | File No: 2:10-cr-00520-JCM-RJJ |
| v | ) ) | File No. 2:12-bk-00787 RTBP |
| UNITED STATES INC., | ) | **Writ of quod billa casseteur** |
| NORTHERN HOLDING TRUST | ) | |
| COMPANY, A FRANCHISE OF | ) | |
| THE UNITED STATES INC.; | ) | |
| SECRETARY OF STATE OF | ) | |
| DELAWARE, A FRANCHISE OF THE | ) | |
| UNITED STATES INC.; | ) | |
| THE COMPANY CORPORATION, A | ) | |
| FRANCHISE OF THE UNITED STATES | ) | |
| INC.; SMALL GOVERNMENT LOAN | ) | |
| SERVICE INC.,A FRANCHISE OF THE | ) | |
| UNITED STATES INC.; | ) | |
| STATE OF NEVADA, A FRANCHISE OF | ) | |
| THE UNITED STATES INC., | ) | |
| CLARK COUNTY NEVADA, A | ) | |
| FRANCHISE OF THE UNITED STATES | ) | |
| STATE OF ARIZONA, A FRANCHISE | ) | |
| OF THE UNITED STATES INC., | ) | |
| YAVAPAI COUNTY, A FRANCHISE | ) | |
| OF THE UNITED STATES INC., | ) | |
| R.A. MITCHELL, IRS AGENT | ) | |
| JERRY YOUNG, IRS AGENT | ) | |
| INGRID WADE, IRS AGENT | ) | |
| JOHN GREGORY DAMM, | ) | |

DANIEL GERARD BOGDEN                    )
NICHOLAS D. DICKINSON                   )
DEBRA VAHE, IRS AGENT                   )
MACK ROMANGER                          )
MARK AYSTA (AKA MARK                    )
ANTONELLI,)                             )
TERRANCE JACKSON                        )
JAMES C. MAYAN                          )
ROBERT J JOHNSTON                       )
REDFIELD T. BAUM                        )
LESLIE M. HOFFMAN, CLERK               )
RECORDER YAVAPAI COUNTY                )
DOUG BROWN                             )
SCOTT MASCHER                          )
CAMILLE BIBLE                          )
LANCE S. WILSON                        )
TREVOR CULBURT                         )
MACDONALD E ROMMINGER                  )
DENISE PRICE                           )
DORIS HONHONGVA                        )
DAVE LOWE                              )
CHARLOTTE COLLINS                      )
JAMES ALLEN                            )
JOSH BARRON                            )
SHELIA SULLIVAN PORK                   )
MICHAEL KIMBRELL                       )
                                       )
            Defendant(s)               )
_____/

### Writ of quod billa casseteur

Comes now Thomas Bradford, of Power of Attorney of Shawn Talbot, and estate, known as Shawn Talbot Rice upon writ of quod billa casseteur.

This court finds want of jurisdiction, want of prosecution and want of Authority, whereby any and all treatise bill of attainder, appropriation, writ of capias, warrant, and ordinance is hereby quashed, and made void, ab initio.

Thomas Bradford of Shawn Talbot, as the united states, in rem, et al. libertas, having since maintained Evidence of be liveing lawfully and upon Right of Absolute, whereby replevin by detinet is replaced by replevin by cepit as no authority in law exists, want of cause, wherefrom writ of dehtion is maintained lawfully with extreme prejudice against (defendant) within conflict of Authority.

Shawn Talbot
In "care of" Temporary Mailing Location
General post office box 1092
Seligman, Arizona [86337]

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| Shawn Talbot, as the united states in rem et al libertas | ) ) | |
| Plaintiff | ) ) ) | |
| v | ) ) | |
| UNITED STATES INC., | ) | File No. 2:09-cr-00078-JCM-RJJ |
| NORTHERN HOLDING TRUST | ) | File No: 2:10-cr-00520-JCM-RJJ |
| COMPANY, A FRANCHISE OF | ) | File No. 2:12-bk-00787 RTBP |
| THE UNITED STATES INC.; | ) | |
| SECRETARY OF STATE OF | ) | |
| DELAWARE, A FRANCHISE OF THE | ) | |
| UNITED STATES INC.; | ) | |
| THE COMPANY CORPORATION, A | ) | **Admissions Statement** |
| FRANCHISE OF THE UNITED STATES | ) | |
| INC., SMALL GOVERNMENT LOAN | ) | |
| SERVICE INC.,A FRANCHISE OF THE | ) | |
| UNITED STATES INC.; | ) | |
| STATE OF NEVADA, A FRANCHISE OF | ) | |
| THE UNITED STATES INC., | ) | |
| CLARK COUNTY NEVADA, A | ) | |
| FRANCHISE OF THE UNITED STATES | ) | |
| INC., OF AMERCIA | ) | |
| R.A. MITCHELL, IRS AGENT | ) | |
| JERRY YOUNG, IRS AGENT | ) | |
| INGRID WADE, IRS AGENT | ) | |
| JOHN GREGORY DAMM | ) | |
| DANIEL GERARD BOGDEN | ) | |
| NICHOLAS D. DICKINSON | ) | |

DEBRA VAHE, IRS AGENT                    )
MACK ROMANGER                            )
MARK ANTONELLI,                          )
TERRANCE JACKSON                         )
JAMES C. MAYAN                           )
ROBERT J JOHNSTON                        )
REDFIELD T. BAUM                         )
LESLIE M. HOFFMAN, CLERK                 )
RECORDER YAVAPAI COUNTY                  )
A FRANCHISE OF THE UNITED                )
STATES INC.,                             )
DOUG BROWN                               )
SCOTT MASCHER                            )
CAMILLE BIBLE                            )
LANCE S. WILSON                          )
TREVOR CULBURT                           )
MACDONALD E ROMMINGER                    )
DENISE PRICE                             )
DORIS HONHONGVA                          )
DAVE LOWE                                )
CHARLOTTE COLLINS                        )
JAMES ALLEN                              )
JOSH BARRON                              )
SHELIA SULLIVAN PORK                     )
MICHAEL KIMBRELL                         )
And DOES 1-100 et. al                    )
                                         )
               Defendant(s)              )
_____/

## Admissions Statement

Comes now, Shawn Talbot as the united states, in rem, et al. libertas to Admit onto Evidence, as

per Nevada Rules of Evidence,  the appointment under Power of Attorney of Thomas Bradford

House of Schaults for the matter(s) before and on behalf of Shawn Talbot, a living man as the

united states in rem et al libertas for the purposes of facilitating the discharge of the property

from the warehouse facility and to aid and assist the revesting of title pursuant to the Cestui que

vie act of 1666, whereby there is maintained the Remedy on the Show Cause Motion, whereby

Thomas Bradford, herein, as Evidence, makes an Appearance, before this Court as to Be

Life/Living, for and on behalf of the united states and has henceforth shown Cause, rendering this Court to be Condemned, and, as a Fictional entity (agency by estoppel) not necessary to Life, or the Living, but of the dead.

"IV.   Provided alwayes That if any person or persons shall be evicted out of any Lands or Tenements by vertue of this Act, and afterwards if such person or persons upon whose life or lives such Estate or Estates depend shall returne againe from beyond the Seas, or shall on proofe in any Action to be brought for recovery of the same [to] be made appeare to be liveing; or to have beene liveing at the time of the Eviction That then and from thenceforth the Tennant or Lessee who was outed of the same his or their Executors Administrators or Assignes shall or may reenter repossesse have hold and enjoy the said Lands or Tenements in his or their former Estate for and dureing the Life or Lives or soe long terme as the said person or persons upon whose Life or Lives the said Estate or Estates depend shall be liveing, and alsoe shall upon Action or Actions to be brought by him or them against the Lessors Reversioners or Tennants in possession or other persons respectively which since the time of the said Eviction received the Proffitts of the said Lands or Tenements recover for damages the full Proffitts of the said Lands or Tenements respectively with lawfull Interest for and from the time that he or they were outed of the said Lands or Tenements, and kepte or held out of the same by the said Lessors Reversioners Tennants or other persons who after the said Eviction received the Proffitts of the said Lands or Tenements or any of them respectively as well in the case when the said person or persons upon whose Life or Lives such Estate or Estates did depend are or shall be dead at the time of bringing of the said Action or Actions as if the said person or persons where then liveing."

The appointment was and has been in effect since it's inception for the benefit of the estate property and in the capacity of the executor under Power of Attorney and for the **Grant of Exclusive Power of Attorney to file documents in any Court regarding legal affairs of executor, Beneficiary and principal,  Living man Shawn Talbot, as the united states in rem et al. libertas, under complete reservation of rights.**

1   Shawn Talbot Rice

2   Written Communication Address:
    PO Box 1092
3   Seligman, Arizona state
    [PTZ 86337]

4

# SPECIAL POWER OF ATTORNEY

5

6   Land of Arizona    )
    Yavapai county    )   The following text is Affirmed and Subscribed
7   Not the COUNTY    )   to in this De jure Venue; to wit:
    North America    )

8

9   **In the nature of** the California Constitution Article I Sections 9 and 15,
    SHORT FORM OF GENERAL POWER OF ATTORNEY;
                      FORMAL REQUIREMENTS.
10       Article I. Sec. 9 & 15, "Assistance of Counsel" of the California
    Constitution Art. I § 1, through 20, 24, 26, 27, 28, 29, 30, Art. II Sec. 1,
11   Art. III Sec. 1, 3, 3.5, Art. IV Sec. 1, 1.5, and the 6th, 9th, and 10th
    Articles in Amendment of the Constitution for the United States of America:
12   **First Congress. Sess. I. Ch. 20. 1789 Sec. 35.**, And be it further enacted,
    "That in all the courts of the Untied States, the parties may plead and
13   manage their own causes personally or by the **assistance of such counsel or**
    attorneys at law ..."

14
    NOTICE OF FOREIGN LAW BY TREATY: Grantee hereby invokes US Const Art 6,
15   Section 2 by and through the **Definitive Treaty of Peace of 1783 wherein the**
    British Crown and the Vatican (Holy Roman Empire) recognized in Article I
16   that the people of America are "free, sovereign and independent."

                 SHORT FORM POWER OF ATTORNEY
17
      IMPORTANT NOTICE: The powers granted by this document are broad and
18   sweeping. They are defined in the United States Constitution in accord with
    Art. 1 § 10, No state shall . . . impair the obligation of contract." This
19   power of attorney may be revoked by the grantor if the grantor wishes to do
    so. This power of attorney authorizes, but does not require, the
20   attorney-in-fact to act for the grantor.

21   NOTICE: This form shall only be invoked in the event the Grantor
    incapacitation, incarceration or other, dilemmas situation. Incarceration by
    any court shall activate this power of attorney.

22   **PRINCIPAL/Grantor:**        **ATTORNEY-IN-FACT/Grantee**
    Shawn Talbot Rice        Thomas Schaults
23   PO Box 1092           c/o: 1505 King Charles Drive
    Seligman, Arizona state     Pittsburgh, Pennsylvania
24   [PTZ 86320]           [PTZ 15237]

25

090605 — [Statutory Contingent SPOA Form for Thomas Shaults], page 1 of 9

**NOTICE:** If more than one attorney-in-fact is designated, make a check or "X" on the line in front of one of the following statements:

I, **Shawn Talbot Rice**, the above-named Principal hereby appoint the above named Attorney-in-Fact to act as **Shawn Talbot Rice** attorney-in-fact:

**FIRST:** To act for **Shawn Talbot Rice** in any way that I could act with respect to the following matters.

(To grant to the attorney-in-fact any of the following powers, make a check or "X" on the line in front of each power being granted. You may, but need not, cross out each power not granted. Failure to make a check or "X" on the line in front of the power will have the effect of deleting the power unless the line in front of the power of (N) is checked or X-ed.)

Check or "X"

_____ (A) **real property transactions;**

I choose to limit this power to real property in the several states of the United States in any and all counties wherein real property is found owned by Judgment Debtor(s), described as follows and as described in attachments/ **specific assignments**: (Use legal description. Do not use street address.) (NOTE: A person may not grant powers relating to real property transactions in California to his or her spouse.)

_____ (B) **tangible personal and private property transactions;**

_____ (C) **bond, share, and commodity transactions;**

_____ (D) **banking transactions;**

_____ (E) **Private business operating transactions;**

_____ (F) **insurance transactions;**

_____ (G) **beneficiary transactions;**

_____ (H) gift transactions;

_____ (I) **fiduciary transactions;**

_____ (J) **claims and litigation;**

_____ (K) family maintenance;

_____ (L) benefits from military service;

_____ (M) **records, reports, and statements;**

___X___ (N) all of the powers listed in (A) through (M) above and all other matters.

___X___ **This power of attorney shall continue to be effective if I become incapacitated or incompetent.**

_____ This power of attorney shall not be effective if I become incapacitated or incompetent.

1  __X__     This power of attorney authorizes the attorney-in-fact to transfer my property to the attorney-in-fact.

2  _____    This power of attorney does not authorize the attorney-in-fact to transfer my property to the attorney-in-fact.

3  _____    My attorney-in-fact need not render an accounting unless I request it or the accounting is otherwise required by California Statutes.

6  __X__     My attorney-in-fact must render accountings to me at the above listed written communication address and a final accounting to the representative of Principal, if any is appointed, after each transaction completed within 90 days.

In Witness Whereof I have hereunto signed my name this 5th day of June, year of 2009.

_Shawn Talbot Rice_
Shawn Talbot Rice

**Acknowledgment of Principal.**

\
Land of Arizona        )
Yavapai county         )   Signed, Sworn and Sealed.
Not the COUNTY         )   The following text is Affirmed and Subscribed to
North America          )   in this De jure Venue; to wit:
\
The foregoing instrument was acknowledged before me this 5 day of June, A.D. 2009, by Principal, Shawn Talbot Rice.
\
\
_Terry Cauther_
(Signature of Notary Public or other Official)
\

This instrument was drafted by:          Specimen Signature of
**Private Attorney in Fact/**            Attorney-in-Fact
**Assistance of Counsel**                (Notarization not required)
Non-Bar/Non-Union
(i.e. without a union card)
**Thomas Schaults**, Private Attorney
c/o: 1505 King Charles Drive
Pittsburgh, Pennsylvania
[PTZ 15237]

In the short form power of attorney, the language conferring general authority with respect to fiduciary transactions, means that the principal authorizes the agent:

(1)    to represent and act for the principal in all ways and in all matters affecting any bailment/fund with respect to which the principal is a fiduciary;

(2)    to initiate, participate in, and oppose any proceeding, judicial or otherwise, for the removal, substitution, or surcharge of a fiduciary, to conserve, to invest or to disburse anything received for the purposes of the fund for which it is received, and to reimburse the attorney-in-fact for any expenditures properly made by the attorney-in-fact in the execution of the powers conferred on the attorney-in-fact by the short form power of attorney;

(3)    to agree and contract, in any manner, with any person, and on any terms which the attorney-in-fact selects for the accomplishment of the purposes enumerated in this subdivision, and to perform, rescind, reform, release, or modify the agreement or contract or any other similar agreement or contract made by or on behalf of the principal;

(4)    to execute, acknowledge, verify, seal, file, and deliver any consent, designation, pleading, notice, demand, election, conveyance, release, assignment, check, pledge, waiver, admission of service, notice of appearance, or other instrument which the attorney-in-fact deems useful for the accomplishment of any of the purposes enumerated in this subdivision;

(5)    to hire, discharge, and compensate any attorney, accountant, expert witness, or other assistants, when the attorney-in-fact deems that action to be desirable for the proper execution by the attorney-in-fact of any of the powers described in this subdivision, and for the keeping of needed records; and

(6)    in general, and in addition to all the specific acts listed in this subdivision, to do any other acts with respect to any bailment/fund of which the principal is a fiduciary.

Nothing in this subdivision authorizes delegation of any power of a fiduciary unless the power is one the fiduciary is authorized to delegate

090605 -- [Statutory Contingent SPOA Form for Thomas Shaults], page 4 of 9

1  under the terms of the instrument governing the exercise of the power or
2  under local law.

3      For the purposes of clauses (1) to (6), "fund" means any trust, probate
4  estate, guardianship, conservatorship, escrow, custodianship, or any other
   fund in which the principal has, or claims to have, an interest as a
5  fiduciary.

6      All powers described in this subdivision are exercisable equally with
7  respect to any fund of which the principal is a fiduciary to the giving of
   the power of attorney or becomes a fiduciary after that time, and whether
8  located in the state of California or elsewhere.

9
10 **Claims and litigation.** In the short form power of attorney, the language
   conferring general authority with respect to claims and litigation, means
11 that the principal authorizes the attorney-in-fact:

12
   **(1)   To assert and prosecute before any court,** administrative board,
13 department, commissioner, or other tribunal, any cause of action, claim,
14 counterclaim, offset, or defense, which the principal has, or claims to have,
   against any individual, partnership, association, corporation, government, or
15 other person or instrumentality, including, by way of illustration and not of
16 restriction, power to sue for the recovery of land or of any other thing of
   value, for the recovery of damages sustained by the principal in any manner,
17 for the elimination or modification of tax liability, for an injunction, for
18 specific performance, or for any other relief;

19 **(2)**   to bring an action of interpleader or other action to determine adverse
20 claims, to intervene or interplead in any action or proceeding, and to act in
   any litigation as amicus curiae;
21

22 **(3)**   in connection with any action or proceeding or controversy at law or
   otherwise, to apply for and, if possible, obtain a libel, an attachment, a
23 garnishment, an order of arrest, or other preliminary, provisional, or
24 intermediate relief and to resort to and to utilize in all ways permitted by
   law any available procedure for the effectuation or satisfaction of the
25 judgment, order, or decree obtained;

**(4)** in connection with any action or proceeding, at law or otherwise, to perform any act which the principal might perform, including by way of illustration and not of restriction, acceptance of tender, offer of judgment, admission of any facts, submission of any controversy on an agreed statement of facts, consent to examination before trial, and generally to bind the principal in the conduct of any litigation or controversy as seems desirable to the attorney-in-fact;

**(5)** to submit to arbitration, settle, and propose or accept a compromise with respect to any claim existing in favor of or against the principal or any litigation to which the principal is, may become, or may be designated a party;

**(6)** to waive the issuance and service of a summons, citation, or other process upon the principal, accept service of process, appear for the principal, designate persons upon whom process directed to the principal may be served, execute and file or deliver stipulations on the principal's behalf, verify pleadings, appeal to appellate tribunals, obtain and give surety and indemnity bonds at the times and to the extent the attorney-in-fact deems desirable or necessary, contract and pay for the preparation and printing of records and briefs, receive and execute and file or deliver any consent, waiver, release, confession of judgment, satisfaction of judgment, notice, agreement, or other instrument which the attorney-in-fact deems desirable or necessary in connection with the prosecution, settlement, or defense of any claim by or against the principal or of any litigation to which the principal is or may become or be designated a party;

**(7)** to appear for, represent, and act for the principal with respect to bankruptcy or insolvency proceedings, whether voluntary or involuntary, whether of the principal or of some other person, with respect to any reorganization proceeding, or with respect to any receivership or application for the appointment of a receiver or trustee which, in any way, affects any interest of the principal in any real property, bond, share, commodity interest, tangible personal property, or other thing of value;

**(8)** to hire, discharge, and compensate any attorney, accountant, expert witness or other assistant when the attorney-in-fact deems that action to be

1  desirable for the proper execution of any of the powers described in this
2  subdivision;

3  **(9)**   to pay, from funds in the control of the attorney-in-fact or for the
4  account of the principal, any judgment against the principal or any
   settlement which may be made in connection with any transaction enumerated in
5  this subdivision, and to receive and conserve any money or other things of
6  value paid in settlement of or as proceeds of one or more of the transactions
   enumerated in this subdivision, and to receive, endorse, and deposit checks;
7  and

8
9  **(10)**  in general, and in addition to all the specific acts listed in this
   subdivision, to do any other acts in connection with any claim by or against
10 the principal or with litigation to which the principal is or may become or
   be designated a party.
11

12       All powers described in this subdivision are exercisable equally with
   respect to any claim or litigation existing at the giving of the power of
13 attorney or arising after that time, and whether arising in the state of
14 California, Nevada, Arizona, Texas or elsewhere.

15       In the short form power of attorney, the language conferring general
16 authority with respect to records, reports, and statements means that the
   principal authorizes the attorney-in-fact:
17

18 **(1)**   to keep records of all cash received and disbursed for or on account of
   the principal, of all credits and debits to the account of the principal, and
19 of all transactions affecting in any way the assets and liabilities of the
20 principal;

21 **(2)**   to prepare, execute, and file all tax and tax information returns, for
22 all periods, required by the laws of the United States, any state or any
   subdivision of a state, or any foreign government, to prepare, execute, and
23 file all other tax-related documents for all tax periods, including requests
24 for extension of time, offers, waivers, consents, powers of attorney, closing
   agreements, and petitions to any tax court regarding tax matters, and to
25 prepare, execute, and file all other instruments which the attorney-in-fact
   deems desirable or necessary for the safeguarding of the principal against
   excessive or illegal taxation or against penalties imposed for claimed

violation of any law or other governmental regulation, it being the intent of this provision that it is sufficiently definite to permit the attorney-in-fact to represent the principal respecting all taxes that the principal has paid and all tax returns that the principal has filed, either personally or through an agent, with the Internal Revenue Service or any other agency of the United States government, any state department of revenue, any political subdivision of a state, and any foreign country or political subdivision of a foreign country;

(3)   to prepare, execute, and file any return, report, declaration, or other document required by the laws of the United States, any state, subdivision of a state, or any foreign government, including, by way of illustration and not as a limitation, any report or declaration required by the Social Security Administration, the commissioner of jobs and training or other, similar, governmental agency, which the attorney-in-fact deems to be desirable or necessary for the safeguarding or maintenance of the principal's interest;

(4)   to prepare, execute, and file any record, report, or statement which the attorney-in-fact deems desirable or necessary for the safeguarding or maintenance of the principal's interest, with respect to price, rent, wage, or rationing control, or other governmental activity;

(5)   to hire, discharge, and compensate any attorney, accountant, or other assistant when the attorney-in-fact deems that action to be desirable for the proper execution of any of the powers described in this subdivision; and

(6)   in general, and in addition to all the specific acts listed in this subdivision, to do any other acts in connection with the preparation, execution, filing, storage, or other use of any records, reports, or statements of or concerning the principal's affairs.

All powers described in this subdivision are exercisable equally with respect to any records, reports, or statements of or concerning the affairs of the principal existing at the giving of the power of attorney or arising after that time, and whether arising in the state of California or elsewhere.

In the short form power of attorney, the language conferring general authority with respect to all other matters, means that the principal authorizes the attorney-in-fact to act as an alter ego of the principal with

090605 — [Statutory Contingent SPOA Form for Thomas Shaults], page 8 of 9

1    respect to any and all possible matters and affairs affecting property owned

2    by the principal which are not enumerated in subdivisions 1 to 13, and which
     the principal can do through an agent.

3    The grantor signing below acknowledges, stipulates and supports the following
     quotes.

4        Schware v. Board of Examiners, 353 U.S. 238, 239. .."The practice of law

5        (medicine etc.) is not within the States grace to regulate." The practice
         of law (medicine etc.) is an occupation of common right as per Sims v.

6        Ahrens, 271 S.W. 720 (1925). No State in the Union of the United States of
         America licenses lawyers, only the State Bar, which issues a private

7        corporation type of "Union Card"/certificate for payment of dues/fees.
         (See also ExParte v. Garland, 4 Wall 333, 370 (1866), which authorizes

8        only the practice of law in the courts as an officer of the court and a
         member of the judicial branch of government, to represent wards of the

9        court such as infants and persons of unsound mind and as a public defender
         in criminal cases.) ...Cannot license an occupation of common right

10       ...Redfield v. Fisher, 292 P. 813, 817-819

11   Grantor further states, stipulates, acknowledges and supports the fact that
     attorneys for the State of the forum do not have a "license" to practice but
     rather a Union Card issued by associations that are international in scope

12   and commonly known as "Bar Associations."

13   _Shawn Talbot Rice_

14   Shawn Talbot Rice, as Grantor

15

16                          Acknowledgment of Principal
     \
     Land of Arizona        )

17   yavapai county         )    Signed, Sworn and Sealed.
     Not the COUNTY         )    The following text is Affirmed and Subscribed to

18   North America          )    in this De jure Venue; to wit:
     \

19   The foregoing instrument was acknowledged before me this  5  day of
     June        , A.D. 200 9 , by Principal, Shawn Talbot Rice.

20   \
     \

21   _Terry Cauthen_
     (Signature of Notary Public or other Official)

22

23

24

25