Shawn Talbot: Rice
in "care of" general post-office box 1092.
nation arizona. seligman city. Rice province.
United States minor, outlying islands
near [86337-1092].

2012 SEP 17 P 2: 35

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>   Plaintiff / Respondent,<br><br>vs.<br><br>SHAWN TALBOT RICE<br><br>   Defendant / Petitioner | Case Number: 2:09-cr-0078 -JCM-RJJ - 2<br>2:10-cr-00520-JCM-RJJ-1<br><br>MOTION TO WAVE ALL COURT FEES |

The Defendant motions the Court to wave any and all fees attributable to Defendant's / Inmate's incarceration, particularly those including the trial transcripts dated July 23 and 24, 2012 before the Honorable Judge James C. Mayahan for case number 2:09-cr-0078 -JCM-RJJ, and 2:10-cr-00520-JCM-RJJ.

Attached are exhibits demonstrating that Defendant does not have the approximate $1500.00 to Pay the court reporter to transcribe the trial.

Exhibit A – Application to Proceed *In Forma Pauperis*

Exhibit B – Affidavit of Shawn Rice regarding financial status

Exhibit C – Copies of commissary accounting statements

1. Exhibit D – Copy of United States Bankruptcy Discharge Order
2. 
3. It is requested that all fees be waved and the Defendant receive a copy of the entire trial transcript
4. within 14 (fourteen) working days of the judge's signed order.
5. \
6. \
7. \

Motion to wave all fees                                          Page 2 of 3

Respectfully Submitted, this 12 day of Sept 2012.

_____
Shawn Talbot Rice, Pro Per

United States District Court

# DISTRICT OF NEVADA

SHAWN RICE
_____

~~Plaintiff~~/Petitioner,

v.

UNITED STATES OF AMERICA
_____

~~Defendant~~/Respondent,

APPLICATION TO PROCEED
*IN FORMA PAUPERIS*

CASE NUMBER:

I, Shawn Talbot Rice, declare that I am the (*check the appropriate box*)

___ Plaintiff
(filing 42 U.S.C. § 1983)

___ Petitioner
(writ of habeas corpus
28 U.S.C. §§ 2254 or 2241)

___ Movant
(filing 28 U.S.C. § 2255 motion)

_X_ Other

___ Defendant/Respondent

in this case. I am unable to prepay the fees of this proceeding or give security because of my poverty. I acknowledge and consent that a portion of any recovery, as directed by the court, shall be paid to the clerk for reimbursement of all fees incurred by me as a result of being granted leave to proceed *in forma pauperis*.

In further support of this application, I answer the following questions:

1. Are you presently employed?   ___ Yes   _X_ No

   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (List gross and net salary.)

   b. If the answer is "no," state the date of last employment and the amount of the salary or wages per month which you received. 2008, Approx $1200.00/mo

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession or other form of self-employment?   ___ Yes   _X_ No

IFP Motion
rev. eff. 7/21/2008 RJH

|   |   |   |   |
|---|---|---|---|
| b. | Rent payments, interest or dividends? | ___ Yes | _X_ No |
| c. | Pensions, annuities or life insurance payments? | ___ Yes | _X_ No |
| d. | Gifts or inheritances? | _X_ Yes | ___ No |
| e. | Any other sources? | ___ Yes | _X_ No |

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months. *Gifts of variable benevolence from extended family. Amount – enough to put into my Commissary account.*

3. Do you own any cash, or do you have money in checking or savings accounts (include any funds in prison accounts, and any funds on deposit with a bank, saving & loan, etc., outside the prison)?   _X_ Yes   ___ No   *Prison Commissary acct. Avg. 30/month*

If the answer is "yes," state the total value and list the location of each account, type of account, and amount or balance in the account. Do not include your account number(s).

4. Do you own or have any interest in any real estate, stocks, bonds, notes, trusts, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?   _X_ Yes   ___ No

If the answer is "yes," describe the property, its location and state its approximate value. *Birth Certificate and Bonds filed with the court. The court judge, magistrate and plaintiff refuse to produce an accounting.*

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support each month.
*Kristin Rice – wife*
*Naomi Rice – daughter*
*Noah Rice – son*
*I am unable to contribute anything to their support due to fraud by the court, et al.*

6. Do you receive any income from disability, Social Security or any other pension?   ___ Yes   _X_ No

If the answer is "yes," describe the source and amount received each month.

7. Have you placed any property, assets or money in the name or custody of anyone else in the last two years?   ___ Yes   _X_ No

If the answer is "yes," give the date, describe the property, assets or money, give the name of the person given custody of the item and the reason for the transfer.
*Again, the property in question is listed in number "4" above and none of those parties are granting access but have actually thwarted effort to gain access.*

IFP Motion
rev. eff. 7/21/2008 RJH

2

## ACKNOWLEDGMENT

I, the undersigned, acknowledge that I have read the foregoing and that the information contained therein is true and correct to my own knowledge and belief.

Further, I state that I have not directly or indirectly paid or caused to be paid to any inmate, agent of an inmate, or family member of any inmate a sum of money, favors or anything else for assistance in the preparation of this document or any other document in connection with this action.

Further, I acknowledge that if any of the information included in this motion for leave to proceed *in forma pauperis* is false or misleading, I understand that sanctions may be imposed against me. Those sanctions may include, but are not limited to, the following:

(1) dismissal of my case with prejudice;
(2) imposition of monetary sanctions;
(3) the Nevada Department of Prisons may bring disciplinary proceedings for a violation of MJ-48 of the Code of Penal Discipline, which can include all sanctions authorized under the Code including the loss of good time credits and punitive confinement; and
(4) perjury charges.

Further, I hereby authorize the United States District Court, District of Nevada, or its representative, to investigate my financial status, and authorize any individual, corporation, or governmental entity to release any such information to the said Court or its representative.

Further, I acknowledge and consent that a portion of any recovery, as directed by the court, shall be paid to the clerk for reimbursement of all fees and costs incurred by me as a result of being granted leave to proceed *in forma pauperis*.

Dated this 23rd day of August, 2012        *Shaun Talbot Rice*
                                           (Signature of Applicant)

I understand that a false statement or answer to any question in this declaration will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** See 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

Signed at NSDC Pahrump, Nevada               *Shaun Talbot Rice*
         (Location)                              (Signature)

23 Aug 2012                                  43739088
   (Date)                                   (Inmate Prison Number)

Attached is my affidavit of fact in support of this motion for In Forma Pauperis status

*Shaun Talbot Rice*                          23 Aug 2012
    signed                                      date

IFP Motion
rev. eff. 7/21/2008 RJH                     3

# FINANCIAL CERTIFICATE

I request that an authorized officer of the institution in which I am confined, or other designated entity, such as Inmate Services for the Nevada Department of Prisons (NDOC), complete the below Financial Certificate.

I understand that:

(1) if I commence a petition for writ of habeas corpus in federal court pursuant to 28 U.S.C. § 2254, the filing fee is $5.00, and that such fee will have to be paid by me if the current account balance (line #1 below), or the average account balance (line #2 below), or the average deposits to my account (line #3), whichever is greater, is $20.00 or more;

(2) if I commence a civil rights action in federal court pursuant to 42 U.S.C. § 1983, the filing fee is $350.00, which I must pay in full; and

(a) if my current account balance (line #1 below) is $350.00 or more, I will not qualify for *in forma pauperis* status and I must pay the full filing fee of $350.00 before I will be allowed to proceed with the action;

(b) if I do **NOT** have $350.00 in my account as reflected on line #1 below, before I will be allowed to proceed with an action I will be required to pay 20% of my average monthly balance (line #2 below), or the average monthly deposits to my account (line #3 below), whichever is greater, and thereafter I must pay installments of 20% of the preceding month's deposits to my account in months that my account balance exceeds $10.00 (if I am in the custody of the NDOC, I hereby authorize the NDOC to make such deductions from deposits to my account, and I further understand that if I have a prison job, then the 20% of my paycheck that is guaranteed to me as spendable money will be sent to the court for payment of the filing fee); and

(c) I must continue to make installment payments until the $350.00 filing fee is fully paid, without regard to whether my action is closed or my release from confinement.

Type of action (check one):  _X_ civil rights     ___ habeas corpus     43739048

Shawn Talbot Rice                           Shawn Talbot Rice
INMATE NAME (printed)                       SIGNATURE & PRISON NUMBER

1. CURRENT ACCOUNT BALANCE                  $ 10.00  approx. 6/30/2012

2. AVERAGE MONTHLY BALANCE*                 $ 63.00  approx

3. AVERAGE MONTHLY DEPOSITS*                _____

4. FILING FEE (based on #1, #2 or #3, whichever is greater)   _____

\* for the past six (6) months, from all sources, including amount in any savings account that is in excess of minimum amount that must be maintained

I hereby certify that as of this date, the above financial information is accurate for the above named inmate.
**(Please sign in ink in a)**
**(color other than black.)**                              _____
                                                           AUTHORIZED OFFICER

_____                                   _____
        DATE                                                         TITLE

**IFP Motion**
**rev. eff. 7/21/2008 RJH**                  4

Shawn Talbot Rice, Inmate # 43739048
Nevada Southern Detention Center
2190 E. Mesquite Ave.
Pahrump, NV 89060

### AFFIDAVIT of Shawn Talbot Rice

| | | |
|---|---|---|
| State of Nevada | ) | |
| Clark County | ) | Subscribed, Affirmed and Sealed |
| | ) | |

I, Shawn Talbot Rice, sui juris (Affiant), appear and state under penalty of perjury that the following is true and correct.

1. Affiant is a man, sovereign without subjects, operating on the soil of Yavapai County, Arizona, temporarily incarcerated in Nye County, Nevada.

2. Affiant *operates* and delivers this data with personal knowledge of the fact, unless stated to contrary (information and belief).

3. At all times Affiant, concerning this instant matter, lived in Yavapai County, Arizona prior to incarceration.

4. I, Shawn Rice am without funds to peruse the normal cost for a criminal defense. Therefore I, the affiant plead the court's granting this status of In Forma Pauperus.

5. In support of this request the court is appraised of a chapter 7 bankruptcy filed in Federal Court in Phoenix, Arizona, February 2012, Case # 2:12-bk-00780-RTBP. (See attached order)

6. The only funds available to this family unit are benevolent support from extended friends and family.

7. The USDC Las Vegas Court (Article I) has manufactured a pauper using fraud and decit in creating a victimless regulatory infraction.

8. Affiant has paid numerous bonds to plaintiff / clerk of court.

9. Neither plaintiff nor Clerk of Court have produced an accounting as requested by Affiant.

10. Nevada Southern Detention Case Manager, Chism and other management would not fill out the financial Certificate of the In Forma Pauperis, that was submitted to them on 4 September, 2012, indicating that they did not have time to fill it out and return it.

11. Attached is the accounting of my commissary trust fund (#1390278). To the best of my ablility based on the copies of the monthly statements from Nevada Southern Detention Center. Two of the months (March and July) have to be approximated, due to the fact that I no longer have a copy of the accounting statements.

| Month | Amount |
|---|---|
| March, 2012 | $50.00 (approximate) |
| April, 2012 | $55.00 |
| May 2012 | $30.00 |
| June 2012 | $25.00 |
| July 2012 | $50.00 (approximate) |
| August 2012 | $170.00 |
| Total: | $380.00 |

Average monthly balance for the past 6 months is approximately $63.00

\

\

\

I, Shawn Talbot Rice, affirm under penalty of perjury that I have read the foregoing, know the contents therein and that to the best of my knowledge, understanding and belief, it is true, correct, and not misleading, the truth, and nothing but the truth.

_Shawn Talbot Rice_

Shawn Talbot

P.O. Box 1092

Seligman, AZ 86337

217-853-6269

Acknowledgment

\

State of Nevada        )

                            )     Subscribed, affirmed and sealed

Nye County             )

\

On this 30 day of August, 2012, the signor did personally appear before me, is known to be the person described herein, who executed the foregoing, acknowledged the contents thereof, and executed the same as his free act and deed. Subscribed and agreed to before me the undersigned Notary.

_[signature]_

Notary Officer_____

seal



NOTARY PUBLIC
STATE OF NEVADA
County Of Nye
DEBBIE PATRICIA WALLWITZ
No: 11-4-189-14
My Appt. Expires January 13, 2015

## ACCOUNT STATEMENT from 4/15/2012 to 5/15/2012

CE, SHAWN TALBOT

Agency #: 43739048
CCA #: 1390278
HOUSING: CA/CA/224/B

| Account 1: | $ | 45.05 |
|---|---|---|
| Escrow Account: | $ | 0.00 |
| Cost Recovery Owed: | $ | 0.00 |

Current Balance Information

### Account 1 Transactions

| Transaction Date | From | Transaction Code | | Amount | Balance | Note |
|---|---|---|---|---|---|---|
| BALANCE AT BEGINNING OF DATE RANGE - | | | | | 33.22 | |
| 04/16/2012 COMMISSARY PURCHASE | | CO | Withdrawal | -27.18 | 6.04 | COMMISSARY SUMMARY POSTING |
| 04/24/2012 04/23/2012 | | WI | Deposit | 55.00 | 61.04 | KRISTIN RICE |
| 05/07/2012 COMMISSARY PURCHASE | | CO | Withdrawal | -13.89 | 47.15 | COMMISSARY SUMMARY POSTING |
| 05/09/2012 | | PO | Withdrawal | -2.10 | 45.05 | Legal documents to legal secretary |
| **SUMMARY OF TRANSACTIONS** | | | | 11.83 | | |
| | | | | | 45.05 | Ending Balance |

### Cost Recovery Transactions

| Transaction Date | From | Transaction Code | Amount | CR Explanation |
|---|---|---|---|---|
| 05/09/2012 | Legal documents to legal secret | PO | -2.10 | AMOUNT PAID |
| 05/09/2012 | Legal documents to legal secret | PO | 2.10 | AMOUNT OWED |

**SUMMARY OF TRANSACTIONS (4/15/2012-5/15/2012)** $0.00

### Current Cost Recovery Owed

| | |
|---|---|
| CCA Restitution | 0.00 |
| Medical Visit Co-Payment | 0.00 |
| Agency Fines | 0.00 |
| Misc. Cost Recovery | 0.00 |
| AZ - AIMS Adjustments | 0.00 |
| **Total Cost Recovery Owed** | **0.00** |

# NEVADA SOUTHERN DETENTION CENTER

## ACCOUNT STATEMENT from 5/15/2012 to 6/15/2012

**RICE, SHAWN TALBOT**

Agency #: 43739048
CCA #: 1390278
HOUSING: CA/CA/107/B

| | |
|---|---|
| **Account 1:** | $ 17.69 |
| Escrow Account: | $ 0.00 |
| Cost Recovery Owed: | $ 0.00 |
| Current Balance Information | |

### Account 1 Transactions

| Transaction Date | From | Transaction Code | | Amount | Balance | Note |
|---|---|---|---|---|---|---|
| BALANCE AT BEGINNING OF DATE RANGE - | | | | | 45.05 | |
| 05/16/2012 | COMMISSARY PURCHASE | CO | Withdrawal | -15.86 | 29.19 | COMMISSARY SUMMARY POSTING |
| 05/17/2012 | | FT | Deposit | 30.00 | 59.19 | CADC |
| 05/22/2012 | COMMISSARY PURCHASE | CO | Withdrawal | -7.32 | 51.87 | COMMISSARY SUMMARY POSTING |
| 05/28/2012 | COMMISSARY PURCHASE | CO | Withdrawal | -13.80 | 38.07 | COMMISSARY SUMMARY POSTING |
| 06/06/2012 | COMMISSARY PURCHASE | CO | Withdrawal | -3.67 | 34.40 | COMMISSARY SUMMARY POSTING |
| 06/12/2012 | COMMISSARY PURCHASE | CO | Withdrawal | -16.71 | 17.69 | COMMISSARY SUMMARY POSTING |

**SUMMARY OF TRANSACTIONS** -27.36
17.69 Ending Balance



# NEVADA SOUTHERN DETENTION CENTER

## ACCOUNT STATEMENT from 7/15/2012 to 8/15/2012

**ICE, SHAWN TALBOT**

Agency #: 43739048
CCA #: 1390278
HOUSING: CA/CA/117/B

| | |
|---|---|
| Account 1: | $ 116.08 |
| Escrow Account: | $ 0.00 |
| Cost Recovery Owed: | $ 0.00 |

Current Balance Information

### Account 1 Transactions

| Transaction Date | From | Transaction Code | | Amount | Balance | Note |
|---|---|---|---|---|---|---|
| BALANCE AT BEGINNING OF DATE RANGE - | | | | | 30.07 | |
| 07/24/2012 COMMISSARY PURCHASE | | CO | Withdrawal | -5.00 | 25.07 | COMMISSARY SUMMARY POSTING |
| 07/30/2012 COMMISSARY PURCHASE | | CO | Withdrawal | -23.08 | 1.99 | COMMISSARY SUMMARY POSTING |
| 08/07/2012 08/06/2012 | | WI | Deposit | 40.00 | 41.99 | BONI YOUNG |
| 08/07/2012 08/06/2012 | | WI | Deposit | 30.00 | 71.99 | RATTRAY |
| 08/07/2012 COMMISSARY PURCHASE | | CO | Withdrawal | -1.96 | 70.03 | COMMISSARY SUMMARY POSTING |
| 08/13/2012 COMMISSARY PURCHASE | | CO | Withdrawal | -45.05 | 24.98 | COMMISSARY SUMMARY POSTING |
| 08/14/2012 | | PO | Withdrawal | -5.25 | 19.73 | Postage |
| 08/15/2012 08/14/2012 | | WI | Deposit | 100.00 | 119.73 | KRISTIN RICE |
| 08/15/2012 | | PO | Withdrawal | -3.65 | 116.08 | POSTAGE KRISTIN RICE LEGAL SE |

**SUMMARY OF TRANSACTIONS** 86.01

116.08 Ending Balance

B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

## District of Arizona
Case No. 2:12-bk-00787-RTBP
Chapter 7

In re Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

SHAWN TALBOT RICE
P.O. BOX 1092
SELIGMAN, AZ 86337

KRISTIN LEONE RICE
aka MITCHELL
P.O. BOX 1092
SELIGMAN, AZ 86337

Social Security / Individual Taxpayer ID No.:
xxx-xx-1255

xxx-xx-8709

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: 4/23/12

Redfield T. Baum PCT Sr.
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

046353

6150504639901 1