2013 JUN 10 A 10: 29

UNITED STATES OF AMERICA,

     Plaintiff,

    District No.   2:09-CR-078-JCM-GWF

vs.

**Shawn Rice** ,

     Defendant.

## ORDER TEMPORARILY UNSEALING TRANSCRIPT

On May 31ˢᵗ , 2013 this court received a transcript order form dated May 31st, 2013 requesting a Transcript of the Motion hearing held on April 6ᵗʰ, 2012 from Mr. William Gamage, CJA Counsel for Defendant Shawn Rice, in which **a portion of the hearing is sealed.**

**IT IS THE ORDER OF THE COURT** that the sealed portion of the recording shall be unsealed by the Clerk for the limited purpose of providing a transcript of hearing as requested by Defendant Counsel William Gamage.

**IT IS FURTHER ORDERED** that the sealed portion of the recording shall thereafter be resealed by the Clerk, until further order of this Court.

**IT IS FURTHER ORDERED** that Defendant Counsel shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

DATED this ___ day of ___ , 2013.

James C. Mahan

United States District Judge