# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:09-CR-78 JCM (GWF) |
| Plaintiff(s), | ORDER |
| v. | |
| SHAWN RICE, | |
| Defendant(s). | |

Presently before the court is defendant Shawn Rice's motion to dismiss. (ECF No. 425). The government filed a response. (ECF No. 426). Defendant did not file a reply and the time to do so has passed.

On July 24, 2012, the court held a bench trial and convicted defendant of conspiring to commit and committing money laundering. (ECF No. 285). On March 20, 2013, the court sentenced defendant to 78 months of custody consecutive to case number 2:10-cr-520-JCM to be followed by three years of supervised release. (ECF No. 352). On March 16, 2015, the court resentenced defendant to 44 months of custody consecutive to case number 2:10-cr-520-JCM to be followed by three years of supervised release. (ECF No. 414).

Defendant moves to dismiss this case for lack of subject matter jurisdiction. Because this case is closed, the court will deny defendant's motion. *See* (ECF No. 416).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendant's motion to dismiss (ECF No. 425) be, and the same hereby is, DENIED.

DATED May 21, 2019.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**